UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------ x
:
NEXTERA ENERGY GLOBAL HOLDINGS :
B.V. and NEXTERA ENERGY SPAIN :
HOLDINGS B.V., :
: 19 Civ. _____
Petitioners, :
:
v. :
:
KINGDOM OF SPAIN, :
:
Respondent :
:
------------------------------------ x

### DECLARATION OF TIMOTHY G. NELSON IN SUPPORT OF PETITION TO RECOGNIZE AND CONFIRM INTERNATIONAL ARBITRAL AWARD

Pursuant to 28 U.S.C. § 1746, I, Timothy G. Nelson, declare as follows:

1. I am an attorney admitted to practice law in New York. I am a partner at Skadden, Arps, Slate, Meagher & Flom, LLP, and I represent Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. (collectively "NextEra") in this action.

2. I respectfully submit this declaration in support of NextEra's Petition to Recognize and Confirm an International Arbitral Award, and to place before the Court the following exhibits attached hereto.

3. Attached hereto as Exhibit 1 is a true and correct certified copy of the arbitral award rendered on May 31, 2019 in ICSID Case No. ARB/14/11, entitled *NextEra Energy Global Holdings B.V., & NextEra Energy Spain Holdings B.V. v. Kingdom of Spain*. The award includes as an annex a Decision on Jurisdiction, Liability and Quantum Principles dated March 12, 2019 rendered in the ICSID proceedings.

4. Attached hereto as Exhibit 2 is a true and correct copy of the 1965 Washington Convention on the Settlement of Investment Disputes between States and Nationals of Other States (the "ICSID Convention").

5. Attached hereto as Exhibit 3 is a true and correct copy of the Energy Charter Treaty (the "ECT").

6. Attached hereto as Exhibit 4 is a true and correct copy of the list of member states to the ICSID Convention, taken from the ICSID website (last accessed May 23, 2019).

7. Attached hereto as Exhibit 5 is a true and correct copy of the list of member states to the ECT, taken from the Energy Charter Secretariat website (last accessed May 23, 2019).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2019
New York, New York

_____
Timothy G. Nelson

2