

INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES
1818 H STREET, NW | WASHINGTON, DC 20433 | USA
TELEPHONE +1 (202) 458 1534 | FACSIMILE +1 (202) 522 2615
WWW.WORLDBANK.ORG/ICSID

ICSID/3

# LIST OF CONTRACTING STATES AND OTHER SIGNATORIES OF THE CONVENTION
### (as of February 21, 2019)

The 162 States listed below have signed the Convention on the Settlement of Investment Disputes between States and Nationals of Other States on the dates indicated. The names of the 154 States that have deposited their instruments of ratification are in bold, and the dates of such deposit and of the attainment of the status of Contracting State by the entry into force of the Convention for each of them are also indicated.

| State | Signature | Deposit of Ratification | Entry into Force of Convention |
|---|---|---|---|
| **Afghanistan** | Sep. 30, 1966 | June 25, 1968 | July 25, 1968 |
| **Albania** | Oct. 15, 1991 | Oct. 15, 1991 | Nov. 14, 1991 |
| **Algeria** | Apr. 17, 1995 | Feb. 21, 1996 | Mar. 22, 1996 |
| **Argentina** | May 21, 1991 | Oct. 19, 1994 | Nov. 18, 1994 |
| **Armenia** | Sep. 16, 1992 | Sep. 16, 1992 | Oct. 16, 1992 |
| **Australia** | Mar. 24, 1975 | May 2, 1991 | June 1, 1991 |
| **Austria** | May 17, 1966 | May 25, 1971 | June 24, 1971 |
| **Azerbaijan** | Sep. 18, 1992 | Sep. 18, 1992 | Oct. 18, 1992 |
| **Bahamas, The** | Oct. 19, 1995 | Oct. 19, 1995 | Nov. 18, 1995 |
| **Bahrain** | Sep. 22, 1995 | Feb. 14, 1996 | Mar. 15, 1996 |
| **Bangladesh** | Nov. 20, 1979 | Mar. 27, 1980 | Apr. 26, 1980 |
| **Barbados** | May 13, 1981 | Nov. 1, 1983 | Dec. 1, 1983 |
| **Belarus** | July 10, 1992 | July 10, 1992 | Aug. 9, 1992 |
| **Belgium** | Dec. 15, 1965 | Aug. 27, 1970 | Sep. 26, 1970 |
| Belize | Dec. 19, 1986 | | |
| **Benin** | Sep. 10, 1965 | Sep. 6, 1966 | Oct. 14, 1966 |
| **Bosnia and Herzegovina** | Apr. 25, 1997 | May 14, 1997 | June 13, 1997 |
| **Botswana** | Jan. 15, 1970 | Jan. 15, 1970 | Feb. 14, 1970 |
| **Brunei Darussalam** | Sep. 16, 2002 | Sep. 16, 2002 | Oct. 16, 2002 |
| **Bulgaria** | Mar. 21, 2000 | Apr. 13, 2001 | May 13, 2001 |
| **Burkina Faso** | Sep. 16, 1965 | Aug. 29, 1966 | Oct. 14, 1966 |
| **Burundi** | Feb. 17, 1967 | Nov. 5, 1969 | Dec. 5, 1969 |
| **Cabo Verde** | Dec. 20, 2010 | Dec. 27, 2010 | Jan. 26, 2011 |
| **Cambodia** | Nov. 5, 1993 | Dec. 20, 2004 | Jan. 19, 2005 |
| **Cameroon** | Sep. 23, 1965 | Jan. 3, 1967 | Feb. 2, 1967 |
| **Canada** | Dec. 15, 2006 | Nov. 1, 2013 | Dec. 1, 2013 |

