

# MEMBERS AND OBSERVERS OF THE ENERGY CHARTER CONFERENCE
*as of 18 Feb 2019*

## MEMBERS (56)

| Sig | Rat | EEC | IEC | Country |
|---|---|---|---|---|
|  | 2013 | 2006 | 2015 | Afghanistan |
| 1994 | 1997 | 1991 | 2015 | Albania |
| 1994 | 1997 | 1991 | 2015 | Armenia |
| 1994 |  | 1991 |  | Australia |
| 1994 | 1997 | 1991 | 2015 | Austria |
| 1994 | 1997 | 1991 | 2018 | Azerbaijan |
| 1994 |  | 1991 | 2015 | Belarus |
| 1994 | 1998 | 1991 | 2015 | Belgium |
| 1995 | 2001 | 1995 | 2016 | Bosnia and Herzegovina |
| 1994 | 1996 | 1991 | 2015 | Bulgaria |
| 1994 | 1997 | 1993 | 2015 | Croatia |
| 1994 | 1998 | 1991 | 2015 | Cyprus |
| 1995 | 1996 | 1993 | 2015 | Czech Repulic |
| 1994 | 1997 | 1991 | 2015 | Denmark |
| 1994 | 1998 | 1992 | 2015 | Estonia |
| 1994 | 1998 | 1991 | 2015 | European Union |
| 1994 | 1998 | 1991 | 2015 | EURATOM |
| 1994 | 1997 | 1991 | 2015 | Finland |
| 1994 | 1999 | 1991 | 2015 | France |
| 1994 | 1995 | 1991 | 2015 | Georgia |
| 1994 | 1997 | 1991 | 2015 | Germany |
| 1994 | 1997 | 1991 | 2015 | Greece |
| 1995 | 1998 | 1991 | 2015 | Hungary |
| 1994 | 2015 | 1991 |  | Iceland |
| 1994 | 1999 | 1991 | 2015 | Ireland |
| 1995 | 2002 | 1991 | 2015 | Japan |
|  | 2018 | 2007 | 2015 | Jordan |
| 1994 | 1995 | 1991 | 2015 | Kazakhstan |
| 1994 | 1997 | 1992 | 2015 | Kyrgyzstan |
| 1994 | 1995 | 1991 | 2015 | Latvia |
| 1994 | 1997 | 1991 | 2015 | Liechtenstein |
| 1995 | 1998 | 1992 | 2015 | Lithuania |
| 1994 | 1997 | 1991 | 2015 | Luxemburg |
| 1994 | 2001 | 1991 | 2015 | Malta |
| 1994 | 1996 | 1992 | 2015 | Moldova |
|  | 1999 | 1997 | 2015 | Mongolia |
|  | 2015 | 2012 | 2015 | Montenegro |
| 1994 | 1997 | 1991 | 2015 | Netherlands |
|  | 1998 | 1996 | 2015 | North Macedonia |
| 1995 |  | 1991 |  | Norway |
| 1994 | 2000 | 1991 | 2015 | Poland |
| 1994 | 1997 | 1991 | 2015 | Portugal |
| 1994 | 1996 | 1991 | 2015 | Romania |
| 1994 |  | 1991 |  | Russian Federation |
| 1994 | 1995 | 1993 | 2015 | Slovakia |
| 1994 | 1997 | 1992 | 2015 | Slovenia |
| 1994 | 1997 | 1991 | 2015 | Spain |
| 1994 | 1997 | 1991 | 2015 | Sweden |
| 1994 | 1996 | 1991 | 2015 | Switzerland |
| 1994 | 1997 | 1991 |  | Tajikistan |
| 1994 | 2001 | 1991 | 2015 | Turkey |
| 1994 | 1997 | 1994 | 2015 | Turkmenistan |
| 1994 | 1998 | 1991 | 2015 | Ukraine |
| 1994 | 1996 | 1991 | 2015 | United Kingdom |
| 1995 | 1995 | 1991 | 2015 | Uzbekistan |
|  | 2018 | 2014 | 2015 | Yemen |

## OBSERVERS (42)

| Country | EEC | IEC |
|---|---|---|
| Bangladesh |  | 2015 |
| Benin |  | 2015 |
| Burkina Faso |  | 2017 |
| Burundi | 2015 | 2015 |
| Cambodia |  | 2015 |
| Canada | 1991 |  |
| Chad | 2015 | 2015 |
| Chile |  | 2015 |
| China |  | 2015 |
| Colombia |  | 2015 |
| EAC |  | 2016 |
| ECCAS |  | 2016 |
| ECOWAS |  | 2015 |
| Eswatini |  | 2015 |
| G5 Sahel |  | 2016 |
| Gambia |  | 2017 |
| Guatemala |  | 2016 |
| Guyana |  | 2018 |
| Indonesia | 2009 |  |
| Iran |  | 2016 |
| Iraq |  | 2016 |
| Italy | 1991 | 2015 |
| Kenya |  | 2017 |
| Mali |  | 2017 |
| Mauritania | 2014 | 2015 |
| Morocco | 2012 | 2015 |
| Niger | 2015 | 2015 |
| Nigeria |  | 2017 |
| Pakistan | 2005 | 2015 |
| Palestine | 2014 | 2015 |
| Panama |  | 2017 |
| Rwanda |  | 2016 |
| Senegal |  | 2016 |
| Serbia | 2001 | 2015 |
| Sierra Leone |  | 2018 |
| South Korea |  | 2015 |
| Syria | 2010 |  |
| Tanzania |  | 2015 |
| UAE |  | 2017 |
| Uganda |  | 2015 |
| USA | 1991 |  |
| Vietnam |  | 2018 |

INTERNATIONAL ENERGY CHARTER 2015 (91)
EUROPEAN ENERGY CHARTER 1991 (69)
ENERGY CHARTER TREATY 1994 (56)

ACCEDING COUNTRIES

ECT SIGNATORIES

**INTERNATIONAL ORGANISATIONS WITH OBSERVER STATUS**
(by decision of the Energy Charter Conference):

Association of Southeast Asian Nations · Baltic Sea Region Energy Cooperation · Black Sea Economic Cooperation · CIS Electric Power Council · Economic Cooperation Organization · European Bank for Reconstruction and Development · International Atomic Energy Agency · International Energy Agency · International Renewable Energy Agency · Organisation for Economic Co-operation and Development · United Nations Economic Commission for Europe · The World Bank · World Trade Organisation