UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                :
NEXTERA ENERGY GLOBAL HOLDINGS                  :
B.V. and NEXTERA ENERGY SPAIN                   :
HOLDINGS B.V.,                                  :
                                                : 19 Civ. _____
                                  Petitioners,  :
                                                :
              v.                                :
                                                :
KINGDOM OF SPAIN                                :
                                                :
                                   Respondent:  :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**[PROPOSED] ORDER**

Upon consideration of the Petition to Recognize and Confirm International Arbitral Award Pursuant to the 1965 ICSID Convention, submitted by Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.,

It is ORDERED, ADJUDGED and DECREED that Petitioner's Petition is GRANTED; and it is further ORDERED that:

a. The arbitral award issued on May 31, 2019 in ICSID Case No. ARB/14/11 ("the Award") against Respondent the Kingdom of Spain be and is hereby recognized and confirmed in the same manner as a final judgement of a court of one of the several states;

b.  The Clerk of the Court is hereby directed to enter judgment upon the the Award in favor of Petitioners and against the Kingdom of Spain in the amounts specified therein, namely, (a) EUR 290,600,000, plus interest at the rate of 0.234%, compounded monthly, from June 30, 2016 to the date of judgment; (b) USD 4,279,400.67, plus interest at the rate of 0.234%, compounded monthly, from May 31, 2019 to the date of judgment; and (c) EUR 1,042,135.30, plus interest at the rate of 0.234%, compounded monthly, from May 31, 2019 to the date of judgment; and

c.  Post-judgment interest on such sums shall apply at the rate applicable under 28 U.S.C. § 1961.

SO ORDERED.

Dated:_____, 2019

_____

United States District Court