**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
NEXTERA ENERGY GLOBAL HOLDINGS                    :
B.V. and NEXTERA ENERGY SPAIN                     :
HOLDINGS B.V.,                                    :
                                                  :  19 Civ. _____
                                  Petitioners,    :
                                                  :
              v.                                  :
                                                  :
KINGDOM OF SPAIN                                  :
                                                  :
                                  Respondent      :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL**
**INTERESTS OF NEXTERA ENERGY GLOBAL HOLDINGS**
**B.V. AND NEXTERA ENERGY SPAIN HOLDINGS B.V.**

This Certificate is required by Federal Rule of Civil Procedure 7.1 and LCvR 26.1 of the

Local Rules of the United States District Court for the District of Columbia:

We, the undersigned, counsel of record for NextEra Energy Global Holdings B.V. and

NextEra Energy Spain Holdings B.V. (collectively "NextEra"), hereby certify that, to the best of

our knowledge and belief, the following are parent companies, subsidiaries, affiliates, or

companies which own at least 10% of the stock of NextEra which have any outstanding

securities in the hands of the public:  NextEra Energy, Inc.

These representations are made in order that judges of this Court may determine the need

for recusal.

Dated: June 3, 2019

Respectfully submitted,

By:  /s/ Jennifer L. Spaziano

Jennifer L. Spaziano
D.C. Bar Number 462787
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC  20005-2111
(202) 371-7000
jen.spaziano@skadden.com

Timothy G. Nelson (*pro hac vice* motion to be filed)
New York Bar Number 3060175
Amanda Raymond Kalantirsky (*pro hac vice* motion to be filed)
New York Bar Number 4812418
Aaron Murphy (*pro hac vice* motion to be filed)
New York Bar Number 5604459
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036-6522
(212) 735-3000
timothy.g.nelson@skadden.com
amanda.raymond@skadden.com
aaron.murphy@skadden.com

David Herlihy (*pro hac vice* motion to be filed)
New York Bar Number 4167920
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM UK LLP
40 Bank Street
Canary Wharf
London E14 5DS
ENGLAND

*Attorneys for NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.*

2