SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005-2111
———
TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
202-371-7872
DIRECT FAX
202-661-8327
EMAIL ADDRESS
JEN.SPAZIANO@SKADDEN.COM

June 5, 2019

**VIA ECF AND BY HAND**

Ms. Angela D. Caesar
Clerk of Court
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

      RE:   *NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. v. Kingdom of Spain*, No. 19-cv-01618

Dear Ms. Caesar:

    I represent Petitioners in the above-referenced action. I write to respectfully request your assistance in issuing service of process by mail (via Federal Express) pursuant to the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters (the "Hague Service Convention"), as made applicable pursuant to 28 U.S.C. § 1608, upon the Respondent, Kingdom of Spain. Respondent is located at the following addresses, and we respectfully request that Respondent is served by mail at both locations:

        F.A.O. Dolores Delgado
        Ministra de Justicia
        Ministerio de Justicia
        San Bernardo, 45
        28015-Madrid
        Spain

Ms. Angela D. Caesar
June 5, 2019
Page 2

>F.A.O Consuelo Castro Rey
>Abogado General del Estado
>Abogacía General del Estado
>Dirección del Servicio Jurídico del Estado
>Ayala 5, First Floor,
>28001-Madrid
>Spain

In furtherance of this request, please find enclosed the following:

1. Two sets of the following documents in English, and two sets in Spanish, to be served upon the Respondent:

    (a) Petition to Confirm International Arbitral Award (ECF No. 1);

    (b) Summons (ECF No. 1, Attachment No. 2);

    (c) Civil Cover Sheet (ECF No. 1, Attachment No. 1);

    (d) Proposed Order (ECF No. 1, Attachment No. 9);

    (e) Declaration of Timothy G. Nelson, with exhibits (ECF No. 1, Attachments Nos. 4-8);[1]

    (f) Corporate Disclosure Statement (ECF No. 2); and

    (g) Summary of the Documents to Be Served and Warning (from the Hague Convention's Model Form);

2. Declaration Requesting Foreign Mailing (ECF No. 8).

3. Two pre-paid, pre-addressed Federal Express labels to be used to forward the documents to Respondent; and

4. Courtesy copies of the Federal Express air bills for your files.

---

[1] Please note that the English text of the Energy Charter Treaty used as Exhibit 2 is from 2080 U.N.T.S. 100, and the Spanish version is the Spanish-language version from the Energy Charter Treaty website, https://energycharter.org/fileadmin/DocumentsMedia/Legal/ECT-es.pdf.

Ms. Angela D. Caesar
June 5, 2019
Page 3

      Please note that service of process by mail upon a defendant in Spain is proper under Article 10(a) of the Hague Service Convention to which both the U.S. and Spain are parties. Upon ratification of the Hague Service Convention, Spain did not object to service of process by mail under Article 10(a). Further, in *Water Splash Inc. v. Menon*, 137 S. Ct. 1504 (2017), the Supreme Court held that the Hague Service Convention did not prohibit service by mail. Therefore, in cases governed by the Hague Service Convention, a party may serve documents in a foreign country by mail as long as that country authorizes service by mail. Service via Federal Express is considered to be the equivalent of mail service in most state and federal courts. Additionally, the Special Commission to the Hague Conference on Private International Law has concluded "that for the purposes of Article 10(a) the use of a private courier was the equivalent of a postal channel." (Conclusions and Recommendations Adopted by the Special Commission on the Practical Operation of the Hague Apostille, Evidence, and Service Conventions (28 October to 4 November 2003), published by the Permanent Bureau of the Hague Conference on Private International Law (2003)).

      Please feel free to contact me with any questions or concerns. I may be reached at 202-371-7872.

      Thank you very much for your time and assistance with the above.

                                            Respectfully,

                                            /s/  Jennifer L. Spaziano

                                            Jennifer L. Spaziano

cc: Timothy G. Nelson/David Herlihy

Enclosures (in hard copy only)