UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------- x
                                   :
NEXTERA ENERGY GLOBAL HOLDINGS     :
B.V. and NEXTERA ENERGY SPAIN      :
HOLDINGS B.V.,                     :
                                   :
                                   : 19 Civ. 01618(TSC)
                    Petitioners,   :
                                   :
       v.                          :
                                   :
KINGDOM OF SPAIN                   :
                                   :
                    Respondent     :
                                   :
---------------------------------- x

## DECLARATION REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for Petitioners, respectfully request that the Clerk mail the following to be delivered to the Court in hard copy:

Two sets of the following documents in English, and two sets in Spanish, to be served upon the Respondent:

(a) Petition to Confirm International Arbitral Award (ECF No. 1);

(b) Summons (ECF No. 1, Attachment No. 2);

(c) Civil Cover Sheet (ECF No. 1, Attachment No. 1);

(d) Proposed Order (ECF No. 1, Attachment No. 9);

(e) Declaration of Timothy G. Nelson, with exhibits (ECF No. 1, Attachments Nos. 4-8);

(f) Corporate Disclosure Statement (ECF No. 2); and

(g) Summary of the Documents to Be Served and Warning (from the Hague Convention's Model Form);

by Federal Express pursuant to 28 U.S.C. § 1608 to:

Ministra de Justicia
Ministerio de Justicia
San Bernardo, 45
28015-Madrid
Spain


F.A.O Consuelo Castro Rey
Abogado General del Estado
Abogacía General del Estado
Dirección del Servicio Jurídico del Estado
Ayala 5, First Floor,
28001-Madrid
Spain

I certify that this method of service is authorized by the domestic law of the Kingdom of Spain, and that I obtained this information by reviewing available data provided on the U.S. Department of State's website, accessible via the following link:

https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Spain.html.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on this 5th day of June, 2019

Timothy G. Nelson
New York Bar Number 3060175
(*pro hac vice* motion to be filed)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036-6522
(212) 735-3000
(212) 735-2000 (fax)
timothy.g.nelson@skadden.com

2