UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                :
NEXTERA ENERGY GLOBAL HOLDINGS                                  :
B.V. and NEXTERA ENERGY SPAIN                                   :
HOLDINGS B.V.,                                                  :
                                                                :   19 Civ. 01618 (TSC)
                                     Petitioners,               :
                                                                :
              v.                                                :
                                                                :
KINGDOM OF SPAIN                                                :
                                                                :
                                     Respondent                 :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

COMES NOW the undersigned as sponsoring member of the Bar of this Court and pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Timothy G. Nelson to appear and participate in the proceedings in this Court in the above-referenced action as counsel for Plaintiffs NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. The grounds for this motion are set forth in the signed declaration of Mr. Nelson, which is incorporated herein and filed herewith.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia and will be associated with Mr. Nelson, who is an attorney in the New York office of the law firm at which I work, for this case.

WHEREFORE, for these and other reasons, we respectfully request that the Court grant this motion and enter the order for admission *pro hac vice*.

2

Dated: June 7, 2019

Respectfully submitted,

/s/ Jennifer L. Spaziano
Jennifer L. Spaziano
D.C. Bar Number 462787
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
(202) 371-7000
jen.spaziano@skadden.com

*Counsel for Petitioners NextEra Energy Global Holdings B.V., and NextEra Energy Spain Holdings B.V.*