UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V., <br><br> Petitioners, <br><br> v. <br><br> KINGDOM OF SPAIN <br><br> Respondent | 19 Civ. 01618 (TSC) |

---

### DECLARATION OF TIMOTHY G. NELSON IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, TIMOTHY G. NELSON, hereby declare:

1. My name, office address, and telephone number are as follows:

Timothy G. Nelson
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
(212) 735-3000

2. I am admitted and an active member in good standing of the New York State Bar (N.Y. Bar Number 3060175). I am also an active member in good standing of the bars of the United States Court of Appeals for the Second Circuit and the United States District Courts for the Eastern District of New York and Southern District of New York. In addition, I am admitted as a legal practitioner of the Supreme Court of New South Wales, Australia, and as a solicitor of the High Court of England and Wales.

3. I have never been disciplined by any bar.

4. Within the last two years, I have not been admitted *pro hac vice* in this Court.

5. I am an attorney in the New York office of the law firm at which Jennifer L. Spaziano, the counsel of record in the above-captioned case, practices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of June, 2019

New York, New York

_____
Timothy G. Nelson