UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                :
NEXTERA ENERGY GLOBAL HOLDINGS                                  :
B.V. and NEXTERA ENERGY SPAIN                                   :
HOLDINGS B.V.,                                                  :
                                                                :   19 Civ. 01618 (TSC)
                                         Petitioners,           :
                                                                :
                v.                                              :
                                                                :
KINGDOM OF SPAIN                                                :
                                                                :
                                         Respondent             :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF TIMOTHY G. NELSON**

Upon consideration of the motion of Jennifer L. Spaziano, D.C. Bar Number 4462787, an active member of the bar of this Court, for the admission *pro hac vice* of Timothy G. Nelson, and for good cause shown, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Timothy G. Nelson is GRANTED, and that Timothy G. Nelson be, and hereby is, admitted *pro hac vice* to appear and participate as counsel in the above-referenced action under LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

IT IS SO ORDERED.

_____
Hon. Tanya S. Chutkan
United States District Judge