19cv1618 TSC
Box 1 of 2

From: (202) 371-7000
Judith A Jackson
Skadden,Arps,Slate,Meagher&FlomLLP
1440 New York Ave N.W.

Washington, DC 20005
UNITED STATES

Origin ID: BZSA

FedEx Express

Ship Date: 05JUN19
ActWgt: 0.50 LB
CAD: 103981170/WSXI2750

REF: 04182000169Judith A Jackson
DESC-1: Court documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE:
CUSTOMS VALUE: 0.00 USD
T/C: S 020058013    D/T: S 020058013
SIGN: Judith A Jackson
EIN/VAT:
PKG:10KG BOX

SHIP TO: 2023717682     BILL SENDER

F.A.O. Consuelo Castro Rey
Abogado General del Estado
Direccion del Servicio Juridico
Ayala 5, First Floor

Madrid, 28001
ES

TRK# 7877 0801 4795
0430



A2
INTL PRIORITY

28001
-ES
MAD

NX MADA

These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract

CONSIGNEE COPY- PLEASE PLACE IN FRONT OF POUCH

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

http://psship.ad.skadden.net/index.php                                                      6/5/2019

## Commercial Invoice

| | |
|---|---|
| **date of export** <br> 06/05/19 | **export reference** |
| **AES ITN** | **FTR Exemption Code** |
| **shipper/exporter** <br> Judith A Jackson (36961) <br> Skadden,Arps,Slate,Meagher&FlomLLP <br> 1440 New York Ave N.W. <br> Washington , DC  20005  United States | **consignee** <br> F.A.O. Consuelo Castro Rey <br> Abogado General del Estado <br> Direccion del Servicio Juridico <br> Ayala 5, First Floor <br> Madrid ,   28001   Spain <br> 202-371-7682 |
| **country of export** <br> United States | **buyer other than consignee** |
| **country of ultimate destination** | |
| **exporting vendor** <br> FedEx | |
| **waybill** <br> 787708014795 | **currency of sale** <br> USD |
| **marks and numbers** | **number of packages** <br> 1 | **total gross weight** <br> 0.5 | **cubic volume** |

| description (country of manufacture) | quantity | unit price | total amount |
|---|---|---|---|
| Documents -- Court documents | | | 0 USD |

| | | |
|---|---|---|
| I declare that all the information contained in this invoice is true and correct. <br> Signed _Judith A Jackson_ <br> Date  6/5/2019 | Items total | 0.00 |
| | Packing costs | |
| | Freight costs | 275.81 |
| | Transportation costs | |
| | Handling | |
| | Insurance costs | |
| | Assists | |
| | Additional Fees | |
| | Duties and taxes | |
| | Total invoice total | |



19cv1618
Box 2 of 2

**From:** (202) 371-7000
Judith A Jackson
Skadden,Arps,Slate,Meagher&FlomLLP
1440 New York Ave N.W.
Washington, DC 20005
UNITED STATES

**Origin ID:** BZSA

**FedEx Express**

**Ship Date:** 05JUN19
**ActWgt:** 0.50 LB
**CAD:** 103981170/WSXI2750

**REF:** 04182000169Judith A Jackson
**DESC-1:** Court documents
**DESC-2:**
**DESC-3:**
**DESC-4:**
**EEI:** NO EEI 30.37(a)
**COUNTRY MFG:** US
**CARRIAGE VALUE:**
**CUSTOMS VALUE:** 0.00 USD
**T/C:** S 020058013    **D/T:** S 020058013
**SIGN:** Judith A Jackson
**EIN/VAT:**
**PKG:** 10KG BOX

**SHIP TO:** 2023717682    **BILL SENDER**

F.A.O. Consuelo Castro Rey
Abogado General del Estado
Direccion del Servicio Juridico
Ayala 5, First Floor

Madrid, 28001
ES

**TRK#** 7877 0801 4795    0430

**A2**
**INTL PRIORITY**

**28001**
-ES
**MAD**

**NX MADA**

These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

## Commercial Invoice

| date of export | export reference |
|---|---|
| 06/05/19 | |
| **AES ITN** | **FTR Exemption Code** |
| shipper/exporter | consignee |
| Judith A Jackson (36961)<br>Skadden,Arps,Slate,Meagher&FlomLLP<br>1440 New York Ave N.W.<br>Washington , DC  20005   United States | F.A.O. Consuelo Castro Rey<br>Abogado General del Estado<br>Direccion del Servicio Juridico<br>Ayala 5, First Floor<br>Madrid ,   28001   Spain<br>202-371-7682 |
| country of export | buyer other than consignee |
| United States | |
| country of ultimate destination | |
| exporting vendor | |
| FedEx | |
| waybill | currency of sale |
| 787708014795 | USD |

| marks and numbers | number of packages | total gross weight | cubic volume |
|---|---|---|---|
| | 1 | 0.5 | |

| description (country of manufacture) | quantity | unit price | total amount |
|---|---|---|---|
| Documents -- Court documents | | | 0 USD |

| | | |
|---|---|---|
| I declare that all the information contained in this invoice is true and correct.<br><br>Signed _Judith A. Jackson_<br>Date  6/5/19 | Items total | 0.00 |
| | Packing costs | |
| | Freight costs | 275.81 |
| | Transportation costs | |
| | Handling | |
| | Insurance costs | |
| | Assists | |
| | Additional Fees | |
| | Duties and taxes | |
| | Total invoice total | |