UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
NEXTERA ENERGY GLOBAL HOLDINGS :
B.V. and NEXTERA ENERGY SPAIN :
HOLDINGS B.V., :
: 19 Civ. 01618 (TSC)
Petitioners, :
:
v. :
:
KINGDOM OF SPAIN :
:
Respondent :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# DECLARATION OF AMANDA RAYMOND KALANTIRSKY IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, AMANDA RAYMOND KALANTIRSKY, hereby declare:

1.  My name, office address, and telephone number are as follows:

Amanda Raymond Kalantirsky
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
(212) 735-3000

2.  I am admitted and an active member in good standing of the New York State Bar (N.Y. Bar Number 4812418). I am also an active member in good standing of the bars of the United States District Courts for the Southern District of New York and Northern District of Florida.

3.  I have never been disciplined by any bar.

4.  Within the last two years, I have not been admitted *pro hac vice* in this Court.

2

5.  I am an attorney in the New York office of the law firm at which Jennifer L. Spaziano, the counsel of record in the above-captioned case, practices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of June, 2019

New York, New York

*Amanda Raymond Kalantirsky*
Amanda Raymond Kalantirsky