# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
NEXTERA ENERGY GLOBAL HOLDINGS                                   :
B.V. and NEXTERA ENERGY SPAIN                                    :
HOLDINGS B.V.,                                                   :
                                                                 :   19 Civ. 01618 (TSC)
                                    Petitioners,                 :
                                                                 :
            v.                                                   :
                                                                 :
KINGDOM OF SPAIN                                                 :
                                                                 :
                                    Respondent                   :
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF AMANDA RAYMOND KALANTIRSKY

Upon consideration of the motion of Jennifer L. Spaziano, D.C. Bar Number 4462787, an active member of the bar of this Court, for the admission *pro hac vice* of Amanda Raymond Kalantirsky, and for good cause shown, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Amanda Raymond Kalantirsky is GRANTED, and that Amanda Raymond Kalantirsky be, and hereby is, admitted *pro hac vice* to appear and participate as counsel in the above-referenced action under LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

IT IS SO ORDERED.

_____
Hon. Tanya S. Chutkan
United States District Judge