UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------- x
                                   :
NEXTERA ENERGY GLOBAL HOLDINGS     :
B.V. and NEXTERA ENERGY SPAIN      :
HOLDINGS B.V.,                     :
                                   :   19 Civ. 01618 (TSC)
                    Petitioners,   :
                                   :
         v.                        :
                                   :
KINGDOM OF SPAIN                   :
                                   :
                    Respondent     :
                                   :
---------------------------------- x

# DECLARATION OF AARON MURPHY IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, AARON MURPHY, hereby declare:

1. My name, office address, and telephone number are as follows:

Aaron Murphy
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
(212) 735-3000

2. I am admitted and an active member in good standing of the New York State Bar (N.Y. Bar Number 5604459). I am also an active member in good standing of the bar of the United States District Court for the Southern District of New York.

3. I have never been disciplined by any bar.

4. Within the last two years, I have not been admitted *pro hac vice* in this Court.

5. I am an attorney in the New York office of the law firm at which Jennifer L. Spaziano, the counsel of record in the above-captioned case, practices.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of June, 2019

New York, New York

_____
Aaron Murphy