UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                    :
NEXTERA ENERGY GLOBAL HOLDINGS                                      :
B.V. and NEXTERA ENERGY SPAIN                                       :
HOLDINGS B.V.,                                                      :
                                                                    :   19 Civ. 01618 (TSC)
                                        Petitioners,                :
                                                                    :
                v.                                                  :
                                                                    :
KINGDOM OF SPAIN                                                    :
                                                                    :
                                        Respondent                  :
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF AARON MURPHY**

Upon consideration of the motion of Jennifer L. Spaziano, D.C. Bar Number 4462787, an active member of the bar of this Court, for the admission *pro hac vice* of Aaron Murphy, and for good cause shown, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Aaron Murphy is GRANTED, and that Aaron Murphy be, and hereby is, admitted *pro hac vice* to appear and participate as counsel in the above-referenced action under LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

IT IS SO ORDERED.

_____
Hon. Tanya S. Chutkan
United States District Judge