AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Nextera Energy Global Holdings B.V.; *and* Nextera Energy Spain Holdings B.V.
*Petitioners*

v.

Kingdom of Spain
*Respondent*

Case No. 1:19-cv-01618-TSC

## APPEARANCE OF COUNSEL

To: The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kingdom of Spain.

Date: 08/01/2019

/s/ Brian D. Koosed
*Attorney's signature*

Brian D. Koosed (Bar ID 1034733)
*Printed name and bar number*

K&L Gates LLP
1601 K St., N.W.
Washington, DC 20006
*Address*

Brian.Koosed@klgates.com
*E-mail address*

(202) 778-9204
*Telephone number*

(202) 778-9100
*FAX number*

1

**CERTIFICATE OF SERVICE**

      I certify that on August 1, 2019, I caused a true and correct copy of the foregoing Appearance of Counsel to be filed using the Court's Electronic Case Filing System ("ECF"). The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

                                        /s/ Brian D. Koosed
                                        Brian D. Koosed