UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. *and* NEXTERA ENERGY SPAIN HOLDINGS B.V., <br><br> Petitioners, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br> Respondent. | No. 19-cv-01618-TSC |

**CONSENT MOTION TO FIX OCTOBER 11, 2019 AS THE DATE
FOR RESPONDENT TO RESPOND TO THE PETITION**

Respondent Kingdom of Spain ("Respondent") hereby moves the Court, pursuant to Fed. R. Civ. P. 6(b), to fix October 11, 2019 as the date for Respondent to respond to the Petition to Confirm International Arbitral Award Pursuant to the 1965 ICSID Convention ("Petition"). Counsel for Petitioners consents to this motion.   In support, Respondent states as follows:

1.     The Petition was filed on June 3, 2019.   *See* ECF No. 1.

2.     On June 5, 2019, NextEra Energy Global Holdings B.V., and NextEra Energy Spain Holdings B.V. ("Petitioners") requested that the Clerk of Court mail certain documents filed in this case to Spain, *see* ECF No. 4, and on June 7, 2019, the Clerk of Court send a copy of the summons, complaint and notice of suit, together with a translation of each, by FedEx, to the head of the ministry of foreign affairs pursuant to the provisions of 28 U.S.C. § 1608(a)(3).   *See* ECF No. 7.

3.     Respondent has very recently retained counsel for this matter, who are just

1

beginning to learn and understand the underlying facts and procedural history to respond to the Petition.  Further, pursuant to discussions and negotiations between counsel, in exchange for Petitioners' agreement that Respondent have until October 11, 2019 to respond to the Petition, Respondent has agreed not to object to the sufficiency of service of the Petition, which will avoid a dispute as to the sufficiency of service of the Petition.

      4.      There are no scheduled proceedings in this action, and the date sought to be fixed by this Consent Motion will not prejudice any party.  No extension or alteration of the date for Respondent to respond to the Petition has previously been requested.

      5.      The parties agree to submission of this motion without a hearing.

      WHEREFORE, based on the foregoing, Respondent respectfully requests that the Court fix October 11, 2019 as the date for Respondent to respond to the Petition.

      A proposed form of order is attached.

Dated: August 1, 2019

        Respectfully submitted,

        By:    /s/ Brian D. Koosed

Brian D. Koosed
D.C. Bar Number 1034733
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006
(202) 778-9204
Brian.Koosed@klgates.com

Michael DeMarco (*pro hac vice* motion to be filed)
New York Bar Number 4142477
1 Lincoln St.
Boston, MA 02111
(617) 951-9111
Michael.DeMarco@klgates.com

Matthew J. Weldon (*pro hac vice* motion to be filed)
New York Bar Number 4832408
599 Lexington Avenue
New York, New York 10022
(212) 536-4042
Matthew.Weldon@klgates.com

*Counsel for Respondent Kingdom of Spain*

## CERTIFICATE OF SERVICE

I certify that on August 1, 2019, I caused a true and correct copy of the foregoing Consent Motion to Fix October 11, 2019 as the Date for Respondent to Respond to the Petition to be filed using the Court's Electronic Case Filing System ("ECF"). The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

/s/ Brian D. Koosed
Brian D. Koosed