UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. *and* NEXTERA ENERGY SPAIN HOLDINGS B.V.,<br><br>Petitioners,<br><br>v.<br><br>KINGDOM OF SPAIN,<br><br>Respondent. | No. 1:19-cv-01618-TSC |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO FIX OCTOBER 11, 2019 AS THE DATE FOR RESPONDENT TO RESPOND TO THE PETITION**

Upon consideration of the Consent Motion to Fix October 11, 2019 as the Date for Respondent to Respond to the Petition ("Consent Motion") in this matter, it is hereby:

**ORDERED AND ADJUDICATED**, that the Consent Motion is **GRANTED**; and it is

**FURTHER ORDERED**, that the Respondent shall respond to the Petition on or before October 11, 2019;

**DONE AND ORDERED** in Chambers in Washington, DC, on this _____ day of

_____, 2019.

_____
TANYA S. CHUTKAN
United Stated District Judge

cc: Counsel of record

1

## **LOCAL CIVIL RULE 7(K) APPENDIX**

Pursuant to Local Civil Rule 7(k), Respondent Kingdom of Spain hereby appends to the proposed order a list of names and addresses of persons entitled to be notified of the entry of the order:

Jennifer L. Spaziano
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
202-371-7872
Email: jen.spaziano@skadden.com
*Counsel for Petitioners Nextera Energy Global Holdings, B.V.*
*and Nextera Energy Spain Holdings B.V.*

Timothy G. Nelson
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
*Counsel for Petitioners Nextera Energy Global Holdings, B.V.*
*and Nextera Energy Spain Holdings B.V.*

Amanda Raymond Kalantirsky
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
*Counsel for Petitioners Nextera Energy Global Holdings, B.V.*
*and Nextera Energy Spain Holdings B.V.*

Aaron Murphy
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
*Counsel for Petitioners Nextera Energy Global Holdings, B.V.*
*and Nextera Energy Spain Holdings B.V.*

Brian D. Koosed
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006
202-778-9204
Email: Brian.Koosed@klgates.com
*Counsel for Respondent Kingdom of Spain*