**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V.; *and* NEXTERA ENERGY SPAIN HOLDINGS B.V., <br><br> Petitioners, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br> Respondent. | No.: 1:19-cv-01618-TSC |

### MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL DEMARCO

Movant Brian D. Koosed, as sponsoring member of the Bar of this Court and on behalf of Respondent Kingdom of Spain, respectfully moves this Court, pursuant to Local Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, for an Order granting the admission *pro hac vice* of attorney Michael DeMarco to appear and participate in this action as counsel for Respondent Kingdom of Spain, and in support of this motion states as follows:

    1.    Mr. DeMarco is a partner with K&L Gates LLP. He is a member in good standing of each Bar to which he is admitted and has never been disciplined. The declaration of Mr. DeMarco is filed herewith and its contents are incorporated by reference herein.

    2.    I am a member in good standing of the Bar of this Court and will be associated with Mr. DeMarco, who is an attorney in the Boston, MA and New York, NY offices of the law firm at which I work, for this case.

    3.    Pursuant to Local Civil Rule 7(m), counsel for Respondent Kingdom of Spain advised Petitioners' counsel that this Motion would be filed and Respondent is not aware of any

1

opposition by the Petitioners to this Motion.

WHEREFORE, Movant Brian D. Koosed, on behalf of Respondent Kingdom of Spain, respectfully requests, pursuant to Local Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, that this Court grant this motion and enter the Order for admission *pro hac vice* of Michael DeMarco to appear and participate in this action as counsel for Respondent Kingdom of Spain.

Dated:       August 1, 2019

Respectfully submitted,

By:   /s/ Brian D. Koosed
      Brian D. Koosed (Bar ID 1034733)
      K&L GATES LLP
      1601 K Street, N.W.
      Washington, D.C. 20006
      Telephone: 202-778-9204
      Facsimile: 202-778-9100
      Email: Brian.Koosed@klgates.com

      *Counsel for Respondent Kingdom of Spain*

2

**CERTIFICATE OF SERVICE**

I certify that on August 1, 2019, I caused a true and correct copy of the foregoing

Motion for Admission *Pro Hac Vice* of Michael DeMarco to be filed using the Court's

Electronic Case Filing System ("ECF").  The document is available for review and

downloading via the ECF system, and will be served by operation of the ECF system upon all

counsel of record.

/s/ Brian D. Koosed
Brian D. Koosed

1