UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V.; *and* NEXTERA ENERGY SPAIN HOLDINGS B.V.,<br><br>          Petitioners,<br><br>v.<br><br>KINGDOM OF SPAIN,<br><br>          Respondent. | No.: 1:19-cv-01618-TSC |

## DECLARATION OF MICHAEL DEMARCO
## IN SUPPORT OF THE MOTION FOR ADMISSION *PRO HAC VICE*

1. My full name is Michael DeMarco. I am a partner of the law firm K&L Gates LLP.

2. My offices are located at State Street Financial Center, One Lincoln Street, Boston, MA 02111-2950 and 599 Lexington Avenue, New York, NY 10022-6030. My office telephone numbers are: 617-951-9111 and 212-536-3900, respectively.

3. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and of the Bar of the State of New York. I also am admitted to practice in the United States Supreme Court, the United States Court of Appeals for the First Circuit, and the United Stated District Court for the District of Massachusetts.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not been admitted *pro hac vice* before this Court within the last two years.

6. I do not engage in the practice of law from any office located in the District of Colombia.

1

2

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 18, 2019

Respectfully submitted,

Michael DeMarco