UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V.; *and* NEXTERA ENERGY SPAIN HOLDINGS B.V., <br><br>        Petitioners, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br>        Respondent. | No.: 1:19-cv-01618-TSC |

**PROPOSED ORDER GRANTING**
**MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL DEMARCO**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Michael DeMarco in the above captioned matter and the Declaration of Michael DeMarco in support thereof, it is hereby:

**ORDERED AND ADJUDICATED**, that the Motion for Admission *Pro Hac Vice* of Michael DeMarco is **GRANTED**; and it is

**FURTHER ORDERED**, that Michael DeMarco be allowed to appear *pro hac vice* in the court proceedings in the above-captioned matter.

**DONE AND ORDERED** in Chambers in Washington, DC, on this \_\_\_\_ day of _____, 2019.

                                                                                TANYA S. CHUTKAN
                                                                                United Stated District Judge

cc: Counsel of record

## **LOCAL CIVIL RULE 7(K) APPENDIX**

Pursuant to Local Civil Rule 7(k), Respondent Kingdom of Spain hereby appends to the proposed order a list of names and addresses of persons entitled to be notified of the entry of the order:

Jennifer L. Spaziano
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
202-371-7872
Email: jen.spaziano@skadden.com
*Counsel for Petitioners Nextera Energy Global Holdings, B.V.*
*and Nextera Energy Spain Holdings B.V.*

Timothy G. Nelson
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
*Counsel for Petitioners Nextera Energy Global Holdings, B.V.*
*and Nextera Energy Spain Holdings B.V.*

Amanda Raymond Kalantirsky
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
*Counsel for Petitioners Nextera Energy Global Holdings, B.V.*
*and Nextera Energy Spain Holdings B.V.*

Aaron Murphy
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
*Counsel for Petitioners Nextera Energy Global Holdings, B.V.*
*and Nextera Energy Spain Holdings B.V.*

Brian D. Koosed
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006
202-778-9204
Email: Brian.Koosed@klgates.com
*Counsel for Respondent Kingdom of Spain*