UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V.; *and* NEXTERA ENERGY SPAIN HOLDINGS B.V.,<br><br>　　　　　　Petitioners,<br><br>v.<br><br>KINGDOM OF SPAIN,<br><br>　　　　　　Respondent. | No.: 1:19-cv-01618-TSC |

### DECLARATION OF MATTHEW J. WELDON
### IN SUPPORT OF THE MOTION FOR ADMISSION *PRO HAC VICE*

1.　My full name is Matthew Jason Weldon. I am a partner of the law firm K&L Gates LLP.

2.　My office is located at 599 Lexington Avenue, New York, NY 10022-6030. My office telephone number is 212-536-4042.

3.　I am a member in good standing of the Bar of the State of New York and the Bar of the State of New Jersey.

4.　I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5.　I have not been admitted *pro hac vice* before this Court within the last two years.

6.　I do not engage in the practice of law from any office located in the District of Colombia.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 18, 2019
      New York, New York

Respectfully submitted,

_____
Matthew J. Weldon