UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. *and* NEXTERA ENERGY SPAIN HOLDINGS B.V., <br><br> Petitioners, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action No. 19-cv-01618-TSC |

**DECLARATION OF MATTHEW J. WELDON IN SUPPORT OF THE KINGDOM OF SPAIN'S MOTION TO STAY AND ULTIMATELY DISMISS THE PETITION TO ENFORCE ARBITRAL AWARD**

I, MATTHEW J. WELDON, declare the following is true and correct:

1. I am a partner at K&L Gates, counsel to Respondent the Kingdom of Spain ("Spain") in this action. I am admitted pro hac vice in this Court, and I am familiar with the facts and circumstances set out herein. I submit this Declaration in support of Spain's Motion to Stay and Ultimately Dismiss the Petition to Enforce Arbitral Award.

2. Attached hereto as **Exhibit 1** is the Notice of registration of Application for Annulment dated October 2, 2019, in *NextEra Energy Global Holdings B.V., and NextEra Energy Spain Holdings B.V. v. The Kingdom of Spain*, ICSID Case No. ARB/14/11.

3. Attached hereto as **Exhibit 2** is the European Commission's Amicus Curiae Submission dated September 5, 2016, submitted in *NextEra Energy Global Holdings B.V., and NextEra Energy Spain Holdings B.V. v. The Kingdom of Spain*, ICSID Case No. ARB/14/11.

4. Attached hereto as **Exhibit 3** is the European Commission's Amicus Curiae Brief

on behalf of the European Union in support of the Kingdom of Spain, made in Masdar Solar & Wind Cooperatief U.A., v. Spain, 18-cv-02254 (JEB) (D.D.C. May 13, 2019).

5. Attached hereto as **Exhibit 4** is an order of United States District Judge Reggie B. Walton entered in the matter of the Arbitration of Certain Controversies Between Getma International and The Republic of Guinea, 14-cv-1616 (RBW) (D.D.C. January 5, 2016).

Dated:     New York, New York
           October 11, 2019

                                                            _____
                                                            MATTHEW WELDON, ESQ.