# EXHIBIT 1



**INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES**

1818 H STREET, NW | WASHINGTON, DC 20433 | USA
TELEPHONE +1 (202) 458 1534 | FACSIMILE +1 (202) 522 2615
WWW.WORLDBANK.ORG/ICSID

2 October 2019

| | |
|---|---|
| **NextEra Energy Global Holdings B.V.** | **Kingdom of Spain** |
| **NextEra Energy Spain Holdings B.V.** | c/o |
| c/o | Mr. José Manuel Gutiérrez Delgado |
| Ms. Karyl Nairn QC | Ms. María José Ruiz Sánchez |
| Mr. David Herlihy | Mr. Pablo Elena Abad |
| Mr. David Kavanagh | Mr. Rafael Gil Nievas |
| Ms. Teresa Queirós | Mr. Alberto Torró Molés |
| Skadden, Arps, Slate, Meagher & Flom (UK) LLP | Ms. Elena Oñoro Sainz |
| 40 Bank Street | Mr. Mariano Rojo Pérez |
| London E 14 5DS | Mr. Juan Antonio Quesada Navarro |
| United Kingdom | Ms. Gloria María de la Guardia Limeres |
| and | Ms. Ana María Rodríguez Esquivias |
| Mr. Alberto Fortún | Mr. Javier Comerón Herrero |
| Cuatrecasas, Gonçalves Pereira | Ms. Eugenia Cediel Bruno |
| Calle de Almagro 9 | Abogacía General del Estado |
| 28010, Madrid | Dpto. Arbitrajes Internacionales |
| Spain | Ministry of Justice of the Government of Spain |
| | c/ Marqués de la Ensenada, 14-16, 2ª planta |
| | 28004, Madrid |
| | Spain |

**Notice of Registration of Application for Annulment in NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings. B.V. v. Kingdom of Spain**
(ICSID Case No. ARB/14/11)

Pursuant to Rule 50(2)(a) and (b) of the ICSID Arbitration Rules, I hereby notify you that I have on this day, 2 October 2019, registered an Application for Annulment of the Award rendered on 31 May 2019 in *NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings. B.V. v. Kingdom of Spain* (ICSID Case No. ARB/14/11) ("the Award").

I shall, pursuant to ICSID Arbitration Rule 52(1), request the Chairman of the Administrative Council of ICSID to appoint the members of the *ad hoc* Committee that will consider the Application for Annulment, in accordance with Article 52(3) of the ICSID Convention.

The Application for Annulment contains a request for a stay of the enforcement of the Award, pursuant to Article 52(5) of the ICSID Convention. ICSID Arbitration Rule 54(2) provides that the Secretary-General shall, together with the notice of registration of the Application for Annulment, inform the parties of the provisional stay of the enforcement of the Award. Accordingly, I hereby notify you that the enforcement of the Award is provisionally stayed.

Gonzalo Flores
Acting Secretary-General