# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In the matter of the Arbitration of Certain Controversies Between | ) ) ) ) |  |
| GETMA INTERNATIONAL, | ) ) |  |
| Petitioner, | ) ) | Civil Action No. 14-1616 (RBW) |
| and | ) ) |  |
| THE REPUBLIC OF GUINEA, | ) ) |  |
| Respondent. | ) ) ) |  |

**ORDER**

Upon consideration of the parties' Joint Status Report ("Joint Report"), ECF No. 29, it is hereby

**ORDERED** that the parties shall jointly propose a briefing schedule[1] concerning the issue of whether the Court should confirm the foreign arbitral award, notwithstanding its annulment, on or before January 13, 2016.

**SO ORDERED** on this 5th day of January, 2016.

REGGIE B. WALTON
United States District Judge

---

[1] The parties shall <u>not</u> submit "supplemental" briefs, Joint Report at 2, as prior submissions between the parties may contain information no longer relevant to this case. The parties shall file revised briefs and provide the Court with two (2) courtesy copies of each party's filings. The Court will discard courtesy copies of previous submissions sent to chambers.