C 285/2 EN   Official Journal of the European Union   8.11.2008

V

*(Announcements)*

COURT PROCEEDINGS

# COURT OF JUSTICE

**Judgment of the Court (First Chamber) of 11 September 2008 — Federal Republic of Germany (C-75/05 P), Glunz AG, OSB Deutschland GmbH (C-80/05 P) v Kronofrance SA, Commission of the European Communities**

**(Joined Cases C-75/05 P and C-80/05 P)** (¹)

*(Appeals — State aid — Commission decision not to raise objections — Action for annulment — Admissibility — Interested parties — Regional aid for large investment projects — Multisectoral framework of 1998)*

(2008/C 285/02)

*Language of the case: German*

**Parties**

*Appellants:* Federal Republic of Germany (represented by: W.-D. Plessing, C. Schulze-Bahr, acting as Agents, M. Núñez-Müller, Rechtsanwalt) (C-75/05 P), Glunz AG, OSB Deutschland GmbH (represented by: H.-J. Niemeyer, Rechtsanwalt)

*Other parties to the proceedings:* Kronofrance SA (represented by: R. Nierer and L. Gordalla, Rechtsanwälte), Commission of the European Communities (represented by: V. Kreuschitz, acting as Agent)

**Re:**

Appeal against the judgment of the Court of First Instance (Fourth Chamber, Extended Composition) of 1 December 2004 in Case T-27/02 (Kronofrance SA v Commission, supported by Glunz AG and OSB Deutschland GmbH), by which the Court annulled the Commission's Decision SG (2001) D of 25 July 2001 not to object to the aid granted by the German authorities to Glunz AG — Infringement of the fourth paragraph of Article 230 EC — Infringement of Article 87(3) EC — Infringement of Article 64 of the Rules of Procedure of the Court of First Instance

**Operative part of the judgment**

*The Court:*

1. *Dismisses the appeals;*

2. *Orders the Federal Republic of Germany to pay the costs relating to Case C-75/05 P;*

3. *Orders Glunz AG and OSB Deutschland GmbH to pay the costs relating to Case C-80/05 P;*

4. *Orders the Commission of the European Communities to bear its own costs.*

(¹) OJ C 106, 30.4.2005.

---

**Judgment of the Court (Grand Chamber) of 3 September 2008 — Yassin Abdullah Kadi, Al Barakaat International Foundation v Council of the European Union, Commission of the European Communities, United Kingdom of Great Britain and Northern Ireland**

**(Joined Cases C-402/05 P and C-415/05 P)** (¹)

*(Common foreign and security policy (CFSP) — Restrictive measures directed against persons and entities associated with Usama bin Laden, the Al-Qaeda network and the Taliban — United Nations — Security Council — Resolutions adopted under Chapter VII of the United Nations Charter — Implementation within the Community — Common Position 2001/154/CFSP — Regulation (EC) No 881/2002 — Measures directed at persons and entities included in a list drawn up by a body of the United Nations — Freezing of funds and economic resources — Committee of the Security Council established by paragraph 6 of Resolution 1267 (1999) of the Security Council (Sanctions Committee) — Inclusion of those persons and entities in Annex I to Regulation (EC) No 881/2002 — Actions for annulment — Competence of the Community — Joint legal basis of Articles 60 EC, 301 EC and 308 EC — Fundamental rights — Right to respect for property, right to be heard and right to effective judicial review)*

(2008/C 285/03)

*Languages of the case: English and Swedish*

**Parties**

*Appellants:* Yassin Abdullah Kadi (represented by: I. Brownlie, D. Anderson QC, P. Saini, Barrister, and G. Martin, Solicitor), Al Barakaat International Foundation (represented by: L. Silbersky and T. Olsson, advokater)

8.11.2008 | EN | Official Journal of the European Union | C 285/3

*Other parties to the proceedings:* Council of the European Union (represented by: M. Bishop, E. Finnegan and E. Karlsson, acting as Agents), Commission of the European Communities (represented by: C. Brown, J. Enegren and P.J. Kuijper, acting as Agents), United Kingdom of Great Britain and Northern Ireland (represented by: R. Caudwell, E. Jenkinson and S. Behzadi-Spencer, acting as Agents, and C. Greenwood QC, and A. Dashwood, Barrister)

*Interveners in support of the Council of the European Union:* Kingdom of Spain, (represented by: J. Rodríguez Cárcamo, acting as Agent), French Republic (represented by: G. de Bergues, E. Belliard, and S. Gasri, acting as Agents), Kingdom of the Netherlands (represented by: H.G. Sevenster and M. de Mol, acting as Agents)

