UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
NEXTERA ENERGY GLOBAL HOLDINGS :
B.V. and NEXTERA ENERGY SPAIN :
HOLDINGS B.V., :
: Civil Action No. 19-cv-01618-TSC
Petitioners,:
:
v. :
:
KINGDOM OF SPAIN :
:
Respondent:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CONSENT MOTION TO EXTEND TIME FOR PETITIONERS TO OPPOSE
RESPONDENT'S MOTION TO DISMISS OR STAY AND
TO SET DEADLINES FOR OPPOSITION AND REPLY**

Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. ("Petitioners") hereby move the Court, pursuant to Fed. R. Civ. P. 6(b), to extend to December 19, 2019, their time to oppose the Motion of the Kingdom of Spain ("Respondent") to Dismiss, or Stay, Petitioners' Petition to Enforce Arbitral Award ("Motion to Dismiss or Stay") (ECF No. 15). Counsel for Respondent consents to the requested extension of time and has requested that Respondent's reply be due on February 7, 2020. Petitioners therefore respectfully request that the Court set (1) December 19, 2019 as the deadline for their opposition and (2) February 7, 2020 as the deadline for Respondent's reply. In support, Petitioners state as follows:

1. On June 3, 2019, Petitioners commenced this action by filing a Petition to Confirm an International Arbitral Award Pursuant to the 1965 ICSID Convention ("Petition"). *See* ECF No. 1.

2. On June 5, 2019, Petitioners requested that the Clerk of Court mail certain filed documents to Spain. *See* ECF No. 4.

3. On June 7, 2019, the Clerk of Court mailed the requested documents, together with a translation of each, to identified Spanish government officials pursuant to 28 U.S.C § 1608(a)(3). *See* ECF No. 7.

4. On August 1, 2019, Respondent filed a Consent Motion requesting that the Court set a date of October 11, 2019 for Respondent to respond to the Petition. Petitioners consented to that Motion. *See* ECF No. 12.

5. On August 2, 2019, this Court granted Respondent's Consent Motion. *See* ECF No. 14.

6. On October 11, 2019, Respondent filed its Motion to Dismiss, or Stay, Petitioners' Petition to Enforce Arbitral Award. *See* ECF No. 15.

7. Pursuant to discussions between counsel, the parties have mutually agreed, subject to approval of the Court, that Petitioners shall file their Opposition to Respondent's Motion to Dismiss or Stay on or before December 19, 2019, and that Respondent's Reply shall be filed on or before February 7, 2020.

8. The dates sought to be fixed by this Consent Motion will not prejudice any party. Petitioners have not previously requested any extension or alteration of the due date for any filing in these proceedings.

9. The parties expressly preserve all rights and defenses they may have in this action, and this agreed motion shall neither impair nor otherwise affect any such rights and defenses.

WHEREFORE, Petitioners respectfully request that this Court grant their consent motion and adopt the proposed order attached hereto.

Dated:  October 21, 2019　　　　　　Respectfully Submitted,
Washington, D.C.

　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

　　　　　　　　　　　　　　　　　/s/ Jennifer L. Spaziano
　　　　　　　　　　　　　　　　　Jennifer L. Spaziano (D.C. Bar # 462787)
　　　　　　　　　　　　　　　　　1440 New York Avenue NW
　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　Telephone: (202) 371-7000
　　　　　　　　　　　　　　　　　Fax: (202) 661-8327
　　　　　　　　　　　　　　　　　Email:  jen.spaziano@skadden.com

　　　　　　　　　　　　　　　　　Timothy G. Nelson (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Amanda Raymond Kalantirsky (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Aaron Murphy (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Skadden, Arps, Slate, Meagher & Flom LLP
　　　　　　　　　　　　　　　　　Four Times Square 10036-6522
　　　　　　　　　　　　　　　　　Telephone:  (212) 735-3000
　　　　　　　　　　　　　　　　　Fax:  (212) 735-2000
　　　　　　　　　　　　　　　　　timothy.g.nelson@skadden.com
　　　　　　　　　　　　　　　　　amanda.raymond@skadden.com
　　　　　　　　　　　　　　　　　aaron.murphy@skadden.com

　　　　　　　　　　　　　　　　　David Herlihy (*pro hac vice* motion to be filed)
　　　　　　　　　　　　　　　　　Skadden, Arps, Slate, Meagher & Flom UK LLP
　　　　　　　　　　　　　　　　　40 Bank Street
　　　　　　　　　　　　　　　　　Canary Wharf
　　　　　　　　　　　　　　　　　London E14 5DS
　　　　　　　　　　　　　　　　　England
　　　　　　　　　　　　　　　　　Telephone:  +44.20.7519.7121
　　　　　　　　　　　　　　　　　Fax:  +44.20.7072.7121
　　　　　　　　　　　　　　　　　david.herlihy@skadden.com

　　　　　　　　　　　　　　　　　*Attorneys for NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2019, I caused a true and correct copy of the foregoing Consent Motion to Extend Time for Petitioners to Oppose Respondent's Motion to Dismiss or Stay and to Set Deadlines for Opposition and Reply to be filed using the Court's Electronic Case Filing System ("ECF").  The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

/s/  Jennifer L. Spaziano
Jennifer L. Spaziano