UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
NEXTERA ENERGY GLOBAL HOLDINGS :
B.V. and NEXTERA ENERGY SPAIN
HOLDINGS B.V., :
:
: Civil Action No. 19-cv-01618-TSC
Petitioners,:
:
v. :
:
KINGDOM OF SPAIN :
:
Respondent:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND TIME
AND SETTING DEADLINES FOR OPPOSITION AND REPLY**

Upon consideration of the Consent Motion to Extend Time for Petitioners to Oppose Respondent's Motion to Dismiss or Stay and to Set Deadlines for Opposition and Reply ("Consent Motion"), and for good cause shown, it is hereby ORDERED that the Consent Motion is GRANTED.  It is further ORDERED that:

1. Petitioners' opposition to Respondent's Motion to Dismiss or Stay shall be filed on or before December 19, 2019.

2. Respondent's reply in support of its Motion to Dismiss or Stay shall be filed on or before February 7, 2020.

**IT IS SO ORDERED.**

_____
TANYA S. CHUTKAN
United States District Judge

## List of Persons to be Notified

**Petitioners:**

| | |
|---|---|
| NextEra Energy Global Holdings, B.V. and<br>NextEra Energy Spain Holdings B.V. | Jennifer L. Spaziano<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Avenue, N.W.<br>Washington, DC  20005-2111<br>jen.spaziano@skadden.com<br><br>Timothy G. Nelson<br>Amanda Raymond Kalantirsky<br>Aaron Murphy<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522<br>timothy.g.nelson@skadden.com<br>amanda.raymond@skadden.com<br>aaron.murphy@skadden.com<br><br>David Herlihy<br>Skadden, Arps, Slate, Meagher & Flom UK LLP<br>40 Bank Street<br>Canary Wharf<br>London E14 5DS<br>England<br>david.herlihy@skadden.com |

**Respondent:**

| | |
|---|---|
| Kingdom of Spain | Brian D. Koosed<br>K&L Gates LLP<br>1601 K Street, NW<br>Washington, D.C. 20006<br>Brian.Koosed@klgates.com<br><br>Michael DeMarco<br>Matthew J. Weldon<br>K&L Gates LLP<br>599 Lexington Avenue<br>New York, New York  10022-6030<br>michael.demarco@klgates.com<br>matthew.weldon@klgates.com |