UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V.; *and* NEXTERA ENERGY SPAIN HOLDINGS B.V., <br><br> Petitioners, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br> Respondent. | No.: 1:19-cv-01618-TSC |

### MOTION FOR ADMISSION *PRO HAC VICE* OF LUKE E. STEINBERGER

Movant Brian D. Koosed, as sponsoring member of the Bar of this Court and on behalf of Respondent Kingdom of Spain, respectfully moves this Court, pursuant to Local Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, for an Order granting the admission *pro hac vice* of attorney Luke E. Steinberger to appear and participate in this action as counsel for Respondent Kingdom of Spain, and in support of this motion states as follows:

1.      Mr. Steinberger is an associate with K&L Gates LLP.  He is a member in good standing of each Bar to which he is admitted and has never been disciplined.  The declaration of Mr. Steinberger is filed herewith and its contents are incorporated by reference herein.

2.      I am a member in good standing of the Bar of this Court and will be associated with Mr. Steinberger, who is an attorney in the New York, NY office of the law firm at which I work, for this case.

WHEREFORE, Movant Brian D. Koosed, on behalf of Respondent Kingdom of Spain, respectfully requests, pursuant to Local Civil Rule 83.2(d) of the Rules of the United States

1

District Court for the District of Columbia, that this Court grant this motion and enter the Order for admission *pro hac vice* of Luke E. Steinberger to appear and participate in this action as counsel for Respondent Kingdom of Spain.

Dated:        October 23, 2019

                                       Respectfully submitted,

                                       By:    /s/ Brian D. Koosed
                                              Brian D. Koosed (Bar ID 1034733)
                                              K&L GATES LLP
                                              1601 K Street, N.W.
                                              Washington, D.C. 20006
                                              Telephone: 202-778-9204
                                              Facsimile: 202-778-9100
                                              Email: Brian.Koosed@klgates.com

                                              *Counsel for Respondent Kingdom of Spain*

**CERTIFICATE OF SERVICE**

I certify that on October 23, 2019, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Luke E. Steinberger to be filed using the Court's Electronic Case Filing System ("ECF").  The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

/s/ Brian D. Koosed
Brian D. Koosed