UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEXTERA ENERGY GLOBAL HOLDINGS B.V.; *and* NEXTERA ENERGY SPAIN HOLDINGS B.V.,

Petitioners,

v.

KINGDOM OF SPAIN,

Respondent.

No.: 1:19-cv-01618-TSC

**DECLARATION OF LUKE E. STEINBERGER**
**IN SUPPORT OF THE MOTION FOR ADMISSION *PRO HAC VICE***

1. My full name is Luke Elliott Steinberger. I am an associate of the law firm K&L Gates LLP.

2. My office is located at 599 Lexington Avenue, New York, NY 10022-6030. My office telephone number is 212-536-4850.

3. I am a member in good standing of the Bar of the State of New York.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not been admitted *pro hac vice* before this Court within the last two years.

6. I do not engage in the practice of law from any office located in the District of Colombia.

1

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  October 22, 2019
      New York, New York

Respectfully submitted,

_____

Luke E. Steinberger