UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                 :
NEXTERA ENERGY GLOBAL HOLDINGS                                   :
B.V. and NEXTERA ENERGY SPAIN                                    :
HOLDINGS B.V.,                                                   :
                                                                 :   Civil Action No. 19-cv-01618-TSC
                                              Petitioners,       :
                                                                 :
                         v.                                      :
                                                                 :
KINGDOM OF SPAIN                                                 :
                                                                 :
                                              Respondent         :
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

**DECLARATION OF DAVID HERLIHY IN SUPPORT OF
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, DAVID HERLIHY, hereby declare:

    1.    My name, office address, and telephone number are as follows:

David Herlihy
40 Bank Street,
Canary Wharf,
London E14 5DS, UK
+44.20.7519.7121

    2.    I am admitted and an active member in good standing of the New York State Bar (N.Y. Bar Number 4167920) and the bar of England and Wales as a Solicitor Advocate. I am also qualified as a Solicitor admitted to practice in Ireland.

    3.    I have never been disciplined by any bar.

    4.    Within the last two years, I have not been admitted *pro hac vice* in this Court.

    5.    I am an attorney in the London office of the law firm at which Jennifer L. Spaziano, the counsel of record in the above-captioned case, practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __11__ day of November, 2019

London, England

_____
David Herlihy