# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V., <br><br> Petitioners, <br><br> v. <br><br> KINGDOM OF SPAIN <br><br> Respondent | Civil Action No. 19-cv-01618-TSC |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF DAVID HERLIHY

Upon consideration of the motion of Jennifer L. Spaziano, D.C. Bar Number 462787, an active member of the bar of this Court, for the admission *pro hac vice* of David Herlihy, and for good cause shown, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of David Herlihy is GRANTED, and that David Herlihy be, and hereby is, admitted *pro hac vice* to appear and participate as counsel in the above-referenced action under LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

IT IS SO ORDERED.

_____
Hon. Tanya S. Chutkan
United States District Judge

## **List of Persons to be Notified**

**Petitioners:**

| | |
|---|---|
| NextEra Energy Global Holdings, B.V. and NextEra Energy Spain Holdings B.V. | Jennifer L. Spaziano<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Avenue, N.W.<br>Washington, DC 20005-2111<br>jen.spaziano@skadden.com<br><br>Timothy G. Nelson<br>Amanda Raymond Kalantirsky<br>Aaron Murphy<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522<br>timothy.g.nelson@skadden.com<br>amanda.raymond@skadden.com<br>aaron.murphy@skadden.com<br><br>David Herlihy<br>Skadden, Arps, Slate, Meagher & Flom UK LLP<br>40 Bank Street<br>Canary Wharf<br>London E14 5DS<br>England<br>david.herlihy@skadden.com |

**Respondent:**

| | |
|---|---|
| Kingdom of Spain | Brian D. Koosed<br>K&L Gates LLP<br>1601 K Street, NW<br>Washington, D.C. 20006<br>Brian.Koosed@klgates.com<br><br>Michael DeMarco<br>Matthew J. Weldon<br>K&L Gates LLP<br>599 Lexington Avenue<br>New York, New York 10022-6030<br>michael.demarco@klgates.com<br>matthew.weldon@klgates.com |