UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V.,

    Petitioners,

v.

KINGDOM OF SPAIN

    Respondent

Civil Action No. 19-cv-01618-TSC

---

# DECLARATION OF DAVID HERLIHY IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, DAVID HERLIHY, hereby declare:

1. My name, office address, and telephone number are as follows:

   David Herlihy
   Skadden, Arps, Slate, Meagher & Flom (UK) LLP
   40 Bank Street,
   Canary Wharf,
   London E14 5DS, UK
   +44.20.7519.7121

2. I am admitted and an active member in good standing of the New York State Bar (N.Y. Bar Number 4167920) and the bar of England and Wales as a Solicitor Advocate. I am also qualified as a Solicitor admitted to practice in Ireland.

3. I have never been disciplined by any bar.

4. Within the last two years, I have not been admitted *pro hac vice* in this Court.

5. I am an attorney in the London office of the law firm at which Jennifer L. Spaziano, the counsel of record in the above-captioned case, practices.

6. I neither practice law from within the District of Columbia nor have an application for membership pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13 day of November, 2019

London, England

_David Herlihy_
David Herlihy