AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-01618-TSC |
| KINGDOM OF SPAIN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V.

Date: 12/11/2019

/s/ David Herlihy
*Attorney's signature*

David Herlihy (N.Y. Bar Number 4167920)
*Printed name and bar number*

Skadden, Arps, Slate, Meagher & Flom (UK) LLP
40 Bank Street,
Canary Wharf,
London E14 5DS, United Kingdom
*Address*

david.herlihy@skadden.com
*E-mail address*

+44.20.7519.7121
*Telephone number*

+44.20.7072.7121
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2019, I caused a true and correct copy of the foregoing Appearance of Counsel to be filed using the Court's Electronic Case Filing System ("ECF"). The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

/s/ David Herlihy

David Herlihy