UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V.,

           Petitioners,

v.

KINGDOM OF SPAIN,

           Respondent

Civil Action No. 1:19-cv-01618-TSC

---

**DECLARATION OF TIMOTHY G. NELSON IN SUPPORT OF NEXTERA'S MEMORANDUM IN OPPOSITION TO THE KINGDOM OF SPAIN'S MOTION TO DISMISS OR STAY, AND REPLY IN FURTHER SUPPORT OF ITS PETITION TO CONFIRM AN INTERNATIONAL ARBITRATION AWARD**

Pursuant to 28 U.S.C. § 1746, I, TIMOTHY G. NELSON, declare as follows:

1. I am an attorney admitted to practice law in New York, and admitted *pro hac vice* in this Court. I am a partner at Skadden, Arps, Slate, Meagher & Flom, LLP, and I represent Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. (collectively "NextEra") in this action.

2. I respectfully submit this declaration in support of NextEra's Memorandum in Opposition to the Kingdom of Spain's Motion to Dismiss or Stay, and Reply in Further Support of its Petition to Confirm an International Arbitration Award, and to place before the Court the following Exhibits attached hereto. For ease of reference, the Exhibits in this Declaration are sequentially numbered after those submitted with my Declaration dated June 3, 2019.

3.      Attached hereto as **Exhibit 6** is a true and correct copy of a certified copy of the arbitral award rendered on May 31, 2019 in ICSID Case No. ARB/14/11, entitled *NextEra Energy Global Holdings B.V. & NextEra Energy Spain Holdings B.V. v. Kingdom of Spain*.

4.      Attached hereto as **Exhibit 7** is a true and correct copy of a Letter from the ICSID Secretary-General to the Parties discussing the appointment of *ad hoc* annulment committee members in ICSID Case No. ARB/14/11, dated December 10, 2019.

5.      Attached hereto as **Exhibit 8** is a true and correct copy of a Letter from the ICSID Secretary-General to the Parties confirming the *ad hoc* annulment committee members accepted their appointments in ICSID Case No. ARB/14/11, dated December 16, 2019.

6.      Attached hereto as **Exhibit 9** is a true and correct copy of the Kingdom of Spain's Memorandum of Law in Support of Motion to Transfer Venue in *Foresight Luxembourg S.A.R.L. v. Kingdom of Spain* No. 1:19-cv-03171-ER (S.D.N.Y. May 22, 2019).

7.      Attached hereto as **Exhibit 10** is a true and correct copy of a Memorandum Opinion and Order filed by Judge Emmet G. Sullivan in *Infrastructure Servs. Luxembourg S.A.R.L. v. Spain*, No. 1:18-CV-1753-EGS (D.D.C. Aug. 28, 2019).

8.      Attached hereto as **Exhibit 11** is a true and correct copy of a Joint Status Report filed in *Infrastructure Servs. Luxembourg S.A.R.L. v. Spain*, No. 1:18-CV-1753(EGS) (D.D.C. Sept. 30, 2019).

9.      Attached hereto as **Exhibit 12** is a true and correct copy of a Joint Status Report filed in *Masdar Solar & Wind Cooperatief U.A. v. Kingdom of Spain*, No. 1:18-CV-2254(JEB) (D.D.C. Nov. 18, 2019).

10. Attached hereto as **Exhibit 13** is a true and correct copy of the Decision on the Continuation of the Provisional Stay of Enforcement in *Infrastructure Services Luxembourg S.à.r.l. v. Spain,* No. ARB/13/31 (ICSID 2019).

11. Attached hereto as **Exhibit 14** is a true and correct copy of the Decision on Stay of Enforcement in *EISER Infrastructure Ltd. v. Spain,* No. ARB/13/36 (ICSID 2018).

12. Attached hereto as **Exhibit 15** is a true and correct copy of Procedural Order No. 2 in *EISER Infrastructure Ltd. v. Spain,* No. ARB/13/36 (ICSID 2018).

13. Attached hereto as **Exhibit 16** is a true and correct copy of a Joint Status Report filed in *Infrastructure Servs. Luxembourg S.A.R.L. v. Spain*, No. 1:18-CV-1753(EGS) (D.D.C. Oct. 22, 2019).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 19, 2019
New York, New York

                                          /s/ Timothy G. Nelson

                                          Timothy G. Nelson