**ICSID**

INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES

1818 H STREET, NW | WASHINGTON, DC 20433 | USA
TELEPHONE +1 (202) 458 1534 | FACSIMILE +1 (202) 522 2615
WWW.WORLDBANK.ORG/ICSID

December 10, 2019

By email

| | |
|---|---|
| NextEra Energy Global Holdings B.V. | Kingdom of Spain |
| NextEra Energy Spain Holdings B.V. | c/o Mr. José Manuel Gutiérrez Delgado |
| c/o Ms. Karyl Nairn QC | Mr. Pablo Elena Abad |
| Mr. David Herlihy | Mr. Rafael Gil Nievas |
| Mr. George Zimmerman | Mr. Alberto Torró Molés |
| Ms. Teresa Queirós | Ms. Elena Oñoro Sainz |
| Skadden, Arps, Slate, Meagher & Flom (UK) LLP | Mr. Juan Antonio Quesada Navarro |
| 40 Bank Street | Ms. Gloria María de la Guardia Limeres |
| Canary Wharf | Ms. Ana María Rodríguez Esquivias |
| London, E14 5DS | Mr. Javier Comerón Herrero |
| | Ms. Eugenia Cediel Bruno |
| | Abogacía General del Estado |
| | Departamento de Arbitrajes Internacionales |
| | c/ Marqués de la Ensenada, 14-16, 2ª planta |
| | 28004, Madrid |
| | Spain |

**Re:  NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings. B.V. v. Kingdom of Spain**
(ICSID Case No. ARB/14/11) – Annulment Proceeding)

Dear Mesdames and Sirs,

I write to inform you that the Chairman of the Administrative Council has appointed Professor Joongi Kim, Professor Lawrence Boo and Mr. Humberto Saénz Marinero to the *ad hoc* Committee for the annulment proceeding in the above-captioned case.

In accordance with ICSID Arbitration Rules 5(2) and 53, we are in the process of seeking the Members' acceptance of their appointments.

Yours sincerely,

Meg Kinnear
Secretary-General