

**INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES**
1818 H STREET, NW | WASHINGTON, DC 20433 | USA
TELEPHONE +1 (202) 458 1534 | FACSIMILE +1 (202) 522 2615
WWW.WORLDBANK.ORG/ICSID

December 16, 2019

By email

**NextEra Energy Global Holdings B.V.**
**NextEra Energy Spain Holdings B.V.**
c/o Ms. Karyl Nairn QC
Mr. David Herlihy
Mr. George Zimmerman
Ms. Teresa Queirós
Skadden, Arps, Slate, Meagher & Flom (UK) LLP
40 Bank Street
Canary Wharf
London, E14 5DS
United Kingdom

**Kingdom of Spain**
c/o Mr. José Manuel Gutiérrez Delgado
Mr. Pablo Elena Abad
Mr. Rafael Gil Nievas
Mr. Alberto Torró Molés
Ms. Elena Oñoro Sainz
Mr. Juan Antonio Quesada Navarro
Ms. Gloria María de la Guardia Limeres
Ms. Ana María Rodríguez Esquivias
Mr. Javier Comerón Herrero
Ms. Eugenia Cediel Bruno
Abogacía General del Estado
Departamento de Arbitrajes Internacionales
c/ Marqués de la Ensenada, 14-16, 2ª planta
28004, Madrid
Spain

**Re:    NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. v. Kingdom of Spain**
(ICSID Case No. ARB/14/11) – Annulment Proceeding

Dear Mesdames and Sirs,

I write to inform you that all the Members of the *ad hoc* Committee, namely Professor Joongi Kim, Professor Lawrence Boo and Mr. Humberto Sáenz Marinero, have now accepted their appointments in this case, with Professor Joongi Kim serving as its President. The *ad hoc* Committee is therefore deemed to have been constituted, and the annulment proceeding deemed to have begun, as of today, pursuant to ICSID Arbitration Rules 6 and 53.

Please find attached copies of the declarations required under ICSID Arbitration Rule 6(2), signed by Professor Joongi Kim, Professor Lawrence Boo and Mr. Humberto Sáenz Marinero.

We are forwarding to each Member of the *ad hoc* Committee copies of the Award, the Application for Annulment, the Notice of Registration and all the correspondence exchanged between the Centre and the parties in connection with the Application for Annulment.

Ms. Natalí Sequeira, ICSID Team Leader – Legal Counsel, will serve as the Secretary of the *ad hoc* Committee. Ms. Sequeira can be reached by phone at + 1 (202) 458-8575 or by email at nsequeira@worldbank.org. We will soon be contacting you regarding the first advance payment to be made by the Applicant in accordance with Administrative and Financial Regulation 14(3)(e), and the first session of the *ad hoc* Committee.

Yours sincerely,

Meg Kinnear
Secretary-General

Attachments

cc by email and courier (with attachments):
Members of the *ad hoc* Committee