IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Infrastructure Services Luxembourg S.A.R.L.
and Energia Termosolar B.V.,

        *Petitioners*,

v.

Kingdom of Spain,

        *Respondent*.

Civil Action No. 1:18-cv-01753-EGS

### Joint Status Report

Pursuant to the Court's order dated August 28, 2019, ECF No. 36, Petitioners Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V. and Respondent the Kingdom of Spain (collectively, "the Parties") notify the Court of the following developments in connection with Spain's application before the International Centre for the Settlement of Investment Disputes ("ICSID") to annul the Award at issue in this case.

1.    On September 18, 2019, the Parties held their first session before the ICSID *ad hoc* Committee ("Committee") that is considering Spain's annulment application. At this session, the Parties made oral arguments in support of their completed briefing on whether the Committee should continue the provisional stay automatically triggered under ICSID's procedural rules by Spain's annulment application. After the session, the Committee requested Spain to file a brief statement on certain European Union law issues related to Spain's stay application by September 30, 2019.

2.    On September 20, 2019, the Committee issued a procedural order setting out the briefing schedule for the full annulment proceedings. Pursuant to this schedule, Spain must file its memorial (brief) on annulment by December 18, 2019; Petitioners must file their

counter-memorial on annulment by April 1, 2020; Spain must file its reply on annulment by June 3, 2020; and Petitioners must file their rejoinder on annulment by July 31, 2020. The hearing on annulment will be held in November 2020. The procedural order provides that the Committee will endeavor to issue its decision on annulment within six months of the hearing.

Dated: September 30, 2019                    Respectfully submitted,

/s/ Stuart F. Delery

Stuart F. Delery (D.C. Bar #449890)
sdelery@gibsondunn.com
Matthew McGill (D.C. Bar #481430)
mmcgill@gibsondunn.com
Matthew S. Rozen (D.C. Bar #1023209)
mrozen@gibsondunn.com
Ankita Ritwik (D.C. Bar #1024801)
aritwik@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Infrastructure Services Luxembourg S.A. R.L. and Energia Termosolar B.V.*

/s/ Derek C. Smith

Derek C. Smith (D.C. Bar No. 468674)
dcsmith@foleyhoag.com
Lawrence H. Martin (D.C. Bar No. 476639)
lhm@foleyhoag.com
Nicholas M. Renzler (D.C. Bar No. 983359)
nrenzler@foleyhoag.com
Diana Tsutieva (D.C. Bar No. 1007818)
dtsutieva@foleyhoag.com
FOLEY HOAG LLP
1717 K Street, NW
Washington, DC 20006-5350
Tel: 202-223-1200
Fax: 202-785-6687

Andrew Z. Schwartz (D.D.C. Bar No. MA0017)
aschwartz@foleyhoag.com
Andrew B. Loewenstein (D.D.C. Bar No. MA0018)
aloewenstein@foleyhoag.com
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Tel: 617-832-1000
Fax: 617-832-7000

*Attorneys for the Kingdom of Spain*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on September 30, 2019, I caused the foregoing Status Report to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

/s/ Stuart F. Delery
Stuart F. Delery
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
sdelery@gibsondunn.com