**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MASDAR SOLAR & WIND COOPERATIEF U.A., | ) ) ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:18-cv-2254 (JEB) |
| THE KINGDOM OF SPAIN, | ) ) ) | |
| Respondent. | ) ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated September 18, 2019, Petitioner Masdar Solar &

Wind Cooperatief U.A. ("Masdar") and Respondent the Kingdom of Spain ("Spain")

(collectively "the Parties") submit the following status report regarding proceedings before the

International Centre for the Settlement of Investment Disputes ("ICSID") to annul the Award at

issue in this case.

1.      On November 11, 2019, ICSID informed the Parties that Mr. Kapyou (Kevin)

Kim accepted his appointment as President of the *ad hoc* Committee in the ICSID annulment

proceeding, filling the vacancy that had been created after the resignation of Makhdoom Ali

Khan.  A copy of the notice from ICSID is attached hereto as Exhibit A.

2.      Accordingly, pursuant to ICSID Arbitration Rule 12, the annulment proceeding

has now been resumed, and it resumes from the point it had reached at the time the vacancy

occurred on October 9, 2019.

Dated: November 18, 2019                    Respectfully submitted,


MASDAR SOLAR & WIND              KINGDOM OF SPAIN
COOPERATIEF U.A.


By its attorneys,                           By its attorneys,

/s/ Jacob S. Pultman                        /s/ Derek C. Smith
                                            Derek C. Smith (D.C. Bar No. 468674)
ALLEN & OVERY LLP                           dcsmith@foleyhoag.com
                                            Nicholas M. Renzler (D.C. Bar No. 983359)
John Roberti                                nrenzler@foleyhoag.com
1101 New York Avenue, NW                    Diana Tsutieva (D.C. Bar No. 1007818)
Washington, DC 20005                        dtsutieva@foleyhoag.com
Telephone: 202-683-3800                     FOLEY HOAG LLP
Facsimile:  202-683-399                     1717 K Street, NW
                                            Washington, DC 20006-5350
Jacob S. Pultman (*pro hac vice*)           Tel:  202-223-1200
Bradley S. Pensyl (*pro hac vice*)          Fax: 202-785-6687
1221 Avenue of the Americas
New York, New York 10020                    Andrew Z. Schwartz (D.D.C. Bar No.
Tel: 212-610-6300                              MA0017)
                                            aschwartz@foleyhoag.com
*Attorneys for Petitioner*                  Andrew B. Loewenstein (D.D.C. Bar No.
                                               MA0018)
                                            aloewenstein@foleyhoag.com
                                            FOLEY HOAG LLP
                                            Seaport West
                                            155 Seaport Boulevard
                                            Boston, MA 02210-2600
                                            Tel:  617-832-1000
                                            Fax: 617-832-7000

                                            *Attorneys for Respondent*

# Exhibit A



**INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES**
1818 H STREET, NW | WASHINGTON, DC 20433 | USA
TELEPHONE +1 (202) 458 1534 | FACSIMILE +1 (202) 522 2615
WWW.WORLDBANK.ORG/ICSID

November 11, 2019

<u>By email</u>

**Masdar Solar & Wind Cooperatief U.A.**
c/o
Mr. Simon Roderick
Mr. Yacine Francis
Ms. Marie Stoyanov
Ms. Naomi Briercliffe
Mr. Peter Plachy
Allen & Overy LLP
11th Floor, Burj Daman Building,
Happiness Street
Dubai International Financial Centre
Dubai
United Arab Emirates

**Kingdom of Spain**
c/o
Mr. José Manuel Gutiérrez Delgado
Ms. María José Ruiz Sánchez
Mr. Pablo Elena Abad
Mr. Rafael Gil Nievas
Mr. Alberto Torró Molés
Ms. Elena Oñoro Sainz
Mr. Mariano Rojo Pérez
Ms. Gloria María de la Guardia Limeres
Mr. Juan Antonio Quesada
Ms. Ana María Rodriguez Esquivias
Mr. Javier Comerón Herrero
Ms. Eugenia Cediel Bruno
Abogacía General del Estado
Ministry of Justice of the Government of Spain
c/ Marqués de la Ensenada, 14-16, 2ª planta
28004, Madrid
Spain

**Re: Masdar Solar & Wind Cooperatief U.A. v. Kingdom of Spain**
(ICSID Case No. ARB/14/1) – Annulment Proceeding

Dear Sirs and Mesdames,

Further to our letter of November 8, 2019, I write to inform you that Mr. Kapyou (Kevin) Kim has accepted his appointment as President of the *ad hoc* Committee in the above-captioned case. Please find attached a copy of Mr. Kim's declaration pursuant to ICSID Arbitration Rule 6(2).

The vacancy created on the *ad hoc* Committee following the resignation of Mr. Makhdoom Ali Khan on October 9, 2019, has thus been filled.

In accordance with ICSID Arbitration Rule 12, the annulment proceeding resumes from the point it had reached at the time the vacancy occurred.

Your sincerely,

Meg Kinnear
Secretary-General

cc (by email): *ad hoc* Committee