| State | Signature | Deposit of Ratification | Entry into Force of Convention |
|---|---|---|---|
| **Central African Republic** | Aug. 26, 1965 | Feb. 23, 1966 | Oct. 14, 1966 |
| **Chad** | May 12, 1966 | Aug. 29, 1966 | Oct. 14, 1966 |
| **Chile** | Jan. 25, 1991 | Sep. 24, 1991 | Oct. 24, 1991 |
| **China** | Feb. 9, 1990 | Jan. 7, 1993 | Feb. 6, 1993 |
| **Colombia** | May 18, 1993 | July 15, 1997 | Aug. 14, 1997 |
| **Comoros** | Sep. 26, 1978 | Nov. 7, 1978 | Dec. 7, 1978 |
| **Congo, Democratic Rep. of** | Oct. 29, 1968 | Apr. 29, 1970 | May 29, 1970 |
| **Congo, Rep. of** | Dec. 27, 1965 | June 23, 1966 | Oct. 14, 1966 |
| **Costa Rica** | Sep. 29, 1981 | Apr. 27, 1993 | May 27, 1993 |
| **Côte d'Ivoire** | June 30, 1965 | Feb. 16, 1966 | Oct. 14, 1966 |
| **Croatia** | June 16, 1997 | Sep. 22, 1998 | Oct. 22, 1998 |
| **Cyprus** | Mar. 9, 1966 | Nov. 25, 1966 | Dec. 25, 1966 |
| **Czech Republic** | Mar. 23, 1993 | Mar. 23, 1993 | Apr. 22, 1993 |
| **Denmark** | Oct. 11, 1965 | Apr. 24, 1968 | May 24, 1968 |
| Dominican Republic | Mar. 20, 2000 | | |
| **Egypt, Arab Rep. of** | Feb. 11, 1972 | May 3, 1972 | June 2, 1972 |
| **El Salvador** | June 9, 1982 | Mar. 6, 1984 | Apr. 5, 1984 |
| **Estonia** | June 23, 1992 | June 23, 1992 | July 23, 1992 |
| **Eswatini** | Nov. 3, 1970 | June 14, 1971 | July 14, 1971 |
| Ethiopia | Sep. 21, 1965 | | |
| **Fiji** | July 1, 1977 | Aug. 11, 1977 | Sep. 10, 1977 |
| **Finland** | July 14, 1967 | Jan. 9, 1969 | Feb. 8, 1969 |
| **France** | Dec. 22, 1965 | Aug. 21, 1967 | Sep. 20, 1967 |
| **Gabon** | Sep. 21, 1965 | Apr. 4, 1966 | Oct. 14, 1966 |
| **Gambia, The** | Oct. 1, 1974 | Dec. 27, 1974 | Jan. 26, 1975 |
| **Georgia** | Aug. 7, 1992 | Aug. 7, 1992 | Sep. 6, 1992 |
| **Germany** | Jan. 27, 1966 | Apr. 18, 1969 | May 18, 1969 |
| **Ghana** | Nov. 26, 1965 | July 13, 1966 | Oct. 14, 1966 |
| **Greece** | Mar. 16, 1966 | Apr. 21, 1969 | May 21, 1969 |
| **Grenada** | May 24, 1991 | May 24, 1991 | June 23, 1991 |
| **Guatemala** | Nov. 9, 1995 | Jan. 21, 2003 | Feb. 20, 2003 |
| **Guinea** | Aug. 27, 1968 | Nov. 4, 1968 | Dec. 4, 1968 |
| Guinea-Bissau | Sep. 4, 1991 | | |
| **Guyana** | July 3, 1969 | July 11, 1969 | Aug. 10, 1969 |
| **Haiti** | Jan. 30, 1985 | Oct. 27, 2009 | Nov. 26, 2009 |
| **Honduras** | May 28, 1986 | Feb. 14, 1989 | Mar. 16, 1989 |
| **Hungary** | Oct. 1, 1986 | Feb. 4, 1987 | Mar. 6, 1987 |
| **Iceland** | July 25, 1966 | July 25, 1966 | Oct. 14, 1966 |
| **Indonesia** | Feb. 16, 1968 | Sep. 28, 1968 | Oct. 28, 1968 |
| **Iraq** | Nov. 17, 2015 | Nov. 17, 2015 | Dec. 17, 2015 |
| **Ireland** | Aug. 30, 1966 | Apr. 7, 1981 | May 7, 1981 |