*Intervener in support of the Commission of the European Communities:* French Republic (represented by: G. de Bergues, E. Belliard and S. Gasri, acting as Agents)

**Re:**

Appeal lodged against the judgment of the Court of First Instance (Second Chamber, Extended Composition) of 21 September 2005 in Case T-315/01 *Yassin Abdullah Kadi v Council and Commission*, in which the Court of First Instance held (a) that there was no need to adjudicate on the application for annulment of Commission Regulation (EC) No 2062/2001 of 19 October 2001 amending, for the third time, Council Regulation (EC) No 467/2001 of 6 March 2001 prohibiting the export of certain goods and services to Afghanistan, strengthening the flight ban and extending the freeze of funds and other financial resources in respect of the Taliban of Afghanistan, and repealing Regulation (EC) No 337/2000 (OJ L 277, p. 25), in so far it added the applicant to the list of persons, entities and bodies affected by the freezing of funds imposed by that regulation, and (b) dismissed as unfounded the application for annulment of Council Regulation (EC) No 881/2002 of 27 May 2002 imposing certain specific restrictive measures directed against certain persons and entities associated with Usama bin Laden, the Al-Qaeda network and the Taliban, and repealing Regulation (EC) No 467/2001 (OJ L 139, p. 9), in so far as those acts concerned him

Appeal lodged against the judgment of the Court of First Instance (Second Chamber, Extended Composition) of 21 September 2005 in Case T-306/01 *Yusuf and Al Barakaat International Foundation v Council and Commission*, in which the Court of First Instance dismissed an application for annulment of Council Regulation (EC) No 881/2002 of 27 May 2002 imposing certain specific restrictive measures directed against certain persons and entities associated with Usama bin Laden, the Al-Qaeda network and the Taliban, and repealing Regulation (EC) No 467/2001

**Operative part of the judgment**

*The Court:*

1. Sets aside the judgments of the Court of First Instance of the European Communities of 21 September 2005 in Case T-315/01 *Kadi v Council and Commission* and Case T-306/01 *Yusuf and Al Barakaat International Foundation v Council and Commission*;

2. Annuls Council Regulation (EC) No 881/2002 of 27 May 2002 imposing certain specific restrictive measures directed against certain persons and entities associated with Usama bin Laden, the Al-Qaeda network and the Taliban, and repealing Council Regulation (EC) No 467/2001 prohibiting the export of certain goods and services to Afghanistan, strengthening the flight ban and extending the freeze of funds and other financial resources in respect of the Taliban of Afghanistan, in so far as it concerns Mr Kadi and the Al Barakaat International Foundation;

3. Orders the effects of Regulation No 881/2002 to be maintained, so far as concerns Mr Kadi and the Al Barakaat International Foundation, for a period that may not exceed three months running from the date of delivery of this judgment;

4. Orders the Council of the European Union and the Commission of the European Communities each to pay, in addition to their own costs, half of those incurred by Mr Kadi and Al Barakaat International Foundation both at first instance and in these appeals;

5. Orders the United Kingdom of Great Britain and Northern Ireland to bear its own costs both at first instance and in these appeals;

6. Orders the Kingdom of Spain, the French Republic and the Kingdom of the Netherlands to bear their own costs.

---

(¹) OJ C 36, 11.2.2006.
    OJ C 48, 25.2.2006.

---

**Judgment of the Court (Grand Chamber) of 9 September 2008 — Fabbrica italiana accumulatori motocarri Montecchio SpA (FIAMM), Fabbrica italiana accumulatori motocarri Montecchio Technologies Inc (FIAMM Technologies), Giorgio Fedon & Figli SpA, Fedon America, Inc. v Council of the European Union, Commission of the European Communities, Kingdom of Spain**

**(Joined Cases C-120/06 P and C-121/06 P)** (¹)

*(Appeals — Recommendations and rulings of the World Trade Organisation (WTO) Dispute Settlement Body — Determination of the Dispute Settlement Body that the Community regime governing the import of bananas was incompatible with WTO rules — Imposition by the United States of America of retaliatory measures in the form of increased customs duty levied on imports of certain products from various Member States — Retaliatory measures authorised by the WTO — No non-contractual Community liability — Duration of the proceedings before the Court of First Instance — Reasonable period — Claim for fair compensation)*

(2008/C 285/04)

*Language of the case: Italian*

**Parties**

*Appellants:* Fabbrica italiana accumulatori motocarri Montecchio SpA (FIAMM), Fabbrica italiana accumulatori motocarri