| State | Signature | Deposit of Ratification | Entry into Force of Convention |
|---|---|---|---|
| **Israel** | June 16, 1980 | June 22, 1983 | July 22, 1983 |
| **Italy** | Nov. 18, 1965 | Mar. 29, 1971 | Apr. 28, 1971 |
| **Jamaica** | June 23, 1965 | Sep. 9, 1966 | Oct. 14, 1966 |
| **Japan** | Sep. 23, 1965 | Aug. 17, 1967 | Sep. 16, 1967 |
| **Jordan** | July 14, 1972 | Oct. 30, 1972 | Nov. 29, 1972 |
| **Kazakhstan** | July 23, 1992 | Sep. 21, 2000 | Oct. 21, 2000 |
| **Kenya** | May 24, 1966 | Jan. 3, 1967 | Feb. 2, 1967 |
| **Korea, Rep. of** | Apr. 18, 1966 | Feb. 21, 1967 | Mar. 23, 1967 |
| **Kosovo, Rep. of** | June 29, 2009 | June 29, 2009 | July 29, 2009 |
| **Kuwait** | Feb. 9, 1978 | Feb. 2, 1979 | Mar. 4, 1979 |
| Kyrgyz Republic | June 9, 1995 | | |
| **Latvia** | Aug. 8, 1997 | Aug. 8, 1997 | Sep. 7, 1997 |
| **Lebanon** | Mar. 26, 2003 | Mar. 26, 2003 | Apr. 25, 2003 |
| **Lesotho** | Sep. 19, 1968 | July 8, 1969 | Aug. 7, 1969 |
| **Liberia** | Sep. 3, 1965 | June 16, 1970 | July 16, 1970 |
| **Lithuania** | July 6, 1992 | July 6, 1992 | Aug. 5, 1992 |
| **Luxembourg** | Sep. 28, 1965 | July 30, 1970 | Aug. 29, 1970 |
| **Madagascar** | June 1, 1966 | Sep. 6, 1966 | Oct. 14, 1966 |
| **Malawi** | June 9, 1966 | Aug. 23, 1966 | Oct. 14, 1966 |
| **Malaysia** | Oct. 22, 1965 | Aug. 8, 1966 | Oct. 14, 1966 |
| **Mali** | Apr. 9, 1976 | Jan. 3, 1978 | Feb. 2, 1978 |
| **Malta** | Apr. 24, 2002 | Nov. 3, 2003 | Dec. 3, 2003 |
| **Mauritania** | July 30, 1965 | Jan. 11, 1966 | Oct. 14, 1966 |
| **Mauritius** | June 2, 1969 | June 2, 1969 | July 2, 1969 |
| **Mexico** | Jan. 11, 2018 | July 27, 2018 | Aug. 26, 2018 |
| **Micronesia, Federated States of** | June 24, 1993 | June 24, 1993 | July 24, 1993 |
| **Moldova** | Aug. 12, 1992 | May 5, 2011 | June 4, 2011 |
| **Mongolia** | June 14, 1991 | June 14, 1991 | July 14, 1991 |
| **Montenegro** | July 19, 2012 | April 10, 2013 | May 10, 2013 |
| **Morocco** | Oct. 11, 1965 | May 11, 1967 | June 10, 1967 |
| **Mozambique** | Apr. 4, 1995 | June 7, 1995 | July 7, 1995 |
| Namibia | Oct. 26, 1998 | | |
| **Nauru** | April 12, 2016 | April 12, 2016 | May 12, 2016 |
| **Nepal** | Sep. 28, 1965 | Jan. 7, 1969 | Feb. 6, 1969 |
| **Netherlands** | May 25, 1966 | Sep. 14, 1966 | Oct. 14, 1966 |
| **New Zealand** | Sep. 2, 1970 | Apr. 2, 1980 | May 2, 1980 |
| **Nicaragua** | Feb. 4, 1994 | Mar. 20, 1995 | Apr. 19, 1995 |
| **Niger** | Aug. 23, 1965 | Nov. 14, 1966 | Dec. 14, 1966 |
| **Nigeria** | July 13, 1965 | Aug. 23, 1965 | Oct. 14, 1966 |
| **North Macedonia** | Sep. 16, 1998 | Oct. 27, 1998 | Nov. 26, 1998 |
| **Norway** | June 24, 1966 | Aug. 16, 1967 | Sep. 15, 1967 |

| State | Signature | Deposit of Ratification | Entry into Force of Convention |
|---|---|---|---|
| **Oman** | May 5, 1995 | July 24, 1995 | Aug. 23, 1995 |
| **Pakistan** | July 6, 1965 | Sep. 15, 1966 | Oct. 15, 1966 |
| **Panama** | Nov. 22, 1995 | Apr. 8, 1996 | May 8, 1996 |
| **Papua New Guinea** | Oct. 20, 1978 | Oct. 20, 1978 | Nov. 19, 1978 |
| **Paraguay** | July 27, 1981 | Jan. 7, 1983 | Feb. 6, 1983 |
| **Peru** | Sep. 4, 1991 | Aug. 9, 1993 | Sep. 8, 1993 |
| **Philippines** | Sep. 26, 1978 | Nov. 17, 1978 | Dec. 17, 1978 |
| **Portugal** | Aug. 4, 1983 | July 2, 1984 | Aug. 1, 1984 |
| **Qatar** | Sep. 30, 2010 | Dec. 21, 2010 | Jan. 20, 2011 |
| **Romania** | Sep. 6, 1974 | Sep. 12, 1975 | Oct. 12, 1975 |
| Russian Federation | June 16, 1992 | | |
| **Rwanda** | Apr. 21, 1978 | Oct. 15, 1979 | Nov. 14, 1979 |
| **Samoa** | Feb. 3, 1978 | Apr. 25, 1978 | May 25, 1978 |
| **San Marino** | Apr. 11, 2014 | Apr. 18, 2015 | May 18, 2015 |
| **Sao Tome and Principe** | Oct. 1, 1999 | May 20, 2013 | June 19, 2013 |
| **Saudi Arabia** | Sep. 28, 1979 | May 8, 1980 | June 7, 1980 |
| **Senegal** | Sep. 26, 1966 | Apr. 21, 1967 | May 21, 1967 |
| **Serbia** | May 9, 2007 | May 9, 2007 | June 8, 2007 |
| **Seychelles** | Feb. 16, 1978 | Mar. 20, 1978 | Apr. 19, 1978 |
| **Sierra Leone** | Sep. 27, 1965 | Aug. 2, 1966 | Oct. 14, 1966 |
| **Singapore** | Feb. 2, 1968 | Oct. 14, 1968 | Nov. 13, 1968 |
| **Slovak Republic** | Sep. 27, 1993 | May 27, 1994 | June 26, 1994 |
| **Slovenia** | Mar. 7, 1994 | Mar. 7, 1994 | Apr. 6, 1994 |
| **Solomon Islands** | Nov. 12, 1979 | Sep. 8, 1981 | Oct. 8, 1981 |
| **Somalia** | Sep. 27, 1965 | Feb. 29, 1968 | Mar. 30, 1968 |
| **South Sudan** | Apr. 18, 2012 | Apr. 18, 2012 | May 18, 2012 |
| **Spain** | Mar. 21, 1994 | Aug. 18, 1994 | Sept. 17, 1994 |
| **Sri Lanka** | Aug. 30, 1967 | Oct. 12, 1967 | Nov. 11, 1967 |
| **St. Kitts & Nevis** | Oct. 14, 1994 | Aug. 4, 1995 | Sep. 3, 1995 |
| **St. Lucia** | June 4, 1984 | June 4, 1984 | July 4, 1984 |
| **St. Vincent and the Grenadines** | Aug. 7, 2001 | Dec. 16, 2002 | Jan. 15, 2003 |
| **Sudan** | Mar. 15, 1967 | Apr. 9, 1973 | May 9, 1973 |
| **Sweden** | Sep. 25, 1965 | Dec. 29, 1966 | Jan. 28, 1967 |
| **Switzerland** | Sep. 22, 1967 | May 15, 1968 | June 14, 1968 |
| **Syria** | May 25, 2005 | Jan. 25, 2006 | Feb. 24, 2006 |
| **Tanzania** | Jan. 10, 1992 | May 18, 1992 | June 17, 1992 |
| Thailand | Dec. 6, 1985 | | |
| **Timor-Leste** | July 23, 2002 | July 23, 2002 | Aug. 22, 2002 |
| **Togo** | Jan. 24, 1966 | Aug. 11, 1967 | Sep. 10, 1967 |
| **Tonga** | May 1, 1989 | Mar. 21, 1990 | Apr. 20, 1990 |
| **Trinidad and Tobago** | Oct. 5, 1966 | Jan. 3, 1967 | Feb. 2, 1967 |

| State | Signature | Deposit of Ratification | Entry into Force of Convention |
|---|---|---|---|
| **Tunisia** | May 5, 1965 | June 22, 1966 | Oct. 14, 1966 |
| **Turkey** | June 24, 1987 | Mar. 3, 1989 | Apr. 2, 1989 |
| **Turkmenistan** | Sep. 26, 1992 | Sep. 26, 1992 | Oct. 26, 1992 |
| **Uganda** | June 7, 1966 | June 7, 1966 | Oct. 14, 1966 |
| **Ukraine** | Apr. 3, 1998 | June 7, 2000 | July 7, 2000 |
| **United Arab Emirates** | Dec. 23, 1981 | Dec. 23, 1981 | Jan. 22, 1982 |
| **United Kingdom of Great Britain and Northern Ireland** | May 26, 1965 | Dec. 19, 1966 | Jan. 18, 1967 |
| **United States of America** | Aug. 27, 1965 | June 10, 1966 | Oct. 14, 1966 |
| **Uruguay** | May 28, 1992 | Aug. 9, 2000 | Sep. 8, 2000 |
| **Uzbekistan** | Mar. 17, 1994 | July 26, 1995 | Aug. 25, 1995 |
| **Yemen, Republic of** | Oct. 28, 1997 | Oct. 21, 2004 | Nov. 20, 2004 |
| **Zambia** | June 17, 1970 | June 17, 1970 | July 17, 1970 |
| **Zimbabwe** | Mar. 25, 1991 | May 20, 1994 | June 19, 1994 |

_____

Note: The Government of the Republic of Bolivia signed the ICSID Convention on May 3, 1991 and deposited its instrument of ratification on June 23, 1995. The Convention entered into force for Bolivia on July 23, 1995. On May 2, 2007, the depositary received a written notice of Bolivia's denunciation of the Convention. In accordance with Article 71 of the Convention, the denunciation took effect six months after the receipt of Bolivia's notice, i.e., on November 3, 2007.

The Government of the Republic of Ecuador signed the ICSID Convention on January 15, 1986 and deposited its instrument of ratification on the same date. The Convention entered into force for Ecuador on February 14, 1986. On July 6, 2009, the depositary received a written notice of Ecuador's denunciation of the Convention. In accordance with Article 71 of the Convention, the denunciation took effect six months after the receipt of Ecuador's notice, i.e., on January 7, 2010.

The Government of the República Bolivariana de Venezuela signed the ICSID Convention on August 18, 1993 and deposited its instrument of ratification on May 2, 1995. The Convention entered into force for the República Bolivariana de Venezuela on June 1, 1995. On January 24, 2012, the depositary received a written notice of República Bolivariana de Venezuela's denunciation of the Convention. In accordance with Article 71 of the Convention, the denunciation took effect six months after the receipt of the notice, i.e., on July 25, 2012.