# EXHIBIT 77

26.7.2016    EN    Official Journal of the European Union    L 200/1

I

*(Legislative acts)*

# REGULATIONS

**REGULATION (EU) 2016/1191 OF THE EUROPEAN PARLIAMENT AND OF THE COUNCIL**

**of 6 July 2016**

**on promoting the free movement of citizens by simplifying the requirements for presenting certain public documents in the European Union and amending Regulation (EU) No 1024/2012**

THE EUROPEAN PARLIAMENT AND THE COUNCIL OF THE EUROPEAN UNION,

Having regard to the Treaty on the Functioning of the European Union, and in particular Article 21(2) thereof,

Having regard to the proposal from the European Commission,

After transmission of the draft legislative act to the national parliaments,

Having regard to the opinion of the European Economic and Social Committee [1],

Acting in accordance with the ordinary legislative procedure [2],

Whereas:

(1)   The Union has set the objective of maintaining and developing an area of freedom, security and justice without internal frontiers, in which the free movement of persons is ensured. In order to ensure the free circulation of public documents within the Union and, thereby, promote the free movement of Union citizens, the Union should adopt concrete measures to simplify the existing administrative requirements relating to the presentation in a Member State of certain public documents issued by the authorities of another Member State.

(2)   All Member States are contracting parties to the Hague Convention of 5 October 1961 Abolishing the Requirement of Legalisation for Foreign Public Documents (the 'Apostille Convention'), which introduced a system for the simplified circulation of public documents issued by Contracting States to that Convention.

(3)   In accordance with the principle of mutual trust and in order to promote the free movement of persons within the Union, this Regulation should set out a system for further simplification of administrative formalities for the circulation of certain public documents and their certified copies where those public documents and the certified copies thereof are issued by a Member State authority for presentation in another Member State.

(4)   The system set out in this Regulation should be without prejudice to persons being able to continue to benefit, if they so wish, from other systems which exempt public documents from legalisation or similar formality and which are applicable between Member States. In particular, this Regulation should be regarded as a separate and autonomous instrument from the Apostille Convention.

[1]   OJ C 327, 12.11.2013, p. 52.
[2]   Position of the European Parliament of 4 February 2014 (not yet published in the Official Journal) and position of the Council at first reading of 10 March 2016 (not yet published in the Official Journal). Position of the European Parliament of 10 May 2016.

(5)    Coexistence between the system set out in this Regulation and other systems applicable between Member States should be safeguarded. As regards the Apostille Convention, while it should not be possible for Member States' authorities to require an apostille when a person presents to them a public document covered by this Regulation and issued in another Member State, this Regulation should not prevent Member States from issuing an apostille where a person chooses to request it. Moreover, this Regulation should not prevent a person from continuing to use in one Member State an apostille issued in another. Accordingly, the Apostille Convention could still be used, at a person's request, in relations between Member States. Where a person requests an apostille on a public document covered by this Regulation, the issuing national authorities should use appropriate means to inform that person that under the system set out in this Regulation an apostille is no longer necessary if that person intends to present the document in another Member State. In any case, Member States should make that information available through any appropriate means.

(6)    This Regulation should cover public documents issued by the authorities of a Member State, in accordance with its national law, and the primary purpose of which is to establish one of the following facts: birth, that a person is alive, death, name, marriage (including capacity to marry and marital status), divorce, legal separation or marriage annulment, registered partnership (including capacity to enter into a registered partnership and registered partnership status), dissolution of a registered partnership, legal separation or annulment of a registered partnership, parenthood, adoption, domicile and/or residence, or nationality. This Regulation should also cover public documents issued for a person by the Member State of which that person is a national to attest that that person does not have a criminal record. Furthermore, this Regulation should cover public documents the presentation of which can be required of citizens of the Union residing in a Member State of which they are not nationals when, in accordance with the relevant Union legislation, they wish to vote or stand as candidates in elections to the European Parliament or in municipal elections in their Member State of residence.

(7)    This Regulation should not oblige Member States to issue public documents that do not exist under their national law.

(8)    This Regulation should also apply to certified copies of public documents made by a competent authority of the Member State in which the original public document was issued. However, this Regulation should not cover copies of certified copies.

(9)    This Regulation should also cover electronic versions of public documents and multilingual standard forms suitable for electronic exchange. However, each Member State should decide in accordance with its national law whether and under which conditions public documents and multilingual standard forms in electronic format may be presented.

(10)   This Regulation should not apply to passports or identity cards issued in a Member State as such documents are not subject to legalisation or similar formality when presented in another Member State.

(11)   This Regulation, and in particular the mechanism for administrative cooperation set out therein, should not apply to civil status documents issued on the basis of the relevant International Commission on Civil Status ('ICCS') Conventions.

(12)   Public documents on a change of name should also be regarded as being public documents whose primary purpose is to establish an individual's name.

(13)   The concept of 'marital status' should be interpreted as referring to an individual's status of being married, separated or unmarried, including being single, divorced or widowed.

(14)   The concept of 'parenthood' should be interpreted as meaning the legal relationship between a child and the child's parents.

(15)   For the purposes of this Regulation, the concepts of 'domicile', 'residence' and 'nationality' should be interpreted in accordance with national law.

26.7.2016          EN          Official Journal of the European Union          L 200/3

(16)    The concept of 'criminal record' should be interpreted as referring to the national register or registers recording convictions in accordance with national law. 'Conviction' should be interpreted as referring to any final decision of a criminal court against a natural person in respect of a criminal offence, to the extent such decisions are entered in the criminal record of the convicting Member State.

(17)    Simplification of the requirements for presenting in a Member State public documents issued in another Member State should bring tangible benefits to Union citizens. Given their different legal nature, documents issued by private persons should be excluded from the scope of this Regulation. Public documents issued by the authorities of third countries should likewise fall outside the scope of this Regulation, including where they have already been accepted as authentic by the authorities of a Member State. The exclusion of public documents issued by the authorities of third countries should extend to certified copies made by the authorities of a Member State of public documents issued by the authorities of a third country.

(18)    The aim of this Regulation is not to change the substantive law of the Member States relating to birth, a person being alive, death, name, marriage (including capacity to marry and marital status), divorce, legal separation or marriage annulment, registered partnership (including capacity to enter into a registered partnership and registered partnership status), dissolution of a registered partnership, legal separation or annulment of a registered partnership, parenthood, adoption, domicile and/or residence, nationality, the absence of a criminal record, or to public documents the presentation of which can be required by a Member State from a candidate in elections to the European Parliament or in municipal elections or from a voter in such elections who is a national of that Member State. Furthermore, this Regulation should not affect the recognition in one Member State of legal effects relating to the content of a public document issued in another Member State.

(19)    In order to promote the free movement of Union citizens, the public documents covered by this Regulation and certified copies thereof should be exempted from all forms of legalisation and similar formality.

(20)    Other formalities, namely the requirement to provide in each instance certified copies and translations of public documents, should also be simplified to further facilitate the circulation of public documents between the Member States.

(21)    In order to overcome language barriers and thereby further facilitate the circulation of public documents between the Member States, multilingual standard forms should be established in each of the official languages of the institutions of the Union for public documents concerning birth, a person being alive, death, marriage (including capacity to marry and marital status), registered partnership (including capacity to enter into a registered partnership and registered partnership status), domicile and/or residence, and absence of a criminal record.

(22)    The sole purpose of the multilingual standard forms should be to facilitate the translation of the public documents to which they are attached. Accordingly, such forms should not be circulated as autonomous documents between the Member States. They should not have the same purpose or pursue the same objectives as extracts from, or verbatim copies of, civil status records, multilingual extracts from civil status records, multilingual and coded extracts from civil status records or multilingual and coded civil status certificates established by ICCS Convention No 2 on the issue free of charge and the exemption from legalisation of copies of civil status records, ICCS Convention No 16 on the issue of multilingual extracts from civil status records and ICCS Convention No 34 on the issue of multilingual and coded extracts from civil status records and multilingual and coded civil status certificates.

(23)    The multilingual standard forms established by this Regulation should reflect the content of the public documents to which they are attached and should eliminate, to the extent possible, the need for a translation of those public documents. However, for a number of public documents the content of which may not be properly reflected in a multilingual standard form, such as certain categories of court decisions, the objective of eliminating the need for translation is not reasonably achievable. The Member States should communicate to the Commission the public documents to which multilingual standard forms can be attached as a suitable translation

aid. The Member States should endeavour to attach a multilingual standard form to the greatest possible number of public documents falling under the scope of this Regulation.

(24) A person who presents a public document accompanied by a multilingual standard form should not be required to produce a translation of that public document. However, the authority to which the public document is presented should ultimately decide whether the information included in the multilingual standard form is sufficient for the purpose of processing that public document.

(25) The authority to which a public document is presented may exceptionally require, where necessary for the purpose of processing that public document, the person presenting that public document accompanied by a multilingual standard form also to provide a translation or a transliteration of the content of the multilingual standard form into the official language of its Member State or, if that Member State has several official languages, the official language or one of the official languages of the place where the public document is presented, that language being also one of the official languages of the institutions of the Union.

(26) Multilingual standard forms should be issued, upon their request, to persons entitled to receive the public documents to which the multilingual standard forms are to be attached. Multilingual standard forms should not produce legal effects as regards the recognition of their content in the Member States where they are presented.

(27) When preparing a multilingual standard form that is to be attached to a specific public document, the authority issuing that form should be able to select from the model for that multilingual standard form only the country-specific entry headings which are relevant for the public document concerned, in order to ensure that the multilingual standard form contains only the information included in the public document to which the form is to be attached.

(28) It should be possible to integrate the electronic version of a multilingual standard form from the European e-Justice Portal into a different location accessible at national level, and to issue it from there.

(29) The Member States should have the possibility of creating electronic versions of multilingual standard forms using a technology other than that used by the European e-Justice Portal, provided that the multilingual standard forms issued by the Member States using that other technology contain the information required by this Regulation.

(30) Appropriate safeguards should be established for the prevention of fraud involving, and forgery of, public documents, and certified copies thereof, circulating between the Member States.

(31) In order to allow for fast and secure cross-border information exchange and to facilitate mutual assistance, this Regulation should establish an effective mechanism for administrative cooperation between the authorities designated by the Member States. The use of that mechanism for administrative cooperation should strengthen mutual trust between the Member States within the internal market and should be based on the Internal Market Information System ('IMI'), established by Regulation (EU) No 1024/2012 of the European Parliament and of the Council (¹).

(32) Regulation (EU) No 1024/2012 should therefore be amended in order to add certain provisions of this Regulation to the list of provisions on administrative cooperation in Union acts that are implemented by means of IMI, as set out in the Annex to Regulation (EU) No 1024/2012.

(33) In order to guarantee a high level of security and data protection in the context of the application of this Regulation and to prevent fraud, the Commission should ensure that IMI guarantees the security of public

---

(¹) Regulation (EU) No 1024/2012 of the European Parliament and of the Council of 25 October 2012 on administrative cooperation through the Internal Market Information System and repealing Commission Decision 2008/49/EC ('the IMI Regulation') (OJ L 316, 14.11.2012, p. 1).

documents and provides a safe means of electronic transmission of those documents. The Commission should make a tool available in IMI that certifies information exchanged through the system when it is exported outside the system. Furthermore, Member States' authorities which exchange information regarding public documents should take the necessary measures to ensure that, in line with Regulation (EU) No 1024/2012, the public documents and the personal data exchanged through IMI are collected, processed and used for purposes in line with those for which they were originally submitted. Regulation (EU) No 1024/2012 sets out the necessary provisions to ensure the protection of personal data and a high level of security and confidentiality for the exchange of information in IMI, and defines the responsibilities of the Commission in this regard. Regulation (EU) No 1024/2012 also stipulates that IMI actors are to exchange and process personal data only for the purposes defined in the Union legal act on which the exchange is based and in line with the purpose for which they were originally submitted.

(34) Directive 95/46/EC of the European Parliament and of the Council (¹) will govern the processing of personal data carried out in the Member States in relation to the application of this Regulation under the supervision of the public independent authorities designated by the Member States. Any exchange or transmission of information and documents by the authorities of the Member States should be in accordance with Directive 95/46/EC. Furthermore, such exchange and transmission should serve the specific purpose of verification by those authorities of the authenticity of public documents through IMI and such verification should only be carried out within the respective spheres of competence of those authorities. This should not preclude Member States from applying their laws, regulations and administrative provisions concerning public access to official documents.

(35) The authorities of the Member States should provide each other with mutual assistance in order to facilitate the application of this Regulation, in particular as regards the application of the mechanism for administrative cooperation between the authorities designated by the Member States, where the authorities of a Member State in which a public document or its certified copy is presented have a reasonable doubt as to the authenticity of the public document or its certified copy.

(36) Where the authorities of a Member State in which a public document or its certified copy is presented have a reasonable doubt as to the authenticity of those documents, they should have the possibility of checking the models of documents available in the repository of IMI and, if a doubt remains, to submit requests for information through IMI to the relevant authorities of the Member State where those documents were issued, either by sending the request directly to the authority that issued the public document or made the certified copy, or by contacting the central authority of that Member State. The requested authorities should reply to such requests within the shortest possible period of time and in any case within a period not exceeding 5 working days or 10 working days when the request is processed through a central authority. The time limit of 10 working days may in particular cover situations where the requested authorities are not yet registered in IMI. In the event that those time limits cannot be complied with, an extension of the time limit should be agreed upon between the requested authority and the requesting authority.

(37) For the purposes of calculating the time limits provided for in this Regulation, Regulation (EEC, Euratom) No 1182/71 of the Council (²) should apply.

(38) In exceptional circumstances, it is possible that Member States' authorities would be unable to verify the authenticity of a public document. That should occur only where, due to circumstances such as, for example, the physical destruction or loss of copies of national documents due for example to destruction of archives of a certain civil status office or a court, or the absence of a register, that verification is not possible. Therefore, there should be a reply option in IMI which reflects this possibility.

(39) If the reply from the requested authority does not confirm the authenticity of the public document or of its certified copy or if no reply is received from that authority, the requesting authority should not be obliged to process that public document or certified copy. Furthermore, in such cases, the requesting authority or the person who presented the public document or the certified copy should be free to use any available means to

---

(¹) Directive 95/46/EC of the European Parliament and of the Council of 24 October 1995 on the protection of individuals with regard to the processing of personal data and on the free movement of such data (OJ L 281, 23.11.1995, p. 31).
(²) Regulation (EEC, Euratom) No 1182/71 of the Council of 3 June 1971 determining the rules applicable to periods, dates and time limits (OJ L 124, 8.6.1971, p. 1).

verify or to prove the authenticity of the public document or its certified copy. In order to ensure that this Regulation is effective, situations where no reply is received via IMI should remain exceptional.

(40) Where necessary, the IMI coordinator or the relevant central authorities can assist in finding a solution to the difficulties that Member States' authorities may encounter when using IMI, including in cases where no reply to a request for information is received or where it is not possible to agree on an extension of the time limit for replying.

(41) Member States' authorities should benefit from the available IMI functionalities, including the provision of a multilingual system for communications and the use of pre-translated and standard questions and answers, as well as from a repository of models of public documents used within the internal market.

(42) The central authorities of the Member States should provide assistance in relation to requests for information, and should, in particular, receive, transmit and, where necessary, answer such requests and supply the necessary information in respect of those requests, particularly in situations where neither the requesting nor the requested authority is registered in IMI.

(43) For the purposes of this Regulation, the central authorities of the Member States should communicate with each other and exercise their functions by using IMI. Communications between authorities of the same Member State should take place in accordance with national procedures.

(44) The relationship between this Regulation and existing Union law should be clarified. In that regard, this Regulation should be without prejudice to the application of Union law which contains provisions on legalisation or similar formality, or other formalities, such as Council Regulation (EC) No 2201/2003 (¹). This Regulation should also be without prejudice to the application of Union law on electronic signatures and electronic identification. If the provisions of this Regulation conflict with a provision of another Union act governing specific aspects of simplification of the requirements for presenting public documents, and simplifying such requirements even further, such as Directive 2005/36/EC of the European Parliament and of the Council (²), Directive 2006/123/EC of the European Parliament and of the Council (³) and Regulation (EC) No 987/2009 of the European Parliament and of the Council (⁴), the provision of the Union act which provides for further simplification should prevail.

(45) Moreover, this Regulation should be without prejudice to the use of other systems of administrative cooperation established by Union law which provide for the exchange of information between the Member States in specific areas such as Council Directive 93/109/EC (⁵) or Regulation (EC) No 987/2009. This Regulation should be applied in synergy with such specific systems.

(46) In order to be consistent with its general objectives, this Regulation should, as between two or more Member States, in relation to matters to which it applies and to the extent provided for therein, take precedence over bilateral or multilateral agreements or arrangements to which the Member States are party and which concern matters covered by it.

(47) Furthermore, Member States should be able to maintain or conclude arrangements between two or more of them in matters which do not fall within the scope of this Regulation such as the evidentiary value of public

_____

(¹) Council Regulation (EC) No 2201/2003 of 27 November 2003 concerning jurisdiction and the recognition and enforcement of judgments in matrimonial matters and the matters of parental responsibility, repealing Regulation (EC) No 1347/2000 (OJ L 338, 23.12.2003, p. 1).
(²) Directive 2005/36/EC of the European Parliament and of the Council of 7 September 2005 on the recognition of professional qualifications (OJ L 255, 30.9.2005, p. 22).
(³) Directive 2006/123/EC of the European Parliament and of the Council of 12 December 2006 on services in the internal market (OJ L 376, 27.12.2006, p. 36).
(⁴) Regulation (EC) No 987/2009 of the European Parliament and of the Council of 16 September 2009 laying down the procedure for implementing Regulation (EC) No 883/2004 on the coordination of social security systems (OJ L 284, 30.10.2009, p. 1).
(⁵) Council Directive 93/109/EC of 6 December 1993 laying down detailed arrangements for the exercise of the right to vote and stand as a candidate in elections to the European Parliament for citizens of the Union residing in a Member State of which they are not nationals (OJ L 329, 30.12.1993, p. 34).

documents, multilingual standard forms with legal value, exemption from legalisation of such forms, and exemption from legalisation of public documents in areas other than those covered by this Regulation. Member States should also be able to maintain or conclude arrangements aiming to further simplify the circulation of public documents covered by this Regulation between Member States.

(48) Public documents issued by the authorities of third countries do not fall within the scope of this Regulation. Moreover, agreements and arrangements concerning legalisation or similar formality in respect of public documents on matters covered by this Regulation issued by the authorities of Member States or third countries to be used in relations between the Member States and the third countries concerned may not affect the application of this Regulation. Therefore, this Regulation should not preclude Member States from concluding bilateral or multilateral international agreements with third countries concerning legalisation or similar formality in respect of public documents relating to matters covered by this Regulation and issued by the authorities of Member States or of third countries for use in relations between the Member States and the third countries concerned. Member States should also not be precluded, to the extent that one or more Member States are or may decide to become party to such agreements and arrangements, from deciding on the acceptance of the accession of new contracting parties, in particular as regards the right to raise and notify objections to new accessions as referred to in the second paragraph of Article 12 of the Apostille Convention, or from applying, amending or deciding on accessions of new contracting parties to, the European Convention of 1968 on the Abolition of Legalisation of documents executed by Diplomatic Agents or Consular Officers.

(49) Since the multilingual standard forms under this Regulation do not have legal value and do not overlap with the multilingual standard forms provided for in ICCS Conventions No 16, No 33 and No 34 or with the life certificates provided for in ICCS Convention No 27, this Regulation should not affect the application of those Conventions as between Member States or between a Member State and a third country.

(50) An ad hoc committee, composed of representatives of the Commission and of the Member States and chaired by a representative of the Commission, should be set up with a view to taking any measures necessary to facilitate the application of this Regulation, in particular by exchanging best practice concerning the application of the Regulation between Member States, the prevention of fraud involving public documents, certified copies and certified translations thereof, the use of electronic versions of public documents, the use of multilingual standard forms, and concerning detected forged documents.

(51) To facilitate the application of this Regulation, Member States should, with a view to making the information available to the public through any appropriate means and, in particular, through the European e-Justice Portal, provide the Commission via IMI with the contact details of their central authorities, the models of the most commonly used public documents under their national law or, where no such model exists for a document, information about that document's specific features.

(52) Member States should also communicate via IMI anonymised versions of forged documents which have been detected and which could serve as useful and typical examples for the detection of possible forgeries. The communication of such forged documents should be limited to forged documents the disclosure of which is permitted under national law, and should be without prejudice to Member States' rules on disclosing evidence collected in the course of criminal proceedings. The information communicated by Member States in relation to forged documents should not be made public.

(53) In order to facilitate the application of this Regulation, Member States should, with a view to making the information available to the public through the European e-Justice Portal, communicate to the Commission the language or languages they can accept for the presentation of public documents issued by the authorities of another Member State; an indicative list of public documents falling within the scope of this Regulation; the list of public documents to which multilingual standard forms can be attached as a suitable translation aid; the lists of persons qualified, in accordance with national law, to carry out certified translations, where such lists exist; an indicative list of the types of authorities empowered by national law to make certified copies; information relating to the means by which certified translations and certified copies can be identified; and information about the specific features of certified copies.

(54)  Information regarding the models of the most commonly used public documents or the specific features of such documents or certified copies thereof should be made available to the public only to the extent that such information is already publicly available under the law of the Member State whose authorities issued the public document or made the certified copy. For that purpose, Member States should communicate to the Commission which documents are publicly available under their national law. However, for the purposes of this Regulation, information on specific features of public documents or certified copies thereof that should be communicated by the Member States to the Commission should not include information on specific security features that is not publicly available under the law of the Member State whose authorities issued the public document or made the certified copy.

(55)  The communication by a Member State to the Commission of a language or languages other than its own that it can accept for the presentation of public documents issued by the authorities of another Member State should be without prejudice to its authorities being able to accept, in accordance with national law or where so allowed by the Member State concerned, any additional language or languages when a public document issued by the authorities of another Member State is presented to them.

(56)  This Regulation respects the fundamental rights and observes the principles recognised by the Charter of Fundamental Rights of the European Union, in particular the right to respect for private and family life, the right to the protection of personal data, the right to marry and right to found a family, and freedom of movement and of residence. This Regulation should be applied in accordance with those rights and principles.

(57)  Since the objectives of this Regulation, namely the promotion of the free movement of Union citizens by facilitating the free circulation of certain public documents within the Union, cannot be sufficiently achieved by the Member States but can rather, by reason of its scale and effects, be better achieved at Union level, the Union may adopt measures in accordance with the principle of subsidiarity as set out in Article 5 of the Treaty on European Union. In accordance with the principle of proportionality, as set out in that Article, this Regulation does not go beyond what is necessary in order to achieve those objectives,

HAVE ADOPTED THIS REGULATION:

CHAPTER I

SUBJECT MATTER, SCOPE AND DEFINITIONS

*Article 1*

**Subject matter**

1.  This Regulation provides, in relation to certain public documents which are issued by the authorities of a Member State and which have to be presented to the authorities of another Member State, for a system of:

(a)  exemption from legalisation or similar formality; and

(b)  simplification of other formalities.

Without prejudice to the first subparagraph, this Regulation shall not prevent a person from using other systems applicable in a Member State concerning legalisation or similar formality.

2.  This Regulation also establishes multilingual standard forms to be used as a translation aid attached to public documents concerning birth, a person being alive, death, marriage (including capacity to marry and marital status), registered partnership (including capacity to enter into a registered partnership and registered partnership status), domicile and/or residence and absence of a criminal record.

*Article 2*

**Scope**

1.    This Regulation applies to public documents issued by the authorities of a Member State in accordance with its national law which have to be presented to the authorities of another Member State and the primary purpose of which is to establish one or more of the following facts:

(a)   birth;

(b)   a person being alive;

(c)   death;

(d)   name;

(e)   marriage, including capacity to marry and marital status;

(f)   divorce, legal separation or marriage annulment;

(g)   registered partnership, including capacity to enter into a registered partnership and registered partnership status;

(h)   dissolution of a registered partnership, legal separation or annulment of a registered partnership;

(i)   parenthood;

(j)   adoption;

(k)   domicile and/or residence;

(l)   nationality;

(m)   absence of a criminal record, provided that public documents concerning this fact are issued for a citizen of the Union by the authorities of that citizen's Member State of nationality.

2.    This Regulation also applies to public documents the presentation of which may be required of citizens of the Union residing in a Member State of which they are not nationals when those citizens wish to vote or stand as candidates in elections to the European Parliament or in municipal elections in their Member State of residence, under the conditions laid down in Directive 93/109/EC and Council Directive 94/80/EC ([1]) respectively.

3.    This Regulation does not apply to:

(a)   public documents issued by the authorities of a third country; or

(b)   certified copies of documents referred to in point (a) made by the authorities of a Member State.

4.    This Regulation does not apply to the recognition in a Member State of legal effects relating to the content of public documents issued by the authorities of another Member State.

*Article 3*

**Definitions**

For the purposes of this Regulation:

(1)  'public documents' means:

(a)  documents emanating from an authority or an official connected with the courts or tribunals of a Member State, including those emanating from a public prosecutor, a clerk of a court or a judicial officer ('huissier de justice');

---

([1])  Council Directive 94/80/EC of 19 December 1994 laying down detailed arrangements for the exercise of the right to vote and to stand as a candidate in municipal elections by citizens of the Union residing in a Member State of which they are not nationals (OJ L 368, 31.12.1994, p. 38).

(b) administrative documents;

(c) notarial acts;

(d) official certificates which are placed on documents signed by persons in their private capacity, such as official certificates recording the registration of a document or the fact that it was in existence on a certain date and official and notarial authentications of signatures;

(e) documents drawn up by the diplomatic or consular agents of a Member State acting in the territory of any State in their official capacity, where such documents have to be presented in the territory of another Member State or to the diplomatic or consular agents of another Member State acting in the territory of a third State;

(2) 'authority' means a public authority of a Member State, or an entity acting in an official capacity and authorised under national law to issue or receive a public document covered by this Regulation or a certified copy thereof;

(3) 'legalisation' means the formality for certifying the authenticity of a public office holder's signature, the capacity in which the person signing the document has acted and, where appropriate, the identity of the seal or stamp which it bears;

(4) 'similar formality' means the addition of the certificate provided for by the Apostille Convention;

(5) 'other formalities' means the requirement to provide certified copies and translations of public documents;

(6) 'central authority' means the authority or authorities which has or have been designated in accordance with Article 15 by the Member States to fulfil functions relating to the application of this Regulation;

(7) 'certified copy' means a copy of an original public document which is signed and attested to be an accurate and complete reproduction of that original public document by an authority, empowered to do so under national law and of the same Member State that originally issued the public document.

CHAPTER II

**EXEMPTION FROM LEGALISATION AND SIMILAR FORMALITY, AND SIMPLIFICATION OF OTHER FORMALITIES RELATING TO CERTIFIED COPIES**

*Article 4*

**Exemption from legalisation and similar formality**

Public documents covered by this Regulation and their certified copies shall be exempt from all forms of legalisation and similar formality.

*Article 5*

**Simplification of other formalities relating to certified copies**

1.    Where a Member State requires the presentation of the original of a public document issued by the authorities of another Member State, the authorities of the Member State where the public document is presented shall not also require the presentation of a certified copy thereof.

2.    Where a Member State permits the presentation of a certified copy of a public document, the authorities of that Member State shall accept a certified copy made in another Member State.

CHAPTER III

**SIMPLIFICATION OF OTHER FORMALITIES RELATING TO TRANSLATIONS AND MULTILINGUAL STANDARD FORMS**

*Article 6*

**Simplification of other formalities relating to translations**

1.    A translation shall not be required where:

(a)  the public document is in the official language of the Member State where the document is presented or, if that Member State has several official languages, in the official language or one of the official languages of the place where the document is presented or in any other language that that Member State has expressly accepted; or

(b)  a public document concerning birth, a person being alive, death, marriage (including capacity to marry and marital status), registered partnership (including capacity to enter into a registered partnership and registered partnership status), domicile and/or residence, or absence of a criminal record, is accompanied, in accordance with the conditions set out in this Regulation, by a multilingual standard form, provided that the authority to which the public document is presented considers that the information included in the multilingual standard form is sufficient for processing the public document.

2.    A certified translation carried out by a person qualified to do so under the law of a Member State shall be accepted in all Member States.

*Article 7*

**Multilingual standard forms**

1.    Public documents concerning birth, a person being alive, death, marriage (including capacity to marry and marital status), registered partnership (including capacity to enter into a registered partnership and registered partnership status), domicile and/or residence and absence of a criminal record, communicated by the Member States in accordance with point (c) of Article 24(1), shall, upon request by the person entitled to receive the public document, be accompanied by a multilingual standard form established in accordance with this Regulation.

2.    The multilingual standard forms referred to in paragraph 1 shall be issued by an authority and shall bear their date of issue as well as the signature and, where applicable, the seal or stamp of the issuing authority.

*Article 8*

**Use of multilingual standard forms**

1.    The multilingual standard forms referred to in Article 7(1) shall be attached to the public documents referred to in that paragraph, shall be used as a translation aid and shall have no autonomous legal value.

2.    The multilingual standard forms shall not constitute any of the following:

(a)  extracts from civil status records;

(b)  verbatim copies of civil status records;

(c)  multilingual extracts from civil status records;

(d)  multilingual and coded extracts from civil status records; or

(e)  multilingual and coded civil status certificates.

3.   The multilingual standard forms may only be used in a Member State other than the Member State where they were issued.

*Article 9*

**Content of multilingual standard forms**

1.   Each multilingual standard form shall contain a standard part, consisting of the following elements:

(a)  the title of the multilingual standard form;

(b)  the legal basis for the issuance of the multilingual standard form;

(c)  a reference to the Member State where the multilingual standard form is issued;

(d)  an 'Important Notice' box;

(e)  a 'Note for the issuing authority' box;

(f)  a number of standard entry headings and their code numbers; and

(g)  a 'Signature box'.

2.   The standard parts to be included in the multilingual standard forms relating to birth, a person being alive, death, marriage (including capacity to marry and marital status), registered partnership (including capacity to enter into a registered partnership and registered partnership status), domicile and/or residence and absence of a criminal record, as well as multilingual glossaries of the standard entry headings, are set out in Annexes I to XI, respectively.

3.   Each multilingual standard form shall also contain, where applicable, a non-standard part consisting of country-specific entry headings designed to reflect the content of the public document to which the multilingual standard form is to be attached, and the code numbers of those entry headings.

4.   The country-specific entry headings referred to in paragraph 3 of this Article shall be communicated by the Member States to the Commission in accordance with Article 24(2).

5.   Each multilingual standard form shall also include a multilingual glossary of both the standard entry headings and the country-specific entry headings in all the official languages of the institutions of the Union.

*Article 10*

**Languages of issuance of multilingual standard forms**

1.   The multilingual standard forms shall be filled in by the issuing authority in the official language of its Member State or, if that Member State has several official languages, in the official language or one of the official languages of the place where the multilingual standard form is issued.

2.   The standard part and the country-specific entry headings of the multilingual standard forms shall be in both of the following languages:

(a)  the official language of the Member State in which the multilingual standard form is issued or, if that Member State has several official languages, the official language or one of the official languages of the place where the multilingual standard form is issued, that language being also one of the official languages of the institutions of the Union; and

(b) the official language of the Member State in which the public document to which the multilingual standard form is attached is to be presented or, if that Member State has several official languages, the official language or one of the official languages of the place where the public document to which the multilingual standard form is attached is to be presented, that language being also one of the official languages of the institutions of the Union.

3.    The standard part and the country-specific entry headings in the two languages referred to in paragraph 2 of this Article and the multilingual glossary referred to in Article 9(5) shall be included in a single multilingual standard form.

## Article 11

### Fee for obtaining a multilingual standard form

In order to further facilitate the free circulation of public documents within the Union, Member States shall ensure that the fee for obtaining a multilingual standard form does not exceed the production cost of the multilingual standard form or of the public document to which the form is attached, whichever is lower.

## Article 12

### Electronic versions of multilingual standard forms

The European e-Justice Portal shall contain, for each Member State, model multilingual standard forms relating to birth, a person being alive, death, marriage (including capacity to marry and marital status) and, where applicable, registered partnership (including capacity to enter into a registered partnership and registered partnership status), domicile and/or residence and absence of a criminal record, established in accordance with this Regulation in all the official languages of the institutions of the Union and which include:

(a) the standard parts set out in Annexes I to XI; and

(b) the country-specific entry headings communicated by the Member States to the Commission in accordance with Article 24(2).

CHAPTER IV

REQUESTS FOR INFORMATION AND ADMINISTRATIVE COOPERATION

## Article 13

### Internal Market Information System

The Internal Market Information System ('IMI') established by Regulation (EU) No 1024/2012 shall be used for the purposes of Articles 14 and 16 and Article 22 (1) and (2) of this Regulation.

## Article 14

### Requests for information in cases of reasonable doubt

1.    Where the authorities of a Member State in which a public document or its certified copy is presented have a reasonable doubt as to the authenticity of that public document or its certified copy, they shall take the following steps to dispel their doubt:

(a) check the available models of documents in the repository of IMI as referred to in Article 22;

(b) if a doubt remains, submit a request for information through IMI:

(i) to the authority that issued the public document or, where applicable, to the authority that made the certified copy, or to both; or

(ii) to the relevant central authority.

2.    A reasonable doubt as to the authenticity of a public document or its certified copy as referred to in paragraph 1 may relate, in particular, to:

(a) the authenticity of the signature;

(b) the capacity in which the person signing the document acted;

(c) the identity of the seal or stamp;

(d) the document having been forged or tampered with.

3.    Requests for information made under this Article shall set out the grounds on which they are based.

4.    Requests for information made under this Article shall be accompanied by a copy of the public document concerned or of its certified copy, transmitted electronically by means of IMI. Such requests and any replies to those requests shall not be subject to any tax, duty or charge.

5.    The authorities shall reply to requests for information made under this Article within the shortest possible period of time and in any case within a period not exceeding 5 working days or 10 working days where the request is processed through a central authority.

In exceptional cases where the time limits referred to in the first subparagraph cannot be adhered to, the requested authority and the requesting authority shall agree upon an extension of the time limit.

6.    If the authenticity of the public document or of its certified copy is not confirmed, the requesting authority shall not be obliged to process them.

*Article 15*

**Designation of central authorities**

1.    For the purposes of this Regulation, each Member State shall designate at least one central authority.

2.    Where a Member State has designated more than one central authority, it shall designate the central authority to which communications may be addressed for transmission to the appropriate authority within that Member State.

*Article 16*

**Functions of central authorities**

Central authorities shall provide assistance in relation to requests for information pursuant to Article 14, and, in particular, shall:

(a) transmit, receive and, where necessary, answer such requests; and

(b) supply the information necessary in respect of those requests.

CHAPTER V

RELATIONSHIP WITH OTHER PROVISIONS OF UNION LAW AND OTHER INSTRUMENTS

*Article 17*

**Relationship with other provisions of Union law**

1.    This Regulation is without prejudice to the application of other provisions of Union law on legalisation, similar formality, or other formalities, and shall be complementary to such provisions.

2.    This Regulation is without prejudice to the application of Union law on electronic signatures and electronic identification.

3.    This Regulation is without prejudice to the use of other systems of administrative cooperation established by Union law which provide for exchange of information between the Member States in specific areas.

*Article 18*

**Amendment to Regulation (EU) No 1024/2012**

In the Annex to Regulation (EU) No 1024/2012, the following point is added:

'9.  Regulation (EU) 2016/1191 of the European Parliament and of the Council of 6 July 2016 on promoting the free movement of citizens by simplifying the requirements for presenting certain public documents in the European Union and amending Regulation (EU) No 1024/2012 (*): Articles 14 and 16 and Article 22(1) and (2).

_____
(*)  OJ L 200, 26.7.2016, p. 1'.

*Article 19*

**Relationship with international conventions, agreements and arrangements**

1.    This Regulation is without prejudice to the application of international conventions to which one or more Member States are party at the time of adoption of this Regulation and which concern matters covered by this Regulation.

2.    Notwithstanding paragraph 1, this Regulation shall, in relation to matters to which it applies and to the extent provided for therein, prevail over other provisions contained in bilateral or multilateral agreements or arrangements concluded by the Member States in the relations between the Member States party thereto.

3.    This Article is without prejudice to the second subparagraph of Article 1(1).

4.    This Regulation shall not preclude Member States from negotiating, concluding, acceding to, amending or applying international agreements and arrangements with third countries concerning legalisation or similar formality in respect of public documents concerning matters covered by this Regulation, and issued by the authorities of Member States or third countries in order to be used in relations between the Member States and the third countries concerned. This Regulation shall not preclude Member States from deciding on the acceptance of the accession of new contracting parties to such agreements and arrangements to which one or more Member States is or may decide to become party.

CHAPTER VI

**GENERAL AND FINAL PROVISIONS**

*Article 20*

**Purpose limitation**

1.    The exchange and transmission of information and documents by the Member States pursuant to this Regulation shall serve the sole purpose of verifying the authenticity of public documents by the competent authorities through IMI.

2.    This Regulation is without prejudice to the application of the laws, regulations and administrative provisions of the Member States regarding public access to public documents.

*Article 21*

**Information in relation to the content of this Regulation**

The Commission and the Member States shall make information in relation to the content of this Regulation available through appropriate means, including through the European e-Justice Portal and the websites of Member States' authorities.

*Article 22*

**Information on central authorities and contact details**

1.    By 16 August 2018, the Member States shall use IMI to communicate the following:

(a) the central authority or authorities designated pursuant to Article 15(1) together with their contact details and, where relevant, the authority designated pursuant to Article 15(2);

(b) models for the most commonly used public documents under their respective national law or, where no model exists, information about the specific features of the public document concerned; and

(c) anonymised versions of forged documents which have been detected.

2.    The Member States shall use IMI to communicate any subsequent changes to the information referred to in paragraph 1.

3.    The Commission shall make publicly available through any appropriate means:

(a) the information referred to in point (a) of paragraph 1;

(b) any information referred to in point (b) of paragraph 1 which is publicly available under the law of the Member State whose authorities issued the public document.

*Article 23*

**Exchange of best practice**

1.    An ad hoc committee composed of representatives of the Commission and the Member States and chaired by a - representative of the Commission shall be established.

2.    The ad hoc committee referred to in paragraph 1 shall take any measures necessary to facilitate the application of this Regulation, in particular by facilitating the exchange and regular updating of best practice concerning:

(a)  the application of this Regulation between the Member States;

(b)  the prevention of fraud involving public documents, certified copies and certified translations;

(c)  use of electronic versions of public documents;

(d)  the use of multilingual standard forms;

(e)  detected forged documents.

*Article 24*

**Information to be communicated by Member States**

1.    By 16 August 2018, the Member States shall communicate to the Commission:

(a)  the languages they will accept for the public documents to be presented to their authorities pursuant to point (a) of Article 6(1);

(b)  an indicative list of public documents falling within the scope of this Regulation;

(c)  the list of public documents to which multilingual standard forms may be attached as a suitable translation aid;

(d)  the lists of persons qualified, in accordance with national law, to carry out certified translations, where such lists exist;

(e)  an indicative list of types of authorities empowered by national law to make certified copies;

(f)  information relating to the means by which certified translations and certified copies can be identified; and

(g)  information about the specific features of certified copies.

2.    By 16 February 2017, each Member State shall communicate to the Commission, in its official language or languages, that language or those languages being also an official language or official languages of the institutions of the Union, the country-specific entry headings to be included in the multilingual forms relating to birth, a person being alive, death, marriage (including capacity to marry and marital status) and, where applicable, registered partnership (including capacity to enter into a registered partnership and registered partnership status), domicile and/or residence and absence of a criminal record.

3.    By 16 February 2018, the Commission shall publish the lists of country-specific entry headings received pursuant to paragraph 2 in the *Official Journal of the European Union* and in the European e-Justice Portal in all the official languages of the institutions of the Union.

4.    The Member States shall communicate to the Commission any subsequent changes to the information referred to in paragraphs 1 and 2.

5.    The Commission shall make publicly available through the European e-Justice Portal:

(a)  the information referred to in points (a) to (f) of paragraph 1; and

(b)  the information referred to in point (g) of paragraph 1 which is publicly available under the law of the Member State whose authorities made the certified copy.

*Article 25*

**Amendment of country-specific entry headings in the multilingual standard forms**

1.    The Member States shall notify the Commission of any amendments to the country-specific entry headings referred to in Article 24(2).

2.    The Commission shall publish amendments, as referred to in paragraph 1, to the country-specific entry headings in the *Official Journal of the European Union*.

3.    The Commission shall make amendments, as referred to in paragraph 1, to the country-specific entry headings publicly available through the European e-Justice Portal and shall amend the model multilingual standard forms for each Member State accordingly.

*Article 26*

**Review**

1.    By 16 February 2024, and at the latest every three years thereafter, the Commission shall submit to the European Parliament, the Council and the European Economic and Social Committee a report on the application of this Regulation, including an evaluation of any practical experience relevant to cooperation between central authorities. That report shall also contain an assessment of the appropriateness of:

(a)  the extension of the scope of this Regulation to public documents relating to matters other than those referred to in Article 2 and in point (a) of paragraph 2 of this Article;

(b)  in the event of an extension of the scope as referred to in point (a) of this paragraph, the establishment of multilingual standard forms for public documents relating to the matters identified under point (a) of this paragraph to which the scope of this Regulation may be extended; and

(c)  the use of electronic systems for the direct transmission of public documents and the exchange of information between the authorities of the Member States in order to exclude any possibility of fraud in relation to the matters covered by this Regulation.

2.    By 16 February 2021, the Commission shall submit to the European Parliament, the Council and the European Economic and Social Committee, an assessment report on the appropriateness of:

(a)  the extension of the scope of this Regulation to:

(i)   public documents relating to the legal status and representation of a company or other undertaking;

(ii)  diplomas, certificates and other evidence of formal qualifications; and

(iii) public documents attesting an officially recognised disability;

(b)  the establishment of multilingual standard forms relating to:

(i)  public documents referred to in Article 2(1) for which multilingual standard forms are not established by this Regulation; and

(ii) public documents relating to the matters identified under point (a) of this paragraph to which the scope of this Regulation may be extended;

(c)  the use of electronic systems for the direct transmission of public documents and the exchange of information between the authorities of the Member States in order to exclude any possibility of fraud in relation to the matters covered by this Regulation.

26.7.2016    EN    Official Journal of the European Union    L 200/19

3.    The reports referred to in paragraphs 1 and 2 shall be accompanied, where appropriate, by proposals for adaptations, in particular as regards the extension of the scope of this Regulation to public documents relating to new matters as referred to in point (a) of paragraph 1 and point (a) of paragraph 2, the establishment of new multilingual standard forms, as referred to in point (b) of paragraph 1 and point (b) of paragraph 2 and the use of electronic systems for the direct transmission of public documents and the exchange of information between the authorities of the Member States as referred to in point (c) of paragraph 1 and point (c) of paragraph 2.

*Article 27*

**Entry into force**

1.    This Regulation shall enter into force on the twentieth day following that of its publication in the *Official Journal of the European Union*.

2.    It shall apply from 16 February 2019, with the exception of:

(a) Article 24(2) which shall apply from 16 February 2017;

(b) Article 12 and Article 24(3) which shall apply from 16 February 2018; and

(c) Article 22 and Article 24(1), which shall apply from 16 August 2018.

This Regulation shall be binding in its entirety and directly applicable in all Member States.

Done at Strasbourg, 6 July 2016.

|  |  |
|---|---|
| *For the European Parliament* | *For the Council* |
| *The President* | *The President* |
| M. SCHULZ | I. KORČOK |

_____

*ANNEX I*

| | |
|---|---|
| **BIRTH**<br><br>**MULTILINGUAL STANDARD FORM — TRANSLATION AID**<br><br>Article 7 of Regulation (EU) 2016/1191 of the European Parliament and of the Council of 6 July 2016 on promoting the free movement of citizens by simplifying the requirements for presenting certain public documents in the European Union and amending Regulation (EU) No 1024/2012 (¹) | ☐ Belgium (BE) ☐ Bulgaria (BG)<br>☐ Czech Republic (CZ)<br>☐ Denmark (DK) ☐ Germany (DE)<br>☐ Estonia (EE) ☐ Ireland (IE)<br>☐ Greece (EL) ☐ Spain (ES)<br>☐ France (FR) ☐ Croatia (HR)<br>☐ Italy (IT) ☐ Cyprus (CY)<br>☐ Latvia (LV) ☐ Lithuania (LT)<br>☐ Luxembourg (LU)<br>☐ Hungary (HU) ☐ Malta (MT)<br>☐ Netherlands (NL) ☐ Austria (AT)<br>☐ Poland (PL) ☐ Portugal (PT)<br>☐ Romania (RO) ☐ Slovenia (SI)<br>☐ Slovakia (SK) ☐ Finland (FI)<br>☐ Sweden (SE) ☐ United Kingdom (UK) |

---

**IMPORTANT NOTICE**

The sole purpose of this multilingual standard form is to facilitate the translation of the public document to which it is attached. This form shall not be circulated as an autonomous document between Member States.

This form reflects the content of the public document to which it is attached. However, the authority to which the public document is presented may require, when necessary for the purpose of processing the public document, a translation or transliteration of the information included in the form.

---

**NOTE FOR THE ISSUING AUTHORITY**

Mention only information which is given in the public document to which this form is attached (²).

If the public document to which this form is attached does not contain certain data or information, indicate '—'.

---

1.    AUTHORITY ISSUING THIS FORM

1.1    Designation (³) ...................................................................................................................................

---

2.    AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

1.1    Designation (⁴) ...................................................................................................................................

---

(¹)  OJ L 200, 26.7.2016, p. 1.
(²)  If completing by hand, please use capital letters.
(³)  The term 'designation' should be interpreted as referring to the official designation of the authority issuing the form.
(⁴)  The term 'designation' should be interpreted as referring to the official designation of the authority issuing the public document to which this form is attached.

26.7.2016     EN     Official Journal of the European Union     L 200/21

3. INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

3.1 ☐ Document emanating from an authority or an official connected with the courts or tribunals of a Member State

    3.1.1 ☐ Court decision

    3.1.2 ☐ Document emanating from a public prosecutor

    3.1.3 ☐ Document emanating from a clerk of a court

    3.1.4 ☐ Document emanating from a judicial officer ('huissier de justice')

    3.1.5 ☐ Other (to be specified) .................................................................................................

3.2 ☐ Administrative document

    3.2.1 ☐ Certificate

    3.2.2 ☐ Extract from the Civil Status Register

    3.2.3 ☐ Extract from the Population Register

    3.2.4 ☐ Verbatim copy of civil status records

    3.1.5 ☐ Other (to be specified) .................................................................................................

3.3 ☐ Notarial act

3.4 ☐ Official certificate placed on a document signed by a person in his or her private capacity

3.5 ☐ Document drawn up by a diplomatic or consular agent of a Member State in his or her official capacity

3.6 Date (dd/mm/yyyy) of issue

3.7 Reference number of the public document .................................................................................................

---

4. INFORMATION ON THE PERSON BORN

4.1 Surname(s) .................................................................................................

4.2 Forename(s) .................................................................................................

4.3 Date (dd/mm/yyyy) of birth .................................................................................................

4.4 Place ($^1$) and country ($^2$) of birth .................................................................................................

4.5 Sex: .................................................................................................

    4.5.1 ☐ Female

    4.5.2 ☐ Male

    4.5.3 ☐ Undetermined

---

5. SIGNATURE BOX

5.1 Surname(s) and forename(s) of the official who issued this form

.................................................................................................

5.2 Position of the official who issued this form .................................................................................................

5.3 Date (dd/mm/yyyy) of issue .................................................................................................

5.4 Signature .................................................................................................

5.5 Seal or stamp .................................................................................................

---

($^1$) The term 'place of birth' refers to the name of the city, town, village, or hamlet and province in which the person was born.
($^2$) The name of the country and, where it exists, the ISO code of that country or the option 'Other (to be specified)' should be chosen from the drop-down list in the model multilingual standard form available in the European e-Justice Portal.

L 200/22          EN          Official Journal of the European Union          26.7.2016

**MULTILINGUAL GLOSSARY OF THE STANDARD ENTRY HEADINGS**

**(BIRTH)**

| 1. | **(BG)** ОРГАН, ИЗДАВАЩ НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ TENTO FORMULÁŘ/ **(DA)** DENNE FORMULARS UDSTEDENDE MYNDIGHED/ **(DE)** BEHÖRDE, DIE DIESES FORMULAR AUSSTELLT/ **(ET)** KÄESOLEVA VORMI VÄLJA ANDNUD ASUTUS/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΠΑΡΟΝΤΟΣ ΕΝΤΥΠΟΥ/ **(EN)** AUTHORITY ISSUING THIS FORM/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN FHOIRM SEO/ **(HR)** TIJELO KOJE IZDAJE OVAJ OBRAZAC/ **(IT)** AUTORITÀ CHE RILASCIA IL PRESENTE MODULO/ **(LV)** VEIDLAPAS IZDEVĒJIESTĀDE/ **(LT)** ŠIĄ FORMĄ IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TA' DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN DIT FORMULIER/ **(PL)** ORGAN WYDAJĄCY NINIEJSZY FORMULARZ/ **(PT)** AUTORIDADE QUE EMITE O PRESENTE FORMULÁRIO/ **(RO)** AUTORITATEA EMITENTĂ A PREZENTULUI FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI TENTO FORMULÁR/ **(SL)** ORGAN, KI IZDA TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTAVA VIRANOMAINEN/ **(SV)** MYNDIGHET SOM UTFÄRDAR FORMULÄRET |
|---|---|
| 1.1 | **(BG)** НАИМЕНОВАНИЕ/ **(ES)** DENOMINACIÓN/ **(CZ)** NÁZEV/ **(DA)** BETEGNELSE/ **(DE)** BEZEICHNUNG/ **(ET)** NIMETUS/ **(EL)** ΟΝΟΜΑΣΙΑ/ **(EN)** DESIGNATION/ **(FR)** DÉNOMINATION/ **(GA)**AINMNIÚ/ **(HR)** NAZIV/ **(IT)** DENOMINAZIONE/ **(LV)** NOSAUKUMS/ **(LT)** PAVADINIMAS/ **(HU)** MEGNEVEZÉS/ **(MT)** TITLU/ **(NL)** BENAMING/ **(PL)** NAZWA/ **(PT)** DESIGNAÇÃO/ **(RO)** DENUMIRE/ **(SK)** NÁZOV/ **(SL)** IME/ **(FI)** NIMI/ **(SV)** NAMN |
| 2. | **(BG)** ОРГАН, ИЗДАВАЩ ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ VEŘEJNOU LISTINU, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** DEN MYNDIGHED, DER HAR UDSTEDT DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** BEHÖRDE, DIE DIE ÖFFENTLICHE URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST, AUSSTELLT/ **(ET)** ASUTUS, KES ANDIS VÄLJA AVALIKU DOKUMENDI, MILLELE SEE VORM ON LISATUD/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** TIJELO KOJE IZDAJE JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** AUTORITÀ CHE RILASCIA IL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** PUBLISKĀ DOKUMENTA, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA, IZDEVĒJIESTĀDE/ **(LT)** VIEŠĄJĮ DOKUMENTĄ, PRIE KURIO PRIDEDAMA ŠI FORMA, IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATOT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TAD-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** ORGAN WYDAJĄCY DOKUMENT URZĘDOWY, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** AUTORIDADE QUE EMITE O DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** AUTORITATEA EMITENTĂ A DOCUMENTULUI OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI VEREJNÚ LISTINU, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** ORGAN, KI IZDA JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** VIRANOMAINEN, JOKA ON ANTANUT YLEISEN ASIAKIRJAN, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** MYNDIGHET SOM UTFÄRDAR DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |
| 3. | **(BG)** ИНФОРМАЦИЯ ОТНОСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** INFORMACIÓN RELATIVA AL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** INFORMACE TÝKAJÍCÍ SE VEŘEJNÉ LISTINY, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** OPLYSNINGER VEDRØRENDE DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** ANGABEN ZUR ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST/ **(ET)** TEAVE AVALIKU DOKUMENDI KOHTA, MILLELE SEE VORM ON LISATUD/ **(EL)** ΠΛΗΡΟΦΟΡΙΕΣ ΣΧΕΤΙΚΑ ΜΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** INFORMATIONS RELATIVES AU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** FAISNÉIS A BHAINEANN LEIS AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** INFORMACIJE KOJE SE ODNOSE NA JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** INFORMAZIONI RELATIVE AL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** INFORMĀCIJA PAR PUBLISKO DOKUMENTU, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA/ **(LT)** INFORMACIJA, SUSIJUSI SU VIEŠUOJU DOKUMENTU, PRIE KURIO PRIDEDAMA ŠI FORMA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATRA VONATKOZÓ INFORMÁCIÓK/ **(MT)** INFORMAZZJONI DWAR ID-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** INFORMATIE BETREFFENDE HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** INFORMACJE DOTYCZĄCE DOKUMENTU URZĘDOWEGO, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** INFORMAÇÕES RELATIVAS AO DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** INFORMAȚII REFERITOARE LA DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** INFORMÁCIE O VEREJNEJ LISTINE, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** INFORMACIJE V ZVEZI Z JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** TIEDOT YLEISESTÄ ASIAKIRJASTA, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** INFORMATION OM DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |

| 3.1 | **(BG)** ДОКУМЕНТ, ПРОИЗХОДЯЩ ОТ ОРГАН ИЛИ ДЛЪЖНОСТНО ЛИЦЕ, СВЪРЗАН/О СЪС СЪДИЛИЩАТА ИЛИ ПРАВОРАЗДАВАТЕЛНИТЕ ОРГАНИ НА ДЪРЖАВА ЧЛЕНКА/ **(ES)** DOCUMENTO EXPEDIDO POR UNA AUTORIDAD O UN FUNCIONARIO VINCULADO A LOS ÓRGANOS JURISDICCIONALES DE UN ESTADO MIEMBRO/ **(CZ)** LISTINA VYDANÁ ORGÁNEM NEBO ÚŘEDNÍKEM S VAZBOU NA SOUDY DANÉHO ČLENSKÉHO STÁTU/ **(DA)** DOKUMENT, DER ER UDSTEDT AF EN MYNDIGHED ELLER EN EMBEDSMAND, DER ER TILKNYTTET DOMSTOLE I EN MEDLEMSSTAT/ **(DE)** URKUNDE EINER BEHÖRDE ODER EINER AMTSPERSON ALS ORGAN DER RECHTSPFLEGE EINES MITGLIEDSTAATS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD LIIKMESRIIGI KOHTUTEGA SEOTUD AMETIASUTUS VÕI AMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΜΙΑ ΑΡΧΗ Ή ΕΝΑΝ/ΜΙΑ ΥΠΑΛΛΗΛΟ ΠΟΥ ΣΥΝΔΕΕΤΑΙ ΜΕ ΤΑ ΔΙΚΑΣΤΗΡΙΑ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ/ **(EN)** DOCUMENT EMANATING FROM AN AUTHORITY OR AN OFFICIAL CONNECTED WITH THE COURTS OR TRIBUNALS OF A MEMBER STATE/ **(FR)** DOCUMENT ÉMANANT D'UNE AUTORITÉ OU D'UN FONCTIONNAIRE RELEVANT D'UNE JURIDICTION D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD A THAGANN Ó ÚDARÁS NÓ Ó OIFIGEACH A BHFUIL BAINT AIGE NÓ AICI LE CÚIRTEANNA NÓ LE BINSÍ DE CHUID BALLSTÁIT/ **(HR)** ISPRAVA KOJU JE IZDALO TIJELO ILI SLUŽBENIK SUDA DRŽAVE ČLANICE/ **(IT)** DOCUMENTO EMANATO DA UN'AUTORITÀ O DA UN FUNZIONARIO APPARTENENTE AD UNA DELLE GIURISDIZIONI DI UNO STATO MEMBRO/ **(LV)** DOKUMENTS, KURU IZSNIEGUSI AR DALĪBVALSTS TIESĀM SAISTĪTA IESTĀDE VAI AMATPERSONA/ **(LT)** DOKUMENTAS, IŠDUOTAS VALDŽIOS INSTITUCIJOS AR PAREIGŪNO, SUSIJUSIŲ SU VALSTYBĖS NARĖS TEISMAIS AR TRIBUNOLAIS/ **(HU)** TAGÁLLAMI BÍRÓSÁGGAL KAPCSOLATBAN ÁLLÓ HATÓSÁG VAGY TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN AWTORITÀ JEW UFFIĊJAL LI JKOLLHOM RABTA MAL-QRATI JEW IT-TRIBUNALI TA' STAT MEMBRU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN AUTORITEIT OF AMBTENAAR BEHORENDE TOT EEN RECHTERLIJKE INSTANTIE VAN EEN LIDSTAAT/ **(PL)** DOKUMENT POCHODZĄCY OD ORGANU SĄDOWEGO LUB URZĘDNIKA SĄDOWEGO PAŃSTWA CZŁONKOWSKIEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UMA AUTORIDADE OU DE UM FUNCIONÁRIO DEPENDENTE DE QUALQUER JURISDIÇÃO DE UM ESTADO-MEMBRO/ **(RO)** DOCUMENT EMIS DE O AUTORITATE SAU DE UN FUNCȚIONAR DE PE LÂNGĂ INSTANȚELE UNUI STAT MEMBRU/ **(SK)** LISTINA VYDANÁ ORGÁNOM ALEBO ÚRADNÍKOM S VÄZBOU NA SÚDY ČLENSKÉHO ŠTÁTU/ **(SL)** LISTINA, IZDANA S STRANI ORGANA ALI URADNIKA SODNE OBLASTI DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA ON ANTANUT JÄSENVALTION OIKEUSLAITOKSEEN KUULUVA VIRANOMAINEN TAI VIRKAMIES/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN MYNDIGHET ELLER EN TJÄNSTEMAN TILLHÖRANDE DOMSTOLSVÄSENDET I EN MEDLEMSSTAT |
|---|---|
| 3.1.1 | **(BG)** СЪДЕБНО РЕШЕНИЕ/ **(ES)** RESOLUCIÓN JUDICIAL/ **(CZ)** ROZHODNUTÍ SOUDU/ **(DA)** DOMSTOLSAFGØRELSE/ **(DE)** GERICHTSENTSCHEIDUNG/ **(ET)** KOHTUOTSUS/ **(EL)** ΔΙΚΑΣΤΙΚΗ ΑΠΟΦΑΣΗ/ **(EN)** COURT DECISION/ **(FR)** DÉCISION DE JUSTICE/ **(GA)** CINNEADH ÓN gCÚIRT/ **(HR)** SUDSKA ODLUKA/ **(IT)** DECISIONE GIURISDIZIONALE/ **(LV)** TIESAS LĒMUMS/ **(LT)** TEISMO SPRENDIMAS/ **(HU)** BÍRÓSÁGI HATÁROZAT/ **(MT)** DEĊIŻJONI TAL-QORTI/ **(NL)** RECHTERLIJKE BESLISSING/ **(PL)** ORZECZENIE SĄDOWE/ **(PT)** DECISÃO JUDICIAL/ **(RO)** HOTĂRÂRE JUDECĂTOREASCĂ/ **(SK)** SÚDNE ROZHODNUTIE/ **(SL)** SODNA ODLOČBA/ **(FI)** TUOMIOISTUIMEN PÄÄTÖS/ **(SV)** DOMSTOLSBESLUT |
| 3.1.2 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ПРОКУРОР/ **(ES)** DOCUMENTO EXPEDIDO POR EL MINISTERIO FISCAL/ **(CZ)** LISTINA VYDANÁ STÁTNÍM ZÁSTUPCEM/ **(DA)** DOKUMENT UDSTEDT AF EN ANKLAGEMYNDIGHED/ **(DE)** URKUNDE EINER STAATSANWALTSCHAFT/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD RIIKLIK SÜÜDISTAJA/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΕΙΣΑΓΓΕΛΕΑ/ **(EN)** DOCUMENT EMANATING FROM A PUBLIC PROSECUTOR/ **(FR)** DOCUMENT ÉMANANT DU MINISTÈRE PUBLIC/ **(GA)** DOICIMÉAD A THAGANN Ó IONCHÚISITHEOIR POIBLÍ/ **(HR)** ISPRAVA KOJU JE IZDALO DRŽAVNO ODVJETNIŠTVO/ **(IT)** DOCUMENTO EMANATO DAL PUBBLICO MINISTERO/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS PROKURORS/ **(LT)** PROKURORO IŠDUOTAS DOKUMENTAS/ **(HU)** ÜGYÉSZ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN PROSEKUTUR PUBBLIKU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN OPENBAAR MINISTERIE/ **(PL)** DOKUMENT POCHODZĄCY OD PROKURATORA/ **(PT)** DOCUMENTO PROVENIENTE DO MINISTÉRIO PÚBLICO/ **(RO)** DOCUMENT EMIS DE UN PROCUROR/ **(SK)** LISTINA VYDANÁ PROKURÁTOROM/ **(SL)** LISTINA, KI JO IZDA DRŽAVNO TOŽILSTVO/ **(FI)** VIRALLISEN SYYTTÄJÄN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN ÅKLAGARVÄSENDET |
| 3.1.3 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН СЛУЖИТЕЛ/ **(ES)** DOCUMENTO EXPEDIDO POR UN SECRETARIO JUDICIAL/ **(CZ)** LISTINA VYDANÁ VYŠŠÍM SOUDNÍM ÚŘEDNÍKEM/ **(DA)** DOKUMENT UDSTEDT AF EN JUSTITSSEKRETÆR/ **(DE)** URKUNDE EINES URKUNDSBEAMTEN DER GESCHÄFTSSTELLE EINES GERICHTS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUAMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΓΡΑΜΜΑΤΕΑ ΔΙΚΑΣΤΗΡΙΟΥ/ **(EN)** DOCUMENT EMANATING FROM A CLERK OF A COURT/ **(FR)** DOCUMENT ÉMANANT D'UN GREFFIER/ **(GA)** DOICIMÉAD A THAGANN Ó CHLÉIREACH DE CHUID CÚIRTE/ **(HR)** ISPRAVA KOJU JE IZDAO UPRAVITELJ SUDSKE PISARNICE/ **(IT)** DOCUMENTO EMANATO DA UN CANCELLIERE/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS SEKRETĀRS/ **(LT)** TEISMO TARNAUTOJO IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN REĠISTRATUR TA' QORTI/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GRIFFIER/ **(PL)** DOKUMENT POCHODZĄCY OD SEKRETARZA SĄDOWEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UM OFICIAL DE JUSTIÇA/ **(RO)** DOCUMENT EMIS DE UN GREFIER AL INSTANȚEI/ **(SK)** LISTINA VYDANÁ SÚDNYM ÚRADNÍKOM/ **(SL)** LISTINA, KI JO IZDA SODNI USLUŽBENEC/ **(FI)** TUOMIOISTUIMEN SIHTEERIN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN DOMSTOLSTJÄNSTEMAN |

| 3.1.4 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН ИЗПЪЛНИТЕЛ („HUISSIER DE JUSTICE")/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE JUDICIAL («HUISSIER DE JUSTICE»)/ **(CZ)** LISTINA VYDANÁ SOUDNÍM VYKONAVATELEM („HUISSIER DE JUSTICE")/ **(DA)** DOKUMENT UDSTEDT AF EN STÆVNINGSMAND (»HUISSIER DE JUSTICE«)/ **(DE)** URKUNDE EINES GERICHTSVOLLZIEHERS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUTÄITUR/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΔΙΚΑΣΤΙΚ ΕΠΙΜΕΛΗΤΗ(-ΡΙΑ) («HUISSIER DE JUSTICE»)/ **(EN)** DOCUMENT EMANATING FROM A JUDICIAL OFFICER ('HUISSIER DE JUSTICE')/ **(FR)** DOCUMENT ÉMANANT D'UN HUISSIER DE JUSTICE/ **(GA)** DOICIMÉAD A THAGANN Ó OIFIGEACH BREITHIÚNACH ("HUISSIER DE JUSTICE")/ **(HR)** ISPRAVA KOJU JE IZDAO SUDSKI OVRŠITELJ (*HUISSIER DE JUSTICE*)/ **(IT)** DOCUMENTO EMANATO DA UN UFFICIALE GIUDIZIARIO ("HUISSIER DE JUSTICE")/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS IZPILDĪTĀJS (*HUISSIER DE JUSTICE*)/ **(LT)** ANTSTOLIO (HUISSIER DE JUSTICE) IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI VÉGREHAJTÓ („HUISSIER DE JUSTICE") ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN UFFIĊJAL ĠUDIZZJARJU ('HUISSIER DE JUSTICE')/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GERECHTSDEURWAARDER/ **(PL)** DOKUMENT POCHODZĄCY OD URZĘDNIKA SĄDOWEGO (*HUISSIER DE JUSTICE*)/ **(PT)** DOCUMENTO PROVENIENTE DE UM ESCRIVÃO DE DIREITO («HUISSIER DE JUSTICE»)/ **(RO)** DOCUMENT EMIS DE UN EXECUTOR JUDECĂTORESC („HUISSIER DE JUSTICE")/ **(SK)** LISTINA VYDANÁ SÚDNYM VYKONÁVATEĽOM („HUISSIER DE JUSTICE")/ **(SL)** LISTINA, KI JO IZDA SODNI IZVRŠITELJ („HUISSIER DE JUSTICE")/ **(FI)** HAASTEMIEHEN ("HUISSIER DE JUSTICE") ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN STÄMNINGSMAN (*HUISSIER DE JUSTICE*) |
| 3.1.5 | **(BG)** ДРУГИ (ДА СЕ ПОСОЧАТ)/ **(ES)** OTRO (ESPECIFÍQUESE)/ **(CZ)** JINÉ (UPŘESNĚTE)/ **(DA)** ANDRE (ANGIVES)/ **(DE)** SONSTIGES (BITTE ANGEBEN)/ **(ET)** MUU (TÄPSUSTAGE)/ **(EL)** ΑΛΛΟ (ΔΙΕΥΚΡΙΝΙΣΤΕ)/ **(EN)** OTHER (TO BE SPECIFIED)/ **(FR)** AUTRE (À PRÉCISER)/ **(GA)** EILE (LE SONRÚ)/ **(HR)** OSTALO (NAVESTI)/ **(IT)** ALTRO (PRECISARE)/ **(LV)** CITS (PRECIZĒT)/ **(LT)** KITA (NURODYTI)/ **(HU)** EGYÉB (KÉRJÜK PONTOSÍTANI)/ **(MT)** OĦRAJN (IPPREĊIŻA)/ **(NL)** OVERIGE (SPECIFICEREN)/ **(PL)** INNY (PROSZĘ OKREŚLIĆ)/ **(PT)** OUTROS (A ESPECIFICAR)/ **(RO)** ALTUL (A SE PRECIZA)/ **(SK)** INÉ (SPRESNIŤ)/ **(SL)** DRUGO (NAVESTI)/ **(FI)** MUU ASIAKIRJA (TÄSMENNETTÄVÄ)/ **(SV)** ANNAN HANDLING (SPECIFICERAS) |
| 3.2 | **(BG)** АДМИНИСТРАТИВЕН ДОКУМЕНТ/ **(ES)** DOCUMENTO ADMINISTRATIVO/ **(CZ)** LISTINA VYDANÁ SPRÁVNÍM ÚŘADEM/ **(DA)** ADMINISTRATIVT DOKUMENT/ **(DE)** URKUNDE EINER VERWALTUNGSBEHÖRDE/ **(ET)** HALDUSDOKUMENT/ **(EL)** ΔΙΟΙΚΗΤΙΚΟ ΕΓΓΡΑΦΟ/ **(EN)** ADMINISTRATIVE DOCUMENT/ **(FR)** DOCUMENT ADMINISTRATIF/ **(GA)** DOICIMÉAD RIARACHÁIN/ **(HR)** UPRAVNA ISPRAVA/ **(IT)** DOCUMENTO AMMINISTRATIVO/ **(LV)** ADMINISTRATĪVS DOKUMENTS/ **(LT)** ADMINISTRACINIS DOKUMENTAS/ **(HU)** KÖZIGAZGATÁSI OKIRAT/ **(MT)** DOKUMENT AMMINISTRATTIV/ **(NL)** ADMINISTRATIEF DOCUMENT/ **(PL)** DOKUMENT ADMINISTRACYJNY/ **(PT)** DOCUMENTO ADMINISTRATIVO/ **(RO)** DOCUMENT ADMINISTRATIV/ **(SK)** SPRÁVNA LISTINA/ **(SL)** UPRAVNA LISTINA/ **(FI)** HALLINNOLLINEN ASIAKIRJA/ **(SV)** ADMINISTRATIV HANDLING |
| 3.2.1 | **(BG)** УДОСТОВЕРЕНИЕ/ **(ES)** CERTIFICADO/ **(CZ)** OSVĚDČENÍ/ **(DA)** PÅTEGNING/ **(DE)** BESCHEINIGUNG/ **(ET)** TÕEND/ **(EL)** ΠΙΣΤΟΠΟΙΗΤΙΚΟ/ **(EN)** CERTIFICATE/ **(FR)** CERTIFICAT/ **(GA)** DEIMHNIÚ/ **(HR)** POTVRDA/ **(IT)** CERTIFICATO/ **(LV)** APLIECINĀJUMS/ **(LT)** PAŽYMA, LIUDIJIMAS/ **(HU)** TANÚSÍTVÁNY/BIZONYÍTVÁNY/ **(MT)** ĊERTIFIKAT/ **(NL)** CERTIFICAAT/ **(PL)** ZAŚWIADCZENIE/ **(PT)** CERTIDÃO OU CERTIFICADO/ **(RO)** CERTIFICAT/ **(SK)** OSVEDČENIE/ **(SL)** POTRDILO/ **(FI)** TODISTUS/ **(SV)** INTYG |
| 3.2.2 | **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА ЗА ГРАЖДАНСКОТО СЪСТОЯНИЕ/ **(ES)** EXTRACTO DEL REGISTRO CIVIL/ **(CZ)** VÝPIS Z MATRIKY/ **(DA)** UDDRAG FRA CIVILSTANDSREGISTRET/ **(DE)** AUSZUG AUS DEM PERSONENSTANDSREGISTER/ **(ET)** PEREKONNASEISUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΛΗΞΙΑΡΧΙΚΟΥ ΜΗΤΡΩΟΥ/ **(EN)** EXTRACT FROM THE CIVIL STATUS REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE L'ÉTAT CIVIL/ **(GA)** SLIOCHT AS AN gCLÁR STÁDAIS SHIBHIALTA/ **(HR)** IZVADAK IZ REGISTRA OSOBNOG STANJA/ **(IT)** ESTRATTO DI ATTO DI STATO CIVILE/ **(LV)** IZRAKSTS NO CIVILSTĀVOKĻA AKTU REĢISTRA/ **(LT)** IŠRAŠAS IŠ CIVILINĖS BŪKLĖS AKTŲ REGISTRO/ **(HU)** ANYAKÖNYVI KIVONAT/ **(MT)** ESTRATT MIR-REĠISTRU TAL-ISTAT ĊIVILI/ **(NL)** UITTREKSEL UIT HET REGISTER VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS SKRÓCONY AKTU STANU CYWILNEGO/ **(PT)** EXTRATO DE ATOS DO REGISTO CIVIL/ **(RO)** EXTRAS DIN REGISTRUL DE STARE CIVILĂ/ **(SK)** VÝPIS Z REGISTRA OSOBNÉHO STAVU/ **(SL)** IZPISEK IZ REGISTRA O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERIOTE (SIVIILISÄÄTY)/ **(SV)** UTDRAG UR FOLKBOKFÖRINGEN |
| 3.2.3 | **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА НА НАСЕЛЕНИЕТО/ **(ES)** EXTRACTO DEL CENSO/ **(CZ)** VÝPIS Z REGISTRU OBYVATEL/ **(DA)** UDDRAG FRA FOLKEREGISTRET/ **(DE)** AUSZUG AUS DEM MELDEREGISTER/ **(ET)** RAHVASTIKUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΔΗΜΟΤΟΛΟΓΙΟΥ/ **(EN)** EXTRACT FROM THE POPULATION REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE LA POPULATION/ **(GA)** SLIOCHT AS AN gCLÁR DAONRA/ **(HR)** IZVADAK IZ POPISA STANOVNIŠTVA/ **(IT)** ESTRATTO ANAGRAFICO/ **(LT)** IŠRAŠAS IŠ GYVENTOJŲ REGISTRO/ **(HU)** KIVONAT A SZEMÉLYIADAT- ÉS LAKCÍMNYILVÁNTARTÁSBÓL/ **(MT)** ESTRATT MIR-REĠISTRU TAL-POPOLAZZJONI/ **(NL)** UITTREKSEL UIT HET BEVOLKINGSREGISTER/ **(PL)** WYCIĄG Z REJESTRU LUDNOŚCI/ **(PT)** EXTRATO DO REGISTO DA POPULAÇÃO/ **(RO)** EXTRAS DIN REGISTRUL DE EVIDENȚĂ A POPULAȚIEI/ **(SK)** VÝPIS Z REGISTRA OBYVATEĽOV/ **(SL)** IZPISEK IZ REGISTRA PREBIVALSTVA/ **(FI)** VÄESTÖREKISTERIOTE/ **(SV)** UTDRAG UR BEFOLKNINGSREGISTER |

| 3.2.4 | **(BG)** ПЪЛЕН ПРЕПИС ОТ АКТОВЕ ЗА ГРАЖДАНСКО СЪСТОЯНИЕ/ **(ES)** COPIA LITERAL DE ACTAS DEL REGISTRO CIVIL/ **(CZ)** OPIS MATRIČNÍCH ZÁZNAMŮ/ **(DA)** ORDRET KOPI AF CIVILSTANDSREGISTRE/ **(DE)** WÖRTLICHE KOPIE VON PERSONENSTANDSEINTRÄGEN/ **(ET)** PEREKONNASEISUAKTI KOOPIA/ **(EL)** ΠΙΣΤΟ ΑΝΤΙΓΡΑΦΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟΥ ΠΡΟΣΩΠΙΚΗΣ ΚΑΤΑΣΤΑΣΗΣ/ **(EN)** VERBATIM COPY OF CIVIL STATUS RECORDS/ **(FR)** COPIE INTÉGRALE D'ACTES DE L'ÉTAT CIVIL/ **(GA)** CÓIP FOCAL AR FHOCAL DE THAIFID AR STÁDAS SIBHIALTA/ **(HR)** DOSLOVNI PRIJEPIS IZ EVIDENCIJA O OSOBNOM STANJU/ **(IT)** COPIA LETTERALE DI ATTO DI STATO CIVILE/ **(LV)** CIVILSTĀVOKĻA AKTU REĢISTRA IERAKSTU AUTENTISKA KOPIJA/ **(LT)** CIVILINĖS BŪKLĖS AKTŲ ĮRAŠŲ PAŽODINĖ KOPIJA/ **(HU)** ANYAKÖNYVI BEJEGYZÉS SZÓ SZERINTI MÁSOLATA/ **(MT)** KOPJA VERBATIM TAL-ATTI TAL-ISTAT ĊIVILI/ **(NL)** EENSLUIDEND AFSCHRIFT VAN AKTEN VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS ZUPEŁNY AKTU STANU CYWILNEGO/ **(PT)** CERTIDÃO DE CÓPIA INTEGRAL OU DE NARRATIVA DE ATOS DE REGISTO CIVIL/ **(RO)** COPIE EXACTĂ A UNUI ACT DE STARE CIVILĂ/ **(SK)** DOSLOVNÝ VÝPIS ZO ZÁPISOV O OSOBNOM STAVE/ **(SL)** DOBESEDNI PREPIS LISTINE O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERITIETOJEN SANATARKKA JÄLJENNÖS/ **(SV)** ORDAGRANN AVSKRIFT AV FOLKBOKFÖRINGSHANDLING |
|---|---|
| 3.3 | **(BG)** НОТАРИАЛЕН АКТ/ **(ES)** ACTA NOTARIAL/ **(CZ)** NOTÁŘSKÁ LISTINA/ **(DA)** NOTARBEKRÆFTET DOKUMENT/ **(DE)** NOTARIELLE URKUNDE/ **(ET)** NOTARIAALDOKUMENT/ **(EL)** ΣΥΜΒΟΛΑΙΟΓΡΑΦΙΚΗ ΠΡΑΞΗ/ **(EN)** NOTARIAL ACT/ **(FR)** ACTE NOTARIÉ/ **(GA)** GNÍOMH NÓTAIREACHTA/ **(HR)** JAVNOBILJEŽNIČKA ISPRAVA/ **(IT)** ATTO NOTARILE/ **(LV)** NOTARIĀLS AKTS/ **(LT)** NOTARINIS AKTAS/ **(HU)** KÖZJEGYZŐI OKIRAT/ **(MT)** ATT NOTARILI/ **(NL)** NOTARIËLE AKTE/ **(PL)** AKT NOTARIALNY/ **(PT)** ATO NOTARIAL/ **(RO)** ACT NOTARIAL/ **(SK)** NOTÁRSKA LISTINA/ **(SL)** NOTARSKA LISTINA/ **(FI)** NOTAARIN ANTAMA ASIAKIRJA/ **(SV)** NOTARIELL HANDLING |
| 3.4 | **(BG)** ОФИЦИАЛНО УДОСТОВЕРЕНИЕ, ПРИЛОЖЕНО КЪМ ДОКУМЕНТ, ПОДПИСАН ОТ ЛИЦЕ В ЛИЧНО КАЧЕСТВО/ **(ES)** CERTIFICACIÓN OFICIAL PUESTA SOBRE UN DOCUMENTO PRIVADO/ **(CZ)** ÚŘEDNÍ OSVĚDČENÍ, KTERÝM BYLA OPATŘENA LISTINA PODEPSANÁ SOUKROMOU OSOBOU/ **(DA)** OFFICIEL PÅTEGNING PÅ ET DOKUMENT UNDERTEGNET AF EN PERSON I DENNES EGENSKAB AF PRIVATPERSON/ **(DE)** AMTLICHE BESCHEINIGUNG AUF EINER PRIVATURKUNDE/ **(ET)** ISIKU POOLT ERAISIKUNA ALLKIRJASTATUD DOKUMENDILE KINNITATAV AMETLIK TÕEND/ **(EL)** ΕΠΙΣΗΜΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟ ΕΝΣΩΜΑΤΩΜΕΝΟ ΣΕ ΕΓΓΡΑΦΟ ΥΠΟΓΕΓΡΑΜΜΕΝΟ ΑΠΟ ΑΤΟΜΟ ΠΟΥ ΕΝΕΡΓΕΙ ΩΣ ΙΔΙΩΤΗΣ/ **(EN)** OFFICIAL CERTIFICATE PLACED ON A DOCUMENT SIGNED BY A PERSON IN HIS OR HER PRIVATE CAPACITY/ **(FR)** DÉCLARATION OFFICIELLE APPOSÉE SUR UN ACTE SOUS SEING PRIVÉ/ **(GA)** DEIMHNIÚ OIFIGIÚIL A CHUIRTEAR AR DHOICIMÉAD ARNA SHÍNIÚ AG DUINE INA CHÁIL NÓ INA CÁIL PHRÍOBHÁIDEACH/ **(HR)** SLUŽBENA POTVRDA STAVLJENA NA ISPRAVU KOJU JE OSOBA POTPISALA U PRIVATNOM SVOJSTVU/ **(IT)** DICHIARAZIONE UFFICIALE APPOSTA SU UNA SCRITTURA PRIVATA/ **(LV)** OFICIĀLS APLIECINĀJUMS UZ DOKUMENTA, KO SAVĀ VĀRDĀ PARAKSTĪJUSI KĀDA PERSONA/ **(LT)** PRIVAČIŲ ASMENŲ PASIRAŠYTŲ DOKUMENTŲ OFICIALŪS PATVIRTINIMAI/ **(HU)** MAGÁNOKIRATON ELHELYEZETT HIVATALOS TANÚSÍTVÁNY/ **(MT)** ĊERTIFIKAT UFFIĊJALI LI JITQIEGĦED F'DOKUMENT IFFIRMAT MINN PERSUNA FIL-KAPAĊITÀ PRIVATA TAGĦHA/ **(NL)** OFFICIEEL CERTIFICAAT OP EEN DOCUMENT ONDERTEKEND DOOR EEN PERSOON IN ZIJN PARTICULIERE HOEDANIGHEID/ **(PL)** URZĘDOWE ZAŚWIADCZENIE UMIESZCZONE NA DOKUMENCIE PODPISANYM PRZEZ OSOBĘ DZIAŁAJĄCĄ W CHARAKTERZE PRYWATNYM/ **(PT)** DECLARAÇÃO OFICIAL INSERTA NUM ATO DE NATUREZA PRIVADA/ **(RO)** CERTIFICAT OFICIAL APLICAT PE UN DOCUMENT SUB SEMNĂTURĂ PRIVATĂ/ **(SK)** ÚRADNÉ OSVEDČENIE UVEDENÉ NA LISTINE PODPÍSANEJ OSOBOU KONAJÚCOU AKO SÚKROMNÁ OSOBA/ **(SL)** URADNA IZJAVA NA ZASEBNI LISTINI/ **(FI)** VIRALLINEN TODISTUS ASIAKIRJASSA, JONKA HENKILÖ ON ALLEKIRJOITTANUT YKSITYISHENKILÖNÄ/ **(SV)** OFFICIELLT INTYG ANBRINGAT PÅ EN HANDLING SOM UNDERTECKNATS AV EN PRIVATPERSON |
| 3.5 | **(BG)** ДОКУМЕНТ, ИЗГОТВЕН ОТ ДИПЛОМАТИЧЕСКИ ИЛИ КОНСУЛСКИ СЛУЖИТЕЛ НА ДЪРЖАВА ЧЛЕНКА В СЛУЖЕБНО КАЧЕСТВО/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE DIPLOMÁTICO O CONSULAR DE UN ESTADO MIEMBRO CON CARÁCTER OFICIAL/ **(CZ)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCEM NEBO KONZULÁRNÍM ÚŘEDNÍKEM ČLENSKÉHO STÁTU V RÁMCI VÝKONU JEHO SLUŽEBNÍCH POVINNOSTÍ/ **(DA)** DOKUMENT OFFICIELT UDFÆRDIGET AF EN MEDLEMSSTATS DIPLOMATISKE ELLER KONSULÆRE REPRÆSENTANT/ **(DE)** VON EINEM DIPLOMATISCHEN ODER KONSULARISCHEN VERTRETER EINES MITGLIEDSTAATS IN SEINER AMTLICHEN FUNKTION ERRICHTETE URKUNDE/ **(ET)** LIIKMESRIIGI DIPLOMAATILISE VÕI KONSULAARAMETNIKU POOLT AMETIKOHUSTUSTE TÄITMISEL KOOSTATUD DOKUMENT/ **(EL)** ΕΓΓΡΑΦΟ ΣΥΝΤΑΓΜΕΝΟ ΑΠΟ ΔΙΠΛΩΜΑΤΙΚΟ(-Η) Ή ΠΡΟΞΕΝΙΚΟ(-Η) ΥΠΑΛΛΗΛΟ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΥΠΟ ΤΗΝ ΕΠΙΣΗΜΗ ΙΔΙΟΤΗΤΑ ΤΟΥ/ΤΗΣ/ **(EN)** DOCUMENT DRAWN UP BY A DIPLOMATIC OR CONSULAR AGENT OF A MEMBER STATE IN HIS OR HER OFFICIAL CAPACITY/ **(FR)** DOCUMENT ÉTABLI EN SA QUALITÉ OFFICIELLE PAR UN AGENT DIPLOMATIQUE OU CONSULAIRE D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD ARNA THARRAINGT SUAS AG GNÍOMHAIRE TAIDHLEOIREACHTA NÓ CONSALACH DE CHUID BALLSTÁIT INA CHÁIL NÓ INA CÁIL OIFIGIÚIL/ **(HR)** ISPRAVA KOJU JE U SLUŽBENOM SVOJSTVU SASTAVIO DIPLOMATSKI ILI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(IT)** DOCUMENTO REDATTO DA AGENTI DIPLOMATICI O CONSOLARI DI UNO STATO MEMBRO NELL'ESERCIZIO DELLE LORO FUNZIONI/ **(LV)** DOKUMENTS, KURU, PILDOT AMATA PIENĀKUMUS, SAGATAVOJIS DALĪBVALSTS DIPLOMĀTISKAIS VAI KONSULĀRAIS PĀRSTĀVIS/ **(LT)** DOKUMENTAS, PARENGTAS VALSTYBĖS NARĖS DIPLOMATO AR KONSULINIO PAREIGŪNO, VEIKIANČIO PAGAL OFICIALIUS ĮGALIOJIMUS/ **(HU)** VALAMELY TAGÁLLAM DIPLOMÁCIAI VAGY KONZULI KÉPVISELŐJE ÁLTAL HIVATALOS MINŐSÉGÉBEN KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT IMĦEJJI MINN AGENT DIPLOMATIKU JEW KONSULARI TA' STAT MEMBRU FIL-KAPAĊITÀ UFFIĊJALI TIEGĦU/ **(NL)** DOCUMENT OPGESTELD DOOR DE DIPLOMATIEKE OF CONSULAIRE AMBTENAAR VAN EEN LIDSTAAT IN ZIJN OFFICIËLE HOEDANIGHEID/ **(PL)** DOKUMENT SPORZĄDZONY PRZEZ PRZEDSTAWICIELA DYPLOMATYCZNEGO LUB URZĘDNIKA KONSULARNEGO PAŃSTWA CZŁONKOWSKIEGO DZIAŁAJĄCYCH W CHARAKTERZE URZĘDOWYM/ **(PT)** DOCUMENTO LAVRADO POR UM AGENTE DIPLOMÁTICO OU CONSULAR DE UM ESTADO-MEMBRO NO EXERCÍCIO DAS SUAS FUNÇÕES OFICIAIS/ **(RO)** DOCUMENT ÎNTOCMIT DE CĂTRE UN AGENT DIPLOMATIC SAU CONSULAR AL UNUI STAT MEMBRU, ÎN CALITATE OFICIALĂ/ **(SK)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCOM ALEBO KONZULÁRNYM ÚRADNÍKOM ČLENSKÉHO ŠTÁTU V RÁMCI VÝKONU JEHO FUNKCIE/ **(SL)** LISTINA, KI JO KOT URADNA OSEBA IZDA DIPLOMATSKI ALI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA JÄSENVALTION DIPLOMAATTINEN EDUSTAJA TAI KONSULIEDUSTAJA ON LAATINUT VIRANTOIMITUKSESSA/ **(SV)** HANDLING UPPRÄTTAD I TJÄNSTEN AV EN DIPLOMATISK ELLER KONSULÄR TJÄNSTEMAN I EN MEDLEMSSTAT |

L 200/26    EN    Official Journal of the European Union    26.7.2016

| | |
|---|---|
| 3.6 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
| 3.7 | **(BG)** РЕФЕРЕНТЕН НОМЕР НА ОФИЦИАЛНИЯ ДОКУМЕНТ/ **(ES)** NÚMERO DE REFERENCIA DEL DOCUMENTO PÚBLICO/ **(CZ)** REFERENČNÍ ČÍSLO VEŘEJNÉ LISTINY/ **(DA)** DET OFFENTLIGE DOKUMENTS REFERENCENUMMER/ **(DE)** KENNNUMMER DER ÖFFENTLICHEN URKUNDE/ **(ET)** AVALIKU DOKUMENDI VIITENUMBER/ **(EL)** ΑΡΙΘΜΟΣ ΑΝΑΦΟΡΑΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ/ **(EN)** REFERENCE NUMBER OF THE PUBLIC DOCUMENT/ **(FR)** NUMÉRO DE RÉFÉRENCE DU DOCUMENT PUBLIC/ **(GA)** UIMHIR THAGARTHA AN DOICIMÉID PHOIBLÍ/ **(HR)** REFERENTNI BROJ JAVNE ISPRAVE/ **(IT)** NUMERO DI RIFERIMENTO DEL DOCUMENTO PUBBLICO/ **(LV)** PUBLISKĀ DOKUMENTA ATSAUCES NUMURS/ **(LT)** VIEŠOJO DOKUMENTO NUMERIS/ **(HU)** A KÖZOKIRAT HIVATKOZÁSI SZÁMA/ **(MT)** NUMRU TA' REFERENZA TAD-DOKUMENT PUBBLIKU/ **(NL)** REFERENTIENUMMER VAN HET OPENBAAR DOCUMENT/ **(PL)** NUMER REFERENCYJNY DOKUMENTU URZĘDOWEGO/ **(PT)** NÚMERO DE REFERÊNCIA DO DOCUMENTO PÚBLICO/ **(RO)** NUMĂRUL DE REFERINŢĂ AL DOCUMENTULUI OFICIAL/ **(SK)** REFERENČNÉ ČÍSLO VEREJNEJ LISTINY/ **(SL)** REFERENČNA ŠTEVILKA JAVNE LISTINE/ **(FI)** YLEISEN ASIAKIRJAN VIITENUMERO/ **(SV)** DEN OFFICIELLA HANDLINGENS REFERENSNUMMER |
| 4. | **(BG)** ИНФОРМАЦИЯ ЗА РОДЕНОТО ЛИЦЕ/ **(ES)** INFORMACIÓN SOBRE LA PERSONA NACIDA/ **(CZ)** INFORMACE O NAROZENÉM/ **(DA)** OPLYSNINGER OM DEN PERSON, DER ER FØDT/ **(DE)** ANGABEN ZUR PERSON, DEREN GEBURT ANGEZEIGT WIRD/ **(ET)** SÜNDINUD ISIKUT KÄSITLEV TEAVE/ **(EL)** ΣΤΟΙΧΕΙΑ ΤΟΥ ΠΡΟΣΩΠΟΥ ΠΟΥ ΓΕΝΝΗΘΗΚΕ/ **(EN)** INFORMATION ON THE PERSON BORN/ **(FR)** INFORMATIONS SUR LA PERSONNE NÉE/ **(GA)** FAISNÉIS MAIDIR LEIS AN DUINE A RUGADH/ **(HR)** INFORMACIJE O ROĐENOJ OSOBI/ **(IT)** INFORMAZIONI SULLA PERSONA NATA/ **(LV)** INFORMĀCIJA PAR DZIMUŠO PERSONU/ **(LT)** INFORMACIJA APIE GIMUSĮ ASMENĮ/ **(HU)** A MEGSZÜLETETT SZEMÉLYRE VONATKOZÓ ADATOK/ **(MT)** INFORMAZZJONI DWAR IL-PERSUNA MWIELDA/ **(NL)** INFORMATIE OVER DE GEBORENE/ **(PL)** DANE DOTYCZĄCE OSOBY URODZONEJ/ **(PT)** INFORMAÇÕES SOBRE A PESSOA QUE NASCEU/ **(RO)** INFORMAŢII PRIVIND PERSOANA NĂSCUTĂ/ **(SL)** INFORMÁCIE O NARODENEJ OSOBE/ **(SL)** INFORMACIJE O ROJENI OSEBI/ **(FI)** SYNTYNEEN HENKILÖN TIEDOT/ **(SV)** FÖDELSEUPPGIFTER |
| 4.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА)/ **(ES)** APELLIDO(S)/ **(CZ)** PŘÍJMENÍ/ **(DA)** EFTERNAVN(E)/ **(DE)** FAMILIENNAME(N)/ **(ET)** PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α)/ **(EN)** SURNAME(S)/ **(FR)** NOM(S)/ **(GA)** SLOINNE (SLOINNTE)/ **(HR)** PREZIME(NA)/ **(IT)** COGNOME(I)/ **(LV)** UZVĀRDS(-I)/ **(LT)** PAVARDĖ (-ĖS)/ **(HU)** CSALÁDI NEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET)/ **(NL)** ACHTERNA(A)M(EN)/ **(PL)** NAZWISKO(-A)/ **(PT)** APELIDO(S)/ **(RO)** NUME/ **(SK)** PRIEZVISKO(-Á)/ **(SL)** PRIIMEK/PRIIMKI/ **(FI)** SUKUNIMI (-NIMET)/ **(SV)** EFTERNAMN |
| 4.2 | **(BG)** СОБСТВЕНО(И) ИМЕ(НА)/ **(ES)** NOMBRE(S)/ **(CZ)** JMÉNO (JMÉNA)/ **(DA)** FORNAVN(E)/ **(DE)** VORNAME(N)/ **(ET)** EESNIMI (-NIMED)/ **(EL)** ONOMA(-TA)/ **(EN)** FORENAME(S)/ **(FR)** PRÉNOM(S)/ **(GA)** CÉADAINM (CÉADAINMNEACHA)/ **(HR)** IME(NA)/ **(IT)** NOME(I)/ **(LV)** VĀRDS(-I)/ **(LT)** VARDAS (-AI)/ **(HU)** UTÓNEVE(I)/ **(MT)** ISEM(/ISMIJIET)/ **(NL)** VOORNA(A)M(EN)/ **(PL)** IMIĘ (IMIONA)/ **(PT)** NOME(S) PRÓPRIO(S)/ **(RO)** PRENUME/ **(SK)** MENO(-Á)/ **(SL)** IME/IMENA/ **(FI)** ETUNIMI (-NIMET)/ **(SV)** FÖRNAMN |
| 4.3 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА РАЖДАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE NACIMIENTO/ **(CZ)** DATUM (DD/MM/RRRR) NAROZENÍ/ **(DA)** FØDSELSDATO (DD/MM/ÅÅÅÅ)/ **(DE)** GEBURTSDATUM (TT/MM/JJJJ)/ **(ET)** SÜNNIKUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΓΕΝΝΗΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF BIRTH/ **(FR)** DATE (JJ/MM/AAAA) DE NAISSANCE/ **(GA)** DÁTA (LL/MM/BBBB) BREITHE/ **(HR)** DATUM (DD/MM/GGGG) ROĐENJA/ **(IT)** DATA DI NASCITA (GG/MM/AAAA)/ **(LV)** DZIMŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** GIMIMO DATA (DD/MM/MMMM)/ **(HU)** SZÜLETÉSI IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAT-TWELID/ **(NL)** GEBOORTEDATUM (DD/MM/JJJJ)/ **(PL)** DATA (DD/MM/RRRR) URODZENIA/ **(PT)** DATA DE NASCIMENTO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) NAŞTERII/ **(SK)** DÁTUM (DD/MM/RRRR) NARODENIA/ **(SL)** DATUM (DD/MM/LLLL) ROJSTVA/ **(FI)** SYNTYMÄAIKA (PP/KK/VVVV)/ **(SV)** FÖDELSEDATUM (DD/MM/ÅÅÅÅ) |
| 4.4 | **(BG)** МЯСТО И ДЪРЖАВА НА РАЖДАНЕ/ **(ES)** LUGAR Y PAÍS DE NACIMIENTO/ **(CZ)** MÍSTO A ZEMĚ NAROZENÍ/ **(DA)** FØDESTED OG -LAND/ **(DE)** ORT UND LAND DER GEBURT/ **(ET)** SÜNNIKOHT JA -RIIK/ **(EL)** ΤΟΠΟΣ ΚΑΙ ΧΩΡΑ ΓΕΝΝΗΣΗΣ/ **(EN)** PLACE AND COUNTRY OF BIRTH/ **(FR)** LIEU ET PAYS DE NAISSANCE/ **(GA)** ÁIT AGUS TÍR BHREITHE/ **(HR)** MJESTO I ZEMLJA ROĐENJA/ **(IT)** LUOGO E PAESE DI NASCITA/ **(LV)** DZIMŠANAS VIETA UN VALSTS/ **(LT)** GIMIMO VIETA IR ŠALIS/ **(HU)** SZÜLETÉSI HELYE ÉS ORSZÁGA/ **(MT)** POST U PAJJIŻ TAT-TWELID/ **(NL)** GEBOORTEPLAATS EN -LAND/ **(PL)** MIEJSCE I PAŃSTWO URODZENIA/ **(PT)** LOCAL E PAÍS DE NASCIMENTO/ **(RO)** LOCUL ŞI ŢARA NAŞTERII/ **(SK)** MIESTO A ŠTÁT NARODENIA/ **(SL)** KRAJ IN DRŽAVA ROJSTVA/ **(FI)** SYNTYMÄPAIKKA JA -MAA/ **(SV)** FÖDELSEORT OCH -LAND |
| 4.5 | **(BG)** ПОЛ/ **(ES)** SEXO/ **(CZ)** POHLAVÍ/ **(DA)** KØN/ **(DE)** GESCHLECHT/ **(ET)** SUGU/ **(EL)** ΦΥΛΟ/ **(EN)** SEX/ **(FR)** SEXE/ **(GA)** INSCNE/ **(HR)** SPOL/ **(IT)** SESSO/ **(LV)** DZIMUMS/ **(LT)** LYTIS/ **(HU)** NEME/ **(MT)** SESS/ **(NL)** GESLACHT/ **(PL)** PŁEĆ/ **(PT)** SEXO/ **(RO)** SEXUL/ **(SK)** POHLAVIE/ **(SL)** SPOL/ **(FI)** SUKUPUOLI/ **(SV)** KÖN |
| 4.5.1 | **(BG)** ЖЕНСКИ/ **(ES)** MUJER/ **(CZ)** ŽENA/ **(DA)** KVINDE/ **(DE)** WEIBLICH/ **(ET)** NAISSOOST/ **(EL)** ΘΗΛΥ/ **(EN)** FEMALE/ **(FR)** FÉMININ/ **(GA)** BAINEANN/ **(HR)** ŽENSKI/ **(IT)** FEMMINILE/ **(LV)** SIEVIETE/ **(LT)** MOTERIS/ **(HU)** NŐI/ **(MT)** MARA/ **(NL)** VROUW/ **(PL)** KOBIETA/ **(PT)** FEMININO/ **(RO)** FEMEIESC/ **(SK)** ŽENSKÉ/ **(SL)** ŽENSKI/ **(FI)** NAINEN/ **(SV)** KVINNA |
| 4.5.2 | **(BG)** МЪЖКИ/ **(ES)** VARÓN/ **(CZ)** MUŽ/ **(DA)** MAND/ **(DE)** MÄNNLICH/ **(ET)** MEESSOOST/ **(EL)** ΑΡΡΕΝ/ **(EN)** MALE/ **(FR)** MASCULIN/ **(GA)** FIREANN/ **(HR)** MUŠKI/ **(IT)** MASCHILE/ **(LV)** VĪRIETIS/ **(LT)** VYRAS/ **(HU)** FÉRFI/ **(MT)** RAĠEL/ **(NL)** MAN/ **(PL)** MĘŻCZYZNA/ **(PT)** MASCULINO/ **(RO)** BĂRBĂTESC/ **(SK)** MUŽSKÉ/ **(SL)** MOŠKI/ **(FI)** MIES/ **(SV)** MAN |

| 4.5.3 | **(BG)** НЕОПРЕДЕЛЕН/ **(ES)** INDETERMINADO/ **(CZ)** NEURČENO/ **(DA)** UBESTEMT/ **(DE)** UNBESTIMMT/ **(ET)** MÄÄRAMATA/ **(EL)** ΔΕΝ ΠΡΟΣΔΙΟΡΙΖΕΤΑΙ/ **(EN)** UNDETERMINED/ **(FR)** INDÉTERMINÉ/ **(GA)** NEAMHCHINNTITHE/ **(HR)** NEODREĐEN/ **(IT)** INDETERMINATO/ **(LV)** NENOTEIKTS/ **(LT)** NENUSTATYTA/ **(HU)** MEGHATÁROZATLAN/ **(MT)** MHUX STABBILIT/ **(NL)** ONBEPAALD/ **(PL)** PŁEĆ NIEOKREŚLONA/ **(PT)** NÃO DEFINIDO/ **(RO)** NEDETERMINAT/ **(SK)** NEURČENÉ/ **(SL)** NEDOLOČEN/ **(FI)** MÄÄRITTELEMÄTÖN/ **(SV)** EJ FASTSTÄLLT |
|---|---|
| 5. | **(BG)** ПОЛЕ ЗА ПОДПИС/ **(ES)** RECUADRO PARA LA FIRMA/ **(CZ)** POLE PRO PODPIS/ **(DA)** UNDERSKRIFTSFELT/ **(DE)** UNTERSCHRIFTENFELD/ **(ET)** ALLKIRJALAHTER/ **(EL)** ΤΕΤΡΑΓΩΝΙΔΙΟ ΥΠΟΓΡΑΦΗΣ/ **(EN)** SIGNATURE BOX/ **(FR)** CADRE POUR LA SIGNATURE/ **(GA)** BOSCA DON SÍNIÚ/ **(HR)** POLJE ZA POTPIS/ **(IT)** RIQUADRO PER LA FIRMA/ **(LV)** PARAKSTA LAUKS/ **(LT)** PARAŠO LAUKELIS/ **(HU)** AZ ALÁÍRÁS SZÖVEGDOBOZA/ **(MT)** KAXXA TAL-IFFIRMAR/ **(NL)** VAK VOOR DE HANDTEKENING/ **(PL)** POLE PODPISU/ **(PT)** ESPAÇO DESTINADO À ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** KOLÓNKA NA PODPIS/ **(SL)** POLJE ZA PODPIS/ **(FI)** ALLEKIRJOITUSKENTTÄ/ **(SV)** RUTA FÖR UNDERTECKNANDE |
| 5.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) И СОБСТВЕНО(И) ИМЕ(НА) НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** APELLIDO(S) Y NOMBRE(S) DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** PŘÍJMENÍ A JMÉNO (JMÉNA) ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** EFTERNAVN(E) OG FORNAVN(E) PÅ DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** FAMILIENNAME(N) UND VORNAME(N) DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU EESNIMI (-NIMED) JA PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΚΑΙ ΟΝΟΜΑ(-ΤΑ) ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** SURNAME(S) AND FORENAME(S) OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** NOM(S) ET PRÉNOM(S) DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** SLOINNE (SLOINNTE) AGUS CÉADAINM (CÉADAINMNEACHA) AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** PREZIME(NA) I IME(NA) SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** COGNOME/I E NOME/I DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, UZVĀRDS(-I) UN VĀRDS(-I)/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAVARDĖ (-ĖS) IR VARDAS (-AI)/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ CSALÁDI NEVE(I) ÉS UTÓNEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET) U ISEM(/ISMIJIET) TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** NA(A)M(EN) EN VOORNA(A)M(EN) VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** NAZWISKO(-A) I IMIĘ (IMIONA) URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** APELIDO(S) E NOME(S) PRÓPRIO(S) DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** NUMELE ŞI PRENUMELE FUNCŢIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** PRIEZVISKO(-Á) A MENO(-Á) ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** PRIIMEK/PRIIMKI IN IME/IMENA URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN SUKUNIMI (-NIMET) JA ETUNIMI (-NIMET)/ **(SV)** EFTERNAMN OCH FÖRNAMN PÅ DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
| 5.2 | **(BG)** ДЛЪЖНОСТ НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** CARGO DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** FUNKCE ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** STILLING — DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** STELLUNG DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU AMETIKOHT/ **(EL)** ΘΕΣΗ ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** POSITION OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** POSTE DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** POST AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** FUNKCIJA SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** POSIZIONE DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, AMATS/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAREIGOS/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ BEOSZTÁSA/ **(MT)** KARIGA TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** FUNCTIE VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** STANOWISKO URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** CARGO DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** POZIŢIA FUNCŢIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** FUNKCIA ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** POLOŽAJ URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN ASEMA/ **(SV)** BEFATTNING FÖR DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
| 5.3 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
| 5.4 | **(BG)** ПОДПИС/ **(ES)** FIRMA/ **(CZ)** PODPIS/ **(DA)** UNDERSKRIFT/ **(DE)** UNTERSCHRIFT/ **(ET)** ALLKIRI/ **(EL)** ΥΠΟΓΡΑΦΗ/ **(EN)** SIGNATURE/ **(FR)** SIGNATURE/ **(GA)** SÍNIÚ/ **(HR)** POTPIS/ **(IT)** FIRMA/ **(LV)** PARAKSTS/ **(LT)** PARAŠAS/ **(HU)** ALÁÍRÁS/ **(MT)** FIRMA/ **(NL)** HANDTEKENING/ **(PL)** PODPIS/ **(PT)** ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** PODPIS/ **(SL)** PODPIS/ **(FI)** ALLEKIRJOITUS/ **(SV)** NAMNTECKNING |
| 5.5 | **(BG)** ПЕЧАТ ИЛИ ЩЕМПЕЛ/ **(ES)** SELLO O TIMBRE/ **(CZ)** PEČEŤ NEBO RAZÍTKO/ **(DA)** SEGL ELLER STEMPEL/ **(DE)** SIEGEL ODER STEMPEL/ **(ET)** PITSER VÕI TEMPEL/ **(EL)** ΣΦΡΑΓΙΔΑ/ **(EN)** SEAL OR STAMP/ **(FR)** SCEAU OU TIMBRE/ **(GA)** SÉALA NÓ STAMPA/ **(HR)** ŽIG ILI PEČAT/ **(IT)** BOLLO O TIMBRO/ **(LV)** ZĪMOGS VAI SPIEDOGS/ **(LT)** SPAUDAS ARBA ANTSPAUDAS/ **(HU)** PECSÉT VAGY BÉLYEGZŐLENYOMAT/ **(MT)** SIĠILL JEW TIMBRU/ **(NL)** ZEGEL OF STEMPEL/ **(PL)** PIECZĘĆ LUB STEMPEL/ **(PT)** SELO OU CARIMBO/ **(RO)** SIGILIUL SAU ŞTAMPILA/ **(SK)** PEČAŤ ALEBO ODTLAČOK PEČIATKY/ **(SL)** PEČAT ALI ŽIG/ **(FI)** SINETTI TAI LEIMA/ **(SV)** SIGILL ELLER STÄMPEL |

L 200/28    EN    Official Journal of the European Union    26.7.2016

*ANNEX II*

| LIFE | |
|---|---|
| **MULTILINGUAL STANDARD FORM — TRANSLATION AID**<br><br>Article 7 of Regulation (EU) 2016/1191 of the European Parliament and of the Council of 6 July 2016 on promoting the free movement of citizens by simplifying the requirements for presenting certain public documents in the European Union and amending Regulation (EU) No 1024/2012 (¹) | ☐ Belgium (BE) ☐ Bulgaria (BG)<br>☐ Czech Republic (CZ)<br>☐ Denmark (DK) ☐ Germany (DE)<br>☐ Estonia (EE) ☐ Ireland (IE)<br>☐ Greece (EL) ☐ Spain (ES)<br>☐ France (FR) ☐ Croatia (HR)<br>☐ Italy (IT) ☐ Cyprus (CY)<br>☐ Latvia (LV) ☐ Lithuania (LT)<br>☐ Luxembourg (LU)<br>☐ Hungary (HU) ☐ Malta (MT)<br>☐ Netherlands (NL) ☐ Austria (AT)<br>☐ Poland (PL) ☐ Portugal (PT)<br>☐ Romania (RO) ☐ Slovenia (SI)<br>☐ Slovakia (SK) ☐ Finland (FI)<br>☐ Sweden (SE) ☐ United Kingdom (UK) |

---

**IMPORTANT NOTICE**

The sole purpose of this multilingual standard form is to facilitate the translation of the public document to which it is attached. This form shall not be circulated as an autonomous document between Member States.

This form reflects the content of the public document to which it is attached. However, the authority to which the public document is presented may require, when necessary for the purpose of processing the public document, a translation or transliteration of the information included in the form.

---

**NOTE FOR THE ISSUING AUTHORITY**

Mention only information which is given in the public document to which this form is attached (²).

If the public document to which this form is attached does not contain certain data or information, indicate '—'.

---

1.  AUTHORITY ISSUING THIS FORM
1.1  Designation (³) ................................................................................................................................................................

---

2.  AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED
1.1  Designation (⁴) ................................................................................................................................................................

---

3.  INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED
3.1  ☐ Document emanating from an authority or an official connected with the courts or tribunals of a Member State
   3.1.1  ☐ Court decision
   3.1.2  ☐ Document emanating from a public prosecutor
   3.1.3  ☐ Document emanating from a clerk of a court
   3.1.4  ☐ Document emanating from a judicial officer ('huissier de justice')
   3.1.5  ☐ Other (to be specified) ....................................................................................................................................

---

(¹)  OJ L 200, 26.7.2016, p. 1.
(²)  If completing by hand, please use capital letters.
(³)  The term 'designation' should be interpreted as referring to the official designation of the authority issuing the form.
(⁴)  The term 'designation' should be interpreted as referring to the official designation of the authority issuing the public document to which this form is attached.

26.7.2016          EN          Official Journal of the European Union          L 200/29

| | |
|---|---|
| 3.2 | ☐ Administrative document |
| | 3.2.1 ☐ Certificate |
| | 3.2.2 ☐ Extract from the Civil Status Register |
| | 3.2.3 ☐ Extract from the Population Register |
| | 3.2.4 ☐ Verbatim copy of civil status records |
| | 3.1.5 ☐ Other (to be specified) ............................................................................................. |
| 3.3 | ☐ Notarial act |
| 3.4 | ☐ Official certificate placed on a document signed by a person in his or her private capacity |
| 3.5 | ☐ Document drawn up by a diplomatic or consular agent of a Member State in his or her official capacity |
| 3.6 | Date (dd/mm/yyyy) of issue ....................................................................................................... |
| 3.7 | Reference number of the public document ............................................................................... |

| | |
|---|---|
| 4. | INFORMATION ON THE PERSON BORN |
| 4.1 | Surname(s) ................................................................................................................................ |
| 4.2 | Forename(s) ............................................................................................................................... |
| 4.3 | Date (dd/mm/yyyy) of birth ..................................................................................................... |
| 4.4 | Place (¹) and country (²) of birth ............................................................................................. |
| 4.5 | Sex: ........................................................................................................................................... |
| | 4.5.1 ☐ Female |
| | 4.5.2 ☐ Male |
| | 4.5.3 ☐ Undetermined |
| 4.6 | Address: |
| | 4.6.1 Street and number/PO box ............................................................................................ |
| | 4.6.2 Place and postal code ................................................................................................... |
| | 4.6.3 Country (³) .................................................................................................................... |

| | |
|---|---|
| 5. | ACCORDING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED, THE PERSON CONCERNED WAS ALIVE ON THE DATE OF ISSUE OF THE PUBLIC DOCUMENT. |

| | |
|---|---|
| 6. | SIGNATURE BOX |
| 6.1 | Surname(s) and forename(s) of the official who issued this form ........................................................................................................................................................ |
| 6.2 | Position of the official who issued this form ......................................................................... |
| 6.3 | Date (dd/mm/yyyy) of issue ..................................................................................................... |
| 6.4 | Signature ................................................................................................................................... |
| 6.5 | Seal or stamp ............................................................................................................................ |

_____

(¹) The term 'place of birth' refers to the name of the city, town, village, or hamlet and province in which the person was born.
(²) The name of the country and, where it exists, the ISO code of that country or the option 'Other (to be specified)' should be chosen from the drop-down list in the model multilingual standard form available in the European e-Justice Portal.
(³) The name of the country and, where it exists, the ISO code of that country or the option 'Other (to be specified)' should be chosen from the drop-down list in the model multilingual standard form available in the European e-Justice Portal.

L 200/30          EN          Official Journal of the European Union          26.7.2016

**MULTILINGUAL GLOSSARY OF THE STANDARD ENTRY HEADINGS**

**(LIFE)**

| | |
|---|---|
| 1. | **(BG)** ОРГАН, ИЗДАВАЩ НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ TENTO FORMULÁŘ/ **(DA)** DENNE FORMULARS UDSTEDENDE MYNDIGHED/ **(DE)** BEHÖRDE, DIE DIESES FORMULAR AUSSTELLT/ **(ET)** KÄESOLEVA VORMI VÄLJA ANDNUD ASUTUS/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΠΑΡΟΝΤΟΣ ΕΝΤΥΠΟΥ/ **(EN)** AUTHORITY ISSUING THIS FORM/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN FHOIRM SEO/ **(HR)** TIJELO KOJE IZDAJE OVAJ OBRAZAC/ **(IT)** AUTORITÀ CHE RILASCIA IL PRESENTE MODULO/ **(LV)** VEIDLAPAS IZDEVĒJIESTĀDE/ **(LT)** ŠIĄ FORMĄ IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TA' DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN DIT FORMULIER/ **(PL)** ORGAN WYDAJĄCY NINIEJSZY FORMULARZ/ **(PT)** AUTORIDADE QUE EMITE O PRESENTE FORMULÁRIO/ **(RO)** AUTORITATEA EMITENTĂ A PREZENTULUI FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI TENTO FORMULÁR/ **(SL)** ORGAN, KI IZDA TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTAVA VIRANOMAINEN/ **(SV)** MYNDIGHET SOM UTFÄRDAR FORMULÄRET |
| 1.1 | **(BG)** НАИМЕНОВАНИЕ/ **(ES)** DENOMINACIÓN/ **(CZ)** NÁZEV/ **(DA)** BETEGNELSE/ **(DE)** BEZEICHNUNG/ **(ET)** NIMETUS/ **(EL)** ΟΝΟΜΑΣΙΑ/ **(EN)** DESIGNATION/ **(FR)** DÉNOMINATION/ **(GA)** AINMNIÚ/ **(HR)** NAZIV/ **(IT)** DENOMINAZIONE/ **(LV)** NOSAUKUMS/ **(LT)** PAVADINIMAS/ **(HU)** MEGNEVEZÉS/ **(MT)** TITLU/ **(NL)** BENAMING/ **(PL)** NAZWA/ **(PT)** DESIGNAÇÃO/ **(RO)** DENUMIRE/ **(SK)** NÁZOV/ **(SL)** IME/ **(FI)** NIMI/ **(SV)** NAMN |
| 2. | **(BG)** ОРГАН, ИЗДАВАЩ ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ VEŘEJNOU LISTINU, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** DEN MYNDIGHED, DER HAR UDSTEDT DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** BEHÖRDE, DIE DIE ÖFFENTLICHE URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST, AUSSTELLT/ **(ET)** ASUTUS, KES ANDIS VÄLJA AVALIKU DOKUMENDI, MILLELE SEE VORM ON LISATUD/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** TIJELO KOJE IZDAJE JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** AUTORITÀ CHE RILASCIA IL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** PUBLISKĀ DOKUMENTA, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA, IZDEVĒJIESTĀDE/ **(LT)** VIEŠĄJĮ DOKUMENTĄ, PRIE KURIO PRIDEDAMA ŠI FORMA, IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATOT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TAD-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** ORGAN WYDAJĄCY DOKUMENT URZĘDOWY, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** AUTORIDADE QUE EMITE O DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** AUTORITATEA EMITENTĂ A DOCUMENTULUI OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI VEREJNÚ LISTINU, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** ORGAN, KI IZDA JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** VIRANOMAINEN, JOKA ON ANTANUT YLEISEN ASIAKIRJAN, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** MYNDIGHET SOM UTFÄRDAR DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |
| 3. | **(BG)** ИНФОРМАЦИЯ ОТНОСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** INFORMACIÓN RELATIVA AL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** INFORMACE TÝKAJÍCÍ SE VEŘEJNÉ LISTINY, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** OPLYSNINGER VEDRØRENDE DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** ANGABEN ZUR ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST/ **(ET)** TEAVE AVALIKU DOKUMENDI KOHTA, MILLELE SEE VORM ON LISATUD/ **(EL)** ΠΛΗΡΟΦΟΡΙΕΣ ΣΧΕΤΙΚΑ ΜΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** INFORMATIONS RELATIVES AU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** FAISNÉIS A BHAINEANN LEIS AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** INFORMACIJE KOJE SE ODNOSE NA JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** INFORMAZIONI RELATIVE AL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** INFORMĀCIJA PAR PUBLISKO DOKUMENTU, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA/ **(LT)** INFORMACIJA, SUSIJUSI SU VIEŠUOJU DOKUMENTU, PRIE KURIO PRIDEDAMA ŠI FORMA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATRA VONATKOZÓ INFORMÁCIÓK/ **(MT)** INFORMAZZJONI DWAR ID-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** INFORMATIE BETREFFENDE HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** INFORMACJE DOTYCZĄCE DOKUMENTU URZĘDOWEGO, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** INFORMAÇÕES RELATIVAS AO DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** INFORMAȚII REFERITOARE LA DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** INFORMÁCIE O VEREJNEJ LISTINE, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** INFORMACIJE V ZVEZI Z JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** TIEDOT YLEISESTÄ ASIAKIRJASTA, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** INFORMATION OM DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |

| 3.1 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ОРГАН ИЛИ ДЛЪЖНОСТНО ЛИЦЕ, СВЪРЗАН/О СЪС СЪДИЛИЩАТА ИЛИ ПРАВОРАЗДАВАТЕЛНИТЕ ОРГАНИ НА ДЪРЖАВА ЧЛЕНКА/ **(ES)** DOCUMENTO EXPEDIDO POR UNA AUTORIDAD O UN FUNCIONARIO VINCULADO A LOS ÓRGANOS JURISDICCIONALES DE UN ESTADO MIEMBRO/ **(CZ)** LISTINA VYDANÁ ORGÁNEM NEBO ÚŘEDNÍKEM S VAZBOU NA SOUDY DANÉHO ČLENSKÉHO STÁTU/ **(DA)** DOKUMENT, DER ER UDSTEDT AF EN MYNDIGHED ELLER EN EMBEDSMAND, DER ER TILKNYTTET DOMSTOLE I EN MEDLEMSSTAT/ **(DE)** URKUNDE EINER BEHÖRDE ODER EINER AMTSPERSON ALS ORGAN DER RECHTSPFLEGE EINES MITGLIEDSTAATS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD LIIKMESRIIGI KOHTUTEGA SEOTUD AMETIASUTUS VÕI AMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΜΙΑ ΑΡΧΗ 'Η ΕΝΑΝ ΥΠΑΛΛΗΛΟ ΠΟΥ ΣΥΝΔΕΕΤΑΙ ΜΕ ΤΑ ΔΙΚΑΣΤΗΡΙΑ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ/ **(EN)** DOCUMENT EMANATING FROM AN AUTHORITY OR AN OFFICIAL CONNECTED WITH THE COURTS OR TRIBUNALS OF A MEMBER STATE/ **(FR)** DOCUMENT ÉMANANT D'UNE AUTORITÉ OU D'UN FONCTIONNAIRE RELEVANT D'UNE JURIDICTION D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD A THAGANN Ó ÚDARÁS NÓ Ó OIFIGEACH A BHFUIL BAINT AIGE NÓ AICI LE CÚIRTEANNA NÓ LE BINSÍ DE CHUID BALLSTÁIT/ **(HR)** ISPRAVA KOJU JE IZDALO TIJELO ILI SLUŽBENIK SUDA DRŽAVE ČLANICE/ **(IT)** DOCUMENTO EMANATO DA UN'AUTORITÀ O DA UN FUNZIONARIO APPARTENENTE AD UNA DELLE GIURISDIZIONI DI UNO STATO MEMBRO/ **(LV)** DOKUMENTS, KURU IZSNIEGUSI AR DALĪBVALSTS TIESĀM SAISTĪTA IESTĀDE VAI AMATPERSONA/ **(LT)** DOKUMENTAS, IŠDUOTAS VALDŽIOS INSTITUCIJOS AR PAREIGŪNO, SUSIJUSIŲ SU VALSTYBĖS NARĖS TEISMAIS AR TRIBUNOLAIS/ **(HU)** TAGÁLLAMI BÍRÓSÁGGAL KAPCSOLATBAN ÁLLÓ HATÓSÁG VAGY TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAHRUĠ MINN AWTORITÀ JEW UFFIĊJAL LI JKOLLHOM RABTA MAL-QRATI JEW IT-TRIBUNALI TA' STAT MEMBRU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN AUTORITEIT OF AMBTENAAR BEHORENDE TOT EEN RECHTERLIJKE INSTANTIE VAN EEN LIDSTAAT/ **(PL)** DOKUMENT POCHODZĄCY OD ORGANU SĄDOWEGO LUB URZĘDNIKA SĄDOWEGO PAŃSTWA CZŁONKOWSKIEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UMA AUTORIDADE OU DE UM FUNCIONÁRIO DEPENDENTE DE QUALQUER JURISDIÇÃO DE UM DOS ESTADOS-MEMBROS/ **(RO)** DOCUMENT EMIS DE O AUTORITATE SAU DE UN FUNCȚIONAR DE PE LÂNGĂ INSTANȚELE UNUI STAT MEMBRU/ **(SK)** LISTINA VYDANÁ ORGÁNOM ALEBO ÚRADNÍKOM S VÄZBOU NA SÚDY ČLENSKÉHO ŠTÁTU/ **(SL)** LISTINA, IZDANA S STRANI ORGANA ALI URADNIKA SODNE OBLASTI DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA ON ANTANUT JÄSENVALTION OIKEUSLAITOKSEEN KUULUVA VIRANOMAINEN TAI VIRKAMIES/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN MYNDIGHET ELLER EN TJÄNSTEMAN TILLHÖRANDE DOMSTOLSVÄSENDET I EN MEDLEMSSTAT |
|---|---|
| 3.1.1 | **(BG)** СЪДЕБНО РЕШЕНИЕ/ **(ES)** RESOLUCIÓN JUDICIAL/ **(CZ)** ROZHODNUTÍ SOUDU/ **(DA)** DOMSTOLSAFGØRELSE/ **(DE)** GERICHTSENTSCHEIDUNG/ **(ET)** KOHTUOTSUS/ **(EL)** ΔΙΚΑΣΤΙΚΗ ΑΠΟΦΑΣΗ/ **(EN)** COURT DECISION/ **(FR)** DÉCISION DE JUSTICE/ **(GA)** CINNEADH ÓN gCÚIRT/ **(HR)** SUDSKA ODLUKA/ **(IT)** DECISIONE GIURISDIZIONALE/ **(LV)** TIESAS LĒMUMS/ **(LT)** TEISMO SPRENDIMAS/ **(HU)** BÍRÓSÁGI HATÁROZAT/ **(MT)** DEĊIŻJONI TAL-QORTI/ **(NL)** RECHTERLIJKE BESLISSING/ **(PL)** ORZECZENIE SĄDOWE/ **(PT)** DECISÃO JUDICIAL/ **(RO)** HOTĂRÂRE JUDECĂTOREASCĂ/ **(SK)** SÚDNE ROZHODNUTIE/ **(SL)** SODNA ODLOČBA/ **(FI)** TUOMIOISTUIMEN PÄÄTÖS/ **(SV)** DOMSTOLSBESLUT |
| 3.1.2 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ПРОКУРОР/ **(ES)** DOCUMENTO EXPEDIDO POR EL MINISTERIO FISCAL/ **(CZ)** LISTINA VYDANÁ STÁTNÍM ZÁSTUPCEM/ **(DA)** DOKUMENT UDSTEDT AF EN ANKLAGEMYNDIGHED/ **(DE)** URKUNDE EINER STAATSANWALTSCHAFT/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD RIIKLIK SÜÜDISTAJA/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΕΙΣΑΓΓΕΛΕΑ/ **(EN)** DOCUMENT EMANATING FROM A PUBLIC PROSECUTOR/ **(FR)** DOCUMENT ÉMANANT DU MINISTÈRE PUBLIC/ **(GA)** DOICIMÉAD A THAGANN Ó IONCHÚISITHEOIR POIBLÍ/ **(HR)** ISPRAVA KOJU JE IZDALO DRŽAVNO ODVJETNIŠTVO/ **(IT)** DOCUMENTO EMANATO DAL PUBBLICO MINISTERO/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS PROKURORS/ **(LT)** PROKURORO IŠDUOTAS DOKUMENTAS/ **(HU)** ÜGYÉSZ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAHRUĠ MINN PROSEKUTUR PUBBLIKU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN OPENBAAR MINISTERIE/ **(PL)** DOKUMENT POCHODZĄCY OD PROKURATORA/ **(PT)** DOCUMENTO PROVENIENTE DO MINISTÉRIO PÚBLICO/ **(RO)** DOCUMENT EMIS DE UN PROCUROR/ **(SK)** LISTINA VYDANÁ PROKURÁTOROM/ **(SL)** LISTINA, KI JO IZDA DRŽAVNO TOŽILSTVO/ **(FI)** VIRALLISEN SYYTTÄJÄN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN ÅKLAGARVÄSENDET |
| 3.1.3 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН СЛУЖИТЕЛ/ **(ES)** DOCUMENTO EXPEDIDO POR UN SECRETARIO JUDICIAL/ **(CZ)** LISTINA VYDANÁ VYŠŠÍM SOUDNÍM ÚŘEDNÍKEM/ **(DA)** DOKUMENT UDSTEDT AF EN JUSTITSSEKRETÆR/ **(DE)** URKUNDE EINES URKUNDSBEAMTEN DER GESCHÄFTSSTELLE EINES GERICHTS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUAMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΓΡΑΜΜΑΤΕΑ ΔΙΚΑΣΤΗΡΙΟΥ/ **(EN)** DOCUMENT EMANATING FROM A CLERK OF A COURT/ **(FR)** DOCUMENT ÉMANANT D'UN GREFFIER/ **(GA)** DOICIMÉAD A THAGANN Ó CHLÉIREACH DE CHUID CÚIRTE/ **(HR)** ISPRAVA KOJU JE IZDAO UPRAVITELJ SUDSKE PISARNICE/ **(IT)** DOCUMENTO EMANATO DA UN CANCELLIERE/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS SEKRETĀRS/ **(LT)** TEISMO TARNAUTOJO IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAHRUĠ MINN REĠISTRATUR TA' QORTI/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GRIFFIER/ **(PL)** DOKUMENT POCHODZĄCY OD SEKRETARZA SĄDOWEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UM OFICIAL DE JUSTIÇA/ **(RO)** DOCUMENT EMIS DE UN GREFIER AL INSTANȚEI/ **(SK)** LISTINA VYDANÁ SÚDNYM ÚRADNÍKOM/ **(SL)** LISTINA, KI JO IZDA SODNI USLUŽBENEC/ **(FI)** TUOMIOISTUIMEN SIHTEERIN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN DOMSTOLSTJÄNSTEMAN |

| | |
|---|---|
| 3.1.4 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН ИЗПЪЛНИТЕЛ („HUISSIER DE JUSTICE")/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE JUDICIAL («HUISSIER DE JUSTICE»)/ **(CZ)** LISTINA VYDANÁ SOUDNÍM VYKONAVATELEM („HUISSIER DE JUSTICE")/ **(DA)** DOKUMENT UDSTEDT AF EN STÆVNINGSMAND »HUISSIER DE JUSTICE«)/ **(DE)** URKUNDE EINES GERICHTSVOLLZIEHERS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUTÄITUR/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΔΙΚΑΣΤΙΚΟ(-Η) ΕΠΙΜΕΛΗΤΗ(-PIA) («HUISSIER DE JUSTICE»)/ **(EN)** DOCUMENT EMANATING FROM A JUDICIAL OFFICER ('HUISSIER DE JUSTICE')/ **(FR)** DOCUMENT ÉMANANT D'UN HUISSIER DE JUSTICE/ **(GA)** DOICIMÉAD A THAGANN Ó OIFIGEACH BREITHIÚNACH ("HUISSIER DE JUSTICE")/ **(HR)** ISPRAVA KOJU JE IZDAO SUDSKI OVRŠITELJ (*HUISSIER DE JUSTICE*)/ **(IT)** DOCUMENTO EMANATO DA UN UFFICIALE GIUDIZIARIO ("HUISSIER DE JUSTICE")/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS IZPILDĪTĀJS (*HUISSIER DE JUSTICE*)/ **(LT)** ANTSTOLIO (HUISSIER DE JUSTICE) IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI VÉGREHAJTÓ („HUISSIER DE JUSTICE") ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN UFFIĊJAL ĠUDIZZJARJU ('HUISSIER DE JUSTICE')/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GERECHTSDEURWAARDER/ **(PL)** DOKUMENT POCHODZĄCY OD URZĘDNIKA SĄDOWEGO (*HUISSIER DE JUSTICE*)/ **(PT)** DOCUMENTO PROVENIENTE DE UM OFICIAL DE ESCRIVÃO DE DIREITO («HUISSIER DE JUSTICE»)/ **(RO)** DOCUMENT EMIS DE UN EXECUTOR JUDECĂTORESC („HUISSIER DE JUSTICE")/ **(SK)** LISTINA VYDANÁ SÚDNYM VYKONÁVATEĽOM („HUISSIER DE JUSTICE")/ **(SL)** LISTINA, KI JO IZDA SODNI IZVRŠITELJ „HUISSIER DE JUSTICE")/ **(FI)** HAASTEMIEHEN ("HUISSIER DE JUSTICE") ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN STÄMNINGSMAN (*HUISSIER DE JUSTICE*) |
| 3.1.5 | **(BG)** ДРУГИ (ДА СЕ ПОСОЧАТ)/ **(ES)** OTRO (ESPECIFÍQUESE)/ **(CZ)** JINÉ (UPŘESNĚTE)/ **(DA)** ANDRE (ANGIVES)/ **(DE)** SONSTIGES (BITTE ANGEBEN)/ **(ET)** MUU (TÄPSUSTAGE)/ **(EL)** ΑΛΛΟ (ΔΙΕΥΚΡΙΝΙΣΤΕ)/ **(EN)** OTHER (TO BE SPECIFIED)/ **(FR)** AUTRE (À PRÉCISER)/ **(GA)** EILE (LE SONRÚ)/ **(HR)** OSTALO (NAVESTI)/ **(IT)** ALTRO (PRECISARE)/ **(LV)** CITS (PRECIZĒT)/ **(LT)** KITA (NURODYTI)/ **(HU)** EGYÉB (KÉRJÜK PONTOSÍTANI)/ **(MT)** OĦRAJN (IPPREĊIŻA)/ **(NL)** OVERIGE (SPECIFICEREN)/ **(PL)** INNY (PROSZĘ OKREŚLIĆ)/ **(PT)** OUTROS (A ESPECIFICAR)/ **(RO)** ALTUL (A SE PRECIZA)/ **(SK)** INÉ (SPRESNIŤ)/ **(SL)** DRUGO (NAVESTI)/ **(FI)** MUU ASIAKIRJA (TÄSMENNETTÄVÄ)/ **(SV)** ANNAN HANDLING (SPECIFICERAS) |
| 3.2 | **(BG)** АДМИНИСТРАТИВЕН ДОКУМЕНТ/ **(ES)** DOCUMENTO ADMINISTRATIVO/ **(CZ)** LISTINA VYDANÁ SPRÁVNÍM ÚŘADEM/ **(DA)** ADMINISTRATIVT DOKUMENT/ **(DE)** URKUNDE EINER VERWALTUNGSBEHÖRDE/ **(ET)** HALDUSDOKUMENT/ **(EL)** ΔΙΟΙΚΗΤΙΚΟ ΕΓΓΡΑΦΟ/ **(EN)** ADMINISTRATIVE DOCUMENT/ **(FR)** DOCUMENT ADMINISTRATIF/ **(GA)** DOICIMÉAD RIARACHÁIN/ **(HR)** UPRAVNA ISPRAVA/ **(IT)** DOCUMENTO AMMINISTRATIVO/ **(LV)** ADMINISTRATĪVS DOKUMENTS/ **(LT)** ADMINISTRACINIS DOKUMENTAS/ **(HU)** KÖZIGAZGATÁSI OKIRAT/ **(MT)** DOKUMENT AMMINISTRATTIV/ **(NL)** ADMINISTRATIEF DOCUMENT/ **(PL)** DOKUMENT ADMINISTRACYJNY/ **(PT)** DOCUMENTO ADMINISTRATIVO/ **(RO)** DOCUMENT ADMINISTRATIV/ **(SK)** SPRÁVNA LISTINA/ **(SL)** UPRAVNA LISTINA/ **(FI)** HALLINNOLLINEN ASIAKIRJA/ **(SV)** ADMINISTRATIV HANDLING |
| 3.2.1 | **(BG)** УДОСТОВЕРЕНИЕ/ **(ES)** CERTIFICADO/ **(CZ)** OSVĚDČENÍ/ **(DA)** PÅTEGNING/ **(DE)** BESCHEINIGUNG/ **(ET)** TÕEND/ **(EL)** ΠΙΣΤΟΠΟΙΗΤΙΚΟ/ **(EN)** CERTIFICATE/ **(FR)** CERTIFICAT/ **(GA)** DEIMHNIÚ/ **(HR)** POTVRDA/ **(IT)** CERTIFICATO/ **(LV)** APLIECINĀJUMS/ **(LT)** PAŽYMA, LIUDIJIMAS/ **(HU)** TANÚSÍTVÁNY/BIZONYÍTVÁNY/ **(MT)** ĊERTIFIKAT/ **(NL)** CERTIFICAAT/ **(PL)** ZAŚWIADCZENIE/ **(PT)** CERTIDÃO OU CERTIFICADO/ **(RO)** CERTIFICAT/ **(SK)** OSVEDČENIE/ **(SL)** POTRDILO/ **(FI)** TODISTUS/ **(SV)** INTYG |
| 3.2.2 | **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА ЗА ГРАЖДАНСКОТО СЪСТОЯНИЕ/ **(ES)** EXTRACTO DEL REGISTRO CIVIL/ **(CZ)** VÝPIS Z MATRIKY/ **(DA)** UDDRAG FRA CIVILSTANDSREGISTRET/ **(DE)** AUSZUG AUS DEM PERSONENSTANDSREGISTER/ **(ET)** PEREKONNASEISUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΛΗΞΙΑΡΧΙΚΟΥ ΜΗΤΡΩΟΥ/ **(EN)** EXTRACT FROM THE CIVIL STATUS REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE L'ÉTAT CIVIL/ **(GA)** SLIOCHT AS AN gCLÁR STÁDAIS SHIBHIALTA/ **(HR)** IZVADAK IZ REGISTRA OSOBNOG STANJA/ **(IT)** ESTRATTO DI ATTO DI STATO CIVILE/ **(LV)** IZRAKSTS NO CIVILSTĀVOKĻA AKTU REĢISTRA/ **(LT)** IŠRAŠAS IŠ CIVILINĖS BŪKLĖS AKTŲ REGISTRO/ **(HU)** ANYAKÖNYVI KIVONAT/ **(MT)** ESTRATT MIR-REĠISTRU TAL-ISTAT ĊIVILI/ **(NL)** UITTREKSEL UIT HET REGISTER VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS SKRÓCONY AKTU STANU CYWILNEGO/ **(PT)** EXTRATO DE ATOS DO REGISTO CIVIL/ **(RO)** EXTRAS DIN REGISTRUL DE STARE CIVILĂ/ **(SK)** VÝPIS Z REGISTRA OSOBNÉHO STAVU/ **(SL)** IZPISEK IZ REGISTRA O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERIOTE (SIVIILISÄÄTY)/ **(SV)** UTDRAG UR FOLKBOKFÖRINGEN |
| 3.2.3 | **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА НА НАСЕЛЕНИЕТО/ **(ES)** EXTRACTO DEL CENSO/ **(CZ)** VÝPIS Z REGISTRU OBYVATEL/ **(DA)** UDDRAG FRA FOLKEREGISTRET/ **(DE)** AUSZUG AUS DEM MELDEREGISTER/ **(ET)** RAHVASTIKUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΔΗΜΟΤΟΛΟΓΙΟΥ/ **(EN)** EXTRACT FROM THE POPULATION REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE LA POPULATION/ **(GA)** SLIOCHT AS AN gCLÁR DAONRA/ **(HR)** IZVADAK IZ POPISA STANOVNIŠTVA/ **(IT)** ESTRATTO ANAGRAFICO/ **(LV)** IZRAKSTS NO IEDZĪVOTĀJU REĢISTRA/ **(LT)** IŠRAŠAS IŠ GYVENTOJŲ REGISTRO/ **(HU)** KIVONAT A SZEMÉLYIADAT- ÉS LAKCÍMNYILVÁNTARTÁSBÓL/ **(MT)** ESTRATT MIR-REĠISTRU TAL-POPOLAZZJONI/ **(NL)** UITTREKSEL UIT HET BEVOLKINGSREGISTER/ **(PL)** WYCIĄG Z REJESTRU LUDNOŚCI/ **(PT)** EXTRATO DO REGISTO DA POPULAÇÃO/ **(RO)** EXTRAS DIN REGISTRUL DE EVIDENȚĂ A POPULAȚIEI/ **(SK)** VÝPIS Z REGISTRA OBYVATEĽOV/ **(SL)** IZPISEK IZ REGISTRA PREBIVALSTVA/ **(FI)** VÄESTÖREKISTERIOTE/ **(SV)** UTDRAG UR BEFOLKNINGSREGISTER |

| 3.2.4 | **(BG)** ПЪЛЕН ПРЕПИС ОТАКТОВЕ ЗА ГРАЖДАНСКО СЪСТОЯНИЕ/ **(ES)** COPIA LITERAL DE ACTAS DEL REGISTRO CIVIL/ **(CZ)** OPIS MATRIČNÍCH ZÁZNAMŮ/ **(DA)** ORDRET KOPI AF CIVILSTANDSREGISTRE/ **(DE)** WÖRTLICHE KOPIE VON PERSONENSTANDSEINTRÄGEN/ **(ET)** PEREKONNASEISUAKTI KOOPIA/ **(EL)** ΠΙΣΤΟ ΑΝΤΙΓΡΑΦΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟΥ ΠΡΟΣΩΠΙΚΗΣ ΚΑΤΑΣΤΑΣΗΣ/ **(EN)** VERBATIM COPY OF CIVIL STATUS RECORDS/ **(FR)** COPIE LITTÉRALE D'ACTES DE L'ÉTAT CIVIL/ **(GA)** CÓIP FOCAL AR FHOCAL DE THAIFID AR STÁDAS SIBHIALTA/ **(HR)** DOSLOVNI PRIJEPIS IZ EVIDENCIJA O OSOBNOM STANJU/ **(IT)** COPIA LETTERALE DI ATTO DI STATO CIVILE/ **(LV)** CIVILSTĀVOKĻA AKTU REĢISTRA IERAKSTU AUTENTISKA KOPIJA/ **(LT)** CIVILINĖS BŪKLĖS AKTŲ ĮRAŠŲ PAŽODINĖ KOPIJA/ **(HU)** ANYAKÖNYVI BEJEGYZÉS SZÓ SZERINTI MÁSOLATA/ **(MT)** KOPJA VERBATIM TAL-ATTI TAL-ISTAT ĊIVILI/ **(NL)** EENSLUIDEND AFSCHRIFT VAN AKTEN VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS ZUPEŁNY AKTU STANU CYWILNEGO/ **(PT)** CERTIDÃO DE CÓPIA INTEGRAL OU DE NARRATIVA DE ATOS DE REGISTO CIVIL/ **(RO)** COPIE EXACTĂ A UNUI ACT DE STARE CIVILĂ/ **(SK)** DOSLOVNÝ VÝPIS ZO ZÁPISOV O OSOBNOM STAVE/ **(SL)** DOBESEDNI PREPIS LISTIN O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERITIETOJEN SANATARKKA JÄLJENNÖS/ **(SV)** ORDAGRANN AVSKRIFT AV FOLKBOKFÖRINGSHANDLING |
|---|---|
| 3.3 | **(BG)** НОТАРИАЛЕН АКТ/ **(ES)** ACTA NOTARIAL/ **(CZ)** NOTÁŘSKÁ LISTINA/ **(DA)** NOTARBEKRÆFTET DOKUMENT/ **(DE)** NOTARIELLE URKUNDE/ **(ET)** NOTARIAALDOKUMENT/ **(EL)** ΣΥΜΒΟΛΑΙΟΓΡΑΦΙΚΗ ΠΡΑΞΗ/ **(EN)** NOTARIAL ACT/ **(FR)** ACTE NOTARIÉ/ **(GA)** GNÍOMH NÓTAIREACHTA/ **(HR)** JAVNOBILJEŽNIČKA ISPRAVA/ **(IT)** ATTO NOTARILE/ **(LV)** NOTARIĀLS AKTS/ **(LT)** NOTARINIS AKTAS/ **(HU)** KÖZJEGYZŐI OKIRAT/ **(MT)** ATT NOTARILI/ **(NL)** NOTARIËLE AKTE/ **(PL)** AKT NOTARIALNY/ **(PT)** ATO NOTARIAL/ **(RO)** ACT NOTARIAL/ **(SK)** NOTÁRSKA LISTINA/ **(SL)** NOTARSKA LISTINA/ **(FI)** NOTAARIN ANTAMA ASIAKIRJA/ **(SV)** NOTARIELL HANDLING |
| 3.4 | **(BG)** ОФИЦИАЛНО УДОСТОВЕРЕНИЕ, ПРИЛОЖЕНО КЪМ ДОКУМЕНТ, ПОДПИСАН ОТ ЛИЦЕ В ЛИЧНО КАЧЕСТВО/ **(ES)** CERTIFICACIÓN OFICIAL PUESTA SOBRE UN DOCUMENTO PRIVADO/ **(CZ)** ÚŘEDNÍ OSVĚDČENÍ, KTERÝM BYLA OPATŘENA LISTINA PODEPSANÁ SOUKROMOU OSOBOU/ **(DA)** OFFICIEL PÅTEGNING PÅ ET DOKUMENT UNDERTEGNET AF EN PERSON I DENNES EGENSKAB AF PRIVATPERSON/ **(DE)** AMTLICHE BESCHEINIGUNG AUF EINER PRIVATURKUNDE/ **(ET)** ISIKU POOLT ERAISIKUNA ALLKIRJASTATUD DOKUMENDILE KINNITATAV AMETLIK TÕEND/ **(EL)** ΕΠΙΣΗΜΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟ ΕΝΣΩΜΑΤΩΜΕΝΟ ΣΕ ΕΓΓΡΑΦΟ ΥΠΟΓΕΓΡΑΜΜΕΝΟ ΑΠΟ ΑΤΟΜΟ ΠΟΥ ΕΝΕΡΓΕΙ ΩΣ ΙΔΙΩΤΗΣ/ **(EN)** OFFICIAL CERTIFICATE PLACED ON A DOCUMENT SIGNED BY A PERSON IN HIS OR HER PRIVATE CAPACITY/ **(FR)** DÉCLARATION OFFICIELLE APPOSÉE SUR UN ACTE SOUS SEING PRIVÉ/ **(GA)** DEIMHNIÚ OIFIGIÚIL A CHUIRTEAR AR DHOICIMÉAD ARNA SHÍNIÚ AG DUINE INA CHÁIL NÓ INA CÁIL PHRÍOBHÁIDEACH/ **(HR)** SLUŽBENA POTVRDA STAVLJENA NA ISPRAVU KOJU JE OSOBA POTPISALA U PRIVATNOM SVOJSTVU/ **(IT)** DICHIARAZIONE UFFICIALE APPOSTA SU UNA SCRITTURA PRIVATA/ **(LV)** OFICIĀLS APLIECINĀJUMS UZ DOKUMENTA, KO SAVĀ VĀRDĀ PARAKSTĪJUSI KĀDA PERSONA/ **(LT)** PRIVAČIŲ ASMENŲ PASIRAŠYTŲ DOKUMENTŲ OFICIALŪS PATVIRTINIMAI/ **(HU)** MAGÁNOKIRATON ELHELYEZETT HIVATALOS TANÚSÍTVÁNY/ **(MT)** ĊERTIFIKAT UFFIĊJALI LI JITQIEGĦED F'DOKUMENT IFFIRMAT MINN PERSUNA FIL-KAPAĊITÀ PRIVATA TAGĦHA/ **(NL)** OFFICIEEL CERTIFICAAT OP EEN DOCUMENT ONDERTEKEND DOOR EEN PERSOON IN ZIJN PARTICULIERE HOEDANIGHEID/ **(PL)** URZĘDOWE ZAŚWIADCZENIE UMIESZCZONE NA DOKUMENCIE PODPISANYM PRZEZ OSOBĘ DZIAŁAJĄCĄ W CHARAKTERZE PRYWATNYM/ **(PT)** DECLARAÇÃO OFICIAL INSERTA NUM ATO DE NATUREZA PRIVADA/ **(RO)** CERTIFICAT OFICIAL APLICAT PE UN DOCUMENT SUB SEMNĂTURĂ PRIVATĂ/ **(SK)** ÚRADNÉ OSVEDČENIE UVEDENÉ NA LISTINE PODPÍSANEJ OSOBOU KONAJÚCOU AKO SÚKROMNÁ OSOBA/ **(SL)** URADNA IZJAVA NA ZASEBNI LISTINI/ **(FI)** VIRALLINEN TODISTUS ASIAKIRJASSA, JONKA HENKILÖ ON ALLEKIRJOITTANUT YKSITYISHENKILÖNÄ/ **(SV)** OFFICIELLT INTYG ANBRINGAT PÅ EN HANDLING SOM UNDERTECKNATS AV EN PRIVATPERSON |
| 3.5 | **(BG)** ДОКУМЕНТ, ИЗГОТВЕН ОТ ДИПЛОМАТИЧЕСКИ ИЛИ КОНСУЛСКИ СЛУЖИТЕЛ НА ДЪРЖАВА ЧЛЕНКА В СЛУЖЕБНО КАЧЕСТВО/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE DIPLOMÁTICO O CONSULAR DE UN ESTADO MIEMBRO CON CARÁCTER OFICIAL/ **(CZ)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCEM NEBO KONZULÁRNÍM ÚŘEDNÍKEM ČLENSKÉHO STÁTU V RÁMCI VÝKONU JEHO SLUŽEBNÍCH POVINNOSTÍ/ **(DA)** DOKUMENT OFFICIELT UDFÆRDIGET AF EN MEDLEMSSTATS DIPLOMATISKE ELLER KONSULÆRE REPRÆSENTANT/ **(DE)** VON EINEM DIPLOMATISCHEN ODER KONSULARISCHEN VERTRETER EINES MITGLIEDSTAATS IN SEINER AMTLICHEN FUNKTION ERRICHTETE URKUNDE/ **(ET)** LIIKMESRIIGI DIPLOMAATILISE VÕI KONSULAARAMETNIKU POOLT AMETIKOHUSTUSTE TÄITMISEL KOOSTATUD DOKUMENT/ **(EL)** ΕΓΓΡΑΦΟ ΣΥΝΤΑΓΜΕΝΟ ΑΠΟ ΔΙΠΛΩΜΑΤΙΚΟ(-Ή) Ή ΠΡΟΞΕΝΙΚΟ(-Ή) ΥΠΑΛΛΗΛΟ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΥΠΟ ΤΗΝ ΕΠΙΣΗΜΗ ΙΔΙΟΤΗΤΑ ΤΟΥ/ΤΗΣ/ **(EN)** DOCUMENT DRAWN UP BY A DIPLOMATIC OR CONSULAR AGENT OF A MEMBER STATE IN HIS OR HER OFFICIAL CAPACITY/ **(FR)** DOCUMENT ÉTABLI EN SA QUALITÉ OFFICIELLE PAR UN AGENT DIPLOMATIQUE OU CONSULAIRE D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD ARNA THARRAINGT SUAS AG GNÍOMHAIRE TAIDHLEOIREACHTA NÓ CONSALACH DE CHUID BALLSTÁIT INA CHÁIL NÓ INA CÁIL OIFIGIÚIL/ **(HR)** ISPRAVA KOJU JE U SLUŽBENOM SVOJSTVU SASTAVIO DIPLOMATSKI ILI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(IT)** DOCUMENTO REDATTO DA AGENTI DIPLOMATICI O CONSOLARI DI UNO STATO MEMBRO NELL'ESERCIZIO DELLE LORO FUNZIONI/ **(LV)** DOKUMENTS, KURU, PILDOT AMATA PIENĀKUMUS, SAGATAVOJIS DALĪBVALSTS DIPLOMĀTISKAIS VAI KONSULĀRAIS PĀRSTĀVIS/ **(LT)** DOKUMENTAS, PARENGTAS VALSTYBĖS NARĖS DIPLOMATO AR KONSULINIO PAREIGŪNO, VEIKIANČIO PAGAL OFICIALIUS ĮGALIOJIMUS/ **(HU)** VALAMELY TAGÁLLAM DIPLOMÁCIAI VAGY KONZULI KÉPVISELŐJE ÁLTAL HIVATALOS MINŐSÉGÉBEN KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT IMĦEJJI MINN AĠENT DIPLOMATIKU JEW KONSULARI TA' STAT MEMBRU FIL-KAPAĊITÀ UFFIĊJALI TIEGĦU/ **(NL)** DOCUMENT OPGESTELD DOOR DE DIPLOMATIEKE OF CONSULAIRE AMBTENAAR VAN EEN LIDSTAAT IN ZIJN OFFICIËLE HOEDANIGHEID/ **(PL)** DOKUMENT SPORZĄDZONY PRZEZ PRZEDSTAWICIELA DYPLOMATYCZNEGO LUB URZĘDNIKA KONSULARNEGO PAŃSTWA CZŁONKOWSKIEGO DZIAŁAJĄCYCH W CHARAKTERZE URZĘDOWYM/ **(PT)** DOCUMENTO LAVRADO POR UM AGENTE DIPLOMÁTICO OU CONSULAR DE UM ESTADO-MEMBRO NO EXERCÍCIO DAS SUAS FUNÇÕES OFICIAIS/ **(RO)** DOCUMENT ÎNTOCMIT DE CĂTRE UN AGENT DIPLOMATIC SAU CONSULAR AL UNUI STAT MEMBRU, ÎN CALITATE OFICIALĂ/ **(SK)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCOM ALEBO KONZULÁRNYM ÚRADNÍKOM ČLENSKÉHO ŠTÁTU V RÁMCI VÝKONU JEHO FUNKCIE/ **(SL)** LISTINA, KI JO KOT URADNA OSEBA IZDA DIPLOMATSKI ALI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA JÄSENVALTION DIPLOMAATTINEN EDUSTAJA TAI KONSULIEDUSTAJA ON LAATINUT VIRANTOIMITUKSESSA/ **(SV)** HANDLING UPPRÄTTAD I TJÄNSTEN AV EN DIPLOMATISK ELLER KONSULÄR TJÄNSTEMAN I EN MEDLEMSSTAT |

| 3.6 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
|---|---|
| 3.7 | **(BG)** РЕФЕРЕНТЕН НОМЕР НА ОФИЦИАЛНИЯ ДОКУМЕНТ/ **(ES)** NÚMERO DE REFERENCIA DEL DOCUMENTO PÚBLICO/ **(CZ)** REFERENČNÍ ČÍSLO VEŘEJNÉ LISTINY/ **(DA)** DET OFFENTLIGE DOKUMENTS REFERENCENUMMER/ **(DE)** KENNNUMMER DER ÖFFENTLICHEN URKUNDE/ **(ET)** AVALIKU DOKUMENDI VIITENUMBER/ **(EL)** ΑΡΙΘΜΟΣ ΑΝΑΦΟΡΑΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ/ **(EN)** REFERENCE NUMBER OF THE PUBLIC DOCUMENT/ **(FR)** NUMÉRO DE RÉFÉRENCE DU DOCUMENT PUBLIC/ **(GA)** UIMHIR THAGARTHA AN DOICIMÉID PHOIBLÍ/ **(HR)** REFERENTNI BROJ JAVNE ISPRAVE/ **(IT)** NUMERO DI RIFERIMENTO DEL DOCUMENTO PUBBLICO/ **(LV)** PUBLISKĀ DOKUMENTA ATSAUCES NUMURS/ **(LT)** VIEŠOJO DOKUMENTO NUMERIS/ **(HU)** A KÖZOKIRAT HIVATKOZÁSI SZÁMA/ **(MT)** NUMRU TA' REFERENZA TAD-DOKUMENT PUBBLIKU/ **(NL)** REFERENTIENUMMER VAN HET OPENBAAR DOCUMENT/ **(PL)** NUMER REFERENCYJNY DOKUMENTU URZĘDOWEGO/ **(PT)** NÚMERO DE REFERÊNCIA DO DOCUMENTO PÚBLICO/ **(RO)** NUMĂRUL DE REFERINȚĂ AL DOCUMENTULUI OFICIAL/ **(SK)** REFERENČNÉ ČÍSLO VEREJNEJ LISTINY/ **(SL)** REFERENČNA ŠTEVILKA JAVNE LISTINE/ **(FI)** YLEISEN ASIAKIRJAN VIITENUMERO/ **(SV)** DEN OFFICIELLA HANDLINGENS REFERENSNUMMER |
| 4. | **(BG)** ИНФОРМАЦИЯ ЗА СЪОТВЕТНОТО ЛИЦЕ/ **(ES)** INFORMACIÓN SOBRE EL INTERESADO/ **(CZ)** INFORMACE O DOTYČNÉ OSOBĚ/ **(DA)** OPLYSNINGER OM DEN PÅGÆLDENDE PERSON/ **(DE)** ANGABEN ZUR BETREFFENDEN PERSON/ **(ET)** ASJAOMAST ISIKUT KÄSITLEV TEAVE/ **(EL)** ΣΤΟΙΧΕΙΑ ΤΟΥ ΠΡΟΣΩΠΟΥ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ/ **(EN)** INFORMATION ON THE PERSON CONCERNED/ **(FR)** INFORMATIONS SUR LA PERSONNE CONCERNÉE/ **(GA)** FAISNÉIS MAIDIR LEIS AN DUINE LENA mBAINEANN/ **(HR)** INFORMACIJE O DOTIČNOJ OSOBI/ **(IT)** INFORMAZIONI SULLA PERSONA INTERESSATA/ **(LV)** INFORMĀCIJA PAR ATTIECĪGO PERSONU/ **(LT)** INFORMACIJA APIE ATITINKAMĄ ASMENĮ/ **(HU)** AZ ÉRINTETT SZEMÉLYRE VONATKOZÓ ADATOK/ **(MT)** INFORMAZZJONI DWAR IL-PERSUNA KKONĊERNATA/ **(NL)** INFORMATIE OVER DE BETROKKENE/ **(PL)** DANE OSOBY, KTÓREJ DOTYCZY DOKUMENT/ **(PT)** INFORMAÇÕES SOBRE A PESSOA EM CAUSA/ **(RO)** INFORMAȚII PRIVIND PERSOANA VIZATĂ/ **(SK)** INFORMÁCIE O DOTKNUTEJ OSOBE/ **(SL)** INFORMACIJE O ZADEVNI OSEBI/ **(FI)** ASIANOMAISEN HENKILÖN TIEDOT/ **(SV)** UPPGIFTER OM DEN BERÖRDA PERSONEN |
| 4.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА)/ **(ES)** APELLIDO(S)/ **(CZ)** PŘÍJMENÍ/ **(DA)** EFTERNAVN(E)/ **(DE)** FAMILIENNAME(N)/ **(ET)** PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α)/ **(EN)** SURNAME(S)/ **(FR)** NOM(S)/ **(GA)** SLOINNE (SLOINNTE)/ **(HR)** PREZIME(NA)/ **(IT)** COGNOME(I)/ **(LV)** UZVĀRDS(-I)/ **(LT)** PAVARDĖ (-ĖS)/ **(HU)** CSALÁDI NEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET)/ **(NL)** ACHTERNA(A)M(EN)/ **(PL)** NAZWISKO(-A)/ **(PT)** APELIDO(S)/ **(RO)** NUME/ **(SK)** PRIEZVISKO(-Á)/ **(SL)** PRIIMEK/PRIIMKI/ **(FI)** SUKUNIMI (-NIMET)/ **(SV)** EFTERNAMN |
| 4.2 | **(BG)** СОБСТВЕНО(И) ИМЕ(НА)/ **(ES)** NOMBRE(S)/ **(CZ)** JMÉNO (JMÉNA)/ **(DA)** FORNAVN(E)/ **(DE)** VORNAME(N)/ **(ET)** EESNIMI (-NIMED)/ **(EL)** ONOMA(-ΤΑ)/ **(EN)** FORENAME(S)/ **(FR)** PRÉNOM(S)/ **(GA)** CÉADAINM (CÉADAINMNEACHA)/ **(HR)** IME(NA)/ **(IT)** NOME(I)/ **(LV)** VĀRDS(-I)/ **(LT)** VARDAS (-AI)/ **(HU)** UTÓNEVE(I)/ **(MT)** ISEM(/ISMIJIET)/ **(NL)** VOORNA(A)M(EN)/ **(PL)** IMIĘ (IMIONA)/ **(PT)** NOME(S) PRÓPRIO(S)/ **(RO)** PRENUME/ **(SK)** MENO(-Á)/ **(SL)** IME/IMENA/ **(FI)** ETUNIMI (-NIMET)/ **(SV)** FÖRNAMN |
| 4.3 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА РАЖДАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE NACIMIENTO/ **(CZ)** DATUM (DD/MM/RRRR) NAROZENÍ/ **(DA)** FØDSELSDATO (DD/MM/ÅÅÅÅ)/ **(DE)** GEBURTSDATUM (TT/MM/JJJJ)/ **(ET)** SÜNNIKUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΓΕΝΝΗΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF BIRTH/ **(FR)** DATE (JJ/MM/AAAA) DE NAISSANCE/ **(GA)** DÁTA (LL/MM/BBBB) BREITHE/ **(HR)** DATUM (DD/MM/GGGG) ROĐENJA/ **(IT)** DATA DI NASCITA (GG/MM/AAAA)/ **(LV)** DZIMŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** GIMIMO DATA (DD/MM/MMMM)/ **(HU)** SZÜLETÉSI IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAT-TWELID/ **(NL)** GEBOORTEDATUM (DD/MM/JJJJ)/ **(PL)** DATA (DD/MM/RRRR) URODZENIA/ **(PT)** DATA DE NASCIMENTO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) NAȘTERII/ **(SK)** DÁTUM (DD/MM/RRRR) NARODENIA/ **(SL)** DATUM (DD/MM/LLLL) ROJSTVA/ **(FI)** SYNTYMÄAIKA (PP/KK/VVVV)/ **(SV)** FÖDELSEDATUM (DD/MM/ÅÅÅÅ) |
| 4.4 | **(BG)** МЯСТО И ДЪРЖАВА НА РАЖДАНЕ/ **(ES)** LUGAR Y PAÍS DE NACIMIENTO/ **(CZ)** MÍSTO A ZEMĚ NAROZENÍ/ **(DA)** FØDESTED OG -LAND/ **(DE)** ORT UND LAND DER GEBURT/ **(ET)** SÜNNIKOHT JA -RIIK/ **(EL)** ΤΟΠΟΣ ΚΑΙ ΧΩΡΑ ΓΕΝΝΗΣΗΣ/ **(EN)** PLACE AND COUNTRY OF BIRTH/ **(FR)** LIEU ET PAYS DE NAISSANCE/ **(GA)** ÁIT AGUS TÍR BHREITHE/ **(HR)** MJESTO I ZEMLJA ROĐENJA/ **(IT)** LUOGO E PAESE DI NASCITA/ **(LV)** DZIMŠANAS VIETA UN VALSTS/ **(LT)** GIMIMO VIETA IR ŠALIS/ **(HU)** SZÜLETÉSI HELYE ÉS ORSZÁGA/ **(MT)** POST U PAJJIŻ TAT-TWELID/ **(NL)** GEBOORTEPLAATS EN -LAND/ **(PL)** MIEJSCE I PAŃSTWO URODZENIA/ **(PT)** LOCAL E PAÍS DE NASCIMENTO/ **(RO)** LOCUL ȘI TARA NAȘTERII/ **(SK)** MIESTO A ŠTÁT NARODENIA/ **(SL)** KRAJ IN DRŽAVA ROJSTVA/ **(FI)** SYNTYMÄPAIKKA JA -MAA/ **(SV)** FÖDELSEORT OCH -LAND |
| 4.5 | **(BG)** ПОЛ/ **(ES)** SEXO/ **(CZ)** POHLAVÍ/ **(DA)** KØN/ **(DE)** GESCHLECHT/ **(ET)** SUGU/ **(EL)** ΦΥΛΟ/ **(EN)** SEX/ **(FR)** SEXE/ **(GA)** INSCNE/ **(HR)** SPOL/ **(IT)** SESSO/ **(LV)** DZIMUMS/ **(LT)** LYTIS/ **(HU)** NEME/ **(MT)** SESS/ **(NL)** GESLACHT/ **(PL)** PŁEĆ/ **(PT)** SEXO/ **(RO)** SEXUL/ **(SK)** POHLAVIE/ **(SL)** SPOL/ **(FI)** SUKUPUOLI/ **(SV)** KÖN |
| 4.5.1 | **(BG)** ЖЕНСКИ/ **(ES)** MUJER/ **(CZ)** ŽENA/ **(DA)** KVINDE/ **(DE)** WEIBLICH/ **(ET)** NAISSOOST/ **(EL)** ΘΗΛΥ/ **(EN)** FEMALE/ **(FR)** FÉMININ/ **(GA)** BAINEANN/ **(HR)** ŽENSKI/ **(IT)** FEMMINILE/ **(LV)** SIEVIETE/ **(LT)** MOTERIS/ **(HU)** NŐ/ **(MT)** MARA/ **(NL)** VROUW/ **(PL)** KOBIETA/ **(PT)** FEMININO/ **(RO)** FEMEIESC/ **(SK)** ŽENSKÉ/ **(SL)** ŽENSKI/ **(FI)** NAINEN/ **(SV)** KVINNA |
| 4.5.2 | **(BG)** МЪЖКИ/ **(ES)** VARÓN/ **(CZ)** MUŽ/ **(DA)** MAND/ **(DE)** MÄNNLICH/ **(ET)** MEESSOOST/ **(EL)** ΑΡΡΕΝ/ **(EN)** MALE/ **(FR)** MASCULIN/ **(GA)** FIREANN/ **(HR)** MUŠKI/ **(IT)** MASCHILE/ **(LV)** VĪRIETIS/ **(LT)** VYRAS/ **(HU)** FÉRFI/ **(MT)** RAĠEL/ **(NL)** MAN/ **(PL)** MĘŻCZYZNA/ **(PT)** MASCULINO/ **(RO)** BĂRBĂTESC/ **(SK)** MUŽSKÉ/ **(SL)** MOŠKI/ **(FI)** MIES/ **(SV)** MAN |

| | |
|---|---|
| 4.5.3 | **(BG)** НЕОПРЕДЕЛЕН/ **(ES)** INDETERMINADO/ **(CZ)** NEURČENO/ **(DA)** UBESTEMT/ **(DE)** UNBESTIMMT/ **(ET)** MÄÄRAMATA/ **(EL)** ΔΕΝ ΠΡΟΣΔΙΟΡΙΖΕΤΑΙ/ **(EN)** UNDETERMINED/ **(FR)** INDÉTERMINÉ/ **(GA)** NEAMHCHINNTITHE/ **(HR)** NEODREĐEN/ **(IT)** INDETERMINATO/ **(LV)** NENOTEIKTS/ **(LT)** NENUSTATYTA/ **(HU)** MEGHATÁROZATLAN/ **(MT)** MHUX STABBILIT/ **(NL)** ONBEPAALD/ **(PL)** PŁEĆ NIEOKREŚLONA/ **(PT)** NÃO DEFINIDO/ **(RO)** NEDETERMINAT/ **(SK)** NEURČENÉ/ **(SL)** NEDOLOČEN/ **(FI)** MÄÄRITTELEMÄTÖN/ **(SV)** EJ FASTSTÄLLT |
| 4.6 | **(BG)** АДРЕС/ **(ES)** DIRECCIÓN/ **(CZ)** ADRESA/ **(DA)** ADRESSE/ **(DE)** ANSCHRIFT/ **(ET)** AADRESS/ **(EL)** ΔΙΕΥΘΥΝΣΗ/ **(EN)** ADDRESS/ **(FR)** ADRESSE/ **(GA)** SEOLADH/ **(HR)** ADRESA/ **(IT)** INDIRIZZO/ **(LV)** ADRESE/ **(LT)** ADRESAS/ **(HU)** CÍME/ **(MT)** INDIRIZZ/ **(NL)** ADRES/ **(PL)** ADRES/ **(PT)** ENDEREÇO/ **(RO)** ADRESA/ **(SK)** ADRESA/ **(SL)** NASLOV/ **(FI)** OSOITE/ **(SV)** ADRESS |
| 4.6.1 | **(BG)** УЛИЦА И НОМЕР/ПОЩЕНСКА КУТИЯ/ **(ES)** CALLE Y NÚMERO / APARTADO DE CORREOS/ **(CZ)** ULICE A ČÍSLO DOMU / POŠTOVNÍ PŘIHRÁDKA/ **(DA)** VEJ OG HUSNUMMER/POSTBOKS/ **(DE)** STRASSE UND HAUSNUMMER/POSTFACH/ **(ET)** TÄNAV JA MAJA NUMBER/POSTKAST/ **(EL)** ΟΔΟΣ ΚΑΙ ΑΡΙΘΜΟΣ / Τ.Θ./ **(EN)** STREET AND NUMBER/PO BOX/ **(FR)** RUE ET NUMÉRO/BOÎTE POSTALE/ **(GA)** SRÁID AGUS UIMHIR/BOSCA POIST/ **(HR)** ULICA I BROJ / POŠTANSKI PRETINAC/ **(IT)** VIA E NUMERO/CASELLA POSTALE/ **(LV)** IELA UN MĀJAS NUMURS / PASTKASTE/ **(LT)** GATVĖ IR NAMO NUMERIS / PAŠTO DĖŽUTĖ/ **(HU)** UTCA ÉS HÁZSZÁM/POSTAFIÓK/ **(MT)** TRIQ U NUMRU/KAXXA POSTALI/ **(NL)** STRAAT EN NUMMER/POSTBUS/ **(PL)** ULICA I NUMER / SKRYTKA POCZTOWA/ **(PT)** RUA E NÚMERO/CAIXA POSTAL/ **(RO)** STRADA ŞI NUMĂRUL/CĂSUŢA POŞTALĂ/ **(SK)** ULICA A ČÍSLO/POŠTOVÝ PRIEČINOK/ **(SL)** ULICA IN ŠTEVILKA/POŠTNI PREDAL/ **(FI)** LÄHIOSOITE/POSTILOKERO/ **(SV)** GATUADRESS/POSTBOX |
| 4.6.2 | **(BG)** НАСЕЛЕНО МЯСТО И ПОЩЕНСКИ КОД/ **(ES)** LOCALIDAD Y CÓDIGO POSTAL/ **(CZ)** MÍSTO A POŠTOVNÍ SMĚROVACÍ ČÍSLO/ **(DA)** BY OG POSTNUMMER/ **(DE)** PLZ UND ORT/ **(ET)** LINN VÕI ASULA JA SIHTNUMBER/ **(EL)** ΤΟΠΟΣ ΚΑΙ ΤΑΧΥΔΡΟΜΙΚΟΣ ΚΩΔΙΚΟΣ/ **(EN)** PLACE AND POSTAL CODE/ **(FR)** LOCALITÉ ET CODE POSTAL/ **(GA)** ÁIT AGUS CÓD POIST/ **(HR)** MJESTO I POŠTANSKI BROJ/ **(IT)** LOCALITÀ E CAP/ **(LV)** VIETA UN PASTA INDEKSS/ **(LT)** VIETA IR PAŠTO KODAS/ **(HU)** HELYSÉG ÉS IRÁNYÍTÓSZÁM/ **(MT)** LOKALITÀ U KODIĊI POSTALI/ **(NL)** PLAATS EN POSTCODE/ **(PL)** MIEJSCOWOŚĆ I KOD POCZTOWY/ **(PT)** LOCALIDADE E CÓDIGO POSTAL/ **(RO)** LOCALITATEA ŞI CODUL POŞTAL/ **(SK)** MIESTO A POŠTOVÉ SMEROVACIE ČÍSLO/ **(SL)** KRAJ IN POŠTNA ŠTEVILKA/ **(FI)** POSTINUMERO JA POSTITOIMIPAIKKA/ **(SV)** ORT OCH POSTNUMMER |
| 4.6.3 | **(BG)** ДЪРЖАВА/ **(ES)** PAÍS/ **(CZ)** ZEMĚ/ **(DA)** LAND/ **(DE)** LAND/ **(ET)** RIIK/ **(EL)** ΧΩΡΑ/ **(EN)** COUNTRY/ **(FR)** PAYS/ **(GA)** TÍR/ **(HR)** ZEMLJA/ **(IT)** PAESE/ **(LV)** VALSTS/ **(LT)** ŠALIS/ **(HU)** ORSZÁG/ **(MT)** PAJJIŻ/ **(NL)** LAND/ **(PL)** PAŃSTWO/ **(PT)** PAÍS/ **(RO)** ŢARA/ **(SK)** ŠTÁT/ **(SL)** DRŽAVA/ **(FI)** MAA/ **(SV)** LAND |
| 5. | **(BG)** СЪГЛАСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ, СЪОТВЕТНОТО ЛИЦЕ Е БИЛО ЖИВО КЪМ ДАТАТА НА ИЗДАВАНЕ НА ОФИЦИАЛНИЯ ДОКУМЕНТ/ **(ES)** SEGÚN EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO, EL INTERESADO ESTABA EN VIDA EN LA FECHA DE EXPEDICIÓN DEL DOCUMENTO PÚBLICO/ **(CZ)** NA ZÁKLADĚ VEŘEJNÉ LISTINY, K NÍŽ JE PŘIPOJEN TENTO FORMULÁŘ, BYLA DOTYČNÁ OSOBA KE DNI VYDÁNÍ VEŘEJNÉ LISTINY NAŽIVU/ **(DA)** I HENHOLD TIL DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET, VAR DEN PÅGÆLDENDE PERSON I LIVE PÅ DATOEN FOR UDSTEDELSEN AF DET OFFENTLIGE DOKUMENT/ **(DE)** GEMÄSS DER ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST, WAR DIE BETREFFENDE PERSON AM TAG DER AUSSTELLUNG DER ÖFFENTLICHEN URKUNDE AM LEBEN/ **(ET)** VASTAVALT AVALIKULE DOKUMENDILE, MILLELE SEE VORM ON LISATUD, OLI ASJAOMANE ISIK NIMETATUD AVALIKU DOKUMENDI VÄLJAANDMISE KUUPÄEVAL ELUS/ **(EL)** ΣΥΜΦΩΝΑ ΜΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ, ΤΟ ΠΡΟΣΩΠΟ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ ΒΡΙΣΚΟΤΑΝ ΣΤΗ ΖΩΗ ΚΑΤΑ ΤΗΝ ΗΜΕΡΟΜΗΝΙΑ ΕΚΔΟΣΗΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ/ **(EN)** ACCORDING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED, THE PERSON CONCERNED WAS ALIVE ON THE DATE OF ISSUE OF THE PUBLIC DOCUMENT/ **(FR)** D'APRÈS LE DOCUMENT PUBLIC AUQUEL LE PRÉSENT FORMULAIRE EST JOINT, LA PERSONNE CONCERNÉE ÉTAIT EN VIE À LA DATE DE DÉLIVRANCE DE CE DOCUMENT PUBLIC/ **(GA)** DE RÉIR AN DOICIMÉID PHOIBLÍ LENA bhFUIL AN FHOIRM SEO CEANGAILTE, BHÍ AN DUINE LENA mBAINEANN BEO AR DHÁTA EISIÚNA AN DOICIMÉID PHOIBLÍ/ **(HR)** PREMA JAVNOJ ISPRAVI KOJOJ JE OVAJ OBRAZAC PRILOŽEN DOTIČNA OSOBA BILA JE ŽIVA NA DAN IZDAVANJA JAVNE ISPRAVE/ **(IT)** SECONDO IL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO, L'ESISTENZA IN VITA DELLA PERSONA INTERESSATA È STATA ACCERTATA ALLA DATA DI RILASCIO DI TALE DOCUMENTO/ **(LV)** SASKAŅĀ AR PUBLISKO DOKUMENTU, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA, ATTIECĪGĀ PERSONA PUBLISKĀ DOKUMENTA IZDOŠANAS DIENĀ BIJA DZĪVA/ **(LT)** PAGAL VIEŠĄJĮ DOKUMENTĄ, PRIE KURIO PRIDEDAMA ŠI FORMA, VIEŠOJO DOKUMENTO IŠDAVIMO DIENĄ ATITINKAMAS ASMUO BUVO GYVAS/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRAT SZERINT AZ ÉRINTETT SZEMÉLY A KÖZOKIRAT KIÁLLÍTÁSÁNAK IDŐPONTJÁBAN ÉLETBEN VOLT/ **(MT)** SKONT ID-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA, IL-PERSUNA KKONĊERNATA KIENET ĦAJJA FID-DATA TAL-ĦRUĠ TAD-DOKUMENT PUBBLIKU/ **(NL)** VOLGENS HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT, WAS DE BETROKKENE IN LEVEN OP DE DATUM VAN AFGIFTE VAN HET OPENBAAR DOCUMENT/ **(PL)** Z DOKUMENTU URZĘDOWEGO, DO KTÓREGO ZAŁĄCZONY JEST NINIEJSZY FORMULARZ, WYNIKA, ŻE OSOBA, KTÓREJ DOTYCZY DOKUMENT, POZOSTAWAŁA PRZY ŻYCIU W DNIU WYDANIA TEGO DOKUMENTU URZĘDOWEGO/ **(PT)** SEGUNDO O DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO, A PESSOA EM CAUSA ESTAVA VIVA À DATA DA EMISSÃO DO DOCUMENTO PÚBLICO/ **(RO)** ÎN CONFORMITATE CU DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR, PERSOANA VIZATĂ ERA ÎN VIAŢĂ LA DATA EMITERII DOCUMENTULUI OFICIAL/ **(SK)** PODĽA VEREJNEJ LISTINY, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ, BOLA DOTKNUTÁ OSOBA V DEŇ VYDANIA VEREJNEJ LISTINY NAŽIVE/ **(SL)** V SKLADU Z JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC, JE BILA ZADEVNA OSEBA NA DAN IZDAJE JAVNE LISTINE ŽIVA/ **(FI)** SEN YLEISEN ASIAKIRJAN MUKAAN, JOHON TÄMÄ LOMAKE LIITETÄÄN, ASIANOMAINEN HENKILÖ OLI ELOSSA YLEISEN ASIAKIRJAN ANTAMISPÄIVÄNÄ/ **(SV)** ENLIGT DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT VAR DEN BERÖRDA PERSONEN I LIVET VID TIDPUNKTEN FÖR DEN OFFICIELLA HANDLINGENS UTFÄRDANDE |

L 200/36    EN    Official Journal of the European Union    26.7.2016

| 6. | **(BG)** ПОЛЕ ЗА ПОДПИС/ **(ES)** RECUADRO PARA LA FIRMA/ **(CZ)** POLE PRO PODPIS/ **(DA)** UNDERSKRIFTSFELT/ **(DE)** UNTERSCHRIFTENFELD/ **(ET)** ALLKIRJALAHTER/ **(EL)** ΤΕΤΡΑΓΩΝΙΔΙΟ ΥΠΟΓΡΑΦΗΣ/ **(EN)** SIGNATURE BOX/ **(FR)** CADRE POUR LA SIGNATURE/ **(GA)** BOSCA DON SÍNIÚ/ **(HR)** POLJE ZA POTPIS/ **(IT)** RIQUADRO PER LA FIRMA/ **(LV)** PARAKSTA LAUKS/ **(LT)** PARAŠO LAUKELIS/ **(HU)** AZ ALÁÍRÁS SZÖVEGDOBOZA/ **(MT)** KAXXA TAL-IFFIRMAR/ **(NL)** VAK VOOR DE HANDTEKENING/ **(PL)** POLE PODPISU/ **(PT)** ESPAÇO DESTINADO À ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** KOLÓNKA NA PODPIS/ **(SL)** POLJE ZA PODPIS/ **(FI)** ALLEKIRJOITUSKENTTÄ/ **(SV)** RUTA FÖR UNDERTECKNANDE |
|---|---|
| 6.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) И СОБСТВЕНО(И) ИМЕ(НА) НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** APELLIDO(S) Y NOMBRE(S) DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** PŘÍJMENÍ A JMÉNO (JMÉNA) ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** EFTERNAVN(E) OG FORNAVN(E) PÅ DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** FAMILIENNAME(N) UND VORNAME(N) DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU EESNIMI (-NIMED) JA PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΚΑΙ ΟΝΟΜΑ(-ΤΑ) ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** SURNAME(S) AND FORENAME(S) OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** NOM(S) ET PRÉNOM(S) DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** SLOINNE (SLOINNTE) AGUS CÉADAINM (CÉADAINMNEACHA) AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** PREZIME(NA) I IME(NA) SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** COGNOME/I E NOME/I DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, UZVĀRDS(-I) UN VĀRDS(-I)/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAVARDĖ (-ĖS) IR VARDAS (-AI)/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ CSALÁDI NEVE(I) ÉS UTÓNEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET) U ISEM(/ISMIJIET) TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** NA(A)M(EN) EN VOORNA(A)M(EN) VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** NAZWISKO(-A) I IMIĘ (IMIONA) URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** APELIDO(S) E NOME(S) PRÓPRIO(S) DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** NUMELE ȘI PRENUMELE FUNCȚIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** PRIEZVISKO(-Á) A MENO(-Á) ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** PRIIMEK/PRIIMKI IN IME/IMENA URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN SUKUNIMI (-NIMET) JA ETUNIMI (-NIMET)/ **(SV)** EFTERNAMN OCH FÖRNAMN PÅ DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
| 6.2 | **(BG)** ДЛЪЖНОСТ НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** CARGO DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** FUNKCE ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** STILLING — DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** STELLUNG DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU AMETIKOHT/ **(EL)** ΘΕΣΗ ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** POSITION OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** POSTE DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** POST AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** FUNKCIJA SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** POSIZIONE DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, AMATS/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAREIGOS/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ BEOSZTÁSA/ **(MT)** KARIGA TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** FUNCTIE VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** STANOWISKO URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** CARGO DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** POZIȚIA FUNCȚIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** FUNKCIA ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** POLOŽAJ URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN ASEMA/ **(SV)** BEFATTNING FÖR DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
| 6.3 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
| 6.4 | **(BG)** ПОДПИС/ **(ES)** FIRMA/ **(CZ)** PODPIS/ **(DA)** UNDERSKRIFT/ **(DE)** UNTERSCHRIFT/ **(ET)** ALLKIRI/ **(EL)** ΥΠΟΓΡΑΦΗ/ **(EN)** SIGNATURE/ **(FR)** SIGNATURE/ **(GA)** SÍNIÚ/ **(HR)** POTPIS/ **(IT)** FIRMA/ **(LV)** PARAKSTS/ **(LT)** PARAŠAS/ **(HU)** ALÁÍRÁS/ **(MT)** FIRMA/ **(NL)** HANDTEKENING/ **(PL)** PODPIS/ **(PT)** ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** PODPIS/ **(SL)** PODPIS/ **(FI)** ALLEKIRJOITUS/ **(SV)** NAMNTECKNING |
| 6.5 | **(BG)** ПЕЧАТ ИЛИ ЩЕМПЕЛ/ **(ES)** SELLO O TIMBRE/ **(CZ)** PEČEŤ NEBO RAZÍTKO/ **(DA)** SEGL ELLER STEMPEL/ **(DE)** SIEGEL ODER STEMPEL/ **(ET)** PITSER VÕI TEMPEL/ **(EL)** ΣΦΡΑΓΙΔΑ/ **(EN)** SEAL OR STAMP/ **(FR)** SCEAU OU TIMBRE/ **(GA)** SÉALA NÓ STAMPA/ **(HR)** ŽIG ILI PEČAT/ **(IT)** BOLLO O TIMBRO/ **(LV)** ZĪMOGS VAI SPIEDOGS/ **(LT)** SPAUDAS ARBA ANTSPAUDAS/ **(HU)** PECSÉT VAGY BÉLYEGZŐLENYOMAT/ **(MT)** SIGILL JEW TIMBRU/ **(NL)** ZEGEL OF STEMPEL/ **(PL)** PIECZĘĆ LUB STEMPEL/ **(PT)** SELO OU CARIMBO/ **(RO)** SIGILIUL SAU ȘTAMPILA/ **(SK)** PEČAŤ ALEBO ODTLAČOK PEČIATKY/ **(SL)** PEČAT ALI ŽIG/ **(FI)** SINETTI TAI LEIMA/ **(SV)** SIGILL ELLER STÄMPEL |

*ANNEX III*

| | |
|---|---|
| **DEATH**<br><br>**MULTILINGUAL STANDARD FORM — TRANSLATION AID**<br><br>Article 7 of Regulation (EU) 2016/1191 of the European Parliament and of the Council of 6 July 2016 on promoting the free movement of citizens by simplifying the requirements for presenting certain public documents in the European Union and amending Regulation (EU) No 1024/2012 [1] | ☐ Belgium (BE) ☐ Bulgaria (BG)<br><br>☐ Czech Republic (CZ)<br><br>☐ Denmark (DK) ☐ Germany (DE)<br><br>☐ Estonia (EE) ☐ Ireland (IE)<br><br>☐ Greece (EL) ☐ Spain (ES)<br><br>☐ France (FR) ☐ Croatia (HR)<br><br>☐ Italy (IT) ☐ Cyprus (CY)<br><br>☐ Latvia (LV) ☐ Lithuania (LT)<br><br>☐ Luxembourg (LU)<br><br>☐ Hungary (HU) ☐ Malta (MT)<br><br>☐ Netherlands (NL) ☐ Austria (AT)<br><br>☐ Poland (PL) ☐ Portugal (PT)<br><br>☐ Romania (RO) ☐ Slovenia (SI)<br><br>☐ Slovakia (SK) ☐ Finland (FI)<br><br>☐ Sweden (SE) ☐ United Kingdom (UK) |

---

**IMPORTANT NOTICE**

The sole purpose of this multilingual standard form is to facilitate the translation of the public document to which it is attached. This form shall not be circulated as an autonomous document between Member States.

This form reflects the content of the public document to which it is attached. However, the authority to which the public document is presented may require, when necessary for the purpose of processing the public document, a translation or transliteration of the information included in the form.

---

**NOTE FOR THE ISSUING AUTHORITY**

Mention only information which is given in the public document to which this form is attached [2].

If the public document to which this form is attached does not contain certain data or information, indicate '—'.

---

1.   AUTHORITY ISSUING THIS FORM

1.1   Designation [3] ................................................................................................................................................

---

2.   AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

1.1   Designation [4] ................................................................................................................................................

---

[1]   OJ L 200, 26.7.2016, p. 1.
[2]   If completing by hand, please use capital letters.
[3]   The term 'designation' should be interpreted as referring to the official designation of the authority issuing the form.
[4]   The term 'designation' should be interpreted as referring to the official designation of the authority issuing the public document to which this form is attached.

L 200/38          EN          Official Journal of the European Union          26.7.2016

---

3.   INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

3.1  ☐ Document emanating from an authority or an official connected with the courts or tribunals of a Member State

    3.1.1  ☐ Court decision

    3.1.2  ☐ Document emanating from a public prosecutor

    3.1.3  ☐ Document emanating from a clerk of a court

    3.1.4  ☐ Document emanating from a judicial officer ('huissier de justice')

    3.1.5  ☐ Other (to be specified) .................................................................................................................

3.2  ☐ Administrative document

    3.2.1  ☐ Certificate

    3.2.2  ☐ Extract from the Civil Status Register

    3.2.3  ☐ Extract from the Population Register

    3.2.4  ☐ Verbatim copy of civil status records

    3.1.5  ☐ Other (to be specified) .................................................................................................................

3.3  ☐ Notarial act

3.4  ☐ Official certificate placed on a document signed by a person in his or her private capacity

3.5  ☐ Document drawn up by a diplomatic or consular agent of a Member State in his or her official capacity

3.6  Date (dd/mm/yyyy) of issue

3.7  Reference number of the public document .................................................................................................................

---

4.   INFORMATION ON THE DECEASED PERSON

4.1  Surname(s) .................................................................................................................

4.2  Forename(s) .................................................................................................................

4.3  Date (dd/mm/yyyy) of death

4.4  Place (¹) and country (²) of death .................................................................................................................

4.5  Date (dd/mm/yyyy) of birth .................................................................................................................

4.6  Sex: .................................................................................................................

    4.6.1  ☐ Female

    4.6.2  ☐ Male

    4.6.3  ☐ Undetermined

---

5.   SIGNATURE BOX

5.1  Surname(s) and forename(s) of the official who issued this form

    .................................................................................................................

5.2  Position of the official who issued this form .................................................................................................................

5.3  Date (dd/mm/yyyy) of issue .................................................................................................................

5.4  Signature .................................................................................................................

5.5  Seal or stamp .................................................................................................................

---

(¹)  The term 'place of death' refers to the name of the city, town, village, or hamlet and province in which the person died.
(²)  The name of the country and, where it exists, the ISO code of that country or the option 'Other (to be specified)' should be chosen from the drop-down list in the model multilingual standard form available in the European e-Justice Portal.

26.7.2016          EN          Official Journal of the European Union          L 200/39

**MULTILINGUAL GLOSSARY OF THE STANDARD ENTRY HEADINGS**

**(DEATH)**

| 1. | **(BG)** ОРГАН, ИЗДАВАЩ НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ TENTO FORMULÁŘ/ **(DA)** DENNE FORMULARS UDSTEDENDE MYNDIGHED/ **(DE)** BEHÖRDE, DIE DIESES FORMULAR AUSSTELLT/ **(ET)** KÄESOLEVA VORMI VÄLJA ANDNUD ASUTUS/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΠΑΡΟΝΤΟΣ ΕΝΤΥΠΟΥ/ **(EN)** AUTHORITY ISSUING THIS FORM/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN FHOIRM SEO/ **(HR)** TIJELO KOJE IZDAJE OVAJ OBRAZAC/ **(IT)** AUTORITÀ CHE RILASCIA IL PRESENTE MODULO/ **(LV)** VEIDLAPAS IZDEVĒJIESTĀDE/ **(LT)** ŠIĄ FORMĄ IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TA' DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN DIT FORMULIER/ **(PL)** ORGAN WYDAJĄCY NINIEJSZY FORMULARZ/ **(PT)** AUTORIDADE QUE EMITE O PRESENTE FORMULÁRIO/ **(RO)** AUTORITATEA EMITENTĂ A PREZENTULUI FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI TENTO FORMULÁR/ **(SL)** ORGAN, KI IZDA TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTAVA VIRANOMAINEN/ **(SV)** MYNDIGHET SOM UTFÄRDAR FORMULÄRET |
|---|---|
| 1.1 | **(BG)** НАИМЕНОВАНИЕ/ **(ES)** DENOMINACIÓN/ **(CZ)** NÁZEV/ **(DA)** BETEGNELSE/ **(DE)** BEZEICHNUNG/ **(ET)** NIMETUS/ **(EL)** ΟΝΟΜΑΣΙΑ/ **(EN)** DESIGNATION/ **(FR)** DÉNOMINATION/ **(GA)** AINMNIÚ/ **(HR)** NAZIV/ **(IT)** DENOMINAZIONE/ **(LV)** NOSAUKUMS/ **(LT)** PAVADINIMAS/ **(HU)** MEGNEVEZÉS/ **(MT)** TITLU/ **(NL)** BENAMING/ **(PL)** NAZWA/ **(PT)** DESIGNAÇÃO/ **(RO)** DENUMIRE/ **(SK)** NÁZOV/ **(SL)** IME/ **(FI)** NIMI/ **(SV)** NAMN |
| 2. | **(BG)** ОРГАН, ИЗДАВАЩ ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ VEŘEJNOU LISTINU, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** DEN MYNDIGHED, DER HAR UDSTEDT DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** BEHÖRDE, DIE DIE ÖFFENTLICHE URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST, AUSSTELLT/ **(ET)** ASUTUS, KES ANDIS VÄLJA AVALIKU DOKUMENDI, MILLELE SEE VORM ON LISATUD/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** TIJELO KOJE IZDAJE JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** AUTORITÀ CHE RILASCIA IL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** PUBLISKĀ DOKUMENTA, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA, IZDEVĒJIESTĀDE/ **(LT)** VIEŠĄJI DOKUMENTĄ, PRIE KURIO PRIDEDAMA ŠI FORMA, IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATOT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TAD-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** ORGAN WYDAJĄCY DOKUMENT URZĘDOWY, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** AUTORIDADE QUE EMITE O DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** AUTORITATEA EMITENTĂ A DOCUMENTULUI OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI VEREJNÚ LISTINU, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** ORGAN, KI IZDA JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** VIRANOMAINEN, JOKA ON ANTANUT YLEISEN ASIAKIRJAN, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** MYNDIGHET SOM UTFÄRDAR DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |
| 3. | **(BG)** ИНФОРМАЦИЯ ОТНОСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** INFORMACIÓN RELATIVA AL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** INFORMACE TÝKAJÍCÍ SE VEŘEJNÉ LISTINY, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** OPLYSNINGER VEDRØRENDE DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** ANGABEN ZUR ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST/ **(ET)** TEAVE AVALIKU DOKUMENDI KOHTA, MILLELE SEE VORM ON LISATUD/ **(EL)** ΠΛΗΡΟΦΟΡΙΕΣ ΣΧΕΤΙΚΑ ΜΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** INFORMATIONS RELATIVES AU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** FAISNÉIS A BHAINEANN LEIS AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** INFORMACIJE KOJE SE ODNOSE NA JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** INFORMAZIONI RELATIVE AL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** INFORMĀCIJA PAR PUBLISKO DOKUMENTU, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA/ **(LT)** INFORMACIJA, SUSIJUSI SU VIEŠUOJU DOKUMENTU, PRIE KURIO PRIDEDAMA ŠI FORMA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATRA VONATKOZÓ INFORMÁCIÓK/ **(MT)** INFORMAZZJONI DWAR ID-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** INFORMATIE BETREFFENDE HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** INFORMACJE DOTYCZĄCE DOKUMENTU URZĘDOWEGO, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** INFORMAÇÕES RELATIVAS AO DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** INFORMAȚII REFERITOARE LA DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** INFORMÁCIE O VEREJNEJ LISTINE, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** INFORMACIJE V ZVEZI Z JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** TIEDOT YLEISESTÄ ASIAKIRJASTA, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** INFORMATION OM DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |

3.1 **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ОРГАН ИЛИ ДЛЪЖНОСТНО ЛИЦЕ, СВЪРЗАН/О СЪС СЪДИЛИЩАТА ИЛИ ПРАВОРАЗДАВАТЕЛНИТЕ ОРГАНИ НА ДЪРЖАВА ЧЛЕНКА/ **(ES)** DOCUMENTO EXPEDIDO POR UNA AUTORIDAD O UN FUNCIONARIO VINCULADO A LOS ÓRGANOS JURISDICCIONALES DE UN ESTADO MIEMBRO/ **(CZ)** LISTINA VYDANÁ ORGÁNEM NEBO ÚŘEDNÍKEM S VAZBOU NA SOUDY DANÉHO ČLENSKÉHO STÁTU/ **(DA)** DOKUMENT, DER ER UDSTEDT AF EN MYNDIGHED ELLER EN EMBEDSMAND, DER ER TILKNYTTET DOMSTOLE I EN MEDLEMSSTAT/ **(DE)** URKUNDE EINER BEHÖRDE ODER EINER AMTSPERSON ALS ORGAN DER RECHTSPFLEGE EINES MITGLIEDSTAATS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD LIIKMESRIIGI KOHTUTEGA SEOTUD AMETIASUTUS VÕI AMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΜΙΑ ΑΡΧΗ Ή ΕΝΑΝ ΥΠΑΛΛΗΛΟ ΠΟΥ ΣΥΝΔΕΕΤΑΙ ΜΕ ΤΑ ΔΙΚΑΣΤΗΡΙΑ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ/ **(EN)** DOCUMENT EMANATING FROM AN AUTHORITY OR AN OFFICIAL CONNECTED WITH THE COURTS OR TRIBUNALS OF A MEMBER STATE/ **(FR)** DOCUMENT ÉMANANT D'UNE AUTORITÉ OU D'UN FONCTIONNAIRE RELEVANT D'UNE JURIDICTION D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD A THAGANN Ó ÚDARÁS NÓ Ó OIFIGEACH A BHFUIL BAINT AIGE NÓ AICI LE CÚIRTEANNA NÓ LE BINSÍ DE CHUID BALLSTÁIT/ **(HR)** ISPRAVA KOJU JE IZDALO TIJELO ILI SLUŽBENIK SUDA DRŽAVE ČLANICE/ **(IT)** DOCUMENTO EMANATO DA UN'AUTORITÀ O DA UN FUNZIONARIO APPARTENENTE AD UNA DELLE GIURISDIZIONI DI UNO STATO MEMBRO/ **(LV)** DOKUMENTS, KURU IZSNIEGUSI AR DALĪBVALSTS TIESĀM SAISTĪTA IESTĀDE VAI AMATPERSONA/ **(LT)** DOKUMENTAS, IŠDUOTAS VALDŽIOS INSTITUCIJOS AR PAREIGŪNO, SUSIJUSIŲ SU VALSTYBĖS NARĖS TEISMAIS AR TRIBUNOLAIS/ **(HU)** TAGÁLLAMI BÍRÓSÁGGAL KAPCSOLATBAN ÁLLÓ HATÓSÁG VAGY TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN AWTORITÀ JEW UFFIĊJAL LI JKOLLHOM RABTA MAL-QRATI JEW IT-TRIBUNALI TA' STAT MEMBRU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN AUTORITEIT OF AMBTENAAR BEHORENDE TOT EEN RECHTERLIJKE INSTANTIE VAN EEN LIDSTAAT/ **(PL)** DOKUMENT POCHODZĄCY OD ORGANU SĄDOWEGO LUB URZĘDNIKA SĄDOWEGO PAŃSTWA CZŁONKOWSKIEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UMA AUTORIDADE OU DE UM FUNCIONÁRIO DEPENDENTE DE QUALQUER JURISDIÇÃO DE UM ESTADO-MEMBRO/ **(RO)** DOCUMENT EMIS DE O AUTORITATE SAU DE UN FUNCȚIONAR DE PE LÂNGĂ INSTANȚELE UNUI STAT MEMBRU/ **(SK)** LISTINA VYDANÁ ORGÁNOM ALEBO ÚRADNÍKOM S VÄZBOU NA SÚDY ČLENSKÉHO ŠTÁTU/ **(SL)** LISTINA, IZDANA S STRANI ORGANA ALI URADNIKA SODNE OBLASTI DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA ON ANTANUT JÄSENVALTION OIKEUSLAITOKSEEN KUULUVA VIRANOMAINEN TAI VIRKAMIES/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN MYNDIGHET ELLER EN TJÄNSTEMAN TILLHÖRANDE DOMSTOLSVÄSENDET I EN MEDLEMSSTAT

3.1.1 **(BG)** СЪДЕБНО РЕШЕНИЕ/ **(ES)** RESOLUCIÓN JUDICIAL/ **(CZ)** ROZHODNUTÍ SOUDU/ **(DA)** DOMSTOLSAFGØRELSE/ **(DE)** GERICHTSENTSCHEIDUNG/ **(ET)** KOHTUOTSUS/ **(EL)** ΔΙΚΑΣΤΙΚΗ ΑΠΟΦΑΣΗ/ **(EN)** COURT DECISION/ **(FR)** DÉCISION DE JUSTICE/ **(GA)** CINNEADH ÓN gCÚIRT/ **(HR)** SUDSKA ODLUKA/ **(IT)** DECISIONE GIURISDIZIONALE/ **(LV)** TIESAS LĒMUMS/ **(LT)** TEISMO SPRENDIMAS/ **(HU)** BÍRÓSÁGI HATÁROZAT/ **(MT)** DEĊIŻJONI TAL-QORTI/ **(NL)** RECHTERLIJKE BESLISSING/ **(PL)** ORZECZENIE SĄDOWE/ **(PT)** DECISÃO JUDICIAL/ **(RO)** HOTĂRÂRE JUDECĂTOREASCĂ/ **(SK)** SÚDNE ROZHODNUTIE/ **(SL)** SODNA ODLOČBA/ **(FI)** TUOMIOISTUIMEN PÄÄTÖS/ **(SV)** DOMSTOLSBESLUT

3.1.2 **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ПРОКУРОР/ **(ES)** DOCUMENTO EXPEDIDO POR EL MINISTERIO FISCAL/ **(CZ)** LISTINA VYDANÁ STÁTNÍM ZÁSTUPCEM/ **(DA)** DOKUMENT UDSTEDT AF EN ANKLAGEMYNDIGHED/ **(DE)** URKUNDE EINER STAATSANWALTSCHAFT/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD RIIKLIK SÜÜDISTAJA/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΕΙΣΑΓΓΕΛΕΑ/ **(EN)** DOCUMENT EMANATING FROM A PUBLIC PROSECUTOR/ **(FR)** DOCUMENT ÉMANANT DU MINISTÈRE PUBLIC/ **(GA)** DOICIMÉAD A THAGANN Ó IONCHÚISITHEOIR POIBLÍ/ **(HR)** ISPRAVA KOJU JE IZDALO DRŽAVNO ODVJETNIŠTVO/ **(IT)** DOCUMENTO EMANATO DAL PUBBLICO MINISTERO/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS PROKURORS/ **(LT)** PROKURORO IŠDUOTAS DOKUMENTAS/ **(HU)** ÜGYÉSZ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN PROSEKUTUR PUBBLIKU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN OPENBAAR MINISTERIE/ **(PL)** DOKUMENT POCHODZĄCY OD PROKURATORA/ **(PT)** DOCUMENTO PROVENIENTE DO MINISTÉRIO PÚBLICO/ **(RO)** DOCUMENT EMIS DE UN PROCUROR/ **(SK)** LISTINA VYDANÁ PROKURÁTOROM/ **(SL)** LISTINA, KI JO IZDA DRŽAVNO TOŽILSTVO/ **(FI)** VIRALLISEN SYYTTÄJÄN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN ÅKLAGARVÄSENDET

3.1.3 **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН СЛУЖИТЕЛ/ **(ES)** DOCUMENTO EXPEDIDO POR UN SECRETARIO JUDICIAL/ **(CZ)** LISTINA VYDANÁ VYŠŠÍM SOUDNÍM ÚŘEDNÍKEM/ **(DA)** DOKUMENT UDSTEDT AF EN JUSTITSSEKRETÆR/ **(DE)** URKUNDE EINES URKUNDSBEAMTEN DER GESCHÄFTSSTELLE EINES GERICHTS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUAMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΓΡΑΜΜΑΤΕΑ ΔΙΚΑΣΤΗΡΙΟΥ/ **(EN)** DOCUMENT EMANATING FROM A CLERK OF A COURT/ **(FR)** DOCUMENT ÉMANANT D'UN GREFFIER/ **(GA)** DOICIMÉAD A THAGANN Ó CHLÉIREACH DE CHUID CÚIRTE/ **(HR)** ISPRAVA KOJU JE IZDAO UPRAVITELJ SUDSKE PISARNICE/ **(IT)** DOCUMENTO EMANATO DA UN CANCELLIERE/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS SEKRETĀRS/ **(LT)** TEISMO TARNAUTOJO IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN REĠISTRATUR TA' QORTI/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GRIFFIER/ **(PL)** DOKUMENT POCHODZĄCY OD SEKRETARZA SĄDOWEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UM OFICIAL DE JUSTIÇA/ **(RO)** DOCUMENT EMIS DE UN GREFIER AL INSTANȚEI/ **(SK)** LISTINA VYDANÁ SÚDNYM ÚRADNÍKOM/ **(SL)** LISTINA, KI JO IZDA SODNI USLUŽBENEC/ **(FI)** TUOMIOISTUIMEN SIHTEERIN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN DOMSTOLSTJÄNSTEMAN

| | |
|---|---|
| 3.1.4 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН ИЗПЪЛНИТЕЛ („HUISSIER DE JUSTICE")/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE JUDICIAL («HUISSIER DE JUSTICE»)/ **(CZ)** LISTINA VYDANÁ SOUDNÍM VYKONAVATELEM („HUISSIER DE JUSTICE")/ **(DA)** DOKUMENT UDSTEDT AF EN STÆVNINGSMAND (»HUISSIER DE JUSTICE«)/ **(DE)** URKUNDE EINES GERICHTSVOLLZIEHERS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUTÄITUR/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΔΙΚΑΣΤΙΚΟ(-Η) ΕΠΙΜΕΛΗΤΗ(-ΡΙΑ) («HUISSIER DE JUSTICE»)/ **(EN)** DOCUMENT EMANATING FROM A JUDICIAL OFFICER ('HUISSIER DE JUSTICE')/ **(FR)** DOCUMENT ÉMANANT D'UN HUISSIER DE JUSTICE/ **(GA)** DOICIMÉAD A THAGANN Ó OIFIGEACH BREITHIÚNACH ("HUISSIER DE JUSTICE")/ **(HR)** ISPRAVA KOJU JE IZDAO SUDSKI OVRŠITELJ (*HUISSIER DE JUSTICE*)/ **(IT)** DOCUMENTO EMANATO DA UN UFFICIALE GIUDIZIARIO ("HUISSIER DE JUSTICE")/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS IZPILDĪTĀJS (*HUISSIER DE JUSTICE*)/ **(LT)** ANTSTOLIO (HUISSIER DE JUSTICE) IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI VÉGREHAJTÓ („HUISSIER DE JUSTICE") ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN UFFIĊJAL ĠUDIZZJARJU ('HUISSIER DE JUSTICE')/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GERECHTSDEURWAARDER/ **(PL)** DOKUMENT POCHODZĄCY OD URZĘDNIKA SĄDOWEGO (*HUISSIER DE JUSTICE*)/ **(PT)** DOCUMENTO PROVENIENTE DE UM ESCRIVÃO DE DIREITO («HUISSIER DE JUSTICE»)/ **(RO)** DOCUMENT EMIS DE UN EXECUTOR JUDECĂTORESC („HUISSIER DE JUSTICE")/ **(SK)** LISTINA VYDANÁ SÚDNYM VYKONÁVATEĽOM („HUISSIER DE JUSTICE")/ **(SL)** LISTINA, KI JO IZDA SODNI IZVRŠITELJ („HUISSIER DE JUSTICE")/ **(FI)** HAASTEMIEHEN ("HUISSIER DE JUSTICE") ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN STÄMNINGSMAN (*HUISSIER DE JUSTICE*) |
| 3.1.5 | **(BG)** ДРУГИ (ДА СЕ ПОСОЧАТ)/ **(ES)** OTRO (ESPECIFÍQUESE)/ **(CZ)** JINÉ (UPŘESNĚTE)/ **(DA)** ANDRE (ANGIVES)/ **(DE)** SONSTIGES (BITTE ANGEBEN)/ **(ET)** MUU (TÄPSUSTAGE)/ **(EL)** ΑΛΛΟ (ΔΙΕΥΚΡΙΝΙΣΤΕ)/ **(EN)** OTHER (TO BE SPECIFIED)/ **(FR)** AUTRE (À PRÉCISER)/ **(GA)** EILE (LE SONRÚ)/ **(HR)** OSTALO (NAVESTI)/ **(IT)** ALTRO (PRECISARE)/ **(LV)** CITS (PRECIZĒT)/ **(LT)** KITA (NURODYTI)/ **(HU)** EGYÉB (KÉRJÜK PONTOSÍTANI)/ **(MT)** OĦRAJN (IPPREĊIŻA)/ **(NL)** OVERIGE (SPECIFICEREN)/ **(PL)** INNY (PROSZĘ OKREŚLIĆ)/ **(PT)** OUTROS (A ESPECIFICAR)/ **(RO)** ALTUL (A SE PRECIZA)/ **(SK)** INÉ (SPRESNIŤ)/ **(SL)** DRUGO (NAVESTI)/ **(FI)** MUU ASIAKIRJA (TÄSMENNETTÄVÄ)/ **(SV)** ANNAN HANDLING (SPECIFICERAS) |
| 3.2 | **(BG)** АДМИНИСТРАТИВЕН ДОКУМЕНТ/ **(ES)** DOCUMENTO ADMINISTRATIVO/ **(CZ)** LISTINA VYDANÁ SPRÁVNÍM ÚŘADEM/ **(DA)** ADMINISTRATIVT DOKUMENT/ **(DE)** URKUNDE EINER VERWALTUNGSBEHÖRDE/ **(ET)** HALDUSDOKUMENT/ **(EL)** ΔΙΟΙΚΗΤΙΚΟ ΕΓΓΡΑΦΟ/ **(EN)** ADMINISTRATIVE DOCUMENT/ **(FR)** DOCUMENT ADMINISTRATIF/ **(GA)** DOICIMÉAD RIARACHÁIN/ **(HR)** UPRAVNA ISPRAVA/ **(IT)** DOCUMENTO AMMINISTRATIVO/ **(LV)** ADMINISTRATĪVS DOKUMENTS/ **(LT)** ADMINISTRACINIS DOKUMENTAS/ **(HU)** KÖZIGAZGATÁSI OKIRAT/ **(MT)** DOKUMENT AMMINISTRATTIV/ **(NL)** ADMINISTRATIEF DOCUMENT/ **(PL)** DOKUMENT ADMINISTRACYJNY/ **(PT)** DOCUMENTO ADMINISTRATIVO/ **(RO)** DOCUMENT ADMINISTRATIV/ **(SK)** SPRÁVNA LISTINA/ **(SL)** UPRAVNA LISTINA/ **(FI)** HALLINNOLLINEN ASIAKIRJA/ **(SV)** ADMINISTRATIV HANDLING |
| 3.2.1 | **(BG)** УДОСТОВЕРЕНИЕ/ **(ES)** CERTIFICADO/ **(CZ)** OSVĚDČENÍ/ **(DA)** PÅTEGNING/ **(DE)** BESCHEINIGUNG/ **(ET)** TÕEND/ **(EL)** ΠΙΣΤΟΠΟΙΗΤΙΚΟ/ **(EN)** CERTIFICATE/ **(FR)** CERTIFICAT/ **(GA)** DEIMHNIÚ/ **(HR)** POTVRDA/ **(IT)** CERTIFICATO/ **(LV)** APLIECINĀJUMS/ **(LT)** PAŽYMA, LIUDIJIMAS/ **(HU)** TANÚSÍTVÁNY/BIZONYÍTVÁNY/ **(MT)** ĊERTIFIKAT/ **(NL)** CERTIFICAAT/ **(PL)** ZAŚWIADCZENIE/ **(PT)** CERTIDÃO OU CERTIFICADO/ **(RO)** CERTIFICAT/ **(SK)** OSVEDČENIE/ **(SL)** POTRDILO/ **(FI)** TODISTUS/ **(SV)** INTYG |
| 3.2.2 | **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА ЗА ГРАЖДАНСКОТО СЪСТОЯНИЕ/ **(ES)** EXTRACTO DEL REGISTRO CIVIL/ **(CZ)** VÝPIS Z MATRIKY/ **(DA)** UDDRAG FRA CIVILSTANDSREGISTRET/ **(DE)** AUSZUG AUS DEM PERSONENSTANDSREGISTER/ **(ET)** PEREKONNASEISUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΛΗΞΙΑΡΧΙΚΟΥ ΜΗΤΡΩΟΥ/ **(EN)** EXTRACT FROM THE CIVIL STATUS REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE L'ÉTAT CIVIL/ **(GA)** SLIOCHT AS AN gCLÁR STÁDAIS SHIBHIALTA/ **(HR)** IZVADAK IZ REGISTRA OSOBNOG STANJA/ **(IT)** ESTRATTO DI ATTO DI STATO CIVILE/ **(LV)** IZRAKSTS NO CIVILSTĀVOKĻA AKTU REĢISTRA/ **(LT)** IŠRAŠAS IŠ CIVILINĖS BŪKLĖS AKTŲ REGISTRO/ **(HU)** ANYAKÖNYVI KIVONAT/ **(MT)** ESTRATT MIR-REĠISTRU TAL-ISTAT ĊIVILI/ **(NL)** UITTREKSEL UIT HET REGISTER VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS SKRÓCONY AKTU STANU CYWILNEGO/ **(PT)** EXTRATO DE ATOS DO REGISTO CIVIL/ **(RO)** EXTRAS DIN REGISTRUL DE STARE CIVILĂ/ **(SK)** VÝPIS Z REGISTRA OSOBNÉHO STAVU/ **(SL)** IZPISEK IZ REGISTRA O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERIOTE (SIVIILISÄÄTY)/ **(SV)** UTDRAG UR FOLKBOKFÖRINGEN |
| 3.2.3 | **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА НА НАСЕЛЕНИЕТО/ **(ES)** EXTRACTO DEL CENSO/ **(CZ)** VÝPIS Z REGISTRU OBYVATEL/ **(DA)** UDDRAG FRA FOLKEREGISTRET/ **(DE)** AUSZUG AUS DEM MELDEREGISTER/ **(ET)** RAHVASTIKUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΔΗΜΟΤΟΛΟΓΙΟΥ/ **(EN)** EXTRACT FROM THE POPULATION REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE LA POPULATION/ **(GA)** SLIOCHT AS AN gCLÁR DAONRA/ **(HR)** IZVADAK IZ POPISA STANOVNIŠTVA/ **(IT)** ESTRATTO ANAGRAFICO/ **(LV)** IZRAKSTS NO IEDZĪVOTĀJU REĢISTRA/ **(LT)** IŠRAŠAS IŠ GYVENTOJŲ REGISTRO/ **(HU)** KIVONAT A SZEMÉLYIADAT- ÉS LAKCÍMNYILVÁNTARTÁSBÓL/ **(MT)** ESTRATT MIR-REĠISTRU TAL-POPOLAZZJONI/ **(NL)** UITTREKSEL UIT HET BEVOLKINGSREGISTER/ **(PL)** WYCIĄG Z REJESTRU LUDNOŚCI/ **(PT)** EXTRATO DO REGISTO DA POPULAÇÃO/ **(RO)** EXTRAS DIN REGISTRUL DE EVIDENȚĂ A POPULAȚIEI/ **(SK)** VÝPIS Z REGISTRA OBYVATEĽOV/ **(SL)** IZPISEK IZ REGISTRA PREBIVALSTVA/ **(FI)** VÄESTÖREKISTERIOTE/ **(SV)** UTDRAG UR BEFOLKNINGSREGISTER |

L 200/42          EN          Official Journal of the European Union          26.7.2016

| | |
|---|---|
| 3.2.4 | **(BG)** ПЪЛЕН ПРЕПИС ОТ АКТОВЕ ЗА ГРАЖДАНСКО СЪСТОЯНИЕ/ **(ES)** COPIA LITERAL DE ACTAS DEL REGISTRO CIVIL/ **(CZ)** OPIS MATRIČNÍCH ZÁZNAMŮ/ **(DA)** ORDRET KOPI AF CIVILSTANDSREGISTRE/ **(DE)** WÖRTLICHE KOPIE VON PERSONENSTANDSEINTRÄGEN/ **(ET)** PEREKONNASEISUAKTI KOOPIA/ **(EL)** ΠΙΣΤΟ ΑΝΤΙΓΡΑΦΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟΥ ΠΡΟΣΩΠΙΚΗΣ ΚΑΤΑΣΤΑΣΗΣ/ **(EN)** VERBATIM COPY OF CIVIL STATUS RECORDS/ **(FR)** COPIE INTÉGRALE D'ACTES DE L'ÉTAT CIVIL/ **(GA)** CÓIP FOCAL AR FHOCAL DE THAIFID AR STÁDAS SIBHIALTA/ **(HR)** DOSLOVNI PRIJEPIS IZ EVIDENCIJA O OSOBNOM STANJU/ **(IT)** COPIA LETTERALE DI ATTO DI STATO CIVILE/ **(LV)** CIVILSTĀVOKĻA AKTU REĢISTRA IERAKSTU AUTENTISKA KOPIJA/ **(LT)** CIVILINĖS BŪKLĖS AKTŲ ĮRAŠŲ PAŽODINĖ KOPIJA/ **(HU)** ANYAKÖNYVI BEJEGYZÉS SZÓ SZERINTI MÁSOLATA/ **(MT)** KOPJA VERBATIM TAL-ATTI TAL-ISTAT ĊIVILI/ **(NL)** EENSLUIDEND AFSCHRIFT VAN AKTEN VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS ZUPEŁNY AKTU STANU CYWILNEGO/ **(PT)** CERTIDÃO DE CÓPIA INTEGRAL OU DE NARRATIVA DE ATOS DE REGISTO CIVIL/ **(RO)** COPIE EXACTĂ A UNUI ACT DE STARE CIVILĂ/ **(SK)** DOSLOVNÝ VÝPIS ZO ZÁPISOV O OSOBNOM STAVE/ **(SL)** DOBESEDNI PREPIS LISTIN O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERITIETOJEN SANATARKKA JÄLJENNÖS/ **(SV)** ORDAGRANN AVSKRIFT AV FOLKBOKFÖRINGSHANDLING |
| 3.3 | **(BG)** НОТАРИАЛЕН АКТ/ **(ES)** ACTA NOTARIAL/ **(CZ)** NOTÁŘSKÁ LISTINA/ **(DA)** NOTARBEKRÆFTET DOKUMENT/ **(DE)** NOTARIELLE URKUNDE/ **(ET)** NOTARIAALDOKUMENT/ **(EL)** ΣΥΜΒΟΛΑΙΟΓΡΑΦΙΚΗ ΠΡΑΞΗ/ **(EN)** NOTARIAL ACT/ **(FR)** ACTE NOTARIÉ/ **(GA)** GNÍOMH NÓTAIREACHTA/ **(HR)** JAVNOBILJEŽNIČKA ISPRAVA/ **(IT)** ATTO NOTARILE/ **(LV)** NOTARIĀLS AKTS/ **(LT)** NOTARINIS AKTAS/ **(HU)** KÖZJEGYZŐI OKIRAT/ **(MT)** ATT NOTARILI/ **(NL)** NOTARIËLE AKTE/ **(PL)** AKT NOTARIALNY/ **(PT)** ATO NOTARIAL/ **(RO)** ACT NOTARIAL/ **(SK)** NOTÁRSKA LISTINA/ **(SL)** NOTARSKA LISTINA/ **(FI)** NOTAARIN ANTAMA ASIAKIRJA/ **(SV)** NOTARIELL HANDLING |
| 3.4 | **(BG)** ОФИЦИАЛНО УДОСТОВЕРЕНИЕ, ПРИЛОЖЕНО КЪМ ДОКУМЕНТ, ПОДПИСАН ОТ ЛИЦЕ В ЛИЧНО КАЧЕСТВО/ **(ES)** CERTIFICACIÓN OFICIAL PUESTA SOBRE UN DOCUMENTO PRIVADO/ **(CZ)** ÚŘEDNÍ OSVĚDČENÍ, KTERÝM BYLA OPATŘENA LISTINA PODEPSANÁ SOUKROMOU OSOBOU/ **(DA)** OFFICIEL PÅTEGNING PÅ ET DOKUMENT UNDERTEGNET AF EN PERSON I DENNES EGENSKAB AF PRIVATPERSON/ **(DE)** AMTLICHE BESCHEINIGUNG AUF EINER PRIVATURKUNDE/ **(ET)** ISIKU POOLT ERAISIKUNA ALLKIRJASTATUD DOKUMENDILE KINNITATAV AMETLIK TÕEND/ **(EL)** ΕΠΙΣΗΜΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟ ΕΝΣΩΜΑΤΩΜΕΝΟ ΣΕ ΕΓΓΡΑΦΟ ΥΠΟΓΕΓΡΑΜΜΕΝΟ ΑΠΟ ΑΤΟΜΟ ΠΟΥ ΕΝΕΡΓΕΙ ΩΣ ΙΔΙΩΤΗΣ/ **(EN)** OFFICIAL CERTIFICATE PLACED ON A DOCUMENT SIGNED BY A PERSON IN HIS OR HER PRIVATE CAPACITY/ **(FR)** DÉCLARATION OFFICIELLE APPOSÉE SUR UN ACTE SOUS SEING PRIVÉ/ **(GA)** DEIMHNIÚ OIFIGIÚIL A CHUIRTEAR AR DHOICIMÉAD ARNA SHÍNIÚ AG DUINE INA CHÁIL NÓ INA CÁIL PHRÍOBHÁIDEACH/ **(HR)** SLUŽBENA POTVRDA STAVLJENA NA ISPRAVU KOJU JE OSOBA POTPISALA U PRIVATNOM SVOJSTVU/ **(IT)** DICHIARAZIONE UFFICIALE APPOSTA SU UNA SCRITTURA PRIVATA/ **(LV)** OFICIĀLS APLIECINĀJUMS UZ DOKUMENTA, KO SAVĀ VĀRDĀ PARAKSTĪJUSI KĀDA PERSONA/ **(LT)** PRIVAČIŲ ASMENŲ PASIRAŠYTŲ DOKUMENTŲ OFICIALŪS PATVIRTINIMAI/ **(HU)** MAGÁNOKIRATON ELHELYEZETT HIVATALOS TANÚSÍTVÁNY/ **(MT)** ĊERTIFIKAT UFFIĊJALI LI JITQIEGĦED F'DOKUMENT IFFIRMAT MINN PERSUNA FIL-KAPAĊITÀ PRIVATA TAGĦHA/ **(NL)** OFFICIEEL CERTIFICAAT OP EEN DOCUMENT ONDERTEKEND DOOR EEN PERSOON IN ZIJN PARTICULIERE HOEDANIGHEID/ **(PL)** URZĘDOWE ZAŚWIADCZENIE UMIESZCZONE NA DOKUMENCIE PODPISANYM PRZEZ OSOBĘ DZIAŁAJĄCĄ W CHARAKTERZE PRYWATNYM/ **(PT)** DECLARAÇÃO OFICIAL INSERTA NUM ATO DE NATUREZA PRIVADA/ **(RO)** CERTIFICAT OFICIAL APLICAT PE UN DOCUMENT SUB SEMNĂTURĂ PRIVATĂ/ **(SK)** ÚRADNÉ OSVEDČENIE UVEDENÉ NA LISTINE PODPÍSANEJ OSOBOU KONAJÚCOU AKO SÚKROMNÁ OSOBA/ **(SL)** URADNA IZJAVA NA ZASEBNI LISTINI/ **(FI)** VIRALLINEN TODISTUS ASIAKIRJASSA, JONKA HENKILÖ ON ALLEKIRJOITTANUT YKSITYISHENKILÖNÄ/ **(SV)** OFFICIELLT INTYG ANBRINGAT PÅ EN HANDLING SOM UNDERTECKNATS AV EN PRIVATPERSON |
| 3.5 | **(BG)** ДОКУМЕНТ, ИЗГОТВЕН ОТ ДИПЛОМАТИЧЕСКИ ИЛИ КОНСУЛСКИ СЛУЖИТЕЛ НА ДЪРЖАВА ЧЛЕНКА В СЛУЖЕБНО КАЧЕСТВО/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE DIPLOMÁTICO O CONSULAR DE UN ESTADO MIEMBRO CON CARÁCTER OFICIAL/ **(CZ)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCEM NEBO KONZULÁRNÍM ÚŘEDNÍKEM ČLENSKÉHO STÁTU V RÁMCI VÝKONU JEHO SLUŽEBNÍCH POVINNOSTÍ/ **(DA)** DOKUMENT OFFICIELT UDFÆRDIGET AF EN MEDLEMSSTATS DIPLOMATISKE ELLER KONSULÆRE REPRÆSENTANT/ **(DE)** VON EINEM DIPLOMATISCHEN ODER KONSULARISCHEN VERTRETER EINES MITGLIEDSTAATS IN SEINER AMTLICHEN FUNKTION ERRICHTETE URKUNDE/ **(ET)** LIIKMESRIIGI DIPLOMAATILISE VÕI KONSULAARAMETNIKU POOLT AMETIKOHUSTUSTE TÄITMISEL KOOSTATUD DOKUMENT/ **(EL)** ΕΓΓΡΑΦΟ ΣΥΝΤΑΓΜΕΝΟ ΑΠΟ ΔΙΠΛΩΜΑΤΙΚΟ(-Η) Ή ΠΡΟΞΕΝΙΚΟ(-Η) ΥΠΑΛΛΗΛΟ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΥΠΟ ΤΗΝ ΕΠΙΣΗΜΗ ΙΔΙΟΤΗΤΑ ΤΟΥ/ΤΗΣ/ **(EN)** DOCUMENT DRAWN UP BY A DIPLOMATIC OR CONSULAR AGENT OF A MEMBER STATE IN HIS OR HER OFFICIAL CAPACITY/ **(FR)** DOCUMENT ÉTABLI EN SA QUALITÉ OFFICIELLE PAR UN AGENT DIPLOMATIQUE OU CONSULAIRE D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD ARNA THARRAINGT SUAS AG GNÍOMHAIRE TAIDHLEOIREACHTA NÓ CONSALACH DE CHUID BALLSTÁIT INA CHÁIL NÓ INA CÁIL OIFIGIÚIL/ **(HR)** ISPRAVA KOJU JE U SLUŽBENOM SVOJSTVU SASTAVIO DIPLOMATSKI ILI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(IT)** DOCUMENTO REDATTO DA AGENTI DIPLOMATICI O CONSOLARI DI UNO STATO MEMBRO NELL'ESERCIZIO DELLE LORO FUNZIONI/ **(LV)** DOKUMENTS, KURU, PILDOT AMATA PIENĀKUMUS, SAGATAVOJIS DALĪBVALSTS DIPLOMĀTISKAIS VAI KONSULĀRAIS PĀRSTĀVIS/ **(LT)** DOKUMENTAS, PARENGTAS VALSTYBĖS NARĖS DIPLOMATO AR KONSULINIO PAREIGŪNO, VEIKIANČIO PAGAL OFICIALIUS ĮGALIOJIMUS/ **(HU)** VALAMELY TAGÁLLAM DIPLOMÁCIAI VAGY KONZULI KÉPVISELŐJE ÁLTAL HIVATALOS MINŐSÉGÉBEN KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT IMĦEJJI MINN AĠENT DIPLOMATIKU JEW KONSULARI TA' STAT MEMBRU FIL-KAPAĊITÀ UFFIĊJALI TIEGĦU/ **(NL)** DOCUMENT OPGESTELD DOOR DE DIPLOMATIEKE OF CONSULAIRE AMBTENAAR VAN EEN LIDSTAAT IN ZIJN OFFICIËLE HOEDANIGHEID/ **(PL)** DOKUMENT SPORZĄDZONY PRZEZ PRZEDSTAWICIELA DYPLOMATYCZNEGO LUB URZĘDNIKA KONSULARNEGO PAŃSTWA CZŁONKOWSKIEGO DZIAŁAJĄCYCH W CHARAKTERZE URZĘDOWYM/ **(PT)** DOCUMENTO LAVRADO POR UM AGENTE DIPLOMÁTICO OU CONSULAR DE UM ESTADO-MEMBRO NO EXERCÍCIO DAS SUAS FUNÇÕES OFICIAIS/ **(RO)** DOCUMENT ÎNTOCMIT DE CĂTRE UN AGENT DIPLOMATIC SAU CONSULAR AL UNUI STAT MEMBRU, ÎN CALITATE OFICIALĂ/ **(SK)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCOM ALEBO KONZULÁRNYM ÚRADNÍKOM ČLENSKÉHO ŠTÁTU V RÁMCI VÝKONU JEHO FUNKCIE/ **(SL)** LISTINA, KI JO KOT URADNA OSEBA IZDA DIPLOMATSKI ALI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA JÄSENVALTION DIPLOMAATTINEN EDUSTAJA TAI KONSULIEDUSTAJA ON LAATINUT VIRANTOIMITUKSESSA/ **(SV)** HANDLING UPPRÄTTAD I TJÄNSTEN AV EN DIPLOMATISK ELLER KONSULÄR TJÄNSTEMAN I EN MEDLEMSSTAT |

26.7.2016 [EN] Official Journal of the European Union L 200/43

| | |
|---|---|
| 3.6 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** HMEPOMHNIA (HH/MM/EEEE) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
| 3.7 | **(BG)** РЕФЕРЕНТЕН НОМЕР НА ОФИЦИАЛНИЯ ДОКУМЕНТ/ **(ES)** NÚMERO DE REFERENCIA DEL DOCUMENTO PÚBLICO/ **(CZ)** REFERENČNÍ ČÍSLO VEŘEJNÉ LISTINY/ **(DA)** DET OFFENTLIGE DOKUMENTS REFERENCENUMMER/ **(DE)** KENNNUMMER DER ÖFFENTLICHEN URKUNDE/ **(ET)** AVALIKU DOKUMENDI VIITENUMBER/ **(EL)** ΑΡΙΘΜΟΣ ΑΝΑΦΟΡΑΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ/ **(EN)** REFERENCE NUMBER OF THE PUBLIC DOCUMENT/ **(FR)** NUMÉRO DE RÉFÉRENCE DU DOCUMENT PUBLIC/ **(GA)** UIMHIR THAGARTHA AN DOICIMÉID PHOIBLÍ/ **(HR)** REFERENTNI BROJ JAVNE ISPRAVE/ **(IT)** NUMERO DI RIFERIMENTO DEL DOCUMENTO PUBBLICO/ **(LV)** PUBLISKĀ DOKUMENTA ATSAUCES NUMURS/ **(LT)** VIEŠOJO DOKUMENTO NUMERIS/ **(HU)** A KÖZOKIRAT HIVATKOZÁSI SZÁMA/ **(MT)** NUMRU TA' REFERENZA TAD-DOKUMENT PUBBLIKU/ **(NL)** REFERENTIENUMMER VAN HET OPENBAAR DOCUMENT/ **(PL)** NUMER REFERENCYJNY DOKUMENTU URZĘDOWEGO/ **(PT)** NÚMERO DE REFERÊNCIA DO DOCUMENTO PÚBLICO/ **(RO)** NUMĂRUL DE REFERINŢĂ AL DOCUMENTULUI OFICIAL/ **(SK)** REFERENČNÉ ČÍSLO VEREJNEJ LISTINY/ **(SL)** REFERENČNA ŠTEVILKA JAVNE LISTINE/ **(FI)** YLEISEN ASIAKIRJAN VIITENUMERO/ **(SV)** DEN OFFICIELLA HANDLINGENS REFERENSNUMMER |
| 4. | **(BG)** ИНФОРМАЦИЯ ЗА ПОЧИНАЛОТО ЛИЦЕ/ **(ES)** INFORMACIÓN SOBRE LA PERSONA FALLECIDA/ **(CZ)** INFORMACE O ZEMŘELÉM/ **(DA)** OPLYSNINGER OM AFDØDE/ **(DE)** ANGABEN ZUR PERSON, DEREN TOD ANGEZEIGT WIRD/ **(ET)** SURNUD ISIKUT KÄSITLEV TEAVE/ **(EL)** ΣΤΟΙΧΕΙΑ ΤΟΥ ΘΑΝΟΝΤΟΣ/ **(EN)** INFORMATION ON THE DECEASED PERSON/ **(FR)** INFORMATIONS SUR LA PERSONNE DÉCÉDÉE/ **(GA)** FAISNÉIS MAIDIR LEIS AN DUINE ÉAGTHA/ **(HR)** INFORMACIJE O PREMINULOJ OSOBI/ **(IT)** INFORMAZIONI SULLA PERSONA DECEDUTA/ **(LV)** INFORMĀCIJA PAR MIRUŠO PERSONU/ **(LT)** INFORMACIJA APIE MIRUSĮ ASMENĮ/ **(HU)** AZ ELHUNYTRA VONATKOZÓ ADATOK/ **(MT)** INFORMAZZJONI DWAR IL-PERSUNA DEĊEDUTA/ **(NL)** INFORMATIE OVER DE OVERLEDENE/ **(PL)** DANE DOTYCZĄCE OSOBY ZMARŁEJ/ **(PT)** INFORMAÇÕES SOBRE A PESSOA FALECIDA/ **(RO)** INFORMAŢII PRIVIND PERSOANA DECEDATĂ/ **(SK)** INFORMÁCIE O ZOSNULEJ OSOBE/ **(SL)** INFORMACIJE O UMRLEM/ **(FI)** KUOLLEEN HENKILÖN TIEDOT/ **(SV)** INFORMATION OM DEN AVLIDNE |
| 4.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА)/ **(ES)** APELLIDO(S)/ **(CZ)** PŘÍJMENÍ/ **(DA)** EFTERNAVN(E)/ **(DE)** FAMILIENNAME(N)/ **(ET)** PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α)/ **(EN)** SURNAME(S)/ **(FR)** NOM(S)/ **(GA)** SLOINNE (SLOINNTE)/ **(HR)** PREZIME(NA)/ **(IT)** COGNOME(I)/ **(LV)** UZVĀRDS(-I)/ **(LT)** PAVARDĖ (-ĖS)/ **(HU)** CSALÁDI NEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET)/ **(NL)** ACHTERNA(A)M(EN)/ **(PL)** NAZWISKO(-A)/ **(PT)** APELIDO(S)/ **(RO)** NUME- **(SK)** PRIEZVISKO(-Á)/ **(SL)** PRIIMEK/PRIIMKI/ **(FI)** SUKUNIMI (-NIMET)/ **(SV)** EFTERNAMN |
| 4.2 | **(BG)** СОБСТВЕНО(И) ИМЕ(НА)/ **(ES)** NOMBRE(S)/ **(CZ)** JMÉNO (JMÉNA)/ **(DA)** FORNAVN(E)/ **(DE)** VORNAME(N)/ **(ET)** EESNIMI (-NIMED)/ **(EL)** ΟΝΟΜΑ(-ΤΑ)/ **(EN)** FORENAME(S)/ **(FR)** PRÉNOM(S)/ **(GA)** CÉADAINM (CÉADAINMNEACHA)/ **(HR)** IME(NA)/ **(IT)** NOME(I)/ **(LV)** VĀRDS(-I)/ **(LT)** VARDAS (-AI)/ **(HU)** UTÓNEVE(I)/ **(MT)** ISEM(/ISMIJIET)/ **(NL)** VOORNA(A)M(EN)/ **(PL)** IMIĘ (IMIONA)/ **(PT)** NOME(S) PRÓPRIO(S)/ **(RO)** PRENUME/ **(SK)** MENO(-Á)/ **(SL)** IME/IMENA/ **(FI)** ETUNIMI (-NIMET)/ **(SV)** FÖRNAMN |
| 4.3 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА СМЪРТТА/ **(ES)** FECHA (DD/MM/AAAA) DE FALLECIMIENTO/ **(CZ)** DATUM (DD/MM/RRRR) ÚMRTÍ/ **(DA)** DØDSDATO (DD/MM/ÅÅÅÅ)/ **(DE)** STERBEDATUM (TT/MM/JJJJ)/ **(ET)** SURMAKUUPÄEV (PP/KK/AAAA)/ **(EL)** HMEPOMHNIA (HH/MM/EEEE) ΘΑΝΑΤΟΥ/ **(EN)** DATE (DD/MM/YYYY) OF DEATH/ **(FR)** DATE (JJ/MM/AAAA) DU DÉCÈS/ **(GA)** DÁTA (LL/MM/BBBB) AN BHÁIS/ **(HR)** DATUM (DD/MM/GGGG) SMRTI/ **(IT)** DATA DI DECESSO (GG/MM/AAAA)/ **(LV)** MIRŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** MIRTIES DATA (DD/MM/MMMM)/ **(HU)** HALÁLESETÉNEK IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-MEWT/ **(NL)** DATUM (DD/MM/JJJJ) VAN OVERLIJDEN/ **(PL)** DATA (DD/MM/RRRR) ZGONU/ **(PT)** DATA DO ÓBITO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) DECESULUI/ **(SK)** DÁTUM (DD/MM/RRRR) ÚMRTIA/ **(SL)** DATUM (DD/MM/LLLL) SMRTI/ **(FI)** KUOLINAIKA (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR DÖDSFALLET |
| 4.4 | **(BG)** МЯСТО И ДЪРЖАВА НА СМЪРТТА/ **(ES)** LUGAR Y PAÍS DE FALLECIMIENTO/ **(CZ)** MÍSTO A ZEMĚ ÚMRTÍ/ **(DA)** DØDSSTED OG -LAND/ **(DE)** ORT UND LAND DES TODES/ **(ET)** SURMAKOHT JA -RIIK/ **(EL)** ΤΟΠΟΣ ΚΑΙ ΧΩΡΑ ΘΑΝΑΤΟΥ/ **(EN)** PLACE AND COUNTRY OF DEATH/ **(FR)** LIEU ET PAYS DU DÉCÈS/ **(GA)** ÁIT AGUS TÍR AN BHÁIS/ **(HR)** MJESTO I ZEMLJA SMRTI/ **(IT)** LUOGO E PAESE DI DECESSO/ **(LV)** MIRŠANAS VIETA UN VALSTS/ **(LT)** MIRTIES VIETA IR ŠALIS/ **(HU)** HALÁLESETÉNEK HELYE ÉS ORSZÁGA/ **(MT)** POST U PAJJIŻ TAL-MEWT/ **(NL)** PLAATS EN LAND VAN OVERLIJDEN/ **(PL)** MIEJSCE I PAŃSTWO ZGONU/ **(PT)** LOCAL E PAÍS DO ÓBITO/ **(RO)** LOCUL ŞI ŢARA DECESULUI/ **(SK)** MIESTO A ŠTÁT ÚMRTIA/ **(SL)** KRAJ IN DRŽAVA SMRTI/ **(FI)** KUOLINPAIKKA JA -MAA/ **(SV)** ORT OCH LAND DÄR DÖDSFALLET INTRÄFFADE |
| 4.5 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА РАЖДАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE NACIMIENTO/ **(CZ)** DATUM (DD/MM/RRRR) NAROZENÍ/ **(DA)** FØDSELSDATO (DD/MM/ÅÅÅÅ)/ **(DE)** GEBURTSDATUM (TT/MM/JJJJ)/ **(ET)** SÜNNIKUUPÄEV (PP/KK/AAAA)/ **(EL)** HMEPOMHNIA (HH/MM/EEEE) ΓΕΝΝΗΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF BIRTH/ **(FR)** DATE (JJ/MM/AAAA) DE NAISSANCE/ **(GA)** DÁTA (LL/MM/BBBB) BREITHE/ **(HR)** DATUM (DD/MM/GGGG) ROĐENJA/ **(IT)** DATA DI NASCITA (GG/MM/AAAA)/ **(LV)** DZIMŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** GIMIMO DATA (DD/MM/MMMM)/ **(HU)** SZÜLETÉSI IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAT-TWELID/ **(NL)** GEBOORTEDATUM (DD/MM/JJJJ)/ **(PL)** DATA (DD/MM/RRRR) URODZENIA/ **(PT)** DATA DE NASCIMENTO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) NAŞTERII/ **(SK)** DÁTUM (DD/MM/RRRR) NARODENIA/ **(SL)** DATUM (DD/MM/LLLL) ROJSTVA/ **(FI)** SYNTYMÄAIKA (PP/KK/VVVV)/ **(SV)** FÖDELSEDATUM (DD/MM/ÅÅÅÅ) |

L 200/44          EN          Official Journal of the European Union          26.7.2016

| | |
|---|---|
| 4.6 | **(BG)** ПОЛ/ **(ES)** SEXO/ **(CZ)** POHLAVÍ/ **(DA)** KØN/ **(DE)** GESCHLECHT/ **(ET)** SUGU/ **(EL)** ΦΥΛΟ/ **(EN)** SEX/ **(FR)** SEXE/ **(GA)** INSCNE/ **(HR)** SPOL/ **(IT)** SESSO/ **(LV)** DZIMUMS/ **(LT)** LYTIS/ **(HU)** NEME/ **(MT)** SESS/ **(NL)** GESLACHT/ **(PL)** PŁEĆ/ **(PT)** SEXO/ **(RO)** SEXUL/ **(SK)** POHLAVIE/ **(SL)** SPOL/ **(FI)** SUKUPUOLI/ **(SV)** KÖN |
| 4.6.1 | **(BG)** ЖЕНСКИ/ **(ES)** MUJER/ **(CZ)** ŽENA/ **(DA)** KVINDE/ **(DE)** WEIBLICH/ **(ET)** NAISSOOST/ **(EL)** ΘΗΛΥ/ **(EN)** FEMALE/ **(FR)** FÉMININ/ **(GA)** BAINEANN/ **(HR)** ŽENSKI/ **(IT)** FEMMINILE/ **(LV)** SIEVIETE/ **(LT)** MOTERIS/ **(HU)** NŐ/ **(MT)** MARA/ **(NL)** VROUW/ **(PL)** KOBIETA/ **(PT)** FEMININO/ **(RO)** FEMEIESC/ **(SK)** ŽENSKÉ/ **(SL)** ŽENSKI/ **(FI)** NAINEN/ **(SV)** KVINNA |
| 4.6.2 | **(BG)** МЪЖКИ/ **(ES)** VARÓN/ **(CZ)** MUŽ/ **(DA)** MAND/ **(DE)** MÄNNLICH/ **(ET)** MEESSOOST/ **(EL)** APPEN/ **(EN)** MALE/ **(FR)** MASCULIN/ **(GA)** FIREANN/ **(HR)** MUŠKI/ **(IT)** MASCHILE/ **(LV)** VĪRIETIS/ **(LT)** VYRAS/ **(HU)** FÉRFI/ **(MT)** RAĠEL/ **(NL)** MAN/ **(PL)** MĘŻCZYZNA/ **(PT)** MASCULINO/ **(RO)** BĂRBĂTESC/ **(SK)** MUŽSKÉ/ **(SL)** MOŠKI/ **(FI)** MIES/ **(SV)** MAN |
| 4.6.3 | **(BG)** НЕОПРЕДЕЛЕН/ **(ES)** INDETERMINADO/ **(CZ)** NEURČENO/ **(DA)** UBESTEMT/ **(DE)** UNBESTIMMT/ **(ET)** MÄÄRAMATA/ **(EL)** ΔΕΝ ΠΡΟΣΔΙΟΡΙΖΕΤΑΙ/ **(EN)** UNDETERMINED/ **(FR)** INDÉTERMINÉ/ **(GA)** NEAMHCHINNTITHE/ **(HR)** NEODREĐEN/ **(IT)** INDETERMINATO/ **(LV)** NENOTEIKTS/ **(LT)** NENUSTATYTA/ **(HU)** MEGHATÁROZATLAN/ **(MT)** MHUX STABBILIT/ **(NL)** ONBEPAALD/ **(PL)** PŁEĆ NIEOKREŚLONA/ **(PT)** NÃO DEFINIDO/ **(RO)** NEDETERMINAT/ **(SK)** NEURČENÉ/ **(SL)** NEDOLOČEN/ **(FI)** MÄÄRITTELEMÄTÖN/ **(SV)** EJ FASTSTÄLLT |
| 5. | **(BG)** ПОЛЕ ЗА ПОДПИС/ **(ES)** RECUADRO PARA LA FIRMA/ **(CZ)** POLE PRO PODPIS/ **(DA)** UNDERSKRIFTSFELT/ **(DE)** UNTERSCHRIFTENFELD/ **(ET)** ALLKIRJALAHTER/ **(EL)** ΤΕΤΡΑΓΩΝΙΔΙΟ ΥΠΟΓΡΑΦΗΣ/ **(EN)** SIGNATURE BOX/ **(FR)** CADRE POUR LA SIGNATURE/ **(GA)** BOSCA DON SÍNIÚ/ **(HR)** POLJE ZA POTPIS/ **(IT)** RIQUADRO PER LA FIRMA/ **(LV)** PARAKSTA LAUKS/ **(LT)** PARAŠO LAUKELIS/ **(HU)** AZ ALÁÍRÁS SZÖVEGDOBOZA/ **(MT)** KAXXA TAL-IFFIRMAR/ **(NL)** VAK VOOR DE HANDTEKENING/ **(PL)** POLE PODPISU/ **(PT)** ESPAÇO DESTINADO À ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** KOLÓNKA NA PODPIS/ **(SL)** POLJE ZA PODPIS/ **(FI)** ALLEKIRJOITUSKENTTÄ/ **(SV)** RUTA FÖR UNDERTECKNANDE |
| 5.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) И СОБСТВЕНО(И) ИМЕ(НА) НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** APELLIDO(S) Y NOMBRE(S) DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** PŘÍJMENÍ A JMÉNO (JMÉNA) ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** EFTERNAVN(E) OG FORNAVN(E) PÅ DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** FAMILIENNAME(N) UND VORNAME(N) DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU EESNIMI (-NIMED) JA PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΚΑΙ ΟΝΟΜΑ(-ΤΑ) ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** SURNAME(S) AND FORENAME(S) OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** NOM(S) ET PRÉNOM(S) DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** SLOINNE (SLOINNTE) AGUS CÉADAINM (CÉADAINMNEACHA) AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** PREZIME(NA) I IME(NA) SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** COGNOME/I E NOME/I DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, UZVĀRDS(-I) UN VĀRDS(-I)/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAVARDĖ (-ĖS) IR VARDAS (-AI)/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ CSALÁDI NEVE(I) ÉS UTÓNEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET) U ISEM(/ISMIJIET) TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** NA(A)M(EN) EN VOORNA(A)M(EN) VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** NAZWISKO(-A) I IMIĘ (IMIONA) URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** APELIDO(S) E NOME(S) PRÓPRIO(S) DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** NUMELE ŞI PRENUMELE FUNCŢIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** PRIEZVISKO(-Á) A MENO(-Á) ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** PRIIMEK/PRIIMKI IN IME/IMENA URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN SUKUNIMI (-NIMET) JA ETUNIMI (-NIMET)/ **(SV)** EFTERNAMN OCH FÖRNAMN PÅ DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
| 5.2 | **(BG)** ДЛЪЖНОСТ НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** CARGO DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** FUNKCE ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** STILLING — DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** STELLUNG DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU AMETIKOHT/ **(EL)** ΘΕΣΗ ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** POSITION OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** POSTE DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** POST AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** FUNKCIJA SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** POSIZIONE DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, AMATS/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAREIGOS/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ BEOSZTÁSA/ **(MT)** KARIGA TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** FUNCTIE VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** STANOWISKO URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** CARGO DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** POZIŢIA FUNCŢIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** FUNKCIA ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** POLOŽAJ URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN ASEMA/ **(SV)** BEFATTNING FÖR DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |

| | |
|---|---|
| 5.3 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** HMEPOMHNIA (HH/MM/EEEE) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
| 5.4 | **(BG)** ПОДПИС/ **(ES)** FIRMA/ **(CZ)** PODPIS/ **(DA)** UNDERSKRIFT/ **(DE)** UNTERSCHRIFT/ **(ET)** ALLKIRI/ **(EL)** ΥΠΟΓΡΑΦΗ/ **(EN)** SIGNATURE/ **(FR)** SIGNATURE/ **(GA)** SÍNIÚ/ **(HR)** POTPIS/ **(IT)** FIRMA/ **(LV)** PARAKSTS/ **(LT)** PARAŠAS/ **(HU)** ALÁÍRÁS/ **(MT)** FIRMA/ **(NL)** HANDTEKENING/ **(PL)** PODPIS/ **(PT)** ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** PODPIS/ **(SL)** PODPIS/ **(FI)** ALLEKIRJOITUS/ **(SV)** NAMNTECKNING |
| 5.5 | **(BG)** ПЕЧАТ ИЛИ ЩЕМПЕЛ/ **(ES)** SELLO O TIMBRE/ **(CZ)** PEČEŤ NEBO RAZÍTKO/ **(DA)** SEGL ELLER STEMPEL/ **(DE)** SIEGEL ODER STEMPEL/ **(ET)** PITSER VÕI TEMPEL/ **(EL)** ΣΦΡΑΓΙΔΑ/ **(EN)** SEAL OR STAMP/ **(FR)** SCEAU OU TIMBRE/ **(GA)** SÉALA NÓ STAMPA/ **(HR)** ŽIG ILI PEČAT/ **(IT)** BOLLO O TIMBRO/ **(LV)** ZĪMOGS VAI SPIEDOGS/ **(LT)** SPAUDAS ARBA ANTSPAUDAS/ **(HU)** PECSÉT VAGY BÉLYEGZŐLENYOMAT/ **(MT)** SIĠILL JEW TIMBRU/ **(NL)** ZEGEL OF STEMPEL/ **(PL)** PIECZĘĆ LUB STEMPEL/ **(PT)** SELO OU CARIMBO/ **(RO)** SIGILIUL SAU ŞTAMPILA/ **(SK)** PEČAŤ ALEBO ODTLAČOK PEČIATKY/ **(SL)** PEČAT ALI ŽIG/ **(FI)** SINETTI TAI LEIMA/ **(SV)** SIGILL ELLER STÄMPEL |

*ANNEX IV*

| MARRIAGE<br><br>**MULTILINGUAL STANDARD FORM — TRANSLATION AID**<br><br>Article 7 of Regulation (EU) 2016/1191 of the European Parliament and of the Council of 6 July 2016 on promoting the free movement of citizens by simplifying the requirements for presenting certain public documents in the European Union and amending Regulation (EU) No 1024/2012 (¹) | ☐ Belgium (BE) ☐ Bulgaria (BG)<br>☐ Czech Republic (CZ)<br>☐ Denmark (DK) ☐ Germany (DE)<br>☐ Estonia (EE) ☐ Ireland (IE)<br>☐ Greece (EL) ☐ Spain (ES)<br>☐ France (FR) ☐ Croatia (HR)<br>☐ Italy (IT) ☐ Cyprus (CY)<br>☐ Latvia (LV) ☐ Lithuania (LT)<br>☐ Luxembourg (LU)<br>☐ Hungary (HU) ☐ Malta (MT)<br>☐ Netherlands (NL) ☐ Austria (AT)<br>☐ Poland (PL) ☐ Portugal (PT)<br>☐ Romania (RO) ☐ Slovenia (SI)<br>☐ Slovakia (SK) ☐ Finland (FI)<br>☐ Sweden (SE) ☐ United Kingdom (UK) |
| --- | --- |

---

**IMPORTANT NOTICE**

The sole purpose of this multilingual standard form is to facilitate the translation of the public document to which it is attached. This form shall not be circulated as an autonomous document between Member States.

This form reflects the content of the public document to which it is attached. However, the authority to which the public document is presented may require, when necessary for the purpose of processing the public document, a translation or transliteration of the information included in the form.

---

**NOTE FOR THE ISSUING AUTHORITY**

Mention only information which is given in the public document to which this form is attached (²).

If the public document to which this form is attached does not contain certain data or information, indicate '—'.

---

1. AUTHORITY ISSUING THIS FORM
1.1 Designation (³) ................................................................................................................................

---

2. AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED
1.1 Designation (⁴) ................................................................................................................................

---

3. INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED
3.1 ☐ Document emanating from an authority or an official connected with the courts or tribunals of a Member State
    3.1.1 ☐ Court decision
    3.1.2 ☐ Document emanating from a public prosecutor
    3.1.3 ☐ Document emanating from a clerk of a court
    3.1.4 ☐ Document emanating from a judicial officer ('huissier de justice')
    3.1.5 ☐ Other (to be specified) ................................................................................................

---

(¹) OJ L 200, 26.7.2016, p. 1.
(²) If completing by hand, please use capital letters.
(³) The term 'designation' should be interpreted as referring to the official designation of the authority issuing the form.
(⁴) The term 'designation' should be interpreted as referring to the official designation of the authority issuing the public document to which this form is attached.

26.7.2016        EN        Official Journal of the European Union        L 200/47

---

3.2  ☐ Administrative document

    3.2.1  ☐ Certificate

    3.2.2  ☐ Extract from the Civil Status Register

    3.2.3  ☐ Extract from the Population Register

    3.2.4  ☐ Verbatim copy of civil status records

    3.1.5  ☐ Other (to be specified) ....................................................................................

3.3  ☐ Notarial act

3.4  ☐ Official certificate placed on a document signed by a person in his or her private capacity

3.5  ☐ Document drawn up by a diplomatic or consular agent of a Member State in his or her official capacity

3.6  Date (dd/mm/yyyy) of issue ..............................................................................................

3.7  Reference number of the public document ......................................................................

---

4.  MARRIAGE

4.1  Date (dd/mm/yyyy) of the marriage ................................................................................

4.2  Place (¹) and country (²) of marriage ..............................................................................

---

5.  SPOUSE A

5.1  Surname(s) at birth ...........................................................................................................

5.2  Surname(s) before the marriage ......................................................................................

5.3  Surname(s) following the marriage ..................................................................................

5.4  Forename(s) .......................................................................................................................

5.5  Date (dd/mm/yyyy) of birth ..............................................................................................

5.6  Sex: ....................................................................................................................................

    5.6.1  ☐ Female

    5.6.2  ☐ Male

    5.6.3  ☐ Undetermined

---

(¹)  The term 'place of the marriage' refers to the name of the city, town, village, or hamlet and province in which the marriage was celebrated.
(²)  The name of the country and, where it exists, the ISO code of that country or the option 'Other (to be specified)' should be chosen from the drop-down list in the model multilingual standard form available in the European e-Justice Portal.

‎EN   Official Journal of the European Union   26.7.2016

| 6. | SPOUSE B |
|---|---|
| 5.1 | Surname(s) at birth ................................................................................................................... |
| 5.2 | Surname(s) before the marriage ............................................................................................ |
| 5.3 | Surname(s) following the marriage ....................................................................................... |
| 5.4 | Forename(s) ................................................................................................................................. |
| 5.5 | Date (dd/mm/yyyy) of birth ..................................................................................................... |
| 5.6 | Sex: ............................................................................................................................................... |

      5.6.1 ☐ Female

      5.6.2 ☐ Male

      5.6.3 ☐ Undetermined

| 7. | SIGNATURE BOX |
|---|---|
| 7.1 | Surname(s) and forename(s) of the official who issued this form |
| | ....................................................................................................................................................... |
| 7.2 | Position of the official who issued this form ....................................................................... |
| 7.3 | Date (dd/mm/yyyy) of issue ...................................................................................................... |
| 7.4 | Signature ..................................................................................................................................... |
| 7.5 | Seal or stamp ............................................................................................................................. |

26.7.2016          EN          Official Journal of the European Union          L 200/49

**MULTILINGUAL GLOSSARY OF THE STANDARD ENTRY HEADINGS**

**(MARRIAGE)**

| | |
|---|---|
| 1. | **(BG)** ОРГАН, ИЗДАВАЩ НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ TENTO FORMULÁŘ/ **(DA)** DENNE FORMULARS UDSTEDENDE MYNDIGHED/ **(DE)** BEHÖRDE, DIE DIESES FORMULAR AUSSTELLT/ **(ET)** KÄESOLEVA VORMI VÄLJA ANDNUD ASUTUS/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΠΑΡΟΝΤΟΣ ΕΝΤΥΠΟΥ/ **(EN)** AUTHORITY ISSUING THIS FORM/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN FHOIRM SEO/ **(HR)** TIJELO KOJE IZDAJE OVAJ OBRAZAC/ **(IT)** AUTORITÀ CHE RILASCIA IL PRESENTE MODULO/ **(LV)** VEIDLAPAS IZDEVĒJIESTĀDE/ **(LT)** ŠIĄ FORMĄ IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TA' DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN DIT FORMULIER/ **(PL)** ORGAN WYDAJĄCY NINIEJSZY FORMULARZ/ **(PT)** AUTORIDADE QUE EMITE O PRESENTE FORMULÁRIO/ **(RO)** AUTORITATEA EMITENTĂ A PREZENTULUI FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI TENTO FORMULÁR/ **(SL)** ORGAN, KI IZDA TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTAVA VIRANOMAINEN/ **(SV)** MYNDIGHET SOM UTFÄRDAR FORMULÄRET |
| 1.1 | **(BG)** НАИМЕНОВАНИЕ/ **(ES)** DENOMINACIÓN/ **(CZ)** NÁZEV/ **(DA)** BETEGNELSE/ **(DE)** BEZEICHNUNG/ **(ET)** NIMETUS/ **(EL)** ΟΝΟΜΑΣΙΑ/ **(EN)** DESIGNATION/ **(FR)** DÉNOMINATION/ **(GA)**AINMNIÚ/ **(HR)** NAZIV/ **(IT)** DENOMINAZIONE/ **(LV)** NOSAUKUMS/ **(LT)** PAVADINIMAS/ **(HU)** MEGNEVEZÉS/ **(MT)** TITLU/ **(NL)** BENAMING/ **(PL)** NAZWA/ **(PT)** DESIGNAÇÃO/ **(RO)** DENUMIRE/ **(SK)** NÁZOV/ **(SL)** IME/ **(FI)** NIMI/ **(SV)** NAMN |
| 2. | **(BG)** ОРГАН, ИЗДАВАЩ ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ VEŘEJNOU LISTINU, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** DEN MYNDIGHED, DER HAR UDSTEDT DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** BEHÖRDE, DIE DIE ÖFFENTLICHE URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST, AUSSTELLT/ **(ET)** ASUTUS, KES ANDIS VÄLJA AVALIKU DOKUMENDI, MILLELE SEE VORM ON LISATUD/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** TIJELO KOJE IZDAJE JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** AUTORITÀ CHE RILASCIA IL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** PUBLISKĀ DOKUMENTA, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA, IZDEVĒJIESTĀDE/ **(LT)** VIEŠĄJĮ DOKUMENTĄ, PRIE KURIO PRIDEDAMA ŠI FORMA, IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATOT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TAD-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** ORGAN WYDAJĄCY DOKUMENT URZĘDOWY, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** AUTORIDADE QUE EMITE O DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** AUTORITATEA EMITENTĂ A DOCUMENTULUI OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI VEREJNÚ LISTINU, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** ORGAN, KI IZDA JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** VIRANOMAINEN, JOKA ON ANTANUT YLEISEN ASIAKIRJAN, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** MYNDIGHET SOM UTFÄRDAR DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |
| 3. | **(BG)** ИНФОРМАЦИЯ ОТНОСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** INFORMACIÓN RELATIVA AL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** INFORMACE TÝKAJÍCÍ SE VEŘEJNÉ LISTINY, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** OPLYSNINGER VEDRØRENDE DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** ANGABEN ZUR ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST/ **(ET)** TEAVE AVALIKU DOKUMENDI KOHTA, MILLELE SEE VORM ON LISATUD/ **(EL)** ΠΛΗΡΟΦΟΡΙΕΣ ΣΧΕΤΙΚΑ ΜΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** INFORMATIONS RELATIVES AU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** FAISNÉIS A BHAINEANN LEIS AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** INFORMACIJE KOJE SE ODNOSE NA JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** INFORMAZIONI RELATIVE AL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** INFORMĀCIJA PAR PUBLISKO DOKUMENTU, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA/ **(LT)** INFORMACIJA, SUSIJUSI SU VIEŠUOJU DOKUMENTU, PRIE KURIO PRIDEDAMA ŠI FORMA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATRA VONATKOZÓ INFORMÁCIÓK/ **(MT)** INFORMAZZJONI DWAR ID-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** INFORMATIE BETREFFENDE HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** INFORMACJE DOTYCZĄCE DOKUMENTU URZĘDOWEGO, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** INFORMAÇÕES RELATIVAS AO DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** INFORMAȚII REFERITOARE LA DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** INFORMÁCIE O VEREJNEJ LISTINE, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** INFORMACIJE V ZVEZI Z JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** TIEDOT YLEISESTÄ ASIAKIRJASTA, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** INFORMATION OM DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |

| 3.1 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ОРГАН ИЛИ ДЛЪЖНОСТНО ЛИЦЕ, СВЪРЗАН/О СЪС СЪДИЛИЩАТА ИЛИ ПРАВОРАЗДАВАТЕЛНИТЕ ОРГАНИ НА ДЪРЖАВА ЧЛЕНКА/ **(ES)** DOCUMENTO EXPEDIDO POR UNA AUTORIDAD O UN FUNCIONARIO VINCULADO A LOS ÓRGANOS JURISDICCIONALES DE UN ESTADO MIEMBRO/ **(CZ)** LISTINA VYDANÁ ORGÁNEM NEBO ÚŘEDNÍKEM S VAZBOU NA SOUDY DANÉHO ČLENSKÉHO STÁTU/ **(DA)** DOKUMENT, DER ER UDSTEDT AF EN MYNDIGHED ELLER EN EMBEDSMAND, DER ER TILKNYTTET DOMSTOLE I EN MEDLEMSSTAT/ **(DE)** URKUNDE EINER BEHÖRDE ODER EINER AMTSPERSON ALS ORGAN DER RECHTSPFLEGE EINES MITGLIEDSTAATS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD LIIKMESRIIGI KOHTUTEGA SEOTUD AMETIASUTUS VÕI AMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΜΙΑ ΑΡΧΗ Ή ΕΝΑΝ/ΜΙΑ ΥΠΑΛΛΗΛΟ ΠΟΥ ΣΥΝΔΕΕΤΑΙ ΜΕ ΤΑ ΔΙΚΑΣΤΗΡΙΑ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ/ **(EN)** DOCUMENT EMANATING FROM AN AUTHORITY OR AN OFFICIAL CONNECTED WITH THE COURTS OR TRIBUNALS OF A MEMBER STATE/ **(FR)** DOCUMENT ÉMANANT D'UNE AUTORITÉ OU D'UN FONCTIONNAIRE RELEVANT D'UNE JURIDICTION D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD A THAGANN Ó ÚDARÁS NÓ Ó OIFIGEACH A BHFUIL BAINT AIGE NÓ AICI LE CÚIRTEANNA NÓ LE BINSÍ DE CHUID BALLSTÁIT/ **(HR)** ISPRAVA KOJU JE IZDALO TIJELO ILI SLUŽBENIK SUDA DRŽAVE ČLANICE/ **(IT)** DOCUMENTO EMANATO DA UN'AUTORITÀ O DA UN FUNZIONARIO APPARTENENTE AD UNA DELLE GIURISDIZIONI DI UNO STATO MEMBRO/ **(LV)** DOKUMENTS, KURU IZSNIEGUSI AR DALĪBVALSTS TIESĀM SAISTĪTA IESTĀDE VAI AMATPERSONA/ **(LT)** DOKUMENTAS, IŠDUOTAS VALDŽIOS INSTITUCIJOS AR PAREIGŪNO, SUSIJUSIŲ SU VALSTYBĖS NARĖS TEISMAIS AR TRIBUNOLAIS/ **(HU)** TAGÁLLAMI BÍRÓSÁGGAL KAPCSOLATBAN ÁLLÓ HATÓSÁG VAGY TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN AWTORITÀ JEW UFFIĊJAL LI JKOLLHOM RABTA MAL-QRATI JEW IT-TRIBUNALI TA' STAT MEMBRU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN AUTORITEIT OF AMBTENAAR BEHORENDE TOT EEN RECHTERLIJKE INSTANTIE VAN EEN LIDSTAAT/ **(PL)** DOKUMENT POCHODZĄCY OD ORGANU SĄDOWEGO LUB URZĘDNIKA SĄDOWEGO PAŃSTWA CZŁONKOWSKIEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UMA AUTORIDADE OU DE UM FUNCIONÁRIO DEPENDENTE DE QUALQUER JURISDIÇÃO DE UM ESTADO-MEMBRO/ **(RO)** DOCUMENT EMIS DE O AUTORITATE SAU DE UN FUNCŢIONAR DE PE LÂNGĂ INSTANŢELE UNUI STAT MEMBRU/ **(SK)** LISTINA VYDANÁ ORGÁNOM ALEBO ÚRADNÍKOM S VÄZBOU NA SÚDY ČLENSKÉHO ŠTÁTU/ **(SL)** LISTINA, IZDANA S STRANI ORGANA ALI URADNIKA SODNE OBLASTI DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA ON ANTANUT JÄSENVALTION OIKEUSLAITOKSEEN KUULUVA VIRANOMAINEN TAI VIRKAMIES/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN MYNDIGHET ELLER EN TJÄNSTEMAN TILLHÖRANDE DOMSTOLSVÄSENDET I EN MEDLEMSSTAT |
|---|---|
| 3.1.1 | **(BG)** СЪДЕБНО РЕШЕНИЕ/ **(ES)** RESOLUCIÓN JUDICIAL/ **(CZ)** ROZHODNUTÍ SOUDU/ **(DA)** DOMSTOLSAFGØRELSE/ **(DE)** GERICHTSENTSCHEIDUNG/ **(ET)** KOHTUOTSUS/ **(EL)** ΔΙΚΑΣΤΙΚΗ ΑΠΟΦΑΣΗ/ **(EN)** COURT DECISION/ **(FR)** DÉCISION DE JUSTICE/ **(GA)** CINNEADH ÓN gCÚIRT/ **(HR)** SUDSKA ODLUKA/ **(IT)** DECISIONE GIURISDIZIONALE/ **(LV)** TIESAS LĒMUMS/ **(LT)** TEISMO SPRENDIMAS/ **(HU)** BÍRÓSÁGI HATÁROZAT/ **(MT)** DEĊIŻJONI TAL-QORTI/ **(NL)** RECHTERLIJKE BESLISSING/ **(PL)** ORZECZENIE SĄDOWE/ **(PT)** DECISÃO JUDICIAL/ **(RO)** HOTĂRÂRE JUDECĂTOREASCĂ/ **(SK)** SÚDNE ROZHODNUTIE/ **(SL)** SODNA ODLOČBA/ **(FI)** TUOMIOISTUIMEN PÄÄTÖS/ **(SV)** DOMSTOLSBESLUT |
| 3.1.2 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ПРОКУРОР/ **(ES)** DOCUMENTO EXPEDIDO POR EL MINISTERIO FISCAL/ **(CZ)** LISTINA VYDANÁ STÁTNÍM ZÁSTUPCEM/ **(DA)** DOKUMENT UDSTEDT AF EN ANKLAGEMYNDIGHED/ **(DE)** URKUNDE EINER STAATSANWALTSCHAFT/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD RIIKLIK SÜÜDISTAJA/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΕΙΣΑΓΓΕΛΕΑ/ **(EN)** DOCUMENT EMANATING FROM A PUBLIC PROSECUTOR/ **(FR)** DOCUMENT ÉMANANT DU MINISTÈRE PUBLIC/ **(GA)** DOICIMÉAD A THAGANN Ó IONCHÚISITHEOIR POIBLÍ/ **(HR)** ISPRAVA KOJU JE IZDALO DRŽAVNO ODVJETNIŠTVO/ **(IT)** DOCUMENTO EMANATO DAL PUBBLICO MINISTERO/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS PROKURORS/ **(LT)** PROKURORO IŠDUOTAS DOKUMENTAS/ **(HU)** ÜGYÉSZ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN PROSEKUTUR PUBBLIKU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN OPENBAAR MINISTERIE/ **(PL)** DOKUMENT POCHODZĄCY OD PROKURATORA/ **(PT)** DOCUMENTO PROVENIENTE DO MINISTÉRIO PÚBLICO/ **(RO)** DOCUMENT EMIS DE UN PROCUROR/ **(SK)** LISTINA VYDANÁ PROKURÁTOROM/ **(SL)** LISTINA, KI JO IZDA DRŽAVNO TOŽILSTVO/ **(FI)** VIRALLISEN SYYTTÄJÄN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN ÅKLAGARVÄSENDET |
| 3.1.3 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН СЛУЖИТЕЛ/ **(ES)** DOCUMENTO EXPEDIDO POR UN SECRETARIO JUDICIAL/ **(CZ)** LISTINA VYDANÁ VYŠŠÍM SOUDNÍM ÚŘEDNÍKEM/ **(DA)** DOKUMENT UDSTEDT AF EN JUSTITSSEKRETÆR/ **(DE)** URKUNDE EINES URKUNDSBEAMTEN DER GESCHÄFTSSTELLE EINES GERICHTS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUAMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΓΡΑΜΜΑΤΕΑ ΔΙΚΑΣΤΗΡΙΟΥ/ **(EN)** DOCUMENT EMANATING FROM A CLERK OF A COURT/ **(FR)** DOCUMENT ÉMANANT D'UN GREFFIER/ **(GA)** DOICIMÉAD A THAGANN Ó CHLÉIREACH DE CHUID CÚIRTE/ **(HR)** ISPRAVA KOJU JE IZDAO UPRAVITELJ SUDSKE PISARNICE/ **(IT)** DOCUMENTO EMANATO DA UN CANCELLIERE/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS SEKRETĀRS/ **(LT)** TEISMO TARNAUTOJO IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN REĠISTRATUR TA' QORTI/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GRIFFIER/ **(PL)** DOKUMENT POCHODZĄCY OD SEKRETARZA SĄDOWEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UM OFICIAL DE JUSTIÇA/ **(RO)** DOCUMENT EMIS DE UN GREFIER AL INSTANŢEI/ **(SK)** LISTINA VYDANÁ SÚDNYM ÚRADNÍKOM/ **(SL)** LISTINA, KI JO IZDA SODNI USLUŽBENEC/ **(FI)** TUOMIOISTUIMEN SIHTEERIN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN DOMSTOLSTJÄNSTEMAN |

| 3.1.4 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН ИЗПЪЛНИТЕЛ („HUISSIER DE JUSTICE")/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE JUDICIAL («HUISSIER DE JUSTICE»)/ **(CZ)** LISTINA VYDANÁ SOUDNÍM VYKONAVATELEM („HUISSIER DE JUSTICE")/ **(DA)** DOKUMENT UDSTEDT AF EN STÆVNINGSMAND (»HUISSIER DE JUSTICE«)/ **(DE)** URKUNDE EINES GERICHTSVOLLZIEHERS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUTÄITUR/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΔΙΚΑΣΤΙΚΟ(-Η) ΕΠΙΜΕΛΗΤΗ(-ΡΙΑ) («HUISSIER DE JUSTICE»)/ **(EN)** DOCUMENT EMANATING FROM A JUDICIAL OFFICER ('HUISSIER DE JUSTICE')/ **(FR)** DOCUMENT ÉMANANT D'UN HUISSIER DE JUSTICE/ **(GA)** DOICIMÉAD A THAGANN Ó OIFIGEACH BREITHIÚNACH ("HUISSIER DE JUSTICE")/ **(HR)** ISPRAVA KOJU JE IZDAO SUDSKI OVRŠITELJ (*HUISSIER DE JUSTICE*)/ **(IT)** DOCUMENTO EMANATO DA UN UFFICIALE GIUDIZIARIO ("HUISSIER DE JUSTICE")/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS IZPILDĪTĀJS (*HUISSIER DE JUSTICE*)/ **(LT)** ANTSTOLIO (HUISSIER DE JUSTICE) IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI VÉGREHAJTÓ („HUISSIER DE JUSTICE") ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN UFFIĊJAL ĠUDIZZJARJU ('HUISSIER DE JUSTICE')/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GERECHTSDEURWAARDER/ **(PL)** DOKUMENT POCHODZĄCY OD URZĘDNIKA SĄDOWEGO (*HUISSIER DE JUSTICE*)/ **(PT)** DOCUMENTO PROVENIENTE DE UM ESCRIVÃO DE DIREITO («HUISSIER DE JUSTICE»)/ **(RO)** DOCUMENT EMIS DE UN EXECUTOR JUDECĂTORESC („HUISSIER DE JUSTICE")/ **(SK)** LISTINA VYDANÁ SÚDNYM VYKONÁVATEĽOM („HUISSIER DE JUSTICE")/ **(SL)** LISTINA, KI JO IZDA SODNI IZVRŠITELJ („HUISSIER DE JUSTICE")/ **(FI)** HAASTEMIEHEN ('HUISSIER DE JUSTICE") ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN STÄMNINGSMAN (*HUISSIER DE JUSTICE*) |
| 3.1.5 | **(BG)** ДРУГИ (ДА СЕ ПОСОЧАТ)/ **(ES)** OTRO (ESPECIFÍQUESE)/ **(CZ)** JINÉ (UPŘESNĚTE)/ **(DA)** ANDRE (ANGIVES)/ **(DE)** SONSTIGES (BITTE ANGEBEN)/ **(ET)** MUU (TÄPSUSTAGE)/ **(EL)** ΑΛΛΟ (ΔΙΕΥΚΡΙΝΙΣΤΕ)/ **(EN)** OTHER (TO BE SPECIFIED)/ **(FR)** AUTRE (À PRÉCISER)/ **(GA)** EILE (LE SONRÚ)/ **(HR)** OSTALO (NAVESTI)/ **(IT)** ALTRO (PRECISARE)/ **(LV)** CITS (PRECIZĒT)/ **(LT)** KITA (NURODYTI)/ **(HU)** EGYÉB (KÉRJÜK PONTOSÍTANI)/ **(MT)** OĦRAJN (IPPREĊIŻA)/ **(NL)** OVERIGE (SPECIFICEREN)/ **(PL)** INNY (PROSZĘ OKREŚLIĆ)/ **(PT)** OUTROS (A ESPECIFICAR)/ **(RO)** ALTUL (A SE PRECIZA)/ **(SK)** INÉ (SPRESNIŤ)/ **(SL)** DRUGO (NAVESTI)/ **(FI)** MUU ASIAKIRJA (TÄSMENNETTÄVÄ)/ **(SV)** ANNAN HANDLING (SPECIFICERAS) |
| 3.2 | **(BG)** АДМИНИСТРАТИВЕН ДОКУМЕНТ/ **(ES)** DOCUMENTO ADMINISTRATIVO/ **(CZ)** LISTINA VYDANÁ SPRÁVNÍM ÚŘADEM/ **(DA)** ADMINISTRATIVT DOKUMENT/ **(DE)** URKUNDE EINER VERWALTUNGSBEHÖRDE/ **(ET)** HALDUSDOKUMENT/ **(EL)** ΔΙΟΙΚΗΤΙΚΟ ΕΓΓΡΑΦΟ/ **(EN)** ADMINISTRATIVE DOCUMENT/ **(FR)** DOCUMENT ADMINISTRATIF/ **(GA)** DOICIMÉAD RIARACHÁIN/ **(HR)** UPRAVNA ISPRAVA/ **(IT)** DOCUMENTO AMMINISTRATIVO/ **(LV)** ADMINISTRATĪVS DOKUMENTS/ **(LT)** ADMINISTRACINIS DOKUMENTAS/ **(HU)** KÖZIGAZGATÁSI OKIRAT/ **(MT)** DOKUMENT AMMINISTRATTIV/ **(NL)** ADMINISTRATIEF DOCUMENT/ **(PL)** DOKUMENT ADMINISTRACYJNY/ **(PT)** DOCUMENTO ADMINISTRATIVO/ **(RO)** DOCUMENT ADMINISTRATIV/ **(SK)** SPRÁVNA LISTINA/ **(SL)** UPRAVNA LISTINA/ **(FI)** HALLINNOLLINEN ASIAKIRJA/ **(SV)** ADMINISTRATIV HANDLING |
| 3.2.1 | **(BG)** УДОСТОВЕРЕНИЕ/ **(ES)** CERTIFICADO/ **(CZ)** OSVĚDČENÍ/ **(DA)** PÅTEGNING/ **(DE)** BESCHEINIGUNG/ **(ET)** TÕEND/ **(EL)** ΠΙΣΤΟΠΟΙΗΤΙΚΟ/ **(EN)** CERTIFICATE/ **(FR)** CERTIFICAT/ **(GA)** DEIMHNIÚ/ **(HR)** POTVRDA/ **(IT)** CERTIFICATO/ **(LV)** APLIECINĀJUMS/ **(LT)** PAŽYMA, LIUDIJIMAS/ **(HU)** TANÚSÍTVÁNY/BIZONYÍTVÁNY/ **(MT)** ĊERTIFIKAT/ **(NL)** CERTIFICAAT/ **(PL)** ZAŚWIADCZENIE/ **(PT)** CERTIDÃO OU CERTIFICADO/ **(RO)** CERTIFICAT/ **(SK)** OSVEDČENIE/ **(SL)** POTRDILO/ **(FI)** TODISTUS/ **(SV)** INTYG |
| 3.2.2 | **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА ЗА ГРАЖДАНСКОТО СЪСТОЯНИЕ/ **(ES)** EXTRACTO DEL REGISTRO CIVIL/ **(CZ)** VÝPIS Z MATRIKY/ **(DA)** UDDRAG FRA CIVILSTANDSREGISTRET/ **(DE)** AUSZUG AUS DEM PERSONENSTANDSREGISTER/ **(ET)** PEREKONNASEISUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΛΗΞΙΑΡΧΙΚΟΥ ΜΗΤΡΩΟΥ/ **(EN)** EXTRACT FROM THE CIVIL STATUS REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE L'ÉTAT CIVIL/ **(GA)** SLIOCHT AS AN gCLÁR STÁDAIS SHIBHIALTA/ **(HR)** IZVADAK IZ REGISTRA OSOBNOG STANJA/ **(IT)** ESTRATTO DI ATTO DI STATO CIVILE/ **(LV)** IZRAKSTS NO CIVILSTĀVOKĻA AKTU REĢISTRA/ **(LT)** IŠRAŠAS IŠ CIVILINĖS BŪKLĖS AKTŲ REGISTRO/ **(HU)** ANYAKÖNYVI KIVONAT/ **(MT)** ESTRATT MIR-REĠISTRU TAL-ISTAT ĊIVILI/ **(NL)** UITTREKSEL UIT HET REGISTER VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS SKRÓCONY AKTU STANU CYWILNEGO/ **(PT)** EXTRATO DE ATOS DO REGISTO CIVIL/ **(RO)** EXTRAS DIN REGISTRUL DE STARE CIVILĂ/ **(SK)** VÝPIS Z REGISTRA OSOBNÉHO STAVU/ **(SL)** IZPISEK IZ REGISTRA O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERIOTE (SIVIILISÄÄTY)/ **(SV)** UTDRAG UR FOLKBOKFÖRINGEN |
| 3.2.3 | **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА НА НАСЕЛЕНИЕТО/ **(ES)** EXTRACTO DEL CENSO/ **(CZ)** VÝPIS Z REGISTRU OBYVATEL/ **(DA)** UDDRAG FRA FOLKEREGISTRET/ **(DE)** AUSZUG AUS DEM MELDEREGISTER/ **(ET)** RAHVASTIKUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΔΗΜΟΤΟΛΟΓΙΟΥ/ **(EN)** EXTRACT FROM THE POPULATION REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE LA POPULATION/ **(GA)** SLIOCHT AS AN gCLÁR DAONRA/ **(HR)** IZVADAK IZ POPISA STANOVNIŠTVA/ **(IT)** ESTRATTO ANAGRAFICO/ **(LV)** IZRAKSTS NO IEDZĪVOTĀJU REĢISTRA/ **(LT)** IŠRAŠAS IŠ GYVENTOJŲ REGISTRO/ **(HU)** KIVONAT A SZEMÉLYIADAT- ÉS LAKCÍMNYILVÁNTARTÁSBÓL/ **(MT)** ESTRATT MIR-REĠISTRU TAL-POPOLAZZJONI/ **(NL)** UITTREKSEL UIT HET BEVOLKINGSREGISTER/ **(PL)** WYCIĄG Z REJESTRU LUDNOŚCI/ **(PT)** EXTRATO DO REGISTO DA POPULAÇÃO/ **(RO)** EXTRAS DIN REGISTRUL DE EVIDENȚĂ A POPULAȚIEI/ **(SK)** VÝPIS Z REGISTRA OBYVATEĽOV/ **(SL)** IZPISEK IZ REGISTRA PREBIVALSTVA/ **(FI)** VÄESTÖREKISTERIOTE/ **(SV)** UTDRAG UR BEFOLKNINGSREGISTER |

L 200/52    EN    Official Journal of the European Union    26.7.2016

| 3.2.4 | **(BG)** ПЪЛЕН ПРЕПИС ОТ АКТОВЕ ЗА ГРАЖДАНСКО СЪСТОЯНИЕ/ **(ES)** COPIA LITERAL DE ACTAS DEL REGISTRO CIVIL/ **(CZ)** OPIS MATRIČNÍCH ZÁZNAMŮ/ **(DA)** ORDRET KOPI AF CIVILSTANDSREGISTRE/ **(DE)** WÖRTLICHE KOPIE VON PERSONENSTANDSEINTRÄGEN/ **(ET)** PEREKONNASEISUAKTI KOOPIA/ **(EL)** ΠΙΣΤΟ ΑΝΤΙΓΡΑΦΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟΥ ΠΡΟΣΩΠΙΚΗΣ ΚΑΤΑΣΤΑΣΗΣ/ **(EN)** VERBATIM COPY OF CIVIL STATUS RECORDS/ **(FR)** COPIE INTÉGRALE D'ACTES DE L'ÉTAT CIVIL/ **(GA)** CÓIP FOCAL AR FHOCAL DE THAIFID AR STÁDAS SIBHIALTA/ **(HR)** DOSLOVNI PRIJEPIS IZ EVIDENCIJA O OSOBNOM STANJU/ **(IT)** COPIA LETTERALE DI ATTO DI STATO CIVILE/ **(LV)** CIVILSTĀVOKĻA AKTU REGISTRA IERAKSTU AUTENTISKA KOPIJA/ **(LT)** CIVILINĖS BŪKLĖS AKTŲ ĮRAŠŲ PAŽODINĖ KOPIJA/ **(HU)** ANYAKÖNYVI BEJEGYZÉS SZÓ SZERINTI MÁSOLATA/ **(MT)** KOPJA VERBATIM TAL-ATTI TAL-ISTAT ĊIVILI/ **(NL)** EENSLUIDEND AFSCHRIFT VAN AKTEN VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS ZUPEŁNY AKTU STANU CYWILNEGO/ **(PT)** CERTIDÃO DE CÓPIA INTEGRAL OU DE NARRATIVA DE ATOS DE REGISTO CIVIL/ **(RO)** COPIE EXACTĂ A UNUI ACT DE STARE CIVILĂ/ **(SK)** DOSLOVNÝ VÝPIS ZO ZÁPISOV O OSOBNOM STAVE/ **(SL)** DOBESEDI PREPIS LISTIN O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERITIETOJEN SANATARKKA JÄLJENNÖS/ **(SV)** ORDAGRANN AVSKRIFT AV FOLKBOKFÖRINGSHANDLING |
|---|---|
| 3.3 | **(BG)** НОТАРИАЛЕН АКТ/ **(ES)** ACTA NOTARIAL/ **(CZ)** NOTÁŘSKÁ LISTINA/ **(DA)** NOTARBEKRÆFTET DOKUMENT/ **(DE)** NOTARIELLE URKUNDE/ **(ET)** NOTARIAALDOKUMENT/ **(EL)** ΣΥΜΒΟΛΑΙΟΓΡΑΦΙΚΗ ΠΡΑΞΗ/ **(EN)** NOTARIAL ACT/ **(FR)** ACTE NOTARIÉ/ **(GA)** GNÍOMH NÓTAIREACHTA/ **(HR)** JAVNOBILJEŽNIČKA ISPRAVA/ **(IT)** ATTO NOTARILE/ **(LV)** NOTARIĀLS AKTS/ **(LT)** NOTARINIS AKTAS/ **(HU)** KÖZJEGYZŐI OKIRAT/ **(MT)** ATT NOTARILI/ **(NL)** NOTARIËLE AKTE/ **(PL)** AKT NOTARIALNY/ **(PT)** ATO NOTARIAL/ **(RO)** ACT NOTARIAL/ **(SK)** NOTÁRSKA LISTINA/ **(SL)** NOTARSKA LISTINA/ **(FI)** NOTAARIN ANTAMA ASIAKIRJA/ **(SV)** NOTARIELL HANDLING |
| 3.4 | **(BG)** ОФИЦИАЛНО УДОСТОВЕРЕНИЕ, ПРИЛОЖЕНО КЪМ ДОКУМЕНТ, ПОДПИСАН ОТ ЛИЦЕ В ЛИЧНО КАЧЕСТВО/ **(ES)** CERTIFICACIÓN OFICIAL PUESTA SOBRE UN DOCUMENTO PRIVADO/ **(CZ)** ÚŘEDNÍ OSVĚDČENÍ, KTERÝM BYLA OPATŘENA LISTINA PODEPSANÁ SOUKROMOU OSOBOU/ **(DA)** OFFICIEL PÅTEGNING PÅ ET DOKUMENT UNDERTEGNET AF EN PERSON I DENNES EGENSKAB AF PRIVATPERSON/ **(DE)** AMTLICHE BESCHEINIGUNG AUF EINER PRIVATURKUNDE/ **(ET)** ISIKU POOLT ERAISIKUNA ALLKIRJASTATUD DOKUMENDILE KINNITATAV AMETLIK TÕEND/ **(EL)** ΕΠΙΣΗΜΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟ ΕΝΣΩΜΑΤΩΜΕΝΟ ΣΕ ΕΓΓΡΑΦΟ ΥΠΟΓΕΓΡΑΜΜΕΝΟ ΑΠΟ ΑΤΟΜΟ ΠΟΥ ΕΝΕΡΓΕΙ ΩΣ ΙΔΙΩΤΗΣ/ **(EN)** OFFICIAL CERTIFICATE PLACED ON A DOCUMENT SIGNED BY A PERSON IN HIS OR HER PRIVATE CAPACITY/ **(FR)** DÉCLARATION OFFICIELLE APPOSÉE SUR UN ACTE SOUS SEING PRIVÉ/ **(GA)** DEIMHNIÚ OIFIGIÚIL A CHUIRTEAR AR DHOICIMÉAD ARNA SHÍNIÚ AG DUINE INA CHÁIL NÓ INA CÁIL PHRÍOBHÁIDEACH/ **(HR)** SLUŽBENA POTVRDA STAVLJENA NA ISPRAVU KOJU JE OSOBA POTPISALA U PRIVATNOM SVOJSTVU/ **(IT)** DICHIARAZIONE UFFICIALE APPOSTA SU UNA SCRITTURA PRIVATA/ **(LV)** OFICIĀLS APLIECINĀJUMS UZ DOKUMENTA, KO SAVĀ VĀRDĀ PARAKSTĪJUSI KĀDA PERSONA/ **(LT)** PRIVAČIŲ ASMENŲ PASIRAŠYTŲ DOKUMENTŲ OFICIALŪS PATVIRTINIMAI/ **(HU)** MAGÁNOKIRATON ELHELYEZETT HIVATALOS TANÚSÍTVÁNY/ **(MT)** ĊERTIFIKAT UFFIĊJALI LI JITQIEGĦED F'DOKUMENT IFFIRMAT MINN PERSUNA FIL-KAPAĊITÀ PRIVATA TAGĦHA/ **(NL)** OFFICIEEL CERTIFICAAT OP EEN DOCUMENT ONDERTEKEND DOOR EEN PERSOON IN ZIJN PARTICULIERE HOEDANIGHEID/ **(PL)** URZĘDOWE ZAŚWIADCZENIE UMIESZCZONE NA DOKUMENCIE PODPISANYM PRZEZ OSOBĘ DZIAŁAJĄCĄ W CHARAKTERZE PRYWATNYM/ **(PT)** DECLARAÇÃO OFICIAL INSERTA NUM ATO DE NATUREZA PRIVADA/ **(RO)** CERTIFICAT OFICIAL APLICAT PE UN DOCUMENT SUB SEMNĂTURĂ PRIVATĂ/ **(SK)** ÚRADNÉ OSVEDČENIE UVEDENÉ NA LISTINE PODPÍSANEJ OSOBOU KONAJÚCOU AKO SÚKROMNÁ OSOBA/ **(SL)** URADNA IZJAVA NA ZASEBNI LISTINI/ **(FI)** VIRALLINEN TODISTUS ASIAKIRJASSA, JONKA HENKILÖ ON ALLEKIRJOITTANUT YKSITYISHENKILÖNÄ/ **(SV)** OFFICIELLT INTYG ANBRINGAT PÅ EN HANDLING SOM UNDERTECKNATS AV EN PRIVATPERSON |
| 3.5 | **(BG)** ДОКУМЕНТ, ИЗГОТВЕН ОТ ДИПЛОМАТИЧЕСКИ ИЛИ КОНСУЛСКИ СЛУЖИТЕЛ НА ДЪРЖАВА ЧЛЕНКА В СЛУЖЕБНО КАЧЕСТВО/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE DIPLOMÁTICO O CONSULAR DE UN ESTADO MIEMBRO CON CARÁCTER OFICIAL/ **(CZ)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCEM NEBO KONZULÁRNÍM ÚŘEDNÍKEM ČLENSKÉHO STÁTU V RÁMCI VÝKONU JEHO SLUŽEBNÍCH POVINNOSTÍ/ **(DA)** DOKUMENT OFFICIELT UDFÆRDIGET AF EN MEDLEMSSTATS DIPLOMATISKE ELLER KONSULÆRE REPRÆSENTANT/ **(DE)** VON EINEM DIPLOMATISCHEN ODER KONSULARISCHEN VERTRETER EINES MITGLIEDSTAATS IN SEINER AMTLICHEN FUNKTION ERRICHTETE URKUNDE/ **(ET)** LIIKMESRIIGI DIPLOMAATILISE VÕI KONSULAARAMETNIKU POOLT AMETIKOHUSTUSTE TÄITMISEL KOOSTATUD DOKUMENT/ **(EL)** ΕΓΓΡΑΦΟ ΣΥΝΤΑΓΜΕΝΟ ΑΠΟ ΔΙΠΛΩΜΑΤΙΚΟ(-Η) Ή ΠΡΟΞΕΝΙΚΟ(-Η) ΥΠΑΛΛΗΛΟ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΥΠΟ ΤΗΝ ΕΠΙΣΗΜΗ ΙΔΙΟΤΗΤΑ ΤΟΥ/ΤΗΣ/ **(EN)** DOCUMENT DRAWN UP BY A DIPLOMATIC OR CONSULAR AGENT OF A MEMBER STATE IN HIS OR HER OFFICIAL CAPACITY/ **(FR)** DOCUMENT ÉTABLI EN SA QUALITÉ OFFICIELLE PAR UN AGENT DIPLOMATIQUE OU CONSULAIRE D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD ARNA THARRAINGT SUAS AG GNÍOMHAIRE TAIDHLEOIREACHTA NÓ CONSALACH DE CHUID BALLSTÁIT INA CHÁIL NÓ INA CÁIL OIFIGIÚIL/ **(HR)** ISPRAVA KOJU JE U SLUŽBENOM SVOJSTVU SASTAVIO DIPLOMATSKI ILI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(IT)** DOCUMENTO REDATTO DA AGENTI DIPLOMATICI O CONSOLARI DI UNO STATO MEMBRO NELL'ESERCIZIO DELLE LORO FUNZIONI/ **(LV)** DOKUMENTS, KURU PILDOT AMATA PIENĀKUMUS, SAGATAVOJIS DALĪBVALSTS DIPLOMĀTISKAIS VAI KONSULĀRAIS PĀRSTĀVIS/ **(LT)** DOKUMENTAS, PARENGTAS VALSTYBĖS NARĖS DIPLOMATO AR KONSULINIO PAREIGŪNO, VEIKIANČIO PAGAL OFICIALIUS ĮGALIOJIMUS/ **(HU)** VALAMELY TAGÁLLAM DIPLOMÁCIAI VAGY KONZULI KÉPVISELŐJE ÁLTAL HIVATALOS MINŐSÉGÉBEN KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT IMĦEJJI MINN AĠENT DIPLOMATIKU JEW KONSULARI TA' STAT MEMBRU FIL-KAPAĊITÀ UFFIĊJALI TIEGĦU/ **(NL)** DOCUMENT OPGESTELD DOOR DE DIPLOMATIEKE OF CONSULAIRE AMBTENAAR VAN EEN LIDSTAAT IN ZIJN OFFICIËLE HOEDANIGHEID/ **(PL)** DOKUMENT SPORZĄDZONY PRZEZ PRZEDSTAWICIELA DYPLOMATYCZNEGO LUB URZĘDNIKA KONSULARNEGO PAŃSTWA CZŁONKOWSKIEGO DZIAŁAJĄCYCH W CHARAKTERZE URZĘDOWYM/ **(PT)** DOCUMENTO LAVRADO POR UM AGENTE DIPLOMÁTICO OU CONSULAR DE UM ESTADO-MEMBRO NO EXERCÍCIO DAS SUAS FUNÇÕES OFICIAIS/ **(RO)** DOCUMENT ÎNTOCMIT DE CĂTRE UN AGENT DIPLOMATIC SAU CONSULAR AL UNUI STAT MEMBRU, ÎN CALITATE OFICIALĂ/ **(SK)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCOM ALEBO KONZULÁRNYM ÚRADNÍKOM ČLENSKÉHO ŠTÁTU V RÁMCI VÝKONU JEHO FUNKCIE/ **(SL)** LISTINA, KI JO KOT URADNA OSEBA IZDA DIPLOMATSKI ALI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA JÄSENVALTION DIPLOMAATTINEN EDUSTAJA TAI KONSULIEDUSTAJA ON LAATINUT VIRANTOIMITUKSESSA/ **(SV)** HANDLING UPPRÄTTAD I TJÄNSTEN AV EN DIPLOMATISK ELLER KONSULÄR TJÄNSTEMAN I EN MEDLEMSSTAT |

26.7.2016 EN Official Journal of the European Union L 200/53

| 3.6 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/MM/EEEE) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
|---|---|
| 3.7 | **(BG)** РЕФЕРЕНТЕН НОМЕР НА ОФИЦИАЛНИЯ ДОКУМЕНТ/ **(ES)** NÚMERO DE REFERENCIA DEL DOCUMENTO PÚBLICO/ **(CZ)** REFERENČNÍ ČÍSLO VEŘEJNÉ LISTINY/ **(DA)** DET OFFENTLIGE DOKUMENTS REFERENCENUMMER/ **(DE)** KENNNUMMER DER ÖFFENTLICHEN URKUNDE/ **(ET)** AVALIKU DOKUMENDI VIITENUMBER/ **(EL)** ΑΡΙΘΜΟΣ ΑΝΑΦΟΡΑΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ/ **(EN)** REFERENCE NUMBER OF THE PUBLIC DOCUMENT/ **(FR)** NUMÉRO DE RÉFÉRENCE DU DOCUMENT PUBLIC/ **(GA)** UIMHIR THAGARTHA AN DOICIMÉID PHOIBLÍ/ **(HR)** REFERENTNI BROJ JAVNE ISPRAVE/ **(IT)** NUMERO DI RIFERIMENTO DEL DOCUMENTO PUBBLICO/ **(LV)** PUBLISKĀ DOKUMENTA ATSAUCES NUMURS/ **(LT)** VIEŠOJO DOKUMENTO NUMERIS/ **(HU)** A KÖZOKIRAT HIVATKOZÁSI SZÁMA/ **(MT)** NUMRU TA' REFERENZA TAD-DOKUMENT PUBBLIKU/ **(NL)** REFERENTIENUMMER VAN HET OPENBAAR DOCUMENT/ **(PL)** NUMER REFERENCYJNY DOKUMENTU URZĘDOWEGO/ **(PT)** NÚMERO DE REFERÊNCIA DO DOCUMENTO PÚBLICO/ **(RO)** NUMĂRUL DE REFERINȚĂ AL DOCUMENTULUI OFICIAL/ **(SK)** REFERENČNÉ ČÍSLO VEREJNEJ LISTINY/ **(SL)** REFERENČNA ŠTEVILKA JAVNE LISTINE/ **(FI)** YLEISEN ASIAKIRJAN VIITENUMERO/ **(SV)** DEN OFFICIELLA HANDLINGENS REFERENSNUMMER |
| 4. | **(BG)** БРАК/ **(ES)** MATRIMONIO/ **(CZ)** MANŽELSTVÍ/ **(DA)** ÆGTESKAB/ **(DE)** EHESCHLIESSUNG/ **(ET)** ABIELU/ **(EL)** ΓΑΜΟΣ/ **(EN)** MARRIAGE/ **(FR)** MARIAGE/ **(GA)** PÓSADH/ **(HR)** SKLAPANJE BRAKA/ **(IT)** MATRIMONIO/ **(LV)** LAULĪBA/ **(LT)** SANTUOKA/ **(HU)** HÁZASSÁGKÖTÉS/ **(MT)** ŻWIEĠ/ **(NL)** HUWELIJK/ **(PL)** MAŁŻEŃSTWO/ **(PT)** CASAMENTO/ **(RO)** CĂSĂTORIA/ **(SK)** MANŽELSTVO/ **(SL)** SKLENITEV ZAKONSKE ZVEZE/ **(FI)** AVIOLIITTO/ **(SV)** ÄKTENSKAP |
| 4.1 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА БРАКА/ **(ES)** FECHA (DD/MM/AAAA) DEL MATRIMONIO/ **(CZ)** DATUM (DD/MM/RRRR) UZAVŘENÍ MANŽELSTVÍ/ **(DA)** VIELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** DATUM (TT/MM/JJJJ) DER EHESCHLIESSUNG/ **(ET)** ABIELLUMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/MM/EEEE) ΤΕΛΕΣΗΣ ΤΟΥ ΓΑΜΟΥ/ **(EN)** DATE (DD/MM/YYYY) OF THE MARRIAGE/ **(FR)** DATE (JJ/MM/AAAA) DU MARIAGE/ **(GA)** DÁTA (LL/MM/BBBB) AN PHÓSTA/ **(HR)** DATUM (DD/MM/GGGG) SKLAPANJA BRAKA/ **(IT)** DATA DI MATRIMONIO (GG/MM/AAAA)/ **(LV)** LAULĪBAS NOSLĒGŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** SANTUOKOS SUDARYMO DATA (DD/MM/MMMM)/ **(HU)** A HÁZASSÁGKÖTÉS IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAŻ-ŻWIEĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN HET HUWELIJK/ **(PL)** DATA (DD/MM/RRRR) ZAWARCIA MAŁŻEŃSTWA/ **(PT)** DATA DE CASAMENTO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) CĂSĂTORIEI/ **(SK)** DÁTUM (DD/MM/RRRR) UZAVRETIA MANŽELSTVA/ **(SL)** DATUM (DD/MM/LLLL) SKLENITVE ZAKONSKE ZVEZE/ **(FI)** AVIOLIITON SOLMIMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR ÄKTENSKAPETS INGÅENDE |
| 4.2 | **(BG)** МЯСТО И ДЪРЖАВА НА БРАКА/ **(ES)** LUGAR Y PAÍS DEL MATRIMONIO/ **(CZ)** MÍSTO A ZEMĚ UZAVŘENÍ MANŽELSTVÍ/ **(DA)** VIELSESSTED OG -LAND/ **(DE)** ORT UND LAND DER EHESCHLIESSUNG/ **(ET)** ABIELLUMISE KOHT JA RIIK/ **(EL)** ΤΟΠΟΣ ΚΑΙ ΧΩΡΑ ΤΕΛΕΣΗΣ ΤΟΥ ΓΑΜΟΥ/ **(EN)** PLACE AND COUNTRY OF THE MARRIAGE/ **(FR)** LIEU ET PAYS DU MARIAGE/ **(GA)** ÁIT AGUS TÍR AN PHÓSTA/ **(HR)** MJESTO I ZEMLJA SKLAPANJA BRAKA/ **(IT)** LUOGO E PAESE DI MATRIMONIO/ **(LV)** LAULĪBAS NOSLĒGŠANAS VIETA UN VALSTS/ **(LT)** SANTUOKOS SUDARYMO VIETA IR ŠALIS/ **(HU)** A HÁZASSÁGKÖTÉS HELYE ÉS ORSZÁGA/ **(MT)** POST U PAJJIŻ TAŻ-ŻWIEĠ/ **(NL)** PLAATS EN LAND VAN HET HUWELIJK/ **(PL)** MIEJSCE I PAŃSTWO ZAWARCIA MAŁŻEŃSTWA/ **(PT)** LOCAL E PAÍS DE CASAMENTO/ **(RO)** LOCUL ȘI ȚARA CĂSĂTORIEI/ **(SK)** MIESTO A ŠTÁT UZAVRETIA MANŽELSTVA/ **(SL)** KRAJ IN DRŽAVA SKLENITVE ZAKONSKE ZVEZE/ **(FI)** AVIOLIITON SOLMIMISPAIKKA JA -MAA/ **(SV)** ORT OCH LAND DÄR ÄKTENSKAPET INGICKS |
| 5. | **(BG)** СЪПРУГ A/ **(ES)** CÓNYUGE A/ **(CZ)** MANŽEL/MANŽELKA A/ **(DA)** ÆGTEFÆLLE A/ **(DE)** EHEPARTNER A/ **(ET)** ABIKAASA A/ **(EL)** ΣΥΖΥΓΟΣ A/ **(EN)** SPOUSE A/ **(FR)** CONJOINT A/ **(GA)** CÉILE A/ **(HR)** BRAČNI DRUG A/ **(IT)** CONIUGE A/ **(LV)** LAULĀTAIS A/ **(LT)** SUTUOKTINIS A/ **(HU)** „A" HÁZASTÁRS/ **(MT)** KONJUĠI A/ **(NL)** ECHTGENO(O)T(E) A/ **(PL)** MAŁŻONEK A/ **(PT)** CÔNJUGE A/ **(RO)** SOȚUL A/ **(SK)** MANŽEL/MANŽELKA A/ **(SL)** ZAKONEC A/ **(FI)** PUOLISO A/ **(SV)** MAKE/MAKA A |
| 5.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) ПО РОЖДЕНИЕ/ **(ES)** APELLIDO(S) DE NACIMIENTO/ **(CZ)** RODNÉ/Á PŘÍJMENÍ/ **(DA)** EFTERNAVN(E) VED FØDSLEN/ **(DE)** FAMILIENNAME(N) BEI DER GEBURT/ **(ET)** SÜNNIJÄRGNE PEREKONNANIMI (SÜNNIJÄRGSED PEREKONNANIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΚΑΤΑ ΤΗ ΓΕΝΝΗΣΗ/ **(EN)** SURNAME(S) AT BIRTH/ **(FR)** NOM(S) À LA NAISSANCE/ **(GA)** SLOINNE (SLOINNTE) BREITHE/ **(HR)** PREZIME(NA) PRI ROĐENJU/ **(IT)** COGNOME/I ALLA NASCITA/ **(LV)** UZVĀRDS(-I) DZIMŠANAS BRĪDĪ/ **(LT)** PAVARDĖ (-ĖS), SUTEIKTA (-OS) GIMUS/ **(HU)** SZÜLETÉSI CSALÁDI NEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET) MAT-TWELID/ **(NL)** ACHTERNA(A)M(EN) BIJ DE GEBOORTE/ **(PL)** NAZWISKO(-A) RODOWE/ **(PT)** APELIDO(S) À DATA DO NASCIMENTO/ **(RO)** NUMELE LA NAȘTERE/ **(SK)** RODNÉ PRIEZVISKO(-Á)/ **(SL)** PRIIMEK/PRIIMKI OB ROJSTVU/ **(FI)** SUKUNIMI (-NIMET) SYNTYMÄHETKELLÄ/ **(SV)** EFTERNAMN VID FÖDSELN |

| 5.2 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) ПРЕДИ БРАКА/ **(ES)** APELLIDO(S) ANTES DE CONTRAER MATRIMONIO/ **(CZ)** PŘÍJMENÍ PŘED UZAVŘENÍM MANŽELSTVÍ/ **(DA)** EFTERNAVN(E) FØR VIELSEN/ **(DE)** FAMILIENNAME(N) VOR DER EHESCHLIESSUNG/ **(ET)** PEREKONNANIMI (-NIMED) ENNE ABIELLUMIST/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΠΡΙΝ ΤΟΝ ΓΑΜΟ/ **(EN)** SURNAME(S) BEFORE THE MARRIAGE/ **(FR)** NOM(S) AVANT LE MARIAGE/ **(GA)** SLOINNE (SLOINNTE) ROIMH AN bPÓSADH/ **(HR)** PREZIME(NA) PRIJE SKLAPANJA BRAKA/ **(IT)** COGNOME/I PRIMA DEL MATRIMONIO/ **(LV)** UZVĀRDS(-I) PIRMS LAULĪBAS/ **(LT)** PAVARDĖ (-ĖS) PRIEŠ SANTUOKĄ/ **(HU)** CSALÁDI NEVE(I) A HÁZASSÁGKÖTÉS ELŐTT/ **(MT)** KUNJOM(/KUNJOMIJIET) QABEL IŽ-ŽWIEĠ/ **(NL)** ACHTERNA(A)M(EN) VÓÓR HET HUWELIJK/ **(PL)** NAZWISKO(-A) PRZED ZAWARCIEM MAŁŻEŃSTWA/ **(PT)** APELIDO(S) ANTES DO CASAMENTO/ **(RO)** NUMELE ÎNAINTE DE CĂSĂTORIE/ **(SK)** PRIEZVISKO(-Á) PRED UZAVRETÍM MANŽELSTVA/ **(SL)** PRIIMEK/PRIIMKI PRED SKLENITVIJO ZAKONSKE ZVEZE/ **(FI)** SUKUNIMI (-NIMET) ENNEN AVIOLIITTOA/ **(SV)** EFTERNAMN FÖRE ÄKTENSKAPETS INGÅENDE |
| 5.3 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) ВСЛЕДСТВИЕ НА БРАКА/ **(ES)** APELLIDO(S) DESPUÉS DE CONTRAER MATRIMONIO/ **(CZ)** PŘÍJMENÍ PO UZAVŘENÍ MANŽELSTVÍ/ **(DA)** EFTERNAVN(E) EFTER VIELSEN/ **(DE)** FAMILIENNAME(N) NACH DER EHESCHLIESSUNG/ **(ET)** PEREKONNANIMI (-NIMED) PÄRAST ABIELLUMIST/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΜΕΤΑ ΤΟΝ ΓΑΜΟ/ **(EN)** SURNAME(S) FOLLOWING THE MARRIAGE/ **(FR)** NOM(S) À LA SUITE DU MARIAGE/ **(GA)** SLOINNE (SLOINNTE) TAR ÉIS AN PHÓSTA/ **(HR)** PREZIME(NA) NAKON SKLAPANJA BRAKA/ **(IT)** COGNOME/I DOPO IL MATRIMONIO/ **(LV)** UZVĀRDS(-I) PĒC LAULĪBAS/ **(LT)** PAVARDĖ (-ĖS) PO SANTUOKOS/ **(HU)** CSALÁDI NEVE(I) A HÁZASSÁGKÖTÉS UTÁN/ **(MT)** KUNJOM(/KUNJOMIJIET) WARA Ż-ŻWIEĠ/ **(NL)** ACHTERNA(A)M(EN) NA HET HUWELIJK/ **(PL)** NAZWISKO(-A) PO ZAWARCIU MAŁŻEŃSTWA/ **(PT)** APELIDO(S) APÓS O CASAMENTO/ **(RO)** NUMELE DUPĂ CĂSĂTORIE/ **(SK)** PRIEZVISKO(-Á) PO UZAVRETÍ MANŽELSTVA/ **(SL)** PRIIMEK/PRIIMKI PO SKLENITVI ZAKONSKE ZVEZE/ **(FI)** SUKUNIMI (-NIMET) AVIOLIITON SOLMIMISEN JÄLKEEN/ **(SV)** EFTERNAMN EFTER ÄKTENSKAPETS INGÅENDE |
| 5.4 | **(BG)** СОБСТВЕНО(И) ИМЕ(НА)/ **(ES)** NOMBRE(S)/ **(CZ)** JMÉNO (JMÉNA)/ **(DA)** FORNAVN(E)/ **(DE)** VORNAME(N)/ **(ET)** EESNIMI (-NIMED)/ **(EL)** ΟΝΟΜΑ(-ΤΑ)/ **(EN)** FORENAME(S)/ **(FR)** PRÉNOM(S)/ **(GA)** CÉADAINM (CÉADAINMNEACHA)/ **(HR)** IME(NA)/ **(IT)** NOME(I)/ **(LV)** VĀRDS(-I)/ **(LT)** VARDAS (-AI)/ **(HU)** UTÓNEVE(I)/ **(MT)** ISEM(/ISMIJIET)/ **(NL)** VOORNA(A)M(EN)/ **(PL)** IMIĘ (IMIONA)/ **(PT)** NOME(S) PRÓPRIO(S)/ **(RO)** PRENUME/ **(SK)** MENO(-Á)/ **(SL)** IME/IMENA/ **(FI)** ETUNIMI (-NIMET)/ **(SV)** FÖRNAMN |
| 5.5 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА РАЖДАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE NACIMIENTO/ **(CZ)** DATUM (DD/MM/RRRR) NAROZENÍ/ **(DA)** FØDSELSDATO (DD/MM/ÅÅÅÅ)/ **(DE)** GEBURTSDATUM (TT/MM/JJJJ)/ **(ET)** SÜNNIKUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΓΕΝΝΗΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF BIRTH/ **(FR)** DATE (JJ/MM/AAAA) DE NAISSANCE/ **(GA)** DÁTA (LL/MM/BBBB) BREITHE/ **(HR)** DATUM (DD/MM/GGGG) ROĐENJA/ **(IT)** DATA DI NASCITA (GG/MM/AAAA)/ **(LV)** DZIMŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** GIMIMO DATA (DD/MM/MMMM)/ **(HU)** SZÜLETÉSI IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAT-TWELID/ **(NL)** GEBOORTEDATUM (DD/MM/JJJJ)/ **(PL)** DATA (DD/MM/RRRR) URODZENIA/ **(PT)** DATA DE NASCIMENTO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) NAŞTERII/ **(SK)** DÁTUM (DD/MM/RRRR) NARODENIA/ **(SL)** DATUM (DD/MM/LLLL) ROJSTVA/ **(FI)** SYNTYMÄAIKA (PP/KK/VVVV)/ **(SV)** FÖDELSEDATUM (DD/MM/ÅÅÅÅ) |
| 5.6 | **(BG)** ПОЛ/ **(ES)** SEXO/ **(CZ)** POHLAVÍ/ **(DA)** KØN/ **(DE)** GESCHLECHT/ **(ET)** SUGU/ **(EL)** ΦΥΛΟ/ **(EN)** SEX/ **(FR)** SEXE/ **(GA)** INSCNE/ **(HR)** SPOL/ **(IT)** SESSO/ **(LV)** DZIMUMS/ **(LT)** LYTIS/ **(HU)** NEME/ **(MT)** SESS/ **(NL)** GESLACHT/ **(PL)** PŁEĆ/ **(PT)** SEXO/ **(RO)** SEXUL/ **(SK)** POHLAVIE/ **(SL)** SPOL/ **(FI)** SUKUPUOLI/ **(SV)** KÖN |
| 5.6.1 | **(BG)** ЖЕНСКИ/ **(ES)** MUJER/ **(CZ)** ŽENA/ **(DA)** KVINDE/ **(DE)** WEIBLICH/ **(ET)** NAISSOOST/ **(EL)** ΘΗΛΥ/ **(EN)** FEMALE/ **(FR)** FÉMININ/ **(GA)** BAINEANN/ **(HR)** ŽENSKI/ **(IT)** FEMMINILE/ **(LV)** SIEVIETE/ **(LT)** MOTERIS/ **(HU)** NŐ/ **(MT)** MARA/ **(NL)** VROUW/ **(PL)** KOBIETA/ **(PT)** FEMININO/ **(RO)** FEMEIESC/ **(SK)** ŽENSKÉ/ **(SL)** ŽENSKI/ **(FI)** NAINEN/ **(SV)** KVINNA |
| 5.6.2 | **(BG)** МЪЖКИ/ **(ES)** VARÓN/ **(CZ)** MUŽ/ **(DA)** MAND/ **(DE)** MÄNNLICH/ **(ET)** MEESSOOST/ **(EL)** APPEN/ **(EN)** MALE/ **(FR)** MASCULIN/ **(GA)** FIREANN/ **(HR)** MUŠKI/ **(IT)** MASCHILE/ **(LV)** VĪRIETIS/ **(LT)** VYRAS/ **(HU)** FÉRFI/ **(MT)** RAĠEL/ **(NL)** MAN/ **(PL)** MĘŻCZYZNA/ **(PT)** MASCULINO/ **(RO)** BĂRBĂTESC/ **(SK)** MUŽSKÉ/ **(SL)** MOŠKI/ **(FI)** MIES/ **(SV)** MAN |
| 5.6.3 | **(BG)** НЕОПРЕДЕЛЕН/ **(ES)** INDETERMINADO/ **(CZ)** NEURČENO/ **(DA)** UBESTEMT/ **(DE)** UNBESTIMMT/ **(ET)** MÄÄRAMATA/ **(EL)** ΔΕΝ ΠΡΟΣΔΙΟΡΙΖΕΤΑΙ/ **(EN)** UNDETERMINED/ **(FR)** INDÉTERMINÉ/ **(GA)** NEAMHCHINNTITHE/ **(HR)** NEODREĐEN/ **(IT)** INDETERMINATO/ **(LV)** NENOTEIKTS/ **(LT)** NENUSTATYTA/ **(HU)** MEGHATÁROZATLAN/ **(MT)** MHUX STABBILIT/ **(NL)** ONBEPAALD/ **(PL)** PŁEĆ NIEOKREŚLONA/ **(PT)** NÃO DEFINIDO/ **(RO)** NEDETERMINAT/ **(SK)** NEURČENÉ/ **(SL)** NEDOLOČEN/ **(FI)** MÄÄRITTELEMÄTÖN/ **(SV)** EJ FASTSTÄLLT |
| 6. | **(BG)** СЪПРУГ B/ **(ES)** CÓNYUGE B/ **(CZ)** MANŽEL/MANŽELKA B/ **(DA)** ÆGTEFÆLLE B/ **(DE)** EHEPARTNER B/ **(ET)** ABIKAASA B/ **(EL)** ΣΥΖΥΓΟΣ B/ **(EN)** SPOUSE B/ **(FR)** CONJOINT B/ **(GA)** CÉILE B/ **(HR)** BRAČNI DRUG B/ **(IT)** CONIUGE B/ **(LV)** LAULĀTAIS B/ **(LT)** SUTUOKTINIS B/ **(HU)** „B" HÁZASTÁRS/ **(MT)** KONJUĠI B/ **(NL)** ECHTGENO(O)T(E) B/ **(PL)** MAŁŻONEK B/ **(PT)** CÔNJUGE B/ **(RO)** SOŢUL B/ **(SK)** MANŽEL/MANŽELKA B/ **(SL)** ZAKONEC B/ **(FI)** PUOLISO B/ **(SV)** MAKE/MAKA B |

26.7.2016    EN    Official Journal of the European Union    L 200/55

| 7. | **(BG)** ПОЛЕ ЗА ПОДПИС/ **(ES)** RECUADRO PARA LA FIRMA/ **(CZ)** POLE PRO PODPIS/ **(DA)** UNDERSKRIFTSFELT/ **(DE)** UNTERSCHRIFTENFELD/ **(ET)** ALLKIRJALAHTER/ **(EL)** ΤΕΤΡΑΓΩΝΙΔΙΟ ΥΠΟΓΡΑΦΗΣ/ **(EN)** SIGNATURE BOX/ **(FR)** CADRE POUR LA SIGNATURE/ **(GA)** BOSCA DON SÍNIÚ/ **(HR)** POLJE ZA POTPIS/ **(IT)** RIQUADRO PER LA FIRMA/ **(LV)** PARAKSTA LAUKS/ **(LT)** PARAŠO LAUKELIS/ **(HU)** AZ ALÁÍRÁS SZÖVEGDOBOZA/ **(MT)** KAXXA TAL-IFFIRMAR/ **(NL)** VAK VOOR DE HANDTEKENING/ **(PL)** POLE PODPISU/ **(PT)** ESPAÇO DESTINADO À ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** KOLÓNKA NA PODPIS/ **(SL)** POLJE ZA PODPIS/ **(FI)** ALLEKIRJOITUSKENTTÄ/ **(SV)** RUTA FÖR UNDERTECKNANDE |
|---|---|
| 7.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) И СОБСТВЕНО(И) ИМЕ(НА) НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** APELLIDO(S) Y NOMBRE(S) DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** PŘÍJMENÍ A JMÉNO (JMÉNA) ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** EFTERNAVN(E) OG FORNAVN(E) PÅ DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** FAMILIENNAME(N) UND VORNAME(N) DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU EESNIMI (-NIMED) JA PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΚΑΙ ΟΝΟΜΑ(-ΤΑ) ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** SURNAME(S) AND FORENAME(S) OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** NOM(S) ET PRÉNOM(S) DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** SLOINNE (SLOINNTE) AGUS CÉADAINM (CÉADAINMNEACHA) AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** PREZIME(NA) I IME(NA) SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** COGNOME/I E NOME/I DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, UZVĀRDS(-I) UN VĀRDS(-I)/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAVARDĖ (-ĖS) IR VARDAS (-AI)/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ CSALÁDI NEVE(I) ÉS UTÓNEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET) U ISEM(/ISMIJIET) TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** NA(A)M(EN) EN VOORNA(A)M(EN) VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** NAZWISKO(-A) I IMIĘ (IMIONA) URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** APELIDO(S) E NOME(S) PRÓPRIO(S) DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** NUMELE ȘI PRENUMELE FUNCȚIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** PRIEZVISKO(-Á) A MENO(-Á) ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** PRIIMEK/PRIIMKI IN IME/IMENA URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN SUKUNIMI (-NIMET) JA ETUNIMI (-NIMET)/ **(SV)** EFTERNAMN OCH FÖRNAMN PÅ DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
| 7.2 | **(BG)** ДЛЪЖНОСТ НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** CARGO DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** FUNKCE ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** STILLING — DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** STELLUNG DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU AMETIKOHT/ **(EL)** ΘΕΣΗ ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** POSITION OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** POSTE DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** POST AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** FUNKCIJA SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** POSIZIONE DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, AMATS/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAREIGOS/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ BEOSZTÁSA/ **(MT)** KARIGA TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** FUNCTIE VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** STANOWISKO URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** CARGO DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** POZIȚIA FUNCȚIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** FUNKCIA ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** POLOŽAJ URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN ASEMA/ **(SV)** BEFATTNING FÖR DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
| 7.3 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
| 7.4 | **(BG)** ПОДПИС/ **(ES)** FIRMA/ **(CZ)** PODPIS/ **(DA)** UNDERSKRIFT/ **(DE)** UNTERSCHRIFT/ **(ET)** ALLKIRI/ **(EL)** ΥΠΟΓΡΑΦΗ/ **(EN)** SIGNATURE/ **(FR)** SIGNATURE/ **(GA)** SÍNIÚ/ **(HR)** POTPIS/ **(IT)** FIRMA/ **(LV)** PARAKSTS/ **(LT)** PARAŠAS/ **(HU)** ALÁÍRÁS/ **(MT)** FIRMA/ **(NL)** HANDTEKENING/ **(PL)** PODPIS/ **(PT)** ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** PODPIS/ **(SL)** PODPIS/ **(FI)** ALLEKIRJOITUS/ **(SV)** NAMNTECKNING |
| 7.5 | **(BG)** ПЕЧАТ ИЛИ ЩЕМПЕЛ/ **(ES)** SELLO O TIMBRE/ **(CZ)** PEČEŤ NEBO RAZÍTKO/ **(DA)** SEGL ELLER STEMPEL/ **(DE)** SIEGEL ODER STEMPEL/ **(ET)** PITSER VÕI TEMPEL/ **(EL)** ΣΦΡΑΓΙΔΑ/ **(EN)** SEAL OR STAMP/ **(FR)** SCEAU OU TIMBRE/ **(GA)** SÉALA NÓ STAMPA/ **(HR)** ŽIG ILI PEČAT/ **(IT)** BOLLO O TIMBRO/ **(LV)** ZĪMOGS VAI SPIEDOGS/ **(LT)** SPAUDAS ARBA ANTSPAUDAS/ **(HU)** PECSÉT VAGY BÉLYEGZŐLENYOMAT/ **(MT)** SIGILL JEW TIMBRU/ **(NL)** ZEGEL OF STEMPEL/ **(PL)** PIECZĘĆ LUB STEMPEL/ **(PT)** SELO OU CARIMBO/ **(RO)** SIGILIUL SAU ȘTAMPILA/ **(SK)** PEČAŤ ALEBO ODTLAČOK PEČIATKY/ **(SL)** PEČAT ALI ŽIG/ **(FI)** SINETTI TAI LEIMA/ **(SV)** SIGILL ELLER STÄMPEL |

L 200/56    EN    Official Journal of the European Union    26.7.2016

ANNEX V

<table>
<tr><td>

**CAPACITY TO MARRY**

**MULTILINGUAL STANDARD FORM — TRANSLATION AID**

Article 7 of Regulation (EU) 2016/1191 of the European Parliament and of the Council of 6 July 2016 on promoting the free movement of citizens by simplifying the requirements for presenting certain public documents in the European Union and amending Regulation (EU) No 1024/2012 (¹)

</td><td>

☐ Belgium (BE) ☐ Bulgaria (BG)

☐ Czech Republic (CZ)

☐ Denmark (DK) ☐ Germany (DE)

☐ Estonia (EE) ☐ Ireland (IE)

☐ Greece (EL) ☐ Spain (ES)

☐ France (FR) ☐ Croatia (HR)

☐ Italy (IT) ☐ Cyprus (CY)

☐ Latvia (LV) ☐ Lithuania (LT)

☐ Luxembourg (LU)

☐ Hungary (HU) ☐ Malta (MT)

☐ Netherlands (NL) ☐ Austria (AT)

☐ Poland (PL) ☐ Portugal (PT)

☐ Romania (RO) ☐ Slovenia (SI)

☐ Slovakia (SK) ☐ Finland (FI)

☐ Sweden (SE) ☐ United Kingdom (UK)

</td></tr>
</table>

**IMPORTANT NOTICE**

The sole purpose of this multilingual standard form is to facilitate the translation of the public document to which it is attached. This form shall not be circulated as an autonomous document between Member States.

This form reflects the content of the public document to which it is attached. However, the authority to which the public document is presented may require, when necessary for the purpose of processing the public document, a translation or transliteration of the information included in the form.

**NOTE FOR THE ISSUING AUTHORITY**

Mention only information which is given in the public document to which this form is attached (²).

If the public document to which this form is attached does not contain certain data or information, indicate '—'.

1. AUTHORITY ISSUING THIS FORM
1.1 Designation (³) ...........................................................................................................................................

2. AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED
1.1 Designation (⁴) ...........................................................................................................................................

3. INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED
3.1 ☐ Document emanating from an authority or an official connected with the courts or tribunals of a Member State
     3.1.1 ☐ Court decision
     3.1.2 ☐ Document emanating from a public prosecutor
     3.1.3 ☐ Document emanating from a clerk of a court
     3.1.4 ☐ Document emanating from a judicial officer ('huissier de justice')
     3.1.5 ☐ Other (to be specified) ...................................................................................................................

_____
(¹) OJ L 200, 26.7.2016, p. 1.
(²) If completing by hand, please use capital letters.
(³) The term 'designation' should be interpreted as referring to the official designation of the authority issuing the form.
(⁴) The term 'designation' should be interpreted as referring to the official designation of the authority issuing the public document to which this form is attached.

3.2 ☐ Administrative document

    3.2.1 ☐ Certificate

    3.2.2 ☐ Extract from the Civil Status Register

    3.2.3 ☐ Extract from the Population Register

    3.2.4 ☐ Verbatim copy of civil status records

    3.1.5 ☐ Other (to be specified) ..................................................................................

3.3 ☐ Notarial act

3.4 ☐ Official certificate placed on a document signed by a person in his or her private capacity

3.5 ☐ Document drawn up by a diplomatic or consular agent of a Member State in his or her official capacity

3.6 Date (dd/mm/yyyy) of issue .................................................................................................

3.7 Reference number of the public document ........................................................................

---

4. INFORMATION ON THE PERSON CONCERNED

4.1 Surname(s) ...............................................................................................................

4.2 Forename(s) ..............................................................................................................

4.3 Date (dd/mm/yyyy) of birth ......................................................................................

4.4 Place ($^1$) and country ($^2$) of birth ...................................................................

4.5 Sex: ..........................................................................................................................

    4.5.1 ☐ Female

    4.5.2 ☐ Male

    4.5.3 ☐ Undetermined

4.6 Nationality:................................................................................................................

---

5. ACCORDING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED, ($^3$)

5.1 ☐ The person concerned has the capacity to marry under the national law of the Member State where the public document is issued.

5.2 ☐ The person concerned appears to have no marriage in his or her name under the national law of the Member State where the public document is issued.

5.3 ☐ There is no known impediment for the person concerned to marry under the national law of the Member State where the public document is issued.

5.4 ☐ There is no known impediment to a marriage between the person concerned and his or her intended spouse under the national law of the Member State where the public document is issued.

5.5 ☐ There is no opposition known to a marriage between the person concerned and his or her intended spouse under the national law of the Member State where the public document is issued.

---

($^1$) The term 'place of birth' refers to the name of the city, town, village, or hamlet and province in which the person was born.
($^2$) The name of the country and, where it exists, the ISO code of that country or the option 'Other (to be specified)' should be chosen from the drop-down list in the model multilingual standard form available in the European e-Justice Portal.
($^3$) Several boxes may be ticked.

| 6. | INFORMATION ON THE INTENDED SPOUSE OF THE PERSON CONCERNED |
|---|---|
| 4.1 | Surname(s) ........................................................................................................ |
| 4.2 | Forename(s) ...................................................................................................... |
| 4.3 | Date (dd/mm/yyyy) of birth .................................................................................. |
| 4.4 | Place ($^1$) and country ($^2$) of birth ........................................................................ |
| 4.5 | Sex: ................................................................................................................ |
| | 4.5.1 ☐ Female |
| | 4.5.2 ☐ Male |
| | 4.5.3 ☐ Undetermined |
| 4.6 | Nationality ........................................................................................................ |

| 7. | SIGNATURE BOX |
|---|---|
| 7.1 | Surname(s) and forename(s) of the official who issued this form |
| | ........................................................................................................................ |
| 7.2 | Position of the official who issued this form ............................................................ |
| 7.3 | Date (dd/mm/yyyy) of issue .................................................................................. |
| 7.4 | Signature ......................................................................................................... |
| 7.5 | Seal or stamp ................................................................................................... |

---

($^1$)  The term 'place of birth' refers to the name of the city, town, village, or hamlet and province in which the person was born.
($^2$)  The name of the country and, where it exists, the ISO code of that country or the option 'Other (to be specified)' should be chosen from the drop-down list in the model multilingual standard form available in the European e-Justice Portal.

26.7.2016     [EN]     Official Journal of the European Union     L 200/59

**MULTILINGUAL GLOSSARY OF THE STANDARD ENTRY HEADINGS**

**(CAPACITY TO MARRY)**

| | |
|---|---|
| 1. | **(BG)** ОРГАН, ИЗДАВАЩ НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ TENTO FORMULÁŘ/ **(DA)** DENNE FORMULARS UDSTEDENDE MYNDIGHED/ **(DE)** BEHÖRDE, DIE DIESES FORMULAR AUSSTELLT/ **(ET)** KÄESOLEVA VORMI VÄLJA ANDNUD ASUTUS/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΠΑΡΟΝΤΟΣ ΕΝΤΥΠΟΥ/ **(EN)** AUTHORITY ISSUING THIS FORM/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN FHOIRM SEO/ **(HR)** TIJELO KOJE IZDAJE OVAJ OBRAZAC/ **(IT)** AUTORITÀ CHE RILASCIA IL PRESENTE MODULO/ **(LV)** VEIDLAPAS IZDEVĒJIESTĀDE/ **(LT)** ŠIĄ FORMĄ IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TA' DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN DIT FORMULIER/ **(PL)** ORGAN WYDAJĄCY NINIEJSZY FORMULARZ/ **(PT)** AUTORIDADE QUE EMITE O PRESENTE FORMULÁRIO/ **(RO)** AUTORITATEA EMITENTĂ A PREZENTULUI FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI TENTO FORMULÁR/ **(SL)** ORGAN, KI IZDA TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTAVA VIRANOMAINEN/ **(SV)** MYNDIGHET SOM UTFÄRDAR FORMULÄRET |
| 1.1 | **(BG)** НАИМЕНОВАНИЕ/ **(ES)** DENOMINACIÓN/ **(CZ)** NÁZEV/ **(DA)** BETEGNELSE/ **(DE)** BEZEICHNUNG/ **(ET)** NIMETUS/ **(EL)** ΟΝΟΜΑΣΙΑ/ **(EN)** DESIGNATION/ **(FR)** DÉNOMINATION/ **(GA)**AINMNIÚ/ **(HR)** NAZIV/ **(IT)** DENOMINAZIONE/ **(LV)** NOSAUKUMS/ **(LT)** PAVADINIMAS/ **(HU)** MEGNEVEZÉS/ **(MT)** TITLU/ **(NL)** BENAMING/ **(PL)** NAZWA/ **(PT)** DESIGNAÇÃO/ **(RO)** DENUMIRE/ **(SK)** NÁZOV/ **(SL)** IME/ **(FI)** NIMI/ **(SV)** NAMN |
| 2. | **(BG)** ОРГАН, ИЗДАВАЩ ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ VEŘEJNOU LISTINU, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** DEN MYNDIGHED, DER HAR UDSTEDT DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** BEHÖRDE, DIE DIE ÖFFENTLICHE URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST, AUSSTELLT/ **(ET)** ASUTUS, KES ANDIS VÄLJA AVALIKU DOKUMENDI, MILLELE SEE VORM ON LISATUD/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** TIJELO KOJE IZDAJE JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** AUTORITÀ CHE RILASCIA IL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** PUBLISKĀ DOKUMENTA, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA, IZDEVĒJIESTĀDE/ **(LT)** VIEŠĄJĮ DOKUMENTĄ, PRIE KURIO PRIDEDAMA ŠI FORMA, IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATOT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TAD-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** ORGAN WYDAJĄCY DOKUMENT URZĘDOWY, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** AUTORIDADE QUE EMITE O DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** AUTORITATEA EMITENTĂ A DOCUMENTULUI OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI VEREJNÚ LISTINU, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** ORGAN, KI IZDA JAVNO LISTINO, KI JE PRILOŽEN TA OBRAZEC/ **(FI)** VIRANOMAINEN, JOKA ON ANTANUT YLEISEN ASIAKIRJAN, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** MYNDIGHET SOM UTFÄRDAR DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |
| 3. | **(BG)** ИНФОРМАЦИЯ ОТНОСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** INFORMACIÓN RELATIVA AL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** INFORMACE TÝKAJÍCÍ SE VEŘEJNÉ LISTINY, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** OPLYSNINGER VEDRØRENDE DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** ANGABEN ZUR ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST/ **(ET)** TEAVE AVALIKU DOKUMENDI KOHTA, MILLELE SEE VORM ON LISATUD/ **(EL)** ΠΛΗΡΟΦΟΡΙΕΣ ΣΧΕΤΙΚΑ ΜΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** INFORMATIONS RELATIVES AU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** FAISNÉIS A BHAINEANN LEIS AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** INFORMACIJE KOJE SE ODNOSE NA JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** INFORMAZIONI RELATIVE AL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** INFORMĀCIJA PAR PUBLISKO DOKUMENTU, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA/ **(LT)** INFORMACIJA, SUSIJUSI SU VIEŠUOJU DOKUMENTU, PRIE KURIO PRIDEDAMA ŠI FORMA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATRA VONATKOZÓ INFORMÁCIÓK/ **(MT)** INFORMAZZJONI DWAR ID-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** INFORMATIE BETREFFENDE HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** INFORMACJE DOTYCZĄCE DOKUMENTU URZĘDOWEGO, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** INFORMAÇÕES RELATIVAS AO DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** INFORMAȚII REFERITOARE LA DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** INFORMÁCIE O VEREJNEJ LISTINE, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** INFORMACIJE V ZVEZI Z JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** TIEDOT YLEISESTÄ ASIAKIRJASTA, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** INFORMATION OM DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |

3.1 **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ОРГАН ИЛИ ДЛЪЖНОСТНО ЛИЦЕ, СВЪРЗАН/О СЪС СЪДИЛИЩАТА ИЛИ ПРАВОРАЗДАВАТЕЛНИТЕ ОРГАНИ НА ДЪРЖАВА ЧЛЕНКА/ **(ES)** DOCUMENTO EXPEDIDO POR UNA AUTORIDAD O UN FUNCIONARIO VINCULADO A LOS ÓRGANOS JURISDICCIONALES DE UN ESTADO MIEMBRO/ **(CZ)** LISTINA VYDANÁ ORGÁNEM NEBO ÚŘEDNÍKEM S VAZBOU NA SOUDY DANÉHO ČLENSKÉHO STÁTU/ **(DA)** DOKUMENT, DER ER UDSTEDT AF EN MYNDIGHED ELLER EN EMBEDSMAND, DER ER TILKNYTTET DOMSTOLE I EN MEDLEMSSTAT/ **(DE)** URKUNDE EINER BEHÖRDE ODER EINER AMTSPERSON ALS ORGAN DER RECHTSPFLEGE EINES MITGLIEDSTAATS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD LIIKMESRIIGI KOHTUTEGA SEOTUD AMETIASUTUS VÕI AMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΜΙΑ ΑΡΧΗ 'Η 'ΕΝΑΝ/ΜΙΑ ΥΠΑΛΛΗΛΟ ΠΟΥ ΣΥΝΔΕΕΤΑΙ ΜΕ ΤΑ ΔΙΚΑΣΤΗΡΙΑ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ/ **(EN)** DOCUMENT EMANATING FROM AN AUTHORITY OR AN OFFICIAL CONNECTED WITH THE COURTS OR TRIBUNALS OF A MEMBER STATE/ **(FR)** DOCUMENT ÉMANANT D'UNE AUTORITÉ OU D'UN FONCTIONNAIRE RELEVANT D'UNE JURIDICTION D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD A THAGANN Ó ÚDARÁS NÓ Ó OIFIGEACH A BHFUIL BAINT AIGE NÓ AICI LE CÚIRTEANNA NÓ LE BINSÍ DE CHUID BALLSTÁIT/ **(HR)** ISPRAVA KOJU JE IZDALO TIJELO ILI SLUŽBENIK SUDA DRŽAVE ČLANICE/ **(IT)** DOCUMENTO EMANATO DA UN'AUTORITÀ O DA UN FUNZIONARIO APPARTENENTE AD UNA DELLE GIURISDIZIONI DI UNO STATO MEMBRO/ **(LV)** DOKUMENTS, KURU IZSNIEGUSI AR DALĪBVALSTS TIESĀM SAISTĪTA IESTĀDE VAI AMATPERSONA/ **(LT)** DOKUMENTAS, IŠDUOTAS VALDŽIOS INSTITUCIJOS AR PAREIGŪNO, SUSIJUSIŲ SU VALSTYBĖS NARĖS TEISMAIS AR TRIBUNOLAIS/ **(HU)** TAGÁLLAMI BÍRÓSÁGGAL KAPCSOLATBAN ÁLLÓ HATÓSÁG VAGY TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN AWTORITÀ JEW UFFIĊJAL LI JKOLLHOM RABTA MAL-QRATI JEW IT-TRIBUNALI TA' STAT MEMBRU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN AUTORITEIT OF AMBTENAAR BEHORENDE TOT EEN RECHTERLIJKE INSTANTIE VAN EEN LIDSTAAT/ **(PL)** DOKUMENT POCHODZĄCY OD ORGANU SĄDOWEGO LUB URZĘDNIKA SĄDOWEGO PAŃSTWA CZŁONKOWSKIEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UMA AUTORIDADE OU DE UM FUNCIONÁRIO DEPENDENTE DE QUALQUER JURISDIÇÃO DE UM ESTADO-MEMBRO/ **(RO)** DOCUMENT EMIS DE O AUTORITATE SAU DE UN FUNCȚIONAR DE PE LÂNGĂ INSTANȚELE UNUI STAT MEMBRU/ **(SK)** LISTINA VYDANÁ ORGÁNOM ALEBO ÚRADNÍKOM S VÄZBOU NA SÚDY ČLENSKÉHO ŠTÁTU/ **(SL)** LISTINA, IZDANA S STRANI ORGANA ALI URADNIKA SODNE OBLASTI DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA ON ANTANUT JÄSENVALTION OIKEUSLAITOKSEEN KUULUVA VIRANOMAINEN TAI VIRKAMIES/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN MYNDIGHET ELLER EN TJÄNSTEMAN TILLHÖRANDE DOMSTOLSVÄSENDET I EN MEDLEMSSTAT

3.1.1 **(BG)** СЪДЕБНО РЕШЕНИЕ/ **(ES)** RESOLUCIÓN JUDICIAL/ **(CZ)** ROZHODNUTÍ SOUDU/ **(DA)** DOMSTOLSAFGØRELSE/ **(DE)** GERICHTSENTSCHEIDUNG/ **(ET)** KOHTUOTSUS/ **(EL)** ΔΙΚΑΣΤΙΚΗ ΑΠΟΦΑΣΗ/ **(EN)** COURT DECISION/ **(FR)** DÉCISION DE JUSTICE/ **(GA)** CINNEADH ÓN gCÚIRT/ **(HR)** SUDSKA ODLUKA/ **(IT)** DECISIONE GIURISDIZIONALE/ **(LV)** TIESAS LĒMUMS/ **(LT)** TEISMO SPRENDIMAS/ **(HU)** BÍRÓSÁGI HATÁROZAT/ **(MT)** DEĊIŻJONI TAL-QORTI/ **(NL)** RECHTERLIJKE BESLISSING/ **(PL)** ORZECZENIE SĄDOWE/ **(PT)** DECISÃO JUDICIAL/ **(RO)** HOTĂRÂRE JUDECĂTOREASCĂ/ **(SK)** SÚDNE ROZHODNUTIE/ **(SL)** SODNA ODLOČBA/ **(FI)** TUOMIOISTUIMEN PÄÄTÖS/ **(SV)** DOMSTOLSBESLUT

3.1.2 **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ПРОКУРОР/ **(ES)** DOCUMENTO EXPEDIDO POR EL MINISTERIO FISCAL/ **(CZ)** LISTINA VYDANÁ STÁTNÍM ZÁSTUPCEM/ **(DA)** DOKUMENT UDSTEDT AF EN ANKLAGEMYNDIGHED/ **(DE)** URKUNDE EINER STAATSANWALTSCHAFT/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD RIIKLIK SÜÜDISTAJA/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΕΙΣΑΓΓΕΛΕΑ/ **(EN)** DOCUMENT EMANATING FROM A PUBLIC PROSECUTOR/ **(FR)** DOCUMENT ÉMANANT DU MINISTÈRE PUBLIC/ **(GA)** DOICIMÉAD A THAGANN Ó IONCHÚISITHEOIR POIBLÍ/ **(HR)** ISPRAVA KOJU JE IZDALO DRŽAVNO ODVJETNIŠTVO/ **(IT)** DOCUMENTO EMANATO DAL PUBBLICO MINISTERO/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS PROKURORS/ **(LT)** PROKURORO IŠDUOTAS DOKUMENTAS/ **(HU)** ÜGYÉSZ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN PROSEKUTUR PUBBLIKU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN OPENBAAR MINISTERIE/ **(PL)** DOKUMENT POCHODZĄCY OD PROKURATORA/ **(PT)** DOCUMENTO PROVENIENTE DO MINISTÉRIO PÚBLICO/ **(RO)** DOCUMENT EMIS DE UN PROCUROR/ **(SK)** LISTINA VYDANÁ PROKURÁTOROM/ **(SL)** LISTINA, KI JO IZDA DRŽAVNO TOŽILSTVO/ **(FI)** VIRALLISEN SYYTTÄJÄN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN ÅKLAGARVÄSENDET

3.1.3 **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН СЛУЖИТЕЛ/ **(ES)** DOCUMENTO EXPEDIDO POR UN SECRETARIO JUDICIAL/ **(CZ)** LISTINA VYDANÁ VYŠŠÍM SOUDNÍM ÚŘEDNÍKEM/ **(DA)** DOKUMENT UDSTEDT AF EN JUSTITSSEKRETÆR/ **(DE)** URKUNDE EINES URKUNDSBEAMTEN DER GESCHÄFTSSTELLE EINES GERICHTS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUAMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΓΡΑΜΜΑΤΕΑ ΔΙΚΑΣΤΗΡΙΟΥ/ **(EN)** DOCUMENT EMANATING FROM A CLERK OF A COURT/ **(FR)** DOCUMENT ÉMANANT D'UN GREFFIER/ **(GA)** DOICIMÉAD A THAGANN Ó CHLÉIREACH DE CHUID CÚIRTE/ **(HR)** ISPRAVA KOJU JE IZDAO UPRAVITELJ SUDSKE PISARNICE/ **(IT)** DOCUMENTO EMANATO DA UN CANCELLIERE/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS SEKRETĀRS/ **(LT)** TEISMO TARNAUTOJO IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN REGISTRATUR TA' QORTI/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GRIFFIER/ **(PL)** DOKUMENT POCHODZĄCY OD SEKRETARZA SĄDOWEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UM OFICIAL DE JUSTIÇA/ **(RO)** DOCUMENT EMIS DE UN GREFIER AL INSTANȚEI/ **(SK)** LISTINA VYDANÁ SÚDNYM ÚRADNÍKOM/ **(SL)** LISTINA, KI JO IZDA SODNI USLUŽBENEC/ **(FI)** TUOMIOISTUIMEN SIHTEERIN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN DOMSTOLSTJÄNSTEMAN

3.1.4    **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН ИЗПЪЛНИТЕЛ („HUISSIER DE JUSTICE")/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE JUDICIAL («HUISSIER DE JUSTICE»)/ **(CZ)** LISTINA VYDANÁ SOUDNÍM VYKONAVATELEM („HUISSIER DE JUSTICE")/ **(DA)** DOKUMENT UDSTEDT AF EN STÆVNINGSMAND (»HUISSIER DE JUSTICE«)/ **(DE)** URKUNDE EINES GERICHTSVOLLZIEHERS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUTÄITUR/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΔΙΚΑΣΤΙΚΟ(-Η) ΕΠΙΜΕΛΗΤΗ(-ΡΙΑ) («HUISSIER DE JUSTICE»)/ **(EN)** DOCUMENT EMANATING FROM A JUDICIAL OFFICER ('HUISSIER DE JUSTICE')/ **(FR)** DOCUMENT ÉMANANT D'UN HUISSIER DE JUSTICE/ **(GA)** DOICIMÉAD A THAGANN Ó OIFIGEACH BREITHIÚNACH ("HUISSIER DE JUSTICE")/ **(HR)** ISPRAVA KOJU JE IZDAO SUDSKI OVRŠITELJ (*HUISSIER DE JUSTICE*)/ **(IT)** DOCUMENTO EMANATO DA UN UFFICIALE GIUDIZIARIO ("HUISSIER DE JUSTICE")/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS IZPILDĪTĀJS (*HUISSIER DE JUSTICE*)/ **(LT)** ANTSTOLIO (HUISSIER DE JUSTICE) IŠDUOTOS DOKUMENTAS/ **(HU)** BÍRÓSÁGI VÉGREHAJTÓ („HUISSIER DE JUSTICE") ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN UFFIĊJAL ĠUDIZZJARJU ('HUISSIER DE JUSTICE')/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GERECHTSDEURWAARDER/ **(PL)** DOKUMENT POCHODZĄCY OD URZĘDNIKA SĄDOWEGO (*HUISSIER DE JUSTICE*)/ **(PT)** DOCUMENTO PROVENIENTE DE UM ESCRIVÃO DE DIREITO («HUISSIER DE JUSTICE»)/ **(RO)** DOCUMENT EMIS DE UN EXECUTOR JUDECĂTORESC („HUISSIER DE JUSTICE")/ **(SK)** LISTINA VYDANÁ SÚDNYM VYKONÁVATEĽOM („HUISSIER DE JUSTICE")/ **(SL)** LISTINA, KI JO IZDA SODNI IZVRŠITELJ („HUISSIER DE JUSTICE")/ **(FI)** HAASTEMIEHEN ("HUISSIER DE JUSTICE") ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN STÄMNINGSMAN (*HUISSIER DE JUSTICE*)

3.1.5    **(BG)** ДРУГИ (ДА СЕ ПОСОЧАТ)/ **(ES)** OTRO (ESPECIFÍQUESE)/ **(CZ)** JINÉ (UPŘESNĚTE)/ **(DA)** ANDRE (ANGIVES)/ **(DE)** SONSTIGES (BITTE ANGEBEN)/ **(ET)** MUU (TÄPSUSTAGE)/ **(EL)** ΑΛΛΟ (ΔΙΕΥΚΡΙΝΙΣΤΕ)/ **(EN)** OTHER (TO BE SPECIFIED)/ **(FR)** AUTRE (À PRÉCISER)/ **(GA)** EILE (LE SONRÚ)/ **(HR)** OSTALO (NAVESTI)/ **(IT)** ALTRO (PRECISARE)/ **(LV)** CITS (PRECIZĒT)/ **(LT)** KITA (NURODYTI)/ **(HU)** EGYÉB (KÉRJÜK PONTOSÍTANI)/ **(MT)** OĦRAJN (IPPREĊIŻA)/ **(NL)** OVERIGE (SPECIFICEREN)/ **(PL)** INNY (PROSZĘ OKREŚLIĆ)/ **(PT)** OUTROS (A ESPECIFICAR)/ **(RO)** ALTUL (A SE PRECIZA)/ **(SK)** INÉ (SPRESNIŤ)/ **(SL)** DRUGO (NAVESTI)/ **(FI)** MUU ASIAKIRJA (TÄSMENNETTÄVÄ)/ **(SV)** ANNAN HANDLING (SPECIFICERAS)

3.2    **(BG)** АДМИНИСТРАТИВЕН ДОКУМЕНТ/ **(ES)** DOCUMENTO ADMINISTRATIVO/ **(CZ)** LISTINA VYDANÁ SPRÁVNÍM ÚŘADEM/ **(DA)** ADMINISTRATIVT DOKUMENT/ **(DE)** URKUNDE EINER VERWALTUNGSBEHÖRDE/ **(ET)** HALDUSDOKUMENT/ **(EL)** ΔΙΟΙΚΗΤΙΚΟ ΕΓΓΡΑΦΟ/ **(EN)** ADMINISTRATIVE DOCUMENT/ **(FR)** DOCUMENT ADMINISTRATIF/ **(GA)** DOICIMÉAD RIARACHÁIN/ **(HR)** UPRAVNA ISPRAVA/ **(IT)** DOCUMENTO AMMINISTRATIVO/ **(LV)** ADMINISTRATĪVS DOKUMENTS/ **(LT)** ADMINISTRACINIS DOKUMENTAS/ **(HU)** KÖZIGAZGATÁSI OKIRAT/ **(MT)** DOKUMENT AMMINISTRATTIV/ **(NL)** ADMINISTRATIEF DOCUMENT/ **(PL)** DOKUMENT ADMINISTRACYJNY/ **(PT)** DOCUMENTO ADMINISTRATIVO/ **(RO)** DOCUMENT ADMINISTRATIV/ **(SK)** SPRÁVNA LISTINA/ **(SL)** UPRAVNA LISTINA/ **(FI)** HALLINNOLLINEN ASIAKIRJA/ **(SV)** ADMINISTRATIV HANDLING

3.2.1    **(BG)** УДОСТОВЕРЕНИЕ/ **(ES)** CERTIFICADO/ **(CZ)** OSVĚDČENÍ/ **(DA)** PÅTEGNING/ **(DE)** BESCHEINIGUNG/ **(ET)** TÕEND/ **(EL)** ΠΙΣΤΟΠΟΙΗΤΙΚΟ/ **(EN)** CERTIFICATE/ **(FR)** CERTIFICAT/ **(GA)** DEIMHNIÚ/ **(HR)** POTVRDA/ **(IT)** CERTIFICATO/ **(LV)** APLIECINĀJUMS/ **(LT)** PAŽYMA, LIUDIJIMAS/ **(HU)** TANÚSÍTVÁNY/BIZONYÍTVÁNY/ **(MT)** ĊERTIFIKAT/ **(NL)** CERTIFICAAT/ **(PL)** ZAŚWIADCZENIE/ **(PT)** CERTIDÃO OU CERTIFICADO/ **(RO)** CERTIFICAT/ **(SK)** OSVEDČENIE/ **(SL)** POTRDILO/ **(FI)** TODISTUS/ **(SV)** INTYG

3.2.2    **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА ЗА ГРАЖДАНСКОТО СЪСТОЯНИЕ/ **(ES)** EXTRACTO DEL REGISTRO CIVIL/ **(CZ)** VÝPIS Z MATRIKY/ **(DA)** UDDRAG FRA CIVILSTANDSREGISTRET/ **(DE)** AUSZUG AUS DEM PERSONENSTANDSREGISTER/ **(ET)** PEREKONNASEISUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΛΗΞΙΑΡΧΙΚΟΥ ΜΗΤΡΩΟΥ/ **(EN)** EXTRACT FROM THE CIVIL STATUS REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE L'ÉTAT CIVIL/ **(GA)** SLIOCHT AS AN gCLÁR STÁDAIS SHIBHIALTA/ **(HR)** IZVADAK IZ REGISTRA OSOBNOG STANJA/ **(IT)** ESTRATTO DI ATTO DI STATO CIVILE/ **(LV)** IZRAKSTS NO CIVILSTĀVOKĻA AKTU REGISTRA/ **(LT)** IŠRAŠAS IŠ CIVILINĖS BŪKLĖS AKTŲ REGISTRO/ **(HU)** ANYAKÖNYVI KIVONAT/ **(MT)** ESTRATT MIR-REĠISTRU TAL-ISTAT ĊIVILI/ **(NL)** UITTREKSEL UIT HET REGISTER VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS SKRÓCONY AKTU STANU CYWILNEGO/ **(PT)** EXTRATO DE ATOS DO REGISTO CIVIL/ **(RO)** EXTRAS DIN REGISTRUL DE STARE CIVILĂ/ **(SK)** VÝPIS Z REGISTRA OSOBNÉHO STAVU/ **(SL)** IZPISEK IZ REGISTRA O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERIOTE (SIVIILISÄÄTY)/ **(SV)** UTDRAG UR FOLKBOKFÖRINGEN

3.2.3    **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА НА НАСЕЛЕНИЕТО/ **(ES)** EXTRACTO DEL CENSO/ **(CZ)** VÝPIS Z REGISTRU OBYVATEL/ **(DA)** UDDRAG FRA FOLKEREGISTRET/ **(DE)** AUSZUG AUS DEM MELDEREGISTER/ **(ET)** RAHVASTIKUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΔΗΜΟΤΟΛΟΓΙΟΥ/ **(EN)** EXTRACT FROM THE POPULATION REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE LA POPULATION/ **(GA)** SLIOCHT AS AN gCLÁR DAONRA/ **(HR)** IZVADAK IZ POPISA STANOVNIŠTVA/ **(IT)** ESTRATTO ANAGRAFICO/ **(LV)** IZRAKSTS NO IEDZĪVOTĀJU REĢISTRA/ **(LT)** IŠRAŠAS IŠ GYVENTOJŲ REGISTRO/ **(HU)** KIVONAT A SZEMÉLYIADAT- ÉS LAKCÍMNYILVÁNTARTÁSBÓL/ **(MT)** ESTRATT MIR-REĠISTRU TAL-POPOLAZZJONI/ **(NL)** UITTREKSEL UIT HET BEVOLKINGSREGISTER/ **(PL)** WYCIĄG Z REJESTRU LUDNOŚCI/ **(PT)** EXTRATO DO REGISTO DA POPULAÇÃO/ **(RO)** EXTRAS DIN REGISTRUL DE EVIDENȚĂ A POPULAȚIEI/ **(SK)** VÝPIS Z REGISTRA OBYVATEĽOV/ **(SL)** IZPISEK IZ REGISTRA PREBIVALSTVA/ **(FI)** VÄESTÖREKISTERIOTE/ **(SV)** UTDRAG UR BEFOLKNINGSREGISTER

| 3.2.4 | **(BG)** ПЪЛЕН ПРЕПИС ОТ АКТОВЕ ЗА ГРАЖДАНСКО СЪСТОЯНИЕ/ **(ES)** COPIA LITERAL DE ACTAS DEL REGISTRO CIVIL/ **(CZ)** OPIS MATRIČNÍCH ZÁZNAMŮ/ **(DA)** ORDRET KOPI AF CIVILSTANDSREGISTRE/ **(DE)** WÖRTLICHE KOPIE VON PERSONENSTANDSEINTRÄGEN/ **(ET)** PEREKONNASEISUAKTI KOOPIA/ **(EL)** ΠΙΣΤΟ ΑΝΤΙΓΡΑΦΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟΥ ΠΡΟΣΩΠΙΚΗΣ ΚΑΤΑΣΤΑΣΗΣ/ **(EN)** VERBATIM COPY OF CIVIL STATUS RECORDS/ **(FR)** COPIE INTÉGRALE D'ACTES DE L'ÉTAT CIVIL/ **(GA)** CÓIP FOCAL AR FHOCAL DE THAIFID AR STÁDAS SIBHIALTA/ **(HR)** DOSLOVNI PRIJEPIS IZ EVIDENCIJA O OSOBNOM STANJU/ **(IT)** COPIA LETTERALE DI ATTO DI STATO CIVILE/ **(LV)** CIVILSTĀVOKĻA AKTU REĢISTRA IERAKSTU AUTENTISKA KOPIJA/ **(LT)** CIVILINĖS BŪKLĖS AKTŲ ĮRAŠŲ PAŽODINĖ KOPIJA/ **(HU)** ANYAKÖNYVI BEJEGYZÉS SZÓ SZERINTI MÁSOLATA/ **(MT)** KOPJA VERBATIM TAL-ATTI TAL-ISTAT ĊIVILI/ **(NL)** EENSLUIDEND AFSCHRIFT VAN AKTEN VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS ZUPEŁNY AKTU STANU CYWILNEGO/ **(PT)** CERTIDÃO DE CÓPIA INTEGRAL OU DE NARRATIVA DE ATOS DE REGISTO CIVIL/ **(RO)** COPIE EXACTĂ A UNUI ACT DE STARE CIVILĂ/ **(SK)** DOSLOVNÝ VÝPIS ZO ZÁPISOV O OSOBNOM STAVE/ **(SL)** DOBESEDNI PREPIS LISTIN O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERITIETOJEN SANATARKKA JÄLJENNÖS/ **(SV)** ORDAGRANN AVSKRIFT AV FOLKBOKFÖRINGSHANDLING |
|---|---|
| 3.3 | **(BG)** НОТАРИАЛЕН АКТ/ **(ES)** ACTA NOTARIAL/ **(CZ)** NOTÁŘSKÁ LISTINA/ **(DA)** NOTARBEKRÆFTET DOKUMENT/ **(DE)** NOTARIELLE URKUNDE/ **(ET)** NOTARIAALDOKUMENT/ **(EL)** ΣΥΜΒΟΛΑΙΟΓΡΑΦΙΚΗ ΠΡΑΞΗ/ **(EN)** NOTARIAL ACT/ **(FR)** ACTE NOTARIÉ/ **(GA)** GNÍOMH NÓTAIREACHTA/ **(HR)** JAVNOBILJEŽNIČKA ISPRAVA/ **(IT)** ATTO NOTARILE/ **(LV)** NOTARIĀLS AKTS/ **(LT)** NOTARINIS AKTAS/ **(HU)** KÖZJEGYZŐI OKIRAT/ **(MT)** ATT NOTARILI/ **(NL)** NOTARIËLE AKTE/ **(PL)** AKT NOTARIALNY/ **(PT)** ATO NOTARIAL/ **(RO)** ACT NOTARIAL/ **(SK)** NOTÁRSKA LISTINA/ **(SL)** NOTARSKA LISTINA/ **(FI)** NOTAARIN ANTAMA ASIAKIRJA/ **(SV)** NOTARIELL HANDLING |
| 3.4 | **(BG)** ОФИЦИАЛНО УДОСТОВЕРЕНИЕ, ПРИЛОЖЕНО КЪМ ДОКУМЕНТ, ПОДПИСАН ОТ ЛИЦЕ В ЛИЧНО КАЧЕСТВО/ **(ES)** CERTIFICACIÓN OFICIAL PUESTA SOBRE UN DOCUMENTO PRIVADO/ **(CZ)** ÚŘEDNÍ OSVĚDČENÍ, KTERÝM BYLA OPATŘENA LISTINA PODEPSANÁ SOUKROMOU OSOBOU/ **(DA)** OFFICIEL PÅTEGNING PÅ ET DOKUMENT UNDERTEGNET AF EN PERSON I DENNES EGENSKAB AF PRIVATPERSON/ **(DE)** AMTLICHE BESCHEINIGUNG AUF EINER PRIVATURKUNDE/ **(ET)** ISIKU POOLT ERAISIKUNA ALLKIRJASTATUD DOKUMENDILE KINNITATAV AMETLIK TÕEND/ **(EL)** ΕΠΙΣΗΜΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟ ΕΝΣΩΜΑΤΩΜΕΝΟ ΣΕ ΕΓΓΡΑΦΟ ΥΠΟΓΕΓΡΑΜΜΕΝΟ ΑΠΟ ΑΤΟΜΟ ΠΟΥ ΕΝΕΡΓΕΙ ΩΣ ΙΔΙΩΤΗΣ/ **(EN)** OFFICIAL CERTIFICATE PLACED ON A DOCUMENT SIGNED BY A PERSON IN HIS OR HER PRIVATE CAPACITY/ **(FR)** DÉCLARATION OFFICIELLE APPOSÉE SUR UN ACTE SOUS SEING PRIVÉ/ **(GA)** DEIMHNIÚ OIFIGIÚIL A CHUIRTEAR AR DHOICIMÉAD ARNA SHÍNIÚ AG DUINE INA CHÁIL NÓ INA CÁIL PHRÍOBHÁIDEACH/ **(HR)** SLUŽBENA POTVRDA STAVLJENA NA ISPRAVU KOJU JE OSOBA POTPISALA U PRIVATNOM SVOJSTVU/ **(IT)** DICHIARAZIONE UFFICIALE APPOSTA SU UNA SCRITTURA PRIVATA/ **(LV)** OFICIĀLS APLIECINĀJUMS UZ DOKUMENTA, KO SAVĀ VĀRDĀ PARAKSTĪJUSI KĀDA PERSONA/ **(LT)** PRIVAČIŲ ASMENŲ PASIRAŠYTŲ DOKUMENTŲ OFICIALŪS PATVIRTINIMAI/ **(HU)** MAGÁNOKIRATON ELHELYEZETT HIVATALOS TANÚSÍTVÁNY/ **(MT)** ĊERTIFIKAT UFFIĊJALI LI JITQIEGĦED F'DOKUMENT IFFIRMAT MINN PERSUNA FIL-KAPAĊITÀ PRIVATA TAGĦHA/ **(NL)** OFFICIEEL CERTIFICAAT OP EEN DOCUMENT ONDERTEKEND DOOR EEN PERSOON IN ZIJN PARTICULIERE HOEDANIGHEID/ **(PL)** URZĘDOWE ZAŚWIADCZENIE UMIESZCZONE NA DOKUMENCIE PODPISANYM PRZEZ OSOBĘ DZIAŁAJĄCĄ W CHARAKTERZE PRYWATNYM/ **(PT)** DECLARAÇÃO OFICIAL INSERTA NUM ATO DE NATUREZA PRIVADA/ **(RO)** CERTIFICAT OFICIAL APLICAT PE UN DOCUMENT SUB SEMNĂTURĂ PRIVATĂ/ **(SK)** ÚRADNÉ OSVEDČENIE UVEDENÉ NA LISTINE PODPÍSANEJ OSOBOU KONAJÚCOU AKO SÚKROMNÁ OSOBA/ **(SL)** URADNA IZJAVA NA ZASEBNI LISTINI/ **(FI)** VIRALLINEN TODISTUS ASIAKIRJASSA, JONKA HENKILÖ ON ALLEKIRJOITTANUT YKSITYISHENKILÖNÄ/ **(SV)** OFFICIELLT INTYG ANBRINGAT PÅ EN HANDLING SOM UNDERTECKNATS AV EN PRIVATPERSON |
| 3.5 | **(BG)** ДОКУМЕНТ, ИЗГОТВЕН ОТ ДИПЛОМАТИЧЕСКИ ИЛИ КОНСУЛСКИ СЛУЖИТЕЛ НА ДЪРЖАВА ЧЛЕНКА В СЛУЖЕБНО КАЧЕСТВО/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE DIPLOMÁTICO O CONSULAR DE UN ESTADO MIEMBRO CON CARÁCTER OFICIAL/ **(CZ)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCEM NEBO KONZULÁRNÍM ÚŘEDNÍKEM ČLENSKÉHO STÁTU V RÁMCI VÝKONU JEHO SLUŽEBNÍCH POVINNOSTÍ/ **(DA)** DOKUMENT OFFICIELT UDFÆRDIGET AF EN MEDLEMSSTATS DIPLOMATISKE ELLER KONSULÆRE REPRÆSENTANT/ **(DE)** VON EINEM DIPLOMATISCHEN ODER KONSULARISCHEN VERTRETER EINES MITGLIEDSTAATS IN SEINER AMTLICHEN FUNKTION ERRICHTETE URKUNDE/ **(ET)** LIIKMESRIIGI DIPLOMAATILISE VÕI KONSULAARAMETNIKU POOLT AMETIKOHUSTUSTE TÄITMISEL KOOSTATUD DOKUMENT/ **(EL)** ΕΓΓΡΑΦΟ ΣΥΝΤΑΓΜΕΝΟ ΑΠΟ ΔΙΠΛΩΜΑΤΙΚΟ(-Η) 'Η ΠΡΟΞΕΝΙΚΟ(-Η) ΥΠΑΛΛΗΛΟ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΤΟΥ ΤΗΝ ΕΠΙΣΗΜΗ ΙΔΙΟΤΗΤΑ ΤΟΥ/ΤΗΣ/ **(EN)** DOCUMENT DRAWN UP BY A DIPLOMATIC OR CONSULAR AGENT OF A MEMBER STATE IN HIS OR HER OFFICIAL CAPACITY/ **(FR)** DOCUMENT ÉTABLI EN SA QUALITÉ OFFICIELLE PAR UN AGENT DIPLOMATIQUE OU CONSULAIRE D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD ARNA THARRAINGT SUAS AG GNÍOMHAIRE TAIDHLEOIREACHTA NÓ CONSALACH DE CHUID BALLSTÁIT INA CHÁIL NÓ INA CÁIL OIFIGIÚIL/ **(HR)** ISPRAVA KOJU JE U SLUŽBENOM SVOJSTVU SASTAVIO DIPLOMATSKI ILI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(IT)** DOCUMENTO REDATTO DA AGENTI DIPLOMATICI O CONSOLARI DI UNO STATO MEMBRO NELL'ESERCIZIO DELLE LORO FUNZIONI/ **(LV)** DOKUMENTS, KURU PILDOT AMATA PIENĀKUMUS, SAGATAVOJIS DALĪBVALSTS DIPLOMĀTISKAIS VAI KONSULĀRAIS PĀRSTĀVIS/ **(LT)** DOKUMENTAS, PARENGTAS VALSTYBĖS NARĖS DIPLOMATO AR KONSULINIO PAREIGŪNO, VEIKIANČIO PAGAL OFICIALIUS ĮGALIOJIMUS/ **(HU)** VALAMELY TAGÁLLAM DIPLOMÁCIAI VAGY KONZULI KÉPVISELŐJE ÁLTAL HIVATALOS MINŐSÉGÉBEN KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT IMĦEJJI MINN AĠENT DIPLOMATIKU JEW KONSULARI TA' STAT MEMBRU FIL-KAPAĊITÀ UFFIĊJALI TIEGĦU/ **(NL)** DOCUMENT OPGESTELD DOOR DE DIPLOMATIEKE OF CONSULAIRE AMBTENAAR VAN EEN LIDSTAAT IN ZIJN OFFICIËLE HOEDANIGHEID/ **(PL)** DOKUMENT SPORZĄDZONY PRZEZ PRZEDSTAWICIELA DYPLOMATYCZNEGO LUB URZĘDNIKA KONSULARNEGO PAŃSTWA CZŁONKOWSKIEGO DZIAŁAJĄCYCH W CHARAKTERZE URZĘDOWYM/ **(PT)** DOCUMENTO LAVRADO POR UM AGENTE DIPLOMÁTICO OU CONSULAR DE UM ESTADO-MEMBRO NO EXERCÍCIO DAS SUAS FUNÇÕES OFICIAIS/ **(RO)** DOCUMENT ÎNTOCMIT DE CĂTRE UN AGENT DIPLOMATIC SAU CONSULAR AL UNUI STAT MEMBRU, ÎN CALITATE OFICIALĂ/ **(SK)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCOM ALEBO KONZULÁRNYM ÚRADNÍKOM ČLENSKÉHO ŠTÁTU V RÁMCI VÝKONU JEHO FUNKCIE/ **(SL)** LISTINA, KI JO KOT URADNA OSEBA IZDA DIPLOMATSKI ALI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA JÄSENVALTION DIPLOMAATTINEN EDUSTAJA TAI KONSULIEDUSTAJA ON LAATINUT VIRANTOIMITUKSESSA/ **(SV)** HANDLING UPPRÄTTAD I TJÄNSTEN AV EN DIPLOMATISK ELLER KONSULÄR TJÄNSTEMAN I EN MEDLEMSSTAT |

26.7.2016    EN    Official Journal of the European Union    L 200/63

| | |
|---|---|
| 3.6 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** HMEPOMHNIA (HH/MM/EEEE) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
| 3.7 | **(BG)** РЕФЕРЕНТЕН НОМЕР НА ОФИЦИАЛНИЯ ДОКУМЕНТ/ **(ES)** NÚMERO DE REFERENCIA DEL DOCUMENTO PÚBLICO/ **(CZ)** REFERENČNÍ ČÍSLO VEŘEJNÉ LISTINY/ **(DA)** DET OFFENTLIGE DOKUMENTS REFERENCENUMMER/ **(DE)** KENNNUMMER DER ÖFFENTLICHEN URKUNDE/ **(ET)** AVALIKU DOKUMENDI VIITENUMBER/ **(EL)** ΑΡΙΘΜΟΣ ΑΝΑΦΟΡΑΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ/ **(EN)** REFERENCE NUMBER OF THE PUBLIC DOCUMENT/ **(FR)** NUMÉRO DE RÉFÉRENCE DU DOCUMENT PUBLIC/ **(GA)** UIMHIR THAGARTHA AN DOICIMÉID PHOIBLÍ/ **(HR)** REFERENTNI BROJ JAVNE ISPRAVE/ **(IT)** NUMERO DI RIFERIMENTO DEL DOCUMENTO PUBBLICO/ **(LV)** PUBLISKĀ DOKUMENTA ATSAUCES NUMURS/ **(LT)** VIEŠOJO DOKUMENTO NUMERIS/ **(HU)** A KÖZOKIRAT HIVATKOZÁSI SZÁMA/ **(MT)** NUMRU TA' REFERENZA TAD-DOKUMENT PUBBLIKU/ **(NL)** REFERENTIENUMMER VAN HET OPENBAAR DOCUMENT/ **(PL)** NUMER REFERENCYJNY DOKUMENTU URZĘDOWEGO/ **(PT)** NÚMERO DE REFERÊNCIA DO DOCUMENTO PÚBLICO/ **(RO)** NUMĂRUL DE REFERINȚĂ AL DOCUMENTULUI OFICIAL/ **(SK)** REFERENČNÉ ČÍSLO VEREJNEJ LISTINY/ **(SL)** REFERENČNA ŠTEVILKA JAVNE LISTINE/ **(FI)** YLEISEN ASIAKIRJAN VIITENUMERO/ **(SV)** DEN OFFICIELLA HANDLINGENS REFERENSNUMMER |
| 4. | **(BG)** ИНФОРМАЦИЯ ЗА СЪОТВЕТНОТО ЛИЦЕ/ **(ES)** INFORMACIÓN SOBRE EL INTERESADO/ **(CZ)** INFORMACE O DOTYČNÉ OSOBĚ/ **(DA)** OPLYSNINGER OM DEN PÅGÆLDENDE PERSON/ **(DE)** ANGABEN ZUR BETREFFENDEN PERSON/ **(ET)** ASJAOMAST ISIKUT KÄSITLEV TEAVE/ **(EL)** ΣΤΟΙΧΕΙΑ ΤΟΥ ΠΡΟΣΩΠΟΥ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ/ **(EN)** INFORMATION ON THE PERSON CONCERNED/ **(FR)** INFORMATIONS SUR LA PERSONNE CONCERNÉE/ **(GA)** FAISNÉIS MAIDIR LEIS AN DUINE LENA mBAINEANN/ **(HR)** INFORMACIJE O DOTIČNOJ OSOBI/ **(IT)** INFORMAZIONI SULLA PERSONA INTERESSATA/ **(LV)** INFORMĀCIJA PAR ATTIECĪGO PERSONU/ **(LT)** INFORMACIJA APIE ATITINKAMĄ ASMENĮ/ **(HU)** AZ ÉRINTETT SZEMÉLYRE VONATKOZÓ ADATOK/ **(MT)** INFORMAZZJONI DWAR IL-PERSUNA KKONĊERNATA/ **(NL)** INFORMATIE OVER DE BETROKKENE/ **(PL)** DANE OSOBY, KTÓREJ DOTYCZY DOKUMENT/ **(PT)** INFORMAÇÕES SOBRE A PESSOA EM CAUSA/ **(RO)** INFORMAȚII PRIVIND PERSOANA VIZATĂ/ **(SK)** INFORMÁCIE O DOTKNUTEJ OSOBE/ **(SL)** INFORMACIJE O ZADEVNI OSEBI/ **(FI)** ASIANOMAISEN HENKILÖN TIEDOT/ **(SV)** UPPGIFTER OM DEN BERÖRDA PERSONEN |
| 4.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА)/ **(ES)** APELLIDO(S)/ **(CZ)** PŘÍJMENÍ/ **(DA)** EFTERNAVN(E)/ **(DE)** FAMILIENNAME(N)/ **(ET)** PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α)/ **(EN)** SURNAME(S)/ **(FR)** NOM(S)/ **(GA)** SLOINNE (SLOINNTE)/ **(HR)** PREZIME(NA)/ **(IT)** COGNOME(I)/ **(LV)** UZVĀRDS(-I)/ **(LT)** PAVARDĖ (-ĖS)/ **(HU)** CSALÁDI NEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET)/ **(NL)** ACHTERNA(A)M(EN)/ **(PL)** NAZWISKO(-A)/ **(PT)** APELIDO(S)/ **(RO)** NUME/ **(SK)** PRIEZVISKO(-Á)/ **(SL)** PRIIMEK/PRIIMKI/ **(FI)** SUKUNIMI (-NIMET)/ **(SV)** EFTERNAMN |
| 4.2 | **(BG)** СОБСТВЕНО(И) ИМЕ(НА)/ **(ES)** NOMBRE(S)/ **(CZ)** JMÉNO (JMÉNA)/ **(DA)** FORNAVN(E)/ **(DE)** VORNAME(N)/ **(ET)** EESNIMI (-NIMED)/ **(EL)** ΟΝΟΜΑ(-ΤΑ)/ **(EN)** FORENAME(S)/ **(FR)** PRÉNOM(S)/ **(GA)** CÉADAINM (CÉADAINMNEACHA)/ **(HR)** IME(NA)/ **(IT)** NOME(I)/ **(LV)** VĀRDS(-I)/ **(LT)** VARDAS (-AI)/ **(HU)** UTÓNEVE(I)/ **(MT)** ISEM(/ISMIJIET)/ **(NL)** VOORNA(A)M(EN)/ **(PL)** IMIĘ (IMIONA)/ **(PT)** NOME(S) PRÓPRIO(S)/ **(RO)** PRENUME/ **(SK)** MENO(-Á)/ **(SL)** IME/IMENA/ **(FI)** ETUNIMI (-NIMET)/ **(SV)** FÖRNAMN |
| 4.3 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА РАЖДАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE NACIMIENTO/ **(CZ)** DATUM (DD/MM/RRRR) NAROZENÍ/ **(DA)** FØDSELSDATO (DD/MM/ÅÅÅÅ)/ **(DE)** GEBURTSDATUM (TT/MM/JJJJ)/ **(ET)** SÜNNIKUUPÄEV (PP/KK/AAAA)/ **(EL)** HMEPOMHNIA (HH/MM/EEEE) ΓΕΝΝΗΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF BIRTH/ **(FR)** DATE (JJ/MM/AAAA) DE NAISSANCE/ **(GA)** DÁTA (LL/MM/BBBB) BREITHE/ **(HR)** DATUM (DD/MM/GGGG) ROĐENJA/ **(IT)** DATA DI NASCITA (GG/MM/AAAA)/ **(LV)** DZIMŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** GIMIMO DATA (DD/MM/MMMM)/ **(HU)** SZÜLETÉSI IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAT-TWELID/ **(NL)** GEBOORTEDATUM (DD/MM/JJJJ)/ **(PL)** DATA (DD/MM/RRRR) URODZENIA/ **(PT)** DATA DE NASCIMENTO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) NAȘTERII/ **(SK)** DÁTUM (DD/MM/RRRR) NARODENIA/ **(SL)** DATUM (DD/MM/LLLL) ROJSTVA/ **(FI)** SYNTYMÄAIKA (PP/KK/VVVV)/ **(SV)** FÖDELSEDATUM (DD/MM/ÅÅÅÅ) |
| 4.4 | **(BG)** МЯСТО И ДЪРЖАВА НА РАЖДАНЕ/ **(ES)** LUGAR Y PAÍS DE NACIMIENTO/ **(CZ)** MÍSTO A ZEMĚ NAROZENÍ/ **(DA)** FØDESTED OG -LAND/ **(DE)** ORT UND LAND DER GEBURT/ **(ET)** SÜNNIKOHT JA -RIIK/ **(EL)** ΤΟΠΟΣ ΚΑΙ ΧΩΡΑ ΓΕΝΝΗΣΗΣ/ **(EN)** PLACE AND COUNTRY OF BIRTH/ **(FR)** LIEU ET PAYS DE NAISSANCE/ **(GA)** ÁIT AGUS TÍR BHREITHE/ **(HR)** MJESTO I ZEMLJA ROĐENJA/ **(IT)** LUOGO E PAESE DI NASCITA/ **(LV)** DZIMŠANAS VIETA UN VALSTS/ **(LT)** GIMIMO VIETA IR ŠALIS/ **(HU)** SZÜLETÉSI HELYE ÉS ORSZÁGA/ **(MT)** POST U PAJJIŻ TAT-TWELID/ **(NL)** GEBOORTEPLAATS EN -LAND/ **(PL)** MIEJSCE I PAŃSTWO URODZENIA/ **(PT)** LOCAL E PAÍS DE NASCIMENTO/ **(RO)** LOCUL ȘI ȚARA NAȘTERII/ **(SK)** MIESTO A ŠTÁT NARODENIA/ **(SL)** KRAJ IN DRŽAVA ROJSTVA/ **(FI)** SYNTYMÄPAIKKA JA -MAA/ **(SV)** FÖDELSEORT OCH -LAND |

| 4.5 | **(BG)** ПОЛ/ **(ES)** SEXO/ **(CZ)** POHLAVÍ/ **(DA)** KØN/ **(DE)** GESCHLECHT/ **(ET)** SUGU/ **(EL)** ΦΥΛΟ/ **(EN)** SEX/ **(FR)** SEXE/ **(GA)** INSCNE/ **(HR)** SPOL/ **(IT)** SESSO/ **(LV)** DZIMUMS/ **(LT)** LYTIS/ **(HU)** NEME/ **(MT)** SESS/ **(NL)** GESLACHT/ **(PL)** PŁEĆ/ **(PT)** SEXO/ **(RO)** SEXUL/ **(SK)** POHLAVIE/ **(SL)** SPOL/ **(FI)** SUKUPUOLI/ **(SV)** KÖN |
|---|---|
| 4.5.1 | **(BG)** ЖЕНСКИ/ **(ES)** MUJER/ **(CZ)** ŽENA/ **(DA)** KVINDE/ **(DE)** WEIBLICH/ **(ET)** NAISSOOST/ **(EL)** ΘΗΛΥ/ **(EN)** FEMALE/ **(FR)** FÉMININ/ **(GA)** BAINEANN/ **(HR)** ŽENSKI/ **(IT)** FEMMINILE/ **(LV)** SIEVIETE/ **(LT)** MOTERIS/ **(HU)** NŐ/ **(MT)** MARA/ **(NL)** VROUW/ **(PL)** KOBIETA/ **(PT)** FEMININO/ **(RO)** FEMEIESC/ **(SK)** ŽENSKÉ/ **(SL)** ŽENSKI/ **(FI)** NAINEN/ **(SV)** KVINNA |
| 4.5.2 | **(BG)** МЪЖКИ/ **(ES)** VARÓN/ **(CZ)** MUŽ/ **(DA)** MAND/ **(DE)** MÄNNLICH/ **(ET)** MEESSOOST/ **(EL)** APPEN/ **(EN)** MALE/ **(FR)** MASCULIN/ **(GA)** FIREANN/ **(HR)** MUŠKI/ **(IT)** MASCHILE/ **(LV)** VĪRIETIS/ **(LT)** VYRAS/ **(HU)** FÉRFI/ **(MT)** RAĠEL/ **(NL)** MAN/ **(PL)** MĘŻCZYZNA/ **(PT)** MASCULINO/ **(RO)** BĂRBĂTESC/ **(SK)** MUŽSKÉ/ **(SL)** MOŠKI/ **(FI)** MIES/ **(SV)** MAN |
| 4.5.3 | **(BG)** НЕОПРЕДЕЛЕН/ **(ES)** INDETERMINADO/ **(CZ)** NEURČENO/ **(DA)** UBESTEMT/ **(DE)** UNBESTIMMT/ **(ET)** MÄÄRAMATA/ **(EL)** ΔΕΝ ΠΡΟΣΔΙΟΡΙΖΕΤΑΙ/ **(EN)** UNDETERMINED/ **(FR)** INDÉTERMINÉ/ **(GA)** NEAMHCHINNTITHE/ **(HR)** NEODREĐEN/ **(IT)** INDETERMINATO/ **(LV)** NENOTEIKTS/ **(LT)** NENUSTATYTA/ **(HU)** MEGHATÁROZATLAN/ **(MT)** MHUX STABBILIT/ **(NL)** ONBEPAALD/ **(PL)** PŁEĆ NIEOKREŚLONA/ **(PT)** NÃO DEFINIDO/ **(RO)** NEDETERMINAT/ **(SK)** NEURČENÉ/ **(SL)** NEDOLOČEN/ **(FI)** MÄÄRITTELEMÄTÖN/ **(SV)** EJ FASTSTÄLLT |
| 4.6 | **(BG)** ГРАЖДАНСТВО/ **(ES)** NACIONALIDAD/ **(CZ)** STÁTNÍ PŘÍSLUŠNOST/ **(DA)** NATIONALITET/ **(DE)** STAATS-ANGEHÖRIGKEIT/ **(ET)** KODAKONDSUS/ **(EL)** ΙΘΑΓΕΝΕΙΑ/ **(EN)** NATIONALITY/ **(FR)** NATIONALITÉ/ **(GA)** NÁISIÚNTACHT/ **(HR)** DRŽAVLJANSTVO/ **(IT)** CITTADINANZA/ **(LV)** VALSTSPIEDERĪBA/ **(LT)** PILIETYBĖ/ **(HU)** ÁLLAMPOLGÁRSÁGA/ **(MT)** ĊITTADINANZA/ **(NL)** NATIONALITEIT/ **(PL)** OBYWATELSTWO/ **(PT)** NACIONALIDADE/ **(RO)** CETĂŢENIA/ **(SK)** ŠTÁTNA PRÍSLUŠNOSŤ/ **(SL)** DRŽAVLJANSTVO/ **(FI)** KANSALAISUUS/ **(SV)** MEDBORGARSKAP |
| 5. | **(BG)** СЪГЛАСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** SEGÚN EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO,/ **(CZ)** NA ZÁKLADĚ VEŘEJNÉ LISTINY, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ,/ **(DA)** I HENHOLD TIL DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** GEMÄSS DER ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST/ **(ET)** VASTAVALT AVALIKULE DOKUMENDILE, MILLELE SEE VORM ON LISATUD/ **(EL)** ΣΥΜΦΩΝΑ ΜΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** ACCORDING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** D'APRÈS LE DOCUMENT PUBLIC AUQUEL LE PRÉSENT FORMULAIRE EST JOINT/ **(GA)** DE RÉIR AN DOICIMÉID PHOIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** PREMA JAVNOJ ISPRAVI KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** SECONDO IL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** SASKAŅĀ AR PUBLISKO DOKUMENTU, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA/ **(LT)** PAGAL VIEŠĄJĮ DOKUMENTĄ, PRIE KURIO PRIDEDAMA ŠI FORMA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRAT SZERINT/ **(MT)** SKONT ID-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** VOLGENS HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** Z DOKUMENTU URZĘDOWEGO, DO KTÓREGO ZAŁĄCZONY JEST NINIEJSZY FORMULARZ, WYNIKA, ŻE/ **(PT)** SEGUNDO O DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** ÎN CONFORMITATE CU DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR,/ **(SK)** PODĽA VEREJNEJ LISTINY, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** V SKLADU Z JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** SEN YLEISEN ASIAKIRJAN MUKAAN, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** ENLIGT DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |
| 5.1 | **(BG)** СЪОТВЕТНОТО ЛИЦЕ ПРИТЕЖАВА БРАЧНА ДЕЕСПОСОБНОСТ СЪГЛАСНО НАЦИОНАЛНОТО ПРАВО НА ДЪРЖАВАТА ЧЛЕНКА, В КОЯТО Е ИЗДАДЕН ОФИЦИАЛНИЯТ ДОКУМЕНТ/ **(ES)** EL INTERESADO TIENE CAPACIDAD PARA CONTRAER MATRIMONIO CON ARREGLO AL DERECHO NACIONAL DEL ESTADO MIEMBRO DE EXPEDICIÓN DEL DOCUMENTO PÚBLICO/ **(CZ)** JE DOTYČNÁ OSOBA ZPŮSOBILÁ UZAVŘÍT MANŽELSTVÍ PODLE VNITROSTÁTNÍHO PRÁVA ČLENSKÉHO STÁTU, V NĚMŽ JE VEŘEJNÁ LISTINA VYDÁNA/ **(DA)** DEN PÅGÆLDENDE PERSON HAR ADGANG TIL AT KUNNE INDGÅ ÆGTESKAB I HENHOLD TIL NATIONAL RET I DEN MEDLEMSSTAT, HVOR DET OFFENTLIGE DOKUMENT ER UDSTEDT/ **(DE)** IST DIE BETREFFENDE PERSON NACH DEM NATIONALEN RECHT DES MITGLIEDSTAATS, IN DEM DIE ÖFFENTLICHE URKUNDE AUSGESTELLT WURDE, EHEFÄHIG/ **(ET)** ON ASJAOMANE ISIK AVALIKU DOKUMENDI VÄLJA ANDNUD LIIKMESRIIGI ÕIGUSE KOHASELT ABIELUVÕIMELINE/ **(EL)** ΤΟ ΠΡΟΣΩΠΟ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ ΕΧΕΙ ΤΗΝ ΙΚΑΝΟΤΗΤΑ ΣΥΝΑΨΗΣ ΓΑΜΟΥ ΔΥΝΑΜΕΙ ΤΟΥ ΕΘΝΙΚΟΥ ΔΙΚΑΙΟΥ ΤΟΥ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΟΠΟΥ ΕΚΔΟΘΗΚΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ/ **(EN)** THE PERSON CONCERNED HAS THE CAPACITY TO MARRY UNDER THE NATIONAL LAW OF THE MEMBER STATE WHERE THE PUBLIC DOCUMENT IS ISSUED/ **(FR)** LA PERSONNE CONCERNÉE PEUT SE MARIER EN VERTU DU DROIT NATIONAL DE L'ÉTAT MEMBRE OÙ LE DOCUMENT PUBLIC EST DÉLIVRÉ/ **(GA)** TÁ AN DUINE LENA mBAINEANN DEN CHUMAS CHUN PÓSADH FAOI DHLÍ NÁISIÚNTA AN BHALLSTÁIT INA nDÉANTAR AN DOICIMÉAD POIBLÍ A EISIÚINT/ **(HR)** DOTIČNA OSOBA IMA SPOSOBNOST ZA SKLAPANJE BRAKA PREMA NACIONALNOM PRAVU DRŽAVE ČLANICE U KOJOJ JE JAVNA ISPRAVA IZDANA/ **(IT)** LA PERSONA INTERESSATA POSSIEDE LA CAPACITÀ DI CONTRARRE MATRIMONIO A NORMA DEL DIRITTO NAZIONALE DELLO STATO MEMBRO CHE RILASCIA IL DOCUMENTO PUBBLICO/ **(LV)** ATTIECĪGĀ PERSONA SPĒJ DOTIES LAULĪBĀ SASKAŅĀ AR TĀS DALĪBVALSTS TIESĪBU AKTIEM, KURĀ PUBLISKAIS DOKUMENTS IR IZDOTS/ **(LT)** ATITINKAMAS ASMUO YRA VEIKSNUS SUDARYTI SANTUOKĄ PAGAL VALSTYBĖS NARĖS, KURIOJE VIEŠASIS DOKUMENTAS IŠDUODAMAS, NACIONALINĘ TEISĘ/ **(HU)** AZ ÉRINTETT SZEMÉLY A KÖZOKIRAT |

KIÁLLÍTÁSÁNAK HELYE SZERINTI TAGÁLLAM NEMZETI JOGA SZERINT HÁZASSÁGOT KÖTHET/ **(MT)** IL-PERSUNA KKONĊERNATA GĦANDHA L-KAPAĊITÀ LI TIŻŻEWWEĠ TAĦT IL-LIĠI NAZZJONALI TAL-ISTAT MEMBRU FEJN INĦAREĠ ID-DOKUMENT PUBBLIKU/ **(NL)** HEEFT DE BETROKKENE DE BEKWAAMHEID OM TE HUWEN OP GROND VAN HET NATIONALE RECHT VAN DE LIDSTAAT WAAR HET OPENBAAR DOCUMENT WORDT AFGEGEVEN/ **(PL)** OSOBA, KTÓREJ DOTYCZY DOKUMENT, POSIADA ZDOLNOŚĆ DO ZAWARCIA MAŁŻEŃSTWA NA MOCY PRAWA KRAJOWEGO PAŃSTWA CZŁONKOWSKIEGO, W KTÓRYM TEN DOKUMENT URZĘDOWY ZOSTAŁ WYDANY/ **(PT)** A PESSOA EM CAUSA POSSUI CAPACIDADE MATRIMONIAL NOS TERMOS DO DIREITO NACIONAL DO ESTADO-MEMBRO EM QUE O DOCUMENTO PÚBLICO FOI EMITIDO/ **(RO)** PERSOANA VIZATĂ ARE CAPACITATEA DE A SE CĂSĂTORI ÎN CONFORMITATE CU DREPTUL INTERN AL STATULUI MEMBRU ÎN CARE ESTE EMIS DOCUMENTUL OFICIAL/ **(SK)** DOTKNUTÁ OSOBA JE SPÔSOBILÁ UZAVRIEŤ MANŽELSTVO PODĽA VNÚTROŠTÁTNEHO PRÁVA ČLENSKÉHO ŠTÁTU, V KTOROM JE VEREJNÁ LISTINA VYDANÁ/ **(SL)** JE ZADEVNA OSEBA SPOSOBNA ZA SKLENITEV ZAKONSKE ZVEZE V SKLADU Z NACIONALNIM PRAVOM DRŽAVE ČLANICE, V KATERI JE IZDANA JAVNA LISTINA/ **(FI)** ASIANOMAISELLA HENKILÖLLÄ ON KELPOISUUS SOLMIA AVIOLIITTO SEN JÄSENVALTION KANSALLISEN LAINSÄÄDÄNNÖN MUKAAN, JOSSA YLEINEN ASIAKIRJA ON ANNETTU/ **(SV)** HAR DEN BERÖRDA PERSONEN BEHÖRIGHET ATT INGÅ ÄKTENSKAP ENLIGT DEN NATIONELLA LAGSTIFTNINGEN I DEN MEDLEMSSTAT DÄR DEN OFFICIELLA HANDLINGEN UTFÄRDADES

| | |
|---|---|
| 5.2 | **(BG)** НЯМА ДАННИ СЪОТВЕТНОТО ЛИЦЕ ДА Е ВСТЪПИЛО В БРАК СЪГЛАСНО НАЦИОНАЛНОТО ПРАВО НА ДЪРЖАВАТА ЧЛЕНКА, В КОЯТО Е ИЗДАДЕН ОФИЦИАЛНИЯТ ДОКУМЕНТ/ **(ES)** NO CONSTA NINGÚN MATRIMONIO A NOMBRE DEL INTERESADO CON ARREGLO AL DERECHO NACIONAL DEL ESTADO MIEMBRO DE EXPEDICIÓN DEL DOCUMENTO PÚBLICO/ **(CZ)** DOTYČNÁ OSOBA PATRNĚ NEUZAVŘELA MANŽELSTVÍ POD SVÝM JMÉNEM PODLE VNITROSTÁTNÍHO PRÁVA ČLENSKÉHO STÁTU, V NĚMŽ JE VEŘEJNÁ LISTINA VYDÁNA/ **(DA)** DEN PÅGÆLDENDE PERSON SES IKKE AT HAVE NOGET ÆGTESKAB OPFØRT UNDER SIT NAVN I HENHOLD TIL NATIONAL RET I DEN MEDLEMSSTAT, HVOR DET OFFENTLIGE DOKUMENT ER UDSTEDT/ **(DE)** HAT DIE BETREFFENDE PERSON UNTER IHREM NAMEN OFFENBAR KEINE NACH DEM NATIONALEN RECHT DES MITGLIEDSTAATS, IN DEM DIE ÖFFENTLICHE URKUNDE AUSGESTELLT WURDE, GESCHLOSSEN/ **(ET)** EI OLE ASJAOMASE ISIKU NIMEL ÜHTEGI AVALIKU DOKUMENDI VÄLJA ANDNUD LIIKMESRIIGI ÕIGUSE KOHAST ABIELUKANNET/ **(EL)** ΔΕΝ ΦΑΙΝΕΤΑΙ ΝΑ ΥΠΑΡΧΕΙ ΓΑΜΟΣ ΣΤΟ ΟΝΟΜΑ ΤΟΥ ΠΡΟΣΩΠΟΥ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ ΔΥΝΑΜΕΙ ΤΟΥ ΕΘΝΙΚΟΥ ΔΙΚΑΙΟΥ ΤΟΥ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΟΠΟΥ ΕΚΔΟΘΗΚΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ/ **(EN)** THE PERSON CONCERNED APPEARS TO HAVE NO MARRIAGE IN HIS OR HER NAME UNDER THE NATIONAL LAW OF THE MEMBER STATE WHERE THE PUBLIC DOCUMENT IS ISSUED/ **(FR)** LA PERSONNE CONCERNÉE NE SEMBLE PAS AVOIR CONTRACTÉ DE MARIAGE EN SON NOM EN VERTU DU DROIT NATIONAL DE L'ÉTAT MEMBRE OÙ LE DOCUMENT PUBLIC EST DÉLIVRÉ/ **(GA)** NÍL AON FHIANAISE ANN GO BHFUIL AN DUINE LENA mBAINEANN PÓSTA FAOINA AINM NÓ FAOINA hAINM FAOIN DLÍ NÁISIÚNTA SA BHALLSTÁT INA nDÉANTAR AN DOICIMÉAD POIBLÍ A EISIÚINT/ **(HR)** NIJE POZNATO DA JE DOTIČNA OSOBA POD SVOJIM IMENOM SKLOPILA BRAK PREMA NACIONALNOM PRAVU DRŽAVE ČLANICE U KOJOJ JE JAVNA ISPRAVA IZDANA/ **(IT)** A NOME DELLA PERSONA INTERESSATA NON RISULTA REGISTRATO ALCUN ATTO DI MATRIMONIO A NORMA DEL DIRITTO NAZIONALE DELLO STATO MEMBRO CHE RILASCIA IL DOCUMENTO PUBBLICO/ **(LV)** UZ ATTIECĪGĀS PERSONAS VĀRDA NAV NOSLĒGTA NEVIENA LAULĪBA SASKAŅĀ AR TĀS DALĪBVALSTS TIESĪBU AKTIEM, KURĀ PUBLISKAIS DOKUMENTS IR IZDOTS/ **(LT)** ATITINKAMAS ASMUO SAVO VARDU NĖRA SUDARĘS SANTUOKOS PAGAL VALSTYBĖS NARĖS, KURIOJE VIEŠASIS DOKUMENTAS IŠDUODAMAS, NACIONALINĘ TEISĘ/ **(HU)** AZ ÉRINTETT SZEMÉLYNEK A KÖZOKIRAT KIÁLLÍTÁSÁNAK HELYE SZERINTI TAGÁLLAM NEMZETI JOGA SZERINT HÁZASSÁGA MEGÁLLAPÍTHATÓAN NINCS/ **(MT)** IL-PERSUNA KKONĊERNATA TIDHER LI MA GĦANDHA L-EBDA ŻWIEĠ IRREĠISTRAT F'ISIMHA TAĦT IL-LIĠI NAZZJONALI TAL-ISTAT MEMBRU FEJN INĦAREĠ ID-DOKUMENT PUBBLIKU/ **(NL)** HEEFT DE BETROKKENE GEEN HUWELIJK IN ZIJN OF HAAR NAAM OP GROND VAN HET NATIONALE RECHT VAN DE LIDSTAAT WAAR HET OPENBAAR DOCUMENT WORDT AFGEGEVEN/ **(PL)** OSOBA, KTÓREJ DOTYCZY DOKUMENT, NIE POZOSTAJE W ZWIĄZKU MAŁŻEŃSKIM NA MOCY PRAWA KRAJOWEGO PAŃSTWA, W KTÓRYM TEN DOKUMENT URZĘDOWY ZOSTAŁ WYDANY/ **(PT)** NÃO SE AFIGURA EXISTIR CASAMENTO EM NOME DA PESSOA EM CAUSA NOS TERMOS DO DIREITO NACIONAL DO ESTADO-MEMBRO QUE O DOCUMENTO PÚBLICO FOI EMITIDO/ **(RO)** NU SE CUNOAŞTE NICIO CĂSĂTORIE ÎNCHEIATĂ PE NUMELE PERSOANEI VIZATE ÎN CONFORMITATE CU DREPTUL INTERN AL STATULUI MEMBRU ÎN CARE ESTE EMIS DOCUMENTUL OFICIAL/ **(SK)** DOTKNUTÁ OSOBA ZREJME NEUZAVRELA MANŽELSTVO VO SVOJOM MENE PODĽA VNÚTROŠTÁTNEHO PRÁVA ČLENSKÉHO ŠTÁTU, V KTOROM JE VEREJNÁ LISTINA VYDANÁ/ **(SL)** PO RAZPOLOŽLJIIVH PODATKIH ZADEVNA OSEBA NI V ZAKONSKI ZVEZI, KI BI JO SKLENILA V SVOJEM IMENU IN V SKLADU Z NACIONALNIM PRAVOM DRŽAVE ČLANICE, V KATERI JE IZDANA JAVNA LISTINA/ **(FI)** ASIANOMAISEN HENKILÖN NIMELLE EI OLE MERKITTY AVIOLIITTOA SEN JÄSENVALTION KANSALLISEN LAINSÄÄDÄNNÖN MUKAAN, JOSSA YLEINEN ASIAKIRJA ON ANNETTU/ **(SV)** FÖREFALLER DEN BERÖRDA PERSONEN INTE HA INGÅTT ÄKTENSKAP ENLIGT DEN NATIONELLA LAGSTIFTNINGEN I DEN MEDLEMSSTAT DÄR DEN OFFICIELLA HANDLINGEN UTFÄRDADES |
| 5.3 | **(BG)** НЕ СА ИЗВЕСТНИ ПРЕЧКИ СЪОТВЕТНОТО ЛИЦЕ ДА ВСТЪПИ В БРАК СЪГЛАСНО НАЦИОНАЛНОТО ПРАВО НА ДЪРЖАВАТА ЧЛЕНКА, В КОЯТО Е ИЗДАДЕН ОФИЦИАЛНИЯТ ДОКУМЕНТ/ **(ES)** NO HAY CONSTANCIA DE NINGÚN IMPEDIMENTO PARA QUE EL INTERESADO CONTRAIGA MATRIMONIO CON ARREGLO AL DERECHO NACIONAL DEL ESTADO MIEMBRO DE EXPEDICIÓN DEL DOCUMENTO PÚBLICO/ **(CZ)** NEEXISTUJE ŽÁDNÁ ZNÁMÁ PŘEKÁŽKA, ABY DOTYČNÁ OSOBA UZAVŘELA MANŽELSTVÍ PODLE VNITROSTÁTNÍHO PRÁVA ČLENSKÉHO STÁTU, V NĚMŽ JE VEŘEJNÁ LISTINA VYDÁNA/ **(DA)** DER FORELIGGER INGEN KENDTE HINDRINGER FOR DEN PÅGÆLDENDE PERSONS INDGÅELSE AF ÆGTESKAB I HENHOLD TIL NATIONAL RET I DEN MEDLEMSSTAT, HVOR DET OFFENTLIGE DOKUMENT ER UDSTEDT/ **(DE)** IST KEIN HINDERNIS BEKANNT, DAS DER EHESCHLIESSUNG DER BETREFFENDEN PERSON NACH DEM NATIONALEN RECHT DES MITGLIEDSTAATS, IN DEM DIE ÖFFENTLICHE |

URKUNDE AUSGESTELLT WURDE, ENTGEGENSTEHT/ **(ET)** EI OLE TEADA DOKUMENDI VÄLJA ANDNUD LIIKMESRIIGI ÕIGUSE KOHASEID ASJAOLUSID, MIS TAKISTAKSID ASJAOMASEL ISIKUL ABIELU SÕLMIDA/ **(EL)** ΔΕΝ ΕΙΝΑΙ ΓΝΩΣΤΟ ΚΑΝΕΝΑ ΚΩΛΥΜΑ ΓΙΑ ΤΗ ΣΥΝΑΨΗ ΓΑΜΟΥ ΑΠΟ ΤΟ ΠΡΟΣΩΠΟ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ ΔΥΝΑΜΕΙ ΤΟΥ ΕΘΝΙΚΟΥ ΔΙΚΑΙΟΥ ΤΟΥ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΟΠΟΥ ΕΚΔΟΘΗΚΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ/ **(EN)** THERE IS NO KNOWN IMPEDIMENT FOR THE PERSON CONCERNED TO MARRY UNDER THE NATIONAL LAW OF THE MEMBER STATE WHERE THE PUBLIC DOCUMENT IS ISSUED/ **(FR)** IL N'EXISTE PAS D'EMPÊCHEMENT CONNU AU MARIAGE DE LA PERSONNE CONCERNÉE EN VERTU DU DROIT NATIONAL DE L'ÉTAT MEMBRE OÙ LE DOCUMENT PUBLIC EST DÉLIVRÉ/ **(GA)** NÍL AON BHAC AITHEANTA ANN AR AN DUINE LENA mBAINEANN CHUN PÓSADH FAOIN DLÍ NÁISIÚNTA SA BHALLSTÁT INA nDÉANTAR AN DOICIMÉAD POIBLÍ A EISIÚINT/ **(HR)** NEMA POZNATE ZAPREKE ZBOG KOJE DOTIČNA OSOBA NE BI MOGLA SKLOPITI BRAK PREMA NACIONALNOM PRAVU DRŽAVE ČLANICE U KOJOJ JE JAVNA ISPRAVA IZDANA/ **(IT)** NON SONO NOTI IMPEDIMENTI AL MATRIMONIO DELLA PERSONA INTERESSATA A NORMA DEL DIRITTO NAZIONALE DELLO STATO MEMBRO CHE RILASCIA IL DOCUMENTO PUBBLICO/ **(LV)** NAV ZINĀMI NEKĀDI ŠĶĒRŠĻI ATTIECĪGAJAI PERSONAI STĀTIES LAULĪBĀ SASKAŅĀ AR TĀS DALĪBVALSTS TIESĪBU AKTIEM, KURĀ PUBLISKAIS DOKUMENTS IR IZDOTS/ **(LT)** NĖRA ŽINOMŲ KLIŪČIŲ ATITINKAMAM ASMENIUI SUDARYTI SANTUOKĄ PAGAL VALSTYBĖS NARĖS, KURIOJE VIEŠASIS DOKUMENTAS IŠDUODAMAS, NACIONALINĘ TEISĘ/ **(HU)** NINCS A KÖZOKIRAT KIÁLLÍTÁSÁNAK HELYE SZERINTI TAGÁLLAM NEMZETI JOGA SZERINTI ISMERT AKADÁLYA ANNAK, HOGY AZ ÉRINTETT SZEMÉLY HÁZASSÁGOT KÖSSÖN/ **(MT)** MA HEMM L-EBDA IMPEDIMENT MAGĦRUF GĦALL-PERSUNA KKONĊERNATA BIEX TIŻŻEWWEĠ TAĦT IL-LIĠI NAZZJONALI TAL-ISTAT MEMBRU FEJN INĦAREĠ ID-DOKUMENT PUBBLIKU/ **(NL)** IS ER GEEN BELEMMERING VOOR DE BETROKKENE OM TE HUWEN OP GROND VAN HET NATIONALE RECHT VAN DE LIDSTAAT WAAR HET OPENBAAR DOCUMENT WORDT AFGEGEVEN/ **(PL)** NIE ISTNIEJĄ ZNANE PRZESZKODY DLA ZAWARCIA PRZEZ OSOBĘ, KTÓREJ DOTYCZY DOKUMENT, MAŁŻEŃSTWA NA MOCY PRAWA KRAJOWEGO PAŃSTWA CZŁONKOWSKIEGO, W KTÓRYM TEN DOKUMENT URZĘDOWY ZOSTAŁ WYDANY/ **(PT)** NÃO EXISTE IMPEDIMENTO CONHECIDO A QUE A PESSOA EM CAUSA CONTRAIA MATRIMÓNIO NOS TERMOS DO DIREITO NACIONAL DO ESTADO-MEMBRO EM-QUE O DOCUMENTO PÚBLICO FOI EMITIDO/ **(RO)** NU SE CUNOSC IMPEDIMENTE LA CĂSĂTORIA PERSOANEI VIZATE ÎN CONFORMITATE CU DREPTUL INTERN AL STATULUI MEMBRU ÎN CARE ESTE EMIS DOCUMENTUL OFICIAL/ **(SK)** NIE JE ZNÁMA PREKÁŽKA PRE DOTKNUTÚ OSOBU UZAVRIEŤ MANŽELSTVO PODĽA VNÚTROŠTÁTNEHO PRÁVA ČLENSKÉHO ŠTÁTU, V KTOROM JE VEREJNÁ LISTINA VYDANÁ/ **(SL)** NI UGOTOVLJENIH ZADRŽKOV, DA ZADEVNA OSEBA NE BI MOGLA SKLENITI ZAKONSKE ZVEZE V SKLADU Z NACIONALNIM PRAVOM DRŽAVE ČLANICE, V KATERI JE IZDANA JAVNA LISTINA/ **(FI)** ASIANOMAISEN HENKILÖN AVIOLIITOLLE EI TIEDETÄ OLEVAN ESTEITÄ SEN JÄSENVALTION KANSALLISEN LAINSÄÄDÄNNÖN MUKAAN, JOSSA YLEINEN ASIAKIRJA ON ANNETTU/ **(SV)** FINNS DET INGA KÄNDA HINDER FÖR DEN BERÖRDA PERSONEN ATT INGÅ ÄKTENSKAP ENLIGT DEN NATIONELLA LAGSTIFTNINGEN I DEN MEDLEMSSTAT DÄR DEN OFFICIELLA HANDLINGEN UTFÄRDADES

---

**5.4**   **(BG)** НЕ СА ИЗВЕСТНИ ПРЕЧКИ ЗА СКЛЮЧВАНЕТО НА БРАК МЕЖДУ СЪОТВЕТНОТО ЛИЦЕ И НЕЙНИЯ(НЕГОВАТА) БЪДЕЩ(А) СЪПРУГ(А) СЪГЛАСНО НАЦИОНАЛНОТО ПРАВО НА ДЪРЖАВАТА ЧЛЕНКА, В КОЯТО Е ИЗДАДЕН ОФИЦИАЛНИЯТ ДОКУМЕНТ/ **(ES)** NO HAY CONSTANCIA DE NINGÚN IMPEDIMENTO PARA QUE EL INTERESADO CONTRAIGA MATRIMONIO CON SU FUTURO CÓNYUGE CON ARREGLO AL DERECHO NACIONAL DEL ESTADO MIEMBRO DE EXPEDICIÓN DEL DOCUMENTO PÚBLICO/ **(CZ)** NEEXISTUJE ŽÁDNÁ ZNÁMÁ PŘEKÁŽKA MANŽELSTVÍ MEZI DOTYČNOU OSOBOU A JEJÍM SNOUBENCEM / JEJÍ SNOUBENKOU PODLE VNITROSTÁTNÍHO PRÁVA ČLENSKÉHO STÁTU, V NĚMŽ JE VEŘEJNÁ LISTINA VYDÁNA/ **(DA)** DER FORELIGGER INGEN KENDTE HINDRINGER FOR INDGÅELSE AF ÆGTESKAB MELLEM DEN PÅGÆLDENDE PERSON OG DENNES KOMMENDE ÆGTEFÆLLE I HENHOLD TIL NATIONAL RET I DEN MEDLEMSSTAT, HVOR DET OFFENTLIGE DOKUMENT ER UDSTEDT/ **(DE)** IST KEIN HINDERNIS BEKANNT, DAS EINER EHESCHLIESSUNG DER BETREFFENDEN PERSON MIT IHREM KÜNFTIGEN EHEGATTEN NACH DEM NATIONALEN RECHT DES MITGLIEDSTAATS, IN DEM DIE ÖFFENTLICHE URKUNDE AUSGESTELLT WURDE, ENTGEGENSTEHT/ **(ET)** EI OLE TEADA AVALIKU DOKUMENDI VÄLJA ANDNUD LIIKMESRIIGI ÕIGUSE KOHASEID ASJAOLUSID, MIS TAKISTAKSID ABIELU SÕLMIMIST ASJAOMASE ISIKU JA TEMA TULEVASE ABIKAASA VAHEL/ **(EL)** ΔΕΝ ΕΙΝΑΙ ΓΝΩΣΤΟ ΚΑΝΕΝΑ ΚΩΛΥΜΑ ΓΙΑ ΤΗ ΣΥΝΑΨΗ ΓΑΜΟΥ ΜΕΤΑΞΥ ΤΟΥ ΠΡΟΣΩΠΟΥ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ ΚΑΙ ΤΟΥ ΜΕΛΛΟΝΤΟΣ Ή ΤΗΣ ΜΕΛΛΟΥΣΑΣ ΣΥΖΥΓΟΥ ΤΟΥ ΔΥΝΑΜΕΙ ΤΟΥ ΕΘΝΙΚΟΥ ΔΙΚΑΙΟΥ ΤΟΥ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΟΠΟΥ ΕΚΔΟΘΗΚΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ/ **(EN)** THERE IS NO IMPEDIMENT KNOWN TO A MARRIAGE BETWEEN THE PERSON CONCERNED AND HIS OR HER INTENDED SPOUSE UNDER THE NATIONAL LAW OF THE MEMBER STATE WHERE THE PUBLIC DOCUMENT IS ISSUED/ **(FR)** IL N'EXISTE PAS D'EMPÊCHEMENT CONNU AU MARIAGE DE LA PERSONNE CONCERNÉE AVEC SON FUTUR CONJOINT EN VERTU DU DROIT NATIONAL DE L'ÉTAT MEMBRE OÙ LE DOCUMENT PUBLIC EST DÉLIVRÉ/ **(GA)** NÍL AON BHAC AITHEANTA ANN AR PHÓSADH IDIR AN DUINE LENA mBAINEANN AGUS A C(H)ÉILE BEARTAITHE FAOI DHLÍ NÁISIÚNTA AN BHALLSTÁIT INA nDÉANTAR AN DOICIMÉAD POIBLÍ A EISIÚINT/ **(HR)** NEMA POZNATE ZAPREKE ZBOG KOJE DOTIČNA OSOBA I NJEZIN BUDUĆI BRAČNI DRUG NE BI MOGLI SKLOPITI BRAK PREMA NACIONALNOM PRAVU DRŽAVE ČLANICE U KOJOJ JE JAVNA ISPRAVA IZDANA/ **(IT)** NON SONO NOTI IMPEDIMENTI AL MATRIMONIO TRA LA PERSONA INTERESSATA E IL FUTURO CONIUGE A NORMA DEL DIRITTO NAZIONALE DELLO STATO MEMBRO CHE RILASCIA IL DOCUMENTO PUBBLICO/ **(LV)** NAV ZINĀMI NEKĀDI ŠĶĒRŠĻI LAULĪBAS NOSLĒGŠANAI STARP ATTIECĪGO PERSONU UN TĀS TOPOŠO LAULĀTO SASKAŅĀ AR TĀS DALĪBVALSTS TIESĪBU AKTIEM, KURĀ PUBLISKAIS DOKUMENTS IR IZDOTS/ **(LT)** NĖRA ŽINOMŲ KLIŪČIŲ ATITINKAMO ASMENS IR JO BŪSIMO (-OS) SUTUOKTINIO (-ĖS) SANTUOKAI PAGAL VALSTYBĖS NARĖS, KURIOJE VIEŠASIS DOKUMENTAS IŠDUODAMAS, NACIONALINĘ TEISĘ/ **(HU)** NINCS A KÖZOKIRAT KIÁLLÍTÁSÁNAK HELYE SZERINTI TAGÁLLAM NEMZETI JOGA SZERINTI, ISMERT AKADÁLYA ANNAK, HOGY AZ ÉRINTETT SZEMÉLY ÉS LEENDŐ HÁZASTÁRSA EGYMÁSSAL

| | |
|---|---|
| | HÁZASSÁGOT KÖSSÖN/ **(MT)** MA HEMM L-EBDA IMPEDIMENT MAGĦRUF GĦAŻ-ŻWIEĠ BEJN IL-PERSUNA KKONĊERNATA U L-KONJUĠI FUTUR TAGĦHA TAĦT IL-LIĠI NAZZJONALI TAL-ISTAT MEMBRU FEJN INĦAREĠ ID-DOKUMENT PUBBLIKU/ **(NL)** IS ER GEEN BELEMMERING VOOR EEN HUWELIJK TUSSEN DE BETROKKENE EN ZIJN OF HAAR BEOOGDE ECHTGENO(O)T(E) OP GROND VAN HET NATIONALE RECHT VAN DE LIDSTAAT WAAR HET OPENBAAR DOCUMENT WORDT AFGEGEVEN/ **(PL)** NIE ISTNIEJĄ ZNANE PRZESZKODY DLA ZAWARCIA MAŁŻEŃSTWA PRZEZ OSOBĘ, KTÓREJ DOTYCZY DOKUMENT, Z OSOBĄ, Z KTÓRĄ ZAMIERZA ONA ZAWRZEĆ MAŁŻEŃSTWO, NA MOCY PRAWA KRAJOWEGO PAŃSTWA CZŁONKOWSKIEGO, W KTÓRYM TEN DOKUMENT URZĘDOWY ZOSTAŁ WYDANY/ **(PT)** NÃO EXISTE IMPEDIMENTO CONHECIDO A QUE OS NUBENTES CONTRAIAM MATRIMÓNIO NOS TERMOS DO DIREITO NACIONAL DO ESTADO-MEMBRO EM QUE O DOCUMENTO FOI EMITIDO/ **(RO)** NU SE CUNOSC IMPEDIMENTE LA CĂSĂTORIA DINTRE PERSOANA VIZATĂ ȘI VIITORUL SOȚ (VIITOAREA SOȚIE) ÎN CONFORMITATE CU DREPTUL INTERN AL STATULUI MEMBRU ÎN CARE ESTE EMIS DOCUMENTUL OFICIAL/ **(SK)** NIE JE ZNÁMA PREKÁŽKA UZAVRIEŤ MANŽELSTVO MEDZI DOTKNUTOU OSOBOU A JEJ NASTÁVAJÚCOU MANŽELKOU ALEBO NASTÁVAJÚCIM MANŽELOM PODĽA VNÚTROŠTÁTNEHO PRÁVA ČLENSKÉHO ŠTÁTU, V KTOROM JE VEREJNÁ LISTINA VYDANÁ/ **(SL)** NI UGOTOVLJENIH ZADRŽKOV, DA ZADEVNA OSEBA IN NJEN PREDVIDENI ZAKONEC NE BI MOGLA SKLENITI ZAKONSKE ZVEZE V SKLADU Z NACIONALNIM PRAVOM DRŽAVE ČLANICE, V KATERI JE IZDANA JAVNA LISTINA/ **(FI)** ASIANOMAISEN HENKILÖN JA HÄNEN TULEVAN PUOLISONSA VÄLISELLE AVIOLIITOLLE EI TIEDETÄ OLEVAN ESTEITÄ SEN JÄSENVALTION KANSALLISEN LAINSÄÄDÄNNÖN MUKAAN, JOSSA YLEINEN ASIAKIRJA ON ANNETTU/ **(SV)** FINNS DET INGA KÄNDA HINDER FÖR INGÅENDE AV ÄKTENSKAP MELLAN DEN BERÖRDA PERSONEN OCH HANS ELLER HENNES BLIVANDE MAKE ELLER MAKA ENLIGT DEN NATIONELLA LAGSTIFTNINGEN I DEN MEDLEMSSTAT DÄR DEN OFFICIELLA HANDLINGEN UTFÄRDADES |
| 5.5 | **(BG)** НЕ СА ИЗВЕСТНИ ВЪЗРАЖЕНИЯ СРЕЩУ СКЛЮЧВАНЕТО НА БРАК МЕЖДУ СЪОТВЕТНОТО ЛИЦЕ И НЕЙНИЯ(НЕГОВАТА) БЪДЕЩ(А) СЪПРУГ(А) СЪГЛАСНО НАЦИОНАЛНОТО ПРАВО НА ДЪРЖАВАТА ЧЛЕНКА, В КОЯТО Е ИЗДАДЕН ОФИЦИАЛНИЯТ ДОКУМЕНТ/ **(ES)** NO HAY OPOSICIÓN CONOCIDA AL MATRIMONIO ENTRE EL INTERESADO Y SU FUTURO CÓNYUGE CON ARREGLO AL DERECHO NACIONAL DEL ESTADO MIEMBRO DE EXPEDICIÓN DEL DOCUMENTO PÚBLICO/ **(CZ)** NEEXISTUJE ŽÁDNÁ ZNÁMÁ NÁMITKA PROTI UZAVŘENÍ MANŽELSTVÍ MEZI DOTYČNOU OSOBOU A JEJÍM SNOUBENCEM / JEJÍ SNOUBENKOU PODLE VNITROSTÁTNÍHO PRÁVA ČLENSKÉHO STÁTU, V NĚMŽ JE VEŘEJNÁ LISTINA VYDÁNA/ **(DA)** DER FORELIGGER INGEN KENDTE INDSIGELSER MOD INDGÅELSE AF ET ÆGTESKAB MELLEM DEN PÅGÆLDENDE PERSON OG DENNES KOMMENDE ÆGTEFÆLLE I HENHOLD TIL NATIONAL RET I DEN MEDLEMSSTAT, HVOR DET OFFENTLIGE DOKUMENT ER UDSTEDT/ **(DE)** IST KEIN EINWAND BEKANNT, DER EINER EHESCHLIESSUNG DER BETREFFENDEN PERSON MIT DEM KÜNFTIGEN EHEGATTEN NACH DEM NATIONALEN RECHT DES MITGLIEDSTAATS, IN DEM DIE ÖFFENTLICHE URKUNDE AUSGESTELLT WURDE, ENTGEGENSTEHT/ **(ET)** EI OLE TEADA AVALIKU DOKUMENDI VÄLJA ANDNUD LIIKMESRIIGI ÕIGUSE KOHAST VASTUSEISU, MIS TAKISTAKS ABIELU SÕLMIMIST ASJAOMASE ISIKU JA TEMA TULEVASE ABIKAASA VAHEL/ **(EL)** ΔΕΝ ΕΙΝΑΙ ΓΝΩΣΤΗ ΚΑΜΙΑ ΑΝΤΙΡΡΗΣΗ ΓΙΑ ΤΗ ΣΥΝΑΨΗ ΓΑΜΟΥ ΜΕΤΑΞΥ ΤΟΥ ΠΡΟΣΩΠΟΥ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ ΚΑΙ ΤΟΥ ΜΕΛΛΟΝΤΟΣ Ή ΤΗΣ ΜΕΛΛΟΥΣΑΣ ΣΥΖΥΓΟΥ ΤΟΥ ΔΥΝΑΜΕΙ ΤΟΥ ΕΘΝΙΚΟΥ ΔΙΚΑΙΟΥ ΤΟΥ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΟΠΟΥ ΕΚΔΟΘΗΚΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ/ **(EN)** THERE IS NO OPPOSITION KNOWN TO A MARRIAGE BETWEEN THE PERSON CONCERNED AND HIS OR HER INTENDED SPOUSE UNDER THE NATIONAL LAW OF THE MEMBER STATE WHERE THE PUBLIC DOCUMENT IS ISSUED/ **(FR)** IL N'EXISTE PAS D'OPPOSITION CONNUE AU MARIAGE DE LA PERSONNE CONCERNÉE AVEC SON FUTUR CONJOINT EN VERTU DU DROIT NATIONAL DE L'ÉTAT MEMBRE OÙ LE DOCUMENT PUBLIC EST DÉLIVRÉ/ **(GA)** NÍL AON CHUR IN AGHAIDH AITHEANTA ANN AR PHÓSADH IDIR AN DUINE LENA mBAINEANN AGUS A C(H)ÉILE BEARTAITHE FAOI DHLÍ NÁISIÚNTA AN BHALLSTÁIT INA nDÉANTAR AN DOICIMÉAD POIBLÍ A EISIÚINT/ **(HR)** NEMA POZNATOG PRIGOVORA ZBOG KOJEG DOTIČNA OSOBA I NJEZIN BUDUĆI BRAČNI DRUG NE BI MOGLI SKLOPITI BRAK PREMA NACIONALNOM PRAVU DRŽAVE ČLANICE U KOJOJ JE JAVNA ISPRAVA IZDANA/ **(IT)** NON SONO NOTE OPPOSIZIONI AL MATRIMONIO TRA LA PERSONA INTERESSATA E IL FUTURO CONIUGE A NORMA DEL DIRITTO NAZIONALE DELLO STATO MEMBRO CHE RILASCIA IL DOCUMENTO PUBBLICO/ **(LV)** NAV ZINĀMI NEKĀDI IEBILDUMI LAULĪBAS NOSLĒGŠANAI STARP ATTIECĪGO PERSONU UN TĀS TOPOŠO LAULĀTO SASKAŅĀ AR TĀS DALĪBVALSTS TIESĪBU AKTIEM, KURĀ PUBLISKAIS DOKUMENTS IR IZDOTS/ **(LT)** NĖRA ŽINOMŲ PRIEŠTARAVIMŲ ATITINKAMO ASMENS IR JO BŪSIMO (-OS) SUTUOKTINIO (-ĖS) SANTUOKAI PAGAL VALSTYBĖS NARĖS, KURIOJE VIEŠASIS DOKUMENTAS IŠDUODAMAS, NACIONALINĘ TEISĘ/ **(HU)** NEM ISMERT OLYAN, A KÖZOKIRAT KIÁLLÍTÁSÁNAK HELYE SZERINTI TAGÁLLAM NEMZETI JOGA SZERINTI ELLENVETÉS, AMELYET AZ ÉRINTETT SZEMÉLY ÉS LEENDŐ HÁZASTÁRSA ÁLTAL KÖTENDŐ HÁZASSÁGGAL SZEMBEN NYÚJTOTTAK BE/ **(MT)** MA HEMM L-EBDA OPPOŻIZZJONI MAGĦRUFA GĦAŻ-ŻWIEĠ BEJN IL-PERSUNA KKONĊERNATA U L-KONJUĠI FUTUR TAGĦHA TAĦT IL-LIĠI NAZZJONALI TAL-ISTAT MEMBRU FEJN INĦAREĠ ID-DOKUMENT PUBBLIKU/ **(NL)** IS ER GEEN VERZET TEGEN EEN HUWELIJK TUSSEN DE BETROKKENE EN ZIJN OF HAAR BEOOGDE ECHTGENO(O)T(E) OP GROND VAN HET NATIONALE RECHT VAN DE LIDSTAAT WAAR HET OPENBAAR DOCUMENT WORDT AFGEGEVEN/ **(PL)** NIE ZGŁOSZONO SPRZECIWU WOBEC ZAWARCIA MAŁŻEŃSTWA PRZEZ OSOBĘ, KTÓREJ DOTYCZY DOKUMENT, Z OSOBĄ, Z KTÓRĄ ZAMIERZA ONA ZAWRZEĆ MAŁŻEŃSTWO, NA MOCY PRAWA KRAJOWEGO PAŃSTWA CZŁONKOWSKIEGO, W KTÓRYM TEN DOKUMENT URZĘDOWY ZOSTAŁ WYDANY/ **(PT)** NÃO EXISTE OPOSIÇÃO CONHECIDA A QUE OS NUBENTES CONTRAIAM MATRIMÓNIO NOS TERMOS DO DIREITO NACIONAL DO ESTADO-MEMBRO EM QUE O DOCUMENTO FOI EMITIDO/ **(RO)** NU SE CUNOAȘTE NICIO OPOZIȚIE LA CĂSĂTORIA DINTRE PERSOANA VIZATĂ ȘI VIITORUL SOȚ (VIITOAREA SOȚIE) ÎN CONFORMITATE CU DREPTUL INTERN AL STATULUI MEMBRU ÎN CARE ESTE EMIS DOCUMENTUL OFICIAL/ **(SK)** NIE JE ZNÁMA NÁMIETKA VOČI UZAVRETIU MANŽELSTVA MEDZI DOTKNUTOU OSOBOU A JEJ NASTÁVAJÚCOU MANŽELKOU ALEBO NASTÁVAJÚCIM MANŽELOM PODĽA VNÚTROŠTÁTNEHO PRÁVA ČLENSKÉHO ŠTÁTU, V KTOROM JE VEREJNÁ LISTINA VYDANÁ/ **(SL)** NI UGOTOVLJENEGA NASPROTOVANJA SKLENITVI ZAKONSKE ZVEZE MED ZADEVNO OSEBO IN NJENIM PREDVIDENIM ZAKONCEM V SKLADU Z NACIONALNIM PRAVOM DRŽAVE ČLANICE, V KATERI JE IZDANA JAVNA LISTINA/ **(FI)** ASIANOMAISEN HENKILÖN JA HÄNEN TULEVAN PUOLISONSA VÄLISTÄ AVIOLIITTOA EI OLE VASTUSTETTU SEN JÄSENVALTION KANSALLISEN LAINSÄÄDÄNNÖN MUKAAN, JOSSA YLEINEN ASIAKIRJA ON ANNETTU/ **(SV)** FINNS DET INGA KÄNDA INVÄNDNINGAR MOT INGÅENDE AV ÄKTENSKAP MELLAN DEN BERÖRDA PERSONEN OCH HANS ELLER HENNES BLIVANDE MAKE ELLER MAKA ENLIGT DEN NATIONELLA LAGSTIFTNINGEN I DEN MEDLEMSSTAT DÄR DEN OFFICIELLA HANDLINGEN UTFÄRDADES |

L 200/68          EN          Official Journal of the European Union          26.7.2016

| | |
|---|---|
| 6. | **(BG)** ИНФОРМАЦИЯ ЗА БЪДЕЩИЯ(АТА) СЪПРУГ(А) НА СЪОТВЕТНОТО ЛИЦЕ/ **(ES)** INFORMACIÓN SOBRE EL FUTURO CÓNYUGE DEL INTERESADO/ **(CZ)** INFORMACE O SNOUBENCI / SNOUBENCE DOTYČNÉ OSOBY/ **(DA)** OPLYSNINGER OM DEN PÅGÆLDENDE PERSONS KOMMENDE ÆGTEFÆLLE/ **(DE)** ANGABEN ZU DEM KÜNFTIGEN EHEGATTEN DER BETREFFENDEN PERSON/ **(ET)** TEAVE ISIKU KOHTA, KELLEGA ASJAOMANE ISIK SOOVIB ABIELU SÕLMIDA/ **(EL)** ΣΤΟΙΧΕΙΑ ΤΟΥ ΜΕΛΛΟΝΤΟΣ Ἤ ΤΗΣ ΜΕΛΛΟΥΣΑΣ ΣΥΖΥΓΟΥ ΤΟΥ ΠΡΟΣΩΠΟΥ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ/ **(EN)** INFORMATION ON THE INTENDED SPOUSE OF THE PERSON CONCERNED/ **(FR)** INFORMATIONS SUR LE FUTUR CONJOINT DE LA PERSONNE CONCERNÉE/ **(GA)** FAISNÉIS MAIDIR LE CÉILE BEARTAITHE AN DUINE LENA mBAINEANN/ **(HR)** INFORMACIJE O BUDUĆEM BRAČNOM DRUGU DOTIČNE OSOBE/ **(IT)** INFORMAZIONI SUL FUTURO CONIUGE DELLA PERSONA INTERESSATA/ **(LV)** INFORMĀCIJA PAR ATTIECĪGĀS PERSONAS TOPOŠO LAULĀTO/ **(LT)** INFORMACIJA APIE ATITINKAMO ASMENS BŪSIMĄ SUTUOKTINĮ (-Ę)/ **(HU)** AZ ÉRINTETT SZEMÉLY LEENDŐ HÁZASTÁRSÁRA VONATKOZÓ ADATOK/ **(MT)** INFORMAZZJONI DWAR IL-KONJUĠI FUTUR TAL-PERSUNA KKONĊERNATA/ **(NL)** INFORMATIE OVER DE BEOOGDE ECHTGENO(O)T(E) VAN DE BETROKKENE/ **(PL)** DANE OSOBY, Z KTÓRĄ OSOBA, KTÓREJ DOTYCZY DOKUMENT, ZAMIERZA ZAWRZEĆ MAŁŻEŃSTWO/ **(PT)** INFORMAÇÕES SOBRE O FUTURO CÔNJUGE DA PESSOA EM CAUSA/ **(RO)** INFORMAȚII PRIVIND VIITORUL SOȚ (VIITOAREA SOȚIE) AL (A) PERSOANEI VIZATE/ **(SK)** INFORMÁCIE O NASTÁVAJÚCOM MANŽELOVI/ NASTÁVAJÚCEJ MANŽELKE DOTKNUTEJ OSOBY/ **(SL)** INFORMACIJE O PREDVIDENEM ZAKONCU ZADEVNE OSEBE/ **(FI)** TIEDOT ASIANOMAISEN HENKILÖN TULEVASTA PUOLISOSTA/ **(SV)** UPPGIFTER OM DEN BERÖRDA PERSONENS BLIVANDE MAKE ELLER MAKA |
| 7. | **(BG)** ПОЛЕ ЗА ПОДПИС/ **(ES)** RECUADRO PARA LA FIRMA/ **(CZ)** POLE PRO PODPIS/ **(DA)** UNDERSKRIFTSFELT/ **(DE)** UNTERSCHRIFTENFELD/ **(ET)** ALLKIRJALAHTER/ **(EL)** ΤΕΤΡΑΓΩΝΙΔΙΟ ΥΠΟΓΡΑΦΗΣ/ **(EN)** SIGNATURE BOX/ **(FR)** CADRE POUR LA SIGNATURE/ **(GA)** BOSCA DON SÍNIÚ/ **(HR)** POLJE ZA POTPIS/ **(IT)** RIQUADRO PER LA FIRMA/ **(LV)** PARAKSTA LAUKS/ **(LT)** PARAŠO LAUKELIS/ **(HU)** AZ ALÁÍRÁS SZÖVEGDOBOZA/ **(MT)** KAXXA TAL-IFFIRMAR/ **(NL)** VAK VOOR DE HANDTEKENING/ **(PL)** POLE PODPISU/ **(PT)** ESPAÇO DESTINADO À ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** KOLÓNKA NA PODPIS/ **(SL)** POLJE ZA PODPIS/ **(FI)** ALLEKIRJOITUSKENTTÄ/ **(SV)** RUTA FÖR UNDERTECKNANDE |
| 7.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) И СОБСТВЕНО(И) ИМЕ(НА) НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** APELLIDO(S) Y NOMBRE(S) DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** PŘÍJMENÍ A JMÉNO (JMÉNA) ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** EFTERNAVN(E) OG FORNAVN(E) PÅ DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** FAMILIENNAME(N) UND VORNAME(N) DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU EESNIMI (-NIMED) JA PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΚΑΙ ΟΝΟΜΑ(-ΤΑ) ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** SURNAME(S) AND FORENAME(S) OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** NOM(S) ET PRÉNOM(S) DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** SLOINNE (SLOINNTE) AGUS CÉADAINM (CÉADAINMNEACHA) AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** PREZIME(NA) I IME(NA) SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** COGNOME/I E NOME/I DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, UZVĀRDS(-I) UN VĀRDS(-I)/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAVARDĖ (-ĖS) IR VARDAS (-AI)/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ CSALÁDI NEVE(I) ÉS UTÓNEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET) U ISEM(/ISMIJIET) TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** NA(A)M(EN) EN VOORNA(A)M(EN) VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** NAZWISKO(-A) I IMIĘ (IMIONA) URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** APELIDO(S) E NOME(S) PRÓPRIO(S) DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** NUMELE ȘI PRENUMELE FUNCȚIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** PRIEZVISKO(-Á) A MENO(-Á) ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** PRIIMEK/PRIIMKI IN IME/IMENA URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN SUKUNIMI (-NIMET) JA ETUNIMI (-NIMET)/ **(SV)** EFTERNAMN OCH FÖRNAMN PÅ DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
| 7.2 | **(BG)** ДЛЪЖНОСТ НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО ЕСТЕ УДОСТОВЕРЕНИЕ/ **(ES)** CARGO DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** FUNKCE ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** STILLING — DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** STELLUNG DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU AMETIKOHT/ **(EL)** ΘΕΣΗ ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** POSITION OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** POSTE DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** POST AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** FUNKCIJA SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** POSIZIONE DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, AMATS/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAREIGOS/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ BEOSZTÁSA/ **(MT)** KARIGA TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** FUNCTIE VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** STANOWISKO URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** CARGO DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** POZIȚIA FUNCȚIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** FUNKCIA ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** POLOŽAJ URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN ASEMA/ **(SV)** BEFATTNING FÖR DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
| 7.3 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |

| 7.4 | **(BG)** ПОДПИС/ **(ES)** FIRMA/ **(CZ)** PODPIS/ **(DA)** UNDERSKRIFT/ **(DE)** UNTERSCHRIFT/ **(ET)** ALLKIRI/ **(EL)** ΥΠΟΓΡΑΦΗ/ **(EN)** SIGNATURE/ **(FR)** SIGNATURE/ **(GA)** SÍNIÚ/ **(HR)** POTPIS/ **(IT)** FIRMA/ **(LV)** PARAKSTS/ **(LT)** PARAŠAS/ **(HU)** ALÁÍRÁS/ **(MT)** FIRMA/ **(NL)** HANDTEKENING/ **(PL)** PODPIS/ **(PT)** ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** PODPIS/ **(SL)** PODPIS/ **(FI)** ALLEKIRJOITUS/ **(SV)** NAMNTECKNING |
|---|---|
| 7.5 | **(BG)** ПЕЧАТ ИЛИ ЩЕМПЕЛ/ **(ES)** SELLO O TIMBRE/ **(CZ)** PEČEŤ NEBO RAZÍTKO/ **(DA)** SEGL ELLER STEMPEL/ **(DE)** SIEGEL ODER STEMPEL/ **(ET)** PITSER VÕI TEMPEL/ **(EL)** ΣΦΡΑΓΙΔΑ/ **(EN)** SEAL OR STAMP/ **(FR)** SCEAU OU TIMBRE/ **(GA)** SÉALA NÓ STAMPA/ **(HR)** ŽIG ILI PEČAT/ **(IT)** BOLLO O TIMBRO/ **(LV)** ZĪMOGS VAI SPIEDOGS/ **(LT)** SPAUDAS ARBA ANTSPAUDAS/ **(HU)** PECSÉT VAGY BÉLYEGZŐLENYOMAT/ **(MT)** SIĠILL JEW TIMBRU/ **(NL)** ZEGEL OF STEMPEL/ **(PL)** PIECZĘĆ LUB STEMPEL/ **(PT)** SELO OU CARIMBO/ **(RO)** SIGILIUL SAU ŞTAMPILA/ **(SK)** PEČAŤ ALEBO ODTLAČOK PEČIATKY/ **(SL)** PEČAT ALI ŽIG/ **(FI)** SINETTI TAI LEIMA/ **(SV)** SIGILL ELLER STÄMPEL |

L 200/70          EN          Official Journal of the European Union          26.7.2016

*ANNEX VI*

| MARITAL STATUS<br><br>**MULTILINGUAL STANDARD FORM — TRANSLATION AID**<br><br>Article 7 of Regulation (EU) 2016/1191 of the European Parliament and of the Council of 6 July 2016 on promoting the free movement of citizens by simplifying the requirements for presenting certain public documents in the European Union and amending Regulation (EU) No 1024/2012 (¹) | ☐ Belgium (BE) ☐ Bulgaria (BG)<br>☐ Czech Republic (CZ)<br>☐ Denmark (DK) ☐ Germany (DE)<br>☐ Estonia (EE) ☐ Ireland (IE)<br>☐ Greece (EL) ☐ Spain (ES)<br>☐ France (FR) ☐ Croatia (HR)<br>☐ Italy (IT) ☐ Cyprus (CY)<br>☐ Latvia (LV) ☐ Lithuania (LT)<br>☐ Luxembourg (LU)<br>☐ Hungary (HU) ☐ Malta (MT)<br>☐ Netherlands (NL) ☐ Austria (AT)<br>☐ Poland (PL) ☐ Portugal (PT)<br>☐ Romania (RO) ☐ Slovenia (SI)<br>☐ Slovakia (SK) ☐ Finland (FI)<br>☐ Sweden (SE) ☐ United Kingdom (UK) |
| --- | --- |

---

**IMPORTANT NOTICE**

The sole purpose of this multilingual standard form is to facilitate the translation of the public document to which it is attached. This form shall not be circulated as an autonomous document between Member States.

This form reflects the content of the public document to which it is attached. However, the authority to which the public document is presented may require, when necessary for the purpose of processing the public document, a translation or transliteration of the information included in the form.

---

**NOTE FOR THE ISSUING AUTHORITY**

Mention only information which is given in the public document to which this form is attached (²).

If the public document to which this form is attached does not contain certain data or information, indicate '—'.

---

1. AUTHORITY ISSUING THIS FORM

1.1 Designation (³) ...............................................................................................................................

---

2. AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

1.1 Designation (⁴) ...............................................................................................................................

---

3. INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

3.1 ☐ Document emanating from an authority or an official connected with the courts or tribunals of a Member State

    3.1.1 ☐ Court decision

    3.1.2 ☐ Document emanating from a public prosecutor

    3.1.3 ☐ Document emanating from a clerk of a court

    3.1.4 ☐ Document emanating from a judicial officer ('huissier de justice')

    3.1.5 ☐ Other (to be specified) ...................................................................................................

---

(¹)  OJ L 200, 26.7.2016, p. 1.
(²)  If completing by hand, please use capital letters.
(³)  The term 'designation' should be interpreted as referring to the official designation of the authority issuing the form.
(⁴)  The term 'designation' should be interpreted as referring to the official designation of the authority issuing the public document to which this form is attached.

3.2 ☐ Administrative document

    3.2.1 ☐ Certificate

    3.2.2 ☐ Extract from the Civil Status Register

    3.2.3 ☐ Extract from the Population Register

    3.2.4 ☐ Verbatim copy of civil status records

    3.1.5 ☐ Other (to be specified) .........................................................................................

3.3 ☐ Notarial act

3.4 ☐ Official certificate placed on a document signed by a person in his or her private capacity

3.5 ☐ Document drawn up by a diplomatic or consular agent of a Member State in his or her official capacity

3.6 Date (dd/mm/yyyy) of issue ...............................................................................................

3.7 Reference number of the public document ...........................................................................

---

4. INFORMATION ON THE PERSON CONCERNED

4.1 Surname(s) at birth ...........................................................................................................

4.2 Current surname(s) ...........................................................................................................

4.3 Surname(s) before the marriage ........................................................................................

4.4 Surname(s) following the marriage ....................................................................................

4.5 Forename(s) ....................................................................................................................

4.6 Date (dd/mm/yyyy) of birth ..............................................................................................

4.7 Place ($^1$) and country ($^2$) of birth ...................................................................................

4.8 Sex: ...............................................................................................................................

    4.8.1 ☐ Female

    4.8.2 ☐ Male

    4.8.3 ☐ Undetermined

4.9 Nationality:.......................................................................................................................

---

5. ACCORDING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED, THE PERSON CONCERNED HAS THE FOLLOWING MARITAL STATUS:

5.1 ☐ Married/Date (dd/mm/yyyy) of marriage ........................................................................

5.2 ☐ Not married

    5.2.1 ☐ Never married

    5.2.2 ☐ Divorced/Date (dd/mm/yyyy) of divorce .................................................................

    5.2.3 ☐ Widowed/ Date (dd/mm/yyyy) of spouse's death ......................................................

5.3 ☐ Undetermined

---

($^1$) The term 'place of birth' refers to the name of the city, town, village, or hamlet and province in which the person was born.
($^2$) The name of the country and, where it exists, the ISO code of that country or the option 'Other (to be specified)' should be chosen from the drop-down list in the model multilingual standard form available in the European e-Justice Portal.

6.    SIGNATURE BOX

6.1    Surname(s) and forename(s) of the official who issued this form

..............................................................................................................................................................................................

6.2    Position of the official who issued this form ...........................................................................................................

6.3    Date (dd/mm/yyyy) of issue ...................................................................................................................................

6.4    Signature ................................................................................................................................................................

6.5    Seal or stamp .........................................................................................................................................................

26.7.2016    [EN]    Official Journal of the European Union    L 200/73

**MULTILINGUAL GLOSSARY OF THE STANDARD ENTRY HEADINGS**

**(MARITAL STATUS)**

| | |
|---|---|
| 1. | **(BG)** ОРГАН, ИЗДАВАЩ НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ TENTO FORMULÁŘ/ **(DA)** DENNE FORMULARS UDSTEDENDE MYNDIGHED/ **(DE)** BEHÖRDE, DIE DIESES FORMULAR AUSSTELLT/ **(ET)** KÄESOLEVA VORMI VÄLJA ANDNUD ASUTUS/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΠΑΡΟΝΤΟΣ ΕΝΤΥΠΟΥ/ **(EN)** AUTHORITY ISSUING THIS FORM/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN FHOIRM SEO/ **(HR)** TIJELO KOJE IZDAJE OVAJ OBRAZAC/ **(IT)** AUTORITÀ CHE RILASCIA IL PRESENTE MODULO/ **(LV)** VEIDLAPAS IZDEVĒJIESTĀDE/ **(LT)** ŠIĄ FORMĄ IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TA' DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN DIT FORMULIER/ **(PL)** ORGAN WYDAJĄCY NINIEJSZY FORMULARZ/ **(PT)** AUTORIDADE QUE EMITE O PRESENTE FORMULÁRIO/ **(RO)** AUTORITATEA EMITENTĂ A PREZENTULUI FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI TENTO FORMULÁR/ **(SL)** ORGAN, KI IZDA TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTAVA VIRANOMAINEN/ **(SV)** MYNDIGHET SOM UTFÄRDAR FORMULÄRET |
| 1.1 | **(BG)** НАИМЕНОВАНИЕ/ **(ES)** DENOMINACIÓN/ **(CZ)** NÁZEV/ **(DA)** BETEGNELSE/ **(DE)** BEZEICHNUNG/ **(ET)** NIMETUS/ **(EL)** ΟΝΟΜΑΣΙΑ/ **(EN)** DESIGNATION/ **(FR)** DÉNOMINATION/ **(GA)**AINMNIÚ/ **(HR)** NAZIV/ **(IT)** DENOMINAZIONE/ **(LV)** NOSAUKUMS/ **(LT)** PAVADINIMAS/ **(HU)** MEGNEVEZÉS/ **(MT)** TITLU/ **(NL)** BENAMING/ **(PL)** NAZWA/ **(PT)** DESIGNAÇÃO/ **(RO)** DENUMIRE/ **(SK)** NÁZOV/ **(SL)** IME/ **(FI)** NIMI/ **(SV)** NAMN |
| 2. | **(BG)** ОРГАН, ИЗДАВАЩ ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ VEŘEJNOU LISTINU, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** DEN MYNDIGHED, DER HAR UDSTEDT DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** BEHÖRDE, DIE DIE ÖFFENTLICHE URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST, AUSSTELLT/ **(ET)** ASUTUS, KES ANDIS VÄLJA AVALIKU DOKUMENDI, MILLELE SEE VORM ON LISATUD/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** TIJELO KOJE IZDAJE JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** AUTORITÀ CHE RILASCIA IL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** PUBLISKĀ DOKUMENTA, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA, IZDEVĒJIESTĀDE/ **(LT)** VIEŠĄJĮ DOKUMENTĄ, PRIE KURIO PRIDEDAMA ŠI FORMA, IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATOT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TAD-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** ORGAN WYDAJĄCY DOKUMENT URZĘDOWY, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** AUTORIDADE QUE EMITE O DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** AUTORITATEA EMITENTĂ A DOCUMENTULUI OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI VEREJNÚ LISTINU, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** ORGAN, KI IZDA JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** VIRANOMAINEN, JOKA ON ANTANUT YLEISEN ASIAKIRJAN, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** MYNDIGHET SOM UTFÄRDAR DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |
| 3. | **(BG)** ИНФОРМАЦИЯ ОТНОСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** INFORMACIÓN RELATIVA AL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** INFORMACE TÝKAJÍCÍ SE VEŘEJNÉ LISTINY, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** OPLYSNINGER VEDRØRENDE DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** ANGABEN ZUR ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST/ **(ET)** TEAVE AVALIKU DOKUMENDI KOHTA, MILLELE SEE VORM ON LISATUD/ **(EL)** ΠΛΗΡΟΦΟΡΙΕΣ ΣΧΕΤΙΚΑ ΜΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** INFORMATIONS RELATIVES AU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** FAISNÉIS A BHAINEANN LEIS AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** INFORMACIJE KOJE SE ODNOSE NA JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** INFORMAZIONI RELATIVE AL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** INFORMĀCIJA PAR PUBLISKO DOKUMENTU, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA/ **(LT)** INFORMACIJA, SUSIJUSI SU VIEŠUOJU DOKUMENTU, PRIE KURIO PRIDEDAMA ŠI FORMA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATRA VONATKOZÓ INFORMÁCIÓK/ **(MT)** INFORMAZZJONI DWAR ID-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** INFORMATIE BETREFFENDE HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** INFORMACJE DOTYCZĄCE DOKUMENTU URZĘDOWEGO, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** INFORMAÇÕES RELATIVAS AO DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** INFORMAȚII REFERITOARE LA DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** INFORMÁCIE O VEREJNEJ LISTINE, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** INFORMACIJE V ZVEZI Z JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** TIEDOT YLEISESTÄ ASIAKIRJASTA, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** INFORMATION OM DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |

L 200/74   EN   Official Journal of the European Union   26.7.2016

3.1  **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ОРГАН ИЛИ ДЛЪЖНОСТНО ЛИЦЕ, СВЪРЗАН/О СЪС СЪДИЛИЩАТА ИЛИ ПРАВОРАЗДАВАТЕЛНИТЕ ОРГАНИ НА ДЪРЖАВА ЧЛЕНКА/ **(ES)** DOCUMENTO EXPEDIDO POR UNA AUTORIDAD O UN FUNCIONARIO VINCULADO A LOS ÓRGANOS JURISDICCIONALES DE UN ESTADO MIEMBRO/ **(CZ)** LISTINA VYDANÁ ORGÁNEM NEBO ÚŘEDNÍKEM S VAZBOU NA SOUDY DANÉHO ČLENSKÉHO STÁTU/ **(DA)** DOKUMENT, DER ER UDSTEDT AF EN MYNDIGHED ELLER EN EMBEDSMAND, DER ER TILKNYTTET DOMSTOLE I EN MEDLEMSSTAT/ **(DE)** URKUNDE EINER BEHÖRDE ODER EINER AMTSPERSON ALS ORGAN DER RECHTSPFLEGE EINES MITGLIEDSTAATS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD LIIKMESRIIGI KOHTUTEGA SEOTUD AMETIASUTUS VÕI AMETNIK/ **(EL)** ЕГГРАФО ПРОЕРХОМЕNO АПО МIA АРХН 'Н ЕNAN УПAΛΛHΛO ПОУ ΣΥNΔEΕTAI ME TA ΔΙΚΑΣΤΗΡΙΑ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ/ **(EN)** DOCUMENT EMANATING FROM AN AUTHORITY OR AN OFFICIAL CONNECTED WITH THE COURTS OR TRIBUNALS OF A MEMBER STATE/ **(FR)** DOCUMENT ÉMANANT D'UNE AUTORITÉ OU D'UN FONCTIONNAIRE RELEVANT D'UNE JURIDICTION D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD A THAGANN Ó ÚDARÁS NÓ Ó OIFIGEACH A BHFUIL BAINT AIGE NÓ AICI LE CÚIRTEANNA NÓ LE BINSÍ DE CHUID BALLSTÁIT/ **(HR)** ISPRAVA KOJU JE IZDALO TIJELO ILI SLUŽBENIK SUDA DRŽAVE ČLANICE/ **(IT)** DOCUMENTO EMANATO DA UN'AUTORITÀ O DA UN FUNZIONARIO APPARTENENTE AD UNA DELLE GIURISDIZIONI DI UNO STATO MEMBRO/ **(LV)** DOKUMENTS, KURU IZSNIEGUSI AR DALĪBVALSTS TIESĀM SAISTĪTA IESTĀDE VAI AMATPERSONA/ **(LT)** DOKUMENTAS, IŠDUOTAS VALDŽIOS INSTITUCIJOS AR PAREIGŪNO, SUSIJUSIŲ SU VALSTYBĖS NARĖS TEISMAIS AR TRIBUNOLAIS/ **(HU)** TAGÁLLAMI BÍRÓSÁGGAL KAPCSOLATBAN ÁLLÓ HATÓSÁG VAGY TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAHRUĠ MINN AWTORITÀ JEW UFFIĊJAL LI JKOLLHOM RABTA MAL-QRATI JEW IT-TRIBUNALI TA' STAT MEMBRU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN AUTORITEIT OF AMBTENAAR BEHORENDE TOT EEN RECHTERLIJKE INSTANTIE VAN EEN LIDSTAAT/ **(PL)** DOKUMENT POCHODZĄCY OD ORGANU SĄDOWEGO LUB URZĘDNIKA SĄDOWEGO PAŃSTWA CZŁONKOWSKIEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UMA AUTORIDADE OU DE UM FUNCIONÁRIO DEPENDENTE DE QUALQUER JURISDIÇÃO DE UM ESTADO-MEMBRO/ **(RO)** DOCUMENT EMIS DE O AUTORITATE SAU DE UN FUNCȚIONAR DE PE LÂNGĂ INSTANȚELE UNUI STAT MEMBRU/ **(SK)** LISTINA VYDANÁ ORGÁNOM ALEBO ÚRADNÍKOM S VÄZBOU NA SÚDY ČLENSKÉHO ŠTÁTU/ **(SL)** LISTINA, IZDANA S STRANI ORGANA ALI URADNIKA SODNE OBLASTI DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA ON ANTANUT JÄSENVALTION OIKEUSLAITOKSEEN KUULUVA VIRANOMAINEN TAI VIRKAMIES/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN MYNDIGHET ELLER EN TJÄNSTEMAN TILLHÖRANDE DOMSTOLSVÄSENDET I EN MEDLEMSSTAT

3.1.1  **(BG)** СЪДЕБНО РЕШЕНИЕ/ **(ES)** RESOLUCIÓN JUDICIAL/ **(CZ)** ROZHODNUTÍ SOUDU/ **(DA)** DOMSTOLSAFGØRELSE/ **(DE)** GERICHTSENTSCHEIDUNG/ **(ET)** KOHTUOTSUS/ **(EL)** ΔΙΚΑΣΤΙΚΗ ΑΠΟΦΑΣΗ/ **(EN)** COURT DECISION/ **(FR)** DÉCISION DE JUSTICE/ **(GA)** CINNEADH ÓN gCÚIRT/ **(HR)** SUDSKA ODLUKA/ **(IT)** DECISIONE GIURISDIZIONALE/ **(LV)** TIESAS LĒMUMS/ **(LT)** TEISMO SPRENDIMAS/ **(HU)** BÍRÓSÁGI HATÁROZAT/ **(MT)** DEĊIŻJONI TAL-QORTI/ **(NL)** RECHTERLIJKE BESLISSING/ **(PL)** ORZECZENIE SĄDOWE/ **(PT)** DECISÃO JUDICIAL/ **(RO)** HOTĂRÂRE JUDECĂTOREASCĂ/ **(SK)** SÚDNE ROZHODNUTIE/ **(SL)** SODNA ODLOČBA/ **(FI)** TUOMIOISTUIMEN PÄÄTÖS/ **(SV)** DOMSTOLSBESLUT

3.1.2  **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ПРОКУРОР/ **(ES)** DOCUMENTO EXPEDIDO POR EL MINISTERIO FISCAL/ **(CZ)** LISTINA VYDANÁ STÁTNÍM ZÁSTUPCEM/ **(DA)** DOKUMENT UDSTEDT AF EN ANKLAGEMYNDIGHED/ **(DE)** URKUNDE EINER STAATSANWALTSCHAFT/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD RIIKLIK SÜÜDISTAJA/ **(EL)** ЕГГРАФО ПРОЕРХОМЕNO АПО ЕIΣΑΓΓΕΛΕΑ/ **(EN)** DOCUMENT EMANATING FROM A PUBLIC PROSECUTOR/ **(FR)** DOCUMENT ÉMANANT DU MINISTÈRE PUBLIC/ **(GA)** DOICIMÉAD A THAGANN Ó IONCHÚISITHEOIR POIBLÍ/ **(HR)** ISPRAVA KOJU JE IZDALO DRŽAVNO ODVJETNIŠTVO/ **(IT)** DOCUMENTO EMANATO DAL PUBBLICO MINISTERO/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS PROKURORS/ **(LT)** PROKURORO IŠDUOTAS DOKUMENTAS/ **(HU)** ÜGYÉSZ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAHRUĠ MINN PROSEKUTUR PUBBLIKU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN OPENBAAR MINISTERIE/ **(PL)** DOKUMENT POCHODZĄCY OD PROKURATORA/ **(PT)** DOCUMENTO PROVENIENTE DO MINISTÉRIO PÚBLICO/ **(RO)** DOCUMENT EMIS DE UN PROCUROR/ **(SK)** LISTINA VYDANÁ PROKURÁTOROM/ **(SL)** LISTINA, KI JO IZDA DRŽAVNO TOŽILSTVO/ **(FI)** VIRALLISEN SYYTTÄJÄN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN ÅKLAGARVÄSENDET

3.1.3  **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН СЛУЖИТЕЛ/ **(ES)** DOCUMENTO EXPEDIDO POR UN SECRETARIO JUDICIAL/ **(CZ)** LISTINA VYDANÁ VYŠŠÍM SOUDNÍM ÚŘEDNÍKEM/ **(DA)** DOKUMENT UDSTEDT AF EN JUSTITSSEKRETÆR/ **(DE)** URKUNDE EINES URKUNDSBEAMTEN DER GESCHÄFTSSTELLE EINES GERICHTS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUAMETNIK/ **(EL)** ЕГГРАФО ПРОЕРХОМЕNO АПО ГРАММАТЕА ΔΙΚΑΣΤΗΡΙΟΥ/ **(EN)** DOCUMENT EMANATING FROM A CLERK OF A COURT/ **(FR)** DOCUMENT ÉMANANT D'UN GREFFIER/ **(GA)** DOICIMÉAD A THAGANN Ó CHLÉIREACH DE CHUID CÚIRTE/ **(HR)** ISPRAVA KOJU JE IZDAO UPRAVITELJ SUDSKE PISARNICE/ **(IT)** DOCUMENTO EMANATO DA UN CANCELLIERE/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS SEKRETĀRS/ **(LT)** TEISMO TARNAUTOJO IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAHRUĠ MINN REĠISTRATUR TA' QORTI/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GRIFFIER/ **(PL)** DOKUMENT POCHODZĄCY OD SEKRETARZA SĄDOWEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UM OFICIAL DE JUSTIÇA/ **(RO)** DOCUMENT EMIS DE UN GREFIER AL INSTANȚEI/ **(SK)** LISTINA VYDANÁ SÚDNYM ÚRADNÍKOM/ **(SL)** LISTINA, KI JO IZDA SODNI USLUŽBENEC/ **(FI)** TUOMIOISTUIMEN SIHTEERIN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN DOMSTOLSTJÄNSTEMAN

| 3.1.4 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН ИЗПЪЛНИТЕЛ („HUISSIER DE JUSTICE")/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE JUDICIAL («HUISSIER DE JUSTICE»)/ **(CZ)** LISTINA VYDANÁ SOUDNÍM VYKONAVATELEM („HUISSIER DE JUSTICE")/ **(DA)** DOKUMENT UDSTEDT AF EN STÆVNINGSMAND (»HUISSIER DE JUSTICE«)/ **(DE)** URKUNDE EINES GERICHTSVOLLZIEHERS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUTÄITUR/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΔΙΚΑΣΤΙΚΟ(-Η) ΕΠΙΜΕΛΗΤΗ(-ΡΙΑ) («HUISSIER DE JUSTICE»)/ **(EN)** DOCUMENT EMANATING FROM A JUDICIAL OFFICER ('HUISSIER DE JUSTICE')/ **(FR)** DOCUMENT ÉMANANT D'UN HUISSIER DE JUSTICE/ **(GA)** DOICIMÉAD A THAGANN Ó OIFIGEACH BREITHIÚNACH ("HUISSIER DE JUSTICE")/ **(HR)** ISPRAVA KOJU JE IZDAO SUDSKI OVRŠITELJ (*HUISSIER DE JUSTICE*)/ **(IT)** DOCUMENTO EMANATO DA UN UFFICIALE GIUDIZIARIO ("HUISSIER DE JUSTICE")/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS IZPILDĪTĀJS (*HUISSIER DE JUSTICE*)/ **(LT)** ANTSTOLIO (HUISSIER DE JUSTICE) IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI VÉGREHAJTÓ („HUISSIER DE JUSTICE") ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN UFFIĊJAL ĠUDIZZJARJU ('HUISSIER DE JUSTICE')/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GERECHTSDEURWAARDER/ **(PL)** DOKUMENT POCHODZĄCY OD URZĘDNIKA SĄDOWEGO (*HUISSIER DE JUSTICE*)/ **(PT)** DOCUMENTO PROVENIENTE DE UM ESCRIVÃO DE DIREITO («HUISSIER DE JUSTICE»)/ **(RO)** DOCUMENT EMIS DE UN EXECUTOR JUDECĂTORESC („HUISSIER DE JUSTICE")/ **(SK)** LISTINA VYDANÁ SÚDNYM VYKONÁVATEĽOM („HUISSIER DE JUSTICE")/ **(SL)** LISTINA, KI JO IZDA SODNI IZVRŠITELJ („HUISSIER DE JUSTICE")/ **(FI)** HAASTEMIEHEN ("HUISSIER DE JUSTICE") ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN STÄMNINGSMAN (*HUISSIER DE JUSTICE*) |
|---|---|
| 3.1.5 | **(BG)** ДРУГИ (ДА СЕ ПОСОЧАТ)/ **(ES)** OTRO (ESPECIFÍQUESE)/ **(CZ)** JINÉ (UPŘESNĚTE)/ **(DA)** ANDRE (ANGIVES)/ **(DE)** SONSTIGES (BITTE ANGEBEN)/ **(ET)** MUU (TÄPSUSTAGE)/ **(EL)** ΑΛΛΟ (ΔΙΕΥΚΡΙΝΙΣΤΕ)/ **(EN)** OTHER (TO BE SPECIFIED)/ **(FR)** AUTRE (À PRÉCISER)/ **(GA)** EILE (LE SONRÚ)/ **(HR)** OSTALO (NAVESTI)/ **(IT)** ALTRO (PRECISARE)/ **(LV)** CITS (PRECIZĒT)/ **(LT)** KITA (NURODYTI)/ **(HU)** EGYÉB (KÉRJÜK PONTOSÍTANI)/ **(MT)** OĦRAJN (IPPREĊIŻA)/ **(NL)** OVERIGE (SPECIFICEREN)/ **(PL)** INNY (PROSZĘ OKREŚLIĆ)/ **(PT)** OUTROS (A ESPECIFICAR)/ **(RO)** ALTUL (A SE PRECIZA)/ **(SK)** INÉ (SPRESNIŤ)/ **(SL)** DRUGO (NAVESTI)/ **(FI)** MUU ASIAKIRJA (TÄSMENNETTÄVÄ)/ **(SV)** ANNAN HANDLING (SPECIFICERAS) |
| 3.2 | **(BG)** АДМИНИСТРАТИВЕН ДОКУМЕНТ/ **(ES)** DOCUMENTO ADMINISTRATIVO/ **(CZ)** LISTINA VYDANÁ SPRÁVNÍM ÚŘADEM/ **(DA)** ADMINISTRATIVT DOKUMENT/ **(DE)** URKUNDE EINER VERWALTUNGSBEHÖRDE/ **(ET)** HALDUSDOKUMENT/ **(EL)** ΔΙΟΙΚΗΤΙΚΟ ΕΓΓΡΑΦΟ/ **(EN)** ADMINISTRATIVE DOCUMENT/ **(FR)** DOCUMENT ADMINISTRATIF/ **(GA)** DOICIMÉAD RIARACHÁIN/ **(HR)** UPRAVNA ISPRAVA/ **(IT)** DOCUMENTO AMMINISTRATIVO/ **(LV)** ADMINISTRATĪVS DOKUMENTS/ **(LT)** ADMINISTRACINIS DOKUMENTAS/ **(HU)** KÖZIGAZGATÁSI OKIRAT/ **(MT)** DOKUMENT AMMINISTRATTIV/ **(NL)** ADMINISTRATIEF DOCUMENT/ **(PL)** DOKUMENT ADMINISTRACYJNY/ **(PT)** DOCUMENTO ADMINISTRATIVO/ **(RO)** DOCUMENT ADMINISTRATIV/ **(SK)** SPRÁVNA LISTINA/ **(SL)** UPRAVNA LISTINA/ **(FI)** HALLINNOLLINEN ASIAKIRJA/ **(SV)** ADMINISTRATIV HANDLING |
| 3.2.1 | **(BG)** УДОСТОВЕРЕНИЕ/ **(ES)** CERTIFICADO/ **(CZ)** OSVĚDČENÍ/ **(DA)** PÅTEGNING/ **(DE)** BESCHEINIGUNG/ **(ET)** TÕEND/ **(EL)** ΠΙΣΤΟΠΟΙΗΤΙΚΟ/ **(EN)** CERTIFICATE/ **(FR)** CERTIFICAT/ **(GA)** DEIMHNIÚ/ **(HR)** POTVRDA/ **(IT)** CERTIFICATO/ **(LV)** APLIECINĀJUMS/ **(LT)** PAŽYMA, LIUDIJIMAS/ **(HU)** TANÚSÍTVÁNY/BIZONYÍTVÁNY/ **(MT)** ĊERTIFIKAT/ **(NL)** CERTIFICAAT/ **(PL)** ZAŚWIADCZENIE/ **(PT)** CERTIDÃO OU CERTIFICADO/ **(RO)** CERTIFICAT/ **(SK)** OSVEDČENIE/ **(SL)** POTRDILO/ **(FI)** TODISTUS/ **(SV)** INTYG |
| 3.2.2 | **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА ЗА ГРАЖДАНСКОТО СЪСТОЯНИЕ/ **(ES)** EXTRACTO DEL REGISTRO CIVIL/ **(CZ)** VÝPIS Z MATRIKY/ **(DA)** UDDRAG FRA CIVILSTANDSREGISTRET/ **(DE)** AUSZUG AUS DEM PERSONEN-STANDSREGISTER/ **(ET)** PEREKONNASEISUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΛΗΞΙΑΡΧΙΚΟΥ ΜΗΤΡΩΟΥ/ **(EN)** EXTRACT FROM THE CIVIL STATUS REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE L'ÉTAT CIVIL/ **(GA)** SLIOCHT AS AN gCLÁR STÁDAIS SHIBHIALTA/ **(HR)** IZVADAK IZ REGISTRA OSOBNOG STANJA/ **(IT)** ESTRATTO DI ATTO DI STATO CIVILE/ **(LV)** IZRAKSTS NO CIVILSTĀVOKĻA AKTU REĢISTRA/ **(LT)** IŠRAŠAS IŠ CIVILINĖS BŪKLĖS AKTŲ REGISTRO/ **(HU)** ANYAKÖNYVI KIVONAT/ **(MT)** ESTRATT MIR-REĠISTRU TAL-ISTAT ĊIVILI/ **(NL)** UITTREKSEL UIT HET REGISTER VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS SKRÓCONY AKTU STANU CYWILNEGO/ **(PT)** EXTRATO DE ATOS DO REGISTO CIVIL/ **(RO)** EXTRAS DIN REGISTRUL DE STARE CIVILĂ/ **(SK)** VÝPIS Z REGISTRA OSOBNÉHO STAVU/ **(SL)** IZPISEK IZ REGISTRA O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERIOTE (SIVIILISÄÄTY)/ **(SV)** UTDRAG UR FOLKBOKFÖRINGEN |
| 3.2.3 | **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА НА НАСЕЛЕНИЕТО/ **(ES)** EXTRACTO DEL CENSO/ **(CZ)** VÝPIS Z REGISTRU OBYVATEL/ **(DA)** UDDRAG FRA FOLKEREGISTRET/ **(DE)** AUSZUG AUS DEM MELDEREGISTER/ **(ET)** RAHVASTIKUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΔΗΜΟΤΟΛΟΓΙΟΥ/ **(EN)** EXTRACT FROM THE POPULATION REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE LA POPULATION/ **(GA)** SLIOCHT AS AN gCLÁR DAONRA/ **(HR)** IZVADAK IZ POPISA STANOVNIŠTVA/ **(IT)** ESTRATTO ANAGRAFICO/ **(LV)** IZRAKSTS NO IEDZĪVOTĀJU REĢISTRA/ **(LT)** IŠRAŠAS IŠ GYVENTOJŲ REGISTRO/ **(HU)** KIVONAT A SZEMÉLYIADAT- ÉS LAKCÍMNYILVÁNTARTÁSBÓL/ **(MT)** ESTRATT MIR-REĠISTRU TAL-POPOLAZZJONI/ **(NL)** UITTREKSEL UIT HET BEVOLKINGSREGISTER/ **(PL)** WYCIĄG Z REJESTRU LUDNOŚCI/ **(PT)** EXTRATO DO REGISTO DA POPULAÇÃO/ **(RO)** EXTRAS DIN REGISTRUL DE EVIDENȚĂ A POPULAȚIEI/ **(SK)** VÝPIS Z REGISTRA OBYVATEĽOV/ **(SL)** IZPISEK IZ REGISTRA PREBIVALSTVA/ **(FI)** VÄESTÖREKISTERIOTE/ **(SV)** UTDRAG UR BEFOLKNINGSREGISTER |

| | |
|---|---|
| 3.2.4 | **(BG)** ПЪЛЕН ПРЕПИС ОТ АКТОВЕ ЗА ГРАЖДАНСКО СЪСТОЯНИЕ/ **(ES)** COPIA LITERAL DE ACTAS DEL REGISTRO CIVIL/ **(CZ)** OPIS MATRIČNÍCH ZÁZNAMŮ/ **(DA)** ORDRET KOPI AF CIVILSTANDSREGISTRE/ **(DE)** WÖRTLICHE KOPIE VON PERSONENSTANDSEINTRÄGEN/ **(ET)** PEREKONNASEISUAKTI KOOPIA/ **(EL)** ΠΙΣΤΟ ΑΝΤΙΓΡΑΦΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟΥ ΠΡΟΣΩΠΙΚΗΣ ΚΑΤΑΣΤΑΣΗΣ/ **(EN)** VERBATIM COPY OF CIVIL STATUS RECORDS/ **(FR)** COPIE INTÉGRALE D'ACTES DE L'ÉTAT CIVIL/ **(GA)** CÓIP FOCAL AR FHOCAL DE THAIFID AR STÁDAS SIBHIALTA/ **(HR)** DOSLOVNI PRIJEPIS IZ EVIDENCIJA O OSOBNOM STANJU/ **(IT)** COPIA LETTERALE DI ATTO DI STATO CIVILE/ **(LV)** CIVILSTĀVOKĻA AKTU REĢISTRA IERAKSTU AUTENTISKA KOPIJA/ **(LT)** CIVILINĖS BŪKLĖS AKTŲ ĮRAŠŲ PAŽODINĖ KOPIJA/ **(HU)** ANYAKÖNYVI BEJEGYZÉS SZÓ SZERINTI MÁSOLATA/ **(MT)** KOPJA VERBATIM TAL-ATTI TAL-ISTAT ĊIVILI/ **(NL)** EENSLUIDEND AFSCHRIFT VAN AKTEN VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS ZUPEŁNY AKTU STANU CYWILNEGO/ **(PT)** CERTIDÃO DE CÓPIA INTEGRAL OU DE NARRATIVA DE ATOS DE REGISTO CIVIL/ **(RO)** COPIE EXACTĂ A UNUI ACT DE STARE CIVILĂ/ **(SK)** DOSLOVNÝ VÝPIS ZO ZÁPISOV O OSOBNOM STAVE/ **(SL)** DOBESEDNI PREPIS LISTIN O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERITIETOJEN SANATARKKA JÄLJENNÖS/ **(SV)** ORDAGRANN AVSKRIFT AV FOLKBOKFÖRINGSHANDLING |
| 3.3 | **(BG)** НОТАРИАЛЕН АКТ/ **(ES)** ACTA NOTARIAL/ **(CZ)** NOTÁŘSKÁ LISTINA/ **(DA)** NOTARBEKRÆFTET DOKUMENT/ **(DE)** NOTARIELLE URKUNDE/ **(ET)** NOTARIAALDOKUMENT/ **(EL)** ΣΥΜΒΟΛΑΙΟΓΡΑΦΙΚΗ ΠΡΑΞΗ/ **(EN)** NOTARIAL ACT/ **(FR)** ACTE NOTARIÉ/ **(GA)** GNÍOMH NÓTAIREACHTA/ **(HR)** JAVNOBILJEŽNIČKA ISPRAVA/ **(IT)** ATTO NOTARILE/ **(LV)** NOTARIĀLS AKTS/ **(LT)** NOTARINIS AKTAS/ **(HU)** KÖZJEGYZŐI OKIRAT/ **(MT)** ATT NOTARILI/ **(NL)** NOTARIËLE AKTE/ **(PL)** AKT NOTARIALNY/ **(PT)** ATO NOTARIAL/ **(RO)** ACT NOTARIAL/ **(SK)** NOTÁRSKA LISTINA/ **(SL)** NOTARSKA LISTINA/ **(FI)** NOTAARIN ANTAMA ASIAKIRJA/ **(SV)** NOTARIELL HANDLING |
| 3.4 | **(BG)** ОФИЦИАЛНО УДОСТОВЕРЕНИЕ, ПРИЛОЖЕНО КЪМ ДОКУМЕНТ, ПОДПИСАН ОТ ЛИЦЕ В ЛИЧНО КАЧЕСТВО/ **(ES)** CERTIFICACIÓN OFICIAL PUESTA SOBRE UN DOCUMENTO PRIVADO/ **(CZ)** ÚŘEDNÍ OSVĚDČENÍ, KTERÝM BYLA OPATŘENA LISTINA PODEPSANÁ SOUKROMOU OSOBOU/ **(DA)** OFFICIEL PÅTEGNING PÅ ET DOKUMENT UNDERTEGNET AF EN PERSON I DENNES EGENSKAB AF PRIVATPERSON/ **(DE)** AMTLICHE BESCHEINIGUNG AUF EINER PRIVATURKUNDE/ **(ET)** ISIKU POOLT ERAISIKUNA ALLKIRJASTATUD DOKUMENDILE KINNITATAV AMETLIK TÕEND/ **(EL)** ΕΠΙΣΗΜΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟ ΕΝΣΩΜΑΤΩΜΕΝΟ ΣΕ ΕΓΓΡΑΦΟ ΥΠΟΓΕΓΡΑΜΜΕΝΟ ΑΠΟ ΑΤΟΜΟ ΠΟΥ ΕΝΕΡΓΕΙ ΩΣ ΙΔΙΩΤΗΣ/ **(EN)** OFFICIAL CERTIFICATE PLACED ON A DOCUMENT SIGNED BY A PERSON IN HIS OR HER PRIVATE CAPACITY/ **(FR)** DÉCLARATION OFFICIELLE APPOSÉE SUR UN ACTE SOUS SEING PRIVÉ/ **(GA)** DEIMHNIÚ OIFIGIÚIL A CHUIRTEAR AR DHOICIMÉAD ARNA SHÍNIÚ AG DUINE INA CHÁIL NÓ INA CÁIL PHRÍOBHÁIDEACH/ **(HR)** SLUŽBENA POTVRDA STAVLJENA NA ISPRAVU KOJU JE OSOBA POTPISALA U PRIVATNOM SVOJSTVU/ **(IT)** DICHIARAZIONE UFFICIALE APPOSTA SU UNA SCRITTURA PRIVATA/ **(LV)** OFICIĀLS APLIECINĀJUMS UZ DOKUMENTA, KO SAVĀ VĀRDĀ PARAKSTĪJUSI KĀDA PERSONA/ **(LT)** PRIVAČIŲ ASMENŲ PASIRAŠYTŲ DOKUMENTŲ OFICIALŪS PATVIRTINIMAI/ **(HU)** MAGÁNOKIRATON ELHELYEZETT HIVATALOS TANÚSÍTVÁNY/ **(MT)** ĊERTIFIKAT UFFIĊJALI LI JITQIEGĦED F'DOKUMENT IFFIRMAT MINN PERSUNA FIL-KAPAĊITÀ PRIVATA TAGĦHA/ **(NL)** OFFICIEEL CERTIFICAAT OP EEN DOCUMENT ONDERTEKEND DOOR EEN PERSOON IN ZIJN PARTICULIERE HOEDANIGHEID/ **(PL)** URZĘDOWE ZAŚWIADCZENIE UMIESZCZONE NA DOKUMENCIE PODPISANYM PRZEZ OSOBĘ DZIAŁAJĄCĄ W CHARAKTERZE PRYWATNYM/ **(PT)** DECLARAÇÃO OFICIAL INSERTA NUM ATO DE NATUREZA PRIVADA/ **(RO)** CERTIFICAT OFICIAL APLICAT PE UN DOCUMENT SUB SEMNĂTURĂ PRIVATĂ/ **(SK)** ÚRADNÉ OSVEDČENIE UVEDENÉ NA LISTINE PODPÍSANEJ OSOBOU KONAJÚCOU AKO SÚKROMNÁ OSOBA/ **(SL)** URADNA IZJAVA NA ZASEBNI LISTINI/ **(FI)** VIRALLINEN TODISTUS ASIAKIRJASSA, JONKA HENKILÖ ON ALLEKIRJOITTANUT YKSITYISHENKILÖNÄ/ **(SV)** OFFICIELLT INTYG ANBRINGAT PÅ EN HANDLING SOM UNDERTECKNATS AV EN PRIVATPERSON |
| 3.5 | **(BG)** ДОКУМЕНТ, ИЗГОТВЕН ОТ ДИПЛОМАТИЧЕСКИ ИЛИ КОНСУЛСКИ СЛУЖИТЕЛ НА ДЪРЖАВА ЧЛЕНКА В СЛУЖЕБНО КАЧЕСТВО/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE DIPLOMÁTICO O CONSULAR DE UN ESTADO MIEMBRO CON CARÁCTER OFICIAL/ **(CZ)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCEM NEBO KONZULÁRNÍM ÚŘEDNÍKEM ČLENSKÉHO STÁTU V RÁMCI VÝKONU JEHO SLUŽEBNÍCH POVINNOSTÍ/ **(DA)** DOKUMENT OFFICIELT UDFÆRDIGET AF EN MEDLEMSSTATS DIPLOMATISKE ELLER KONSULÆRE REPRÆSENTANT/ **(DE)** VON EINEM DIPLOMATISCHEN ODER KONSULARISCHEN VERTRETER EINES MITGLIEDSTAATS IN SEINER AMTLICHEN FUNKTION ERRICHTETE URKUNDE/ **(ET)** LIIKMESRIIGI DIPLOMAATILISE VÕI KONSULAARAMETNIKU POOLT AMETIKOHUSTUSTE TÄITMISEL KOOSTATUD DOKUMENT/ **(EL)** ΕΓΓΡΑΦΟ ΣΥΝΤΑΓΜΕΝΟ ΑΠΟ ΔΙΠΛΩΜΑΤΙΚΟ(-Η) Ή ΠΡΟΞΕΝΙΚΟ(-Η) ΥΠΑΛΛΗΛΟ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΥΠΟ ΤΗΝ ΕΠΙΣΗΜΗ ΙΔΙΟΤΗΤΑ ΤΟΥ/ΤΗΣ/ **(EN)** DOCUMENT DRAWN UP BY A DIPLOMATIC OR CONSULAR AGENT OF A MEMBER STATE IN HIS OR HER OFFICIAL CAPACITY/ **(FR)** DOCUMENT ÉTABLI EN SA QUALITÉ OFFICIELLE PAR UN AGENT DIPLOMATIQUE OU CONSULAIRE D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD ARNA THARRAINGT SUAS AG GNÍOMHAIRE TAIDHLEOIREACHTA NÓ CONSALACH DE CHUID BALLSTÁIT INA CHÁIL NÓ INA CÁIL OIFIGIÚIL/ **(HR)** ISPRAVA KOJU JE U SLUŽBENOM SVOJSTVU SASTAVIO DIPLOMATSKI ILI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(IT)** DOCUMENTO REDATTO DA AGENTI DIPLOMATICI O CONSOLARI DI UNO STATO MEMBRO NELL'ESERCIZIO DELLE LORO FUNZIONI/ **(LV)** DOKUMENTS, KURU PILDOT AMATA PIENĀKUMUS, SAGATAVOJIS DALĪBVALSTS DIPLOMĀTISKAIS VAI KONSULĀRAIS PĀRSTĀVIS/ **(LT)** DOKUMENTAS, PARENGTAS VALSTYBĖS NARĖS DIPLOMATO AR KONSULINIO PAREIGŪNO, VEIKIANČIO PAGAL OFICIALIUS ĮGALIOJIMUS/ **(HU)** VALAMELY TAGÁLLAM DIPLOMÁCIAI VAGY KONZULI KÉPVISELŐJE ÁLTAL HIVATALOS MINŐSÉGÉBEN KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT IMĦEJJI MINN AĠENT DIPLOMATIĊI JEW KONSULARI TA' STAT MEMBRU FIL-KAPAĊITÀ UFFIĊJALI TIEGĦU/ **(NL)** DOCUMENT OPGESTELD DOOR DE DIPLOMATIEKE OF CONSULAIRE AMBTENAAR VAN EEN LIDSTAAT IN ZIJN OFFICIËLE HOEDANIGHEID/ **(PL)** DOKUMENT SPORZĄDZONY PRZEZ PRZEDSTAWICIELA DYPLOMATYCZNEGO LUB URZĘDNIKA KONSULARNEGO PAŃSTWA CZŁONKOWSKIEGO DZIAŁAJĄCYCH W CHARAKTERZE URZĘDOWYM/ **(PT)** DOCUMENTO LAVRADO POR UM AGENTE DIPLOMÁTICO OU CONSULAR DE UM ESTADO-MEMBRO NO EXERCÍCIO DAS SUAS FUNÇÕES OFICIAIS/ **(RO)** DOCUMENT ÎNTOCMIT DE CĂTRE UN AGENT DIPLOMATIC SAU CONSULAR AL UNUI STAT MEMBRU, ÎN CALITATE OFICIALĂ/ **(SK)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCOM ALEBO KONZULÁRNYM ÚRADNÍKOM ČLENSKÉHO ŠTÁTU V RÁMCI VÝKONU JEHO FUNKCIE/ **(SL)** LISTINA, KI JO KOT URADNA OSEBA IZDA DIPLOMATSKI ALI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA JÄSENVALTION DIPLOMAATTINEN EDUSTAJA TAI KONSULIEDUSTAJA ON LAATINUT VIRANTOIMITUKSESSA/ **(SV)** HANDLING UPPRÄTTAD I TJÄNSTEN AV EN DIPLOMATISK ELLER KONSULÄR TJÄNSTEMAN I EN MEDLEMSSTAT |

| | |
|---|---|
| 3.6 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** HMEPOMHNIA (HH/MM/EEEE) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
| 3.7 | **(BG)** РЕФЕРЕНТЕН НОМЕР НА ОФИЦИАЛНИЯ ДОКУМЕНТ/ **(ES)** NÚMERO DE REFERENCIA DEL DOCUMENTO PÚBLICO/ **(CZ)** REFERENČNÍ ČÍSLO VEŘEJNÉ LISTINY/ **(DA)** DET OFFENTLIGE DOKUMENTS REFERENCENUMMER/ **(DE)** KENNNUMMER DER ÖFFENTLICHEN URKUNDE/ **(ET)** AVALIKU DOKUMENDI VIITENUMBER/ **(EL)** ΑΡΙΘΜΟΣ ΑΝΑΦΟΡΑΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ/ **(EN)** REFERENCE NUMBER OF THE PUBLIC DOCUMENT/ **(FR)** NUMÉRO DE RÉFÉRENCE DU DOCUMENT PUBLIC/ **(GA)** UIMHIR THAGARTHA AN DOICIMÉID PHOIBLÍ/ **(HR)** REFERENTNI BROJ JAVNE ISPRAVE/ **(IT)** NUMERO DI RIFERIMENTO DEL DOCUMENTO PUBBLICO/ **(LV)** PUBLISKĀ DOKUMENTA ATSAUCES NUMURS/ **(LT)** VIEŠOJO DOKUMENTO NUMERIS/ **(HU)** A KÖZOKIRAT HIVATKOZÁSI SZÁMA/ **(MT)** NUMRU TA' REFERENZA TAD-DOKUMENT PUBBLIKU/ **(NL)** REFERENTIENUMMER VAN HET OPENBAAR DOCUMENT/ **(PL)** NUMER REFERENCYJNY DOKUMENTU URZĘDOWEGO/ **(PT)** NÚMERO DE REFERÊNCIA DO DOCUMENTO PÚBLICO/ **(RO)** NUMĂRUL DE REFERINȚĂ AL DOCUMENTULUI OFICIAL/ **(SK)** REFERENČNÉ ČÍSLO VEREJNEJ LISTINY/ **(SL)** REFERENČNA ŠTEVILKA JAVNE LISTINE/ **(FI)** YLEISEN ASIAKIRJAN VIITENUMERO/ **(SV)** DEN OFFICIELLA HANDLINGENS REFERENSNUMMER |
| 4. | **(BG)** ИНФОРМАЦИЯ ЗА СЪОТВЕТНОТО ЛИЦЕ/ **(ES)** INFORMACIÓN SOBRE EL INTERESADO/ **(CZ)** INFORMACE O DOTYČNÉ OSOBĚ/ **(DA)** OPLYSNINGER OM DEN PÅGÆLDENDE PERSON/ **(DE)** ANGABEN ZUR BETREFFENDEN PERSON/ **(ET)** ASJAOMAST ISIKUT KÄSITLEV TEAVE/ **(EL)** ΣΤΟΙΧΕΙΑ ΤΟΥ ΠΡΟΣΩΠΟΥ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ/ **(EN)** INFORMATION ON THE PERSON CONCERNED/ **(FR)** INFORMATIONS SUR LA PERSONNE CONCERNÉE/ **(GA)** FAISNÉIS MAIDIR LEIS AN DUINE LENA mBAINEANN/ **(HR)** INFORMACIJE O DOTIČNOJ OSOBI/ **(IT)** INFORMAZIONI SULLA PERSONA INTERESSATA/ **(LV)** INFORMĀCIJA PAR ATTIECĪGO PERSONU/ **(LT)** INFORMACIJA APIE ATITINKAMĄ ASMENĮ/ **(HU)** AZ ÉRINTETT SZEMÉLYRE VONATKOZÓ ADATOK/ **(MT)** INFORMAZZJONI DWAR IL-PERSUNA KKONĊERNATA/ **(NL)** INFORMATIE OVER DE BETROKKENE/ **(PL)** DANE OSOBY, KTÓREJ DOTYCZY DOKUMENT/ **(PT)** INFORMAÇÕES SOBRE A PESSOA EM CAUSA/ **(RO)** INFORMAȚII PRIVIND PERSOANA VIZATĂ/ **(SK)** INFORMÁCIE O DOTKNUTEJ OSOBE/ **(SL)** INFORMACIJE O ZADEVNI OSEBI/ **(FI)** ASIANOMAISEN HENKILÖN TIEDOT/ **(SV)** UPPGIFTER OM DEN BERÖRDA PERSONEN |
| 4.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) ПО РОЖДЕНИЕ/ **(ES)** APELLIDO(S) DE NACIMIENTO/ **(CZ)** RODNÉ/Á PŘÍJMENÍ/ **(DA)** EFTERNAVN(E) VED FØDSLEN/ **(DE)** FAMILIENNAME(N) BEI DER GEBURT/ **(ET)** SÜNNIJÄRGNE PEREKONNANIMI (SÜNNIJÄRGSED PEREKONNANIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΚΑΤΑ ΤΗ ΓΕΝΝΗΣΗ/ **(EN)** SURNAME(S) AT BIRTH/ **(FR)** NOM(S) À LA NAISSANCE/ **(GA)** SLOINNE (SLOINNTE) BREITHE/ **(HR)** PREZIME(NA) PRI ROĐENJU/ **(IT)** COGNOME(I) ALLA NASCITA/ **(LV)** UZVĀRDS(-I) DZIMŠANAS BRĪDĪ/ **(LT)** PAVARDĖ (-ĖS), SUTEIKTA (-OS) GIMUS/ **(HU)** SZÜLETÉSI CSALÁDI NEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET) MAT-TWELID/ **(NL)** ACHTERNA(A)M(EN) BIJ DE GEBOORTE/ **(PL)** NAZWISKO(-A) RODOWE/ **(PT)** APELIDO(S) À DATA DO NASCIMENTO/ **(RO)** NUMELE LA NAȘTERE/ **(SK)** RODNÉ PRIEZVISKO(-Á)/ **(SL)** PRIIMEK/PRIIMKI OB ROJSTVU/ **(FI)** SUKUNIMI (-NIMET) SYNTYMÄHETKELLÄ/ **(SV)** EFTERNAMN VID FÖDSELN |
| 4.2 | **(BG)** НАСТОЯЩО(И) ФАМИЛНО(И) ИМЕ(НА)/ **(ES)** APELLIDO(S) ACTUAL(ES)/ **(CZ)** SOUČASNÉ/Á PŘÍJMENÍ/ **(DA)** NUVÆRENDE EFTERNAVN(E)/ **(DE)** DERZEITIGE(R) FAMILIENNAME(N)/ **(ET)** PRAEGUNE PEREKONNANIMI (PRAEGUSED PEREKONNANIMED)/ **(EL)** ΤΡΕΧΟΝ(-ΤΑ) ΕΠΩΝΥΜΟ(-Α)/ **(EN)** CURRENT SURNAME(S)/ **(FR)** NOM(S) ACTUEL(S)/ **(GA)** SLOINNE (SLOINNTE) REATHA/ **(HR)** SADAŠNJE(-A) PREZIME(NA)/ **(IT)** COGNOME(I) ATTUALE(I)/ **(LV)** ESOŠAIS(-IE) UZVĀRDS(-I)/ **(LT)** DABARTINĖ (-ĖS) PAVARDĖ (-ĖS)/ **(HU)** JELENLEGI CSALÁDI NEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET) ATTWALI/ **(NL)** HUIDIGE ACHTERNA(A)M(EN)/ **(PL)** OBECNE NAZWISKO(-A)/ **(PT)** APELIDO OU APELIDOS ATUAIS/ **(RO)** NUMELE ACTUAL(E)/ **(SK)** SÚČASNÉ PRIEZVISKO(-Á)/ **(SL)** SEDANJI PRIIMEK/PRIIMKI/ **(FI)** NYKYINEN SUKUNIMI (NYKYISET SUKUNIMET)/ **(SV)** NUVARANDE EFTERNAMN |
| 4.3 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) ПРЕДИ БРАКА/ **(ES)** APELLIDO(S) ANTES DE CONTRAER MATRIMONIO/ **(CZ)** PŘÍJMENÍ PŘED UZAVŘENÍM MANŽELSTVÍ/ **(DA)** EFTERNAVN(E) FØR VIELSEN/ **(DE)** FAMILIENNAME(N) VOR DER EHESCHLIESSUNG/ **(ET)** PEREKONNANIMI (-NIMED) ENNE ABIELLUMIST/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΠΡΙΝ ΤΟΝ ΓΑΜΟ/ **(EN)** SURNAME(S) BEFORE THE MARRIAGE/ **(FR)** NOM(S) AVANT LE MARIAGE/ **(GA)** SLOINNE (SLOINNTE) ROIMH AN bPÓSADH/ **(HR)** PREZIME(NA) PRIJE SKLAPANJA BRAKA/ **(IT)** COGNOME(I) PRIMA DEL MATRIMONIO/ **(LV)** UZVĀRDS(-I) PIRMS LAULĪBAS/ **(LT)** PAVARDĖ (-ĖS) PRIEŠ SANTUOKA/ **(HU)** CSALÁDI NEVE(I) A HÁZASSÁGKÖTÉS ELŐTT/ **(MT)** KUNJOM(/KUNJOMIJIET) QABEL IŻ-ŻWIEĠ/ **(NL)** ACHTERNA(A)M(EN) VÓÓR HET HUWELIJK/ **(PL)** NAZWISKO(-A) PRZED ZAWARCIEM MAŁŻEŃSTWA/ **(PT)** APELIDO(S) ANTES DO CASAMENTO/ **(RO)** NUMELE ÎNAINTE DE CĂSĂTORIE/ **(SK)** PRIEZVISKO(-Á) PRED UZAVRETÍM MANŽELSTVA/ **(SL)** PRIIMEK/PRIIMKI PRED SKLENITVIJO ZAKONSKE ZVEZE/ **(FI)** SUKUNIMI (-NIMET) ENNEN AVIOLIITTOA/ **(SV)** EFTERNAMN FÖRE ÄKTENSKAPETS INGÅENDE |

L 200/78    EN    Official Journal of the European Union    26.7.2016

| | |
|---|---|
| 4.4 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) ВСЛЕДСТВИЕ НА БРАКА/ **(ES)** APELLIDO(S) DESPUÉS DE CONTRAER MATRIMONIO/ **(CZ)** PŘÍJMENÍ PO UZAVŘENÍ MANŽELSTVÍ/ **(DA)** EFTERNAVN(E) EFTER VIELSEN/ **(DE)** FAMILIENNAME(N) NACH DER EHESCHLIESSUNG/ **(ET)** PEREKONNANIMI (-NIMED) PÄRAST ABIELLUMIST/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΜΕΤΑ ΤΟΝ ΓΑΜΟ/ **(EN)** SURNAME(S) FOLLOWING THE MARRIAGE/ **(FR)** NOM(S) À LA SUITE DU MARIAGE/ **(GA)** SLOINNE (SLOINNTE) TAR ÉIS AN PHÓSTA/ **(HR)** PREZIME(NA) NAKON SKLAPANJA BRAKA/ **(IT)** COGNOME/I DOPO IL MATRIMONIO/ **(LV)** UZVĀRDS(-I) PĒC LAULĪBAS/ **(LT)** PAVARDĖ (-ĖS) PO SANTUOKOS/ **(HU)** CSALÁDI NEVE(I) A HÁZASSÁG-KÖTÉS UTÁN/ **(MT)** KUNJOM(/KUNJOMIJIET) WARA Ż-ŻWIEĠ/ **(NL)** ACHTERNA(A)M(EN) NA HET HUWELIJK/ **(PL)** NAZWISKO(-A) PO ZAWARCIU MAŁŻEŃSTWA/ **(PT)** APELIDO(S) APÓS O CASAMENTO/ **(RO)** NUMELE DUPĂ CĂSĂTORIE/ **(SK)** PRIEZVISKO(-Á) PO UZAVRETÍ MANŽELSTVA/ **(SL)** PRIIMEK/PRIIMKI PO SKLENITVI ZAKONSKE ZVEZE/ **(FI)** SUKUNIMI (-NIMET) AVIOLIITON SOLMIMISEN JÄLKEEN/ **(SV)** EFTERNAMN EFTER ÄKTENSKAPETS INGÅENDE |
| 4.5 | **(BG)** СОБСТВЕНО(И) ИМЕ(НА)/ **(ES)** NOMBRE(S)/ **(CZ)** JMÉNO (JMÉNA)/ **(DA)** FORNAVN(E)/ **(DE)** VORNAME(N)/ **(ET)** EESNIMI (-NIMED)/ **(EL)** ΟΝΟΜΑ(-ΤΑ)/ **(EN)** FORENAME(S)/ **(FR)** PRÉNOM(S)/ **(GA)** CÉADAINM (CÉADAINMNEACHA)/ **(HR)** IME(NA)/ **(IT)** NOME(I)/ **(LV)** VĀRDS(-I)/ **(LT)** VARDAS (-AI)/ **(HU)** UTÓNEVE(I)/ **(MT)** ISEM(/ISMIJIET)/ **(NL)** VOORNA(A)M(EN)/ **(PL)** IMIĘ (IMIONA)/ **(PT)** NOME(S) PRÓPRIO(S)/ **(RO)** PRENUME/ **(SK)** MENO(-Á)/ **(SL)** IME/IMENA/ **(FI)** ETUNIMI (-NIMET)/ **(SV)** FÖRNAMN |
| 4.6 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА РАЖДАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE NACIMIENTO/ **(CZ)** DATUM (DD/MM/RRRR) NAROZENÍ/ **(DA)** FØDSELSDATO (DD/MM/ÅÅÅÅ)/ **(DE)** GEBURTSDATUM (TT/MM/JJJJ)/ **(ET)** SÜNNIKUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΓΕΝΝΗΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF BIRTH/ **(FR)** DATE (JJ/MM/AAAA) DE NAISSANCE/ **(GA)** DÁTA (LL/MM/BBBB) BREITHE/ **(HR)** DATUM (DD/MM/GGGG) ROĐENJA/ **(IT)** DATA DI NASCITA (GG/MM/AAAA)/ **(LV)** DZIMŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** GIMIMO DATA (DD/MM/MMMM)/ **(HU)** SZÜLETÉSI IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAT-TWELID/ **(NL)** GEBOORTEDATUM (DD/MM/JJJJ)/ **(PL)** DATA (DD/MM/RRRR) URODZENIA/ **(PT)** DATA DE NASCIMENTO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) NAŞTERII/ **(SK)** DÁTUM (DD/MM/RRRR) NARODENIA/ **(SL)** DATUM (DD/MM/LLLL) ROJSTVA/ **(FI)** SYNTYMÄAIKA (PP/KK/VVVV)/ **(SV)** FÖDELSEDATUM (DD/MM/ÅÅÅÅ) |
| 4.7 | **(BG)** МЯСТО И ДЪРЖАВА НА РАЖДАНЕ/ **(ES)** LUGAR Y PAÍS DE NACIMIENTO/ **(CZ)** MÍSTO A ZEMĚ NAROZENÍ/ **(DA)** FØDESTED OG -LAND/ **(DE)** ORT UND LAND DER GEBURT/ **(ET)** SÜNNIKOHT JA -RIIK/ **(EL)** ΤΟΠΟΣ ΚΑΙ ΧΩΡΑ ΓΕΝΝΗΣΗΣ/ **(EN)** PLACE AND COUNTRY OF BIRTH/ **(FR)** LIEU ET PAYS DE NAISSANCE/ **(GA)** ÁIT AGUS TÍR BHREITHE/ **(HR)** MJESTO I ZEMLJA ROĐENJA/ **(IT)** LUOGO E PAESE DI NASCITA/ **(LV)** DZIMŠANAS VIETA UN VALSTS/ **(LT)** GIMIMO VIETA IR ŠALIS/ **(HU)** SZÜLETÉSI HELYE ÉS ORSZÁGA/ **(MT)** POST U PAJJIŻ TAT-TWELID/ **(NL)** GEBOORTEPLAATS EN -LAND/ **(PL)** MIEJSCE I PAŃSTWO URODZENIA/ **(PT)** LOCAL E PAÍS DE NASCIMENTO/ **(RO)** LOCUL ŞI ŢARA NAŞTERII/ **(SK)** MIESTO A ŠTÁT NARODENIA/ **(SL)** KRAJ IN DRŽAVA ROJSTVA/ **(FI)** SYNTYMÄPAIKKA JA -MAA/ **(SV)** FÖDELSEORT OCH -LAND |
| 4.8 | **(BG)** ПОЛ/ **(ES)** SEXO/ **(CZ)** POHLAVÍ/ **(DA)** KØN/ **(DE)** GESCHLECHT/ **(ET)** SUGU/ **(EL)** ΦΥΛΟ/ **(EN)** SEX/ **(FR)** SEXE/ **(GA)** INSCNE/ **(HR)** SPOL/ **(IT)** SESSO/ **(LV)** DZIMUMS/ **(LT)** LYTIS/ **(HU)** NEME/ **(MT)** SESS/ **(NL)** GESLACHT/ **(PL)** PŁEĆ/ **(PT)** SEXO/ **(RO)** SEXUL/ **(SK)** POHLAVIE/ **(SL)** SPOL/ **(FI)** SUKUPUOLI/ **(SV)** KÖN |
| 4.8.1 | **(BG)** ЖЕНСКИ/ **(ES)** MUJER/ **(CZ)** ŽENA/ **(DA)** KVINDE/ **(DE)** WEIBLICH/ **(ET)** NAISSOOST/ **(EL)** ΘΗΛΥ/ **(EN)** FEMALE/ **(FR)** FÉMININ/ **(GA)** BAINEANN/ **(HR)** ŽENSKI/ **(IT)** FEMMINILE/ **(LV)** SIEVIETE/ **(LT)** MOTERIS/ **(HU)** NŐ/ **(MT)** MARA/ **(NL)** VROUW/ **(PL)** KOBIETA/ **(PT)** FEMININO/ **(RO)** FEMEIESC/ **(SK)** ŽENSKÉ/ **(SL)** ŽENSKI/ **(FI)** NAINEN/ **(SV)** KVINNA |
| 4.8.2 | **(BG)** МЪЖКИ/ **(ES)** VARÓN/ **(CZ)** MUŽ/ **(DA)** MAND/ **(DE)** MÄNNLICH/ **(ET)** MEESSOOST/ **(EL)** ΑΡΡΕΝ/ **(EN)** MALE/ **(FR)** MASCULIN/ **(GA)** FIREANN/ **(HR)** MUŠKI/ **(IT)** MASCHILE/ **(LV)** VĪRIETIS/ **(LT)** VYRAS/ **(HU)** FÉRFI/ **(MT)** RAĠEL/ **(NL)** MAN/ **(PL)** MĘŻCZYZNA/ **(PT)** MASCULINO/ **(RO)** BĂRBĂTESC/ **(SK)** MUŽSKÉ/ **(SL)** MOŠKI/ **(FI)** MIES/ **(SV)** MAN |
| 4.8.3 | **(BG)** НЕОПРЕДЕЛЕН/ **(ES)** INDETERMINADO/ **(CZ)** NEURČENO/ **(DA)** UBESTEMT/ **(DE)** UNBESTIMMT/ **(ET)** MÄÄRAMATA/ **(EL)** ΔΕΝ ΠΡΟΣΔΙΟΡΙΖΕΤΑΙ/ **(EN)** UNDETERMINED/ **(FR)** INDÉTERMINÉ/ **(GA)** NEAMHCHINNTITHE/ **(HR)** NEODREĐEN/ **(IT)** INDETERMINATO/ **(LV)** NENOTEIKTS/ **(LT)** NENUSTATYTA/ **(HU)** MEGHATÁROZATLAN/ **(MT)** MHUX STABBILIT/ **(NL)** ONBEPAALD/ **(PL)** PŁEĆ NIEOKREŚLONA/ **(PT)** NÃO DEFINIDO/ **(RO)** NEDETERMINAT/ **(SK)** NEURČENÉ/ **(SL)** NEDOLOČEN/ **(FI)** MÄÄRITTELEMÄTÖN/ **(SV)** EJ FASTSTÄLLT |
| 4.9 | **(BG)** ГРАЖДАНСТВО/ **(ES)** NACIONALIDAD/ **(CZ)** STÁTNÍ PŘÍSLUŠNOST/ **(DA)** NATIONALITET/ **(DE)** STAATS-ANGEHÖRIGKEIT/ **(ET)** KODAKONDSUS/ **(EL)** ΙΘΑΓΕΝΕΙΑ/ **(EN)** NATIONALITY/ **(FR)** NATIONALITÉ/ **(GA)** NÁISIÚNTACHT/ **(HR)** DRŽAVLJANSTVO/ **(IT)** CITTADINANZA/ **(LV)** VALSTSPIEDERĪBA/ **(LT)** PILIETYBĖ/ **(HU)** ÁLLAMPOLGÁRSÁGA/ **(MT)** ĊITTADINANZA/ **(NL)** NATIONALITEIT/ **(PL)** OBYWATELSTWO/ **(PT)** NACIONALIDADE/ **(RO)** CETĂŢENIA/ **(SK)** ŠTÁTNA PRÍSLUŠNOSŤ/ **(SL)** DRŽAVLJANSTVO/ **(FI)** KANSALAISUUS/ **(SV)** MEDBORGARSKAP |

| 5. | **(BG)** СЪГЛАСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ, СЕМЕЙНОТО ПОЛОЖЕНИЕ НА СЪОТВЕТНОТО ЛИЦЕ Е, КАКТО СЛЕДВА/ **(ES)** SEGÚN EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO, EL ESTADO CIVIL DEL INTERESADO ES EL SIGUIENTE:/ **(CZ)** NA ZÁKLADĚ VEŘEJNÉ LISTINY, K NÍŽ JE PŘIPOJEN TENTO FORMULÁŘ, MÁ DOTYČNÁ OSOBA TENTO RODINNÝ STAV:/ **(DA)** I HENHOLD TIL DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET, HAR DEN PÅGÆLDENDE PERSON FØLGENDE ÆGTESKABELIGE STATUS/ **(DE)** FAMILIENSTAND DER BETREFFENDEN PERSON GEMÄSS DER ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST/ **(ET)** VASTAVALT AVALIKULE DOKUMENDILE, MILLELE SEE VORM ON LISATUD, ON ASJAOMASEL ISIKUL JÄRGMINE PEREKONNASEIS/ **(EL)** ΣΥΜΦΩΝΑ ΜΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ, ΤΟ ΠΡΟΣΩΠΟ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ ΕΧΕΙ ΤΗΝ ΑΚΟΛΟΥΘΗ ΟΙΚΟΓΕΝΕΙΑΚΗ ΚΑΤΑΣΤΑΣΗ/ **(EN)** ACCORDING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED, THE PERSON CONCERNED HAS THE FOLLOWING MARITAL STATUS/ **(FR)** D'APRÈS LE DOCUMENT PUBLIC AUQUEL LE PRÉSENT FORMULAIRE EST JOINT, LA SITUATION MATRIMONIALE DE LA PERSONNE CONCERNÉE EST LA SUIVANTE/ **(GA)** DE RÉIR AN DOICIMÉID PHOIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE, TÁ AN STÁDAS PÓSTA A LEANAS AG AN DUINE LENA mBAINEANN/ **(HR)** PREMA JAVNOJ ISPRAVI KOJOJ JE OVAJ OBRAZAC PRILOŽEN BRAČNO STANJE DOTIČNE OSOBE JE SLJEDEĆE/ **(IT)** SECONDO IL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO, LO STATO CIVILE DELLA PERSONA INTERESSATA È IL SEGUENTE/ **(LV)** SASKAŅĀ AR PUBLISKO DOKUMENTU, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA, ATTIECĪGAJAI PERSONAI IR ŠĀDS ĢIMENES STĀVOKLIS/ **(LT)** PAGAL VIEŠĄJĮ DOKUMENTĄ, PRIE KURIO PRIDEDAMA ŠI FORMA, ATITINKAMO ASMENS SANTUOKINĖ PADĖTIS YRA TOKIA/ **(HU)** AZ ÉRINTETT SZEMÉLY CSALÁDI ÁLLAPOTA A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRAT SZERINT/ **(MT)** SKONT ID-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA, IL-PERSUNA KKONĊERNATA GĦANDHA L-ISTAT ĊIVILI KIF ĠEJ/ **(NL)** VOLGENS HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT, IS DE BURGERLIJKE STAAT VAN DE BETROKKENE DE VOLGENDE/ **(PL)** Z DOKUMENTU URZĘDOWEGO, DO KTÓREGO ZAŁĄCZONY JEST NINIEJSZY FORMULARZ, WYNIKA, ŻE OSOBA, KTÓREJ DOTYCZY DOKUMENT, POSIADA NASTĘPUJĄCY STAN CYWILNY/ **(PT)** SEGUNDO O DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO, À DATA DA SUA EMISSÃO, O ESTADO CIVIL DA PESSOA EM CAUSA É/ **(RO)** ÎN CONFORMITATE CU DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR, PERSOANA VIZATĂ ARE URMĂTOAREA STARE CIVILĂ/ **(SK)** PODĽA VEREJNEJ LISTINY, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ, SA DOTKNUTÁ OSOBA NACHÁDZA V TOMTO OSOBNOM STAVE/ **(SL)** V SKLADU Z JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC, IMA ZADEVNA OSEBA NASLEDNJI ZAKONSKI STAN/ **(FI)** SEN YLEISEN ASIAKIRJAN MUKAAN, JOHON TÄMÄ LOMAKE LIITETÄÄN, ASIANOMAISEN HENKILÖN SIVIILISÄÄTY ON SEURAAVA/ **(SV)** ENLIGT DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT ÄR DEN BERÖRDA PERSONENS CIVILSTÅND FÖLJANDE |
|---|---|
| 5.1 | **(BG)** СЪС СКЛЮЧЕН БРАК/ДАТА (ДД/ММ/ГГГГ) НА СКЛЮЧВАНЕ НА БРАКА/ **(ES)** CASADO / FECHA (DD/MM/AAAA) DEL MATRIMONIO/ **(CZ)** VDANÁ – ŽENATÝ/DATUM (DD/MM/RRRR) UZAVŘENÍ MANŽELSTVÍ/ **(DA)** GIFT/DATO (DD/MM/ÅÅÅÅ) FOR INDGÅELSE AF ÆGTESKAB/ **(DE)** VERHEIRATET/TAG DER EHESCHLIESSUNG (TT/MM/JJJJ)/ **(ET)** ABIELUS / ABIELLUMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΕΓΓΑΜΟΣ/-Η / ΗΜΕΡΟΜΗΝΙΑ (HH/MM/ΕΕΕΕ) ΓΑΜΟΥ/ **(EN)** MARRIED/DATE (DD/MM/YYYY) OF MARRIAGE/ **(FR)** MARIÉ(E)/DATE (JJ/MM/AAAA) DU MARIAGE/ **(GA)** PÓSTA/DÁTA (LL/MM/BBBB) PÓSTA/ **(HR)** U BRAKU / DATUM (DD/MM/GGGG) SKLAPANJA BRAKA/ **(IT)** CONIUGATO/A - DATA DI MATRIMONIO (GG/MM/AAAA)/ **(LV)** PRECĒJIES / LAULĪBAS NOSLĒGŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** SUSITUOKĘS (-USI) / SANTUOKOS SUDARYMO DATA (DD/MM/MMMM)/ **(HU)** HÁZAS/HÁZASSÁGKÖTÉS IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** MIŻŻEWWEG/MIŻŻEWŻA U DATA (JJ/XX/SSSS) TAŻ-ŻWIEĠ/ **(NL)** GEHUWD/DATUM (DD/MM/JJJJ) VAN HET HUWELIJK/ **(PL)** POZOSTAJE W ZWIĄZKU MAŁŻEŃSKIM/ DATA (DD/MM/RRRR) ZAWARCIA ZWIĄZKU MAŁŻEŃSKIEGO/ **(PT)** CASADO(A)/DATA DO CASAMENTO (DD/MM/AAAA)/ **(RO)** CĂSĂTORIT(Ă)/DATA (ZZ/LL/AAAA) CĂSĂTORIEI/ **(SK)** ŽENATÝ/VYDATÁ/DÁTUM (DD/MM/RRRR) UZAVRETIA MANŽELSTVA/ **(SL)** POROČEN/DATUM (DD/MM/LLLL) SKLENITVE ZAKONSKE ZVEZE/ **(FI)** NAIMISISSA/AVIOLIITON SOLMIMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** GIFT/DATUM (DD/MM/ÅÅÅÅ) FÖR ÄKTENSKAPETS INGÅENDE |
| 5.2 | **(BG)** БЕЗ СКЛЮЧЕН БРАК/ **(ES)** NO CASADO/ **(CZ)** NESEZDANÁ – NESEZDANÝ/ **(DA)** UGIFT/ **(DE)** UNVERHEIRATET/ **(ET)** EI OLE ABIELUS/ **(EL)** ΑΓΑΜΟΣ/-Η/ **(EN)** NOT MARRIED/ **(FR)** NON MARIÉ(E)/ **(GA)** GAN A BHEITH PÓSTA/ **(HR)** NIJE U BRAKU/ **(IT)** NON CONIUGATO/A/ **(LV)** NEPRECĒJIES/ **(LT)** NESUSITUOKĘS (-USI)/ **(HU)** EGYEDÜLÁLLÓ/ **(MT)** MHUX MIŻŻEWWEĠ/MHUX MIŻŻEWĠA/ **(NL)** ONGEHUWD/ **(PL)** NIE POZOSTAJE W ZWIĄZKU MAŁŻEŃSKIM/ **(PT)** NÃO CASADO(A)/ **(RO)** NECĂSĂTORIT(Ă)/ **(SK)** SLOBODNÝ/SLOBODNÁ/ **(SL)** NEPOROČEN/ **(FI)** EI NAIMISISSA/ **(SV)** OGIFT |
| 5.2.1 | **(BG)** НИКОГА НЕ Е СКЛЮЧВАЛО БРАК/ **(ES)** SOLTERO/ **(CZ)** SVOBODNÁ – SVOBODNÝ/ **(DA)** ALDRIG GIFT/ **(DE)** NIE VERHEIRATET/ **(ET)** EI OLE KUNAGI ABIELUS OLNUD/ **(EL)** ΔΕΝ ΕΧΕΙ ΣΥΝΑΨΕΙ ΠΟΤΕ ΓΑΜΟ/ **(EN)** NEVER MARRIED/ **(FR)** N'AYANT JAMAIS ÉTÉ MARIÉ(E)/ **(GA)** GAN A BHEITH PÓSTA RIAMH/ **(HR)** NIKADA NIJE BIO(-LA) U BRAKU/ **(IT)** CELIBE/NUBILE/ **(LV)** NEKAD NAV BIJIS PRECĒJIES/ **(LT)** NIEKADA NEBUVO SUSITUOKĘS (-USI)/ **(HU)** NŐTLEN / HAJADON/ **(MT)** ĠUVNI/XEBBA/ **(NL)** NOOIT GEHUWD/ **(PL)** NIGDY NIE ZAWARŁ(-A) ZWIĄZKU MAŁŻEŃSKIEGO/ **(PT)** SOLTEIRO/ **(RO)** NU A FOST CĂSĂTORIT(Ă) NICIODATĂ/ **(SK)** NIKDY SA NEOŽENIL/NEVYDALA/ **(SL)** NIKOLI POROČEN/ **(FI)** EI OLE KOSKAAN OLLUT NAIMISISSA/ **(SV)** HAR ALDRIG VARIT GIFT |

| 5.2.2 | **(BG)** С РАЗТРОГНАТ БРАК/ДАТА (ДД/ММ/ГГГГ) НА РАЗВОДА/ **(ES)** DIVORCIADO / FECHA (DD/MM/AAAA) DEL DIVORCIO/ **(CZ)** ROZVEDENÁ – ROZVEDENÝ/DATUM (DD/MM/RRRR) ROZVODU/ **(DA)** FRASKILT/DATO (DD/MM/ÅÅÅÅ) FOR SKILSMISSE/ **(DE)** GESCHIEDEN / DATUM (TT/MM/JJJJ) DER SCHEIDUNG/ **(ET)** LAHUTATUD / LAHUTAMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΔΙΑΖΕΥΓΜΕΝΟΣ/-Η / ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΔΙΑΖΥΓΙΟΥ/ **(EN)** DIVORCED/DATE (DD/MM/YYYY) OF DIVORCE/ **(FR)** DIVORCÉ(E)/DATE (JJ/MM/AAAA) DU DIVORCE/ **(GA)** COLSCARTHA/DÁTA (LL/MM/BBBB) COLSCARTHA/ **(HR)** RAZVEDEN(A)/DATUM (DD/MM/GGGG) RAZVODA/ **(IT)** DIVORZIATO/A - DATA DI DIVORZIO (GG/MM/AAAA)/ **(LV)** ŠĶĪRIES / ŠĶIRŠANÁS DATUMS (DD/MM/GGGG)/ **(LT)** IŠSITUOKĘS (-USI) / SANTUOKOS NUTRAUKIMO DATA (DD/MM/MMMM)/ **(HU)** ELVÁLT/A HÁZASSÁG FELBONTÁSÁNAK IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** DIVORZJAT(A) U DATA (JJ/XX/SSSS) TAD-DIVORZJU/ **(NL)** GESCHEIDEN/DATUM (DD/MM/JJJJ) VAN DE ECHTSCHEIDING/ **(PL)** ROZWIEDZIONY(-A) / DATA (DD/MM/RRRR) ROZWODU/ **(PT)** DIVORCIADO(A)/DATA DO DIVÓRCIO (DD/MM/AAAA)/ **(RO)** DIVORŢAT(Ă)/DATA (ZZ/LL/AAAA) DIVORŢULUI/ **(SK)** ROZVEDENÝ/Á/DÁTUM (DD/MM/RRRR) ROZVODU/ **(SL)** RAZVEZAN/DATUM (DD/MM/LLLL) RAZVEZE ZAKONSKE ZVEZE/ **(FI)** ERONNUT/AVIOERON PÄIVÄMÄÄRÄ (PP/KK/VVVV)/ **(SV)** SKILD/DATUM (DD/MM/ÅÅÅÅ) FÖR SKILSMÄSSA |
|---|---|
| 5.2.3 | **(BG)** С ПОЧИНАЛ(А) СЪПРУГ(А)/ДАТА (ДД/ММ/ГГГГ) НА СМЪРТТА НА СЪПРУГА(АТА)/ **(ES)** VIUDO / FECHA (DD/MM/AAAA) DE FALLECIMIENTO DEL CÓNYUGE/ **(CZ)** VDOVA – VDOVEC/DATUM (DD/MM/RRRR) ÚMRTÍ MANŽELA/MANŽELKY/ **(DA)** ENKESTAND/DATO (DD/MM/ÅÅÅÅ) FOR ÆGTEFÆLLES DØD/ **(DE)** VERWITWET / STERBEDATUM (TT/MM/JJJJ) DES EHEGATTEN/ **(ET)** LESK / ABIKAASA SURMA KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΣΕ ΧΗΡΕΙΑ / ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΘΑΝΑΤΟΥ ΣΥΖΥΓΟΥ/ **(EN)** WIDOWED/ DATE (DD/MM/YYYY) OF SPOUSE'S DEATH/ **(FR)** VEUF(VE)/DATE (JJ/MM/AAAA) DU DÉCÈS DU CONJOINT/ **(GA)** BAINTREACH/ DÁTA (LL/MM/BBBB) BÁIS AN CHÉILE/ **(HR)** UDOVAC(-ICA) / DATUM (DD/MM/GGGG) SMRTI BRAČNOGA DRUGA/ **(IT)** VEDOVO/A - DATA DI DECESSO DEL CONIUGE (GG/MM/AAAA)/ **(LV)** ATRAITNIS / LAULĀTĀ MIRŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** NAŠLYS (-É) / SUTUOKTINIO (-ÉS) MIRTIES DATA (DD/MM/MMMM)/ **(HU)** ÖZVEGY/A HÁZASTÁRS HALÁLÁNAK IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** ARMEL/ARMLA U DATA (JJ/XX/SSSS) TAL-MEWT TAL-KONJUĠI/ **(NL)** WEDUWE/WEDUWNAAR/DATUM (DD/MM/JJJJ) VAN OVERLIJDEN VAN DE ECHTGENO(O)T(E)/ **(PL)** WDOWIEC, WDOWA / DATA (DD/MM/RRRR) ZGONU MAŁŻONKA/ **(PT)** VIÚVO(A)/DATA DO ÓBITO DO CÔNJUGE (DD/MM/AAAA)/ **(RO)** VĂDUV(Ă)/DATA (ZZ/LL/AAAA) DECESULUI SOŢULUI (SOŢIEI)/ **(SK)** VDOVEC/VDOVA/DÁTUM (DD/MM/RRRR) ÚMRTIA MANŽELA/MANŽELKY/ **(SL)** OVDOVEL/DATUM (DD/MM/LLLL) SMRTI ZAKONCA/ **(FI)** LESKI/PUOLISON KUOLINPÄIVÄ (PP/KK/VVVV)/ **(SV)** ÄNKLING ELLER ÄNKA/DATUM (DD/MM/ÅÅÅÅ) FÖR MAKENS ELLER MAKANS DÖD |
| 5.3 | **(BG)** НЕОПРЕДЕЛЕН/ **(ES)** INDETERMINADO/ **(CZ)** NEURČENO/ **(DA)** UBESTEMT/ **(DE)** UNBESTIMMT/ **(ET)** MÄÄRAMATA/ **(EL)** ΔΕΝ ΠΡΟΣΔΙΟΡΙΖΕΤΑΙ/ **(EN)** UNDETERMINED/ **(FR)** INDÉTERMINÉ/ **(GA)** NEAMHCHINNTITHE/ **(HR)** NEUTVRĐENO/ **(IT)** INDETERMINATO/ **(LV)** NENOTEIKTS/ **(LT)** NENUSTATYTA/ **(HU)** MEGHATÁROZATLAN/ **(MT)** MHUX STABBILIT/ **(NL)** ONBEPAALD/ **(PL)** STAN NIEUSTALONY/ **(PT)** NÃO DEFINIDO/ **(RO)** NEDETERMINAT/ **(SK)** NEURČENÉ/ **(SL)** NEDOLOČEN/ **(FI)** MÄÄRITTELEMÄTÖN/ **(SV)** EJ FASTSTÄLLT |
| 6. | **(BG)** ПОЛЕ ЗА ПОДПИС/ **(ES)** RECUADRO PARA LA FIRMA/ **(CZ)** POLE PRO PODPIS/ **(DA)** UNDERSKRIFTSFELT/ **(DE)** UNTERSCHRIFTENFELD/ **(ET)** ALLKIRJALAHTER/ **(EL)** ΤΕΤΡΑΓΩΝΙΔΙΟ ΥΠΟΓΡΑΦΗΣ/ **(EN)** SIGNATURE BOX/ **(FR)** CADRE POUR LA SIGNATURE/ **(GA)** BOSCA DON SÍNIÚ/ **(HR)** POLJE ZA POTPIS/ **(IT)** RIQUADRO PER LA FIRMA/ **(LV)** PARAKSTA LAUKS/ **(LT)** PARAŠO LAUKELIS/ **(HU)** AZ ALÁÍRÁS SZÖVEGDOBOZA/ **(MT)** KAXXA TAL-IFFIRMAR/ **(NL)** VAK VOOR DE HANDTEKENING/ **(PL)** POLE PODPISU/ **(PT)** ESPAÇO DESTINADO À ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** KOLÓNKA NA PODPIS/ **(SL)** POLJE ZA PODPIS/ **(FI)** ALLEKIRJOITUSKENTTÄ/ **(SV)** RUTA FÖR UNDERTECKNANDE |
| 6.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) И СОБСТВЕНО(И) ИМЕ(НА) НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** APELLIDO(S) Y NOMBRE(S) DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** PŘÍJMENÍ A JMÉNO (JMÉNA) ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** EFTERNAVN(E) OG FORNAVN(E) PÅ DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** FAMILIENNAME(N) UND VORNAME(N) DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU EESNIMI (-NIMED) JA PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΚΑΙ ONOMA(-ΤΑ) ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** SURNAME(S) AND FORENAME(S) OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** NOM(S) ET PRÉNOM(S) DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** SLOINNE (SLOINNTE) AGUS CÉADAINM (CÉADAINMNEACHA) AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** PREZIME(NA) I IME(NA) SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** COGNOME/I E NOME/I DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, UZVĀRDS(-I) UN VĀRDS(-I)/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAVARDĖ (-ÉS) IR VARDAS (-AI)/ **(HU)** FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ CSALÁDI NEVE(I) ÉS UTÓNEVE(I)/ **(MT)** KUNJOM(KUNJOMIJIET) U ISEM(ISMIJIET) TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** NA(A)M(EN) EN VOORNA(A)M(EN) VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** NAZWISKO(-A) I IMIĘ (IMIONA) URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** APELIDO(S) E NOME(S) PRÓPRIO(S) DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** NUMELE ŞI PRENUMELE FUNCŢIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** PRIEZVISKO(-Á) A MENO(-Á) ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** PRIIMEK/PRIIMKI IN IME/IMENA URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN SUKUNIMI (-NIMET) JA ETUNIMI (-NIMET)/ **(SV)** EFTERNAMN OCH FÖRNAMN PÅ DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |

| 6.2 | **(BG)** ДЛЪЖНОСТ НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** CARGO DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** FUNKCE ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** STILLING — DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** STELLUNG DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU AMETIKOHT/ **(EL)** ΘΕΣΗ ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** POSITION OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** POSTE DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** POST AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** FUNKCIJA SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** POSIZIONE DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, AMATS/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAREIGOS/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ BEOSZTÁSA/ **(MT)** KARIGA TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** FUNCTIE VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** STANOWISKO URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** CARGO DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** POZIȚIA FUNCȚIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** FUNKCIA ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** POLOŽAJ URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN ASEMA/ **(SV)** BEFATTNING FÖR DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
| --- | --- |
| 6.3 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
| 6.4 | **(BG)** ПОДПИС/ **(ES)** FIRMA/ **(CZ)** PODPIS/ **(DA)** UNDERSKRIFT/ **(DE)** UNTERSCHRIFT/ **(ET)** ALLKIRI/ **(EL)** ΥΠΟΓΡΑΦΗ/ **(EN)** SIGNATURE/ **(FR)** SIGNATURE/ **(GA)** SÍNIÚ/ **(HR)** POTPIS/ **(IT)** FIRMA/ **(LV)** PARAKSTS/ **(LT)** PARAŠAS/ **(HU)** ALÁÍRÁS/ **(MT)** FIRMA/ **(NL)** HANDTEKENING/ **(PL)** PODPIS/ **(PT)** ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** PODPIS/ **(SL)** PODPIS/ **(FI)** ALLEKIRJOITUS/ **(SV)** NAMNTECKNING |
| 6.5 | **(BG)** ПЕЧАТ ИЛИ ЩЕМПЕЛ/ **(ES)** SELLO O TIMBRE/ **(CZ)** PEČEŤ NEBO RAZÍTKO/ **(DA)** SEGL ELLER STEMPEL/ **(DE)** SIEGEL ODER STEMPEL/ **(ET)** PITSER VÕI TEMPEL/ **(EL)** ΣΦΡΑΓΙΔΑ/ **(EN)** SEAL OR STAMP/ **(FR)** SCEAU OU TIMBRE/ **(GA)** SÉALA NÓ STAMPA/ **(HR)** ŽIG ILI PEČAT/ **(IT)** BOLLO O TIMBRO/ **(LV)** ZĪMOGS VAI SPIEDOGS/ **(LT)** SPAUDAS ARBA ANTSPAUDAS/ **(HU)** PECSÉT VAGY BÉLYEGZŐLENYOMAT/ **(MT)** SIĠILL JEW TIMBRU/ **(NL)** ZEGEL OF STEMPEL/ **(PL)** PIECZĘĆ LUB STEMPEL/ **(PT)** SELO OU CARIMBO/ **(RO)** SIGILIUL SAU ȘTAMPILA/ **(SK)** PEČAŤ ALEBO ODTLAČOK PEČIATKY/ **(SL)** PEČAT ALI ŽIG/ **(FI)** SINETTI TAI LEIMA/ **(SV)** SIGILL ELLER STÄMPEL |

ANNEX VII

| REGISTERED PARTNERSHIP<br><br>**MULTILINGUAL STANDARD FORM — TRANSLATION AID**<br><br>Article 7 of Regulation (EU) 2016/1191 of the European Parliament and of the Council of 6 July 2016 on promoting the free movement of citizens by simplifying the requirements for presenting certain public documents in the European Union and amending Regulation (EU) No 1024/2012 (¹) | ☐ Belgium (BE) ☐ Bulgaria (BG)<br>☐ Czech Republic (CZ)<br>☐ Denmark (DK) ☐ Germany (DE)<br>☐ Estonia (EE) ☐ Ireland (IE)<br>☐ Greece (EL) ☐ Spain (ES)<br>☐ France (FR) ☐ Croatia (HR)<br>☐ Italy (IT) ☐ Cyprus (CY)<br>☐ Latvia (LV) ☐ Lithuania (LT)<br>☐ Luxembourg (LU)<br>☐ Hungary (HU) ☐ Malta (MT)<br>☐ Netherlands (NL) ☐ Austria (AT)<br>☐ Poland (PL) ☐ Portugal (PT)<br>☐ Romania (RO) ☐ Slovenia (SI)<br>☐ Slovakia (SK) ☐ Finland (FI)<br>☐ Sweden (SE) ☐ United Kingdom (UK) |
|---|---|

---

**IMPORTANT NOTICE**

The sole purpose of this multilingual standard form is to facilitate the translation of the public document to which it is attached. This form shall not be circulated as an autonomous document between Member States.

This form reflects the content of the public document to which it is attached. However, the authority to which the public document is presented may require, when necessary for the purpose of processing the public document, a translation or transliteration of the information included in the form.

---

**NOTE FOR THE ISSUING AUTHORITY**

Mention only information which is given in the public document to which this form is attached (²).

If the public document to which this form is attached does not contain certain data or information, indicate '—'.

---

1.   AUTHORITY ISSUING THIS FORM

1.1   Designation (³) ...................................................................................................................................

---

2.   AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

1.1   Designation (⁴) ...................................................................................................................................

---

3.   INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

3.1   ☐ Document emanating from an authority or an official connected with the courts or tribunals of a Member State

    3.1.1   ☐ Court decision

    3.1.2   ☐ Document emanating from a public prosecutor

    3.1.3   ☐ Document emanating from a clerk of a court

    3.1.4   ☐ Document emanating from a judicial officer ('huissier de justice')

    3.1.5   ☐ Other (to be specified) ......................................................................................................

---

(¹)   OJ L 200, 26.7.2016, p. 1.
(²)   If completing by hand, please use capital letters.
(³)   The term 'designation' should be interpreted as referring to the official designation of the authority issuing the form.
(⁴)   The term 'designation' should be interpreted as referring to the official designation of the authority issuing the public document to which this form is attached.

3.2 ☐ Administrative document

    3.2.1 ☐ Certificate

    3.2.2 ☐ Extract from the Civil Status Register

    3.2.3 ☐ Extract from the Population Register

    3.2.4 ☐ Verbatim copy of civil status records

    3.1.5 ☐ Other (to be specified) ................................................................................................................

3.3 ☐ Notarial act

3.4 ☐ Official certificate placed on a document signed by a person in his or her private capacity

3.5 ☐ Document drawn up by a diplomatic or consular agent of a Member State in his or her official capacity

3.6 Date (dd/mm/yyyy) of issue ................................................................................................................

3.7 Reference number of the public document ................................................................................................................

---

4. REGISTERED PARTNERSHIP

4.1 Date (dd/mm/yyyy) of the registration of the partnership ................................................................................................................

4.2 Place (¹) and country (²) of the registration of the partnership ................................................................................................................

---

5. PARTNER A

5.1 Surname(s) at birth ................................................................................................................

5.2 Surname(s) before the act ................................................................................................................

5.3 Surname(s) following the act ................................................................................................................

5.4 Forename(s) ................................................................................................................

5.5 Date (dd/mm/yyyy) of birth ................................................................................................................

5.6 Sex: ................................................................................................................

    5.6.1 ☐ Female

    5.6.2 ☐ Male

    5.6.3 ☐ Undetermined

---

(¹) The term 'place of the registration of the act' refers to the name of the city, town, village, or hamlet and province in which the act was registered.
(²) The name of the country and, where it exists, the ISO code of that country or the option 'Other (to be specified)' should be chosen from the drop-down list in the model multilingual standard form available in the European e-Justice Portal.

EN    Official Journal of the European Union

| 6. | PARTNER B |
|---|---|
| 5.1 | Surname(s) at birth ............................................................................................................................ |
| 5.2 | Surname(s) before the act .................................................................................................................. |
| 5.3 | Surname(s) following the act .............................................................................................................. |
| 5.4 | Forename(s) ......................................................................................................................................... |
| 5.5 | Date (dd/mm/yyyy) of birth ................................................................................................................ |
| 5.6 | Sex: ...................................................................................................................................................... |
| | 5.6.1 ☐ Female |
| | 5.6.2 ☐ Male |
| | 5.6.3 ☐ Undetermined |

| 7. | SIGNATURE BOX |
|---|---|
| 7.1 | Surname(s) and forename(s) of the official who issued this form |
| | .......................................................................................................................................................... |
| 7.2 | Position of the official who issued this form ...................................................................................... |
| 7.3 | Date (dd/mm/yyyy) of issue ............................................................................................................... |
| 7.4 | Signature ............................................................................................................................................ |
| 7.5 | Seal or stamp ..................................................................................................................................... |

26.7.2016    EN    Official Journal of the European Union    L 200/85

**MULTILINGUAL GLOSSARY OF THE STANDARD ENTRY HEADINGS**

**(REGISTERED PARTNERSHIP)**

| 1. | **(BG)** ОРГАН, ИЗДАВАЩ НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ TENTO FORMULÁŘ/ **(DA)** DENNE FORMULARS UDSTEDENDE MYNDIGHED/ **(DE)** BEHÖRDE, DIE DIESES FORMULAR AUSSTELLT/ **(ET)** KÄESOLEVA VORMI VÄLJA ANDNUD ASUTUS/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΠΑΡΟΝΤΟΣ ΕΝΤΥΠΟΥ/ **(EN)** AUTHORITY ISSUING THIS FORM/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN FHOIRM SEO/ **(HR)** TIJELO KOJE IZDAJE OVAJ OBRAZAC/ **(IT)** AUTORITÀ CHE RILASCIA IL PRESENTE MODULO/ **(LV)** VEIDLAPAS IZDEVĒJIESTĀDE/ **(LT)** ŠIĄ FORMĄ IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TA' DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN DIT FORMULIER/ **(PL)** ORGAN WYDAJĄCY NINIEJSZY FORMULARZ/ **(PT)** AUTORIDADE QUE EMITE O PRESENTE FORMULÁRIO/ **(RO)** AUTORITATEA EMITENTĂ A PREZENTULUI FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI TENTO FORMULÁR/ **(SL)** ORGAN, KI IZDA TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTAVA VIRANOMAINEN/ **(SV)** MYNDIGHET SOM UTFÄRDAR FORMULÄRET |
|---|---|
| 1.1 | **(BG)** НАИМЕНОВАНИЕ/ **(ES)** DENOMINACIÓN/ **(CZ)** NÁZEV/ **(DA)** BETEGNELSE/ **(DE)** BEZEICHNUNG/ **(ET)** NIMETUS/ **(EL)** ΟΝΟΜΑΣΙΑ/ **(EN)** DESIGNATION/ **(FR)** DÉNOMINATION/ **(GA)** AINMNIÚ/ **(HR)** NAZIV/ **(IT)** DENOMINAZIONE/ **(LV)** NOSAUKUMS/ **(LT)** PAVADINIMAS/ **(HU)** MEGNEVEZÉS/ **(MT)** TITLU/ **(NL)** BENAMING/ **(PL)** NAZWA/ **(PT)** DESIGNAÇÃO/ **(RO)** DENUMIRE/ **(SK)** NÁZOV/ **(SL)** IME/ **(FI)** NIMI/ **(SV)** NAMN |
| 2. | **(BG)** ОРГАН, ИЗДАВАЩ ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ VEŘEJNOU LISTINU, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** DEN MYNDIGHED, DER HAR UDSTEDT DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** BEHÖRDE, DIE DIE ÖFFENTLICHE URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST, AUSSTELLT/ **(ET)** ASUTUS, KES ANDIS VÄLJA AVALIKU DOKUMENDI, MILLELE SEE VORM ON LISATUD/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** TIJELO KOJE IZDAJE JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** AUTORITÀ CHE RILASCIA IL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** PUBLISKĀ DOKUMENTA, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA, IZDEVĒJIESTĀDE/ **(LT)** VIEŠĄJI DOKUMENTĄ, PRIE KURIO PRIDEDAMA ŠI FORMA, IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATOT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TAD-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** ORGAN WYDAJĄCY DOKUMENT URZĘDOWY, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** AUTORIDADE QUE EMITE O DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** AUTORITATEA EMITENTĂ A DOCUMENTULUI OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI VEREJNÚ LISTINU, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** ORGAN, KI IZDA JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** VIRANOMAINEN, JOKA ON ANTANUT YLEISEN ASIAKIRJAN, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** MYNDIGHET SOM UTFÄRDAR DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |
| 3. | **(BG)** ИНФОРМАЦИЯ ОТНОСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** INFORMACIÓN RELATIVA AL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** INFORMACE TÝKAJÍCÍ SE VEŘEJNÉ LISTINY, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** OPLYSNINGER VEDRØRENDE DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** ANGABEN ZUR ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST/ **(ET)** TEAVE AVALIKU DOKUMENDI KOHTA, MILLELE SEE VORM ON LISATUD/ **(EL)** ΠΛΗΡΟΦΟΡΙΕΣ ΣΧΕΤΙΚΑ ΜΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** INFORMATIONS RELATIVES AU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** FAISNÉIS A BHAINEANN LEIS AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** INFORMACIJE KOJE SE ODNOSE NA JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** INFORMAZIONI RELATIVE AL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** INFORMĀCIJA PAR PUBLISKO DOKUMENTU, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA/ **(LT)** INFORMACIJA, SUSIJUSI SU VIEŠUOJU DOKUMENTU, PRIE KURIO PRIDEDAMA ŠI FORMA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATRA VONATKOZÓ INFORMÁCIÓK/ **(MT)** INFORMAZZJONI DWAR ID-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** INFORMATIE BETREFFENDE HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** INFORMACJE DOTYCZĄCE DOKUMENTU URZĘDOWEGO, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** INFORMAÇÕES RELATIVAS AO DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** INFORMAȚII REFERITOARE LA DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** INFORMÁCIE O VEREJNEJ LISTINE, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** INFORMACIJE V ZVEZI Z JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** TIEDOT YLEISESTÄ ASIAKIRJASTA, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** INFORMATION OM DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |

EN

3.1 **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ОРГАН ИЛИ ДЛЪЖНОСТНО ЛИЦЕ, СВЪРЗАН/О СЪС СЪДИЛИЩАТА ИЛИ ПРАВОРАЗДАВАТЕЛНИТЕ ОРГАНИ НА ДЪРЖАВА ЧЛЕНКА/ **(ES)** DOCUMENTO EXPEDIDO POR UNA AUTORIDAD O UN FUNCIONARIO VINCULADO A LOS ÓRGANOS JURISDICCIONALES DE UN ESTADO MIEMBRO/ **(CZ)** LISTINA VYDANÁ ORGÁNEM NEBO ÚŘEDNÍKEM S VAZBOU NA SOUDY DANÉHO ČLENSKÉHO STÁTU/ **(DA)** DOKUMENT, DER ER UDSTEDT AF EN MYNDIGHED ELLER EN EMBEDSMAND, DER ER TILKNYTTET DOMSTOLE I EN MEDLEMSSTAT/ **(DE)** URKUNDE EINER BEHÖRDE ODER EINER AMTSPERSON ALS ORGAN DER RECHTSPFLEGE EINES MITGLIEDSTAATS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD LIIKMESRIIGI KOHTUTEGA SEOTUD AMETIASUTUS VÕI AMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΜΙΑ ΑΡΧΗ 'Η ΕΝΑΝ/ΜΙΑ ΥΠΑΛΛΗΛΟ ΠΟΥ ΣΥΝΔΕΕΤΑΙ ΜΕ ΤΑ ΔΙΚΑΣΤΗΡΙΑ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ/ **(EN)** DOCUMENT EMANATING FROM AN AUTHORITY OR AN OFFICIAL CONNECTED WITH THE COURTS OR TRIBUNALS OF A MEMBER STATE/ **(FR)** DOCUMENT ÉMANANT D'UNE AUTORITÉ OU D'UN FONCTIONNAIRE RELEVANT D'UNE JURIDICTION D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD A THAGANN Ó ÚDARÁS NÓ Ó OIFIGEACH A BHFUIL BAINT AIGE NÓ AICI LE CÚIRTEANNA NÓ LE BINSÍ DE CHUID BALLSTÁIT/ **(HR)** ISPRAVA KOJU JE IZDALO TIJELO ILI SLUŽBENIK SUDA DRŽAVE ČLANICE/ **(IT)** DOCUMENTO EMANATO DA UN'AUTORITÀ O DA UN FUNZIONARIO APPARTENENTE AD UNA DELLE GIURISDIZIONI DI UNO STATO MEMBRO/ **(LV)** DOKUMENTS, KURU IZSNIEGUSI AR DALĪBVALSTS TIESĀM SAISTĪTA IESTĀDE VAI AMATPERSONA/ **(LT)** DOKUMENTAS, IŠDUOTAS VALDŽIOS INSTITUCIJOS AR PAREIGŪNO, SUSIJUSIŲ SU VALSTYBĖS NARĖS TEISMAIS AR TRIBUNOLAIS/ **(HU)** TAGÁLLAMI BÍRÓSÁGGAL KAPCSOLATBAN ÁLLÓ HATÓSÁG VAGY TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN AWTORITÀ JEW UFFIĊJAL LI JKOLLHOM RABTA MAL-QRATI JEW IT-TRIBUNALI TA' STAT MEMBRU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN AUTORITEIT OF AMBTENAAR BEHORENDE TOT EEN RECHTERLIJKE INSTANTIE VAN EEN LIDSTAAT/ **(PL)** DOKUMENT POCHODZĄCY OD ORGANU SĄDOWEGO LUB URZĘDNIKA SĄDOWEGO PAŃSTWA CZŁONKOWSKIEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UMA AUTORIDADE OU DE UM FUNCIONÁRIO DEPENDENTE DE QUALQUER JURISDIÇÃO DE UM ESTADO-MEMBRO/ **(RO)** DOCUMENT EMIS DE O AUTORITATE SAU DE UN FUNCȚIONAR DE PE LÂNGĂ INSTANȚELE UNUI STAT MEMBRU/ **(SK)** LISTINA VYDANÁ ORGÁNOM ALEBO ÚRADNÍKOM S VÄZBOU NA SÚDY ČLENSKÉHO ŠTÁTU/ **(SL)** LISTINA, IZDANA S STRANI ORGANA ALI URADNIKA SODNE OBLASTI DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA ON ANTANUT JÄSENVALTION OIKEUSLAITOKSEEN KUULUVA VIRANOMAINEN TAI VIRKAMIES/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN MYNDIGHET ELLER EN TJÄNSTEMAN TILLHÖRANDE DOMSTOLSVÄSENDET I EN MEDLEMSSTAT

3.1.1 **(BG)** СЪДЕБНО РЕШЕНИЕ/ **(ES)** RESOLUCIÓN JUDICIAL/ **(CZ)** ROZHODNUTÍ SOUDU/ **(DA)** DOMSTOLSAFGØRELSE/ **(DE)** GERICHTSENTSCHEIDUNG/ **(ET)** KOHTUOTSUS/ **(EL)** ΔΙΚΑΣΤΙΚΗ ΑΠΟΦΑΣΗ/ **(EN)** COURT DECISION/ **(FR)** DÉCISION DE JUSTICE/ **(GA)** CINNEADH ÓN gCÚIRT/ **(HR)** SUDSKA ODLUKA/ **(IT)** DECISIONE GIURISDIZIONALE/ **(LV)** TIESAS LĒMUMS/ **(LT)** TEISMO SPRENDIMAS/ **(HU)** BÍRÓSÁGI HATÁROZAT/ **(MT)** DEĊIŻJONI TAL-QORTI/ **(NL)** RECHTERLIJKE BESLISSING/ **(PL)** ORZECZENIE SĄDOWE/ **(PT)** DECISÃO JUDICIAL/ **(RO)** HOTĂRÂRE JUDECĂTOREASCĂ/ **(SK)** SÚDNE ROZHODNUTIE/ **(SL)** SODNA ODLOČBA/ **(FI)** TUOMIOISTUIMEN PÄÄTÖS/ **(SV)** DOMSTOLSBESLUT

3.1.2 **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ПРОКУРОР/ **(ES)** DOCUMENTO EXPEDIDO POR EL MINISTERIO FISCAL/ **(CZ)** LISTINA VYDANÁ STÁTNÍM ZÁSTUPCEM/ **(DA)** DOKUMENT UDSTEDT AF EN ANKLAGEMYNDIGHED/ **(DE)** URKUNDE EINER STAATSANWALTSCHAFT/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD RIIKLIK SÜÜDISTAJA/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΕΙΣΑΓΓΕΛΕΑ/ **(EN)** DOCUMENT EMANATING FROM A PUBLIC PROSECUTOR/ **(FR)** DOCUMENT ÉMANANT DU MINISTÈRE PUBLIC/ **(GA)** DOICIMÉAD A THAGANN Ó IONCHÚISITHEOIR POIBLÍ/ **(HR)** ISPRAVA KOJU JE IZDALO DRŽAVNO ODVJETNIŠTVO/ **(IT)** DOCUMENTO EMANATO DAL PUBBLICO MINISTERO/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS PROKURORS/ **(LT)** PROKURORO IŠDUOTAS DOKUMENTAS/ **(HU)** ÜGYÉSZ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN PROSEKUTUR PUBBLIKU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN OPENBAAR MINISTERIE/ **(PL)** DOKUMENT POCHODZĄCY OD PROKURATORA/ **(PT)** DOCUMENTO PROVENIENTE DO MINISTÉRIO PÚBLICO/ **(RO)** DOCUMENT EMIS DE UN PROCUROR/ **(SK)** LISTINA VYDANÁ PROKURÁTOROM/ **(SL)** LISTINA, KI JO IZDA DRŽAVNO TOŽILSTVO/ **(FI)** VIRALLISEN SYYTTÄJÄN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN ÅKLAGARVÄSENDET

3.1.3 **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН СЛУЖИТЕЛ/ **(ES)** DOCUMENTO EXPEDIDO POR UN SECRETARIO JUDICIAL/ **(CZ)** LISTINA VYDANÁ VYŠŠÍM SOUDNÍM ÚŘEDNÍKEM/ **(DA)** DOKUMENT UDSTEDT AF EN JUSTITSSEKRETÆR/ **(DE)** URKUNDE EINES URKUNDSBEAMTEN DER GESCHÄFTSSTELLE EINES GERICHTS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUAMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΓΡΑΜΜΑΤΕΑ ΔΙΚΑΣΤΗΡΙΟΥ/ **(EN)** DOCUMENT EMANATING FROM A CLERK OF A COURT/ **(FR)** DOCUMENT ÉMANANT D'UN GREFFIER/ **(GA)** DOICIMÉAD A THAGANN Ó CHLÉIREACH DE CHUID CÚIRTE/ **(HR)** ISPRAVA KOJU JE IZDAO UPRAVITELJ SUDSKE PISARNICE/ **(IT)** DOCUMENTO EMANATO DA UN CANCELLIERE/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS SEKRETĀRS/ **(LT)** TEISMO TARNAUTOJO IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN REĠISTRATUR TA' QORTI/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GRIFFIER/ **(PL)** DOKUMENT POCHODZĄCY OD SEKRETARZA SĄDOWEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UM OFICIAL DE JUSTIÇA/ **(RO)** DOCUMENT EMIS DE UN GREFIER AL INSTANȚEI/ **(SK)** LISTINA VYDANÁ SÚDNYM ÚRADNÍKOM/ **(SL)** LISTINA, KI JO IZDA SODNI USLUŽBENEC/ **(FI)** TUOMIOISTUIMEN SIHTEERIN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN DOMSTOLSTJÄNSTEMAN

3.1.4 **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН ИЗПЪЛНИТЕЛ („HUISSIER DE JUSTICE")/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE JUDICIAL («HUISSIER DE JUSTICE»)/ **(CZ)** LISTINA VYDANÁ SOUDNÍM VYKONAVATELEM („HUISSIER DE JUSTICE")/ **(DA)** DOKUMENT UDSTEDT AF EN STÆVNINGSMAND (»HUISSIER DE JUSTICE«)/ **(DE)** URKUNDE EINES GERICHTSVOLLZIEHERS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUTÄITUR/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΔΙΚΑΣΤΙΚΟ(-Η) ΕΠΙΜΕΛΗΤ(-ΡΙΑ) («HUISSIER DE JUSTICE»)/ **(EN)** DOCUMENT EMANATING FROM A JUDICIAL OFFICER ('HUISSIER DE JUSTICE')/ **(FR)** DOCUMENT ÉMANANT D'UN HUISSIER DE JUSTICE/ **(GA)** DOICIMÉAD A THAGANN Ó OIFIGEACH BREITHIÚNACH ("HUISSIER DE JUSTICE")/ **(HR)** ISPRAVA KOJU JE IZDAO SUDSKI OVRŠITELJ (*HUISSIER DE JUSTICE*)/ **(IT)** DOCUMENTO EMANATO DA UN UFFICIALE GIUDIZIARIO ("HUISSIER DE JUSTICE")/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS IZPILDĪTĀJS (*HUISSIER DE JUSTICE*)/ **(LT)** ANTSTOLIO IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI VÉGREHAJTÓ („HUISSIER DE JUSTICE") ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN UFFIĊJAL ĠUDIZZJARJU ('HUISSIER DE JUSTICE')/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GERECHTSDEURWAARDER/ **(PL)** DOKUMENT POCHODZĄCY OD URZĘDNIKA SĄDOWEGO (*HUISSIER DE JUSTICE*)/ **(PT)** DOCUMENTO PROVENIENTE DE UM ESCRIVÃO DE DIREITO («HUISSIER DE JUSTICE»)/ **(RO)** DOCUMENT EMIS DE UN EXECUTOR JUDECĂTORESC („HUISSIER DE JUSTICE")/ **(SK)** LISTINA VYDANÁ SÚDNYM VYKONÁVATEĽOM („HUISSIER DE JUSTICE")/ **(SL)** LISTINA, KI JO IZDA SODNI IZVRŠITELJ („HUISSIER DE JUSTICE")/ **(FI)** HAASTEMIEHEN ("HUISSIER DE JUSTICE") ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN STÄMNINGSMAN (*HUISSIER DE JUSTICE*)

3.1.5 **(BG)** ДРУГИ (ДА СЕ ПОСОЧАТ)/ **(ES)** OTRO (ESPECIFÍQUESE)/ **(CZ)** JINÉ (UPŘESNĚTE)/ **(DA)** ANDRE (ANGIVES)/ **(DE)** SONSTIGES (BITTE ANGEBEN)/ **(ET)** MUU (TÄPSUSTAGE)/ **(EL)** ΑΛΛΟ (ΔΙΕΥΚΡΙΝΙΣΤΕ)/ **(EN)** OTHER (TO BE SPECIFIED)/ **(FR)** AUTRE (À PRÉCISER)/ **(GA)** EILE (LE SONRÚ)/ **(HR)** OSTALO (NAVESTI)/ **(IT)** ALTRO (PRECISARE)/ **(LV)** CITS (PRECIZĒT)/ **(LT)** KITA (NURODYTI)/ **(HU)** EGYÉB (KÉRJÜK PONTOSÍTANI)/ **(MT)** OĦRAJN (IPPREĊIŻA)/ **(NL)** OVERIGE (SPECIFICEREN)/ **(PL)** INNY (PROSZĘ OKREŚLIĆ)/ **(PT)** OUTROS (A ESPECIFICAR)/ **(RO)** ALTUL (A SE PRECIZA)/ **(SK)** INÉ (SPRESNIŤ)/ **(SL)** DRUGO (NAVESTI)/ **(FI)** MUU ASIAKIRJA (TÄSMENNETTÄVÄ)/ **(SV)** ANNAN HANDLING (SPECIFICERAS)

3.2 **(BG)** АДМИНИСТРАТИВЕН ДОКУМЕНТ/ **(ES)** DOCUMENTO ADMINISTRATIVO/ **(CZ)** LISTINA VYDANÁ SPRÁVNÍM ÚŘADEM/ **(DA)** ADMINISTRATIVT DOKUMENT/ **(DE)** URKUNDE EINER VERWALTUNGSBEHÖRDE/ **(ET)** HALDUSDOKUMENT/ **(EL)** ΔΙΟΙΚΗΤΙΚΟ ΕΓΓΡΑΦΟ/ **(EN)** ADMINISTRATIVE DOCUMENT/ **(FR)** DOCUMENT ADMINISTRATIF/ **(GA)** DOICIMÉAD RIARACHÁIN/ **(HR)** UPRAVNA ISPRAVA/ **(IT)** DOCUMENTO AMMINISTRATIVO/ **(LV)** ADMINISTRATĪVS DOKUMENTS/ **(LT)** ADMINISTRACINIS DOKUMENTAS/ **(HU)** KÖZIGAZGATÁSI OKIRAT/ **(MT)** DOKUMENT AMMINISTRATTIV/ **(NL)** ADMINISTRATIEF DOCUMENT/ **(PL)** DOKUMENT ADMINISTRACYJNY/ **(PT)** DOCUMENTO ADMINISTRATIVO/ **(RO)** DOCUMENT ADMINISTRATIV/ **(SK)** SPRÁVNA LISTINA/ **(SL)** UPRAVNA LISTINA/ **(FI)** HALLINNOLLINEN ASIAKIRJA/ **(SV)** ADMINISTRATIV HANDLING

3.2.1 **(BG)** УДОСТОВЕРЕНИЕ/ **(ES)** CERTIFICADO/ **(CZ)** OSVĚDČENÍ/ **(DA)** PÅTEGNING/ **(DE)** BESCHEINIGUNG/ **(ET)** TÕEND/ **(EL)** ΠΙΣΤΟΠΟΙΗΤΙΚΟ/ **(EN)** CERTIFICATE/ **(FR)** CERTIFICAT/ **(GA)** DEIMHNIÚ/ **(HR)** POTVRDA/ **(IT)** CERTIFICATO/ **(LV)** APLIECINĀJUMS/ **(LT)** PAŽYMA, LIUDIJIMAS/ **(HU)** TANÚSÍTVÁNY/BIZONYÍTVÁNY/ **(MT)** ĊERTIFIKAT/ **(NL)** CERTIFICAAT/ **(PL)** ZAŚWIADCZENIE/ **(PT)** CERTIDÃO OU CERTIFICADO/ **(RO)** CERTIFICAT/ **(SK)** OSVEDČENIE/ **(SL)** POTRDILO/ **(FI)** TODISTUS/ **(SV)** INTYG

3.2.2 **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА ЗА ГРАЖДАНСКОТО СЪСТОЯНИЕ/ **(ES)** EXTRACTO DEL REGISTRO CIVIL/ **(CZ)** VÝPIS Z MATRIKY/ **(DA)** UDDRAG FRA CIVILSTANDSREGISTRET/ **(DE)** AUSZUG AUS DEM PERSONENSTANDSREGISTER/ **(ET)** PEREKONNASEISUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΛΗΞΙΑΡΧΙΚΟΥ ΜΗΤΡΩΟΥ/ **(EN)** EXTRACT FROM THE CIVIL STATUS REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE L'ÉTAT CIVIL/ **(GA)** SLIOCHT AS AN gCLÁR STÁDAIS SHIBHIALTA/ **(HR)** IZVADAK IZ REGISTRA OSOBNOG STANJA/ **(IT)** ESTRATTO DI ATTO DI STATO CIVILE/ **(LV)** IZRAKSTS NO CIVILSTĀVOKĻA AKTU REĢISTRA/ **(LT)** IŠRAŠAS IŠ CIVILINĖS BŪKLĖS AKTŲ REGISTRO/ **(HU)** ANYAKÖNYVI KIVONAT/ **(MT)** ESTRATT MIR-REĠISTRU TAL-ISTAT ĊIVILI/ **(NL)** UITTREKSEL UIT HET REGISTER VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS SKRÓCONY AKTU STANU CYWILNEGO/ **(PT)** EXTRATO DE ATOS DO REGISTO CIVIL/ **(RO)** EXTRAS DIN REGISTRUL DE STARE CIVILĂ/ **(SK)** VÝPIS Z REGISTRA OSOBNÉHO STAVU/ **(SL)** IZPISEK IZ REGISTRA O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERIOTE (SIVIILISÄÄTY)/ **(SV)** UTDRAG UR FOLKBOKFÖRINGEN

3.2.3 **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА НА НАСЕЛЕНИЕТО/ **(ES)** EXTRACTO DEL CENSO/ **(CZ)** VÝPIS Z REGISTRU OBYVATEL/ **(DA)** UDDRAG FRA FOLKEREGISTRET/ **(DE)** AUSZUG AUS DEM MELDEREGISTER/ **(ET)** RAHVASTIKUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΔΗΜΟΤΟΛΟΓΙΟΥ/ **(EN)** EXTRACT FROM THE POPULATION REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE LA POPULATION/ **(GA)** SLIOCHT AS AN gCLÁR DAONRA/ **(HR)** IZVADAK IZ POPISA STANOVNIŠTVA/ **(IT)** ESTRATTO ANAGRAFICO/ **(LV)** IZRAKSTS NO IEDZĪVOTĀJU REĢISTRA/ **(LT)** IŠRAŠAS IŠ GYVENTOJŲ REGISTRO/ **(HU)** KIVONAT A SZEMÉLYIADAT- ÉS LAKCÍMNYILVÁNTARTÁSBÓL/ **(MT)** ESTRATT MIR-REĠISTRU TAL-POPOLAZZJONI/ **(NL)** UITTREKSEL UIT HET BEVOLKINGSREGISTER/ **(PL)** WYCIĄG Z REJESTRU LUDNOŚCI/ **(PT)** EXTRATO DO REGISTO DA POPULAÇÃO/ **(RO)** EXTRAS DIN REGISTRUL DE EVIDENȚĂ A POPULAȚIEI/ **(SK)** VÝPIS Z REGISTRA OBYVATEĽOV/ **(SL)** IZPISEK IZ REGISTRA PREBIVALSTVA/ **(FI)** VÄESTÖREKISTERIOTE/ **(SV)** UTDRAG UR BEFOLKNINGSREGISTER

| | |
|---|---|
| 3.2.4 | **(BG)** ПЪЛЕН ПРЕПИС ОТ АКТОВЕ ЗА ГРАЖДАНСКО СЪСТОЯНИЕ/ **(ES)** COPIA LITERAL DE ACTAS DEL REGISTRO CIVIL/ **(CZ)** OPIS MATRIČNÍCH ZÁZNAMŮ/ **(DA)** ORDRET KOPI AF CIVILSTANDSREGISTRE/ **(DE)** WÖRTLICHE KOPIE VON PERSONENSTANDSEINTRÄGEN/ **(ET)** PEREKONNASEISUAKTI KOOPIA/ **(EL)** ΠΙΣΤΟ ΑΝΤΙΓΡΑΦΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟΥ ΠΡΟΣΩΠΙΚΗΣ ΚΑΤΑΣΤΑΣΗΣ/ **(EN)** VERBATIM COPY OF CIVIL STATUS RECORDS/ **(FR)** COPIE INTÉGRALE D'ACTES DE L'ÉTAT CIVIL/ **(GA)** CÓIP FOCAL AR FHOCAL DE THAIFID AR STÁDAS SIBHIALTA/ **(HR)** DOSLOVNI PRIJEPIS IZ EVIDENCIJA O OSOBNOM STANJU/ **(IT)** COPIA LETTERALE DI ATTO DI STATO CIVILE/ **(LV)** CIVILSTĀVOKĻA AKTU REĢISTRA IERAKSTU AUTENTISKA KOPIJA/ **(LT)** CIVILINĖS BŪKLĖS AKTŲ ĮRAŠŲ PAŽODINĖ KOPIJA/ **(HU)** ANYAKÖNYVI BEJEGYZÉS SZÓ SZERINTI MÁSOLATA/ **(MT)** KOPJA VERBATIM TAL-ATTI TAL-ISTAT ĊIVILI/ **(NL)** EENSLUIDEND AFSCHRIFT VAN AKTEN VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS ZUPEŁNY AKTU STANU CYWILNEGO/ **(PT)** CERTIDÃO DE CÓPIA INTEGRAL OU DE NARRATIVA DE ATOS DE REGISTO CIVIL/ **(RO)** COPIE EXACTĂ A UNUI ACT DE STARE CIVILĂ/ **(SK)** DOSLOVNÝ VÝPIS ZO ZÁPISOV O OSOBNOM STAVE/ **(SL)** DOBESEDNI PREPIS LISTIN O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERITIETOJEN SANATARKKA JÄLJENNÖS/ **(SV)** ORDAGRANN AVSKRIFT AV FOLKBOKFÖRINGSHANDLING |
| 3.3 | **(BG)** НОТАРИАЛЕН АКТ/ **(ES)** ACTA NOTARIAL/ **(CZ)** NOTÁŘSKÁ LISTINA/ **(DA)** NOTARBEKRÆFTET DOKUMENT/ **(DE)** NOTARIELLE URKUNDE/ **(ET)** NOTARIAALDOKUMENT/ **(EL)** ΣΥΜΒΟΛΑΙΟΓΡΑΦΙΚΗ ΠΡΑΞΗ/ **(EN)** NOTARIAL ACT/ **(FR)** ACTE NOTARIÉ/ **(GA)** GNÍOMH NÓTAIREACHTA/ **(HR)** JAVNOBILJEŽNIČKA ISPRAVA/ **(IT)** ATTO NOTARILE/ **(LV)** NOTARIĀLS AKTS/ **(LT)** NOTARINIS AKTAS/ **(HU)** KÖZJEGYZŐI OKIRAT/ **(MT)** ATT NOTARILI/ **(NL)** NOTARIËLE AKTE/ **(PL)** AKT NOTARIALNY/ **(PT)** ATO NOTARIAL/ **(RO)** ACT NOTARIAL/ **(SK)** NOTÁRSKA LISTINA/ **(SL)** NOTARSKA LISTINA/ **(FI)** NOTAARIN ANTAMA ASIAKIRJA/ **(SV)** NOTARIELL HANDLING |
| 3.4 | **(BG)** ОФИЦИАЛНО УДОСТОВЕРЕНИЕ, ПРИЛОЖЕНО КЪМ ДОКУМЕНТ, ПОДПИСАН ОТ ЛИЦЕ В ЛИЧНО КАЧЕСТВО/ **(ES)** CERTIFICACIÓN OFICIAL PUESTA SOBRE UN DOCUMENTO PRIVADO/ **(CZ)** ÚŘEDNÍ OSVĚDČENÍ, KTERÝM BYLA OPATŘENA LISTINA PODEPSANÁ SOUKROMOU OSOBOU/ **(DA)** OFFICIEL PÅTEGNING PÅ ET DOKUMENT UNDERTEGNET AF EN PERSON I DENNES EGENSKAB AF PRIVATPERSON/ **(DE)** AMTLICHE BESCHEINIGUNG AUF EINER PRIVATURKUNDE/ **(ET)** ISIKU POOLT ERAISIKUNA ALLKIRJASTATUD DOKUMENDILE KINNITATAV AMETLIK TÕEND/ **(EL)** ΕΠΙΣΗΜΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟ ΕΝΣΩΜΑΤΩΜΕΝΟ ΣΕ ΕΓΓΡΑΦΟ ΥΠΟΓΕΓΡΑΜΜΕΝΟ ΑΠΟ ΑΤΟΜΟ ΠΟΥ ΕΝΕΡΓΕΙ ΩΣ ΙΔΙΩΤΗΣ/ **(EN)** OFFICIAL CERTIFICATE PLACED ON A DOCUMENT SIGNED BY A PERSON IN HIS OR HER PRIVATE CAPACITY/ **(FR)** DÉCLARATION OFFICIELLE APPOSÉE SUR UN ACTE SOUS SEING PRIVÉ/ **(GA)** DEIMHNIÚ OIFIGIÚIL A CHUIRTEAR AR DHOICIMÉAD ARNA SHÍNIÚ AG DUINE INA CHÁIL NÓ INA CÁIL PHRÍOBHÁIDEACH/ **(HR)** SLUŽBENA POTVRDA STAVLJENA NA ISPRAVU KOJU JE OSOBA POTPISALA U PRIVATNOM SVOJSTVU/ **(IT)** DICHIARAZIONE UFFICIALE APPOSTA SU UNA SCRITTURA PRIVATA/ **(LV)** OFICIĀLS APLIECINĀJUMS UZ DOKUMENTA, KO SAVĀ VĀRDĀ PARAKSTĪJUSI KĀDA PERSONA/ **(LT)** PRIVAČIŲ ASMENŲ PASIRAŠYTŲ DOKUMENTŲ OFICIALŪS PATVIRTINIMAI/ **(HU)** MAGÁNKIRATON ELHELYEZETT HIVATALOS TANÚSÍTVÁNY/ **(MT)** ĊERTIFIKAT UFFIĊJALI LI JITQIEGĦED F'DOKUMENT IFFIRMAT MINN PERSUNA FIL-KAPAĊITÀ PRIVATA TAGĦHA/ **(NL)** OFFICIEEL CERTIFICAAT OP EEN DOCUMENT ONDERTEKEND DOOR EEN PERSOON IN ZIJN PARTICULIERE HOEDANIGHEID/ **(PL)** URZĘDOWE ZAŚWIADCZENIE UMIESZCZONE NA DOKUMENCIE PODPISANYM PRZEZ OSOBĘ DZIAŁAJĄCĄ W CHARAKTERZE PRYWATNYM/ **(PT)** DECLARAÇÃO OFICIAL INSERTA NUM ATO DE NATUREZA PRIVADA/ **(RO)** CERTIFICAT OFICIAL APLICAT PE UN DOCUMENT SUB SEMNĂTURĂ PRIVATĂ/ **(SK)** ÚRADNÉ OSVEDČENIE UVEDENÉ NA LISTINE PODPÍSANEJ OSOBOU KONAJÚCOU AKO SÚKROMNÁ OSOBA/ **(SL)** URADNA IZJAVA NA ZASEBNI LISTINI/ **(FI)** VIRALLINEN TODISTUS ASIAKIRJASSA, JONKA HENKILÖ ON ALLEKIRJOITTANUT YKSITYISHENKILÖNÄ/ **(SV)** OFFICIELLT INTYG ANBRINGAT PÅ EN HANDLING SOM UNDERTECKNATS AV EN PRIVATPERSON |
| 3.5 | **(BG)** ДОКУМЕНТ, ИЗГОТВЕН ОТ ДИПЛОМАТИЧЕСКИ ИЛИ КОНСУЛСКИ СЛУЖИТЕЛ НА ДЪРЖАВА ЧЛЕНКА В СЛУЖЕБНО КАЧЕСТВО/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE DIPLOMÁTICO O CONSULAR DE UN ESTADO MIEMBRO CON CARÁCTER OFICIAL/ **(CZ)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCEM NEBO KONZULÁRNÍM ÚŘEDNÍKEM ČLENSKÉHO STÁTU V RÁMCI VÝKONU JEHO SLUŽEBNÍCH POVINNOSTÍ/ **(DA)** DOKUMENT OFFICIELT UDFÆRDIGET AF EN MEDLEMSSTATS DIPLOMATISKE ELLER KONSULÆRE REPRÆSENTANT/ **(DE)** VON EINEM DIPLOMATISCHEN ODER KONSULARISCHEN VERTRETER EINES MITGLIEDSTAATS IN SEINER AMTLICHEN FUNKTION ERRICHTETE URKUNDE/ **(ET)** LIIKMESRIIGI DIPLOMAATILISE VÕI KONSULAARAMETNIKU POOLT AMETIKOHUSTUSTE TÄITMISEL KOOSTATUD DOKUMENT/ **(EL)** ΕΓΓΡΑΦΟ ΣΥΝΤΑΓΜΕΝΟ ΑΠΟ ΔΙΠΛΩΜΑΤΙΚΟ(-Η) 'Η ΠΡΟΞΕΝΙΚΟ(-Η) ΥΠΑΛΛΗΛΟ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΥΠΟ ΤΗΝ ΕΠΙΣΗΜΗ ΙΔΙΟΤΗΤΑ ΤΟΥ/ΤΗΣ/ **(EN)** DOCUMENT DRAWN UP BY A DIPLOMATIC OR CONSULAR AGENT OF A MEMBER STATE IN HIS OR HER OFFICIAL CAPACITY/ **(FR)** DOCUMENT ÉTABLI EN SA QUALITÉ OFFICIELLE PAR UN AGENT DIPLOMATIQUE OU CONSULAIRE D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD ARNA THARRAINGT SUAS AG GNÍOMHAIRE TAIDHLEOIREACHTA NÓ CONSALACH DE CHUID BALLSTÁIT INA CHÁIL NÓ INA CÁIL OIFIGIÚIL/ **(HR)** ISPRAVA KOJU JE U SLUŽBENOM SVOJSTVU SASTAVIO DIPLOMATSKI ILI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(IT)** DOCUMENTO REDATTO DA AGENTI DIPLOMATICI O CONSOLARI DI UNO STATO MEMBRO NELL'ESERCIZIO DELLE LORO FUNZIONI/ **(LV)** DOKUMENTS, KURU, PILDOT AMATA PIENĀKUMUS, SAGATAVOJIS DALĪBVALSTS DIPLOMĀTISKAIS VAI KONSULĀRAIS PĀRSTĀVIS/ **(LT)** DOKUMENTAS, PARENGTAS VALSTYBĖS NARĖS DIPLOMATO AR KONSULINIO PAREIGŪNO, VEIKIANČIO PAGAL OFICIALIUS ĮGALIOJIMUS/ **(HU)** VALAMELY TAGÁLLAM DIPLOMÁCIAI VAGY KONZULI KÉPVISELŐJE ÁLTAL HIVATALOS MINŐSÉGÉBEN KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT IMĦEJJI MINN AĠENT DIPLOMATIKU JEW KONSULARI TA' STAT MEMBRU FIL-KAPAĊITÀ UFFIĊJALI TIEGĦU/ **(NL)** DOCUMENT OPGESTELD DOOR DE DIPLOMATIEKE OF CONSULAIRE AMBTENAAR VAN EEN LIDSTAAT IN ZIJN OFFICIËLE HOEDANIGHEID/ **(PL)** DOKUMENT SPORZĄDZONY PRZEZ PRZEDSTAWICIELA DYPLOMATYCZNEGO LUB URZĘDNIKA KONSULARNEGO PAŃSTWA CZŁONKOWSKIEGO DZIAŁAJĄCYCH W CHARAKTERZE URZĘDOWYM/ **(PT)** DOCUMENTO LAVRADO POR UM AGENTE DIPLOMÁTICO OU CONSULAR DE UM ESTADO-MEMBRO NO EXERCÍCIO DAS SUAS FUNÇÕES OFICIAIS/ **(RO)** DOCUMENT ÎNTOCMIT DE CĂTRE UN AGENT DIPLOMATIC SAU CONSULAR AL UNUI STAT MEMBRU, ÎN CALITATE OFICIALĂ/ **(SK)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCOM ALEBO KONZULÁRNYM ÚRADNÍKOM ČLENSKÉHO ŠTÁTU V RÁMCI VÝKONU JEHO FUNKCIE/ **(SL)** LISTINA, KI JO KOT URADNA OSEBA IZDA DIPLOMATSKI ALI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA JÄSENVALTION DIPLOMAATTINEN EDUSTAJA TAI KONSULIEDUSTAJA ON LAATINUT VIRANTOIMITUKSESSA/ **(SV)** HANDLING UPPRÄTTAD I TJÄNSTEN AV EN DIPLOMATISK ELLER KONSULÄR TJÄNSTEMAN I EN MEDLEMSSTAT |

| | |
|---|---|
| 3.6 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
| 3.7 | **(BG)** РЕФЕРЕНТЕН НОМЕР НА ОФИЦИАЛНИЯ ДОКУМЕНТ/ **(ES)** NÚMERO DE REFERENCIA DEL DOCUMENTO PÚBLICO/ **(CZ)** REFERENČNÍ ČÍSLO VEŘEJNÉ LISTINY/ **(DA)** DET OFFENTLIGE DOKUMENTS REFERENCENUMMER/ **(DE)** KENNNUMMER DER ÖFFENTLICHEN URKUNDE/ **(ET)** AVALIKU DOKUMENDI VIITENUMBER/ **(EL)** ΑΡΙΘΜΟΣ ΑΝΑΦΟΡΑΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ/ **(EN)** REFERENCE NUMBER OF THE PUBLIC DOCUMENT/ **(FR)** NUMÉRO DE RÉFÉRENCE DU DOCUMENT PUBLIC/ **(GA)** UIMHIR THAGARTHA AN DOICIMÉID PHOIBLÍ/ **(HR)** REFERENTNI BROJ JAVNE ISPRAVE/ **(IT)** NUMERO DI RIFERIMENTO DEL DOCUMENTO PUBBLICO/ **(LV)** PUBLISKĀ DOKUMENTA ATSAUCES NUMURS/ **(LT)** VIEŠOJO DOKUMENTO NUMERIS/ **(HU)** A KÖZOKIRAT HIVATKOZÁSI SZÁMA/ **(MT)** NUMRU TA' REFERENZA TAD-DOKUMENT PUBBLIKU/ **(NL)** REFERENTIENUMMER VAN HET OPENBAAR DOCUMENT/ **(PL)** NUMER REFERENCYJNY DOKUMENTU URZĘDOWEGO/ **(PT)** NÚMERO DE REFERÊNCIA DO DOCUMENTO PÚBLICO/ **(RO)** NUMĂRUL DE REFERINȚĂ AL DOCUMENTULUI OFICIAL/ **(SK)** REFERENČNÉ ČÍSLO VEREJNEJ LISTINY/ **(SL)** REFERENČNA ŠTEVILKA JAVNE LISTINE/ **(FI)** YLEISEN ASIAKIRJAN VIITENUMERO/ **(SV)** DEN OFFICIELLA HANDLINGENS REFERENSNUMMER |
| 4. | **(BG)** РЕГИСТРИРАНО ПАРТНЬОРСТВО/ **(ES)** UNIÓN DE HECHO REGISTRADA/ **(CZ)** REGISTROVANÉ PARTNERSTVÍ/ **(DA)** REGISTRERET PARTNERSKAB/ **(DE)** EINGETRAGENE PARTNERSCHAFT/ **(ET)** REGISTREERITUD KOOSELU/ **(EL)** ΚΑΤΑΧΩΡΙΣΜΕΝΗ ΣΥΜΒΙΩΣΗ/ **(EN)** REGISTERED PARTNERSHIP/ **(FR)** PARTENARIAT ENREGISTRÉ/ **(GA)** PÁIRTNÉIREACHT CHLÁRAITHE/ **(HR)** REGISTRIRANO PARTNERSTVO/ **(IT)** UNIONE REGISTRATA/ **(LV)** REĢISTRĒTAS PARTNERATTIECĪBAS/ **(LT)** REGISTRUOTA PARTNERYSTĖ/ **(HU)** BEJEGYZETT ÉLETTÁRSI KAPCSOLAT/ **(MT)** SĦUBIJA RREĠISTRATA/ **(NL)** GEREGISTREERD PARTNERSCHAP/ **(PL)** ZAREJESTROWANY ZWIĄZEK PARTNERSKI/ **(PT)** PARCERIA REGISTADA/ **(RO)** PARTENERIAT ÎNREGISTRAT/ **(SK)** REGISTROVANÉ PARTNERSTVO/ **(SL)** REGISTRIRANA PARTNERSKA SKUPNOST/ **(FI)** REKISTERÖITY PARISUHDE/ **(SV)** REGISTRERAT PARTNERSKAP |
| 4.1 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА РЕГИСТРИРАНЕ НА АКТА/ **(ES)** FECHA (DD/MM/AAAA) DE INSCRIPCIÓN DE LA UNIÓN DE HECHO/ **(CZ)** DATUM (DD/MM/RRRR) REGISTRACE PARTNERSTVÍ/ **(DA)** DATO (DD/MM/ÅÅÅÅ) FOR REGISTRERINGEN AF PARTNERSKABET/ **(DE)** DATUM (TT/MM/JJJJ) DER EINTRAGUNG DER PARTNERSCHAFT/ **(ET)** KOOSELU REGISTREERIMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΚΑΤΑΧΩΡΙΣΗΣ ΤΗΣ ΠΡΑΞΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF THE REGISTRATION OF THE PARTNERSHIP/ **(FR)** DATE (JJ/MM/AAAA) D'ENREGISTREMENT DU PARTENARIAT/ **(GA)** DÁTA (LL/MM/BBBB) CHLÁRÚ NA PÁIRTNÉIREACHTA/ **(HR)** DATUM (DD/MM/GGGG) REGISTRIRANJA PARTNERSTVA/ **(IT)** DATA DI REGISTRAZIONE DELL'ATTO (GG/MM/AAAA)/ **(LV)** PARTNERATTIECĪBU REĢISTRĀCIJAS DATUMS (DD/MM/GGGG)/ **(LT)** PARTNERYSTĖS REGISTRACIJOS DATA (DD/MM/MMMM)/ **(HU)** AZ ÉLETTÁRSI KAPCSOLAT BEJEGYZÉSÉNEK IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAR-REĠISTRAZZJONI TAS-SĦUBIJA/ **(NL)** DATUM (DD/MM/JJJJ) VAN DE REGISTRATIE VAN DE AKTE/ **(PL)** DATA (DD/MM/RRRR) REJESTRACJI ZWIĄZKU PARTNERSKIEGO/ **(PT)** DATA DE REGISTO DA PARCERIA (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) ÎNREGISTRĂRII ACTULUI/ **(SK)** DÁTUM (DD/MM/RRRR) UZAVRETIA REGISTROVANÉHO PARTNERSTVA/ **(SL)** DATUM (DD/MM/LLLL) REGISTRACIJE PARTNERSKE SKUPNOSTI/ **(FI)** PARISUHTEEN REKISTERÖINTIPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR REGISTRERING AV PARTNERSKAPET |
| 4.2 | **(BG)** МЯСТО И ДЪРЖАВА НА РЕГИСТРИРАНЕ НА АКТА/ **(ES)** LUGAR Y PAÍS DE INSCRIPCIÓN DE LA UNIÓN DE HECHO/ **(CZ)** MÍSTO A ZEMĚ REGISTRACE PARTNERSTVÍ/ **(DA)** STED OG LAND FOR REGISTRERINGEN AF PARTNERSKABET/ **(DE)** ORT UND LAND DER EINTRAGUNG DER PARTNERSCHAFT/ **(ET)** KOOSELU REGISTREERIMISE KOHT JA RIIK/ **(EL)** ΤΟΠΟΣ ΚΑΙ ΧΩΡΑ ΚΑΤΑΧΩΡΙΣΗΣ ΤΗΣ ΠΡΑΞΗΣ/ **(EN)** PLACE AND COUNTRY OF THE REGISTRATION OF THE PARTNERSHIP/ **(FR)** LIEU ET PAYS D'ENREGISTREMENT DU PARTENARIAT/ **(GA)** ÁIT AGUS TÍR CHLÁRÚ NA PÁIRTNÉIREACHTA/ **(HR)** MJESTO I ZEMLJA REGISTRIRANJA PARTNERSTVA/ **(IT)** LUOGO E PAESE DI REGISTRAZIONE DELL'ATTO/ **(LV)** PARTNERATTIECĪBU REĢISTRĀCIJAS VIETA UN VALSTS/ **(LT)** PARTNERYSTĖS REGISTRACIJOS VIETA IR ŠALIS/ **(HU)** AZ ÉLETTÁRSI KAPCSOLAT BEJEGYZÉSÉNEK HELYE ÉS ORSZÁGA/ **(MT)** POST U PAJJIŻ TAR-REĠISTRAZZJONI TAS-SĦUBIJA/ **(NL)** PLAATS EN LAND VAN DE REGISTRATIE VAN DE AKTE/ **(PL)** MIEJSCE I PAŃSTWO REJESTRACJI ZWIĄZKU PARTNERSKIEGO/ **(PT)** LOCAL E PAÍS DE REGISTO DA PARCERIA/ **(RO)** LOCUL ȘI ȚARA ÎNREGISTRĂRII ACTULUI/ **(SK)** MIESTO A ŠTÁT UZAVRETIA REGISTROVANÉHO PARTNERSTVA/ **(SL)** KRAJ IN DRŽAVA REGISTRACIJE PARTNERSKE SKUPNOSTI/ **(FI)** PARISUHTEEN REKISTERÖINTIPAIKKA JA -MAA/ **(SV)** ORT OCH LAND DÄR AKTEN REGISTRERADES |
| 5. | **(BG)** ПАРТНЬОР A/ **(ES)** MIEMBRO A/ **(CZ)** PARTNER/PARTNERKA A/ **(DA)** PARTNER A/ **(DE)** PARTNER A/ **(ET)** PARTNER A/ **(EL)** ΣΥΝΤΡΟΦΟΣ A/ **(EN)** PARTNER A/ **(FR)** PARTENAIRE A/ **(GA)** PÁIRTNÉIR A/ **(HR)** PARTNER A/ **(IT)** PARTNER A/ **(LV)** PARTNERIS A/ **(LT)** PARTNERIS A/ **(HU)** „A" HÁZASTÁRS/ **(MT)** SIEĦEB A/ **(NL)** PARTNER A/ **(PL)** PARTNER A/ **(PT)** PARCEIRO A/ **(RO)** PARTENERUL A/ **(SK)** PARTNER A/ **(SL)** PARTNER A/ **(FI)** KUMPPANI A/ **(SV)** PARTNER A |

L 200/90   EN   Official Journal of the European Union   26.7.2016

| | |
|---|---|
| 5.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) ПО РОЖДЕНИЕ/ **(ES)** APELLIDO(S) DE NACIMIENTO/ **(CZ)** RODNÉ/Á PŘÍJMENÍ/ **(DA)** EFTERNAVN(E) VED FØDSLEN/ **(DE)** FAMILIENNAME(N) BEI DER GEBURT/ **(ET)** SÜNNIJÄRGSE PEREKONNANIMI (SÜNNIJÄRGSED PEREKONNANIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΚΑΤΑ ΤΗ ΓΕΝΝΗΣΗ/ **(EN)** SURNAME(S) AT BIRTH/ **(FR)** NOM(S) À LA NAISSANCE/ **(GA)** SLOINNE (SLOINNTE) BREITHE/ **(HR)** PREZIME(NA) PRI ROĐENJU/ **(IT)** COGNOME/I ALLA NASCITA/ **(LV)** UZVĀRDS(-I) DZIMŠANAS BRĪDĪ/ **(LT)** PAVARDĖ (-ĖS), SUTEIKTA (-OS) GIMUS/ **(HU)** SZÜLETÉSI CSALÁDI NEV(EI)/ **(MT)** KUNJOM(/KUNJOMIJIET) MAT-TWELID/ **(NL)** ACHTERNA(A)M(EN) BIJ DE GEBOORTE/ **(PL)** NAZWISKO(-A) RODOWE/ **(PT)** APELIDO(S) À DATA DO NASCIMENTO/ **(RO)** NUMELE LA NAŞTERE/ **(SK)** RODNÉ PRIEZVISKO(-Á)/ **(SL)** PRIIMEK/PRIIMKI OB ROJSTVU/ **(FI)** SUKUNIMI (-NIMET) SYNTYMÄHETKELLÄ/ **(SV)** EFTERNAMN VID FÖDSELN |
| 5.2 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) ПРЕДИ АКТА/ **(ES)** APELLIDO(S) ANTES DE LA INSCRIPCIÓN/ **(CZ)** PŘÍJMENÍ PŘED UZAVŘENÍM REGISTROVANÉHO PARTNERSTVÍ/ **(DA)** EFTERNAVN(E) FØR REGISTRERINGEN/ **(DE)** FAMILIENNAME(N) VOR DER EINTRAGUNG DER PARTNERSCHAFT/ **(ET)** PEREKONNANIMI (-NIMED) ENNE REGISTREERIMIST/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΠΡΙΝ ΑΠΟ ΤΗΝ ΠΡΑΞΗ ΚΑΤΑΧΩΡΙΣΗΣ/ **(EN)** SURNAME(S) BEFORE THE ACT/ **(FR)** NOM(S) AVANT L'ACTE/ **(GA)** SLOINNE (SLOINNTE) ROIMH AN nGNÍOMH/ **(HR)** PREZIME(NA) PRIJE REGISTRACIJE PARTNERSTVA/ **(IT)** COGNOME/I PRIMA DELL'ATTO/ **(LV)** UZVĀRDS(-I) PIRMS AKTA/ **(LT)** PAVARDĖ (-ĖS) PRIEŠ SUDARANT AKTĄ/ **(HU)** CSALÁDI NEV(EI) AZ ÉLETTÁRSI KAPCSOLAT BEJEGYZÉSE ELŐTT/ **(MT)** KUNJOM(/KUNJOMIJIET) QABEL L-ATT/ **(NL)** ACHTERNA(A)M(EN) VÓÓR DE AKTE/ **(PL)** NAZWISKO(-A) PRZED REJESTRACJĄ ZWIĄZKU/ **(PT)** APELIDO(S) ANTES DO ATO/ **(RO)** NUMELE ÎNAINTE DE ÎNREGISTRAREA PARTENERIATULUI/ **(SK)** PRIEZVISKO(-Á) PRED UZAVRETÍM REGISTROVANÉHO PARTNERSTVA/ **(SL)** PRIIMEK/PRIIMKI PRED REGISTRACIJO PARTNERSKE SKUPNOSTI/ **(FI)** SUKUNIMI (-NIMET) ENNEN REKISTERÖINTIÄ/ **(SV)** EFTERNAMN FÖRE INGÅENDET |
| 5.3 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) ВСЛЕДСТВИЕ НА РЕГИСТРИРАНЕТО НА АКТА/ **(ES)** APELLIDO(S) DESPUÉS DE LA INSCRIPCIÓN/ **(CZ)** PŘÍJMENÍ PO UZAVŘENÍ REGISTROVANÉHO PARTNERSTVÍ/ **(DA)** EFTERNAVN(E) EFTER REGISTRERINGEN/ **(DE)** FAMILIENNAME(N) NACH DER EINTRAGUNG DER PARTNERSCHAFT/ **(ET)** PEREKONNANIMI (-NIMED) PÄRAST REGISTREERIMIST/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΜΕΤΑ ΤΗΝ ΠΡΑΞΗ ΚΑΤΑΧΩΡΙΣΗΣ/ **(EN)** SURNAME(S) FOLLOWING THE ACT/ **(FR)** NOM(S) À LA SUITE DE L'ACTE/ **(GA)** SLOINNE (SLOINNTE) TAR ÉIS AN GHNÍMH/ **(HR)** PREZIME(NA) NAKON REGISTRIRANJA PARTNERSTVA/ **(IT)** COGNOME/I DOPO L'ATTO/ **(LV)** UZVĀRDS(-I) PĒC AKTA/ **(LT)** PAVARDĖ (-ĖS) PO AKTO SUDARYMO/ **(HU)** CSALÁDI NEV(EI) AZ ÉLETTÁRSI KAPCSOLAT BEJEGYZÉSE UTÁN/ **(MT)** KUNJOM(/KUNJOMIJIET) WARA L-ATT/ **(NL)** ACHTERNA(A)M(EN) NA DE AKTE/ **(PL)** NAZWISKO(-A) PO REJESTRACJI ZWIĄZKU/ **(PT)** APELIDO(S) APÓS O ATO/ **(RO)** NUMELE DUPĂ ÎNREGISTRAREA PARTENERIATULUI/ **(SK)** PRIEZVISKO(-Á) PO UZAVRETÍ REGISTROVANÉHO PARTNERSTVA/ **(SL)** PRIIMEK/PRIIMKI PO REGISTRACIJI PARTNERSKE SKUPNOSTI/ **(FI)** SUKUNIMI (-NIMET) REKISTERÖINNIN JÄLKEEN/ **(SV)** EFTERNAMN EFTER INGÅENDET |
| 5.4 | **(BG)** СОБСТВЕНО(И) ИМЕ(НА)/ **(ES)** NOMBRE(S)/ **(CZ)** JMÉNO (JMÉNA)/ **(DA)** FORNAVN(E)/ **(DE)** VORNAME(N)/ **(ET)** EESNIMI (-NIMED)/ **(EL)** ONOMA(-ΤΑ)/ **(EN)** FORENAME(S)/ **(FR)** PRÉNOM(S)/ **(GA)** CÉADAINM (CÉADAINMNEACHA)/ **(HR)** IME(NA)/ **(IT)** NOME(I)/ **(LV)** VĀRDS(-I)/ **(LT)** VARDAS (-AI)/ **(HU)** UTÓNEVE(I)/ **(MT)** ISEM(/ISMIJIET)/ **(NL)** VOORNA(A)M(EN)/ **(PL)** IMIĘ (IMIONA)/ **(PT)** NOME(S) PRÓPRIO(S)/ **(RO)** PRENUME/ **(SK)** MENO(-Á)/ **(SL)** IME/IMENA/ **(FI)** ETUNIMI (-NIMET)/ **(SV)** FÖRNAMN |
| 5.5 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА РАЖДАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE NACIMIENTO/ **(CZ)** DATUM (DD/MM/RRRR) NAROZENÍ/ **(DA)** FØDSELSDATO (DD/MM/ÅÅÅÅ)/ **(DE)** GEBURTSDATUM (TT/MM/JJJJ)/ **(ET)** SÜNNIKUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΓΕΝΝΗΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF BIRTH/ **(FR)** DATE (JJ/MM/AAAA) DE NAISSANCE/ **(GA)** DÁTA (LL/MM/BBBB) BREITHE/ **(HR)** DATUM (DD/MM/GGGG) ROĐENJA/ **(IT)** DATA DI NASCITA (GG/MM/AAAA)/ **(LV)** DZIMŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** GIMIMO DATA (DD/MM/MMMM)/ **(HU)** SZÜLETÉSI IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAT-TWELID/ **(NL)** GEBOORTEDATUM (DD/MM/JJJJ)/ **(PL)** DATA (DD/MM/RRRR) URODZENIA/ **(PT)** DATA DE NASCIMENTO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) NAŞTERII/ **(SK)** DÁTUM (DD/MM/RRRR) NARODENIA/ **(SL)** DATUM (DD/MM/LLLL) ROJSTVA/ **(FI)** SYNTYMÄAIKA (PP/KK/VVVV)/ **(SV)** FÖDELSEDATUM (DD/MM/ÅÅÅÅ) |
| 5.6 | **(BG)** ПОЛ/ **(ES)** SEXO/ **(CZ)** POHLAVÍ/ **(DA)** KØN/ **(DE)** GESCHLECHT/ **(ET)** SUGU/ **(EL)** ΦΥΛΟ/ **(EN)** SEX/ **(FR)** SEXE/ **(GA)** INSCNE/ **(HR)** SPOL/ **(IT)** SESSO/ **(LV)** DZIMUMS/ **(LT)** LYTIS/ **(HU)** NEME/ **(MT)** SESS/ **(NL)** GESLACHT/ **(PL)** PŁEĆ/ **(PT)** SEXO/ **(RO)** SEXUL/ **(SK)** POHLAVIE/ **(SL)** SPOL/ **(FI)** SUKUPUOLI/ **(SV)** KÖN |
| 5.6.1 | **(BG)** ЖЕНСКИ/ **(ES)** MUJER/ **(CZ)** ŽENA/ **(DA)** KVINDE/ **(DE)** WEIBLICH/ **(ET)** NAISSOOST/ **(EL)** ΘΗΛΥ/ **(EN)** FEMALE/ **(FR)** FÉMININ/ **(GA)** BAINEANN/ **(HR)** ŽENSKI/ **(IT)** FEMMINILE/ **(LV)** SIEVIETE/ **(LT)** MOTERIS/ **(HU)** NŐ/ **(MT)** MARA/ **(NL)** VROUW/ **(PL)** KOBIETA/ **(PT)** FEMININO/ **(RO)** FEMEIESC/ **(SK)** ŽENSKÉ/ **(SL)** ŽENSKI/ **(FI)** NAINEN/ **(SV)** KVINNA |
| 5.6.2 | **(BG)** МЪЖКИ/ **(ES)** VARÓN/ **(CZ)** MUŽ/ **(DA)** MAND/ **(DE)** MÄNNLICH/ **(ET)** MEESSOOST/ **(EL)** ΑΡΡΕΝ/ **(EN)** MALE/ **(FR)** MASCULIN/ **(GA)** FIREANN/ **(HR)** MUŠKI/ **(IT)** MASCHILE/ **(LV)** VĪRIETIS/ **(LT)** VYRAS/ **(HU)** FÉRFI/ **(MT)** RAĠEL/ **(NL)** MAN/ **(PL)** MĘŻCZYZNA/ **(PT)** MASCULINO/ **(RO)** BĂRBĂTESC/ **(SK)** MUŽSKÉ/ **(SL)** MOŠKI/ **(FI)** MIES/ **(SV)** MAN |
| 5.6.3 | **(BG)** НЕОПРЕДЕЛЕН/ **(ES)** INDETERMINADO/ **(CZ)** NEURČENO/ **(DA)** UBESTEMT/ **(DE)** UNBESTIMMT/ **(ET)** MÄÄRAMATA/ **(EL)** ΔΕΝ ΠΡΟΣΔΙΟΡΙΖΕΤΑΙ/ **(EN)** UNDETERMINED/ **(FR)** INDÉTERMINÉ/ **(GA)** NEAMHCHINNTITHE/ **(HR)** NEODREĐEN/ **(IT)** INDETERMINATO/ **(LV)** NENOTEIKTS/ **(LT)** NENUSTATYTA/ **(HU)** MEGHATÁROZATLAN/ **(MT)** MHUX STABBILIT/ **(NL)** ONBEPAALD/ **(PL)** PŁEĆ NIEOKREŚLONA/ **(PT)** NÃO DEFINIDO/ **(RO)** NEDETERMINAT/ **(SK)** NEURČENÉ/ **(SL)** NEDOLOČEN/ **(FI)** MÄÄRITTELEMÄTÖN/ **(SV)** EJ FASTSTÄLLT |
| 6. | **(BG)** ПАРТНЬОР В/ **(ES)** MIEMBRO B/ **(CZ)** PARTNER/PARTNERKA B/ **(DA)** PARTNER B/ **(DE)** PARTNER B/ **(ET)** PARTNER B/ **(EL)** ΣΥΝΤΡΟΦΟΣ B/ **(EN)** PARTNER B/ **(FR)** PARTENAIRE B/ **(GA)** PÁIRTNÉIR B/ **(HR)** PARTNER B/ **(IT)** PARTNER B/ **(LV)** PARTNERIS B/ **(LT)** PARTNERIS B/ **(HU)** „B" ÉLETTÁRS/ **(MT)** SIEĦEB B/ **(NL)** PARTNER B/ **(PL)** PARTNER B/ **(PT)** PARCEIRO B/ **(RO)** PARTENERUL B/ **(SK)** PARTNER B/ **(SL)** PARTNER B/ **(FI)** KUMPPANI B/ **(SV)** PARTNER B |

26.7.2016     EN     Official Journal of the European Union     L 200/91

| 7. | **(BG)** ПОЛЕ ЗА ПОДПИС/ **(ES)** RECUADRO PARA LA FIRMA/ **(CZ)** POLE PRO PODPIS/ **(DA)** UNDERSKRIFTSFELT/ **(DE)** UNTERSCHRIFTENFELD/ **(ET)** ALLKIRJALAHTER/ **(EL)** ΤΕΤΡΑΓΩΝΙΔΙΟ ΥΠΟΓΡΑΦΗΣ/ **(EN)** SIGNATURE BOX/ **(FR)** CADRE POUR LA SIGNATURE/ **(GA)** BOSCA DON SÍNIÚ/ **(HR)** POLJE ZA POTPIS/ **(IT)** RIQUADRO PER LA FIRMA/ **(LV)** PARAKSTA LAUKS/ **(LT)** PARAŠO LAUKELIS/ **(HU)** AZ ALÁÍRÁS SZÖVEGDOBOZA/ **(MT)** KAXXA TAL-IFFIRMAR/ **(NL)** VAK VOOR DE HANDTEKENING/ **(PL)** POLE PODPISU/ **(PT)** ESPAÇO DESTINADO À ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** KOLÓNKA NA PODPIS/ **(SL)** POLJE ZA PODPIS/ **(FI)** ALLEKIRJOITUSKENTTÄ/ **(SV)** RUTA FÖR UNDERTECKNANDE |
|---|---|
| 7.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) И СОБСТВЕНО(И) ИМЕ(НА) НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** APELLIDO(S) Y NOMBRE(S) DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** PŘÍJMENÍ A JMÉNO (JMÉNA) ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** EFTERNAVN(E) OG FORNAVN(E) PÅ DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** FAMILIENNAME(N) UND VORNAME(N) DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU EESNIMI (-NIMED) JA PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΚΑΙ ΟΝΟΜΑ(-ΤΑ) ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** SURNAME(S) AND FORENAME(S) OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** NOM(S) ET PRÉNOM(S) DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** SLOINNE (SLOINNTE) AGUS CÉADAINM (CÉADAINMNEACHA) AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** PREZIME(NA) I IME(NA) SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** COGNOME/I E NOME/I DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, UZVĀRDS(-I) UN VĀRDS(-I)/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAVARDĖ (-ĖS) IR VARDAS (-AI)/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ CSALÁDI NEVE(I) ÉS UTÓNEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET) U ISEM(/ISMIJIET) TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** NA(A)M(EN) EN VOORNA(A)M(EN) VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** NAZWISKO(-A) I IMIĘ (IMIONA) URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** APELIDO(S) E NOME(S) PRÓPRIO(S) DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** NUMELE ȘI PRENUMELE FUNCȚIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** PRIEZVISKO(-Á) A MENO(-Á) ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** PRIIMEK/PRIIMKI IN IME/IMENA URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN SUKUNIMI (-NIMET) JA ETUNIMI (-NIMET)/ **(SV)** EFTERNAMN OCH FÖRNAMN PÅ DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
| 7.2 | **(BG)** ДЛЪЖНОСТ НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** CARGO DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** FUNKCE ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** STILLING — DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** STELLUNG DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU AMETIKOHT/ **(EL)** ΘΕΣΗ ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** POSITION OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** POSTE DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** POST AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** FUNKCIJA SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** POSIZIONE DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, AMATS/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAREIGOS/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ BEOSZTÁSA/ **(MT)** KARIGA TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** FUNCTIE VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** STANOWISKO URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** CARGO DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** POZIȚIA FUNCȚIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** FUNKCIA ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** POLOŽAJ URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN ASEMA/ **(SV)** BEFATTNING FÖR DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
| 7.3 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
| 7.4 | **(BG)** ПОДПИС/ **(ES)** FIRMA/ **(CZ)** PODPIS/ **(DA)** UNDERSKRIFT/ **(DE)** UNTERSCHRIFT/ **(ET)** ALLKIRI/ **(EL)** ΥΠΟΓΡΑΦΗ/ **(EN)** SIGNATURE/ **(FR)** SIGNATURE/ **(GA)** SÍNIÚ/ **(HR)** POTPIS/ **(IT)** FIRMA/ **(LV)** PARAKSTS/ **(LT)** PARAŠAS/ **(HU)** ALÁÍRÁS/ **(MT)** FIRMA/ **(NL)** HANDTEKENING/ **(PL)** PODPIS/ **(PT)** ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** PODPIS/ **(SL)** PODPIS/ **(FI)** ALLEKIRJOITUS/ **(SV)** NAMNTECKNING |
| 7.5 | **(BG)** ПЕЧАТ ИЛИ ЩЕМПЕЛ/ **(ES)** SELLO O TIMBRE/ **(CZ)** PEČEŤ NEBO RAZÍTKO/ **(DA)** SEGL ELLER STEMPEL/ **(DE)** SIEGEL ODER STEMPEL/ **(ET)** PITSER VÕI TEMPEL/ **(EL)** ΣΦΡΑΓΙΔΑ/ **(EN)** SEAL OR STAMP/ **(FR)** SCEAU OU TIMBRE/ **(GA)** SÉALA NÓ STAMPA/ **(HR)** ŽIG ILI PEČAT/ **(IT)** BOLLO O TIMBRO/ **(LV)** ZĪMOGS VAI SPIEDOGS/ **(LT)** SPAUDAS ARBA ANTSPAUDAS/ **(HU)** PECSÉT VAGY BÉLYEGZŐLENYOMAT/ **(MT)** SIĠILL JEW TIMBRU/ **(NL)** ZEGEL OF STEMPEL/ **(PL)** PIECZĘĆ LUB STEMPEL/ **(PT)** SELO OU CARIMBO/ **(RO)** SIGILIUL SAU ȘTAMPILA/ **(SK)** PEČAŤ ALEBO ODTLAČOK PEČIATKY/ **(SL)** PEČAT ALI ŽIG/ **(FI)** SINETTI TAI LEIMA/ **(SV)** SIGILL ELLER STÄMPEL |

L 200/92     EN     Official Journal of the European Union     26.7.2016

*ANNEX VIII*

| | |
|---|---|
| **CAPACITY TO ENTER INTO A REGISTERED PARTNERSHIP**<br>**MULTILINGUAL STANDARD FORM — TRANSLATION AID**<br><br>Article 7 of Regulation (EU) 2016/1191 of the European Parliament and of the Council of 6 July 2016 on promoting the free movement of citizens by simplifying the requirements for presenting certain public documents in the European Union and amending Regulation (EU) No 1024/2012 (¹) | ☐ Belgium (BE) ☐ Bulgaria (BG)<br>☐ Czech Republic (CZ)<br>☐ Denmark (DK) ☐ Germany (DE)<br>☐ Estonia (EE) ☐ Ireland (IE)<br>☐ Greece (EL) ☐ Spain (ES)<br>☐ France (FR) ☐ Croatia (HR)<br>☐ Italy (IT) ☐ Cyprus (CY)<br>☐ Latvia (LV) ☐ Lithuania (LT)<br>☐ Luxembourg (LU)<br>☐ Hungary (HU) ☐ Malta (MT)<br>☐ Netherlands (NL) ☐ Austria (AT)<br>☐ Poland (PL) ☐ Portugal (PT)<br>☐ Romania (RO) ☐ Slovenia (SI)<br>☐ Slovakia (SK) ☐ Finland (FI)<br>☐ Sweden (SE) ☐ United Kingdom (UK) |

---

**IMPORTANT NOTICE**

The sole purpose of this multilingual standard form is to facilitate the translation of the public document to which it is attached. This form shall not be circulated as an autonomous document between Member States.

This form reflects the content of the public document to which it is attached. However, the authority to which the public document is presented may require, when necessary for the purpose of processing the public document, a translation or transliteration of the information included in the form.

---

**NOTE FOR THE ISSUING AUTHORITY**

Mention only information which is given in the public document to which this form is attached (²).

If the public document to which this form is attached does not contain certain data or information, indicate '—'.

---

1.   AUTHORITY ISSUING THIS FORM

1.1  Designation (³) ...................................................................................................................................

---

2.   AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

1.1  Designation (⁴) ...................................................................................................................................

---

3.   INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

3.1  ☐ Document emanating from an authority or an official connected with the courts or tribunals of a Member State

   3.1.1  ☐ Court decision

   3.1.2  ☐ Document emanating from a public prosecutor

   3.1.3  ☐ Document emanating from a clerk of a court

   3.1.4  ☐ Document emanating from a judicial officer ('huissier de justice')

   3.1.5  ☐ Other (to be specified) ................................................................................................

---

(¹)   OJ L 200, 26.7.2016, p. 1.
(²)   If completing by hand, please use capital letters.
(³)   The term 'designation' should be interpreted as referring to the official designation of the authority issuing the form.
(⁴)   The term 'designation' should be interpreted as referring to the official designation of the authority issuing the public document to which this form is attached.

26.7.2016        EN        Official Journal of the European Union        L 200/93

3.2 ☐ Administrative document

    3.2.1 ☐ Certificate

    3.2.2 ☐ Extract from the Civil Status Register

    3.2.3 ☐ Extract from the Population Register

    3.2.4 ☐ Verbatim copy of civil status records

    3.1.5 ☐ Other (to be specified) ...........................................................................................

3.3 ☐ Notarial act

3.4 ☐ Official certificate placed on a document signed by a person in his or her private capacity

3.5 ☐ Document drawn up by a diplomatic or consular agent of a Member State in his or her official capacity

3.6 Date (dd/mm/yyyy) of issue ...........................................................................................

3.7 Reference number of the public document ...........................................................................................

---

4.    INFORMATION ON THE PERSON CONCERNED

4.1 Surname(s) ...........................................................................................

4.2 Forename(s) ...........................................................................................

4.3 Date (dd/mm/yyyy) of birth ...........................................................................................

4.4 Place (¹) and country (²) of birth ...........................................................................................

4.5 Sex: ...........................................................................................

    4.5.1 ☐ Female

    4.5.2 ☐ Male

    4.5.3 ☐ Undetermined

4.6 Nationality:...........................................................................................

---

5.    ACCORDING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED, (³)

5.1 ☐ The person concerned has the capacity to enter into a registered partnership under the national law of the Member State where the public document is issued.

5.2 ☐ The person concerned appears to have no registered partnership in his or her name under the national law of the Member State where the public document is issued.

5.3 ☐ There is no known impediment for the person concerned to enter into a registered partnership under the national law of the Member State where the public document is issued.

5.4 ☐ There is no known impediment to a registered partnership between the person concerned and his or her intended partner under the national law of the Member State where the public document is issued.

5.5 ☐ There is no opposition known to a registered partnership between the person concerned and his or her intended partner under the national law of the Member State where the public document is issued.

---

(¹) The term 'place of birth' refers to the name of the city, town, village, or hamlet and province in which the person was born.
(²) The name of the country and, where it exists, the ISO code of that country or the option 'Other (to be specified)' should be chosen from the drop-down list in the model multilingual standard form available in the European e-Justice Portal.
(³) Several boxes may be ticked.

| 6. | INFORMATION ON THE INTENDED PARTNER OF THE PERSON CONCERNED |
| --- | --- |
| 4.1 | Surname(s) ............................................................................................................ |
| 4.2 | Forename(s) ........................................................................................................... |
| 4.3 | Date (dd/mm/yyyy) of birth ................................................................................... |
| 4.4 | Place ([1]) and country ([2]) of birth ...................................................................... |
| 4.5 | Sex: ....................................................................................................................... |
| | 4.5.1  ☐ Female |
| | 4.5.2  ☐ Male |
| | 4.5.3  ☐ Undetermined |
| 4.6 | Nationality ............................................................................................................ |

| 7. | SIGNATURE BOX |
| --- | --- |
| 7.1 | Surname(s) and forename(s) of the official who issued this form |
| | ............................................................................................................................... |
| 7.2 | Position of the official who issued this form ......................................................... |
| 7.3 | Date (dd/mm/yyyy) of issue .................................................................................. |
| 7.4 | Signature ............................................................................................................... |
| 7.5 | Seal or stamp ........................................................................................................ |

---

([1])  The term 'place of birth' refers to the name of the city, town, village, or hamlet and province in which the person was born.
([2])  The name of the country and, where it exists, the ISO code of that country or the option 'Other (to be specified)' should be chosen from the drop-down list in the model multilingual standard form available in the European e-Justice Portal.

26.7.2016     EN     Official Journal of the European Union     L 200/95

**MULTILINGUAL GLOSSARY OF THE STANDARD ENTRY HEADINGS**

**(CAPACITY TO ENTER INTO A REGISTERED PARTNERSHIP)**

| | |
|---|---|
| 1. | **(BG)** ОРГАН, ИЗДАВАЩ НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ TENTO FORMULÁŘ/ **(DA)** DENNE FORMULARS UDSTEDENDE MYNDIGHED/ **(DE)** BEHÖRDE, DIE DIESES FORMULAR AUSSTELLT/ **(ET)** KÄESOLEVA VORMI VÄLJA ANDNUD ASUTUS/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΠΑΡΟΝΤΟΣ ΕΝΤΥΠΟΥ/ **(EN)** AUTHORITY ISSUING THIS FORM/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN FHOIRM SEO/ **(HR)** TIJELO KOJE IZDAJE OVAJ OBRAZAC/ **(IT)** AUTORITÀ CHE RILASCIA IL PRESENTE MODULO/ **(LV)** VEIDLAPAS IZDEVĒJIESTĀDE/ **(LT)** ŠIĄ FORMĄ IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TA' DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN DIT FORMULIER/ **(PL)** ORGAN WYDAJĄCY NINIEJSZY FORMULARZ/ **(PT)** AUTORIDADE QUE EMITE O PRESENTE FORMULÁRIO/ **(RO)** AUTORITATEA EMITENTĂ A PREZENTULUI FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI TENTO FORMULÁR/ **(SL)** ORGAN, KI IZDA TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTAVA VIRANOMAINEN/ **(SV)** MYNDIGHET SOM UTFÄRDAR FORMULÄRET |
| 1.1 | **(BG)** НАИМЕНОВАНИЕ/ **(ES)** DENOMINACIÓN/ **(CZ)** NÁZEV/ **(DA)** BETEGNELSE/ **(DE)** BEZEICHNUNG/ **(ET)** NIMETUS/ **(EL)** ΟΝΟΜΑΣΙΑ/ **(EN)** DESIGNATION/ **(FR)** DÉNOMINATION/ **(GA)**AINMNIÚ/ **(HR)** NAZIV/ **(IT)** DENOMINAZIONE/ **(LV)** NOSAUKUMS/ **(LT)** PAVADINIMAS/ **(HU)** MEGNEVEZÉS/ **(MT)** TITLU/ **(NL)** BENAMING/ **(PL)** NAZWA/ **(PT)** DESIGNAÇÃO/ **(RO)** DENUMIRE/ **(SK)** NÁZOV/ **(SL)** IME/ **(FI)** NIMI/ **(SV)** NAMN |
| 2. | **(BG)** ОРГАН, ИЗДАВАЩ ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ VEŘEJNOU LISTINU, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** DEN MYNDIGHED, DER HAR UDSTEDT DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** BEHÖRDE, DIE DIE ÖFFENTLICHE URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST, AUSSTELLT/ **(ET)** ASUTUS, KES ANDIS VÄLJA AVALIKU DOKUMENDI, MILLELE SEE VORM ON LISATUD/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** TIJELO KOJE IZDAJE JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** AUTORITÀ CHE RILASCIA IL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** PUBLISKĀ DOKUMENTA, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA, IZDEVĒJIESTĀDE/ **(LT)** VIEŠĄJĮ DOKUMENTĄ, PRIE KURIO PRIDEDAMA ŠI FORMA, IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATOT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TAD-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** ORGAN WYDAJĄCY DOKUMENT URZĘDOWY, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** AUTORIDADE QUE EMITE O DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** AUTORITATEA EMITENTĂ A DOCUMENTULUI OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI VEREJNÚ LISTINU, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** ORGAN, KI IZDA JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** VIRANOMAINEN, JOKA ON ANTANUT YLEISEN ASIAKIRJAN, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** MYNDIGHET SOM UTFÄRDAR DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |
| 3. | **(BG)** ИНФОРМАЦИЯ ОТНОСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** INFORMACIÓN RELATIVA AL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** INFORMACE TÝKAJÍCÍ SE VEŘEJNÉ LISTINY, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** OPLYSNINGER VEDRØRENDE DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** ANGABEN ZUR ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST/ **(ET)** TEAVE AVALIKU DOKUMENDI KOHTA, MILLELE SEE VORM ON LISATUD/ **(EL)** ΠΛΗΡΟΦΟΡΙΕΣ ΣΧΕΤΙΚΑ ΜΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** INFORMATIONS RELATIVES AU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** FAISNÉIS A BHAINEANN LEIS AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** INFORMACIJE KOJE SE ODNOSE NA JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** INFORMAZIONI RELATIVE AL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** INFORMĀCIJA PAR PUBLISKO DOKUMENTU, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA/ **(LT)** INFORMACIJA, SUSIJUSI SU VIEŠUOJU DOKUMENTU, PRIE KURIO PRIDEDAMA ŠI FORMA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATRA VONATKOZÓ INFORMÁCIÓK/ **(MT)** INFORMAZZJONI DWAR ID-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** INFORMATIE BETREFFENDE HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** INFORMACJE DOTYCZĄCE DOKUMENTU URZĘDOWEGO, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** INFORMAÇÕES RELATIVAS AO DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** INFORMAȚII REFERITOARE LA DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** INFORMÁCIE O VEREJNEJ LISTINE, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** INFORMACIJE V ZVEZI Z JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** TIEDOT YLEISESTÄ ASIAKIRJASTA, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** INFORMATION OM DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |

| | |
|---|---|
| 3.1 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ОРГАН ИЛИ ДЛЪЖНОСТНО ЛИЦЕ, СВЪРЗАН/О СЪС СЪДИЛИЩАТА ИЛИ ПРАВОРАЗДАВАТЕЛНИТЕ ОРГАНИ НА ДЪРЖАВА ЧЛЕНКА/ **(ES)** DOCUMENTO EXPEDIDO POR UNA AUTORIDAD O UN FUNCIONARIO VINCULADO A LOS ÓRGANOS JURISDICCIONALES DE UN ESTADO MIEMBRO/ **(CZ)** LISTINA VYDANÁ ORGÁNEM NEBO ÚŘEDNÍKEM S VAZBOU NA SOUDY DANÉHO ČLENSKÉHO STÁTU/ **(DA)** DOKUMENT, DER ER UDSTEDT AF EN MYNDIGHED ELLER EN EMBEDSMAND, DER ER TILKNYTTET DOMSTOLE I EN MEDLEMSSTAT/ **(DE)** URKUNDE EINER BEHÖRDE ODER EINER AMTSPERSON ALS ORGAN DER RECHTSPFLEGE EINES MITGLIEDSTAATS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD LIIKMESRIIGI KOHTUTEGA SEOTUD AMETIASUTUS VÕI AMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΜΙΑ ΑΡΧΗ 'Η ΕΝΑΝ/ΜΙΑ ΥΠΑΛΛΗΛΟ ΠΟΥ ΣΥΝΔΕΕΤΑΙ ΜΕ ΤΑ ΔΙΚΑΣΤΗΡΙΑ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ/ **(EN)** DOCUMENT EMANATING FROM AN AUTHORITY OR AN OFFICIAL CONNECTED WITH THE COURTS OR TRIBUNALS OF A MEMBER STATE/ **(FR)** DOCUMENT ÉMANANT D'UNE AUTORITÉ OU D'UN FONCTIONNAIRE RELEVANT D'UNE JURIDICTION D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD A THAGANN Ó ÚDARÁS NÓ Ó OIFIGEACH A BHFUIL BAINT AIGE NÓ AICI LE CÚIRTEANNA NÓ LE BINSÍ DE CHUID BALLSTÁIT/ **(HR)** ISPRAVA KOJU JE IZDALO TIJELO ILI SLUŽBENIK SUDA DRŽAVE ČLANICE/ **(IT)** DOCUMENTO EMANATO DA UN'AUTORITÀ O DA UN FUNZIONARIO APPARTENENTE AD UNA DELLE GIURISDIZIONI DI UNO STATO MEMBRO/ **(LV)** DOKUMENTS, KURU IZSNIEGUSI AR DALĪBVALSTS TIESĀM SAISTĪTA IESTĀDE VAI AMATPERSONA/ **(LT)** DOKUMENTAS, IŠDUOTAS VALDŽIOS INSTITUCIJOS AR PAREIGŪNO, SUSIJUSIŲ SU VALSTYBĖS NARĖS TEISMAIS AR TRIBUNOLAIS/ **(HU)** TAGÁLLAMI BÍRÓSÁGGAL KAPCSOLATBAN ÁLLÓ HATÓSÁG VAGY TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAHRUĠ MINN AWTORITÀ JEW UFFIĊJAL LI JKOLLHOM RABTA MAL-QRATI JEW IT-TRIBUNALI TA' STAT MEMBRU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN AUTORITEIT OF AMBTENAAR BEHORENDE TOT EEN RECHTERLIJKE INSTANTIE VAN EEN LIDSTAAT/ **(PL)** DOKUMENT POCHODZĄCY OD ORGANU SĄDOWEGO LUB URZĘDNIKA SĄDOWEGO PAŃSTWA CZŁONKOWSKIEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UMA AUTORIDADE OU DE UM FUNCIONÁRIO DEPENDENTE DE QUALQUER JURISDIÇÃO DE UM ESTADO-MEMBRO/ **(RO)** DOCUMENT EMIS DE O AUTORITATE SAU DE UN FUNCŢIONAR DE PE LÂNGĂ INSTANŢELE UNUI STAT MEMBRU/ **(SK)** LISTINA VYDANÁ ORGÁNOM ALEBO ÚRADNÍKOM S VÄZBOU NA SÚDY ČLENSKÉHO ŠTÁTU/ **(SL)** LISTINA, IZDANA S STRANI ORGANA ALI URADNIKA SODNE OBLASTI DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA ON ANTANUT JÄSENVALTION OIKEUSLAITOKSEEN KUULUVA VIRANOMAINEN TAI VIRKAMIES/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN MYNDIGHET ELLER EN TJÄNSTEMAN TILLHÖRANDE DOMSTOLSVÄSENDET I EN MEDLEMSSTAT |
| 3.1.1 | **(BG)** СЪДЕБНО РЕШЕНИЕ/ **(ES)** RESOLUCIÓN JUDICIAL/ **(CZ)** ROZHODNUTÍ SOUDU/ **(DA)** DOMSTOLSAFGØRELSE/ **(DE)** GERICHTSENTSCHEIDUNG/ **(ET)** KOHTUOTSUS/ **(EL)** ΔΙΚΑΣΤΙΚΗ ΑΠΟΦΑΣΗ/ **(EN)** COURT DECISION/ **(FR)** DÉCISION DE JUSTICE/ **(GA)** CINNEADH ÓN gCÚIRT/ **(HR)** SUDSKA ODLUKA/ **(IT)** DECISIONE GIURISDIZIONALE/ **(LV)** TIESAS LĒMUMS/ **(LT)** TEISMO SPRENDIMAS/ **(HU)** BÍRÓSÁGI HATÁROZAT/ **(MT)** DEĊIŻJONI TAL-QORTI/ **(NL)** RECHTERLIJKE BESLISSING/ **(PL)** ORZECZENIE SĄDOWE/ **(PT)** DECISÃO JUDICIAL/ **(RO)** HOTĂRÂRE JUDECĂTOREASCĂ/ **(SK)** SÚDNE ROZHODNUTIE/ **(SL)** SODNA ODLOČBA/ **(FI)** TUOMIOISTUIMEN PÄÄTÖS/ **(SV)** DOMSTOLSBESLUT |
| 3.1.2 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ПРОКУРОР/ **(ES)** DOCUMENTO EXPEDIDO POR EL MINISTERIO FISCAL/ **(CZ)** LISTINA VYDANÁ STÁTNÍM ZÁSTUPCEM/ **(DA)** DOKUMENT UDSTEDT AF EN ANKLAGEMYNDIGHED/ **(DE)** URKUNDE EINER STAATSANWALTSCHAFT/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD RIIKLIK SÜÜDISTAJA/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΕΙΣΑΓΓΕΛΕΑ/ **(EN)** DOCUMENT EMANATING FROM A PUBLIC PROSECUTOR/ **(FR)** DOCUMENT ÉMANANT DU MINISTÈRE PUBLIC/ **(GA)** DOICIMÉAD A THAGANN Ó IONCHÚISITHEOIR POIBLÍ/ **(HR)** ISPRAVA KOJU JE IZDALO DRŽAVNO ODVJETNIŠTVO/ **(IT)** DOCUMENTO EMANATO DAL PUBBLICO MINISTERO/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS PROKURORS/ **(LT)** PROKURORO IŠDUOTAS DOKUMENTAS/ **(HU)** ÜGYÉSZ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAHRUĠ MINN PROSEKUTUR PUBBLIKU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN OPENBAAR MINISTERIE/ **(PL)** DOKUMENT POCHODZĄCY OD PROKURATORA/ **(PT)** DOCUMENTO PROVENIENTE DO MINISTÉRIO PÚBLICO/ **(RO)** DOCUMENT EMIS DE UN PROCUROR/ **(SK)** LISTINA VYDANÁ PROKURÁTOROM/ **(SL)** LISTINA, KI JO IZDA DRŽAVNO TOŽILSTVO/ **(FI)** VIRALLISEN SYYTTÄJÄN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN ÅKLAGARVÄSENDET |
| 3.1.3 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН СЛУЖИТЕЛ/ **(ES)** DOCUMENTO EXPEDIDO POR UN SECRETARIO JUDICIAL/ **(CZ)** LISTINA VYDANÁ VYŠŠÍM SOUDNÍM ÚŘEDNÍKEM/ **(DA)** DOKUMENT UDSTEDT AF EN JUSTITSSEKRETÆR/ **(DE)** URKUNDE EINES URKUNDSBEAMTEN DER GESCHÄFTSSTELLE EINES GERICHTS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUAMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΓΡΑΜΜΑΤΕΑ ΔΙΚΑΣΤΗΡΙΟΥ/ **(EN)** DOCUMENT EMANATING FROM A CLERK OF A COURT/ **(FR)** DOCUMENT ÉMANANT D'UN GREFFIER/ **(GA)** DOICIMÉAD A THAGANN Ó CHLÉIREACH DE CHUID CÚIRTE/ **(HR)** ISPRAVA KOJU JE IZDAO UPRAVITELJ SUDSKE PISARNICE/ **(IT)** DOCUMENTO EMANATO DA UN CANCELLIERE/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS SEKRETĀRS/ **(LT)** TEISMO TARNAUTOJO IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAHRUĠ MINN REGISTRATUR TA' QORTI/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GRIFFIER/ **(PL)** DOKUMENT POCHODZĄCY OD SEKRETARZA SĄDOWEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UM OFICIAL DE JUSTIÇA/ **(RO)** DOCUMENT EMIS DE UN GREFIER AL INSTANŢEI/ **(SK)** LISTINA VYDANÁ SÚDNYM ÚRADNÍKOM/ **(SL)** LISTINA, KI JO IZDA SODNI USLUŽBENEC/ **(FI)** TUOMIOISTUIMEN SIHTEERIN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN DOMSTOLSTJÄNSTEMAN |

3.1.4 **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН ИЗПЪЛНИТЕЛ („HUISSIER DE JUSTICE")/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE JUDICIAL («HUISSIER DE JUSTICE»)/ **(CZ)** LISTINA VYDANÁ SOUDNÍM VYKONAVATELEM („HUISSIER DE JUSTICE")/ **(DA)** DOKUMENT UDSTEDT AF EN STÆVNINGSMAND (»HUISSIER DE JUSTICE«)/ **(DE)** URKUNDE EINES GERICHTSVOLLZIEHERS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUTÄITUR/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΔΙΚΑΣΤΙΚΟ(-Η) ΕΠΙΜΕΛΗΤΗ(-ΡΙΑ) («HUISSIER DE JUSTICE»)/ **(EN)** DOCUMENT EMANATING FROM A JUDICIAL OFFICER ('HUISSIER DE JUSTICE')/ **(FR)** DOCUMENT ÉMANANT D'UN HUISSIER DE JUSTICE/ **(GA)** DOICIMÉAD A THAGANN Ó OIFIGEACH BREITHIÚNACH ("HUISSIER DE JUSTICE")/ **(HR)** ISPRAVA KOJU JE IZDAO SUDSKI OVRŠITELJ (*HUISSIER DE JUSTICE*)/ **(IT)** DOCUMENTO EMANATO DA UN UFFICIALE GIUDIZIARIO ("HUISSIER DE JUSTICE")/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS IZPILDĪTĀJS (*HUISSIER DE JUSTICE*)/ **(LT)** ANTSTOLIO (HUISSIER DE JUSTICE) IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI VÉGREHAJTÓ („HUISSIER DE JUSTICE") ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN UFFIĊJAL ĠUDIZZJARJU ('HUISSIER DE JUSTICE')/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GERECHTSDEURWAARDER/ **(PL)** DOKUMENT POCHODZĄCY OD URZĘDNIKA SĄDOWEGO (*HUISSIER DE JUSTICE*)/ **(PT)** DOCUMENTO PROVENIENTE DE UM ESCRIVÃO DE DIREITO («HUISSIER DE JUSTICE»)/ **(RO)** DOCUMENT EMIS DE UN EXECUTOR JUDECĂTORESC („HUISSIER DE JUSTICE")/ **(SK)** LISTINA VYDANÁ SÚDNYM VYKONÁVATEĽOM („HUISSIER DE JUSTICE")/ **(SL)** LISTINA, KI JO IZDA SODNI IZVRŠITELJ („HUISSIER DE JUSTICE")/ **(FI)** HAASTEMIEHEN ("HUISSIER DE JUSTICE") ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN STÄMNINGSMAN (*HUISSIER DE JUSTICE*)

3.1.5 **(BG)** ДРУГИ (ДА СЕ ПОСОЧАТ)/ **(ES)** OTRO (ESPECIFÍQUESE)/ **(CZ)** JINÉ (UPŘESNĚTE)/ **(DA)** ANDRE (ANGIVES)/ **(DE)** SONSTIGES (BITTE ANGEBEN)/ **(ET)** MUU (TÄPSUSTAGE)/ **(EL)** ΑΛΛΟ (ΔΙΕΥΚΡΙΝΙΣΤΕ)/ **(EN)** OTHER (TO BE SPECIFIED)/ **(FR)** AUTRE (À PRÉCISER)/ **(GA)** EILE (LE SONRÚ)/ **(HR)** OSTALO (NAVESTI)/ **(IT)** ALTRO (PRECISARE)/ **(LV)** CITS (PRECIZĒT)/ **(LT)** KITA (NURODYTI)/ **(HU)** EGYÉB (KÉRJÜK PONTOSÍTANI)/ **(MT)** OĦRAJN (IPPREĊIŻA)/ **(NL)** OVERIGE (SPECIFICEREN)/ **(PL)** INNY (PROSZĘ OKREŚLIĆ)/ **(PT)** OUTROS (A ESPECIFICAR)/ **(RO)** ALTUL (A SE PRECIZA)/ **(SK)** INÉ (SPRESNIŤ)/ **(SL)** DRUGO (NAVESTI)/ **(FI)** MUU ASIAKIRJA (TÄSMENNETTÄVÄ)/ **(SV)** ANNAN HANDLING (SPECIFICERAS)

3.2 **(BG)** АДМИНИСТРАТИВЕН ДОКУМЕНТ/ **(ES)** DOCUMENTO ADMINISTRATIVO/ **(CZ)** LISTINA VYDANÁ SPRÁVNÍM ÚŘADEM/ **(DA)** ADMINISTRATIVT DOKUMENT/ **(DE)** URKUNDE EINER VERWALTUNGSBEHÖRDE/ **(ET)** HALDUSDOKUMENT/ **(EL)** ΔΙΟΙΚΗΤΙΚΟ ΕΓΓΡΑΦΟ/ **(EN)** ADMINISTRATIVE DOCUMENT/ **(FR)** DOCUMENT ADMINISTRATIF/ **(GA)** DOICIMÉAD RIARACHÁIN/ **(HR)** UPRAVNA ISPRAVA/ **(IT)** DOCUMENTO AMMINISTRATIVO/ **(LV)** ADMINISTRATĪVS DOKUMENTS/ **(LT)** ADMINISTRACINIS DOKUMENTAS/ **(HU)** KÖZIGAZGATÁSI OKIRAT/ **(MT)** DOKUMENT AMMINISTRATTIV/ **(NL)** ADMINISTRATIEF DOCUMENT/ **(PL)** DOKUMENT ADMINISTRACYJNY/ **(PT)** DOCUMENTO ADMINISTRATIVO/ **(RO)** DOCUMENT ADMINISTRATIV/ **(SK)** SPRÁVNA LISTINA/ **(SL)** UPRAVNA LISTINA/ **(FI)** HALLINNOLLINEN ASIAKIRJA/ **(SV)** ADMINISTRATIV HANDLING

3.2.1 **(BG)** УДОСТОВЕРЕНИЕ/ **(ES)** CERTIFICADO/ **(CZ)** OSVĚDČENÍ/ **(DA)** PÅTEGNING/ **(DE)** BESCHEINIGUNG/ **(ET)** TÕEND/ **(EL)** ΠΙΣΤΟΠΟΙΗΤΙΚΟ/ **(EN)** CERTIFICATE/ **(FR)** CERTIFICAT/ **(GA)** DEIMHNIÚ/ **(HR)** POTVRDA/ **(IT)** CERTIFICATO/ **(LV)** APLIECINĀJUMS/ **(LT)** PAŽYMA, LIUDIJIMAS/ **(HU)** TANÚSÍTVÁNY/BIZONYÍTVÁNY/ **(MT)** ĊERTIFIKAT/ **(NL)** CERTIFICAAT/ **(PL)** ZAŚWIADCZENIE/ **(PT)** CERTIDÃO OU CERTIFICADO/ **(RO)** CERTIFICAT/ **(SK)** OSVEDČENIE/ **(SL)** POTRDILO/ **(FI)** TODISTUS/ **(SV)** INTYG

3.2.2 **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА ЗА ГРАЖДАНСКОТО СЪСТОЯНИЕ/ **(ES)** EXTRACTO DEL REGISTRO CIVIL/ **(CZ)** VÝPIS Z MATRIKY/ **(DA)** UDDRAG FRA CIVILSTANDSREGISTRET/ **(DE)** AUSZUG AUS DEM PERSONENSTANDSREGISTER/ **(ET)** PEREKONNASEISUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΛΗΞΙΑΡΧΙΚΟΥ ΜΗΤΡΩΟΥ/ **(EN)** EXTRACT FROM THE CIVIL STATUS REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE L'ÉTAT CIVIL/ **(GA)** SLIOCHT AS AN gCLÁR STÁDAIS SHIBHIALTA/ **(HR)** IZVADAK IZ REGISTRA OSOBNOG STANJA/ **(IT)** ESTRATTO DI ATTO DI STATO CIVILE/ **(LV)** IZRAKSTS NO CIVILSTĀVOKĻA AKTU REĢISTRA/ **(LT)** IŠRAŠAS IŠ CIVILINĖS BŪKLĖS AKTŲ REGISTRO/ **(HU)** ANYAKÖNYVI KIVONAT/ **(MT)** ESTRATT MIR-REĠISTRU TAL-ISTAT ĊIVILI/ **(NL)** UITTREKSEL UIT HET REGISTER VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS SKRÓCONY AKTU STANU CYWILNEGO/ **(PT)** EXTRATO DE ATOS DO REGISTO CIVIL/ **(RO)** EXTRAS DIN REGISTRUL DE STARE CIVILĂ/ **(SK)** VÝPIS Z REGISTRA OSOBNÉHO STAVU/ **(SL)** IZPISEK IZ REGISTRA O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERIOTE (SIVIILISÄÄTY)/ **(SV)** UTDRAG UR FOLKBOKFÖRINGEN

3.2.3 **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА НА НАСЕЛЕНИЕТО/ **(ES)** EXTRACTO DEL CENSO/ **(CZ)** VÝPIS Z REGISTRU OBYVATEL/ **(DA)** UDDRAG FRA FOLKEREGISTRET/ **(DE)** AUSZUG AUS DEM MELDEREGISTER/ **(ET)** RAHVASTIKUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΔΗΜΟΤΟΛΟΓΙΟΥ/ **(EN)** EXTRACT FROM THE POPULATION REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE LA POPULATION/ **(GA)** SLIOCHT AS AN gCLÁR DAONRA/ **(HR)** IZVADAK IZ POPISA STANOVNIŠTVA/ **(IT)** ESTRATTO ANAGRAFICO/ **(LV)** IZRAKSTS NO IEDZĪVOTĀJU REĢISTRA/ **(LT)** IŠRAŠAS IŠ GYVENTOJŲ REGISTRO/ **(HU)** KIVONAT A SZEMÉLYIADAT- ÉS LAKCÍMNYILVÁNTARTÁSBÓL/ **(MT)** ESTRATT MIR-REĠISTRU TAL-POPOLAZZJONI/ **(NL)** UITTREKSEL UIT HET BEVOLKINGSREGISTER/ **(PL)** WYCIĄG Z REJESTRU LUDNOŚCI/ **(PT)** EXTRATO DO REGISTO DA POPULAÇÃO/ **(RO)** EXTRAS DIN REGISTRUL DE EVIDENȚĂ A POPULAȚIEI/ **(SK)** VÝPIS Z REGISTRA OBYVATEĽOV/ **(SL)** IZPISEK IZ REGISTRA PREBIVALSTVA/ **(FI)** VÄESTÖREKISTERIOTE/ **(SV)** UTDRAG UR BEFOLKNINGSREGISTER

| 3.2.4 | **(BG)** ПЪЛЕН ПРЕПИС ОТ АКТОВЕ ЗА ГРАЖДАНСКО СЪСТОЯНИЕ/ **(ES)** COPIA LITERAL DE ACTAS DEL REGISTRO CIVIL/ **(CZ)** OPIS MATRIČNÍCH ZÁZNAMŮ/ **(DA)** ORDRET KOPI AF CIVILSTANDSREGISTRE/ **(DE)** WÖRTLICHE KOPIE VON PERSONENSTANDSEINTRÄGEN/ **(ET)** PEREKONNASEISUAKTI KOOPIA/ **(EL)** ΠΙΣΤΟ ΑΝΤΙΓΡΑΦΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟΥ ΠΡΟΣΩΠΙΚΗΣ ΚΑΤΑΣΤΑΣΗΣ/ **(EN)** VERBATIM COPY OF CIVIL STATUS RECORDS/ **(FR)** COPIE INTÉGRALE D'ACTES DE L'ÉTAT CIVIL/ **(GA)** CÓIP FOCAL AR FHOCAL DE THAIFID AR STÁDAS SIBHIALTA/ **(HR)** DOSLOVNI PRIJEPIS IZ EVIDENCIJA O OSOBNOM STANJU/ **(IT)** COPIA LETTERALE DI ATTO DI STATO CIVILE/ **(LV)** CIVILSTĀVOKĻA AKTU REĢISTRA IERAKSTU AUTENTISKA KOPIJA/ **(LT)** CIVILINĖS BŪKLĖS AKTŲ ĮRAŠŲ PAŽODINĖ KOPIJA/ **(HU)** ANYAKÖNYVI BEJEGYZÉS SZÓ SZERINTI MÁSOLATA/ **(MT)** KOPJA VERBATIM TAL-ATTI TAL-ISTAT ĊIVILI/ **(NL)** EENSLUIDEND AFSCHRIFT VAN AKTEN VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS ZUPEŁNY AKTU STANU CYWILNEGO/ **(PT)** CERTIDÃO DE CÓPIA INTEGRAL OU DE NARRATIVA DE ATOS DE REGISTO CIVIL/ **(RO)** COPIE EXACTĂ A UNUI ACT DE STARE CIVILĂ/ **(SK)** DOSLOVNÝ VÝPIS ZO ZÁPISOV O OSOBNOM STAVE/ **(SL)** DOBESEDNI PREPIS LISTIN O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERITIETOJEN SANATARKKA JÄLJENNÖS/ **(SV)** ORDAGRANN AVSKRIFT AV FOLKBOKFÖRINGSHANDLING |
|---|---|
| 3.3 | **(BG)** НОТАРИАЛЕН АКТ/ **(ES)** ACTA NOTARIAL/ **(CZ)** NOTÁŘSKÁ LISTINA/ **(DA)** NOTARBEKRÆFTET DOKUMENT/ **(DE)** NOTARIELLE URKUNDE/ **(ET)** NOTARIAALDOKUMENT/ **(EL)** ΣΥΜΒΟΛΑΙΟΓΡΑΦΙΚΗ ΠΡΑΞΗ/ **(EN)** NOTARIAL ACT/ **(FR)** ACTE NOTARIÉ/ **(GA)** GNÍOMH NÓTAIREACHTA/ **(HR)** JAVNOBILJEŽNIČKA ISPRAVA/ **(IT)** ATTO NOTARILE/ **(LV)** NOTARIĀLS AKTS/ **(LT)** NOTARINIS AKTAS/ **(HU)** KÖZJEGYZŐI OKIRAT/ **(MT)** ATT NOTARILI/ **(NL)** NOTARIËLE AKTE/ **(PL)** AKT NOTARIALNY/ **(PT)** ATO NOTARIAL/ **(RO)** ACT NOTARIAL/ **(SK)** NOTÁRSKA LISTINA/ **(SL)** NOTARSKA LISTINA/ **(FI)** NOTAARIN ANTAMA ASIAKIRJA/ **(SV)** NOTARIELL HANDLING |
| 3.4 | **(BG)** ОФИЦИАЛНО УДОСТОВЕРЕНИЕ, ПРИЛОЖЕНО КЪМ ДОКУМЕНТ, ПОДПИСАН ОТ ЛИЦЕ В ЛИЧНО КАЧЕСТВО/ **(ES)** CERTIFICACIÓN OFICIAL PUESTA SOBRE UN DOCUMENTO PRIVADO/ **(CZ)** ÚŘEDNÍ OSVĚDČENÍ, KTERÝM BYLA OPATŘENA LISTINA PODEPSANÁ SOUKROMOU OSOBOU/ **(DA)** OFFICIEL PÅTEGNING PÅ ET DOKUMENT UNDERTEGNET AF EN PERSON I DENNES EGENSKAB AF PRIVATPERSON/ **(DE)** AMTLICHE BESCHEINIGUNG AUF EINER PRIVATURKUNDE/ **(ET)** ISIKU POOLT ERAISIKUNA ALLKIRJASTATUD DOKUMENDILE KINNITATAV AMETLIK TÕEND/ **(EL)** ΕΠΙΣΗΜΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟ ΕΝΣΩΜΑΤΩΜΕΝΟ ΣΕ ΕΓΓΡΑΦΟ ΥΠΟΓΕΓΡΑΜΜΕΝΟ ΑΠΟ ΑΤΟΜΟ ΠΟΥ ΕΝΕΡΓΕΙ ΩΣ ΙΔΙΩΤΗΣ/ **(EN)** OFFICIAL CERTIFICATE PLACED ON A DOCUMENT SIGNED BY A PERSON IN HIS OR HER PRIVATE CAPACITY/ **(FR)** DÉCLARATION OFFICIELLE APPOSÉE SUR UN ACTE SOUS SEING PRIVÉ/ **(GA)** DEIMHNIÚ OIFIGIÚIL A CHUIRTEAR AR DHOICIMÉAD ARNA SHÍNIÚ AG DUINE INA CHÁIL NÓ INA CÁIL PHRÍOBHÁIDEACH/ **(HR)** SLUŽBENA POTVRDA STAVLJENA NA ISPRAVU KOJU JE OSOBA POTPISALA U PRIVATNOM SVOJSTVU/ **(IT)** DICHIARAZIONE UFFICIALE APPOSTA SU UNA SCRITTURA PRIVATA/ **(LV)** OFICIĀLS APLIECINĀJUMS UZ DOKUMENTA, KO SAVĀ VĀRDĀ PARAKSTĪJUSI KĀDA PERSONA/ **(LT)** PRIVAČIŲ ASMENŲ PASIRAŠYTŲ DOKUMENTŲ OFICIALŪS PATVIRTINIMAI/ **(HU)** MAGÁNOKIRATON ELHELYEZETT HIVATALOS TANÚSÍTVÁNY/ **(MT)** ĊERTIFIKAT UFFIĊJALI LI JITQIEGĦED F'DOKUMENT IFFIRMAT MINN PERSUNA FIL-KAPAĊITÀ PRIVATA TAGĦHA/ **(NL)** OFFICIEEL CERTIFICAAT OP EEN DOCUMENT ONDERTEKEND DOOR EEN PERSOON IN ZIJN PARTICULIERE HOEDANIGHEID/ **(PL)** URZĘDOWE ZAŚWIADCZENIE UMIESZCZONE NA DOKUMENCIE PODPISANYM PRZEZ OSOBĘ DZIAŁAJĄCĄ W CHARAKTERZE PRYWATNYM/ **(PT)** DECLARAÇÃO OFICIAL INSERTA NUM ATO DE NATUREZA PRIVADA/ **(RO)** CERTIFICAT OFICIAL APLICAT PE UN DOCUMENT SUB SEMNĂTURĂ PRIVATĂ/ **(SK)** ÚRADNÉ OSVEDČENIE UVEDENÉ NA LISTINE PODPÍSANEJ OSOBOU KONAJÚCOU AKO SÚKROMNÁ OSOBA/ **(SL)** URADNA IZJAVA NA ZASEBNI LISTINI/ **(FI)** VIRALLINEN TODISTUS ASIAKIRJASSA, JONKA HENKILÖ ON ALLEKIRJOITTANUT YKSITYISHENKILÖNÄ/ **(SV)** OFFICIELLT INTYG ANBRINGAT PÅ EN HANDLING SOM UNDERTECKNATS AV EN PRIVATPERSON |
| 3.5 | **(BG)** ДОКУМЕНТ, ИЗГОТВЕН ОТ ДИПЛОМАТИЧЕСКИ ИЛИ КОНСУЛСКИ СЛУЖИТЕЛ НА ДЪРЖАВА ЧЛЕНКА В СЛУЖЕБНО КАЧЕСТВО/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE DIPLOMÁTICO O CONSULAR DE UN ESTADO MIEMBRO CON CARÁCTER OFICIAL/ **(CZ)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCEM NEBO KONZULÁRNÍM ÚŘEDNÍKEM ČLENSKÉHO STÁTU V RÁMCI VÝKONU JEHO SLUŽEBNÍCH POVINNOSTÍ/ **(DA)** DOKUMENT OFFICIELT UDFÆRDIGET AF EN MEDLEMSSTATS DIPLOMATISKE ELLER KONSULÆRE REPRÆSENTANT/ **(DE)** VON EINEM DIPLOMATISCHEN ODER KONSULARISCHEN VERTRETER EINES MITGLIEDSTAATS IN SEINER AMTLICHEN FUNKTION ERRICHTETE URKUNDE/ **(ET)** LIIKMESRIIGI DIPLOMAATILISE VÕI KONSULAARAMETNIKU POOLT AMETIKOHUSTUSTE TÄITMISEL KOOSTATUD DOKUMENT/ **(EL)** ΕΓΓΡΑΦΟ ΣΥΝΤΑΓΜΕΝΟ ΑΠΟ ΔΙΠΛΩΜΑΤΙΚΟ(-Η) Ή ΠΡΟΞΕΝΙΚΟ(-Η) ΥΠΑΛΛΗΛΟ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΥΠΟ ΤΗΝ ΕΠΙΣΗΜΗ ΙΔΙΟΤΗΤΑ ΤΟΥ/ΤΗΣ/ **(EN)** DOCUMENT DRAWN UP BY A DIPLOMATIC OR CONSULAR AGENT OF A MEMBER STATE IN HIS OR HER OFFICIAL CAPACITY/ **(FR)** DOCUMENT ÉTABLI EN SA QUALITÉ OFFICIELLE PAR UN AGENT DIPLOMATIQUE OU CONSULAIRE D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD ARNA THARRAINGT SUAS AG GNÍOMHAIRE TAIDHLEOIREACHTA NÓ CONSALACH DE CHUID BALLSTÁIT INA CHÁIL NÓ INA CÁIL OIFIGIÚIL/ **(HR)** ISPRAVA KOJU JE U SLUŽBENOM SVOJSTVU SASTAVIO DIPLOMATSKI ILI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(IT)** DOCUMENTO REDATTO DA AGENTI DIPLOMATICI O CONSOLARI DI UNO STATO MEMBRO NELL'ESERCIZIO DELLE LORO FUNZIONI/ **(LV)** DOKUMENTS, KURU, PILDOT AMATA PIENĀKUMUS, SAGATAVOJIS DALĪBVALSTS DIPLOMĀTISKAIS VAI KONSULĀRAIS PĀRSTĀVIS/ **(LT)** DOKUMENTAS, PARENGTAS VALSTYBĖS NARĖS DIPLOMATO AR KONSULINIO PAREIGŪNO, VEIKIANČIO PAGAL OFICIALIUS ĮGALIOJIMUS/ **(HU)** VALAMELY TAGÁLLAM DIPLOMÁCIAI VAGY KONZULI KÉPVISELŐJE ÁLTAL HIVATALOS MINŐSÉGÉBEN KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT IMFEJJI MINN AĠENT DIPLOMATIKU JEW KONSULARI TA' STAT MEMBRU FIL-KAPAĊITÀ UFFIĊJALI TIEGĦU/ **(NL)** DOCUMENT OPGESTELD DOOR DE DIPLOMATIEKE OF CONSULAIRE AMBTENAAR VAN EEN LIDSTAAT IN ZIJN OFFICIËLE HOEDANIGHEID/ **(PL)** DOKUMENT SPORZĄDZONY PRZEZ PRZEDSTAWICIELA DYPLOMATYCZNEGO LUB URZĘDNIKA KONSULARNEGO PAŃSTWA CZŁONKOWSKIEGO DZIAŁAJĄCYCH W CHARAKTERZE URZĘDOWYM/ **(PT)** DOCUMENTO LAVRADO POR UM AGENTE DIPLOMÁTICO OU CONSULAR DE UM ESTADO-MEMBRO NO EXERCÍCIO DAS SUAS FUNÇÕES OFICIAIS/ **(RO)** DOCUMENT ÎNTOCMIT DE CĂTRE UN AGENT DIPLOMATIC SAU CONSULAR AL UNUI STAT MEMBRU, ÎN CALITATE OFICIALĂ/ **(SK)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCOM ALEBO KONZULÁRNYM ÚRADNÍKOM ČLENSKÉHO ŠTÁTU V RÁMCI VÝKONU JEHO FUNKCIE/ **(SL)** LISTINA, KI JO KOT URADNA OSEBA IZDA DIPLOMATSKI ALI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA JÄSENVALTION DIPLOMAATTINEN EDUSTAJA TAI KONSULIEDUSTAJA ON LAATINUT VIRANTOIMITUKSESSA/ **(SV)** HANDLING UPPRÄTTAD I TJÄNSTEN AV EN DIPLOMATISK ELLER KONSULÄR TJÄNSTEMAN I EN MEDLEMSSTAT |

| 3.6 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** HMEPOMHNIA (HH/MM/EEEE) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
|---|---|
| 3.7 | **(BG)** РЕФЕРЕНТЕН НОМЕР НА ОФИЦИАЛНИЯ ДОКУМЕНТ/ **(ES)** NÚMERO DE REFERENCIA DEL DOCUMENTO PÚBLICO/ **(CZ)** REFERENČNÍ ČÍSLO VEŘEJNÉ LISTINY/ **(DA)** DET OFFENTLIGE DOKUMENTS REFERENCENUMMER/ **(DE)** KENNNUMMER DER ÖFFENTLICHEN URKUNDE/ **(ET)** AVALIKU DOKUMENDI VIITENUMBER/ **(EL)** ΑΡΙΘΜΟΣ ΑΝΑΦΟΡΑΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ/ **(EN)** REFERENCE NUMBER OF THE PUBLIC DOCUMENT/ **(FR)** NUMÉRO DE RÉFÉRENCE DU DOCUMENT PUBLIC/ **(GA)** UIMHIR THAGARTHA AN DOICIMÉID PHOIBLÍ/ **(HR)** REFERENTNI BROJ JAVNE ISPRAVE/ **(IT)** NUMERO DI RIFERIMENTO DEL DOCUMENTO PUBBLICO/ **(LV)** PUBLISKĀ DOKUMENTA ATSAUCES NUMURS/ **(LT)** VIEŠOJO DOKUMENTO NUMERIS/ **(HU)** A KÖZOKIRAT HIVATKOZÁSI SZÁMA/ **(MT)** NUMRU TA' REFERENZA TAD-DOKUMENT PUBBLIKU/ **(NL)** REFERENTIENUMMER VAN HET OPENBAAR DOCUMENT/ **(PL)** NUMER REFERENCYJNY DOKUMENTU URZĘDOWEGO/ **(PT)** NÚMERO DE REFERÊNCIA DO DOCUMENTO PÚBLICO/ **(RO)** NUMĂRUL DE REFERINŢĂ AL DOCUMENTULUI OFICIAL/ **(SK)** REFERENČNÉ ČÍSLO VEREJNEJ LISTINY/ **(SL)** REFERENČNA ŠTEVILKA JAVNE LISTINE/ **(FI)** YLEISEN ASIAKIRJAN VIITENUMERO/ **(SV)** DEN OFFICIELLA HANDLINGENS REFERENSNUMMER |
| 4. | **(BG)** ИНФОРМАЦИЯ ЗА СЪОТВЕТНОТО ЛИЦЕ/ **(ES)** INFORMACIÓN SOBRE EL INTERESADO/ **(CZ)** INFORMACE O DOTYČNÉ OSOBĚ/ **(DA)** OPLYSNINGER OM DEN PÅGÆLDENDE PERSON/ **(DE)** ANGABEN ZUR BETREFFENDEN PERSON/ **(ET)** ASJAOMAST ISIKUT KÄSITLEV TEAVE/ **(EL)** ΣΤΟΙΧΕΙΑ ΤΟΥ ΠΡΟΣΩΠΟΥ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ/ **(EN)** INFORMATION ON THE PERSON CONCERNED/ **(FR)** INFORMATIONS SUR LA PERSONNE CONCERNÉE/ **(GA)** FAISNÉIS MAIDIR LEIS AN DUINE LENA mBAINEANN/ **(HR)** INFORMACIJE O DOTIČNOJ OSOBI/ **(IT)** INFORMAZIONI SULLA PERSONA INTERESSATA/ **(LV)** INFORMĀCIJA PAR ATTIECĪGO PERSONU/ **(LT)** INFORMACIJA APIE ATITINKAMĄ ASMENĮ/ **(HU)** AZ ÉRINTETT SZEMÉLYRE VONATKOZÓ ADATOK/ **(MT)** INFORMAZZJONI DWAR IL-PERSUNA KKONĊERNATA/ **(NL)** INFORMATIE OVER DE BETROKKENE/ **(PL)** DANE OSOBY, KTÓREJ DOTYCZY DOKUMENT/ **(PT)** INFORMAÇÕES SOBRE A PESSOA EM CAUSA/ **(RO)** INFORMAŢII PRIVIND PERSOANA VIZATĂ/ **(SK)** INFORMÁCIE O DOTKNUTEJ OSOBE/ **(SL)** INFORMACIJE O ZADEVNI OSEBI/ **(FI)** ASIANOMAISEN HENKILÖN TIEDOT/ **(SV)** UPPGIFTER OM DEN BERÖRDA PERSONEN |
| 4.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА)/ **(ES)** APELLIDO(S)/ **(CZ)** PŘÍJMENÍ/ **(DA)** EFTERNAVN(E)/ **(DE)** FAMILIENNAME(N)/ **(ET)** PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α)/ **(EN)** SURNAME(S)/ **(FR)** NOM(S)/ **(GA)** SLOINNE (SLOINNTE)/ **(HR)** PREZIME(NA)/ **(IT)** COGNOME(I)/ **(LV)** UZVĀRDS(-I)/ **(LT)** PAVARDĖ (-ĖS)/ **(HU)** CSALÁDI NEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET)/ **(NL)** ACHTERNA(A)M(EN)/ **(PL)** NAZWISKO(-A)/ **(PT)** APELIDO(S)/ **(RO)** NUME/ **(SK)** PRIEZVISKO(-Á)/ **(SL)** PRIIMEK/PRIIMKI/ **(FI)** SUKUNIMI (-NIMET)/ **(SV)** EFTERNAMN |
| 4.2 | **(BG)** СОБСТВЕНО(И) ИМЕ(НА)/ **(ES)** NOMBRE(S)/ **(CZ)** JMÉNO (JMÉNA)/ **(DA)** FORNAVN(E)/ **(DE)** VORNAME(N)/ **(ET)** EESNIMI (-NIMED)/ **(EL)** ΟΝΟΜΑ(-ΤΑ)/ **(EN)** FORENAME(S)/ **(FR)** PRÉNOM(S)/ **(GA)** CÉADAINM (CÉADAINMNEACHA)/ **(HR)** IME(NA)/ **(IT)** NOME(I)/ **(LV)** VĀRDS(-I)/ **(LT)** VARDAS (-AI)/ **(HU)** UTÓNEVE(I)/ **(MT)** ISEM(/ISMIJIET)/ **(NL)** VOORNA(A)M(EN)/ **(PL)** IMIĘ (IMIONA)/ **(PT)** NOME(S) PRÓPRIO(S)/ **(RO)** PRENUME/ **(SK)** MENO(-Á)/ **(SL)** IME/IMENA/ **(FI)** ETUNIMI (-NIMET)/ **(SV)** FÖRNAMN |
| 4.3 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА РАЖДАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE NACIMIENTO/ **(CZ)** DATUM (DD/MM/RRRR) NAROZENÍ/ **(DA)** FØDSELSDATO (DD/MM/ÅÅÅÅ)/ **(DE)** GEBURTSDATUM (TT/MM/JJJJ)/ **(ET)** SÜNNIKUUPÄEV (PP/KK/AAAA)/ **(EL)** HMEPOMHNIA (HH/MM/EEEE) ΓΕΝΝΗΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF BIRTH/ **(FR)** DATE (JJ/MM/AAAA) DE NAISSANCE/ **(GA)** DÁTA (LL/MM/BBBB) BREITHE/ **(HR)** DATUM (DD/MM/GGGG) ROĐENJA/ **(IT)** DATA DI NASCITA (GG/MM/AAAA)/ **(LV)** DZIMŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** GIMIMO DATA (DD/MM/MMMM)/ **(HU)** SZÜLETÉSI IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAT-TWELID/ **(NL)** GEBOORTEDATUM (DD/MM/JJJJ)/ **(PL)** DATA (DD/MM/RRRR) URODZENIA/ **(PT)** DATA DE NASCIMENTO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) NAŞTERII/ **(SK)** DÁTUM (DD/MM/RRRR) NARODENIA/ **(SL)** DATUM (DD/MM/LLLL) ROJSTVA/ **(FI)** SYNTYMÄAIKA (PP/KK/VVVV)/ **(SV)** FÖDELSEDATUM (DD/MM/ÅÅÅÅ) |
| 4.4 | **(BG)** МЯСТО И ДЪРЖАВА НА РАЖДАНЕ/ **(ES)** LUGAR Y PAÍS DE NACIMIENTO/ **(CZ)** MÍSTO A ZEMĚ NAROZENÍ/ **(DA)** FØDESTED OG -LAND/ **(DE)** ORT UND LAND DER GEBURT/ **(ET)** SÜNNIKOHT JA -RIIK/ **(EL)** ΤΟΠΟΣ ΚΑΙ ΧΩΡΑ ΓΕΝΝΗΣΗΣ/ **(EN)** PLACE AND COUNTRY OF BIRTH/ **(FR)** LIEU ET PAYS DE NAISSANCE/ **(GA)** ÁIT AGUS TÍR BHREITHE/ **(HR)** MJESTO I ZEMLJA ROĐENJA/ **(IT)** LUOGO E PAESE DI NASCITA/ **(LV)** DZIMŠANAS VIETA UN VALSTS/ **(LT)** GIMIMO VIETA IR ŠALIS/ **(HU)** SZÜLETÉSI HELYE ÉS ORSZÁGA/ **(MT)** POST U PAJJIŻ TAT-TWELID/ **(NL)** GEBOORTEPLAATS EN -LAND/ **(PL)** MIEJSCE I PAŃSTWO URODZENIA/ **(PT)** LOCAL E PAÍS DE NASCIMENTO/ **(RO)** LOCUL ŞI ŢARA NAŞTERII/ **(SK)** MIESTO A ŠTÁT NARODENIA/ **(SL)** KRAJ IN DRŽAVA ROJSTVA/ **(FI)** SYNTYMÄPAIKKA JA -MAA/ **(SV)** FÖDELSEORT OCH -LAND |
| 4.5 | **(BG)** ПОЛ/ **(ES)** SEXO/ **(CZ)** POHLAVÍ/ **(DA)** KØN/ **(DE)** GESCHLECHT/ **(ET)** SUGU/ **(EL)** ΦΥΛΟ/ **(EN)** SEX/ **(FR)** SEXE/ **(GA)** INSCNE/ **(HR)** SPOL/ **(IT)** SESSO/ **(LV)** DZIMUMS/ **(LT)** LYTIS/ **(HU)** NEME/ **(MT)** SESS/ **(NL)** GESLACHT/ **(PL)** PŁEĆ/ **(PT)** SEXO/ **(RO)** SEXUL/ **(SK)** POHLAVIE/ **(SL)** SPOL/ **(FI)** SUKUPUOLI/ **(SV)** KÖN |
| 4.5.1 | **(BG)** ЖЕНСКИ/ **(ES)** MUJER/ **(CZ)** ŽENA/ **(DA)** KVINDE/ **(DE)** WEIBLICH/ **(ET)** NAISSOOST/ **(EL)** ΘΗΛΥ/ **(EN)** FEMALE/ **(FR)** FÉMININ/ **(GA)** BAINEANN/ **(HR)** ŽENSKI/ **(IT)** FEMMINILE/ **(LV)** SIEVIETE/ **(LT)** MOTERIS/ **(HU)** NŐI/ **(MT)** MARA/ **(NL)** VROUW/ **(PL)** KOBIETA/ **(PT)** FEMININO/ **(RO)** FEMEIESC/ **(SK)** ŽENSKÉ/ **(SL)** ŽENSKI/ **(FI)** NAINEN/ **(SV)** KVINNA |
| 4.5.2 | **(BG)** МЪЖКИ/ **(ES)** VARÓN/ **(CZ)** MUŽ/ **(DA)** MAND/ **(DE)** MÄNNLICH/ **(ET)** MEESSOOST/ **(EL)** ΑΡΡΕΝ/ **(EN)** MALE/ **(FR)** MASCULIN/ **(GA)** FIREANN/ **(HR)** MUŠKI/ **(IT)** MASCHILE/ **(LV)** VĪRIETIS/ **(LT)** VYRAS/ **(HU)** FÉRFI/ **(MT)** RAĠEL/ **(NL)** MAN/ **(PL)** MĘŻCZYZNA/ **(PT)** MASCULINO/ **(RO)** BĂRBĂTESC/ **(SK)** MUŽSKÉ/ **(SL)** MOŠKI/ **(FI)** MIES/ **(SV)** MAN |

| | |
|---|---|
| 4.5.3 | **(BG)** НЕОПРЕДЕЛЕН/ **(ES)** INDETERMINADO/ **(CZ)** NEURČENO/ **(DA)** UBESTEMT/ **(DE)** UNBESTIMMT/ **(ET)** MÄÄRAMATA/ **(EL)** ΔΕΝ ΠΡΟΣΔΙΟΡΙΖΕΤΑΙ/ **(EN)** UNDETERMINED/ **(FR)** INDÉTERMINÉ/ **(GA)** NEAMHCHINNTITHE/ **(HR)** NEODREĐEN/ **(IT)** INDETERMINATO/ **(LV)** NENOTEIKTS/ **(LT)** NENUSTATYTA/ **(HU)** MEGHATÁROZATLAN/ **(MT)** MHUX STABBILIT/ **(NL)** ONBEPAALD/ **(PL)** PŁEĆ NIEOKREŚLONA/ **(PT)** NÃO DEFINIDO/ **(RO)** NEDETERMINAT/ **(SK)** NEURČENÉ/ **(SL)** NEDOLOČEN/ **(FI)** MÄÄRITTELEMÄTÖN/ **(SV)** EJ FASTSTÄLLT |
| 4.6 | **(BG)** ГРАЖДАНСТВО/ **(ES)** NACIONALIDAD/ **(CZ)** STÁTNÍ PŘÍSLUŠNOST/ **(DA)** NATIONALITET/ **(DE)** STAATSANGEHÖRIGKEIT/ **(ET)** KODAKONDSUS/ **(EL)** ΙΘΑΓΕΝΕΙΑ/ **(EN)** NATIONALITY/ **(FR)** NATIONALITÉ/ **(GA)** NÁISIÚNTACHT/ **(HR)** DRŽAVLJANSTVO/ **(IT)** CITTADINANZA/ **(LV)** VALSTSPIEDERĪBA/ **(LT)** PILIETYBĖ/ **(HU)** ÁLLAMPOLGÁRSÁGA/ **(MT)** ĊITTADINANZA/ **(NL)** NATIONALITEIT/ **(PL)** OBYWATELSTWO/ **(PT)** NACIONALIDADE/ **(RO)** CETĂŢENIA/ **(SK)** ŠTÁTNA PRÍSLUŠNOSŤ/ **(SL)** DRŽAVLJANSTVO/ **(FI)** KANSALAISUUS/ **(SV)** MEDBORGARSKAP |
| 5. | **(BG)** СЪГЛАСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** SEGÚN EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO,/ **(CZ)** NA ZÁKLADĚ VEŘEJNÉ LISTINY, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ,/ **(DA)** I HENHOLD TIL DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** GEMÄSS DER ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST/ **(ET)** VASTAVALT AVALIKULE DOKUMENDILE, MILLELE SEE VORM ON LISATUD/ **(EL)** ΣΥΜΦΩΝΑ ΜΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** ACCORDING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** D'APRÈS LE DOCUMENT PUBLIC AUQUEL LE PRÉSENT FORMULAIRE EST JOINT/ **(GA)** DE RÉIR AN DOICIMÉID PHOIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** PREMA JAVNOJ ISPRAVI KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** SECONDO IL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** SASKAŅĀ AR PUBLISKO DOKUMENTU, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA/ **(LT)** PAGAL VIEŠĄJĮ DOKUMENTĄ, PRIE KURIO PRIDEDAMA ŠI FORMA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRAT SZERINT/ **(MT)** SKONT ID-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** VOLGENS HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** Z DOKUMENTU URZĘDOWEGO, DO KTÓREGO ZAŁĄCZONY JEST NINIEJSZY FORMULARZ, WYNIKA, ŻE/ **(PT)** SEGUNDO O DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** ÎN CONFORMITATE CU DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** PODĽA VEREJNEJ LISTINY, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** V SKLADU Z JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** SEN YLEISEN ASIAKIRJAN MUKAAN, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** ENLIGT DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |
| 5.1 | **(BG)** СЪОТВЕТНОТО ЛИЦЕ ПРИТЕЖАВА ДЕЕСПОСОБНОСТ ДА ВСТЪПИ В РЕГИСТРИРАНО ПАРТНЬОРСТВО СЪГЛАСНО НАЦИОНАЛНОТО ПРАВО НА ДЪРЖАВАТА ЧЛЕНКА, В КОЯТО Е ИЗДАДЕН ОФИЦИАЛНИЯТ ДОКУМЕНТ/ **(ES)** EL INTERESADO TIENE CAPACIDAD PARA INSCRIBIRSE COMO MIEMBRO DE UNA UNIÓN DE HECHO CON ARREGLO AL DERECHO NACIONAL DEL ESTADO MIEMBRO DE EXPEDICIÓN DEL DOCUMENTO PÚBLICO/ **(CZ)** JE DOTYČNÁ OSOBA ZPŮSOBILÁ UZAVŘÍT REGISTROVANÉ PARTNERSTVÍ PODLE VNITROSTÁTNÍHO PRÁVA ČLENSKÉHO STÁTU, V NĚMŽ JE VEŘEJNÁ LISTINA VYDÁNA/ **(DA)** DEN PÅGÆLDENDE PERSON HAR ADGANG TIL AT KUNNE INDGÅ REGISTRERET PARTNERSKAB I HENHOLD TIL NATIONAL RET I DEN MEDLEMSSTAT, HVOR DET OFFENTLIGE DOKUMENT ER UDSTEDT/ **(DE)** HAT DIE BETREFFENDE PERSON NACH DEM NATIONALEN RECHT DES MITGLIEDSTAATS, IN DEM DIE ÖFFENTLICHE URKUNDE AUSGESTELLT WURDE, DIE FÄHIGKEIT, EINE EINGETRAGENE PARTNERSCHAFT EINZUGEHEN/ **(ET)** ON ASJAOMASEL ISIKUL AVALIKU DOKUMENDI VÄLJA ANDNUD LIIKMESRIIGI ÕIGUSE KOHASELT REGISTREERITUD KOOSELLU ASTUMISE VÕIME/ **(EL)** ΤΟ ΠΡΟΣΩΠΟ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ ΕΧΕΙ ΤΗΝ ΙΚΑΝΟΤΗΤΑ ΣΥΝΑΨΗΣ ΚΑΤΑΧΩΡΙΣΜΕΝΗΣ ΣΧΕΣΗΣ ΣΥΜΒΙΩΣΗΣ ΔΥΝΑΜΕΙ ΤΟΥ ΕΘΝΙΚΟΥ ΔΙΚΑΙΟΥ ΤΟΥ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΟΠΟΥ ΕΚΔΟΘΗΚΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ/ **(EN)** THE PERSON CONCERNED HAS THE CAPACITY TO ENTER INTO A REGISTERED PARTNERSHIP UNDER THE NATIONAL LAW OF THE MEMBER STATE WHERE THE PUBLIC DOCUMENT IS ISSUED/ **(FR)** LA PERSONNE CONCERNÉE PEUT CONCLURE UN PARTENARIAT ENREGISTRÉ EN VERTU DU DROIT NATIONAL DE L'ÉTAT MEMBRE OÙ LE DOCUMENT PUBLIC EST DÉLIVRÉ/ **(GA)** TÁ AN DUINE LENA mBAINEANN DEN CHUMAS DUL I mBUN PÁIRTNÉIREACHT CHLÁRAITHE FAOI DHLÍ NÁISIÚNTA AN BHALLSTÁIT INA nDÉANTAR AN DOICIMÉAD POIBLÍ A EISIÚINT/ **(HR)** DOTIČNA OSOBA IMA SPOSOBNOST ZA SKLAPANJE REGISTRIRANOG PARTNERSTVA PREMA NACIONALNOM PRAVU DRŽAVE ČLANICE U KOJOJ JE JAVNA ISPRAVA IZDANA/ **(IT)** LA PERSONA INTERESSATA POSSIEDE LA CAPACITÀ DI SOTTOSCRIVERE UN'UNIONE REGISTRATA A NORMA DEL DIRITTO NAZIONALE DELLO STATO MEMBRO CHE RILASCIA IL DOCUMENTO PUBBLICO/ **(LV)** ATTIECĪGĀ PERSONA SPĒJ STĀTIES REĢISTRĒTĀS PARTNERATTIECĪBĀS SASKAŅĀ AR TĀS DALĪBVALSTS TIESĪBU AKTIEM, KURĀ PUBLISKAIS DOKUMENTS IR IZDOTS/ **(LT)** ATITINKAMAS ASMUO YRA VEIKSNUS SUDARYTI REGISTRUOTĄ PARTNERYSTĘ PAGAL VALSTYBĖS NARĖS, KURIOJE VIEŠASIS DOKUMENTAS IŠDUODAMAS, NACIONALINĘ TEISĘ/ **(HU)** AZ ÉRINTETT SZEMÉLY A KÖZOKIRAT KIÁLLÍTÁSÁNAK HELYE SZERINTI TAGÁLLAM NEMZETI JOGA SZERINT BEJEGYZETT ÉLETTÁRSI KAPCSOLATOT LÉTESÍTHET/ **(MT)** IL-PERSUNA KKONĊERNATA GĦANDHA L-KAPAĊITÀ LI TIDĦOL FI SĦUBIJA REĠISTRATA TAĦT IL-LIĠI NAZZJONALI TAL-ISTAT MEMBRU FEJN INĦAREĠ ID-DOKUMENT PUBBLIKU/ **(NL)** HEEFT DE BETROKKENE DE BEKWAAMHEID OM EEN GEREGISTREERD PARTNERSCHAP AAN TE GAAN OP GROND VAN HET NATIONALE RECHT VAN DE LIDSTAAT WAAR HET OPENBAAR DOCUMENT WORDT AFGEGEVEN/ **(PL)** OSOBA, KTÓREJ DOTYCZY DOKUMENT, POSIADA ZDOLNOŚĆ DO ZAWARCIA ZAREJESTROWANEGO ZWIĄZKU PARTNERSKIEGO NA MOCY PRAWA KRAJOWEGO PAŃSTWA CZŁONKOWSKIEGO, W KTÓRYM TEN DOKUMENT URZĘDOWY ZOSTAŁ WYDANY/ **(PT)** A PESSOA EM CAUSA POSSUI A CAPACIDADE DE ESTABELECER UMA PARCERIA REGISTADA NOS TERMOS DO DIREITO NACIONAL DO ESTADO-MEMBRO EM QUE O DOCUMENTO PÚBLICO FOI EMITIDO/ **(RO)** PERSOANA VIZATĂ ARE CAPACITATEA DE A ÎNCHEIA UN PARTENERIAT ÎNREGISTRAT ÎN CONFORMITATE CU DREPTUL INTERN AL STATULUI MEMBRU ÎN CARE ESTE EMIS DOCUMENTUL OFICIAL/ **(SK)** DOTKNUTÁ OSOBA JE SPÔSOBILÁ UZAVRIEŤ REGISTROVANÉ PARTNERSTVO PODĽA VNÚTROŠTÁTNEHO PRÁVA ČLENSKÉHO ŠTÁTU, V KTOROM JE VEREJNÁ LISTINA VYDANÁ/ **(SL)** JE ZADEVNA OSEBA SPOSOBNA ZA REGISTRACIJO PARTNERSKE SKUPNOSTI V SKLADU Z NACIONALNIM PRAVOM DRŽAVE ČLANICE, V KATERI JE IZDANA JAVNA LISTINA/ **(FI)** ASIANOMAISELLA HENKILÖLLÄ ON KELPOISUUS REKISTERÖIDÄ PARISUHDE SEN JÄSENVALTION KANSALLISEN LAINSÄÄDÄNNÖN MUKAAN, JOSSA YLEINEN ASIAKIRJA ON ANNETTU/ **(SV)** HAR DEN BERÖRDA PERSONEN BEHÖRIGHET ATT INGÅ REGISTRERAT PARTNERSKAP ENLIGT DEN NATIONELLA LAGSTIFTNINGEN I DEN MEDLEMSSTAT DÄR DEN OFFICIELLA HANDLINGEN UTFÄRDADES |

| 5.2 | **(BG)** НЯМА ДАННИ СЪОТВЕТНОТО ЛИЦЕ ДА Е ВСТЪПИЛО В РЕГИСТРИРАНО ПАРТНЬОРСТВО СЪГЛАСНО НАЦИОНАЛНОТО ПРАВО НА ДЪРЖАВАТА ЧЛЕНКА, В КОЯТО Е ИЗДАДЕН ОФИЦИАЛНИЯТ ДОКУМЕНТ/ **(ES)** NO CONSTA EL REGISTRO DE NINGUNA UNIÓN DE HECHO A NOMBRE DEL INTERESADO CON ARREGLO AL DERECHO NACIONAL DEL ESTADO MIEMBRO DE EXPEDICIÓN DEL DOCUMENTO PÚBLICO/ **(CZ)** DOTYČNÁ OSOBA PATRNĚ NEUZAVŘELA POD SVÝM JMÉNEM REGISTROVANÉ PARTNERSTVÍ PODLE VNITROSTÁTNÍHO PRÁVA ČLENSKÉHO STÁTU, V NĚMŽ JE VEŘEJNÁ LISTINA VYDÁNA/ **(DA)** DEN PÅGÆLDENDE PERSON SES IKKE AT HAVE NOGET REGISTRERET PARTNERSKAB OPFØRT UNDER SIT NAVN I HENHOLD TIL NATIONAL RET I DEN MEDLEMSSTAT, HVOR DET OFFENTLIGE DOKUMENT ER UDSTEDT/ **(DE)** BESTEHT KEIN HINWEIS, DASS DIE BETREFFENDE PERSON UNTER IHREM NAMEN EINE EINGETRAGENE PARTNERSCHAFT NACH DEM NATIONALEN RECHT DES MITGLIEDSTAATS, IN DEM DIE ÖFFENTLICHE URKUNDE AUSGESTELLT WURDE, EINGEGANGEN IST/ **(ET)** EI OLE ASJAOMASE ISIKU NIMEL ÜHTEGI AVALIKU DOKUMENDI VÄLJA ANDNUD LIIKMESRIIGI ÕIGUSE KOHAST REGISTREERITUD KOOSELU LEPINGUT/ **(EL)** ΔΕΝ ΦΑΙΝΕΤΑΙ ΝΑ ΥΠΑΡΧΕΙ ΚΑΤΑΧΩΡΙΣΜΕΝΗ ΣΧΕΣΗ ΣΥΜΒΙΩΣΗΣ ΣΤΟ ΟΝΟΜΑ ΤΟΥ ΠΡΟΣΩΠΟΥ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ ΔΥΝΑΜΕΙ ΤΟΥ ΕΘΝΙΚΟΥ ΔΙΚΑΙΟΥ ΤΟΥ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΟΠΟΥ ΕΚΔΟΘΗΚΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ/ **(EN)** THE PERSON CONCERNED APPEARS TO HAVE NO REGISTERED PARTNERSHIP IN HIS OR HER NAME UNDER THE NATIONAL LAW OF THE MEMBER STATE WHERE THE PUBLIC DOCUMENT IS ISSUED/ **(FR)** LA PERSONNE CONCERNÉE NE SEMBLE PAS AVOIR CONCLU DE PARTENARIAT ENREGISTRÉ EN SON NOM EN VERTU DU DROIT NATIONAL DE L'ÉTAT MEMBRE OÙ LE DOCUMENT PUBLIC EST DÉLIVRÉ/ **(GA)** NÍ DHEALRAÍONN SÉ GO BHFUIL IN DUINE LENA mBAINEANN PÁIRTEACH I bPÁIRTNÉIREACHT CHLÁRAITHE FAOI DHLÍ NÁISIÚNTA AN BHALLSTÁIT INA nDÉANTAR AN DOICIMÉAD POIBLÍ A EISIÚINT/ **(HR)** NIJE POZNATO DA JE DOTIČNA OSOBA POD SVOJIM IMENOM SKLOPILA REGISTRIRANO PARTNERSTVO PREMA NACIONALNOM PRAVU DRŽAVE ČLANICE U KOJOJ JE JAVNA ISPRAVA IZDANA/ **(IT)** A NOME DELLA PERSONA INTERESSATA NON RISULTA STIPULATA ALCUNA UNIONE REGISTRATA A NORMA DEL DIRITTO NAZIONALE DELLO STATO MEMBRO CHE RILASCIA IL DOCUMENTO PUBBLICO/ **(LV)** UZ ATTIECĪGĀS PERSONAS VĀRDA NAV NOSLĒGTAS REĢISTRĒTAS PARTNERATTIECĪBAS SASKAŅĀ AR TĀS DALĪBVALSTS TIESĪBU AKTIEM, KURĀ PUBLISKAIS DOKUMENTS IR IZDOTS/ **(LT)** ATITINKAMAS ASMUO SAVO VARDU NĖRA SUDARĘS REGISTRUOTOS PARTNERYSTĖS PAGAL VALSTYBĖS NARĖS, KURIOJE VIEŠASIS DOKUMENTAS IŠDUODAMAS, NACIONALINĘ TEISĘ/ **(HU)** AZ ÉRINTETT SZEMÉLYNEK A KÖZOKIRAT KIÁLLÍTÁSÁNAK HELYE SZERINTI TAGÁLLAM NEMZETI JOGA SZERINT MEGÁLLAPÍTHATÓAN NINCS BEJEGYZETT ÉLETTÁRSI KAPCSOLATA/ **(MT)** IL-PERSUNA KKONĊERNATA TIDHER LI MA GĦANDHIEX SĦUBIJA REĠISTRATA F'ISIMHA TAĦT IL-LIĠI NAZZJONALI TAL-ISTAT MEMBRU FEJN INĦAREĠ ID-DOKUMENT PUBBLIKU/ **(NL)** HEEFT DE BETROKKENE GEEN GEREGISTREERD PARTNERSCHAP IN ZIJN OF HAAR NAAM OP GROND VAN HET NATIONALE RECHT VAN DE LIDSTAAT WAAR HET OPENBAAR DOCUMENT WORDT AFGEGEVEN/ **(PL)** OSOBA, KTÓREJ DOTYCZY DOKUMENT, NIE POZOSTAJE W ZAREJESTROWANYM ZWIĄZKU PARTNERSKIM NA MOCY PRAWA KRAJOWEGO PAŃSTWA CZŁONKOWSKIEGO, W KTÓRYM TEN DOKUMENT URZĘDOWY ZOSTAŁ WYDANY/ **(PT)** NÃO SE AFIGURA EXISTIR PARCERIA REGISTADA EM NOME DA PESSOA EM CAUSA NOS TERMOS DO DIREITO NACIONAL DO ESTADO-MEMBRO EM QUE O DOCUMENTO PÚBLICO FOI EMITIDO/ **(RO)** NU SE CUNOAȘTE NICIUN PARTENERIAT ÎNREGISTRAT ÎNCHEIAT PE NUMELE PERSOANEI VIZATE ÎN CONFORMITATE CU DREPTUL INTERN AL STATULUI MEMBRU ÎN CARE ESTE EMIS DOCUMENTUL OFICIAL/ **(SK)** DOTKNUTÁ OSOBA ZREJME NEUZAVRELA REGISTROVANÉ PARTNERSTVO VO SVOJOM MENE PODĽA VNÚTROŠTÁTNEHO PRÁVA ČLENSKÉHO ŠTÁTU, V KTOROM JE VEREJNÁ LISTINA VYDANÁ/ **(SL)** PO RAZPOLOŽLJIVIH PODATKIH ZADEVNA OSEBA NI V PARTNERSKI SKUPNOSTI, KI BI JO REGISTRIRALA V SVOJEM IMENU IN V SKLADU Z NACIONALNIM PRAVOM DRŽAVE ČLANICE, V KATERI JE IZDANA JAVNA LISTINA/ **(FI)** ASIANOMAISEN HENKILÖN NIMELLE EI OLE MERKITTY REKISTERÖITYÄ PARISUHDETTA SEN JÄSENVALTION KANSALLISEN LAINSÄÄDÄNNÖN MUKAAN, JOSSA YLEINEN ASIAKIRJA ON ANNETTU/ **(SV)** FÖREFALLER DEN BERÖRDA PERSONEN INTE HA INGÅTT REGISTRERAT PARTNERSKAP ENLIGT DEN NATIONELLA LAGSTIFTNINGEN I DEN MEDLEMSSTAT DÄR DEN OFFICIELLA HANDLINGEN UTFÄRDADES |
| 5.3 | **(BG)** НЕ СА ИЗВЕСТНИ ПРЕЧКИ СЪОТВЕТНОТО ЛИЦЕ ДА ВСТЪПИ В РЕГИСТРИРАНО ПАРТНЬОРСТВО СЪГЛАСНО НАЦИОНАЛНОТО ПРАВО НА ДЪРЖАВАТА ЧЛЕНКА, В КОЯТО Е ИЗДАДЕН ОФИЦИАЛНИЯТ ДОКУМЕНТ/ **(ES)** NO HAY CONSTANCIA DE NINGÚN IMPEDIMENTO PARA QUE EL INTERESADO REGISTRE UNA UNIÓN DE HECHO CON ARREGLO AL DERECHO NACIONAL DEL ESTADO MIEMBRO DE EXPEDICIÓN DEL DOCUMENTO PÚBLICO/ **(CZ)** NEEXISTUJE ŽÁDNÁ ZNÁMÁ PŘEKÁŽKA, ABY DOTYČNÁ OSOBA UZAVŘELA REGISTROVANÉ PARTNERSTVÍ PODLE VNITROSTÁTNÍHO PRÁVA ČLENSKÉHO STÁTU, V NĚMŽ JE VEŘEJNÁ LISTINA VYDÁNA/ **(DA)** DER FORELIGGER INGEN KENDTE HINDRINGER FOR, AT DEN PÅGÆLDENDE PERSON KAN INDGÅ REGISTRERET PARTNERSKAB I HENHOLD TIL NATIONAL RET I DEN MEDLEMSSTAT, HVOR DET OFFENTLIGE DOKUMENT ER UDSTEDT/ **(DE)** IST KEIN HINDERNIS BEKANNT, DAS DEM EINGEHEN EINER EINGETRAGENEN PARTNERSCHAFT DURCH DIE BETREFFENDE PERSON NACH DEM NATIONALEN RECHT DES MITGLIEDSTAATS, IN DEM DIE ÖFFENTLICHE URKUNDE AUSGESTELLT WURDE, ENTGEGENSTEHT/ **(ET)** EI OLE TEADA AVALIKU DOKUMENDI VÄLJA ANDNUD LIIKMESRIIGI ÕIGUSE KOHASEID ASJAOLUSID, MIS TAKISTAKSID ASJAOMASEL ISIKUL REGISTREERITUD KOOSELLU ASTUDA/ **(EL)** ΔΕΝ ΕΙΝΑΙ ΓΝΩΣΤΟ ΚΑΝΕΝΑ ΚΩΛΥΜΑ ΓΙΑ ΤΗ ΣΥΝΑΨΗ ΚΑΤΑΧΩΡΙΣΜΕΝΗΣ ΣΧΕΣΗΣ ΣΥΜΒΙΩΣΗΣ ΑΠΟ ΤΟ ΠΡΟΣΩΠΟ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ ΔΥΝΑΜΕΙ ΤΟΥ ΕΘΝΙΚΟΥ ΔΙΚΑΙΟΥ ΤΟΥ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΟΠΟΥ ΕΚΔΟΘΗΚΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ/ **(EN)** THERE IS NO KNOWN IMPEDIMENT FOR THE PERSON CONCERNED TO ENTER INTO A REGISTERED PARTNERSHIP UNDER THE NATIONAL LAW OF THE MEMBER STATE WHERE THE PUBLIC DOCUMENT IS ISSUED/ **(FR)** IL N'EXISTE PAS D'EMPÊCHEMENT CONNU À LA CONCLUSION PAR LA PERSONNE CONCERNÉE D'UN PARTENARIAT ENREGISTRÉ EN VERTU DU DROIT NATIONAL DE L'ÉTAT MEMBRE OÙ LE DOCUMENT PUBLIC EST DÉLIVRÉ/ **(GA)** NÍL AON BHAC AITHEANTA ANN AR AN DUINE LENA mBAINEANN AG DUL I mBUN PÁIRTNÉIREACHT CHLÁRAITHE FAOI DHLÍ NÁISIÚNTA AN BHALLSTÁIT INA nDÉANTAR AN DOICIMÉAD POIBLÍ A EISIÚINT/ **(HR)** NEMA POZNATE ZAPREKE ZBOG KOJE DOTIČNA OSOBA NE BI MOGLA SKLOPITI REGISTRIRANO PARTNERSTVO PREMA PRAVU DRŽAVE ČLANICE U KOJOJ JE JAVNA ISPRAVA IZDANA/ **(IT)** NON SONO NOTI IMPEDIMENTI ALLA SOTTOSCRIZIONE DI UN'UNIONE REGISTRATA DELLA PERSONA INTERESSATA A NORMA DEL DIRITTO NAZIONALE DELLO STATO MEMBRO CHE RILASCIA IL DOCUMENTO PUBBLICO/ **(LV)** NAV ZINĀMI NEKĀDI ŠĶĒRŠĻI ATTIECĪGAJAI PERSONAI |

STĀTIES REĢISTRĒTĀS PARTNERATTIECĪBĀS SASKAŅĀ AR TĀS DALĪBVALSTS TIESĪBU AKTIEM, KURĀ PUBLISKAIS DOKUMENTS IR IZDOTS/ **(LT)** NĖRA ŽINOMŲ KLIŪČIŲ ATITINKAMAM ASMENIUI SUDARYTI REGISTRUOTĄ PARTNERYSTĘ PAGAL VALSTYBĖS NARĖS, KURIOJE VIEŠASIS DOKUMENTAS IŠDUODAMAS, NACIONALINĘ TEISĘ/ **(HU)** NINCS A KÖZOKIRAT KIÁLLÍTÁSÁNAK HELYE SZERINTI TAGÁLLAM NEMZETI JOGA SZERINTI, ISMERT AKADÁLYA ANNAK, HOGY AZ ÉRINTETT SZEMÉLY BEJEGYZETT ÉLETTÁRSI KAPCSOLATOT LÉTESÍTSEN/ **(MT)** MA HEMM L-EBDA IMPEDIMENT MAGĦRUF GĦALL-PERSUNA KKONĊERNATA BIEX TIDĦOL FI SĦUBIJA REĠISTRATA TAĦT IL-LIĠI NAZZJONALI TAL-ISTAT MEMBRU FEJN INĦAREĠ ID-DOKUMENT PUBBLIKU/ **(NL)** IS ER GEEN BELEMMERING VOOR DE BETROKKEN PERSOON OM EEN GEREGISTREERD PARTNERSCHAP AAN TE GAAN OP GROND VAN HET NATIONALE RECHT VAN DE LIDSTAAT WAAR HET OPENBAAR DOCUMENT WORDT AFGEGEVEN/ **(PL)** NIE ISTNIEJĄ ZNANE PRZESZKODY DLA ZAWARCIA PRZEZ OSOBĘ, KTÓREJ DOTYCZY DOKUMENT, ZAREJESTROWANEGO ZWIĄZKU PARTNERSKIEGO NA MOCY PRAWA KRAJOWEGO PAŃSTWA CZŁONKOWSKIEGO, W KTÓRYM TEN DOKUMENT URZĘDOWY ZOSTAŁ WYDANY/ **(PT)** NÃO EXISTE IMPEDIMENTO CONHECIDO A QUE A PESSOA EM CAUSA ESTABELEÇA UMA PARCERIA REGISTADA NOS TERMOS DO DIREITO NACIONAL DO ESTADO-MEMBRO EM QUE O DOCUMENTO PÚBLICO FOI EMITIDO/ **(RO)** NU SE CUNOSC IMPEDIMENTE LA ÎNCHEIEREA PARTENERIATULUI ÎNREGISTRAT ÎN CONFORMITATE CU DREPTUL INTERN AL STATULUI MEMBRU ÎN CARE ESTE EMIS DOCUMENTUL OFICIAL/ **(SK)** NIE JE ZNÁMA PREKÁŽKA PRE UZAVRETIE OSOBOU UZAVRIEŤ REGISTROVANÉ PARTNERSTVO PODĽA VNÚTROŠTÁTNEHO PRÁVA ČLENSKÉHO ŠTÁTU, V KTOROM JE VEREJNÁ LISTINA VYDANÁ/ **(SL)** NI UGOTOVLJENIH ZADRŽKOV, DA ZADEVNA OSEBA NE BI MOGLA REGISTRIRATI PARTNERSKE SKUPNOSTI V SKLADU Z NACIONALNIM PRAVOM DRŽAVE ČLANICE, V KATERI JE IZDANA JAVNA LISTINA/ **(FI)** ASIANOMAISEN HENKILÖN REKISTERÖIDYLLE PARISUHTEELLE EI TIEDETÄ OLEVAN ESTEITÄ SEN JÄSENVALTION KANSALLISEN LAINSÄÄDÄNNÖN MUKAAN, JOSSA YLEINEN ASIAKIRJA ON ANNETTU/ **(SV)** FINNS DET INGA KÄNDA HINDER FÖR DEN BERÖRDA PERSONEN ATT INGÅ REGISTRERAT PARTNERSKAP ENLIGT DEN NATIONELLA LAGSTIFTNINGEN I DEN MEDLEMSSTAT DÄR DEN OFFICIELLA HANDLINGEN UTFÄRDADES

| | |
|---|---|
| 5.4 | **(BG)** НЕ СА ИЗВЕСТНИ ПРЕЧКИ ЗА РЕГИСТРИРАНЕТО НА ПАРТНЬОРСТВО МЕЖДУ СЪОТВЕТНОТО ЛИЦЕ И НЕГОВИЯ БЪДЕЩ ПАРТНЬОР СЪГЛАСНО НАЦИОНАЛНОТО ПРАВО НА ДЪРЖАВАТА ЧЛЕНКА, В КОЯТО Е ИЗДАДЕН ОФИЦИАЛНИЯТ ДОКУМЕНТ/ **(ES)** NO HAY CONSTANCIA DE NINGÚN IMPEDIMENTO PARA EL REGISTRO DE UNA UNIÓN DE HECHO ENTRE EL INTERESADO Y SU FUTURA PAREJA DE HECHO REGISTRADA CON ARREGLO AL DERECHO NACIONAL DEL ESTADO MIEMBRO DE EXPEDICIÓN DEL DOCUMENTO PÚBLICO/ **(CZ)** NEEXISTUJE ŽÁDNÁ ZNÁMÁ PŘEKÁŽKA REGISTROVANÉHO PARTNERSTVÍ MEZI DOTYČNOU OSOBOU A JEJÍM BUDOUCÍM PARTNEREM / JEJÍ BUDOUCÍ PARTNERKOU PODLE VNITROSTÁTNÍHO PRÁVA ČLENSKÉHO STÁTU, V NĚMŽ JE VEŘEJNÁ LISTINA VYDÁNA/ **(DA)** DER FORELIGGER INGEN KENDTE HINDRINGER FOR ET REGISTRERET PARTNERSKAB MELLEM DEN PÅGÆLDENDE PERSON OG DENNES KOMMENDE PARTNER I HENHOLD TIL NATIONAL RET I DEN MEDLEMSSTAT, HVOR DET OFFENTLIGE DOKUMENT ER UDSTEDT/ **(DE)** IST KEIN HINDERNIS BEKANNT, DAS EINER EINGETRAGENEN PARTNERSCHAFT ZWISCHEN DER PERSON UND IHREM KÜNFTIGEN PARTNER NACH DEM NATIONALEN RECHT DES MITGLIEDSTAATS, IN DEM DIE ÖFFENTLICHE URKUNDE AUSGESTELLT WURDE, ENTGEGENSTEHT/ **(ET)** EI OLE TEADA AVALIKU DOKUMENDI VÄLJA ANDNUD LIIKMESRIIGI ÕIGUSE KOHASEID ASJAOLUSID, MIS TAKISTAKSID ASJAOMASE ISIKU JA TEMA TULEVASE REGISTREERITUD ELUKAASLASE KOOSELLU ASTUMIST/ **(EL)** ΔΕΝ ΕΙΝΑΙ ΓΝΩΣΤΟ ΚΑΝΕΝΑ ΚΩΛΥΜΑ ΓΙΑ ΤΗ ΣΥΝΑΨΗ ΚΑΤΑΧΩΡΙΣΜΕΝΗΣ ΣΧΕΣΗΣ ΣΥΜΒΙΩΣΗΣ ΜΕΤΑΞΥ ΤΟΥ ΠΡΟΣΩΠΟΥ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ ΚΑΙ ΤΟΥ ΜΕΛΛΟΝΤΟΣ Ή ΤΗΣ ΜΕΛΛΟΥΣΑΣ ΣΥΝΤΡΟΦΟΥ ΤΟΥ ΔΥΝΑΜΕΙ ΤΟΥ ΕΘΝΙΚΟΥ ΔΙΚΑΙΟΥ ΤΟΥ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΟΠΟΥ ΕΚΔΟΘΗΚΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ/ **(EN)** THERE IS NO KNOWN IMPEDIMENT TO A REGISTERED PARTNERSHIP BETWEEN THE PERSON CONCERNED AND HIS OR HER INTENDED PARTNER UNDER THE NATIONAL LAW OF THE MEMBER STATE WHERE THE PUBLIC DOCUMENT IS ISSUED/ **(FR)** IL N'EXISTE PAS D'EMPÊCHEMENT CONNU À LA CONCLUSION D'UN PARTENARIAT ENREGISTRÉ ENTRE LA PERSONNE CONCERNÉE ET SON FUTUR PARTENAIRE EN VERTU DU DROIT NATIONAL DE L'ÉTAT MEMBRE OÙ LE DOCUMENT PUBLIC EST DÉLIVRÉ/ **(GA)** NÍL AON BHAC AITHEANTA ANN AR PHÁIRTNÉIREACHT CHLÁRAITHE IDIR AN DUINE LENA mBAINEANN AGUS A P(H)ÁIRTNÉIR BEARTAITHE FAOI DHLÍ NÁISIÚNTA AN BHALLSTÁIT INA nDÉANTAR AN DOICIMÉAD POIBLÍ A EISIÚINT/ **(HR)** NEMA POZNATE ZAPREKE ZBOG KOJE DOTIČNA OSOBA I NJEZIN BUDUĆI PARTNER NE BI MOGLI SKLOPITI REGISTRIRANO PARTNERSTVO PREMA NACIONALNOM PRAVU DRŽAVE ČLANICE U KOJOJ JE JAVNA ISPRAVA IZDANA/ **(IT)** NON SONO NOTI IMPEDIMENTI ALLA SOTTOSCRIZIONE DI UN'UNIONE REGISTRATA TRA LA PERSONA INTERESSATA E IL FUTURO PARTNER A NORMA DEL DIRITTO NAZIONALE DELLO STATO MEMBRO CHE RILASCIA IL DOCUMENTO PUBBLICO/ **(LV)** NAV ZINĀMU NEKĀDI ŠĶĒRŠĻI REĢISTRĒTU PARTNERATTIECĪBU NOSLĒGŠANAI STARP ATTIECĪGO PERSONU UN TĀS TOPOŠO PARTNERI SASKAŅĀ AR TĀS DALĪBVALSTS TIESĪBU AKTIEM, KURĀ PUBLISKAIS DOKUMENTS IR IZDOTS/ **(LT)** NĖRA ŽINOMŲ KLIŪČIŲ ATITINKAMO ASMENS IR JO BŪSIMO (-OS) PARTNERIO (-ĖS) REGISTRUOTAI PARTNERYSTEI PAGAL VALSTYBĖS NARĖS, KURIOJE VIEŠASIS DOKUMENTAS IŠDUODAMAS, NACIONALINĘ TEISĘ/ **(HU)** NINCS A KÖZOKIRAT KIÁLLÍTÁSÁNAK HELYE SZERINTI TAGÁLLAM NEMZETI JOGA SZERINTI, ISMERT AKADÁLYA ANNAK, HOGY AZ ÉRINTETT SZEMÉLY ÉS LEENDŐ ÉLETTÁRSA EGYMÁSSAL BEJEGYZETT ÉLETTÁRSI KAPCSOLATOT LÉTESÍTSEN/ **(MT)** MA HEMM L-EBDA IMPEDIMENT MAGĦRUF GĦAL SĦUBIJA REĠISTRATA BEJN IL-PERSUNA KKONĊERNATA U S-SIEĦEB JEW SIEĦBA FUTUR TAĦT IL-LIĠI NAZZJONALI TAL-ISTAT MEMBRU FEJN INĦAREĠ ID-DOKUMENT PUBBLIKU/ **(NL)** IS ER GEEN BELEMMERING VOOR EEN GEREGISTREERD PARTNERSCHAP TUSSEN DE BETROKKENE EN ZIJN OF HAAR BEOOGDE PARTNER OP GROND VAN HET NATIONALE RECHT VAN DE LIDSTAAT WAAR HET OPENBAAR DOCUMENT WORDT AFGEGEVEN/ **(PL)** NIE ISTNIEJĄ ZNANE PRZESZKODY DLA ZAWARCIA ZAREJESTROWANEGO ZWIĄZKU PARTNERSKIEGO PRZEZ OSOBĘ, KTÓREJ DOTYCZY DOKU-MENT, Z OSOBĄ, Z KTÓRĄ ZAMIERZA ONA ZAWRZEĆ TAKI ZWIĄZEK, NA MOCY PRAWA KRAJOWEGO PAŃSTWA |

CZŁONKOWSKIEGO, W KTÓRYM TEN DOKUMENT URZĘDOWY ZOSTAŁ WYDANY/ **(PT)** NÃO EXISTE OPOSIÇÃO CONHECIDA A QUE A PESSOA EM CAUSA ESTABELEÇA COM O(A) FUTURO(A) PARCEIRO(A) UMA PARCERIA REGISTADA NOS TERMOS DO DIREITO NACIONAL DO ESTADO-MEMBRO EM QUE O DOCUMENTO PÚBLICO FOI EMITIDO/ **(RO)** NU SE CUNOAȘTE NICIO OPOZIȚIE LA ÎNCHEIEREA UNUI PARTENERIAT ÎNREGISTRAT ÎNTRE PERSOANA VIZATĂ ȘI VIITORUL PARTENER (VIITOAREA PARTENERĂ) ÎN CONFORMITATE CU DREPTUL INTERN AL STATULUI MEMBRU ÎN CARE ESTE EMIS DOCUMENTUL OFICIAL/ **(SK)** NIE JE ZNÁMA NÁMIETKA VOČI REGISTROVANÉMU PARTNERSTVU MEDZI DOTKNUTOU OSOBOU A JEJ NASTÁVAJÚCIM PARTNEROM PODĽA VNÚTROŠTÁTNEHO PRÁVA ČLENSKÉHO ŠTÁTU, V KTOROM JE VEREJNÁ LISTINA VYDANÁ/ **(SL)** NI UGOTOVLJENEGA NASPROTOVANJA, DA ZADEVNA OSEBA IN NJEN PREDVIDENI PARTNER NE BI MOGLA REGISTRIRATI PARTNERSKE SKUPNOSTI V SKLADU Z NACIONALNIM PRAVOM DRŽAVE ČLANICE, V KATERI JE IZDANA JAVNA LISTINA/ **(FI)** ASIANOMAISEN HENKILÖN JA HÄNEN TULEVAN KUMPPANINSA VÄLISTÄ REKISTERÖITYÄ PARISUHDETTA EI OLE VASTUSTETTU SEN JÄSENVALTION KANSALLISEN LAINSÄÄDÄNNÖN MUKAAN, JOSSA YLEINEN ASIAKIRJA ON ANNETTU/ **(SV)** FINNS DET INGA KÄNDA INVÄNDNINGAR MOT INGÅENDE AV REGISTRERAT PARTNERSKAP MELLAN DEN BERÖRDA PERSONEN OCH HANS ELLER HENNES BLIVANDE PARTNER ENLIGT DEN NATIONELLA LAGSTIFTNINGEN I DEN MEDLEMSSTAT DÄR DEN OFFICIELLA HANDLINGEN UTFÄRDADES

| 6. | **(BG)** ИНФОРМАЦИЯ ЗА БЪДЕЩИЯ ПАРТНЬОР НА СЪОТВЕТНОТО ЛИЦЕ/ **(ES)** INFORMACIÓN SOBRE LA FUTURA PAREJA DE HECHO REGISTRADA DEL INTERESADO/ **(CZ)** INFORMACE O BUDOUCÍM PARTNEROVI / BUDOUCÍ PARTNERCE DOTYČNÉ OSOBY/ **(DA)** OPLYSNINGER OM DEN PÅGÆLDENDE PERSONS KOMMENDE PARTNER/ **(DE)** ANGABEN ZU DEM KÜNFTIGEN PARTNER DER BETREFFENDEN PERSON/ **(ET)** TEAVE ISIKU KOHTA, KELLEGA ASJAOMANE ISIK SOOVIB REGISTREERITUD KOOSELLU ASTUDA/ **(EL)** ΣΤΟΙΧΕΙΑ ΤΟΥ ΜΕΛΛΟΝΤΟΣ Ή ΤΗΣ ΜΕΛΛΟΥΣΑΣ ΣΥΝΤΡΟΦΟΥ ΤΟΥ ΠΡΟΣΩΠΟΥ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ/ **(EN)** INFORMATION ON THE INTENDED PARTNER OF THE PERSON CONCERNED/ **(FR)** INFORMATIONS SUR LE FUTUR PARTENAIRE DE LA PERSONNE CONCERNÉE/ **(GA)** FAISNÉIS MAIDIR LE PÁIRTNÉIR BEARTAITHE AN DUINE LENA mBAINEANN/ **(HR)** INFORMACIJE O BUDUĆEM PARTNERU DOTIČNE OSOBE/ **(IT)** INFORMAZIONI SUL FUTURO PARTNER DELLA PERSONA INTERESSATA/ **(LV)** INFORMĀCIJA PAR ATTIECĪGĀS PERSONAS TOPOŠO PARTNERI/ **(LT)** INFORMACIJA APIE ATITINKAMO ASMENS BŪSIMĄ PARTNERĮ (-Ę)/ **(HU)** AZ ÉRINTETT SZEMÉLY LEENDŐ ÉLETTÁRSÁRA VONATKOZÓ ADATOK/ **(MT)** INFORMAZZJONI DWAR IS-SIEĦEB JEW SIEĦBA FUTUR TAL-PERSUNA KKONĊERNATA/ **(NL)** INFORMATIE OVER DE BEOOGDE PARTNER VAN DE BETROKKENE/ **(PL)** DANE OSOBY, Z KTÓRĄ OSOBA, KTÓREJ DOTYCZY DOKUMENT, ZAMIERZA ZAWRZEĆ ZAREJESTROWANY ZWIĄZEK PARTNERSKI/ **(PT)** INFORMAÇÕES SOBRE O(A) FUTURO(A) PARCEIRO(A)DA PESSOA EM CAUSA/ **(RO)** INFORMAȚII PRIVIND VIITORUL PARTENER (VIITOAREA PARTENERĂ) AL (A) PERSOANEI VIZATE/ **(SK)** INFORMÁCIE O NASTÁVAJÚCOM PARTNEROVI DOTKNUTEJ OSOBY/ **(SL)** INFORMACIJE O PREDVIDENEM PARTNERJU ZADEVNE OSEBE/ **(FI)** TIEDOT ASIANOMAISEN HENKILÖN TULEVASTA KUMPPANISTA/ **(SV)** UPPGIFTER OM DEN BERÖRDA PERSONENS BLIVANDE PARTNER |
| --- | --- |
| 7. | **(BG)** ПОЛЕ ЗА ПОДПИС/ **(ES)** RECUADRO PARA LA FIRMA/ **(CZ)** POLE PRO PODPIS/ **(DA)** UNDERSKRIFTSFELT/ **(DE)** UNTERSCHRIFTENFELD/ **(ET)** ALLKIRJALAHTER/ **(EL)** ΤΕΤΡΑΓΩΝΙΔΙΟ ΥΠΟΓΡΑΦΗΣ/ **(EN)** SIGNATURE BOX/ **(FR)** CADRE POUR LA SIGNATURE/ **(GA)** BOSCA DON SÍNIÚ/ **(HR)** POLJE ZA POTPIS/ **(IT)** RIQUADRO PER LA FIRMA/ **(LV)** PARAKSTA LAUKS/ **(LT)** PARAŠO LAUKELIS/ **(HU)** AZ ALÁÍRÁS SZÖVEGDOBOZA/ **(MT)** KAXXA TAL-IFFIRMAR/ **(NL)** VAK VOOR DE HANDTEKENING/ **(PL)** POLE PODPISU/ **(PT)** ESPAÇO DESTINADO À ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** KOLÓNKA NA PODPIS/ **(SL)** POLJE ZA PODPIS/ **(FI)** ALLEKIRJOITUSKENTTÄ/ **(SV)** RUTA FÖR UNDERTECKNANDE |
| 7.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) И СОБСТВЕНО(И) ИМЕ(НА) НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** APELLIDO(S) Y NOMBRE(S) DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** PŘÍJMENÍ A JMÉNO (JMÉNA) ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** EFTERNAVN(E) OG FORNAVN(E) PÅ DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** FAMILIENNAME(N) UND VORNAME(N) DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU EESNIMI (-NIMED) JA PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΚΑΙ ΟΝΟΜΑ(-ΤΑ) ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** SURNAME(S) AND FORENAME(S) OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** NOM(S) ET PRÉNOM(S) DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** SLOINNE (SLOINNTE) AGUS CÉADAINM (CÉADAINMNEACHA) AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** PREZIME(NA) I IME(NA) SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** COGNOME/I E NOME/I DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, UZVĀRDS(-I) UN VĀRDS(-I)/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAVARDĖ (-ĖS) IR VARDAS (-AI)/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ CSALÁDI NEVE(I) ÉS UTÓNEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET) U ISEM(/ISMIJIET) TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** NA(A)M(EN) EN VOORNA(A)M(EN) VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** NAZWISKO(-A) I IMIĘ (IMIONA) URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** APELIDO(S) E NOME(S) PRÓPRIO(S) DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** NUMELE ȘI PRENUMELE FUNCȚIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** PRIEZVISKO(-Á) A MENO(-Á) ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** PRIIMEK/PRIIMKI IN IME/IMENA URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN SUKUNIMI (-NIMET) JA ETUNIMI (-NIMET)/ **(SV)** EFTERNAMN OCH FÖRNAMN PÅ DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |

| 7.2 | **(BG)** ДЛЪЖНОСТ НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** CARGO DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** FUNKCE ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** STILLING — DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** STELLUNG DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU AMETIKOHT/ **(EL)** ΘΕΣΗ ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** POSITION OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** POSTE DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** POST AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** FUNKCIJA SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** POSIZIONE DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, AMATS/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAREIGOS/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ BEOSZTÁSA/ **(MT)** KARIGA TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** FUNCTIE VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** STANOWISKO URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** CARGO DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** POZIŢIA FUNCŢIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** FUNKCIA ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** POLOŽAJ URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN ASEMA/ **(SV)** BEFATTNING FÖR DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
| 7.3 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
| 7.4 | **(BG)** ПОДПИС/ **(ES)** FIRMA/ **(CZ)** PODPIS/ **(DA)** UNDERSKRIFT/ **(DE)** UNTERSCHRIFT/ **(ET)** ALLKIRI/ **(EL)** ΥΠΟΓΡΑΦΗ/ **(EN)** SIGNATURE/ **(FR)** SIGNATURE/ **(GA)** SÍNIÚ/ **(HR)** POTPIS/ **(IT)** FIRMA/ **(LV)** PARAKSTS/ **(LT)** PARAŠAS/ **(HU)** ALÁÍRÁS/ **(MT)** FIRMA/ **(NL)** HANDTEKENING/ **(PL)** PODPIS/ **(PT)** ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** PODPIS/ **(SL)** PODPIS/ **(FI)** ALLEKIRJOITUS/ **(SV)** NAMNTECKNING |
| 7.5 | **(BG)** ПЕЧАТ ИЛИ ЩЕМПЕЛ/ **(ES)** SELLO O TIMBRE/ **(CZ)** PEČEŤ NEBO RAZÍTKO/ **(DA)** SEGL ELLER STEMPEL/ **(DE)** SIEGEL ODER STEMPEL/ **(ET)** PITSER VÕI TEMPEL/ **(EL)** ΣΦΡΑΓΙΔΑ/ **(EN)** SEAL OR STAMP/ **(FR)** SCEAU OU TIMBRE/ **(GA)** SÉALA NÓ STAMPA/ **(HR)** ŽIG ILI PEČAT/ **(IT)** BOLLO O TIMBRO/ **(LV)** ZĪMOGS VAI SPIEDOGS/ **(LT)** SPAUDAS ARBA ANTSPAUDAS/ **(HU)** PECSÉT VAGY BÉLYEGZŐLENYOMAT/ **(MT)** SIĠILL JEW TIMBRU/ **(NL)** ZEGEL OF STEMPEL/ **(PL)** PIECZĘĆ LUB STEMPEL/ **(PT)** SELO OU CARIMBO/ **(RO)** SIGILIUL SAU ŞTAMPILA/ **(SK)** PEČAŤ ALEBO ODTLAČOK PEČIATKY/ **(SL)** PEČAT ALI ŽIG/ **(FI)** SINETTI TAI LEIMA/ **(SV)** SIGILL ELLER STÄMPEL |

*ANNEX IX*

| | |
|---|---|
| **REGISTERED PARTNERSHIP STATUS**<br><br>**MULTILINGUAL STANDARD FORM — TRANSLATION AID**<br><br>Article 7 of Regulation (EU) 2016/1191 of the European Parliament and of the Council of 6 July 2016 on promoting the free movement of citizens by simplifying the requirements for presenting certain public documents in the European Union and amending Regulation (EU) No 1024/2012 (¹) | ☐ Belgium (BE) ☐ Bulgaria (BG)<br>☐ Czech Republic (CZ)<br>☐ Denmark (DK) ☐ Germany (DE)<br>☐ Estonia (EE) ☐ Ireland (IE)<br>☐ Greece (EL) ☐ Spain (ES)<br>☐ France (FR) ☐ Croatia (HR)<br>☐ Italy (IT) ☐ Cyprus (CY)<br>☐ Latvia (LV) ☐ Lithuania (LT)<br>☐ Luxembourg (LU)<br>☐ Hungary (HU) ☐ Malta (MT)<br>☐ Netherlands (NL) ☐ Austria (AT)<br>☐ Poland (PL) ☐ Portugal (PT)<br>☐ Romania (RO) ☐ Slovenia (SI)<br>☐ Slovakia (SK) ☐ Finland (FI)<br>☐ Sweden (SE) ☐ United Kingdom (UK) |

---

**IMPORTANT NOTICE**

The sole purpose of this multilingual standard form is to facilitate the translation of the public document to which it is attached. This form shall not be circulated as an autonomous document between Member States.

This form reflects the content of the public document to which it is attached. However, the authority to which the public document is presented may require, when necessary for the purpose of processing the public document, a translation or transliteration of the information included in the form.

---

**NOTE FOR THE ISSUING AUTHORITY**

Mention only information which is given in the public document to which this form is attached (²).

If the public document to which this form is attached does not contain certain data or information, indicate '—'.

---

1.   AUTHORITY ISSUING THIS FORM

1.1  Designation (³) ....................................................................................................................................

---

2.   AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

1.1  Designation (⁴) ....................................................................................................................................

---

3.   INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

3.1  ☐ Document emanating from an authority or an official connected with the courts or tribunals of a Member State

    3.1.1  ☐ Court decision

    3.1.2  ☐ Document emanating from a public prosecutor

    3.1.3  ☐ Document emanating from a clerk of a court

    3.1.4  ☐ Document emanating from a judicial officer ('huissier de justice')

    3.1.5  ☐ Other (to be specified) ................................................................................................

---

(¹)  OJ L 200, 26.7.2016, p. 1.
(²)  If completing by hand, please use capital letters.
(³)  The term 'designation' should be interpreted as referring to the official designation of the authority issuing the form.
(⁴)  The term 'designation' should be interpreted as referring to the official designation of the authority issuing the public document to which this form is attached.

EN    Official Journal of the European Union

| | | |
|---|---|---|
| 3.2 | ☐ Administrative document | |
| | 3.2.1 | ☐ Certificate |
| | 3.2.2 | ☐ Extract from the Civil Status Register |
| | 3.2.3 | ☐ Extract from the Population Register |
| | 3.2.4 | ☐ Verbatim copy of civil status records |
| | 3.1.5 | ☐ Other (to be specified) ...................................................................................... |
| 3.3 | ☐ Notarial act | |
| 3.4 | ☐ Official certificate placed on a document signed by a person in his or her private capacity | |
| 3.5 | ☐ Document drawn up by a diplomatic or consular agent of a Member State in his or her official capacity | |
| 3.6 | Date (dd/mm/yyyy) of issue ................................................................................................ | |
| 3.7 | Reference number of the public document ......................................................................... | |

| | |
|---|---|
| 4. | INFORMATION ON THE PERSON CONCERNED |
| 4.1 | Surname(s) at birth ..................................................................................................... |
| 4.2 | Current surname(s) ..................................................................................................... |
| 4.3 | Surname(s) before the act .......................................................................................... |
| 4.4 | Surname(s) following the act ...................................................................................... |
| 4.5 | Forename(s) ................................................................................................................ |
| 4.6 | Date (dd/mm/yyyy) of birth ........................................................................................ |
| 4.7 | Place (¹) and country (²) of birth ................................................................................. |
| 4.8 | Sex ............................................................................................................................. |
| | 4.8.1 ☐ Female |
| | 4.8.2 ☐ Male |
| | 4.8.3 ☐ Undetermined |
| 4.9 | Nationality ................................................................................................................. |

| | |
|---|---|
| 5. | ACCORDING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED, THE PERSON CONCERNED HAS THE FOLLOWING REGISTERED PARTNERSHIP STATUS: |
| 5.1 | ☐ Registered partner/Date (dd/mm/yyyy) of registration of the partnership ......................... |
| 5.2 | ☐ Not in a registered partnership ................................................................................... |
| | 5.2.1 ☐ Never in a registered partnership ................................................................. |
| | 5.2.2 ☐ Dissolved registered partnership/Date (dd/mm/yyyy) of dissolution of the partnership .......................... |
| | ........................................................................................... |
| | 5.2.3 ☐ Surviving partner/Date (dd/mm/yyyy) of partner's death ................................ |
| 5.3 | ☐ Undetermined |

| | |
|---|---|
| 6. | SIGNATURE BOX |
| 6.1 | Surname(s) and forenames of the official who issued this form |
| | ................................................................................................................. |
| 6.2 | Position of the official who issued this form ................................................................... |
| 6.3 | Date (dd/mm/yyyy) of issue ........................................................................................ |
| 6.4 | Signature |
| 6.5 | Seal or stamp ............................................................................................................ |

(¹)  The term 'place of birth' refers to the name of the city, town, village, or hamlet and province in which the person was born.
(²)  The name of the country and, where it exists, the ISO code of that country or the option 'Other (to be specified)' should be chosen from the drop-down list in the model multilingual standard form available in the European e-Justice Portal.

26.7.2016   EN   Official Journal of the European Union   L 200/107

**MULTILINGUAL GLOSSARY OF THE STANDARD ENTRY HEADINGS**

**(REGISTERED PARTNERSHIP STATUS)**

| | |
|---|---|
| 1. | **(BG)** ОРГАН, ИЗДАВАЩ НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ TENTO FORMULÁŘ/ **(DA)** DENNE FORMULARS UDSTEDENDE MYNDIGHED/ **(DE)** BEHÖRDE, DIE DIESES FORMULAR AUSSTELLT/ **(ET)** KÄESOLEVA VORMI VÄLJA ANDNUD ASUTUS/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΠΑΡΟΝΤΟΣ ΕΝΤΥΠΟΥ/ **(EN)** AUTHORITY ISSUING THIS FORM/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN FHOIRM SEO/ **(HR)** TIJELO KOJE IZDAJE OVAJ OBRAZAC/ **(IT)** AUTORITÀ CHE RILASCIA IL PRESENTE MODULO/ **(LV)** VEIDLAPAS IZDEVĒJIESTĀDE/ **(LT)** ŠIĄ FORMĄ IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TA' DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN DIT FORMULIER/ **(PL)** ORGAN WYDAJĄCY NINIEJSZY FORMULARZ/ **(PT)** AUTORIDADE QUE EMITE O PRESENTE FORMULÁRIO/ **(RO)** AUTORITATEA EMITENTĂ A PREZENTULUI FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI TENTO FORMULÁR/ **(SL)** ORGAN, KI IZDA TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTAVA VIRANOMAINEN/ **(SV)** MYNDIGHET SOM UTFÄRDAR FORMULÄRET |
| 1.1 | **(BG)** НАИМЕНОВАНИЕ/ **(ES)** DENOMINACIÓN/ **(CZ)** NÁZEV/ **(DA)** BETEGNELSE/ **(DE)** BEZEICHNUNG/ **(ET)** NIMETUS/ **(EL)** ΟΝΟΜΑΣΙΑ/ **(EN)** DESIGNATION/ **(FR)** DÉNOMINATION/ **(GA)** AINMNIÚ/ **(HR)** NAZIV/ **(IT)** DENOMINAZIONE/ **(LV)** NOSAUKUMS/ **(LT)** PAVADINIMAS/ **(HU)** MEGNEVEZÉS/ **(MT)** TITLU/ **(NL)** BENAMING/ **(PL)** NAZWA/ **(PT)** DESIGNAÇÃO/ **(RO)** DENUMIRE/ **(SK)** NÁZOV/ **(SL)** IME/ **(FI)** NIMI/ **(SV)** NAMN |
| 2. | **(BG)** ОРГАН, ИЗДАВАЩ ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ VEŘEJNOU LISTINU, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** DEN MYNDIGHED, DER HAR UDSTEDT DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** BEHÖRDE, DIE DIE ÖFFENTLICHE URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST, AUSSTELLT/ **(ET)** ASUTUS, KES ANDIS VÄLJA AVALIKU DOKUMENDI, MILLELE SEE VORM ON LISATUD/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** TIJELO KOJE IZDAJE JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** AUTORITÀ CHE RILASCIA IL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** PUBLISKĀ DOKUMENTA, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA, IZDEVĒJIESTĀDE/ **(LT)** VIEŠĄJĮ DOKUMENTĄ, PRIE KURIO PRIDEDAMA ŠI FORMA, IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATOT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TAD-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** ORGAN WYDAJĄCY DOKUMENT URZĘDOWY, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** AUTORIDADE QUE EMITE O DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** AUTORITATEA EMITENTĂ A DOCUMENTULUI OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI VEREJNÚ LISTINU, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** ORGAN, KI IZDA JAVNO LISTINO, KI JE PRILOŽEN TA OBRAZEC/ **(FI)** VIRANOMAINEN, JOKA ON ANTANUT YLEISEN ASIAKIRJAN, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** MYNDIGHET SOM UTFÄRDAR DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |
| 3. | **(BG)** ИНФОРМАЦИЯ ОТНОСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** INFORMACIÓN RELATIVA AL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** INFORMACE TÝKAJÍCÍ SE VEŘEJNÉ LISTINY, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** OPLYSNINGER VEDRØRENDE DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** ANGABEN ZUR ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST/ **(ET)** TEAVE AVALIKU DOKUMENDI KOHTA, MILLELE SEE VORM ON LISATUD/ **(EL)** ΠΛΗΡΟΦΟΡΙΕΣ ΣΧΕΤΙΚΑ ΜΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** INFORMATIONS RELATIVES AU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** FAISNÉIS A BHAINEANN LEIS AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** INFORMACIJE KOJE SE ODNOSE NA JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** INFORMAZIONI RELATIVE AL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** INFORMĀCIJA PAR PUBLISKO DOKUMENTU, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA/ **(LT)** INFORMACIJA, SUSIJUSI SU VIEŠUOJU DOKUMENTU, PRIE KURIO PRIDEDAMA ŠI FORMA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATRA VONATKOZÓ INFORMÁCIÓK/ **(MT)** INFORMAZZJONI DWAR ID-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** INFORMATIE BETREFFENDE HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** INFORMACJE DOTYCZĄCE DOKUMENTU URZĘDOWEGO, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** INFORMAÇÕES RELATIVAS AO DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** INFORMAȚII REFERITOARE LA DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** INFORMÁCIE O VEREJNEJ LISTINE, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** INFORMACIJE V ZVEZI Z JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** TIEDOT YLEISESTÄ ASIAKIRJASTA, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** INFORMATION OM DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |

3.1 **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ОРГАН ИЛИ ДЛЪЖНОСТНО ЛИЦЕ, СВЪРЗАН/О СЪС СЪДИЛИЩАТА ИЛИ ПРАВОРАЗДАВАТЕЛНИТЕ ОРГАНИ НА ДЪРЖАВА ЧЛЕНКА/ **(ES)** DOCUMENTO EXPEDIDO POR UNA AUTORIDAD O UN FUNCIONARIO VINCULADO A LOS ÓRGANOS JURISDICCIONALES DE UN ESTADO MIEMBRO/ **(CZ)** LISTINA VYDANÁ ORGÁNEM NEBO ÚŘEDNÍKEM S VAZBOU NA SOUDY DANÉHO ČLENSKÉHO STÁTU/ **(DA)** DOKUMENT, DER ER UDSTEDT AF EN MYNDIGHED ELLER EN EMBEDSMAND, DER ER TILKNYTTET DOMSTOLE I EN MEDLEMSSTAT/ **(DE)** URKUNDE EINER BEHÖRDE ODER EINER AMTSPERSON ALS ORGAN DER RECHTSPFLEGE EINES MITGLIEDSTAATS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD LIIKMESRIIGI KOHTUTEGA SEOTUD AMETIASUTUS VÕI AMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΜΙΑ ΑΡΧΗ ᾿Η ΕΝΑΝ/ΜΙΑ ΥΠΑΛΛΗΛΟ ΠΟΥ ΣΥΝΔΕΕΤΑΙ ΜΕ ΤΑ ΔΙΚΑΣΤΗΡΙΑ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ/ **(EN)** DOCUMENT EMANATING FROM AN AUTHORITY OR AN OFFICIAL CONNECTED WITH THE COURTS OR TRIBUNALS OF A MEMBER STATE/ **(FR)** DOCUMENT ÉMANANT D'UNE AUTORITÉ OU D'UN FONCTIONNAIRE RELEVANT D'UNE JURIDICTION D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD A THAGANN Ó ÚDARÁS NÓ Ó OIFIGEACH A BHFUIL BAINT AIGE NÓ AICI LE CÚIRTEANNA NÓ LE BINSÍ DE CHUID BALLSTÁIT/ **(HR)** ISPRAVA KOJU JE IZDALO TIJELO ILI SLUŽBENIK SUDA DRŽAVE ČLANICE/ **(IT)** DOCUMENTO EMANATO DA UN'AUTORITÀ O DA UN FUNZIONARIO APPARTENENTE AD UNA DELLE GIURISDIZIONI DI UNO STATO MEMBRO/ **(LV)** DOKUMENTS, KURU IZSNIEGUSI AR DALĪBVALSTS TIESĀM SAISTĪTA IESTĀDE VAI AMATPERSONA/ **(LT)** DOKUMENTAS, IŠDUOTAS VALDŽIOS INSTITUCIJOS AR PAREIGŪNO, SUSIJUSIŲ SU VALSTYBĖS NARĖS TEISMAIS AR TRIBUNOLAIS/ **(HU)** TAGÁLLAMI BÍRÓSÁGGAL KAPCSOLATBAN ÁLLÓ HATÓSÁG VAGY TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAHRUĠ MINN AWTORITÀ JEW UFFIĊJAL LI JKOLLHOM RABTA MAL-QRATI JEW IT-TRIBUNALI TA' STAT MEMBRU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN AUTORITEIT OF AMBTENAAR BEHORENDE TOT EEN RECHTERLIJKE INSTANTIE VAN EEN LIDSTAAT/ **(PL)** DOKUMENT POCHODZĄCY OD ORGANU SĄDOWEGO LUB URZĘDNIKA SĄDOWEGO PAŃSTWA CZŁONKOWSKIEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UMA AUTORIDADE OU DE UM FUNCIONÁRIO DEPENDENTE DE QUALQUER JURISDIÇÃO DE UM ESTADO-MEMBRO/ **(RO)** DOCUMENT EMIS DE O AUTORITATE SAU DE UN FUNCŢIONAR DE PE LÂNGĂ INSTANŢELE UNUI STAT MEMBRU/ **(SK)** LISTINA VYDANÁ ORGÁNOM ALEBO ÚRADNÍKOM S VÄZBOU NA SÚDY ČLENSKÉHO ŠTÁTU/ **(SL)** LISTINA, IZDANA S STRANI ORGANA ALI URADNIKA SODNE OBLASTI DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA ON ANTANUT JÄSENVALTION OIKEUSLAITOKSEEN KUULUVA VIRANOMAINEN TAI VIRKAMIES/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN MYNDIGHET ELLER EN TJÄNSTEMAN TILLHÖRANDE DOMSTOLSVÄSENDET I EN MEDLEMSSTAT

3.1.1 **(BG)** СЪДЕБНО РЕШЕНИЕ/ **(ES)** RESOLUCIÓN JUDICIAL/ **(CZ)** ROZHODNUTÍ SOUDU/ **(DA)** DOMSTOLSAFGØRELSE/ **(DE)** GERICHTSENTSCHEIDUNG/ **(ET)** KOHTUOTSUS/ **(EL)** ΔΙΚΑΣΤΙΚΗ ΑΠΟΦΑΣΗ/ **(EN)** COURT DECISION/ **(FR)** DÉCISION DE JUSTICE/ **(GA)** CINNEADH ÓN gCÚIRT/ **(HR)** SUDSKA ODLUKA/ **(IT)** DECISIONE GIURISDIZIONALE/ **(LV)** TIESAS LĒMUMS/ **(LT)** TEISMO SPRENDIMAS/ **(HU)** BÍRÓSÁGI HATÁROZAT/ **(MT)** DEĊIŻJONI TAL-QORTI/ **(NL)** RECHTERLIJKE BESLISSING/ **(PL)** ORZECZENIE SĄDOWE/ **(PT)** DECISÃO JUDICIAL/ **(RO)** HOTĂRÂRE JUDECĂTOREASCĂ/ **(SK)** SÚDNE ROZHODNUTIE/ **(SL)** SODNA ODLOČBA/ **(FI)** TUOMIOISTUIMEN PÄÄTÖS/ **(SV)** DOMSTOLSBESLUT

3.1.2 **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ПРОКУРОР/ **(ES)** DOCUMENTO EXPEDIDO POR EL MINISTERIO FISCAL/ **(CZ)** LISTINA VYDANÁ STÁTNÍM ZÁSTUPCEM/ **(DA)** DOKUMENT UDSTEDT AF EN ANKLAGEMYNDIGHED/ **(DE)** URKUNDE EINER STAATSANWALTSCHAFT/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD RIIKLIK SÜÜDISTAJA/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΕΙΣΑΓΓΕΛΕΑ/ **(EN)** DOCUMENT EMANATING FROM A PUBLIC PROSECUTOR/ **(FR)** DOCUMENT ÉMANANT DU MINISTÈRE PUBLIC/ **(GA)** DOICIMÉAD A THAGANN Ó IONCHÚISITHEOIR POIBLÍ/ **(HR)** ISPRAVA KOJU JE IZDALO DRŽAVNO ODVJETNIŠTVO/ **(IT)** DOCUMENTO EMANATO DAL PUBBLICO MINISTERO/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS PROKURORS/ **(LT)** PROKURORO IŠDUOTAS DOKUMENTAS/ **(HU)** ÜGYÉSZ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAHRUĠ MINN PROSEKUTUR PUBBLIKU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN OPENBAAR MINISTERIE/ **(PL)** DOKUMENT POCHODZĄCY OD PROKURATORA/ **(PT)** DOCUMENTO PROVENIENTE DO MINISTÉRIO PÚBLICO/ **(RO)** DOCUMENT EMIS DE UN PROCUROR/ **(SK)** LISTINA VYDANÁ PROKURÁTOROM/ **(SL)** LISTINA, KI JO IZDA DRŽAVNO TOŽILSTVO/ **(FI)** VIRALLISEN SYYTTÄJÄN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN ÅKLAGARVÄSENDET

3.1.3 **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН СЛУЖИТЕЛ/ **(ES)** DOCUMENTO EXPEDIDO POR UN SECRETARIO JUDICIAL/ **(CZ)** LISTINA VYDANÁ VYŠŠÍM SOUDNÍM ÚŘEDNÍKEM/ **(DA)** DOKUMENT UDSTEDT AF EN JUSTITSSEKRETÆR/ **(DE)** URKUNDE EINES URKUNDSBEAMTEN DER GESCHÄFTSSTELLE EINES GERICHTS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUAMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΓΡΑΜΜΑΤΕΑ ΔΙΚΑΣΤΗΡΙΟΥ/ **(EN)** DOCUMENT EMANATING FROM A CLERK OF A COURT/ **(FR)** DOCUMENT ÉMANANT D'UN GREFFIER/ **(GA)** DOICIMÉAD A THAGANN Ó CHLÉIREACH DE CHUID CÚIRTE/ **(HR)** ISPRAVA KOJU JE IZDAO UPRAVITELJ SUDSKE PISARNICE/ **(IT)** DOCUMENTO EMANATO DA UN CANCELLIERE/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS SEKRETĀRS/ **(LT)** TEISMO TARNAUTOJO IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAHRUĠ MINN REĠISTRATUR TA' QORTI/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GRIFFIER/ **(PL)** DOKUMENT POCHODZĄCY OD SEKRETARZA SĄDOWEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UM OFICIAL DE JUSTIÇA/ **(RO)** DOCUMENT EMIS DE UN GREFIER AL INSTANŢEI/ **(SK)** LISTINA VYDANÁ SÚDNYM ÚRADNÍKOM/ **(SL)** LISTINA, KI JO IZDA SODNI USLUŽBENEC/ **(FI)** TUOMIOISTUIMEN SIHTEERIN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN DOMSTOLSTJÄNSTEMAN

| | |
|---|---|
| 3.1.4 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН ИЗПЪЛНИТЕЛ („HUISSIER DE JUSTICE")/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE JUDICIAL («HUISSIER DE JUSTICE»)/ **(CZ)** LISTINA VYDANÁ SOUDNÍM VYKONAVATELEM („HUISSIER DE JUSTICE")/ **(DA)** DOKUMENT UDSTEDT AF EN STÆVNINGSMAND (»HUISSIER DE JUSTICE«)/ **(DE)** URKUNDE EINES GERICHTSVOLLZIEHERS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUTÄITUR/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΔΙΚΑΣΤΙΚΟ(-Η) ΕΠΙΜΕΛΗΤΗ(-ΡΙΑ) («HUISSIER DE JUSTICE»)/ **(EN)** DOCUMENT EMANATING FROM A JUDICIAL OFFICER ('HUISSIER DE JUSTICE')/ **(FR)** DOCUMENT ÉMANANT D'UN HUISSIER DE JUSTICE/ **(GA)** DOICIMÉAD A THAGANN Ó OIFIGEACH BREITHIÚNACH ("HUISSIER DE JUSTICE")/ **(HR)** ISPRAVA KOJU JE IZDAO SUDSKI OVRŠITELJ (HUISSIER DE JUSTICE)/ **(IT)** DOCUMENTO EMANATO DA UN UFFICIALE GIUDIZIARIO ("HUISSIER DE JUSTICE")/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS IZPILDĪTĀJS (HUISSIER DE JUSTICE)/ **(LT)** ANTSTOLIO (HUISSIER DE JUSTICE) IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI VÉGREHAJTÓ („HUISSIER DE JUSTICE") ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN UFFIĊJAL ĠUDIZZJARJU ('HUISSIER DE JUSTICE')/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GERECHTSDEURWAARDER/ **(PL)** DOKUMENT POCHODZĄCY OD URZĘDNIKA SĄDOWEGO (HUISSIER DE JUSTICE)/ **(PT)** DOCUMENTO PROVENIENTE DE UM ESCRIVÃO DE DIREITO («HUISSIER DE JUSTICE»)/ **(RO)** DOCUMENT EMIS DE UN EXECUTOR JUDECĂTORESC („HUISSIER DE JUSTICE")/ **(SK)** LISTINA VYDANÁ SÚDNYM VYKONÁVATEĽOM („HUISSIER DE JUSTICE")/ **(SL)** LISTINA, KI JO IZDA SODNI IZVRŠITELJ („HUISSIER DE JUSTICE")/ **(FI)** HAASTEMIEHEN ("HUISSIER DE JUSTICE") ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN STÄMNINGSMAN (HUISSIER DE JUSTICE) |
| 3.1.5 | **(BG)** ДРУГИ (ДА СЕ ПОСОЧАТ)/ **(ES)** OTRO (ESPECIFÍQUESE)/ **(CZ)** JINÉ (UPŘESNĚTE)/ **(DA)** ANDRE (ANGIVES)/ **(DE)** SONSTIGES (BITTE ANGEBEN)/ **(ET)** MUU (TÄPSUSTAGE)/ **(EL)** ΑΛΛΟ (ΔΙΕΥΚΡΙΝΙΣΤΕ)/ **(EN)** OTHER (TO BE SPECIFIED)/ **(FR)** AUTRE (À PRÉCISER)/ **(GA)** EILE (LE SONRÚ)/ **(HR)** OSTALO (NAVESTI)/ **(IT)** ALTRO (PRECISARE)/ **(LV)** CITS (PRECIZĒT)/ **(LT)** KITA (NURODYTI)/ **(HU)** EGYÉB (KÉRJÜK PONTOSÍTANI)/ **(MT)** OĦRAJN (IPPREĊIŻA)/ **(NL)** OVERIGE (SPECIFICEREN)/ **(PL)** INNY (PROSZĘ OKREŚLIĆ)/ **(PT)** OUTROS (A ESPECIFICAR)/ **(RO)** ALTUL (A SE PRECIZA)/ **(SK)** INÉ (SPRESNIŤ)/ **(SL)** DRUGO (NAVESTI)/ **(FI)** MUU ASIAKIRJA (TÄSMENNETTÄVÄ)/ **(SV)** ANNAN HANDLING (SPECIFICERAS) |
| 3.2 | **(BG)** АДМИНИСТРАТИВЕН ДОКУМЕНТ/ **(ES)** DOCUMENTO ADMINISTRATIVO/ **(CZ)** LISTINA VYDANÁ SPRÁVNÍM ÚŘADEM/ **(DA)** ADMINISTRATIVT DOKUMENT/ **(DE)** URKUNDE EINER VERWALTUNGSBEHÖRDE/ **(ET)** HALDUSDOKUMENT/ **(EL)** ΔΙΟΙΚΗΤΙΚΟ ΕΓΓΡΑΦΟ/ **(EN)** ADMINISTRATIVE DOCUMENT/ **(FR)** DOCUMENT ADMINISTRATIF/ **(GA)** DOICIMÉAD RIARACHÁIN/ **(HR)** UPRAVNA ISPRAVA/ **(IT)** DOCUMENTO AMMINISTRATIVO/ **(LV)** ADMINISTRATĪVS DOKUMENTS/ **(LT)** ADMINISTRACINIS DOKUMENTAS/ **(HU)** KÖZIGAZGATÁSI OKIRAT/ **(MT)** DOKUMENT AMMINISTRATTIV/ **(NL)** ADMINISTRATIEF DOCUMENT/ **(PL)** DOKUMENT ADMINISTRACYJNY/ **(PT)** DOCUMENTO ADMINISTRATIVO/ **(RO)** DOCUMENT ADMINISTRATIV/ **(SK)** SPRÁVNA LISTINA/ **(SL)** UPRAVNA LISTINA/ **(FI)** HALLINNOLLINEN ASIAKIRJA/ **(SV)** ADMINISTRATIV HANDLING |
| 3.2.1 | **(BG)** УДОСТОВЕРЕНИЕ/ **(ES)** CERTIFICADO/ **(CZ)** OSVĚDČENÍ/ **(DA)** PÅTEGNING/ **(DE)** BESCHEINIGUNG/ **(ET)** TÕEND/ **(EL)** ΠΙΣΤΟΠΟΙΗΤΙΚΟ/ **(EN)** CERTIFICATE/ **(FR)** CERTIFICAT/ **(GA)** DEIMHNIÚ/ **(HR)** POTVRDA/ **(IT)** CERTIFICATO/ **(LV)** APLIECINĀJUMS/ **(LT)** PAŽYMA, LIUDIJIMAS/ **(HU)** TANÚSÍTVÁNY/BIZONYÍTVÁNY/ **(MT)** ĊERTIFIKAT/ **(NL)** CERTIFICAAT/ **(PL)** ZAŚWIADCZENIE/ **(PT)** CERTIDÃO OU CERTIFICADO/ **(RO)** CERTIFICAT/ **(SK)** OSVEDČENIE/ **(SL)** POTRDILO/ **(FI)** TODISTUS/ **(SV)** INTYG |
| 3.2.2 | **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА ЗА ГРАЖДАНСКОТО СЪСТОЯНИЕ/ **(ES)** EXTRACTO DEL REGISTRO CIVIL/ **(CZ)** VÝPIS Z MATRIKY/ **(DA)** UDDRAG FRA CIVILSTANDSREGISTRET/ **(DE)** AUSZUG AUS DEM PERSONENSTANDSREGISTER/ **(ET)** PEREKONNASEISUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΛΗΞΙΑΡΧΙΚΟΥ ΜΗΤΡΩΟΥ/ **(EN)** EXTRACT FROM THE CIVIL STATUS REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE L'ÉTAT CIVIL/ **(GA)** SLIOCHT AS AN gCLÁR STÁDAIS SHIBHIALTA/ **(HR)** IZVADAK IZ REGISTRA OSOBNOG STANJA/ **(IT)** ESTRATTO DI ATTO DI STATO CIVILE/ **(LV)** IZRAKSTS NO CIVILSTĀVOKĻA AKTU REĢISTRA/ **(LT)** IŠRAŠAS IŠ CIVILINĖS BŪKLĖS AKTŲ REGISTRO/ **(HU)** ANYAKÖNYVI KIVONAT/ **(MT)** ESTRATT MIR-REĠISTRU TAL-ISTAT ĊIVILI/ **(NL)** UITTREKSEL UIT HET REGISTER VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS SKRÓCONY AKTU STANU CYWILNEGO/ **(PT)** EXTRATO DE ATOS DO REGISTO CIVIL/ **(RO)** EXTRAS DIN REGISTRUL DE STARE CIVILĂ/ **(SK)** VÝPIS Z REGISTRA OSOBNÉHO STAVU/ **(SL)** IZPISEK IZ REGISTRA O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERIOTE (SIVIILISÄÄTY)/ **(SV)** UTDRAG UR FOLKBOKFÖRINGEN |
| 3.2.3 | **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА НА НАСЕЛЕНИЕТО/ **(ES)** EXTRACTO DEL CENSO/ **(CZ)** VÝPIS Z REGISTRU OBYVATEL/ **(DA)** UDDRAG FRA FOLKEREGISTRET/ **(DE)** AUSZUG AUS DEM MELDEREGISTER/ **(ET)** RAHVASTIKUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΔΗΜΟΤΟΛΟΓΙΟΥ/ **(EN)** EXTRACT FROM THE POPULATION REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE LA POPULATION/ **(GA)** SLIOCHT AS AN gCLÁR DAONRA/ **(HR)** IZVADAK IZ POPISA STANOVNIŠTVA/ **(IT)** ESTRATTO ANAGRAFICO/ **(LV)** IZRAKSTS NO IEDZĪVOTĀJU REĢISTRA/ **(LT)** IŠRAŠAS IŠ GYVENTOJŲ REGISTRO/ **(HU)** KIVONAT A SZEMÉLYIADAT- ÉS LAKCÍMNYILVÁNTARTÁSBÓL/ **(MT)** ESTRATT MIR-REĠISTRU TAL-POPOLAZZJONI/ **(NL)** UITTREKSEL UIT HET BEVOLKINGSREGISTER/ **(PL)** WYCIĄG Z REJESTRU LUDNOŚCI/ **(PT)** EXTRATO DO REGISTO DA POPULAÇÃO/ **(RO)** EXTRAS DIN REGISTRUL DE EVIDENȚĂ A POPULAȚIEI/ **(SK)** VÝPIS Z REGISTRA OBYVATEĽOV/ **(SL)** IZPISEK IZ REGISTRA PREBIVALSTVA/ **(FI)** VÄESTÖREKISTERIOTE/ **(SV)** UTDRAG UR BEFOLKNINGSREGISTER |

| | |
|---|---|
| 3.2.4 | **(BG)** ПЪЛЕН ПРЕПИС ОТ АКТОВЕ ЗА ГРАЖДАНСКО СЪСТОЯНИЕ/ **(ES)** COPIA LITERAL DE ACTAS DEL REGISTRO CIVIL/ **(CZ)** OPIS MATRIČNÍCH ZÁZNAMŮ/ **(DA)** ORDRET KOPI AF CIVILSTANDSREGISTRE/ **(DE)** WÖRTLICHE KOPIE VON PERSONENSTANDSEINTRÄGEN/ **(ET)** PEREKONNASEISUAKTI KOOPIA/ **(EL)** ΠΙΣΤΟ ΑΝΤΙΓΡΑΦΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟΥ ΠΡΟΣΩΠΙΚΗΣ ΚΑΤΑΣΤΑΣΗΣ/ **(EN)** VERBATIM COPY OF CIVIL STATUS RECORDS/ **(FR)** COPIE INTÉGRALE D'ACTES DE L'ÉTAT CIVIL/ **(GA)** CÓIP FOCAL AR FHOCAL DE THAIFID AR STÁDAS SIBHIALTA/ **(HR)** DOSLOVNI PRIJEPIS IZ EVIDENCIJA O OSOBNOM STANJU/ **(IT)** COPIA LETTERALE DI ATTO DI STATO CIVILE/ **(LV)** CIVILSTĀVOKĻA AKTU REGISTRA IERAKSTU AUTENTISKA KOPIJA/ **(LT)** CIVILINĖS BŪKLĖS AKTŲ ĮRAŠŲ PAŽODINĖ KOPIJA/ **(HU)** ANYAKÖNYVI BEJEGYZÉS SZÓ SZERINTI MÁSOLATA/ **(MT)** KOPJA VERBATIM TAL-ATTI TAL-ISTAT ĊIVILI/ **(NL)** EENSLUIDEND AFSCHRIFT VAN AKTEN VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS ZUPEŁNY AKTU STANU CYWILNEGO/ **(PT)** CERTIDÃO DE CÓPIA INTEGRAL OU DE NARRATIVA DE ATOS DE REGISTO CIVIL/ **(RO)** COPIE EXACTĂ A UNUI ACT DE STARE CIVILĂ/ **(SK)** DOSLOVNÝ VÝPIS ZO ZÁPISOV O OSOBNOM STAVE/ **(SL)** DOBESEDNI PREPIS LISTIN O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERITIETOJEN SANATARKKA JÄLJENNÖS/ **(SV)** ORDAGRANN AVSKRIFT AV FOLKBOKFÖRINGSHANDLING |
| 3.3 | **(BG)** НОТАРИАЛЕН АКТ/ **(ES)** ACTA NOTARIAL/ **(CZ)** NOTÁŘSKÁ LISTINA/ **(DA)** NOTARBEKRÆFTET DOKUMENT/ **(DE)** NOTARIELLE URKUNDE/ **(ET)** NOTARIAALDOKUMENT/ **(EL)** ΣΥΜΒΟΛΑΙΟΓΡΑΦΙΚΗ ΠΡΑΞΗ/ **(EN)** NOTARIAL ACT/ **(FR)** ACTE NOTARIÉ/ **(GA)** GNÍOMH NÓTAIREACHTA/ **(HR)** JAVNOBILJEŽNIČKA ISPRAVA/ **(IT)** ATTO NOTARILE/ **(LV)** NOTARIĀLS AKTS/ **(LT)** NOTARINIS AKTAS/ **(HU)** KÖZJEGYZŐI OKIRAT/ **(MT)** ATT NOTARILI/ **(NL)** NOTARIËLE AKTE/ **(PL)** AKT NOTARIALNY/ **(PT)** ATO NOTARIAL/ **(RO)** ACT NOTARIAL/ **(SK)** NOTÁRSKA LISTINA/ **(SL)** NOTARSKA LISTINA/ **(FI)** NOTAARIN ANTAMA ASIAKIRJA/ **(SV)** NOTARIELL HANDLING |
| 3.4 | **(BG)** ОФИЦИАЛНО УДОСТОВЕРЕНИЕ, ПРИЛОЖЕНО КЪМ ДОКУМЕНТ, ПОДПИСАН ОТ ЛИЦЕ В ЛИЧНО КАЧЕСТВО/ **(ES)** CERTIFICACIÓN OFICIAL PUESTA SOBRE UN DOCUMENTO PRIVADO/ **(CZ)** ÚŘEDNÍ OSVĚDČENÍ, KTERÝM BYLA OPATŘENA LISTINA PODEPSANÁ SOUKROMOU OSOBOU/ **(DA)** OFFICIEL PÅTEGNING PÅ ET DOKUMENT UNDERTEGNET AF EN PERSON I DENNES EGENSKAB AF PRIVATPERSON/ **(DE)** AMTLICHE BESCHEINIGUNG AUF EINER PRIVATURKUNDE/ **(ET)** ISIKU POOLT ERAISIKUNA ALLKIRJASTATUD DOKUMENDILE KINNITATAV AMETLIK TÕEND/ **(EL)** ΕΠΙΣΗΜΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟ ΕΝΣΩΜΑΤΩΜΕΝΟ ΣΕ ΕΓΓΡΑΦΟ ΥΠΟΓΕΓΡΑΜΜΕΝΟ ΑΠΟ ΑΤΟΜΟ ΠΟΥ ΕΝΕΡΓΕΙ ΩΣ ΙΔΙΩΤΗΣ/ **(EN)** OFFICIAL CERTIFICATE PLACED ON A DOCUMENT SIGNED BY A PERSON IN HIS OR HER PRIVATE CAPACITY/ **(FR)** DÉCLARATION OFFICIELLE APPOSÉE SUR UN ACTE SOUS SEING PRIVÉ/ **(GA)** DEIMHNIÚ OIFIGIÚIL A CHUIRTEAR AR DHOICIMÉAD ARNA SHÍNIÚ AG DUINE INA CHÁIL NÓ INA CÁIL PHRÍOBHÁIDEACH/ **(HR)** SLUŽBENA POTVRDA STAVLJENA NA ISPRAVU KOJU JE OSOBA POTPISALA U PRIVATNOM SVOJSTVU/ **(IT)** DICHIARAZIONE UFFICIALE APPOSTA SU UNA SCRITTURA PRIVATA/ **(LV)** OFICIĀLS APLIECINĀJUMS UZ DOKUMENTA, KO SAVĀ VĀRDĀ PARAKSTĪJUSI KĀDA PERSONA/ **(LT)** PRIVAČIŲ ASMENŲ PASIRAŠYTŲ DOKUMENTŲ OFICIALŪS PATVIRTINIMAI/ **(HU)** MAGÁNOKIRATON ELHELYEZETT HIVATALOS TANÚSÍTVÁNY/ **(MT)** ĊERTIFIKAT UFFIĊJALI LI JITQIEGĦED F'DOKUMENT IFFIRMAT MINN PERSUNA FIL-KAPAĊITÀ PRIVATA TAGĦHA/ **(NL)** OFFICIEEL CERTIFICAAT OP EEN DOCUMENT ONDERTEKEND DOOR EEN PERSOON IN ZIJN PARTICULIERE HOEDANIGHEID/ **(PL)** URZĘDOWE ZAŚWIADCZENIE UMIESZCZONE NA DOKUMENCIE PODPISANYM PRZEZ OSOBĘ DZIAŁAJĄCĄ W CHARAKTERZE PRYWATNYM/ **(PT)** DECLARAÇÃO OFICIAL INSERTA NUM ATO DE NATUREZA PRIVADA/ **(RO)** CERTIFICAT OFICIAL APLICAT PE UN DOCUMENT SUB SEMNĂTURĂ PRIVATĂ/ **(SK)** ÚRADNÉ OSVEDČENIE UVEDENÉ NA LISTINE PODPÍSANEJ OSOBOU KONAJÚCOU AKO SÚKROMNÁ OSOBA/ **(SL)** URADNA IZJAVA NA ZASEBNI LISTINI/ **(FI)** VIRALLINEN TODISTUS ASIAKIRJASSA, JONKA HENKILÖ ON ALLEKIRJOITTANUT YKSITYISHENKILÖNÄ/ **(SV)** OFFICIELLT INTYG ANBRINGAT PÅ EN HANDLING SOM UNDERTECKNATS AV EN PRIVATPERSON |
| 3.5 | **(BG)** ДОКУМЕНТ, ИЗГОТВЕН ОТ ДИПЛОМАТИЧЕСКИ ИЛИ КОНСУЛСКИ СЛУЖИТЕЛ НА ДЪРЖАВА ЧЛЕНКА В СЛУЖЕБНО КАЧЕСТВО/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE DIPLOMÁTICO O CONSULAR DE UN ESTADO MIEMBRO CON CARÁCTER OFICIAL/ **(CZ)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCEM NEBO KONZULÁRNÍM ÚŘEDNÍKEM ČLENSKÉHO STÁTU V RÁMCI VÝKONU JEHO SLUŽEBNÍCH POVINNOSTÍ/ **(DA)** DOKUMENT OFFICIELT UDFÆRDIGET AF EN MEDLEMSSTATS DIPLOMATISKE ELLER KONSULÆRE REPRÆSENTANT/ **(DE)** VON EINEM DIPLOMATISCHEN ODER KONSULARISCHEN VERTRETER EINES MITGLIEDSTAATS IN SEINER AMTLICHEN FUNKTION ERRICHTETE URKUNDE/ **(ET)** LIIKMESRIIGI DIPLOMAATILISE VÕI KONSULAARAMETNIKU POOLT AMETIKOHUSTUSTE TÄITMISEL KOOSTATUD DOKUMENT/ **(EL)** ΕΓΓΡΑΦΟ ΣΥΝΤΑΓΜΕΝΟ ΑΠΟ ΔΙΠΛΩΜΑΤΙΚΟ(-Η) Ή ΠΡΟΞΕΝΙΚΟ(-Η) ΥΠΑΛΛΗΛΟ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΥΠΟ ΤΗΝ ΕΠΙΣΗΜΗ ΙΔΙΟΤΗΤΑ ΤΟΥ/ΤΗΣ/ **(EN)** DOCUMENT DRAWN UP BY A DIPLOMATIC OR CONSULAR AGENT OF A MEMBER STATE IN HIS OR HER OFFICIAL CAPACITY/ **(FR)** DOCUMENT ÉTABLI EN SA QUALITÉ OFFICIELLE PAR UN AGENT DIPLOMATIQUE OU CONSULAIRE D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD ARNA THARRAINGT SUAS AG GNÍOMHAIRE TAIDHLEOIREACHTA NÓ CONSALACH DE CHUID BALLSTÁIT INA CHÁIL NÓ INA CÁIL OIFIGIÚIL/ **(HR)** ISPRAVA KOJU JE U SLUŽBENOM SVOJSTVU SASTAVIO DIPLOMATSKI ILI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(IT)** DOCUMENTO REDATTO DA AGENTI DIPLOMATICI O CONSOLARI DI UNO STATO MEMBRO NELL'ESERCIZIO DELLE LORO FUNZIONI/ **(LV)** DOKUMENTS, KURU PILDOT AMATA PIENĀKUMUS, SAGATAVOJIS DALĪBVALSTS DIPLOMĀTISKAIS VAI KONSULĀRAIS PĀRSTĀVIS/ **(LT)** DOKUMENTAS, PARENGTAS VALSTYBĖS NARĖS DIPLOMATO AR KONSULINIO PAREIGŪNO, VEIKIANČIO PAGAL OFICIALIUS ĮGALIOJIMUS/ **(HU)** VALAMELY TAGÁLLAM DIPLOMÁCIAI VAGY KONZULI KÉPVISELŐJE ÁLTAL HIVATALOS MINŐSÉGÉBEN KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT IMĦEJJI MINN AĠENT DIPLOMATIKU JEW KONSULARI TA' STAT MEMBRU FIL-KAPAĊITÀ UFFIĊJALI TIEGĦU/ **(NL)** DOCUMENT OPGESTELD DOOR DE DIPLOMATIEKE OF CONSULAIRE AMBTENAAR VAN EEN LIDSTAAT IN ZIJN OFFICIËLE HOEDANIGHEID/ **(PL)** DOKUMENT SPORZĄDZONY PRZEZ PRZEDSTAWICIELA DYPLOMATYCZNEGO LUB URZĘDNIKA KONSULARNEGO PAŃSTWA CZŁONKOWSKIEGO DZIAŁAJĄCYCH W CHARAKTERZE URZEDOWYM/ **(PT)** DOCUMENTO LAVRADO POR UM AGENTE DIPLOMÁTICO OU CONSULAR DE UM ESTADO-MEMBRO NO EXERCÍCIO DAS SUAS FUNÇÕES OFICIAIS/ **(RO)** DOCUMENT ÎNTOCMIT DE CĂTRE UN AGENT DIPLOMATIC SAU CONSULAR AL UNUI STAT MEMBRU, ÎN CALITATE OFICIALĂ/ **(SK)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCOM ALEBO KONZULÁRNYM ÚRADNÍKOM ČLENSKÉHO ŠTÁTU V RÁMCI VÝKONU JEHO FUNKCIE/ **(SL)** LISTINA, KI JO KOT URADNA OSEBA IZDA DIPLOMATSKI ALI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA JÄSENVALTION DIPLOMAATTINEN EDUSTAJA TAI KONSULIEDUSTAJA ON LAATINUT VIRANTOIMITUKSESSA/ **(SV)** HANDLING UPPRÄTTAD I TJÄNSTEN AV EN DIPLOMATISK ELLER KONSULÄR TJÄNSTEMAN I EN MEDLEMSSTAT |

| | |
|---|---|
| 3.6 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
| 3.7 | **(BG)** РЕФЕРЕНТЕН НОМЕР НА ОФИЦИАЛНИЯ ДОКУМЕНТ/ **(ES)** NÚMERO DE REFERENCIA DEL DOCUMENTO PÚBLICO/ **(CZ)** REFERENČNÍ ČÍSLO VEŘEJNÉ LISTINY/ **(DA)** DET OFFENTLIGE DOKUMENTS REFERENCENUMMER/ **(DE)** KENNNUMMER DER ÖFFENTLICHEN URKUNDE/ **(ET)** AVALIKU DOKUMENDI VIITENUMBER/ **(EL)** ΑΡΙΘΜΟΣ ΑΝΑΦΟΡΑΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ/ **(EN)** REFERENCE NUMBER OF THE PUBLIC DOCUMENT/ **(FR)** NUMÉRO DE RÉFÉRENCE DU DOCUMENT PUBLIC/ **(GA)** UIMHIR THAGARTHA AN DOICIMÉID PHOIBLÍ/ **(HR)** REFERENTNI BROJ JAVNE ISPRAVE/ **(IT)** NUMERO DI RIFERIMENTO DEL DOCUMENTO PUBBLICO/ **(LV)** PUBLISKĀ DOKUMENTA ATSAUCES NUMURS/ **(LT)** VIEŠOJO DOKUMENTO NUMERIS/ **(HU)** A KÖZOKIRAT HIVATKOZÁSI SZÁMA/ **(MT)** NUMRU TA' REFERENZA TAD-DOKUMENT PUBBLIKU/ **(NL)** REFERENTIENUMMER VAN HET OPENBAAR DOCUMENT/ **(PL)** NUMER REFERENCYJNY DOKUMENTU URZĘDOWEGO/ **(PT)** NÚMERO DE REFERÊNCIA DO DOCUMENTO PÚBLICO/ **(RO)** NUMĂRUL DE REFERINȚĂ AL DOCUMENTULUI OFICIAL/ **(SK)** REFERENČNÉ ČÍSLO VEREJNEJ LISTINY/ **(SL)** REFERENČNA ŠTEVILKA JAVNE LISTINE/ **(FI)** YLEISEN ASIAKIRJAN VIITENUMERO/ **(SV)** DEN OFFICIELLA HANDLINGENS REFERENSNUMMER |
| 4. | **(BG)** ИНФОРМАЦИЯ ЗА СЪОТВЕТНОТО ЛИЦЕ/ **(ES)** INFORMACIÓN SOBRE EL INTERESADO/ **(CZ)** INFORMACE O DOTYČNÉ OSOBĚ/ **(DA)** OPLYSNINGER OM DEN PÅGÆLDENDE PERSON/ **(DE)** ANGABEN ZUR BETREFFENDEN PERSON/ **(ET)** ASJAOMAST ISIKUT KÄSITLEV TEAVE/ **(EL)** ΣΤΟΙΧΕΙΑ ΤΟΥ ΠΡΟΣΩΠΟΥ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ/ **(EN)** INFORMATION ON THE PERSON CONCERNED/ **(FR)** INFORMATIONS SUR LA PERSONNE CONCERNÉE/ **(GA)** FAISNÉIS MAIDIR LEIS AN DUINE LENA mBAINEANN/ **(HR)** INFORMACIJE O DOTIČNOJ OSOBI/ **(IT)** INFORMAZIONI SULLA PERSONA INTERESSATA/ **(LV)** INFORMĀCIJA PAR ATTIECĪGO PERSONU/ **(LT)** INFORMACIJA APIE ATITINKAMĄ ASMENĮ/ **(HU)** AZ ÉRINTETT SZEMÉLYRE VONATKOZÓ ADATOK/ **(MT)** INFORMAZZJONI DWAR IL-PERSUNA KKONĊERNATA/ **(NL)** INFORMATIE OVER DE BETROKKENE/ **(PL)** DANE OSOBY, KTÓREJ DOTYCZY DOKUMENT/ **(PT)** INFORMAÇÕES SOBRE A PESSOA EM CAUSA/ **(RO)** INFORMAȚII PRIVIND PERSOANA VIZATĂ/ **(SK)** INFORMÁCIE O DOTKNUTEJ OSOBE/ **(SL)** INFORMACIJE O ZADEVNI OSEBI/ **(FI)** ASIANOMAISEN HENKILÖN TIEDOT/ **(SV)** UPPGIFTER OM DEN BERÖRDA PERSONEN |
| 4.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) ПО РОЖДЕНИЕ/ **(ES)** APELLIDO(S) DE NACIMIENTO/ **(CZ)** RODNÉ/Á PŘÍJMENÍ/ **(DA)** EFTERNAVN(E) VED FØDSLEN/ **(DE)** FAMILIENNAME(N) BEI DER GEBURT/ **(ET)** SÜNNIJÄRGNE PEREKONNANIMI (SÜNNIJÄRGSED PEREKONNANIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΚΑΤΑ ΤΗ ΓΕΝΝΗΣΗ/ **(EN)** SURNAME(S) AT BIRTH/ **(FR)** NOM(S) À LA NAISSANCE/ **(GA)** SLOINNE (SLOINNTE) BREITHE/ **(HR)** PREZIME(NA) PRI ROĐENJU/ **(IT)** COGNOME/I ALLA NASCITA/ **(LV)** UZVĀRDS(-I) DZIMŠANAS BRĪDĪ/ **(LT)** PAVARDĖ (-ĖS), SUTEIKTA (-OS) GIMUS/ **(HU)** SZÜLETÉSI CSALÁDI NEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET) MAT-TWELID/ **(NL)** ACHTERNA(A)M(EN) BIJ DE GEBOORTE/ **(PL)** NAZWISKO(-A) RODOWE/ **(PT)** APELIDO(S) À DATA DO NASCIMENTO/ **(RO)** NUMELE LA NAȘTERE/ **(SK)** RODNÉ PRIEZVISKO(-Á)/ **(SL)** PRIIMEK/PRIIMKI OB ROJSTVU/ **(FI)** SUKUNIMI (-NIMET) SYNTYMÄHETKELLÄ/ **(SV)** EFTERNAMN VID FÖDSELN |
| 4.2 | **(BG)** НАСТОЯЩО(И) ФАМИЛНО(И) ИМЕ(НА)/ **(ES)** APELLIDO(S) ACTUAL(ES)/ **(CZ)** SOUČASNÉ/Á PŘÍJMENÍ/ **(DA)** NUVÆRENDE EFTERNAVN(E)/ **(DE)** DERZEITIGE(R) FAMILIENNAME(N)/ **(ET)** PRAEGUNE PEREKONNANIMI (PRAEGUSED PEREKONNANIMED)/ **(EL)** ΤΡΕΧΟΝ(-ΤΑ) ΕΠΩΝΥΜΟ(-Α)/ **(EN)** CURRENT SURNAME(S)/ **(FR)** NOM(S) ACTUEL(S)/ **(GA)** SLOINNE (SLOINNTE) REATHA/ **(HR)** SADAŠNJE(-A) PREZIME(NA)/ **(IT)** COGNOME/I ATTUALE/I/ **(LV)** ESOŠAIS(-IE) UZVĀRDS(-I)/ **(LT)** DABARTINĖ (-ĖS) PAVARDĖ (-ĖS)/ **(HU)** JELENLEGI CSALÁDI NEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET) ATTWALI/ **(NL)** HUIDIGE ACHTERNA(A)M(EN)/ **(PL)** OBECNE NAZWISKO(-A)/ **(PT)** APELIDO OU APELIDOS ATUAIS/ **(RO)** NUMELE ACTUAL(E)/ **(SK)** SÚČASNÉ PRIEZVISKO(-Á)/ **(SL)** SEDANJI PRIIMEK/PRIIMKI/ **(FI)** NYKYINEN SUKUNIMI (NYKYISET SUKUNIMET)/ **(SV)** NUVARANDE EFTERNAMN |
| 4.3 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) ПРЕДИ АКТА/ **(ES)** APELLIDO(S) ANTES DE LA INSCRIPCIÓN/ **(CZ)** PŘÍJMENÍ PŘED UZAVŘENÍM REGISTROVANÉHO PARTNERSTVÍ/ **(DA)** EFTERNAVN(E) FØR REGISTRERINGEN/ **(DE)** FAMILIENNAME(N) VOR DER EINTRAGUNG DER PARTNERSCHAFT/ **(ET)** PEREKONNANIMI (-NIMED) ENNE REGISTREERIMIST/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΠΡΙΝ ΑΠΟ ΤΗΝ ΠΡΑΞΗ ΚΑΤΑΧΩΡΙΣΗΣ/ **(EN)** SURNAME(S) BEFORE THE ACT/ **(FR)** NOM(S) AVANT L'ACTE/ **(GA)** SLOINNE (SLOINNTE) ROIMH AN nGNÍOMH/ **(HR)** PREZIME(NA) PRIJE REGISTRIRANJA PARTNERSTVA/ **(IT)** COGNOME/I PRIMA DELL'ATTO/ **(LV)** UZVĀRDS(-I) PIRMS AKTA/ **(LT)** PAVARDĖ (-ĖS) PRIEŠ SUDARANT AKTĄ/ **(HU)** CSALÁDI NEVE(I) AZ ÉLETTÁRSI KAPCSOLAT BEJEGYZÉSE ELŐTT/ **(MT)** KUNJOM(/KUNJOMIJIET) QABEL L-ATT/ **(NL)** ACHTERNA(A)M(EN) VÓÓR DE AKTE/ **(PL)** NAZWISKO(-A) PRZED REJESTRACJĄ ZWIĄZKU/ **(PT)** APELIDO(S) ANTES DO ATO/ **(RO)** NUMELE ÎNAINTE DE ÎNREGISTRAREA PARTENERIATULUI/ **(SK)** PRIEZVISKO(-Á) PRED UZAVRETÍM REGISTROVANÉHO PARTNERSTVA/ **(SL)** PRIIMEK/PRIIMKI PRED REGISTRACIJO PARTNERSKE SKUPNOSTI/ **(FI)** SUKUNIMI (-NIMET) ENNEN REKISTERÖINTIÄ/ **(SV)** EFTERNAMN FÖRE INGÅENDET |

EN    Official Journal of the European Union

| | |
|---|---|
| 4.4 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) ВСЛЕДСТВИЕ НА РЕГИСТРИРАНЕТО НА АКТА/ **(ES)** APELLIDO(S) DESPUÉS DE LA INSCRIPCIÓN/ **(CZ)** PŘÍJMENÍ PO UZAVŘENÍ REGISTROVANÉHO PARTNERSTVÍ/ **(DA)** EFTERNAVN(E) EFTER REGISTRERINGEN/ **(DE)** FAMILIENNAME(N) NACH DER EINTRAGUNG DER PARTNERSCHAFT/ **(ET)** PEREKONNANIMI (-NIMED) PÄRAST REGISTREERIMIST/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΜΕΤΑ ΤΗΝ ΠΡΑΞΗ ΚΑΤΑΧΩΡΙΣΗΣ/ **(EN)** SURNAME(S) FOLLOWING THE ACT/ **(FR)** NOM(S) À LA SUITE DE L'ACTE/ **(GA)** SLOINNE (SLOINNTE) TAR ÉIS AN GHNÍMH/ **(HR)** PREZIME(NA) NAKON REGISTRIRANJA PARTNERSTVA/ **(IT)** COGNOME/I DOPO L'ATTO/ **(LV)** UZVĀRDS(-I) PĒC AKTA/ **(LT)** PAVARDĖ (-ÉS) PO AKTO SUDARYMO/ **(HU)** CSALÁDI NEVE(I) AZ ÉLETTÁRSI KAPCSOLAT BEJEGYZÉSE UTÁN/ **(MT)** KUNJOM(/KUNJOMIJIET) WARA L-ATT/ **(NL)** ACHTERNA(A)M(EN) NA DE AKTE/ **(PL)** NAZWISKO(-A) PO REJESTRACJI ZWIĄZKU/ **(PT)** APELIDO(S) APÓS O ATO/ **(RO)** NUMELE DUPĂ ÎNREGISTRAREA PARTENERIATULUI/ **(SK)** PRIEZVISKO(-Á) PO UZAVRETÍ REGISTROVANÉHO PARTNERSTVA/ **(SL)** PRIIMEK/PRIIMKI PO REGISTRACIJI PARTNERSKE SKUPNOSTI/ **(FI)** SUKUNIMI (-NIMET) REKISTERÖINNIN JÄLKEEN/ **(SV)** EFTERNAMN EFTER INGÅENDET |
| 4.5 | **(BG)** СОБСТВЕНО(И) ИМЕ(НА)/ **(ES)** NOMBRE(S)/ **(CZ)** JMÉNO (JMÉNA)/ **(DA)** FORNAVN(E)/ **(DE)** VORNAME(N)/ **(ET)** EESNIMI (-NIMED)/ **(EL)** ONOMA(-ΤΑ)/ **(EN)** FORENAME(S)/ **(FR)** PRÉNOM(S)/ **(GA)** CÉADAINM (CÉADAINMNEACHA)/ **(HR)** IME(NA)/ **(IT)** NOME(I)/ **(LV)** VĀRDS(-I)/ **(LT)** VARDAS (-AI)/ **(HU)** UTÓNEVE(I)/ **(MT)** ISEM(/ISMIJIET)/ **(NL)** VOORNA(A)M(EN)/ **(PL)** IMIĘ (IMIONA)/ **(PT)** NOME(S) PRÓPRIO(S)/ **(RO)** PRENUME/ **(SK)** MENO(-Á)/ **(SL)** IME/IMENA/ **(FI)** ETUNIMI (-NIMET)/ **(SV)** FÖRNAMN |
| 4.6 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА РАЖДАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE NACIMIENTO/ **(CZ)** DATUM (DD/MM/RRRR) NAROZENÍ/ **(DA)** FØDSELSDATO (DD/MM/ÅÅÅÅ)/ **(DE)** GEBURTSDATUM (TT/MM/JJJJ)/ **(ET)** SÜNNIKUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΓΕΝΝΗΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF BIRTH/ **(FR)** DATE (JJ/MM/AAAA) DE NAISSANCE/ **(GA)** DÁTA (LL/MM/BBBB) BREITHE/ **(HR)** DATUM (DD/MM/GGGG) ROĐENJA/ **(IT)** DATA DI NASCITA (GG/MM/AAAA)/ **(LV)** DZIMŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** GIMIMO DATA (DD/MM/MMMM)/ **(HU)** SZÜLETÉSI IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAT-TWELID/ **(NL)** GEBOORTEDATUM (DD/MM/JJJJ)/ **(PL)** DATA (DD/MM/RRRR) URODZENIA/ **(PT)** DATA DE NASCIMENTO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) NAŞTERII/ **(SK)** DÁTUM (DD/MM/RRRR) NARODENIA/ **(SL)** DATUM (DD/MM/LLLL) ROJSTVA/ **(FI)** SYNTYMÄAIKA (PP/KK/VVVV)/ **(SV)** FÖDELSEDATUM (DD/MM/ÅÅÅÅ) |
| 4.7 | **(BG)** МЯСТО И ДЪРЖАВА НА РАЖДАНЕ/ **(ES)** LUGAR Y PAÍS DE NACIMIENTO/ **(CZ)** MÍSTO A ZEMĚ NAROZENÍ/ **(DA)** FØDESTED OG -LAND/ **(DE)** ORT UND LAND DER GEBURT/ **(ET)** SÜNNIKOHT JA -RIIK/ **(EL)** ΤΟΠΟΣ ΚΑΙ ΧΩΡΑ ΓΕΝΝΗΣΗΣ/ **(EN)** PLACE AND COUNTRY OF BIRTH/ **(FR)** LIEU ET PAYS DE NAISSANCE/ **(GA)** ÁIT AGUS TÍR BHREITHE/ **(HR)** MJESTO I ZEMLJA ROĐENJA/ **(IT)** LUOGO E PAESE DI NASCITA/ **(LV)** DZIMŠANAS VIETA UN VALSTS/ **(LT)** GIMIMO VIETA IR ŠALIS/ **(HU)** SZÜLETÉSI HELYE ÉS ORSZÁGA/ **(MT)** POST U PAJJIŻ TAT-TWELID/ **(NL)** GEBOORTEPLAATS EN -LAND/ **(PL)** MIEJSCE I PAŃSTWO URODZENIA/ **(PT)** LOCAL E PAÍS DE NASCIMENTO/ **(RO)** LOCUL ŞI ŢARA NAŞTERII/ **(SK)** MIESTO A ŠTÁT NARODENIA/ **(SL)** KRAJ IN DRŽAVA ROJSTVA/ **(FI)** SYNTYMÄPAIKKA JA -MAA/ **(SV)** FÖDELSEORT OCH -LAND |
| 4.8 | **(BG)** ПОЛ/ **(ES)** SEXO/ **(CZ)** POHLAVÍ/ **(DA)** KØN/ **(DE)** GESCHLECHT/ **(ET)** SUGU/ **(EL)** ΦΥΛΟ/ **(EN)** SEX/ **(FR)** SEXE/ **(GA)** INSCNE/ **(HR)** SPOL/ **(IT)** SESSO/ **(LV)** DZIMUMS/ **(LT)** LYTIS/ **(HU)** NEME/ **(MT)** SESS/ **(NL)** GESLACHT/ **(PL)** PŁEĆ/ **(PT)** SEXO/ **(RO)** SEXUL/ **(SK)** POHLAVIE/ **(SL)** SPOL/ **(FI)** SUKUPUOLI/ **(SV)** KÖN |
| 4.8.1 | **(BG)** ЖЕНСКИ/ **(ES)** MUJER/ **(CZ)** ŽENA/ **(DA)** KVINDE/ **(DE)** WEIBLICH/ **(ET)** NAISSOOST/ **(EL)** ΘΗΛΥ/ **(EN)** FEMALE/ **(FR)** FÉMININ/ **(GA)** BAINEANN/ **(HR)** ŽENSKI/ **(IT)** FEMMINILE/ **(LV)** SIEVIETE/ **(LT)** MOTERIS/ **(HU)** NŐ/ **(MT)** MARA/ **(NL)** VROUW/ **(PL)** KOBIETA/ **(PT)** FEMININO/ **(RO)** FEMEIESC/ **(SK)** ŽENSKÉ/ **(SL)** ŽENSKI/ **(FI)** NAINEN/ **(SV)** KVINNA |
| 4.8.2 | **(BG)** МЪЖКИ/ **(ES)** VARÓN/ **(CZ)** MUŽ/ **(DA)** MAND/ **(DE)** MÄNNLICH/ **(ET)** MEESSOOST/ **(EL)** ΑΡΡΕΝ/ **(EN)** MALE/ **(FR)** MASCULIN/ **(GA)** FIREANN/ **(HR)** MUŠKI/ **(IT)** MASCHILE/ **(LV)** VĪRIETIS/ **(LT)** VYRAS/ **(HU)** FÉRFI/ **(MT)** RAĠEL/ **(NL)** MAN/ **(PL)** MĘŻCZYZNA/ **(PT)** MASCULINO/ **(RO)** BĂRBĂTESC/ **(SK)** MUŽSKÉ/ **(SL)** MOŠKI/ **(FI)** MIES/ **(SV)** MAN |
| 4.8.3 | **(BG)** НЕОПРЕДЕЛЕН/ **(ES)** INDETERMINADO/ **(CZ)** NEURČENO/ **(DA)** UBESTEMT/ **(DE)** UNBESTIMMT/ **(ET)** MÄÄRAMATA/ **(EL)** ΔΕΝ ΠΡΟΣΔΙΟΡΙΖΕΤΑΙ/ **(EN)** UNDETERMINED/ **(FR)** INDÉTERMINÉ/ **(GA)** NEAMHCHINNTITHE/ **(HR)** NEODREĐEN/ **(IT)** INDETERMINATO/ **(LV)** NENOTEIKTS/ **(LT)** NENUSTATYTA/ **(HU)** MEGHATÁROZATLAN/ **(MT)** MHUX STABBILIT/ **(NL)** ONBEPAALD/ **(PL)** PŁEĆ NIEOKREŚLONA/ **(PT)** NÃO DEFINIDO/ **(RO)** NEDETERMINAT/ **(SK)** NEURČENÉ/ **(SL)** NEDOLOČEN/ **(FI)** MÄÄRITTELEMÄTÖN/ **(SV)** EJ FASTSTÄLLT |
| 4.9 | **(BG)** ГРАЖДАНСТВО/ **(ES)** NACIONALIDAD/ **(CZ)** STÁTNÍ PŘÍSLUŠNOST/ **(DA)** NATIONALITET/ **(DE)** STAATSANGEHÖRIGKEIT/ **(ET)** KODAKONDSUS/ **(EL)** ΙΘΑΓΕΝΕΙΑ/ **(EN)** NATIONALITY/ **(FR)** NATIONALITÉ/ **(GA)** NÁISIÚNTACHT/ **(HR)** DRŽAVLJANSTVO/ **(IT)** CITTADINANZA/ **(LV)** VALSTSPIEDERĪBA/ **(LT)** PILIETYBĖ/ **(HU)** ÁLLAMPOLGÁRSÁGA/ **(MT)** ĊITTADINANZA/ **(NL)** NATIONALITEIT/ **(PL)** OBYWATELSTWO/ **(PT)** NACIONALIDADE/ **(RO)** CETĂŢENIA/ **(SK)** ŠTÁTNA PRÍSLUŠNOSŤ/ **(SL)** DRŽAVLJANSTVO/ **(FI)** KANSALAISUUS/ **(SV)** MEDBORGARSKAP |

| 5. | **(BG)** СЪГЛАСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ, ПОЛОЖЕНИЕТО НА РЕГИСТРИРАНО ПАРТНЬОРСТВО НА СЪОТВЕТНОТО ЛИЦЕ Е, КАКТО СЛЕДВА/ **(ES)** SEGÚN EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO, EL ESTADO DEL INTERESADO EN LO QUE RESPECTA A SU CALIDAD DE MIEMBRO DE UNA UNIÓN DE HECHO REGISTRADA ES EL SIGUIENTE/ **(CZ)** NA ZÁKLADĚ VEŘEJNÉ LISTINY, K NÍŽ JE PŘIPOJEN TENTO FORMULÁŘ, MÁ DOTYČNÁ OSOBA TENTO STATUS REGISTROVANÉHO PARTNERSTVÍ/ **(DA)** I HENHOLD TIL DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET, HAR DEN PÅGÆLDENDE PERSON FØLGENDE REGISTREREDE PARTNERSKABSSTATUS/ **(DE)** STATUS DER EINGETRAGENEN PARTNERSCHAFT DER BETREFFENDEN PERSON GEMÄSS DER ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST/ **(ET)** VASTAVALT AVALIKULE DOKUMENDILE, MILLELE SEE VORM ON LISATUD, ON ASJAOMASEL ISIKUL JÄRGMINE REGISTREERITUD KOOSELUGA SEOTUD STAATUS/ **(EL)** ΣΥΜΦΩΝΑ ΜΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ, ΤΟ ΠΡΟΣΩΠΟ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ ΕΧΕΙ ΤΗΝ ΑΚΟΛΟΥΘΗ ΚΑΤΑΣΤΑΣΗ ΑΠΟ ΑΠΟΨΗ ΚΑΤΑΧΩΡΙΣΜΕΝΗΣ ΣΧΕΣΗΣ ΣΥΜΒΙΩΣΗΣ/ **(EN)** ACCORDING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED, THE PERSON CONCERNED HAS THE FOLLOWING REGISTERED PARTNERSHIP STATUS/ **(FR)** D'APRÈS LE DOCUMENT PUBLIC AUQUEL LE PRÉSENT FORMULAIRE EST JOINT, LE STATUT DE PARTENARIAT ENREGISTRÉ DE LA PERSONNE CONCERNÉE EST LE SUIVANT/ **(GA)** DE RÉIR AN DOICIMÉID PHOIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE, TÁ AN STÁDAS PÁIRTNÉIREACHTA CLÁRAITHE A LEANAS AG AN DUINE LENA mBAINEANN/ **(HR)** PREMA JAVNOJ ISPRAVI KOJOJ JE OVAJ OBRAZAC PRILOŽEN STATUS REGISTRIRANOG PARTNERSTVA DOTIČNE OSOBE JE SLJEDEĆI/ **(IT)** SECONDO IL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO, LO STATO DI UNIONE REGISTRATA DELLA PERSONA INTERESSATA È IL SEGUENTE/ **(LV)** SASKAŅĀ AR PUBLISKO DOKUMENTU, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA, ATTIECĪGAJAI PERSONAI IR ŠĀDS REĢISTRĒTU PARTNERATTIECĪBU STATUSS/ **(LT)** PAGAL VIEŠĄJĮ DOKUMENTĄ, PRIE KURIO PRIDEDAMA ŠI FORMA, ATITINKAMO ASMENS REGISTRUOTOS PARTNERYSTĖS PADĖTIS YRA TOKIA/ **(HU)** AZ ÉRINTETT SZEMÉLY BEJEGYZETT ÉLETTÁRSI KAPCSOLATTAL ÖSSZEFÜGGŐ JOGÁLLÁSA A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRAT SZERINT/ **(MT)** SKONT ID-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA, IL-PERSUNA KKONĊERNATA GĦANDHA L-ISTATUS TA' SĦUBIJA REĠISTRATA KIF ĠEJ/ **(NL)** VOLGENS HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT, IS DE STATUS VAN HET GEREGISTREERD PARTNERSCHAP VAN DE BETROKKENE DE VOLGENDE/ **(PL)** Z DOKUMENTU URZĘDOWEGO, DO KTÓREGO ZAŁĄCZONY JEST NINIEJSZY FORMULARZ, WYNIKA, ŻE OSOBA, KTÓREJ DOTYCZY DOKUMENT, POSIADA NASTĘPUJĄCY STATUS ZWIĄZANY Z ZAREJESTROWANYM ZWIĄZKIEM PARTNERSKIM/ **(PT)** SEGUNDO O DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO, À DATA DA SUA EMISSÃO, O ESTATUTO DE PARCERIA REGISTADA DA PESSOA EM CAUSA É/ **(RO)** ÎN CONFORMITATE CU DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR, PERSOANA VIZATĂ ARE URMĂTORUL STATUT PRIVIND PARTENERIATUL ÎNREGISTRAT/ **(SK)** PODĽA VEREJNEJ LISTINY, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ, MÁ DOTKNUTÁ OSOBA TENTO ŠTATÚT REGISTROVANÉHO PARTNERSTVA/ **(SL)** V SKLADU Z JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZAC, JE STATUS REGISTRIRANE PARTNERSKE SKUPNOSTI ZADEVNE OSEBE NASLEDNJI/ **(FI)** SEN YLEISEN ASIAKIRJAN MUKAAN, JOHON TÄMÄ LOMAKE LIITETÄÄN, ASIANOMAISEN HENKILÖN REKISTERÖITYYN PARISUHTEESEEN LIITTYVÄ SIVIILISÄÄTY ON SEURAAVA/ **(SV)** ENLIGT DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT ÄR DEN BERÖRDA PERSONENS STATUS AVSEENDE REGISTRERAT PARTNERSKAP FÖLJANDE |
| 5.1 | **(BG)** С РЕГИСТРИРАНО ПАРТНЬОРСТВО/ДАТА (ДД/ММ/ГГГГ) НА РЕГИСТРИРАНЕ НА ПАРТНЬОРСТВОТО/ **(ES)** TIENE PAREJA DE HECHO REGISTRADA / FECHA (DD/MM/AAAA) DE REGISTRO DE LA UNIÓN DE HECHO/ **(CZ)** JE V REGISTROVANÉM PARTNERSTVÍ/DATUM (DD/MM/YYYY) REGISTRACE PARTNERSTVÍ/ **(DA)** REGISTRERET PARTNER/DATO (DD/MM/ÅÅÅÅ) FOR REGISTRERINGEN AF PARTNERSKABET/ **(DE)** EINGETRAGENER PARTNER/DATUM (TT/MM/JJJJ) DER EINTRAGUNG DER PARTNERSCHAFT/ **(ET)** REGISTREERITUD ELUKAASLANE / KOOSELU REGISTREERIMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΚΑΤΑΧΩΡΙΣΜΕΝΟΣ(-Η) ΣΥΝΤΡΟΦΟΣ / ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΚΑΤΑΧΩΡΙΣΗΣ ΤΗΣ ΣΧΕΣΗΣ ΣΥΜΒΙΩΣΗΣ/ **(EN)** REGISTERED PARTNER/DATE (DD/MM/YYYY) OF REGISTRATION OF THE PARTNERSHIP/ **(FR)** AYANT CONCLU UN PARTENARIAT ENREGISTRÉ/DATE (JJ/MM/AAAA) D'ENREGISTREMENT DU PARTENARIAT/ **(GA)** PÁIRTNÉIR CLÁRAITHE/DÁTA (LL/MM/BBBB) CHLÁRÚ NA PÁIRTNÉIREACHTA/ **(HR)** REGISTRIRANI PARTNER / DATUM (DD/MM/GGGG) REGISTRIRANJA PARTNERSTVA/ **(IT)** PARTNER REGISTRATO/DATA DI REGISTRAZIONE DELL'UNIONE (GG/MM/AAAA)/ **(LV)** REĢISTRĒTAIS PARTNERIS / PARTNERATTIECĪBU REĢISTRĒŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** REGISTRUOTAS (-A) PARTNERIS (-Ė) / PARTNERYSTĖS SUDARYMO DATA (DD/MM/MMMM)/ **(HU)** BEJEGYZETT ÉLETTÁRS/A BEJEGYZETT ÉLETTÁRSI KAPCSOLAT LÉTESÍTÉSÉNEK IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** SIEĦEB/(SIEĦBA) REĠISTRAT/U DATA (JJ/XX/SSSS) TAR-REĠISTRAZZJONI TAS-SĦUBIJA/ **(NL)** GEREGISTREERDE PARTNER/DATUM (DD/MM/JJJJ) VAN REGISTRATIE VAN HET PARTNERSCHAP/ **(PL)** POZOSTAJE W ZAREJESTROWANYM ZWIĄZKU PARTNERSKIM / DATA (DD/MM/RRRR) ZAWARCIA ZAREJESTROWANEGO ZWIĄZKU PARTNERSKIEGO/ **(PT)** PARCEIRO(A) REGISTADO(A)/DATA DO REGISTO DA PARCERIA (DD/MM/AAAA)/ **(RO)** PARTENER ÎNREGISTRAT/DATA (ZZ/LL/AAAA) ÎNREGISTRĂRII PARTENERIATULUI/ **(SK)** REGISTROVANÝ PARTNER/DÁTUM (DD/MM/RRRR) UZAVRETIA REGISTROVANÉHO PARTNERSTVA/ **(SL)** REGISTRIRAN PARTNER/DATUM (DD/MM/LLLL) REGISTRACIJE PARTNERSKE SKUPNOSTI/ **(FI)** REKISTERÖITY KUMPPANI/PARISUHTEEN REKISTERÖINTIPÄIVÄ (PP/KK/VVVV)/ **(SV)** REGISTRERAD PARTNER/DATUM (DD/MM/ÅÅÅÅ) FÖR REGISTRERING AV PARTNERSKAPET |

EN

| | |
|---|---|
| 5.2 | **(BG)** БЕЗ РЕГИСТРИРАНО ПАРТНЬОРСТВО/ **(ES)** NO TIENE PAREJA DE HECHO REGISTRADA/ **(CZ)** NENÍ V REGISTROVANÉM PARTNERSTVÍ/ **(DA)** IKKE I ET REGISTRERET PARTNERSKAB/ **(DE)** NICHT IN EINER EINGETRAGENEN PARTNERSCHAFT/ **(ET)** EI OLE KUNAGI REGISTREERITUD KOOSELUS/ **(EL)** ΔΕΝ ΒΡΙΣΚΕΤΑΙ ΣΕ ΚΑΤΑΧΩΡΙΣΜΕΝΗ ΣΧΕΣΗ ΣΥΜΒΙΩΣΗΣ/ **(EN)** NOT IN A REGISTERED PARTNERSHIP/ **(FR)** N'AYANT PAS CONCLU DE PARTENARIAT ENREGISTRÉ/ **(GA)** NÍL AN DUINE PÁIRTEACH I bPÁIRTNÉIREACHT CHLÁRAITHE/ **(HR)** NIJE U REGISTRIRANOM PARTNERSTVU/ **(IT)** NON IN UNIONE REGISTRATA/ **(LV)** NAV REĢISTRĒTAS PARTNERATTIECĪBAS/ **(LT)** NESUDARĘS (-IUSI) REGISTRUOTOS PARTNERYSTĖS/ **(HU)** NINCS BEJEGYZETT ÉLETTÁRSI KAPCSOLATA/ **(MT)** MHUX FI SĦUBIJA REĠISTRATA/ **(NL)** NIET IN EEN GEREGISTREERD PARTNERSCHAP/ **(PL)** NIE POZOSTAJE W ZAREJESTROWANYM ZWIĄZKU PARTNERSKIM/ **(PT)** NÃO TEM UMA PARCERIA REGISTADA/ **(RO)** NU SE AFLĂ ÎNTR-UN PARTENERIAT ÎNREGISTRAT/ **(SK)** NEŽIJE V REGISTROVANOM PARTNERSTVE/ **(SL)** NI V REGISTRIRANI PARTNERSKI SKUPNOSTI/ **(FI)** EI REKISTERÖIDYSSÄ PARISUHTEESSA/ **(SV)** EJ I REGISTRERAT PARTNERSKAP |
| 5.2.1 | **(BG)** НИКОГА НЕ Е РЕГИСТРИРАЛО ПАРТНЬОРСТВО/ **(ES)** NO HA TENIDO NUNCA PAREJA DE HECHO REGISTRADA/ **(CZ)** NIKDY NEBYLA V REGISTROVANÉM PARTNERSTVÍ/ **(DA)** ALDRIG I ET REGISTRERET PARTNERSKAB/ **(DE)** NIE IN EINER EINGETRAGENEN PARTNERSCHAFT/ **(ET)** EI OLE REGISTREERITUD KOOSELUS OLNUD/ **(EL)** ΔΕΝ ΕΧΕΙ ΣΥΝΑΨΕΙ ΠΟΤΕ ΚΑΤΑΧΩΡΙΣΜΕΝΗ ΣΧΕΣΗ ΣΥΜΒΙΩΣΗΣ/ **(EN)** NEVER IN A REGISTERED PARTNERSHIP/ **(FR)** N'AYANT JAMAIS CONCLU DE PARTENARIAT ENREGISTRÉ/ **(GA)** NÍ RAIBH AN DUINE PÁIRTEACH I bPÁIRTNÉIREACHT CHLÁRAITHE RIAMH/ **(HR)** NIKADA NIJE BIO(-LA) U REGISTRIRANOM PARTNERSTVU/ **(IT)** MAI CONTRATTA UN'UNIONE REGISTRATA/ **(LV)** NEKAD NAV STĀJIES REĢISTRĒTĀS PARTNERATTIECĪBĀS/ **(LT)** NIEKADA NEBUVO SUDARĘS (-IUSI) REGISTRUOTOS PARTNERYSTĖS/ **(HU)** SOSEM VOLT BEJEGYZETT ÉLETTÁRSI KAPCSOLATA/ **(MT)** QATT MA KONT FI SĦUBIJA REĠISTRATA/ **(NL)** NOOIT IN EEN GEREGISTREERD PARTNERSCHAP/ **(PL)** NIGDY NIE ZAWARŁ(-A) ZAREJESTROWANEGO ZWIĄZKU PARTNERSKIEGO/ **(PT)** NUNCA TEVE UMA PARCERIA REGISTADA/ **(RO)** NU S-A AFLAT NICIODATĂ ÎNTR-UN PARTENERIAT ÎNREGISTRAT/ **(SK)** NIKDY NEŽILA V REGISTROVANOM PARTNERSTVE/ **(SL)** NIKOLI NI BIL V REGISTRIRANI PARTNERSKI SKUPNOSTI/ **(FI)** EI OLE KOSKAAN OLLUT REKISTERÖIDYSSÄ PARISUHTEESSA/ **(SV)** HAR ALDRIG VARIT I ETT REGISTRERAT PARTNERSKAP |
| 5.2.2 | **(BG)** С РАЗТРОГНАТО РЕГИСТРИРАНО ПАРТНЬОРСТВО/ДАТА (ДД/ММ/ГГГГ) НА РАЗТРОГВАНЕ НА ПАРТНЬОРСТВОТО/ **(ES)** HA CANCELADO EL REGISTRO DE UNA UNIÓN DE HECHO / FECHA (DD/MM/AAAA) DE LA CANCELACIÓN/ **(CZ)** REGISTROVANÉ PARTNERSTVÍ BYLO ZRUŠENO/DATUM (DD/MM/YYYY) ZRUŠENÍ PARTNERSTVÍ/ **(DA)** OPLØST REGISTRERET PARTNERSKAB/DATO (DD/MM/ÅÅÅÅ) FOR OPLØSNING AF PARTNERSKABET/ **(DE)** AUFGEHOBENE EINGETRAGENE PARTNERSCHAFT/DATUM (TT/MM/JJJJ) DER AUFHEBUNG DER PARTNERSCHAFT/ **(ET)** REGISTREERITUD KOOSELU ON LÕPETATUD / KOOSELU LÕPETAMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΛΥΘΕΙΣΑ ΚΑΤΑΧΩΡΙΣΜΕΝΗ ΣΧΕΣΗ ΣΥΜΒΙΩΣΗΣ / ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΛΥΣΗΣ ΤΗΣ ΣΧΕΣΗΣ ΣΥΜΒΙΩΣΗΣ/ **(EN)** DISSOLVED REGISTERED PARTNERSHIP/DATE (DD/MM/YYYY) OF DISSOLUTION OF THE PARTNERSHIP/ **(FR)** AYANT CONCLU UN PARTENARIAT ENREGISTRÉ DISSOUS/DATE (JJ/MM/AAAA) DE DISSOLUTION DU PARTENARIAT/ **(GA)** PÁIRTNÉIREACHT CHLÁRAITHE DHÍSCAOILTE/DÁTA (LL/MM/BBBB) DHÍSCAOILEADH NA PÁIRTNÉIREACHTA/ **(HR)** RAZVRGNUTO REGISTRIRANO PARTNERSTVO / DATUM (DD/MM/GGGG) RAZVRGNUĆA REGISTRIRANOG PARTNERSTVA/ **(IT)** UNIONE REGISTRATA SCIOLTA/DATA DI SCIOGLIMENTO DELL'UNIONE (GG/MM/AAAA)/ **(LV)** IZBEIGUŠĀS REĢISTRĒTĀS PARTNERATTIECĪBAS / REĢISTRĒTU PARTNERATTIECĪBU IZBEIGŠANĀS DATUMS (DD/MM/GGGG)/ **(LT)** REGISTRUOTA PARTNERYSTĖ NUTRAUKTA / PARTNERYSTĖS NUTRAUKIMO DATA (DD/MM/MMMM)/ **(HU)** MEGSZŰNT BEJEGYZETT ÉLETTÁRSI KAPCSOLAT/A BEJEGYZETT ÉLETTÁRSI KAPCSOLAT MEGSZŰNÉSÉNEK IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** SĦUBIJA REĠISTRATA XOLTA U DATA (JJ/XX/SSSS) TAX-XOLJIMENT TAS-SĦUBIJA REĠISTRATA/ **(NL)** ONTBONDEN GEREGISTREERD PARTNERSCHAP/DATUM (DD/MM/JJJJ) VAN ONTBINDING VAN HET PARTNERSCHAP/ **(PL)** ROZWIĄZANIE ZAREJESTROWANEGO ZWIĄZKU PARTNERSKIEGO / DATA (DD/MM/RRRR) ROZWIĄZANIA ZAREJESTROWANEGO ZWIĄZKU PARTNERSKIEGO/ **(PT)** PARCERIA REGISTADA DISSOLVIDA/DATA DA DISSOLUÇÃO DA PARCERIA (DD/MM/AAAA)/ **(RO)** PARTENERIAT ÎNREGISTRAT DIZOLVAT/DATA (ZZ/LL/AAAA) DIZOLVĂRII PARTENERIATULUI/ **(SK)** REGISTROVANÉ PARTNERSTVO BOLO ZRUŠENÉ/DÁTUM (DD/MM/RRRR) ZRUŠENIA REGISTROVANÉHO PARTNERSTVA/ **(SL)** REGISTRIRANA PARTNERSKA SKUPNOST JE PRENEHALA/DATUM (DD/MM/LLLL) PRENEHANJA REGISTRIRANE PARTNERSKE SKUPNOSTI/ **(FI)** REKISTERÖITY PARISUHDE PURETTU/PARISUHTEEN PURKAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** UPPLÖST REGISTRERAT PARTNERSKAP/DATUM (DD/MM/ÅÅÅÅ) FÖR UPPLÖSNING AV PARTNERSKAPET |
| 5.2.3 | **(BG)** С ПОЧИНАЛ ПАРТНЬОР/ДАТА (ДД/ММ/ГГГГ) НА СМЪРТТА НА ПАРТНЬОРА/ **(ES)** MIEMBRO SUPÉRSTITE DE UNA UNIÓN DE HECHO REGISTRADA / FECHA (DD/MM/AAAA) DE FALLECIMIENTO DE LA PAREJA DE HECHO REGISTRADA/ **(CZ)** PŘEŽIVŠÍ PARTNER – PARTNERKA/DATUM (DD/MM/YYYY) ÚMRTÍ PARTNERA – PARTNERKY/ **(DA)** LÆNGSTLEVENDE PARTNER/DATO (DD/MM/ÅÅÅÅ) FOR PARTNERS DØD/ **(DE)** ÜBERLEBENDER PARTNER/STERBEDATUM (TT/MM/JJJJ) DES PARTNERS/ **(ET)** ÜLEELANUD REGISTREERITUD ELUKAASLANE / REGISTREERITUD ELUKAASLASE SURMA KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΕΠΙΖΩΝ(-ΣΑ) ΣΥΝΤΡΟΦΟΣ / ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΘΑΝΑΤΟΥ ΣΥΝΤΡΟΦΟΥ/ **(EN)** SURVIVING PARTNER/ DATE (DD/MM/YYYY) OF PARTNER'S DEATH/ **(FR)** PARTENAIRE SURVIVANT/DATE (JJ/MM/AAAA) DU DÉCÈS DU PARTENAIRE/ **(GA)** PÁIRTNÉIR MARTHANACH/ DÁTA (LL/MM/BBBB) BÁIS AN PHÁIRTNÉARA/ **(HR)** NADŽIVJELI PARTNER / DATUM (DD/MM/GGGG) SMRTI PARTNERA/ **(IT)** PARTNER SUPERSTITE/DATA DI DECESSO DEL PARTNER (GG/MM/AAAA)/ **(LV)** PĀRDZĪVOJUŠAIS PARTNERIS / PARTNERA MIRŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** PERGYVENĘS (-USI) PARTNERIS (-Ė) / PARTNERIO (-ĖS) MIRTIES DATA (DD/MM/MMMM)/ **(HU)** TÚLÉLŐ ÉLETTÁRS/AZ ÉLETTÁRS HALÁLÁNAK IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** SIEĦEB/(SIEĦBA) SUPERSTITI U DATA (JJ/XX/SSSS) TAL-MEWT TAS-SIEĦEB/(SIEĦBA)/ **(NL)** OVERLEVENDE PARTNER/DATUM (DD/MM/JJJJ) VAN OVERLIJDEN VAN DE PARTNER/ **(PL)** PARTNER POZOSTAJĄCY PRZY ŻYCIU / DATA (DD/MM/RRRR) ZGONU DRUGIEGO PARTNERA/ **(PT)** PARCEIRO(A) SOBREVIVO(A)/ DATA DO ÓBITO DO(A) PARCEIRO(A) (DD/MM/AAAA)/ **(RO)** PARTENER SUPRAVIEȚUITOR/DATA (ZZ/LL/AAAA) DECESULUI PARTENERULUI/ **(SK)** POZOSTALÝ PARTNER/DÁTUM (DD/MM/RRRR) ÚMRTIA PARTNERA/ **(SL)** PREŽIVELI PARTNER/DATUM (DD/MM/LLLL) PARTNERJEVE SMRTI/ **(FI)** ELOONJÄÄNYT KUMPPANI/KUMPPANIN KUOLINPÄIVÄ (PP/KK/VVVV)/ **(SV)** EFTERLEVANDE PARTNER/DATUM (DD/MM/ÅÅÅÅ) FÖR PARTNERNS DÖD |

| | |
|---|---|
| 5.3 | **(BG)** НЕОПРЕДЕЛЕН/ **(ES)** INDETERMINADO/ **(CZ)** NEURČENO/ **(DA)** UBESTEMT/ **(DE)** UNBESTIMMT/ **(ET)** MÄÄRAMATA/ **(EL)** ΔΕΝ ΠΡΟΣΔΙΟΡΙΖΕΤΑΙ/ **(EN)** UNDETERMINED/ **(FR)** INDÉTERMINÉ/ **(GA)** NEAMHCHINNTITHE/ **(HR)** NEUTVRĐEN/ **(IT)** INDETERMINATO/ **(LV)** NENOTEIKTS/ **(LT)** NENUSTATYTA/ **(HU)** MEGHATÁROZATLAN/ **(MT)** MHUX STABBILIT/ **(NL)** ONBEPAALD/ **(PL)** NIEUSTALONY/ **(PT)** NÃO DEFINIDO/ **(RO)** NEDETERMINAT/ **(SK)** NEURČENÉ/ **(SL)** NEDOLOČEN/ **(FI)** MÄÄRITTELEMÄTÖN/ **(SV)** EJ FASTSTÄLLT |
| 6. | **(BG)** ПОЛЕ ЗА ПОДПИС/ **(ES)** RECUADRO PARA LA FIRMA/ **(CZ)** POLE PRO PODPIS/ **(DA)** UNDERSKRIFTSFELT/ **(DE)** UNTERSCHRIFTENFELD/ **(ET)** ALLKIRJALAHTER/ **(EL)** ΤΕΤΡΑΓΩΝΙΔΙΟ ΥΠΟΓΡΑΦΗΣ/ **(EN)** SIGNATURE BOX/ **(FR)** CADRE POUR LA SIGNATURE/ **(GA)** BOSCA DON SÍNIÚ/ **(HR)** POLJE ZA POTPIS/ **(IT)** RIQUADRO PER LA FIRMA/ **(LV)** PARAKSTA LAUKS/ **(LT)** PARAŠO LAUKELIS/ **(HU)** AZ ALÁÍRÁS SZÖVEGDOBOZA/ **(MT)** KAXXA TAL-IFFIRMAR/ **(NL)** VAK VOOR DE HANDTEKENING/ **(PL)** POLE PODPISU/ **(PT)** ESPAÇO DESTINADO À ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** KOLÓNKA NA PODPIS/ **(SL)** POLJE ZA PODPIS/ **(FI)** ALLEKIRJOITUSKENTTÄ/ **(SV)** RUTA FÖR UNDERTECKNANDE |
| 6.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) И СОБСТВЕНО(И) ИМЕ(НА) НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** APELLIDO(S) Y NOMBRE(S) DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** PŘÍJMENÍ A JMÉNO (JMÉNA) ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** EFTERNAVN(E) OG FORNAVN(E) PÅ DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** FAMILIENNAME(N) UND VORNAME(N) DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU EESNIMI (-NIMED) JA PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΚΑΙ ΟΝΟΜΑ(-ΤΑ) ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** SURNAME(S) AND FORENAME(S) OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** NOM(S) ET PRÉNOM(S) DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** SLOINNE (SLOINNTE) AGUS CÉADAINM (CÉADAINMNEACHA) AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** PREZIME(NA) I IME(NA) SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** COGNOME/I E NOME/I DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, UZVĀRDS(-I) UN VĀRDS(-I)/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAVARDĖ (-ĖS) IR VARDAS (-AI)/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ CSALÁDI NEVE(I) ÉS UTÓNEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET) U ISEM(/ISMIJIET) TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** NA(A)M(EN) EN VOORNA(A)M(EN) VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** NAZWISKO(-A) I IMIĘ (IMIONA) URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** APELIDO(S) E NOME(S) PRÓPRIO(S) DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** NUMELE ȘI PRENUMELE FUNCȚIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** PRIEZVISKO(-Á) A MENO(-Á) ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** PRIIMEK/PRIIMKI IN IME/IMENA URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN SUKUNIMI (-NIMET) JA ETUNIMI (-NIMET)/ **(SV)** EFTERNAMN OCH FÖRNAMN PÅ DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
| 6.2 | **(BG)** ДЛЪЖНОСТ НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** CARGO DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** FUNKCE ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** STILLING — DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** STELLUNG DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU AMETIKOHT/ **(EL)** ΘΕΣΗ ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** POSITION OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** POSTE DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** POST AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** FUNKCIJA SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** POSIZIONE DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, AMATS/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAREIGOS/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ BEOSZTÁSA/ **(MT)** KARIGA TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** FUNCTIE VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** STANOWISKO URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** CARGO DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** POZIȚIA FUNCȚIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** FUNKCIA ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** POLOŽAJ URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN ASEMA/ **(SV)** BEFATTNING FÖR DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
| 6.3 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
| 6.4 | **(BG)** ПОДПИС/ **(ES)** FIRMA/ **(CZ)** PODPIS/ **(DA)** UNDERSKRIFT/ **(DE)** UNTERSCHRIFT/ **(ET)** ALLKIRI/ **(EL)** ΥΠΟΓΡΑΦΗ/ **(EN)** SIGNATURE/ **(FR)** SIGNATURE/ **(GA)** SÍNIÚ/ **(HR)** POTPIS/ **(IT)** FIRMA/ **(LV)** PARAKSTS/ **(LT)** PARAŠAS/ **(HU)** ALÁÍRÁS/ **(MT)** FIRMA/ **(NL)** HANDTEKENING/ **(PL)** PODPIS/ **(PT)** ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** PODPIS/ **(SL)** PODPIS/ **(FI)** ALLEKIRJOITUS/ **(SV)** NAMNTECKNING |
| 6.5 | **(BG)** ПЕЧАТ ИЛИ ЩЕМПЕЛ/ **(ES)** SELLO O TIMBRE/ **(CZ)** PEČEŤ NEBO RAZÍTKO/ **(DA)** SEGL ELLER STEMPEL/ **(DE)** SIEGEL ODER STEMPEL/ **(ET)** PITSER VÕI TEMPEL/ **(EL)** ΣΦΡΑΓΙΔΑ/ **(EN)** SEAL OR STAMP/ **(FR)** SCEAU OU TIMBRE/ **(GA)** SÉALA NÓ STAMPA/ **(HR)** ŽIG ILI PEČAT/ **(IT)** BOLLO O TIMBRO/ **(LV)** ZĪMOGS VAI SPIEDOGS/ **(LT)** SPAUDAS ARBA ANTSPAUDAS/ **(HU)** PECSÉT VAGY BÉLYEGZŐLENYOMAT/ **(MT)** SIGILL JEW TIMBRU/ **(NL)** ZEGEL OF STEMPEL/ **(PL)** PIECZĘĆ LUB STEMPEL/ **(PT)** SELO OU CARIMBO/ **(RO)** SIGILIUL SAU ŞTAMPILA/ **(SK)** PEČAŤ ALEBO ODTLAČOK PEČIATKY/ **(SL)** PEČAT ALI ŽIG/ **(FI)** SINETTI TAI LEIMA/ **(SV)** SIGILL ELLER STÄMPEL |

*ANNEX X*

| DOMICILE and/or RESIDENCE<br><br>**MULTILINGUAL STANDARD FORM — TRANSLATION AID**<br><br>Article 7 of Regulation (EU) 2016/1191 of the European Parliament and of the Council of 6 July 2016 on promoting the free movement of citizens by simplifying the requirements for presenting certain public documents in the European Union and amending Regulation (EU) No 1024/2012 (¹) (²) | ☐ Belgium (BE) ☐ Bulgaria (BG)<br>☐ Czech Republic (CZ)<br>☐ Denmark (DK) ☐ Germany (DE)<br>☐ Estonia (EE) ☐ Ireland (IE)<br>☐ Greece (EL) ☐ Spain (ES)<br>☐ France (FR) ☐ Croatia (HR)<br>☐ Italy (IT) ☐ Cyprus (CY)<br>☐ Latvia (LV) ☐ Lithuania (LT)<br>☐ Luxembourg (LU)<br>☐ Hungary (HU) ☐ Malta (MT)<br>☐ Netherlands (NL) ☐ Austria (AT)<br>☐ Poland (PL) ☐ Portugal (PT)<br>☐ Romania (RO) ☐ Slovenia (SI)<br>☐ Slovakia (SK) ☐ Finland (FI)<br>☐ Sweden (SE) ☐ United Kingdom (UK) |
| --- | --- |

---

**IMPORTANT NOTICE**

The sole purpose of this multilingual standard form is to facilitate the translation of the public document to which it is attached. This form shall not be circulated as an autonomous document between Member States.

This form reflects the content of the public document to which it is attached. However, the authority to which the public document is presented may require, when necessary for the purpose of processing the public document, a translation or transliteration of the information included in the form.

---

**NOTE FOR THE ISSUING AUTHORITY**

Mention only information which is given in the public document to which this form is attached (³).

If the public document to which this form is attached does not contain certain data or information, indicate '—'.

---

1.  AUTHORITY ISSUING THIS FORM

1.1  Designation (⁴) .......................................................................................................................................

---

2.  AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

1.1  Designation (⁵) .......................................................................................................................................

---

3.  INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

3.1  ☐ Document emanating from an authority or an official connected with the courts or tribunals of a Member State

    3.1.1  ☐ Court decision

    3.1.2  ☐ Document emanating from a public prosecutor

    3.1.3  ☐ Document emanating from a clerk of a court

    3.1.4  ☐ Document emanating from a judicial officer ('huissier de justice')

    3.1.5  ☐ Other (to be specified) ....................................................................................................

---

(¹)  OJ L 200, 26.7.2016, p. 1.
(²)  For the purposes of this Regulation, the concepts of 'domicile' and 'residence' should be interpreted in accordance with national law.
(³)  If completing by hand, please use capital letters.
(⁴)  The term 'designation' should be interpreted as referring to the official designation of the authority issuing the form.
(⁵)  The term 'designation' should be interpreted as referring to the official designation of the authority issuing the public document to which this form is attached.

3.2  ☐ Administrative document

    3.2.1  ☐ Certificate

    3.2.2  ☐ Extract from the Civil Status Register

    3.2.3  ☐ Extract from the Population Register

    3.2.4  ☐ Verbatim copy of civil status records

    3.1.5  ☐ Other (to be specified) ..............................................................................

3.3  ☐ Notarial act

3.4  ☐ Official certificate placed on a document signed by a person in his or her private capacity

3.5  ☐ Document drawn up by a diplomatic or consular agent of a Member State in his or her official capacity

3.6  Date (dd/mm/yyyy) of issue ..................................................................................

3.7  Reference number of the public document ............................................................

---

4.  INFORMATION ON THE PERSON CONCERNED

4.1  Surname(s) ..........................................................................................................

4.2  Forename(s) .........................................................................................................

4.3  Date (dd/mm/yyyy) of birth ..................................................................................

4.4  Place ($^1$) and country ($^2$) of birth .........................................................................

4.5.  Sex: ....................................................................................................................

    4.5.1  ☐ Female

    4.5.2  ☐ Male

    4.5.3  ☐ Undetermined

---

5.  CURRENT DOMICILE AND/OR RESIDENCE OF THE PERSON NAMED IN THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

5.1  ☐ Domicile

    5.1.1  Address: ...................................................................................................

        5.1.1.1  Street and number/PO Box ..........................................................

        5.1.1.2  Place and postal code ..................................................................

        5.1.1.3  Country ($^1$) ..............................................................................

5.2  ☐ Residence

    5.1.1  Address ....................................................................................................

        5.1.1.1  Street and number/PO Box ..........................................................

        5.1.1.2  Place and postal code ..................................................................

        5.1.1.3  Country ($^2$) ..............................................................................

---

6.  SIGNATURE BOX

6.1  Surname(s) and forenames(s) of the official who issued this form

    .............................................................................................................................

6.2  Position of the official who issued this form ...........................................................

6.3  Date (dd/mm/yyyy) of issue ..................................................................................

6.4  Signature ............................................................................................................

6.5  Seal or stamp .....................................................................................................

---

($^1$)  The term 'place of birth' refers to the name of the city, town, village, or hamlet and province in which the person was born.

($^2$)  The name of the country and, where it exists, the ISO code of that country or the option 'Other (to be specified)' should be chosen from the drop-down list in the model multilingual standard form available in the European e-Justice Portal.

**MULTILINGUAL GLOSSARY OF THE STANDARD ENTRY HEADINGS**

**(DOMICILE and/or RESIDENCE)**

| | |
|---|---|
| 1. | **(BG)** ОРГАН, ИЗДАВАЩ НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ TENTO FORMULÁŘ/ **(DA)** DENNE FORMULARS UDSTEDENDE MYNDIGHED/ **(DE)** BEHÖRDE, DIE DIESES FORMULAR AUSSTELLT/ **(ET)** KÄESOLEVA VORMI VÄLJA ANDNUD ASUTUS/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΠΑΡΟΝΤΟΣ ΕΝΤΥΠΟΥ/ **(EN)** AUTHORITY ISSUING THIS FORM/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN FHOIRM SEO/ **(HR)** TIJELO KOJE IZDAJE OVAJ OBRAZAC/ **(IT)** AUTORITÀ CHE RILASCIA IL PRESENTE MODULO/ **(LV)** VEIDLAPAS IZDEVĒJIESTĀDE/ **(LT)** ŠIĄ FORMĄ IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TA' DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN DIT FORMULIER/ **(PL)** ORGAN WYDAJĄCY NINIEJSZY FORMULARZ/ **(PT)** AUTORIDADE QUE EMITE O PRESENTE FORMULÁRIO/ **(RO)** AUTORITATEA EMITENTĂ A PREZENTULUI FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI TENTO FORMULÁR/ **(SL)** ORGAN, KI IZDA TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTAVA VIRANOMAINEN/ **(SV)** MYNDIGHET SOM UTFÄRDAR FORMULÄRET |
| 1.1 | **(BG)** НАИМЕНОВАНИЕ/ **(ES)** DENOMINACIÓN/ **(CZ)** NÁZEV/ **(DA)** BETEGNELSE/ **(DE)** BEZEICHNUNG/ **(ET)** NIMETUS/ **(EL)** ΟΝΟΜΑΣΙΑ/ **(EN)** DESIGNATION/ **(FR)** DÉNOMINATION/ **(GA)** AINMNIÚ/ **(HR)** NAZIV/ **(IT)** DENOMINAZIONE/ **(LV)** NOSAUKUMS/ **(LT)** PAVADINIMAS/ **(HU)** MEGNEVEZÉS/ **(MT)** TITLU/ **(NL)** BENAMING/ **(PL)** NAZWA/ **(PT)** DESIGNAÇÃO/ **(RO)** DENUMIRE/ **(SK)** NÁZOV/ **(SL)** IME/ **(FI)** NIMI/ **(SV)** NAMN |
| 2. | **(BG)** ОРГАН, ИЗДАВАЩ ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ VEŘEJNOU LISTINU, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** DEN MYNDIGHED, DER HAR UDSTEDT DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** BEHÖRDE, DIE DIE ÖFFENTLICHE URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST, AUSSTELLT/ **(ET)** ASUTUS, KES ANDIS VÄLJA AVALIKU DOKUMENDI, MILLELE SEE VORM ON LISATUD/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** TIJELO KOJE IZDAJE JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** AUTORITÀ CHE RILASCIA IL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** PUBLISKĀ DOKUMENTA, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA, IZDEVĒJIESTĀDE/ **(LT)** VIEŠĄJĮ DOKUMENTĄ, PRIE KURIO PRIDEDAMA ŠI FORMA, IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATOT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TAD-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** ORGAN WYDAJĄCY DOKUMENT URZĘDOWY, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** AUTORIDADE QUE EMITE O DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** AUTORITATEA EMITENTĂ A DOCUMENTULUI OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI VEREJNÚ LISTINU, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** ORGAN, KI IZDA JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** VIRANOMAINEN, JOKA ON ANTANUT YLEISEN ASIAKIRJAN, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** MYNDIGHET SOM UTFÄRDAR DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |
| 3. | **(BG)** ИНФОРМАЦИЯ ОТНОСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** INFORMACIÓN RELATIVA AL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** INFORMACE TÝKAJÍCÍ SE VEŘEJNÉ LISTINY, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** OPLYSNINGER VEDRØRENDE DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** ANGABEN ZUR ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST/ **(ET)** TEAVE AVALIKU DOKUMENDI KOHTA, MILLELE SEE VORM ON LISATUD/ **(EL)** ΠΛΗΡΟΦΟΡΙΕΣ ΣΧΕΤΙΚΑ ΜΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** INFORMATIONS RELATIVES AU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** FAISNÉIS A BHAINEANN LEIS AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** INFORMACIJE KOJE SE ODNOSE NA JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** INFORMAZIONI RELATIVE AL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** INFORMĀCIJA PAR PUBLISKO DOKUMENTU, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA/ **(LT)** INFORMACIJA, SUSIJUSI SU VIEŠUOJU DOKUMENTU, PRIE KURIO PRIDEDAMA ŠI FORMA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATRA VONATKOZÓ INFORMÁCIÓK/ **(MT)** INFORMAZZJONI DWAR ID-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** INFORMATIE BETREFFENDE HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** INFORMACJE DOTYCZĄCE DOKUMENTU URZĘDOWEGO, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** INFORMAÇÕES RELATIVAS AO DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** INFORMAȚII REFERITOARE LA DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** INFORMÁCIE O VEREJNEJ LISTINE, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** INFORMACIJE V ZVEZI Z JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** TIEDOT YLEISESTÄ ASIAKIRJASTA, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** INFORMATION OM DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |

| 3.1 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ОРГАН ИЛИ ДЛЪЖНОСТНО ЛИЦЕ, СВЪРЗАН/О СЪС СЪДИЛИЩАТА ИЛИ ПРАВОРАЗДАВАТЕЛНИТЕ ОРГАНИ НА ДЪРЖАВА ЧЛЕНКА/ **(ES)** DOCUMENTO EXPEDIDO POR UNA AUTORIDAD O UN FUNCIONARIO VINCULADO A LOS ÓRGANOS JURISDICCIONALES DE UN ESTADO MIEMBRO/ **(CZ)** LISTINA VYDANÁ ORGÁNEM NEBO ÚŘEDNÍKEM S VAZBOU NA SOUDY DANÉHO ČLENSKÉHO STÁTU/ **(DA)** DOKUMENT, DER ER UDSTEDT AF EN MYNDIGHED ELLER EN EMBEDSMAND, DER ER TILKNYTTET DOMSTOLE I EN MEDLEMSSTAT/ **(DE)** URKUNDE EINER BEHÖRDE ODER EINER AMTSPERSON ALS ORGAN DER RECHTSPFLEGE EINES MITGLIEDSTAATS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD LIIKMESRIIGI KOHTUTEGA SEOTUD AMETIASUTUS VÕI AMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΜΙΑ ΑΡΧΗ Ή ΕΝΑΝ/ ΜΙΑ ΥΠΑΛΛΗΛΟ ΠΟΥ ΣΥΝΔΕΕΤΑΙ ΜΕ ΤΑ ΔΙΚΑΣΤΗΡΙΑ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ/ **(EN)** DOCUMENT EMANATING FROM AN AUTHORITY OR AN OFFICIAL CONNECTED WITH THE COURTS OR TRIBUNALS OF A MEMBER STATE/ **(FR)** DOCUMENT ÉMANANT D'UNE AUTORITÉ OU D'UN FONCTIONNAIRE RELEVANT D'UNE JURIDICTION D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD A THAGANN Ó ÚDARÁS NÓ Ó OIFIGEACH A BHFUIL BAINT AIGE NÓ AICI LE CÚIRTEANNA NÓ LE BINSÍ DE CHUID BALLSTÁIT/ **(HR)** ISPRAVA KOJU JE IZDALO TIJELO ILI SLUŽBENIK SUDA DRŽAVE ČLANICE/ **(IT)** DOCUMENTO EMANATO DA UN'AUTORITÀ O DA UN FUNZIONARIO APPARTENENTE AD UNA DELLE GIURISDIZIONI DI UNO STATO MEMBRO/ **(LV)** DOKUMENTS, KURU IZSNIEGUSI AR DALĪBVALSTS TIESĀM SAISTĪTA IESTĀDE VAI AMATPERSONA/ **(LT)** DOKUMENTAS, IŠDUOTAS VALDŽIOS INSTITUCIJOS AR PAREIGŪNO, SUSIJUSIŲ SU VALSTYBĖS NARĖS TEISMAIS AR TRIBUNOLAIS/ **(HU)** TAGÁLLAMI BÍRÓSÁGGAL KAPCSOLATBAN ÁLLÓ HATÓSÁG VAGY TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN AWTORITÀ JEW UFFIĊJAL LI JKOLLHOM RABTA MAL-QRATI JEW IT-TRIBUNALI TA' STAT MEMBRU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN AUTORITEIT OF AMBTENAAR BEHORENDE TOT EEN RECHTERLIJKE INSTANTIE VAN EEN LIDSTAAT/ **(PL)** DOKUMENT POCHODZĄCY OD ORGANU SĄDOWEGO LUB URZĘDNIKA SĄDOWEGO PAŃSTWA CZŁONKOWSKIEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UMA AUTORIDADE OU DE UM FUNCIONÁRIO DEPENDENTE DE QUALQUER JURISDIÇÃO DE UM ESTADO-MEMBRO/ **(RO)** DOCUMENT EMIS DE O AUTORITATE SAU DE UN FUNCTIONAR DE PE LÂNGĂ INSTANTELE UNUI STAT MEMBRU/ **(SK)** LISTINA VYDANÁ ORGÁNOM ALEBO ÚRADNÍKOM S VÄZBOU NA SÚDY ČLENSKÉHO ŠTÁTU/ **(SL)** LISTINA, IZDANA S STRANI ORGANA ALI URADNIKA SODNE OBLASTI DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA ON ANTANUT JÄSENVALTION OIKEUSLAITOKSEEN KUULUVA VIRANOMAINEN TAI VIRKAMIES/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN MYNDIGHET ELLER EN TJÄNSTEMAN TILLHÖRANDE DOMSTOLSVÄSENDET I EN MEDLEMSSTAT |
| 3.1.1 | **(BG)** СЪДЕБНО РЕШЕНИЕ/ **(ES)** RESOLUCIÓN JUDICIAL/ **(CZ)** ROZHODNUTÍ SOUDU/ **(DA)** DOMSTOLSAFGØRELSE/ **(DE)** GERICHTSENTSCHEIDUNG/ **(ET)** KOHTUOTSUS/ **(EL)** ΔΙΚΑΣΤΙΚΗ ΑΠΟΦΑΣΗ/ **(EN)** COURT DECISION/ **(FR)** DÉCISION DE JUSTICE/ **(GA)** CINNEADH ÓN gCÚIRT/ **(HR)** SUDSKA ODLUKA/ **(IT)** DECISIONE GIURISDIZIONALE/ **(LV)** TIESAS LĒMUMS/ **(LT)** TEISMO SPRENDIMAS/ **(HU)** BÍRÓSÁGI HATÁROZAT/ **(MT)** DEĊIŻJONI TAL-QORTI/ **(NL)** RECHTERLIJKE BESLISSING/ **(PL)** ORZECZENIE SĄDOWE/ **(PT)** DECISÃO JUDICIAL/ **(RO)** HOTĂRÂRE JUDECĂTOREASCĂ/ **(SK)** SÚDNE ROZHODNUTIE/ **(SL)** SODNA ODLOČBA/ **(FI)** TUOMIOISTUIMEN PÄÄTÖS/ **(SV)** DOMSTOLSBESLUT |
| 3.1.2 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ПРОКУРОР/ **(ES)** DOCUMENTO EXPEDIDO POR EL MINISTERIO FISCAL/ **(CZ)** LISTINA VYDANÁ STÁTNÍM ZÁSTUPCEM/ **(DA)** DOKUMENT UDSTEDT AF EN ANKLAGEMYNDIGHED/ **(DE)** URKUNDE EINER STAATSANWALTSCHAFT/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD RIIKLIK SÜÜDISTAJA/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΕΙΣΑΓΓΕΛΕΑ/ **(EN)** DOCUMENT EMANATING FROM A PUBLIC PROSECUTOR/ **(FR)** DOCUMENT ÉMANANT DU MINISTÈRE PUBLIC/ **(GA)** DOICIMÉAD A THAGANN Ó IONCHÚISITHEOIR POIBLÍ/ **(HR)** ISPRAVA KOJU JE IZDALO DRŽAVNO ODVJETNIŠTVO/ **(IT)** DOCUMENTO EMANATO DAL PUBBLICO MINISTERO/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS PROKURORS/ **(LT)** PROKURORO IŠDUOTAS DOKUMENTAS/ **(HU)** ÜGYÉSZ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN PROSEKUTUR PUBBLIKU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN OPENBAAR MINISTERIE/ **(PL)** DOKUMENT POCHODZĄCY OD PROKURATORA/ **(PT)** DOCUMENTO PROVENIENTE DO MINISTÉRIO PÚBLICO/ **(RO)** DOCUMENT EMIS DE UN PROCUROR/ **(SK)** LISTINA VYDANÁ PROKURÁTOROM/ **(SL)** LISTINA, KI JO IZDA DRŽAVNO TOŽILSTVO/ **(FI)** VIRALLISEN SYYTTÄJÄN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN ÅKLAGARVÄSENDET |
| 3.1.3 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН СЛУЖИТЕЛ/ **(ES)** DOCUMENTO EXPEDIDO POR UN SECRETARIO JUDICIAL/ **(CZ)** LISTINA VYDANÁ VYŠŠÍM SOUDNÍM ÚŘEDNÍKEM/ **(DA)** DOKUMENT UDSTEDT AF EN JUSTITSSEKRETÆR/ **(DE)** URKUNDE EINES URKUNDSBEAMTEN DER GESCHÄFTSSTELLE EINES GERICHTS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUAMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΓΡΑΜΜΑΤΕΑ ΔΙΚΑΣΤΗΡΙΟΥ/ **(EN)** DOCUMENT EMANATING FROM A CLERK OF A COURT/ **(FR)** DOCUMENT ÉMANANT D'UN GREFFIER/ **(GA)** DOICIMÉAD A THAGANN Ó CHLÉIREACH DE CHUID CÚIRTE/ **(HR)** ISPRAVA KOJU JE IZDAO UPRAVITELJ SUDSKE PISARNICE/ **(IT)** DOCUMENTO EMANATO DA UN CANCELLIERE/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS SEKRETĀRS/ **(LT)** TEISMO TARNAUTOJO IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN REĠISTRATUR TA' QORTI/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GRIFFIER/ **(PL)** DOKUMENT POCHODZĄCY OD SEKRETARZA SĄDOWEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UM OFICIAL DE JUSTIÇA/ **(RO)** DOCUMENT EMIS DE UN GREFIER AL INSTANȚEI/ **(SK)** LISTINA VYDANÁ SÚDNYM ÚRADNÍKOM/ **(SL)** LISTINA, KI JO IZDA SODNI USLUŽBENEC/ **(FI)** TUOMIOISTUIMEN SIHTEERIN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN DOMSTOLSTJÄNSTEMAN |

| | |
|---|---|
| 3.1.4 | **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН ИЗПЪЛНИТЕЛ („HUISSIER DE JUSTICE")/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE JUDICIAL («HUISSIER DE JUSTICE»)/ **(CZ)** LISTINA VYDANÁ SOUDNÍM VYKONAVATELEM („HUISSIER DE JUSTICE")/ **(DA)** DOKUMENT UDSTEDT AF EN STÆVNINGSMAND (»HUISSIER DE JUSTICE«)/ **(DE)** URKUNDE EINES GERICHTSVOLLZIEHERS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUTÄITUR/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΔΙΚΑΣΤΙΚΟ(-Η) ΕΠΙΜΕΛΗΤΗ(-ΡΙΑ) («HUISSIER DE JUSTICE»)/ **(EN)** DOCUMENT EMANATING FROM A JUDICIAL OFFICER ('HUISSIER DE JUSTICE')/ **(FR)** DOCUMENT ÉMANANT D'UN HUISSIER DE JUSTICE/ **(GA)** DOICIMÉAD A THAGANN Ó OIFIGEACH BREITHIÚNACH ("HUISSIER DE JUSTICE")/ **(HR)** ISPRAVA KOJU JE IZDAO SUDSKI OVRŠITELJ („HUISSIER DE JUSTICE")/ **(IT)** DOCUMENTO EMANATO DA UN UFFICIALE GIUDIZIARIO ("HUISSIER DE JUSTICE")/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS IZPILDĪTĀJS (*HUISSIER DE JUSTICE*)/ **(LT)** ANTSTOLIO (HUISSIER DE JUSTICE) IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI VÉGREHAJTÓ („HUISSIER DE JUSTICE") ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN UFFIĊJAL ĠUDIZZJARJU ('HUISSIER DE JUSTICE')/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GERECHTSDEURWAARDER/ **(PL)** DOKUMENT POCHODZĄCY OD URZĘDNIKA SĄDOWEGO (*HUISSIER DE JUSTICE*)/ **(PT)** DOCUMENTO PROVENIENTE DE UM ESCRIVÃO DE DIREITO («HUISSIER DE JUSTICE»)/ **(RO)** DOCUMENT EMIS DE UN EXECUTOR JUDECĂTORESC („HUISSIER DE JUSTICE")/ **(SK)** LISTINA VYDANÁ SÚDNYM VYKONÁVATEĽOM („HUISSIER DE JUSTICE")/ **(SL)** LISTINA, KI JO IZDA SODNI IZVRŠITELJ („HUISSIER DE JUSTICE")/ **(FI)** HAASTEMIEHEN ("HUISSIER DE JUSTICE") ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN STÄMNINGSMAN (*HUISSIER DE JUSTICE*) |
| 3.1.5 | **(BG)** ДРУГИ (ДА СЕ ПОСОЧАТ)/ **(ES)** OTRO (ESPECIFÍQUESE)/ **(CZ)** JINÉ (UPŘESNĚTE)/ **(DA)** ANDRE (ANGIVES)/ **(DE)** SONSTIGES (BITTE ANGEBEN)/ **(ET)** MUU (TÄPSUSTAGE)/ **(EL)** ΑΛΛΟ (ΔΙΕΥΚΡΙΝΙΣΤΕ)/ **(EN)** OTHER (TO BE SPECIFIED)/ **(FR)** AUTRE (À PRÉCISER)/ **(GA)** EILE (LE SONRÚ)/ **(HR)** OSTALO (NAVESTI)/ **(IT)** ALTRO (PRECISARE)/ **(LV)** CITS (PRECIZĒT)/ **(LT)** KITA (NURODYTI)/ **(HU)** EGYÉB (KÉRJÜK PONTOSÍTANI)/ **(MT)** OĦRAJN (IPPRECIŻA)/ **(NL)** OVERIGE (SPECIFICEREN)/ **(PL)** INNY (PROSZĘ OKREŚLIĆ)/ **(PT)** OUTROS (A ESPECIFICAR)/ **(RO)** ALTUL (A SE PRECIZA)/ **(SK)** INÉ (SPRESNIŤ)/ **(SL)** DRUGO (NAVESTI)/ **(FI)** MUU ASIAKIRJA (TÄSMENNETTÄVÄ)/ **(SV)** ANNAN HANDLING (SPECIFICERAS) |
| 3.2 | **(BG)** АДМИНИСТРАТИВЕН ДОКУМЕНТ/ **(ES)** DOCUMENTO ADMINISTRATIVO/ **(CZ)** LISTINA VYDANÁ SPRÁVNÍM ÚŘADEM/ **(DA)** ADMINISTRATIVT DOKUMENT/ **(DE)** URKUNDE EINER VERWALTUNGSBEHÖRDE/ **(ET)** HALDUSDOKUMENT/ **(EL)** ΔΙΟΙΚΗΤΙΚΟ ΕΓΓΡΑΦΟ/ **(EN)** ADMINISTRATIVE DOCUMENT/ **(FR)** DOCUMENT ADMINISTRATIF/ **(GA)** DOICIMÉAD RIARACHÁIN/ **(HR)** UPRAVNA ISPRAVA/ **(IT)** DOCUMENTO AMMINISTRATIVO/ **(LV)** ADMINISTRATĪVS DOKUMENTS/ **(LT)** ADMINISTRACINIS DOKUMENTAS/ **(HU)** KÖZIGAZGATÁSI OKIRAT/ **(MT)** DOKUMENT AMMINISTRATTIV/ **(NL)** ADMINISTRATIEF DOCUMENT/ **(PL)** DOKUMENT ADMINISTRACYJNY/ **(PT)** DOCUMENTO ADMINISTRATIVO/ **(RO)** DOCUMENT ADMINISTRATIV/ **(SK)** SPRÁVNA LISTINA/ **(SL)** UPRAVNA LISTINA/ **(FI)** HALLINNOLLINEN ASIAKIRJA/ **(SV)** ADMINISTRATIV HANDLING |
| 3.2.1 | **(BG)** УДОСТОВЕРЕНИЕ/ **(ES)** CERTIFICADO/ **(CZ)** OSVĚDČENÍ/ **(DA)** PÅTEGNING/ **(DE)** BESCHEINIGUNG/ **(ET)** TÕEND/ **(EL)** ΠΙΣΤΟΠΟΙΗΤΙΚΟ/ **(EN)** CERTIFICATE/ **(FR)** CERTIFICAT/ **(GA)** DEIMHNIÚ/ **(HR)** POTVRDA/ **(IT)** CERTIFICATO/ **(LV)** APLIECINĀJUMS/ **(LT)** PAŽYMA, LIUDIJIMAS/ **(HU)** TANÚSÍTVÁNY/BIZONYÍTVÁNY/ **(MT)** ĊERTIFIKAT/ **(NL)** CERTIFICAAT/ **(PL)** ZAŚWIADCZENIE/ **(PT)** CERTIDÃO OU CERTIFICADO/ **(RO)** CERTIFICAT/ **(SK)** OSVEDČENIE/ **(SL)** POTRDILO/ **(FI)** TODISTUS/ **(SV)** INTYG |
| 3.2.2 | **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА ЗА ГРАЖДАНСКОТО СЪСТОЯНИЕ/ **(ES)** EXTRACTO DEL REGISTRO CIVIL/ **(CZ)** VÝPIS Z MATRIKY/ **(DA)** UDDRAG FRA CIVILSTANDSREGISTRET/ **(DE)** AUSZUG AUS DEM PERSONENSTANDSREGISTER/ **(ET)** PEREKONNASEISUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΛΗΞΙΑΡΧΙΚΟΥ ΜΗΤΡΩΟΥ/ **(EN)** EXTRACT FROM THE CIVIL STATUS REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE L'ÉTAT CIVIL/ **(GA)** SLIOCHT AS AN gCLÁR STÁDAS SHIBHIALTA/ **(HR)** IZVADAK IZ REGISTRA OSOBNOG STANJA/ **(IT)** ESTRATTO DI ATTO DI STATO CIVILE/ **(LV)** IZRAKSTS NO CIVILSTĀVOKĻA AKTU REĢISTRA/ **(LT)** IŠRAŠAS IŠ CIVILINĖS BŪKLĖS AKTŲ REGISTRO/ **(HU)** ANYAKÖNYVI KIVONAT/ **(MT)** ESTRATT MIR-REĠISTRU TAL-ISTAT ĊIVILI/ **(NL)** UITTREKSEL UIT HET REGISTER VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS SKRÓCONY AKTU STANU CYWILNEGO/ **(PT)** EXTRATO DE ATOS DO REGISTO CIVIL/ **(RO)** EXTRAS DIN REGISTRUL DE STARE CIVILĂ/ **(SK)** VÝPIS Z REGISTRA OSOBNÉHO STAVU/ **(SL)** IZPISEK IZ REGISTRA O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERIOTE (SIVIILISÄÄTY)/ **(SV)** UTDRAG UR FOLKBOKFÖRINGEN |
| 3.2.3 | **(BG)** ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА НА НАСЕЛЕНИЕТО/ **(ES)** EXTRACTO DEL CENSO/ **(CZ)** VÝPIS Z REGISTRU OBYVATEL/ **(DA)** UDDRAG FRA FOLKEREGISTRET/ **(DE)** AUSZUG AUS DEM MELDEREGISTER/ **(ET)** RAHVASTIKUREGISTRI VÄLJAVÕTE/ **(EL)** ΑΠΟΣΠΑΣΜΑ ΔΗΜΟΤΟΛΟΓΙΟΥ/ **(EN)** EXTRACT FROM THE POPULATION REGISTER/ **(FR)** EXTRAIT DU REGISTRE DE LA POPULATION/ **(GA)** SLIOCHT AS AN gCLÁR DAONRA/ **(HR)** IZVADAK IZ POPISA STANOVNIŠTVA/ **(IT)** ESTRATTO ANAGRAFICO/ **(LV)** IZRAKSTS NO IEDZĪVOTĀJU REĢISTRA/ **(LT)** IŠRAŠAS IŠ GYVENTOJŲ REGISTRO/ **(HU)** KIVONAT A SZEMÉLYIADAT- ÉS LAKCÍMNYILVÁNTARTÁSBÓL/ **(MT)** ESTRATT MIR-REĠISTRU TAL-POPOLAZZJONI/ **(NL)** UITTREKSEL UIT HET BEVOLKINGSREGISTER/ **(PL)** WYCIĄG Z REJESTRU LUDNOŚCI/ **(PT)** EXTRATO DO REGISTO DA POPULAÇÃO/ **(RO)** EXTRAS DIN REGISTRUL DE EVIDENȚĂ A POPULAȚIEI/ **(SK)** VÝPIS Z REGISTRA OBYVATEĽOV/ **(SL)** IZPISEK IZ REGISTRA PREBIVALSTVA/ **(FI)** VÄESTÖREKISTERIOTE/ **(SV)** UTDRAG UR BEFOLKNINGSREGISTER |
| 3.2.4 | **(BG)** ПЪЛЕН ПРЕПИС ОТ АКТОВЕ ЗА ГРАЖДАНСКО СЪСТОЯНИЕ/ **(ES)** COPIA LITERAL DE ACTAS DEL REGISTRO CIVIL/ **(CZ)** OPIS MATRIČNÍCH ZÁZNAMŮ/ **(DA)** ORDRET KOPI AF CIVILSTANDSREGISTRE/ **(DE)** WÖRTLICHE KOPIE VON PERSONENSTANDSEINTRÄGEN/ **(ET)** PEREKONNASEISUAKTI KOOPIA/ **(EL)** ΠΙΣΤΟ ΑΝΤΙΓΡΑΦΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟΥ ΠΡΟΣΩΠΙΚΗΣ ΚΑΤΑΣΤΑΣΗΣ/ **(EN)** VERBATIM COPY OF CIVIL STATUS RECORDS/ **(FR)** COPIE INTÉGRALE D'ACTES DE L'ÉTAT CIVIL/ **(GA)** CÓIP FOCAL AR FHOCAL DE THAIFID AR STÁDAS SIBHIALTA/ **(HR)** DOSLOVNI PRIJEPIS IZ EVIDENCIJA O OSOBNOM STANJU/ **(IT)** COPIA LETTERALE DI ATTI DI STATO CIVILE/ **(LV)** CIVILSTĀVOKĻA AKTU REĢISTRA IERAKSTU AUTENTISKA KOPIJA/ **(LT)** CIVILINĖS BŪKLĖS AKTŲ ĮRAŠŲ PAŽODINĖ KOPIJA/ **(HU)** ANYAKÖNYVI BEJEGYZÉS SZÓ SZERINTI MÁSOLATA/ **(MT)** KOPJA VERBATIM TAL-ATTI TAL-ISTAT ĊIVILI/ **(NL)** EENSLUIDEND AFSCHRIFT VAN AKTEN VAN DE BURGERLIJKE STAND/ **(PL)** ODPIS ZUPEŁNY AKTU STANU CYWILNEGO/ **(PT)** CERTIDÃO DE CÓPIA INTEGRAL OU DE NARRATIVA DE ATOS DE REGISTO CIVIL/ **(RO)** COPIE EXACTĂ A UNUI ACT DE STARE CIVILĂ/ **(SK)** DOSLOVNÝ VÝPIS ZO ZÁPISOV O OSOBNOM STAVE/ **(SL)** DOBESEDNI PREPIS LISTIN O OSEBNEM STANJU/ **(FI)** VÄESTÖREKISTERITIETOJEN SANATARKKA JÄLJENNÖS/ **(SV)** ORDAGRANN AVSKRIFT AV FOLKBOKFÖRINGSHANDLING |

| 3.3 | **(BG)** НОТАРИАЛЕН АКТ/ **(ES)** ACTA NOTARIAL/ **(CZ)** NOTÁŘSKÁ LISTINA/ **(DA)** NOTARBEKRÆFTET DOKUMENT/ **(DE)** NOTARIELLE URKUNDE/ **(ET)** NOTARIAALDOKUMENT/ **(EL)** ΣΥΜΒΟΛΑΙΟΓΡΑΦΙΚΗ ΠΡΑΞΗ/ **(EN)** NOTARIAL ACT/ **(FR)** ACTE NOTARIÉ/ **(GA)** GNÍOMH NÓTAIREACHTA/ **(HR)** JAVNOBILJEŽNIČKA ISPRAVA/ **(IT)** ATTO NOTARILE/ **(LV)** NOTARIĀLS AKTS/ **(LT)** NOTARINIS AKTAS/ **(HU)** KÖZJEGYZŐI OKIRAT/ **(MT)** ATT NOTARILI/ **(NL)** NOTARIËLE AKTE/ **(PL)** AKT NOTARIALNY/ **(PT)** ATO NOTARIAL/ **(RO)** ACT NOTARIAL/ **(SK)** NOTÁRSKA LISTINA/ **(SL)** NOTARSKA LISTINA/ **(FI)** NOTAARIN ANTAMA ASIAKIRJA/ **(SV)** NOTARIELL HANDLING |
|---|---|
| 3.4 | **(BG)** ОФИЦИАЛНО УДОСТОВЕРЕНИЕ, ПРИЛОЖЕНО КЪМ ДОКУМЕНТ, ПОДПИСАН ОТ ЛИЦЕ В ЛИЧНО КАЧЕСТВО/ **(ES)** CERTIFICACIÓN OFICIAL PUESTA SOBRE UN DOCUMENTO PRIVADO/ **(CZ)** ÚŘEDNÍ OSVĚDČENÍ, KTERÝM BYLA OPATŘENA LISTINA PODEPSANÁ SOUKROMOU OSOBOU/ **(DA)** OFFICIEL PÅTEGNING PÅ ET DOKUMENT UNDERTEGNET AF EN PERSON I DENNES EGENSKAB AF PRIVATPERSON/ **(DE)** AMTLICHE BESCHEINIGUNG AUF EINER PRIVATURKUNDE/ **(ET)** ISIKU POOLT ERAISIKUNA ALLKIRJASTATUD DOKUMENDILE KINNITATAV AMETLIK TÕEND/ **(EL)** ΕΠΙΣΗΜΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟ ΕΝΣΩΜΑΤΩΜΕΝΟ ΣΕ ΕΓΓΡΑΦΟ ΥΠΟΓΕΓΡΑΜΜΕΝΟ ΑΠΟ ΑΤΟΜΟ ΠΟΥ ΕΝΕΡΓΕΙ ΩΣ ΙΔΙΩΤΗΣ/ **(EN)** OFFICIAL CERTIFICATE PLACED ON A DOCUMENT SIGNED BY A PERSON IN HIS OR HER PRIVATE CAPACITY/ **(FR)** DÉCLARATION OFFICIELLE APPOSÉE SUR UN ACTE SOUS SEING PRIVÉ/ **(GA)** DEIMHNIÚ OIFIGIÚIL A CHUIRTEAR AR DHOICIMÉAD ARNA SHÍNIÚ AG DUINE INA CHÁIL NÓ INA CÁIL PHRÍOBHÁIDEACH/ **(HR)** SLUŽBENA POTVRDA STAVLJENA NA ISPRAVU KOJU JE OSOBA POTPISALA U PRIVATNOM SVOJSTVU/ **(IT)** DICHIARAZIONE UFFICIALE APPOSTA SU UNA SCRITTURA PRIVATA/ **(LV)** OFICIĀLS APLIECINĀJUMS UZ DOKUMENTA, KO SAVĀ VĀRDĀ PARAKSTĪJUSI KĀDA PERSONA/ **(LT)** PRIVAČIŲ ASMENŲ PASIRAŠYTŲ DOKUMENTŲ OFICIALŪS PATVIRTINIMAI/ **(HU)** MAGÁNOKIRATON ELHELYEZETT HIVATALOS TANÚSÍTVÁNY/ **(MT)** ČERTIFIKAT UFFIĊJALI LI JITQIEGĦED F'DOKUMENT IFFIRMAT MINN PERSUNA FIL-KAPAĊITÀ PRIVATA TAGĦHA/ **(NL)** OFFICIEEL CERTIFICAAT OP EEN DOCUMENT ONDERTEKEND DOOR EEN PERSOON IN ZIJN PARTICULIERE HOEDANIGHEID/ **(PL)** URZĘDOWE ZAŚWIADCZENIE UMIESZCZONE NA DOKUMENCIE PODPISANYM PRZEZ OSOBĘ DZIAŁAJĄCĄ W CHARAKTERZE PRYWATNYM/ **(PT)** DECLARAÇÃO OFICIAL INSERTA NUM ATO DE NATUREZA PRIVADA/ **(RO)** CERTIFICAT OFICIAL APLICAT PE UN DOCUMENT SUB SEMNĂTURĂ PRIVATĂ/ **(SK)** ÚRADNÉ OSVEDČENIE UVEDENÉ NA LISTINE PODPÍSANEJ OSOBOU KONAJÚCOU AKO SÚKROMNÁ OSOBA/ **(SL)** URADNA IZJAVA NA ZASEBNI LISTINI/ **(FI)** VIRALLINEN TODISTUS ASIAKIRJASSA, JONKA HENKILÖ ON ALLEKIRJOITTANUT YKSITYISHENKILÖNÄ/ **(SV)** OFFICIELLT INTYG ANBRINGAT PÅ EN HANDLING SOM UNDERTECKNATS AV EN PRIVATPERSON |
| 3.5 | **(BG)** ДОКУМЕНТ, ИЗГОТВЕН ОТ ДИПЛОМАТИЧЕСКИ ИЛИ КОНСУЛСКИ СЛУЖИТЕЛ НА ДЪРЖАВА ЧЛЕНКА В СЛУЖЕБНО КАЧЕСТВО/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE DIPLOMÁTICO O CONSULAR DE UN ESTADO MIEMBRO CON CARÁCTER OFICIAL/ **(CZ)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCEM NEBO KONZULÁRNÍM ÚŘEDNÍKEM ČLENSKÉHO STÁTU V RÁMCI VÝKONU JEHO SLUŽEBNÍCH POVINNOSTÍ/ **(DA)** DOKUMENT OFFICIELT UDFÆRDIGET AF EN MEDLEMSSTATS DIPLOMATISKE ELLER KONSULÆRE REPRÆSENTANT/ **(DE)** VON EINEM DIPLOMATISCHEN ODER KONSULARISCHEN VERTRETER EINES MITGLIEDSTAATS IN SEINER AMTLICHEN FUNKTION ERRICHTETE URKUNDE/ **(ET)** LIIKMESRIIGI DIPLOMAATILISE VÕI KONSULAARAMETNIKU POOLT AMETIKOHUSTUSTE TÄITMISEL KOOSTATUD DOKUMENT/ **(EL)** ΕΓΓΡΑΦΟ ΣΥΝΤΑΓΜΕΝΟ ΑΠΟ ΔΙΠΛΩΜΑΤΙΚΟ(-Η) Ή ΠΡΟΞΕΝΙΚΟ(-Η) ΥΠΑΛΛΗΛΟ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΥΠΟ ΤΗΝ ΕΠΙΣΗΜΗ ΙΔΙΟΤΗΤΑ ΤΟΥ/ΤΗΣ / **(EN)** DOCUMENT DRAWN UP BY A DIPLOMATIC OR CONSULAR AGENT OF A MEMBER STATE IN HIS OR HER OFFICIAL CAPACITY/ **(FR)** DOCUMENT ÉTABLI EN SA QUALITÉ OFFICIELLE PAR UN AGENT DIPLOMATIQUE OU CONSULAIRE D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD ARNA THARRAINGT SUAS AG GNÍOMHAIRE TAIDHLEOIREACHTA NÓ CONSALACH DE CHUID BALLSTÁIT INA CHÁIL NÓ INA CÁIL OIFIGIÚIL/ **(HR)** ISPRAVA KOJU JE U SLUŽBENOM SVOJSTVU SASTAVIO DIPLOMATSKI ILI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(IT)** DOCUMENTO REDATTO DA AGENTI DIPLOMATICI O CONSOLARI DI UNO STATO MEMBRO NELL'ESERCIZIO DELLE LORO FUNZIONI/ **(LV)** DOKUMENTS, KURU, PILDOT AMATA PIENĀKUMUS, SAGATAVOJIS DALĪBVALSTS DIPLOMĀTISKAIS VAI KONSULĀRAIS PĀRSTĀVIS/ **(LT)** DOKUMENTAS, PARENGTAS VALSTYBĖS NARĖS DIPLOMATO AR KONSULINIO PAREIGŪNO, VEIKIANČIO PAGAL OFICIALIUS ĮGALIOJIMUS/ **(HU)** VALAMELY TAGÁLLAM DIPLOMÁCIAI VAGY KONZULI KÉPVISELŐJE ÁLTAL HIVATALOS MINŐSÉGÉBEN KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT IMĦEJJI MINN AĠENT DIPLOMATIKU JEW KONSULARI TA' STAT MEMBRU FIL-KAPAĊITÀ UFFIĊJALI TIEGĦU/ **(NL)** DOCUMENT OPGESTELD DOOR DE DIPLOMATIEKE OF CONSULAIRE AMBTENAAR VAN EEN LIDSTAAT IN ZIJN OFFICIËLE HOEDANIGHEID/ **(PL)** DOKUMENT SPORZĄDZONY PRZEZ PRZEDSTAWICIELA DYPLOMATYCZNEGO LUB URZĘDNIKA KONSULARNEGO PAŃSTWA CZŁONKOWSKIEGO DZIAŁAJĄCYCH W CHARAKTERZE URZĘDOWYM / **(PT)** DOCUMENTO LAVRADO POR UM AGENTE DIPLOMÁTICO OU CONSULAR DE UM ESTADO-MEMBRO NO EXERCÍCIO DAS SUAS FUNÇÕES OFICIAIS/ **(RO)** DOCUMENT ÎNTOCMIT DE CĂTRE UN AGENT DIPLOMATIC SAU CONSULAR AL UNUI STAT MEMBRU, ÎN CALITATE OFICIALĂ/ **(SK)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCOM ALEBO KONZULÁRNYM ÚRADNÍKOM ČLENSKÉHO ŠTÁTU V RÁMCI VÝKONU JEHO FUNKCIE/ **(SL)** LISTINA, KI JO KOT URADNA OSEBA IZDA DIPLOMATSKI ALI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA JÄSENVALTION DIPLOMAATTINEN EDUSTAJA TAI KONSULIEDUSTAJA ON LAATINUT VIRANTOIMITUKSESSA/ **(SV)** HANDLING UPPRÄTTAD I TJÄNSTEN AV EN DIPLOMATISK ELLER KONSULÄR TJÄNSTEMAN I EN MEDLEMSSTAT |

L 200/122          EN          Official Journal of the European Union          26.7.2016

| 3.6 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
|-----|---|
| 3.7 | **(BG)** РЕФЕРЕНТЕН НОМЕР НА ОФИЦИАЛНИЯ ДОКУМЕНТ/ **(ES)** NÚMERO DE REFERENCIA DEL DOCUMENTO PÚBLICO/ **(CZ)** REFERENČNÍ ČÍSLO VEŘEJNÉ LISTINY/ **(DA)** DET OFFENTLIGE DOKUMENTS REFERENCENUMMER/ **(DE)** KENNNUMMER DER ÖFFENTLICHEN URKUNDE/ **(ET)** AVALIKU DOKUMENDI VIITENUMBER/ **(EL)** ΑΡΙΘΜΟΣ ΑΝΑΦΟΡΑΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ/ **(EN)** REFERENCE NUMBER OF THE PUBLIC DOCUMENT/ **(FR)** NUMÉRO DE RÉFÉRENCE DU DOCUMENT PUBLIC/ **(GA)** UIMHIR THAGARTHA AN DOICIMÉID PHOIBLÍ/ **(HR)** REFERENTNI BROJ JAVNE ISPRAVE/ **(IT)** NUMERO DI RIFERIMENTO DEL DOCUMENTO PUBBLICO/ **(LV)** PUBLISKĀ DOKUMENTA ATSAUCES NUMURS/ **(LT)** VIEŠOJO DOKUMENTO NUMERIS/ **(HU)** A KÖZOKIRAT HIVATKOZÁSI SZÁMA/ **(MT)** NUMRU TA' REFERENZA TAD-DOKUMENT PUBBLIKU/ **(NL)** REFERENTIENUMMER VAN HET OPENBAAR DOCUMENT/ **(PL)** NUMER REFERENCYJNY DOKUMENTU URZĘDOWEGO/ **(PT)** NÚMERO DE REFERÊNCIA DO DOCUMENTO PÚBLICO/ **(RO)** NUMĂRUL DE REFERINȚĂ AL DOCUMENTULUI OFICIAL/ **(SK)** REFERENČNÉ ČÍSLO VEREJNEJ LISTINY/ **(SL)** REFERENČNA ŠTEVILKA JAVNE LISTINE/ **(FI)** YLEISEN ASIAKIRJAN VIITENUMERO/ **(SV)** DEN OFFICIELLA HANDLINGENS REFERENSNUMMER |
| 4. | **(BG)** ИНФОРМАЦИЯ ЗА СЪОТВЕТНОТО ЛИЦЕ/ **(ES)** INFORMACIÓN SOBRE EL INTERESADO/ **(CZ)** INFORMACE O DOTYČNÉ OSOBĚ/ **(DA)** OPLYSNINGER OM DEN PÅGÆLDENDE PERSON/ **(DE)** ANGABEN ZUR BETREFFENDEN PERSON/ **(ET)** ASJAOMAST ISIKUT KÄSITLEV TEAVE/ **(EL)** ΣΤΟΙΧΕΙΑ ΤΟΥ ΠΡΟΣΩΠΟΥ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΈΝΤΥΠΟ/ **(EN)** INFORMATION ON THE PERSON CONCERNED/ **(FR)** INFORMATIONS SUR LA PERSONNE CONCERNÉE/ **(GA)** FAISNÉIS MAIDIR LEIS AN DUINE LENA mBAINEANN/ **(HR)** INFORMACIJE O DOTIČNOJ OSOBI/ **(IT)** INFORMAZIONI SULLA PERSONA INTERESSATA/ **(LV)** INFORMĀCIJA PAR ATTIECĪGO PERSONU/ **(LT)** INFORMACIJA APIE ATITINKAMĄ ASMENĮ/ **(HU)** AZ ÉRINTETT SZEMÉLYRE VONATKOZÓ ADATOK/ **(MT)** INFORMAZZJONI DWAR IL-PERSUNA KKONĊERNATA/ **(NL)** INFORMATIE OVER DE BETROKKENE/ **(PL)** DANE OSOBY, KTÓREJ DOTYCZY DOKUMENT/ **(PT)** INFORMAÇÕES SOBRE A PESSOA EM CAUSA/ **(RO)** INFORMAȚII PRIVIND PERSOANA VIZATĂ/ **(SK)** INFORMÁCIE O DOTKNUTEJ OSOBE/ **(SL)** INFORMACIJE O ZADEVNI OSEBI/ **(FI)** ASIANOMAISEN HENKILÖN TIEDOT/ **(SV)** UPPGIFTER OM DEN BERÖRDA PERSONEN |
| 4.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА)/ **(ES)** APELLIDO(S)/ **(CZ)** PŘÍJMENÍ/ **(DA)** EFTERNAVN(E)/ **(DE)** FAMILIENNAME(N)/ **(ET)** PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α)/ **(EN)** SURNAME(S)/ **(FR)** NOM(S)/ **(GA)** SLOINNE (SLOINNTE)/ **(HR)** PREZIME(NA)/ **(IT)** COGNOME(I)/ **(LV)** UZVĀRDS(-I)/ **(LT)** PAVARDĖ (-ĖS)/ **(HU)** CSALÁDI NEVE(I)/ **(MT)** KUNJOM(KUNJOMIJIET)/ **(NL)** ACHTERNA(A)M(EN)/ **(PL)** NAZWISKO(-A)/ **(PT)** APELIDO(S)/ **(RO)** NUME/ **(SK)** PRIEZVISKO(-Á)/ **(SL)** PRIIMEK(PRIIMKI)/ **(FI)** SUKUNIMI (-NIMET)/ **(SV)** EFTERNAMN |
| 4.2 | **(BG)** СОБСТВЕНО(И) ИМЕ(НА)/ **(ES)** NOMBRE(S)/ **(CZ)** JMÉNO (JMÉNA)/ **(DA)** FORNAVN(E)/ **(DE)** VORNAME(N)/ **(ET)** EESNIMI (-NIMED)/ **(EL)** ΟΝΟΜΑ (-ΤΑ)/ **(EN)** FORENAME(S)/ **(FR)** PRÉNOM(S)/ **(GA)** CÉADAINM (CÉADAINMNEACHA)/ **(HR)** IME(NA)/ **(IT)** NOME(I)/ **(LV)** VĀRDS(-I)/ **(LT)** VARDAS (-AI)/ **(HU)** UTÓNEVE(I)/ **(MT)** ISEM(ISMIJIET)/ **(NL)** VOORNA(A)M(EN)/ **(PL)** IMIĘ (IMIONA)/ **(PT)** NOME(S) PRÓPRIOS(S)/ **(RO)** PRENUME/ **(SK)** MENO(-Á)/ **(SL)** IME/IMENA/ **(FI)** ETUNIMI (-NIMET)/ **(SV)** FÖRNAMN |
| 4.3 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА РАЖДАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE NACIMIENTO/ **(CZ)** DATUM (DD/MM/RRRR) NAROZENÍ/ **(DA)** FØDSELSDATO (DD/MM/ÅÅÅÅ)/ **(DE)** GEBURTSDATUM (TT/MM/JJJJ)/ **(ET)** SÜNNIKUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΓΕΝΝΗΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF BIRTH/ **(FR)** DATE (JJ/MM/AAAA) DE NAISSANCE/ **(GA)** DÁTA (LL/MM/BBBB) BREITHE/ **(HR)** DATUM (DD/MM/GGGG) ROĐENJA/ **(IT)** DATA DI NASCITA (GG/MM/AAAA)/ **(LV)** DZIMŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** GIMIMO DATA (DD/MM/MMMM)/ **(HU)** SZÜLETÉSI IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAT-TWELID/ **(NL)** GEBOORTEDATUM (DD/MM/JJJJ)/ **(PL)** DATA (DD/MM/RRRR) URODZENIA/ **(PT)** DATA DE NASCIMENTO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) NAȘTERII/ **(SK)** DÁTUM (DD/MM/RRRR) NARODENIA/ **(SL)** DATUM (DD/MM/LLLL) ROJSTVA/ **(FI)** SYNTYMÄAIKA (PP/KK/VVVV)/ **(SV)** FÖDELSEDATUM (DD/MM/ÅÅÅÅ) |
| 4.4 | **(BG)** МЯСТО И ДЪРЖАВА НА РАЖДАНЕ/ **(ES)** LUGAR Y PAÍS DE NACIMIENTO/ **(CZ)** MÍSTO A ZEMĚ NAROZENÍ/ **(DA)** FØDESTED OG -LAND/ **(DE)** ORT UND LAND DER GEBURT/ **(ET)** SÜNNIKOHT JA -RIIK/ **(EL)** ΤΟΠΟΣ ΚΑΙ ΧΩΡΑ ΓΕΝΝΗΣΗΣ/ **(EN)** PLACE AND COUNTRY OF BIRTH/ **(FR)** LIEU ET PAYS DE NAISSANCE/ **(GA)** ÁIT AGUS TÍR BHREITHE/ **(HR)** MJESTO I ZEMLJA ROĐENJA/ **(IT)** LUOGO E PAESE DI NASCITA/ **(LV)** DZIMŠANAS VIETA UN VALSTS/ **(LT)** GIMIMO VIETA IR ŠALIS/ **(HU)** SZÜLETÉSI HELYE ÉS ORSZÁGA/ **(MT)** POST U PAJJIŻ TAT-TWELID/ **(NL)** GEBOORTEPLAATS EN -LAND/ **(PL)** MIEJSCE I PAŃSTWO URODZENIA/ **(PT)** LOCAL E PAÍS DE NASCIMENTO/ **(RO)** LOCUL ȘI ȚARA NAȘTERII/ **(SK)** MIESTO A ŠTÁT NARODENIA/ **(SL)** KRAJ IN DRŽAVA ROJSTVA/ **(FI)** SYNTYMÄPAIKKA JA -MAA/ **(SV)** FÖDELSEORT OCH -LAND |

| | |
|---|---|
| 4.5 | **(BG)** ПОЛ/ **(ES)** SEXO/ **(CZ)** POHLAVÍ/ **(DA)** KØN/ **(DE)** GESCHLECHT/ **(ET)** SUGU/ **(EL)** ΦΥΛΟ/ **(EN)** SEX/ **(FR)** SEXE/ **(GA)** INSCNE/ **(HR)** SPOL/ **(IT)** SESSO/ **(LV)** DZIMUMS/ **(LT)** LYTIS/ **(HU)** NEME/ **(MT)** SESS/ **(NL)** GESLACHT/ **(PL)** PŁEĆ/ **(PT)** SEXO/ **(RO)** SEXUL/ **(SK)** POHLAVIE/ **(SL)** SPOL/ **(FI)** SUKUPUOLI/ **(SV)** KÖN |
| 4.5.1 | **(BG)** ЖЕНСКИ/ **(ES)** MUJER/ **(CZ)** ŽENA/ **(DA)** KVINDE/ **(DE)** WEIBLICH/ **(ET)** NAISSOOST/ **(EL)** ΘΗΛΥ/ **(EN)** FEMALE/ **(FR)** FÉMININ/ **(GA)** BAINEANN/ **(HR)** ŽENSKI/ **(IT)** FEMMINILE/ **(LV)** SIEVIETE/ **(LT)** MOTERIS/ **(HU)** NŐ/ **(MT)** MARA/ **(NL)** VROUW/ **(PL)** KOBIETA/ **(PT)** FEMININO/ **(RO)** FEMEIESC/ **(SK)** ŽENSKÉ/ **(SL)** ŽENSKI/ **(FI)** NAINEN/ **(SV)** KVINNA |
| 4.5.2 | **(BG)** МЪЖКИ/ **(ES)** VARÓN/ **(CZ)** MUŽ/ **(DA)** MAND/ **(DE)** MÄNNLICH/ **(ET)** MEESSOOST/ **(EL)** APPEN/ **(EN)** MALE/ **(FR)** MASCULIN/ **(GA)** FIREANN/ **(HR)** MUŠKI/ **(IT)** MASCHILE/ **(LV)** VĪRIETIS/ **(LT)** VYRAS/ **(HU)** FÉRFI/ **(MT)** RAĠEL/ **(NL)** MAN/ **(PL)** MĘŻCZYZNA/ **(PT)** MASCULINO/ **(RO)** BĂRBĂTESC/ **(SK)** MUŽSKÉ/ **(SL)** MOŠKI/ **(FI)** MIES/ **(SV)** MAN |
| 4.5.3 | **(BG)** НЕОПРЕДЕЛЕН/ **(ES)** INDETERMINADO/ **(CZ)** NEURČENO/ **(DA)** UBESTEMT/ **(DE)** UNBESTIMMT/ **(ET)** MÄÄRAMATA/ **(EL)** ΔΕΝ ΠΡΟΣΔΙΟΡΙΖΕΤΑΙ/ **(EN)** UNDETERMINED/ **(FR)** INDÉTERMINÉ/ **(GA)** NEAMHCHINNTITHE/ **(HR)** NEODREĐEN/ **(IT)** INDETERMINATO/ **(LV)** NENOTEIKTS/ **(LT)** NENUSTATYTA/ **(HU)** MEGHATÁROZATLAN/ **(MT)** MHUX STABBILIT/ **(NL)** ONBEPAALD/ **(PL)** PŁEĆ NIEOKREŚLONA/ **(PT)** NÃO DEFINIDO/ **(RO)** NEDETERMINAT/ **(SK)** NEURČENÉ/ **(SL)** NEDOLOČEN/ **(FI)** MÄÄRITTELEMÄTÖN/ **(SV)** EJ FASTSTÄLLT |
| 5. | **(BG)** НАСТОЯЩО МЕСТОЖИВЕЕНЕ И/ИЛИ МЕСТОПРЕБИВАВАНЕ НА СЪОТВЕТНОТО ЛИЦЕ СЪГЛАСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** DOMICILIO Y/O RESIDENCIA ACTUALES DE LA PERSONA A LA QUE SE REFIERE EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** SOUČASNÉ BYDLIŠTĚ NEBO MÍSTO POBYTU OSOBY UVEDENÉ VE VEŘEJNÉ LISTINĚ, K NÍŽ JE PŘIPOJEN TENTO FORMULÁŘ/ **(DA)** NUVÆRENDE BOPÆL OG/ELLER OPHOLDSSTED FOR PERSONEN, DER ER BERØRT AF DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** AKTUELLER WOHNSITZ UND/ODER ORT DES GEWÖHNLICHEN AUFENTHALTS DER BETREFFENDEN PERSON GEMÄSS DER ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST/ **(ET)** AVALIKUS DOKUMENDIS, MILLELE SEE VORM ON LISATUD, NIMETATUD ISIKU PRAEGUNE ALALINE ASUKOHT JA/VÕI ELUKOHT/ **(EL)** ΤΡΕΧΟΥΣΑ ΔΙΕΥΘΥΝΣΗ ΚΑΤΟΙΚΙΑΣ ΚΑΙ/Η ΔΙΑΜΟΝΗΣ ΤΟΥ ΠΡΟΣΩΠΟΥ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** CURRENT DOMICILE AND/OR RESIDENCE OF THE PERSON NAMED IN THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** DOMICILE ET/OU RÉSIDENCE ACTUELS DE LA PERSONNE CONCERNÉE PAR LE DOCUMENT PUBLIC AUQUEL LE PRÉSENT FORMULAIRE EST JOINT/ **(GA)** SAINCHÓNAÍ REATHA AGUS/NÓ GNÁTHCHÓNAÍ AN DUINE ATÁ AINMNITHE SA DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** TRENUTNO PREBIVALIŠTE I/ILI BORAVIŠTE OSOBE NAVEDENE U JAVNOJ ISPRAVI KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** DOMICILIO E/O RESIDENZA ATTUALE DELLA PERSONA INTERESSATA DAL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** ATTIECĪGĀS PERSONAS PAŠREIZĒJAIS DOMICILS UN/VAI UZTURĒŠANĀS VIETA, KAS MINĒTA PUBLISKAJĀ DOKUMENTĀ, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA/ **(LT)** VIEŠAJAME DOKUMENTE, PRIE KURIO PRIDEDAMA ŠI FORMA, NURODYTO ASMENS DABARTINĖ NUOLATINĖ GYVENAMOJI VIETA IR (ARBA) GYVENAMOJI VIETA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATBAN MEGNEVEZETT SZEMÉLY JELENLEGI LAKÓHELYE ÉS/VAGY TARTÓZKODÁSI HELYE/ **(MT)** DOMIĊILJU U/JEW RESIDENZA ATTWALI TAL-PERSUNA MSEMMIJA FID-DOKUMENT PUBBLIKU LI MIEGĦU HI MEĦMUŻA DIN IL-FORMOLA/ **(NL)** HUIDIGE WOON- EN/OF VERBLIJFPLAATS VAN DE BETROKKENE OP GROND VAN HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** OBECNE MIEJSCE ZAMIESZKANIA LUB MIEJSCE POBYTU OSOBY WSKAZANEJ W DOKUMENCIE URZĘDOWYM, DO KTÓREGO ZAŁĄCZONY JEST NINIEJSZY FORMULARZ/ **(PT)** DOMICÍLIO E/OU RESIDÊNCIA ATUAL DA PESSOA DESIGNADA NO DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** DOMICILIUL SI/SAU REȘEDINȚA ACTUALĂ AL (A) PERSOANEI VIZATE DE DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** SÚČASNÉ BYDLISKO A/ALEBO POBYT OSOBY UVEDENEJ VO VEREJNEJ LISTINE, KU KTOREJ JE PRIPOJENÝ TENTO FORMULÁR/ **(SL)** TRENUTNO STALNO PREBIVALIŠČE IN/ALI TRENUTNO PREBIVALIŠČE OSEBE, NA KATERO SE NANAŠA JAVNA LISTINA, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** YLEISESSÄ ASIAKIRJASSA, JOHON TÄMÄ LOMAKE LIITETÄÄN, TARKOITETUN HENKILÖN KOTI- JA/TAI ASUINPAIKKA/ **(SV)** NUVARANDE HEMVIST OCH/ELLER BOSTADSORT FÖR DEN PERSON SOM BERÖRS AV DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |
| 5.1 | **(BG)** МЕСТОЖИВЕЕНЕ/ **(ES)** DOMICILIO/ **(CZ)** BYDLIŠTĚ/ **(DA)** BOPÆL/ **(DE)** WOHNSITZ/ **(ET)** ALALINE ASUKOHT/ **(EL)** ΚΑΤΟΙΚΙΑ/ **(EN)** DOMICILE/ **(FR)** DOMICILE/ **(GA)** SAINCHÓNAÍ/ **(HR)** PREBIVALIŠTE/ **(IT)** DOMICILIO/ **(LV)** DOMICILS/ **(LT)** NUOLATINĖ GYVENAMOJI VIETA/ **(HU)** LAKÓHELY/ **(MT)** DOMIĊILJU/ **(NL)** WOONPLAATS/ **(PL)** MIEJSCE ZAMIESZKANIA/ **(PT)** DOMICÍLIO/ **(RO)** DOMICILIUL/ **(SK)** BYDLISKO/ **(SL)** STALNO PREBIVALIŠČE/ **(FI)** KOTIPAIKKA/ **(SV)** HEMVIST |
| 5.1.1 | **(BG)** АДРЕС/ **(ES)** DIRECCIÓN/ **(CZ)** ADRESA/ **(DA)** ADRESSE/ **(DE)** ANSCHRIFT/ **(ET)** AADRESS/ **(EL)** ΔΙΕΥΘΥΝΣΗ/ **(EN)** ADDRESS/ **(FR)** ADRESSE/ **(GA)** SEOLADH/ **(HR)** ADRESA/ **(IT)** INDIRIZZO/ **(LV)** ADRESE/ **(LT)** ADRESAS/ **(HU)** CÍME/ **(MT)** INDIRIZZ/ **(NL)** ADRES/ **(PL)** ADRES/ **(PT)** ENDEREÇO/ **(RO)** ADRESA/ **(SK)** ADRESA/ **(SL)** NASLOV/ **(FI)** OSOITE/ **(SV)** ADRESS |

EN Official Journal of the European Union

| | |
|---|---|
| 5.1.1.1 | **(BG)** УЛИЦА И НОМЕР/ПОЩЕНСКА КУТИЯ/ **(ES)** CALLE Y NÚMERO / APARTADO DE CORREOS/ **(CZ)** ULICE A ČÍSLO DOMU / POŠTOVNÍ PŘIHRÁDKA/ **(DA)** VEJ OG HUSNUMMER/POSTBOKS/ **(DE)** STRASSE UND HAUSNUMMER/POSTFACH/ **(ET)** TÄNAV JA MAJA NUMBER / POSTKAST/ **(EL)** ΟΔΟΣ ΚΑΙ ΑΡΙΘΜΟΣ / Τ.Θ./ **(EN)** STREET AND NUMBER/PO BOX/ **(FR)** RUE ET NUMÉRO/BOÎTE POSTALE/ **(GA)** SRÁID AGUS UIMHIR/BOSCA POIST/ **(HR)** ULICA I BROJ / POŠTANSKI PRETINAC/ **(IT)** VIA E NUMERO/CASELLA POSTALE/ **(LV)** IELA UN MĀJAS NUMURS / PASTKASTE/ **(LT)** GATVĖ IR NAMO NUMERIS / PAŠTO DĖŽUTĖ/ **(HU)** UTCA ÉS HÁZSZÁM/POSTAFIÓK/ **(MT)** TRIQ U NUMRU/KAXXA POSTALI/ **(NL)** STRAAT EN NUMMER/POSTBUS/ **(PL)** ULICA I NUMER / SKRYTKA POCZTOWA/ **(PT)** RUA E NÚMERO/CAIXA POSTAL/ **(RO)** STRADA ȘI NUMĂRUL/CĂSUȚA POȘTALĂ/ **(SK)** ULICA A ČÍSLO/ POŠTOVÝ PRIEČINOK/ **(SL)** ULICA IN ŠTEVILKA/POŠTNI PREDAL/ **(FI)** LÄHIOSOITE/POSTILOKERO/ **(SV)** GATUADRESS/POSTBOX |
| 5.1.1.2 | **(BG)** НАСЕЛЕНО МЯСТО И ПОЩЕНСКИ КОД/ **(ES)** LOCALIDAD Y CÓDIGO POSTAL/ **(CZ)** MÍSTO A POŠTOVNÍ SMĚROVACÍ ČÍSLO/ **(DA)** BY OG POSTNUMMER/ **(DE)** PLZ UND ORT/ **(ET)** LINN VÕI ASULA JA SIHTNUMBER/ **(EL)** ΤΟΠΟΣ ΚΑΙ ΤΑΧΥΔΡΟΜΙΚΟΣ ΚΩΔΙΚΟΣ/ **(EN)** PLACE AND POSTAL CODE/ **(FR)** LOCALITÉ ET CODE POSTAL/ **(GA)** ÁIT AGUS CÓD POIST/ **(HR)** MJESTO I POŠTANSKI BROJ/ **(IT)** LOCALITÀ E CAP/ **(LV)** VIETA UN PASTA INDEKSS/ **(LT)** VIETA IR PAŠTO KODAS/ **(HU)** HELYSÉG ÉS IRÁNYÍTÓSZÁM/ **(MT)** LOKALITÀ U KODIĊI POSTALI/ **(NL)** PLAATS EN POSTCODE/ **(PL)** MIEJSCOWOŚĆ I KOD POCZTOWY/ **(PT)** LOCALIDADE E CÓDIGO POSTAL/ **(RO)** LOCALITATEA ȘI CODUL POȘTAL/ **(SK)** MIESTO A POŠTOVÉ SMEROVACIE ČÍSLO/ **(SL)** KRAJ IN POŠTNA ŠTEVILKA/ **(FI)** POSTINUMERO JA POSTITOIMIPAIKKA/ **(SV)** ORT OCH POSTNUMMER |
| 5.1.1.3 | **(BG)** ДЪРЖАВА/ **(ES)** PAÍS/ **(CZ)** ZEMĚ/ **(DA)** LAND/ **(DE)** LAND/ **(ET)** RIIK/ **(EL)** ΧΩΡΑ/ **(EN)** COUNTRY/ **(FR)** PAYS/ **(GA)** TÍR/ **(HR)** ZEMLJA/ **(IT)** PAESE/ **(LV)** VALSTS/ **(LT)** ŠALIS/ **(HU)** ORSZÁG/ **(MT)** PAJJIŻ/ **(NL)** LAND/ **(PL)** PAŃSTWO/ **(PT)** PAÍS/ **(RO)** ȚARA/ **(SK)** ŠTÁT/ **(SL)** DRŽAVA/ **(FI)** MAA/ **(SV)** LAND |
| 5.2 | **(BG)** МЕСТОПРЕБИВАВАНЕ/ **(ES)** RESIDENCIA/ **(CZ)** MÍSTO POBYTU/ **(DA)** OPHOLDSSTED/ **(DE)** ORT DES GEWÖHNLICHEN AUFTENTHALTS/ **(ET)** ELUKOHT/ **(EL)** ΔΙΑΜΟΝΗ/ **(EN)** RESIDENCE/ **(FR)** RÉSIDENCE/ **(GA)** SAINCHÓNAÍ/ **(HR)** BORAVIŠTE/ **(IT)** RESIDENZA/ **(LV)** UZTURĒŠANĀS VIETA/ **(LT)** GYVENAMOJI VIETA/ **(HU)** TARTÓZKODÁSI HELY/ **(MT)** RESIDENZA/ **(NL)** VERBLIJFPLAATS/ **(PL)** MIEJSCE POBYTU/ **(PT)** RESIDÊNCIA/ **(RO)** REȘEDINȚA/ **(SK)** POBYT/ **(SL)** PREBIVALIŠČE/ **(FI)** ASUINPAIKKA/ **(SV)** BOSTADSORT |
| 6. | **(BG)** ПОЛЕ ЗА ПОДПИС/ **(ES)** RECUADRO PARA LA FIRMA/ **(CZ)** POLE PRO PODPIS/ **(DA)** UNDERSKRIFTSFELT/ **(DE)** UNTERSCHRIFTENFELD/ **(ET)** ALLKIRJALAHTER/ **(EL)** ΤΕΤΡΑΓΩΝΙΔΙΟ ΥΠΟΓΡΑΦΗΣ/ **(EN)** SIGNATURE BOX/ **(FR)** CADRE POUR LA SIGNATURE/ **(GA)** BOSCA DON SÍNIÚ/ **(HR)** POLJE ZA POTPIS/ **(IT)** RIQUADRO PER LA FIRMA/ **(LV)** PARAKSTA LAUKS/ **(LT)** PARAŠO LAUKELIS/ **(HU)** AZ ALÁÍRÁS SZÖVEGDOBOZA/ **(MT)** KAXXA TAL-IFFIRMAR/ **(NL)** VAK VOOR DE HANDTEKENING/ **(PL)** POLE PODPISU/ **(PT)** ESPAÇO DESTINADO À ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** KOLÓNKA NA PODPIS/ **(SL)** POLJE ZA PODPIS/ **(FI)** ALLEKIRJOITUSKENTTÄ/ **(SV)** RUTA FÖR UNDERTECKNANDE |
| 6.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) И СОБСТВЕНО(И) ИМЕ(НА) НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** APELLIDO(S) Y NOMBRE(S) DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** PŘÍJMENÍ A JMÉNO (JMÉNA) ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** EFTERNAVN(E) OG FORNAVN(E) PÅ DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** FAMILIENNAME(N) UND VORNAME(N) DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU EESNIMI (-NIMED) JA PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΚΑΙ ΟΝΟΜΑ(-ΤΑ) ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** SURNAME(S) AND FORENAME(S) OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** NOM(S) ET PRÉNOM(S) DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** SLOINNE (SLOINNTE) AGUS CÉADAINM (CÉADAINMNEACHA) AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** PREZIME(NA) I IME(NA) SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** COGNOME/I E NOME/I DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, UZVĀRDS(-I) UN VĀRDS(-I)/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAVARDĖ (-ĖS) IR VARDAS (-AI)/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ CSALÁDI NEVE(I) ÉS UTÓNEVE(I)/ **(MT)** KUNJOM/(KUNJOMIJIET) U ISEM/(ISMIJIET) TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** NA(A)M(EN) EN VOORNA(A)M(EN) VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** NAZWISKO(-A) I IMIĘ (IMIONA) URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** APELIDO(S) E NOME(S) PRÓPRIO(S) DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** NUMELE ȘI PRENUMELE FUNCȚIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** PRIEZVISKO(-Á) A MENO(-Á) ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** PRIIMEK/PRIIMKI IN IME/IMENA URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN SUKUNIMI (-NIMET) JA ETUNIMI (-NIMET)/ **(SV)** EFTERNAMN OCH FÖRNAMN PÅ DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |

| 6.2 | **(BG)** ДЛЪЖНОСТ НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** CARGO DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** FUNKCE ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** STILLING — DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** STELLUNG DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU AMETIKOHT/ **(EL)** ΘΕΣΗ ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** POSITION OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** POSTE DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** POST AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** FUNKCIJA SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** POSIZIONE DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, AMATS/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAREIGOS/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ BEOSZTÁSA/ **(MT)** KARIGA TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** FUNCTIE VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** STANOWISKO URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** CARGO DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** POZIȚIA FUNCȚIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** FUNKCIA ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** POLOŽAJ URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN ASEMA/ **(SV)** BEFATTNING FÖR DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
|---|---|
| 6.3 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
| 6.4 | **(BG)** ПОДПИС/ **(ES)** FIRMA/ **(CZ)** PODPIS/ **(DA)** UNDERSKRIFT/ **(DE)** UNTERSCHRIFT/ **(ET)** ALLKIRI/ **(EL)** ΥΠΟΓΡΑΦΗ/ **(EN)** SIGNATURE/ **(FR)** SIGNATURE/ **(GA)** SÍNIÚ/ **(HR)** POTPIS/ **(IT)** FIRMA/ **(LV)** PARAKSTS/ **(LT)** PARAŠAS/ **(HU)** ALÁÍRÁS/ **(MT)** FIRMA/ **(NL)** HANDTEKENING/ **(PL)** PODPIS/ **(PT)** ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** PODPIS/ **(SL)** PODPIS/ **(FI)** ALLEKIRJOITUS/ **(SV)** NAMNTECKNING |
| 6.5 | **(BG)** ПЕЧАТ ИЛИ ЩЕМПЕЛ/ **(ES)** SELLO O TIMBRE/ **(CZ)** PEČEŤ NEBO RAZÍTKO/ **(DA)** SEGL ELLER STEMPEL/ **(DE)** SIEGEL ODER STEMPEL/ **(ET)** PITSER VÕI TEMPEL/ **(EL)** ΣΦΡΑΓΙΔΑ/ **(EN)** SEAL OR STAMP/ **(FR)** SCEAU OU TIMBRE/ **(GA)** SÉALA NÓ STAMPA/ **(HR)** ŽIG ILI PEČAT/ **(IT)** BOLLO O TIMBRO/ **(LV)** ZĪMOGS VAI SPIEDOGS/ **(LT)** SPAUDAS ARBA ANTSPAUDAS/ **(HU)** PECSÉT VAGY BÉLYEGZŐLENYOMAT/ **(MT)** SIĠILL JEW TIMBRU/ **(NL)** ZEGEL OF STEMPEL/ **(PL)** PIECZĘĆ LUB STEMPEL/ **(PT)** SELO OU CARIMBO/ **(RO)** SIGILIUL SAU ȘTAMPILA/ **(SK)** PEČAŤ ALEBO ODTLAČOK PEČIATKY/ **(SL)** PEČAT ALI ŽIG/ **(FI)** SINETTI TAI LEIMA/ **(SV)** SIGILL ELLER STÄMPEL |

L 200/126          EN          Official Journal of the European Union          26.7.2016

ANNEX XI

<table>
<tr>
<td>

**ABSENCE OF A CRIMINAL RECORD IN THE MEMBER STATE OF NATIONALITY OF THE PERSON CONCERNED**

**MULTILINGUAL STANDARD FORM — TRANSLATION AID**

Article 7 of Regulation (EU) 2016/1191 of the European Parliament and of the Council of 6 July 2016 on promoting the free movement of citizens by simplifying the requirements for presenting certain public documents in the European Union and amending Regulation (EU) No 1024/2012 (¹)

</td>
<td>

☐ Belgium (BE) ☐ Bulgaria (BG)

☐ Czech Republic (CZ)

☐ Denmark (DK) ☐ Germany (DE)

☐ Estonia (EE) ☐ Ireland (IE)

☐ Greece (EL) ☐ Spain (ES)

☐ France (FR) ☐ Croatia (HR)

☐ Italy (IT) ☐ Cyprus (CY)

☐ Latvia (LV) ☐ Lithuania (LT)

☐ Luxembourg (LU)

☐ Hungary (HU) ☐ Malta (MT)

☐ Netherlands (NL) ☐ Austria (AT)

☐ Poland (PL) ☐ Portugal (PT)

☐ Romania (RO) ☐ Slovenia (SI)

☐ Slovakia (SK) ☐ Finland (FI)

☐ Sweden (SE) ☐ United Kingdom (UK)

</td>
</tr>
</table>

---

**IMPORTANT NOTICE**

The sole purpose of this multilingual standard form is to facilitate the translation of the public document to which it is attached. This form shall not be circulated as an autonomous document between Member States.

This form reflects the content of the public document to which it is attached. However, the authority to which the public document is presented may require, when necessary for the purpose of processing the public document, a translation or transliteration of the information included in the form.

---

**NOTE FOR THE ISSUING AUTHORITY**

Mention only information which is given in the public document to which this form is attached (²).

If the public document to which this form is attached does not contain certain data or information, indicate '—'.

---

1.  AUTHORITY ISSUING THIS FORM

1.1  Designation (³) ........................................................................................................................................................

---

2.  AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

1.1  Designation (⁴) ........................................................................................................................................................

---

3.  INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

3.1  ☐ Document emanating from an authority or an official connected with the courts or tribunals of a Member State

    3.1.1  ☐ Court decision

    3.1.2  ☐ Document emanating from a public prosecutor

    3.1.3  ☐ Document emanating from a clerk of a court

    3.1.4  ☐ Document emanating from a judicial officer ('huissier de justice')

    3.1.5  ☐ Other (to be specified) ................................................................................................................

---

(¹)  OJ L 200, 26.7.2016, p. 1.
(²)  If completing by hand, please use capital letters.
(³)  The term 'designation' should be interpreted as referring to the official designation of the authority issuing the form.
(⁴)  The term 'designation' should be interpreted as referring to the official designation of the authority issuing the public document to which this form is attached.

3.2  ☐ Administrative document

    3.2.1  ☐ Certificate

    3.2.2  ☐ Extract from the Criminal Record

    3.2.3  ☐ Verbatim copy of the Criminal Record

    3.1.5  ☐ Other (to be specified) ...............................................................................................

3.3  ☐ Notarial act

3.4  ☐ Official certificate placed on a document signed by a person in his or her private capacity

3.5  ☐ Document drawn up by a diplomatic or consular agent of a Member State in his or her official capacity

3.6  Date (dd/mm/yyyy) of issue ...............................................................................................

3.7  Reference number of the public document ...............................................................................................

---

4.  INFORMATION ON THE IDENTITY OF THE PERSON NAMED IN THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED

4.1  Surname(s) ...............................................................................................

4.2  Previous surname(s) ...............................................................................................

4.3  Forename(s) ...............................................................................................

4.4  Previous forename(s) ...............................................................................................

4.5  Date (dd/mm/yyyy) of birth ...............................................................................................

4.6  Place ($^1$) and country ($^2$) of birth ...............................................................................................

4.7  Sex: ...............................................................................................

    4.7.1  ☐ Female

    4.7.2  ☐ Male

    4.7.3  ☐ Undetermined

4.8  Nationality ...............................................................................................

4.9  Identity number ...............................................................................................

4.10 Type and number of the person's identification document: ...............................................................................................

    4.10.1  ☐ National identity card/No ...............................................................................................

    4.10.2  ☐ Passport/No ...............................................................................................

    4.10.3  ☐ Driving licence/No ...............................................................................................

    4.10.4  ☐ Other (to be specified) ................................................. /No

---

5.  THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED DOES NOT MENTION ANY CONVICTION IN RESPECT OF THE PERSON CONCERNED IN THE CRIMINAL RECORD OF THE MEMBER STATE OF NATIONALITY OF THAT PERSON.

---

6.  SIGNATURE BOX

6.1  Surname(s) and forename(s) of the official who issued this form

    ...............................................................................................

6.2  Position of the official who issued this form ...............................................................................................

6.3  Date (dd/mm/yyyy) of issue ...............................................................................................

6.4  Signature ...............................................................................................

6.5  Seal or stamp ...............................................................................................

---

($^1$)  The term 'place of birth' refers to the name of the city, town, village, or hamlet and province in which the person was born.
($^2$)  The name of the country and, where it exists, the ISO code of that country or the option 'Other (to be specified)' should be chosen from the drop-down list in the model multilingual standard form available in the European e-Justice Portal.

L 200/128    [EN]    Official Journal of the European Union    26.7.2016

**MULTILINGUAL GLOSSARY OF THE STANDARD ENTRY HEADINGS**

**(ABSENCE OF A CRIMINAL RECORD IN THE MEMBER STATE OF NATIONALITY
OF THE PERSON CONCERNED)**

| | |
|---|---|
| 1. | **(BG)** ОРГАН, ИЗДАВАЩ НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ TENTO FORMULÁŘ/ **(DA)** DENNE FORMULARS UDSTEDENDE MYNDIGHED/ **(DE)** BEHÖRDE, DIE DIESES FORMULAR AUSSTELLT/ **(ET)** KÄESOLEVA VORMI VÄLJA ANDNUD ASUTUS/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΠΑΡΟΝΤΟΣ ΕΝΤΥΠΟΥ/ **(EN)** AUTHORITY ISSUING THIS FORM/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN FHOIRM SEO/ **(HR)** TIJELO KOJE IZDAJE OVAJ OBRAZAC/ **(IT)** AUTORITÀ CHE RILASCIA IL PRESENTE MODULO/ **(LV)** VEIDLAPAS IZDEVĒJIESTĀDE/ **(LT)** ŠIĄ FORMĄ IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TA' DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN DIT FORMULIER/ **(PL)** ORGAN WYDAJĄCY NINIEJSZY FORMULARZ/ **(PT)** AUTORIDADE QUE EMITE O PRESENTE FORMULÁRIO/ **(RO)** AUTORITATEA EMITENTĂ A PREZENTULUI FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI TENTO FORMULÁR/ **(SL)** ORGAN, KI IZDA TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTAVA VIRANOMAINEN/ **(SV)** MYNDIGHET SOM UTFÄRDAR FORMULÄRET |
| 1.1 | **(BG)** НАИМЕНОВАНИЕ/ **(ES)** DENOMINACIÓN/ **(CZ)** NÁZEV/ **(DA)** BETEGNELSE/ **(DE)** BEZEICHNUNG/ **(ET)** NIMETUS/ **(EL)** ΟΝΟΜΑΣΙΑ/ **(EN)** DESIGNATION/ **(FR)** DÉNOMINATION/ **(GA)**AINMNIÚ/ **(HR)** NAZIV/ **(IT)** DENOMINAZIONE/ **(LV)** NOSAUKUMS/ **(LT)** PAVADINIMAS/ **(HU)** MEGNEVEZÉS/ **(MT)** TITLU/ **(NL)** BENAMING/ **(PL)** NAZWA/ **(PT)** DESIGNAÇÃO/ **(RO)** DENUMIRE/ **(SK)** NÁZOV/ **(SL)** IME/ **(FI)** NIMI/ **(SV)** NAMN |
| 2. | **(BG)** ОРГАН, ИЗДАВАЩ ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** AUTORIDAD QUE EXPIDE EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** ORGÁN VYDÁVAJÍCÍ VEŘEJNOU LISTINU, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** DEN MYNDIGHED, DER HAR UDSTEDT DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** BEHÖRDE, DIE DIE ÖFFENTLICHE URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST, AUSSTELLT/ **(ET)** ASUTUS, KES ANDIS VÄLJA AVALIKU DOKUMENDI, MILLELE SEE VORM ON LISATUD/ **(EL)** ΑΡΧΗ ΕΚΔΟΣΗΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** AUTHORITY ISSUING THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** AUTORITÉ DE DÉLIVRANCE DU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** AN tÚDARÁS A EISEOIDH AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** TIJELO KOJE IZDAJE JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** AUTORITÀ CHE RILASCIA IL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** PUBLISKĀ DOKUMENTA, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA, IZDEVĒJIESTĀDE/ **(LT)** VIEŠĄJĮ DOKUMENTĄ, PRIE KURIO PRIDEDAMA ŠI FORMA, IŠDUODANTI VALDŽIOS INSTITUCIJA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATOT KIÁLLÍTÓ HATÓSÁG/ **(MT)** AWTORITÀ EMITTENTI TAD-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** AUTORITEIT VAN AFGIFTE VAN HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** ORGAN WYDAJĄCY DOKUMENT URZĘDOWY, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** AUTORIDADE QUE EMITE O DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** AUTORITATEA EMITENTĂ A DOCUMENTULUI OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** ORGÁN VYDÁVAJÚCI VEREJNÚ LISTINU, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** ORGAN, KI IZDA JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** VIRANOMAINEN, JOKA ON ANTANUT YLEISEN ASIAKIRJAN, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** MYNDIGHET SOM UTFÄRDAR DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAD |
| 3. | **(BG)** ИНФОРМАЦИЯ ОТНОСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** INFORMACIÓN RELATIVA AL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** INFORMACE TÝKAJÍCÍ SE VEŘEJNÉ LISTINY, K NÍŽ JE PŘILOŽEN TENTO FORMULÁŘ/ **(DA)** OPLYSNINGER VEDRØRENDE DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET/ **(DE)** ANGABEN ZUR ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST/ **(ET)** TEAVE AVALIKU DOKUMENDI KOHTA, MILLELE SEE VORM ON LISATUD/ **(EL)** ΠΛΗΡΟΦΟΡΙΕΣ ΣΧΕΤΙΚΑ ΜΕ ΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** INFORMATION RELATING TO THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** INFORMATIONS RELATIVES AU DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** FAISNÉIS A BHAINEANN LEIS AN DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** INFORMACIJE KOJE SE ODNOSE NA JAVNU ISPRAVU KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** INFORMAZIONI RELATIVE AL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** INFORMĀCIJA PAR PUBLISKO DOKUMENTU, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA/ **(LT)** INFORMACIJA, SUSIJUSI SU VIEŠUOJU DOKUMENTU, PRIE KURIO PRIDEDAMA ŠI FORMA/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATRA VONATKOZÓ INFORMÁCIÓK/ **(MT)** INFORMAZZJONI DWAR ID-DOKUMENT PUBBLIKU LI MIEGĦU HIJA MEHMUŻA DIN IL-FORMOLA/ **(NL)** INFORMATIE BETREFFENDE HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** INFORMACJE DOTYCZĄCE DOKUMENTU URZĘDOWEGO, DO KTÓREGO NINIEJSZY FORMULARZ JEST ZAŁĄCZONY/ **(PT)** INFORMAÇÕES RELATIVAS AO DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** INFORMAȚII REFERITOARE LA DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** INFORMÁCIE O VEREJNEJ LISTINE, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** INFORMACIJE V ZVEZI Z JAVNO LISTINO, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** TIEDOT YLEISESTÄ ASIAKIRJASTA, JOHON TÄMÄ LOMAKE LIITETÄÄN/ **(SV)** INFORMATION OM DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |

3.1 **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ОРГАН ИЛИ ДЛЪЖНОСТНО ЛИЦЕ, СВЪРЗАН/О СЪС СЪДИЛИЩАТА ИЛИ ПРАВОРАЗДАВАТЕЛНИТЕ ОРГАНИ НА ДЪРЖАВА ЧЛЕНКА/ **(ES)** DOCUMENTO EXPEDIDO POR UNA AUTORIDAD O UN FUNCIONARIO VINCULADO A LOS ÓRGANOS JURISDICCIONALES DE UN ESTADO MIEMBRO/ **(CZ)** LISTINA VYDANÁ ORGÁNEM NEBO ÚŘEDNÍKEM S VAZBOU NA SOUDY DANÉHO ČLENSKÉHO STÁTU/ **(DA)** DOKUMENT, DER ER UDSTEDT AF EN MYNDIGHED ELLER EN EMBEDSMAND, DER ER TILKNYTTET DOMSTOLE I EN MEDLEMSSTAT/ **(DE)** URKUNDE EINER BEHÖRDE ODER EINER AMTSPERSON ALS ORGAN DER RECHTSPFLEGE EINES MITGLIEDSTAATS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD LIIKMESRIIGI KOHTUTEGA SEOTUD AMETIASUTUS VÕI AMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΜΙΑ ΑΡΧΗ Ή ΕΝΑΝ/ΜΙΑ ΥΠΑΛΛΗΛΟ ΠΟΥ ΣΥΝΔΕΕΤΑΙ ΜΕ ΤΑ ΔΙΚΑΣΤΗΡΙΑ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ/ **(EN)** DOCUMENT EMANATING FROM AN AUTHORITY OR AN OFFICIAL CONNECTED WITH THE COURTS OR TRIBUNALS OF A MEMBER STATE/ **(FR)** DOCUMENT ÉMANANT D'UNE AUTORITÉ OU D'UN FONCTIONNAIRE RELEVANT D'UNE JURIDICTION D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD A THAGANN Ó ÚDARÁS NÓ Ó OIFIGEACH A BHFUIL BAINT AIGE NÓ AICI LE CÚIRTEANNA NÓ LE BINSÍ DE CHUID BALLSTÁIT/ **(HR)** ISPRAVA KOJU JE IZDALO TIJELO ILI SLUŽBENIK SUDA DRŽAVE ČLANICE/ **(IT)** DOCUMENTO EMANATO DA UN'AUTORITÀ O DA UN FUNZIONARIO APPARTENENTE AD UNA DELLE GIURISDIZIONI DI UNO STATO MEMBRO/ **(LV)** DOKUMENTS, KURU IZSNIEGUSI AR DALĪBVALSTS TIESĀM SAISTĪTA IESTĀDE VAI AMATPERSONA/ **(LT)** DOKUMENTAS, IŠDUOTAS VALDŽIOS INSTITUCIJOS AR PAREIGŪNO, SUSIJUSIŲ SU VALSTYBĖS NARĖS TEISMAIS AR TRIBUNOLAIS/ **(HU)** TAGÁLLAMI BÍRÓSÁGGAL KAPCSOLATBAN ÁLLÓ HATÓSÁG VAGY TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN AWTORITÀ JEW UFFIĊJAL LI JKOLLHOM RABTA MAL-QRATI JEW IT-TRIBUNALI TA' STAT MEMBRU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN AUTORITEIT OF AMBTENAAR BEHORENDE TOT EEN RECHTERLIJKE INSTANTIE VAN EEN LIDSTAAT/ **(PL)** DOKUMENT POCHODZĄCY OD ORGANU SĄDOWEGO LUB URZĘDNIKA SĄDOWEGO PAŃSTWA CZŁONKOWSKIEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UMA AUTORIDADE OU DE UM FUNCIONÁRIO DEPENDENTE DE QUALQUER JURISDIÇÃO DE UM ESTADO-MEMBRO/ **(RO)** DOCUMENT EMIS DE O AUTORITATE SAU DE UN FUNCȚIONAR DE PE LÂNGĂ INSTANȚELE UNUI STAT MEMBRU/ **(SK)** LISTINA VYDANÁ ORGÁNOM ALEBO ÚRADNÍKOM S VÄZBOU NA SÚDY ČLENSKÉHO ŠTÁTU/ **(SL)** LISTINA, IZDANA S STRANI ORGANA ALI URADNIKA SODNE OBLASTI DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA ON ANTANUT JÄSENVALTION OIKEUSLAITOKSEEN KUULUVA VIRANOMAINEN TAI VIRKAMIES/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN MYNDIGHET ELLER EN TJÄNSTEMAN TILLHÖRANDE DOMSTOLSVÄSENDET I EN MEDLEMSSTAT

3.1.1 **(BG)** СЪДЕБНО РЕШЕНИЕ/ **(ES)** RESOLUCIÓN JUDICIAL/ **(CZ)** ROZHODNUTÍ SOUDU/ **(DA)** DOMSTOLSAFGØRELSE/ **(DE)** GERICHTSENTSCHEIDUNG/ **(ET)** KOHTUOTSUS/ **(EL)** ΔΙΚΑΣΤΙΚΗ ΑΠΟΦΑΣΗ/ **(EN)** COURT DECISION/ **(FR)** DÉCISION DE JUSTICE/ **(GA)** CINNEADH ÓN gCÚIRT/ **(HR)** SUDSKA ODLUKA/ **(IT)** DECISIONE GIURISDIZIONALE/ **(LV)** TIESAS LĒMUMS/ **(LT)** TEISMO SPRENDIMAS/ **(HU)** BÍRÓSÁGI HATÁROZAT/ **(MT)** DEĊIŻJONI TAL-QORTI/ **(NL)** RECHTERLIJKE BESLISSING/ **(PL)** ORZECZENIE SĄDOWE/ **(PT)** DECISÃO JUDICIAL/ **(RO)** HOTĂRÂRE JUDECĂTOREASCĂ/ **(SK)** SÚDNE ROZHODNUTIE/ **(SL)** SODNA ODLOČBA/ **(FI)** TUOMIOISTUIMEN PÄÄTÖS/ **(SV)** DOMSTOLSBESLUT

3.1.2 **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ ПРОКУРОР/ **(ES)** DOCUMENTO EXPEDIDO POR EL MINISTERIO FISCAL/ **(CZ)** LISTINA VYDANÁ STÁTNÍM ZÁSTUPCEM/ **(DA)** DOKUMENT UDSTEDT AF EN ANKLAGEMYNDIGHED/ **(DE)** URKUNDE EINER STAATSANWALTSCHAFT/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD RIIKLIK SÜÜDISTAJA/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΕΙΣΑΓΓΕΛΕΑ/ **(EN)** DOCUMENT EMANATING FROM A PUBLIC PROSECUTOR/ **(FR)** DOCUMENT ÉMANANT DU MINISTÈRE PUBLIC/ **(GA)** DOICIMÉAD A THAGANN Ó IONCHÚISITHEOIR POIBLÍ/ **(HR)** ISPRAVA KOJU JE IZDALO DRŽAVNO ODVJETNIŠTVO/ **(IT)** DOCUMENTO EMANATO DAL PUBBLICO MINISTERO/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS PROKURORS/ **(LT)** PROKURORO IŠDUOTAS DOKUMENTAS/ **(HU)** ÜGYÉSZ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN PROSEKUTUR PUBBLIKU/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN OPENBAAR MINISTERIE/ **(PL)** DOKUMENT POCHODZĄCY OD PROKURATORA/ **(PT)** DOCUMENTO PROVENIENTE DO MINISTÉRIO PÚBLICO/ **(RO)** DOCUMENT EMIS DE UN PROCUROR/ **(SK)** LISTINA VYDANÁ PROKURÁTOROM/ **(SL)** LISTINA, KI JO IZDA DRŽAVNO TOŽILSTVO/ **(FI)** VIRALLISEN SYYTTÄJÄN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN ÅKLAGARVÄSENDET

3.1.3 **(BG)** ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН СЛУЖИТЕЛ/ **(ES)** DOCUMENTO EXPEDIDO POR UN SECRETARIO JUDICIAL/ **(CZ)** LISTINA VYDANÁ VYŠŠÍM SOUDNÍM ÚŘEDNÍKEM/ **(DA)** DOKUMENT UDSTEDT AF EN JUSTITSSEKRETÆR/ **(DE)** URKUNDE EINES URKUNDSBEAMTEN DER GESCHÄFTSSTELLE EINES GERICHTS/ **(ET)** DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUAMETNIK/ **(EL)** ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΓΡΑΜΜΑΤΕΑ ΔΙΚΑΣΤΗΡΙΟΥ/ **(EN)** DOCUMENT EMANATING FROM A CLERK OF A COURT/ **(FR)** DOCUMENT ÉMANANT D'UN GREFFIER/ **(GA)** DOICIMÉAD A THAGANN Ó CHLÉIREACH DE CHUID CÚIRTE/ **(HR)** ISPRAVA KOJU JE IZDAO UPRAVITELJ SUDSKE PISARNICE/ **(IT)** DOCUMENTO EMANATO DA UN CANCELLIERE/ **(LV)** DOKUMENTS, KURU IZSNIEDZIS TIESAS SEKRETĀRS/ **(LT)** TEISMO TARNAUTOJO IŠDUOTAS DOKUMENTAS/ **(HU)** BÍRÓSÁGI TISZTVISELŐ ÁLTAL KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT MAĦRUĠ MINN REĠISTRATUR TA' QORTI/ **(NL)** DOCUMENT AFGEGEVEN DOOR EEN GRIFFIER/ **(PL)** DOKUMENT POCHODZĄCY OD SEKRETARZA SĄDOWEGO/ **(PT)** DOCUMENTO PROVENIENTE DE UM OFICIAL DE JUSTIÇA/ **(RO)** DOCUMENT EMIS DE UN GREFIER AL INSTANȚEI/ **(SK)** LISTINA VYDANÁ SÚDNYM ÚRADNÍKOM/ **(SL)** LISTINA, KI JO IZDA SODNI USLUŽBENEC/ **(FI)** TUOMIOISTUIMEN SIHTEERIN ANTAMA ASIAKIRJA/ **(SV)** HANDLING SOM HÄRRÖR FRÅN EN DOMSTOLSTJÄNSTEMAN

| 3.1.4 | (BG) ДОКУМЕНТ, ПРОИЗХОЖДАЩ ОТ СЪДЕБЕН ИЗПЪЛНИТЕЛ („HUISSIER DE JUSTICE")/ (ES) DOCUMENTO EXPEDIDO POR UN AGENTE JUDICIAL («HUISSIER DE JUSTICE»)/ (CZ) LISTINA VYDANÁ SOUDNÍM VYKONAVATELEM („HUISSIER DE JUSTICE")/ (DA) DOKUMENT UDSTEDT AF EN STÆVNINGSMAND (»HUISSIER DE JUSTICE«)/ (DE) URKUNDE EINES GERICHTSVOLLZIEHERS/ (ET) DOKUMENT, MILLE ON VÄLJA ANDNUD KOHTUTÄITUR/ (EL) ΕΓΓΡΑΦΟ ΠΡΟΕΡΧΟΜΕΝΟ ΑΠΟ ΔΙΚΑΣΤΙΚΟ(-Η) ΕΠΙΜΕΛΗΤΗ(-ΡΙΑ) («HUISSIER DE JUSTICE»)/ (EN) DOCUMENT EMANATING FROM A JUDICIAL OFFICER ('HUISSIER DE JUSTICE')/ (FR) DOCUMENT ÉMANANT D'UN HUISSIER DE JUSTICE/ (GA) DOICIMÉAD A THAGANN Ó OIFIGEACH BREITHIÚNACH ("HUISSIER DE JUSTICE")/ (HR) ISPRAVA KOJU JE IZDAO SUDSKI OVRŠITELJ (HUISSIER DE JUSTICE)/ (IT) DOCUMENTO EMANATO DA UN UFFICIALE GIUDIZIARIO ("HUISSIER DE JUSTICE")/ (LV) DOKUMENTS, KURU IZSNIEDZIS TIESAS IZPILDĪTĀJS (HUISSIER DE JUSTICE)/ (LT) ANTSTOLIO (HUISSIER DE JUSTICE) IŠDUOTAS DOKUMENTAS/ (HU) BÍRÓSÁGI VÉGREHAJTÓ („HUISSIER DE JUSTICE") ÁLTAL KIÁLLÍTOTT OKIRAT/ (MT) DOKUMENT MAĦRUĠ MINN UFFIĊJAL ĠUDIZZJARJU ('HUISSIER DE JUSTICE')/ (NL) DOCUMENT AFGEGEVEN DOOR EEN GERECHTSDEURWAARDER/ (PL) DOKUMENT POCHODZĄCY OD URZĘDNIKA SĄDOWEGO (HUISSIER DE JUSTICE)/ (PT) DOCUMENTO PROVENIENTE DE UM ESCRIVÃO DE DIREITO («HUISSIER DE JUSTICE»)/ (RO) DOCUMENT EMIS DE UN EXECUTOR JUDECĂTORESC („HUISSIER DE JUSTICE")/ (SK) LISTINA VYDANÁ SÚDNYM VYKONÁVATEĽOM („HUISSIER DE JUSTICE")/ (SL) LISTINA, KI JO IZDA SODNI IZVRŠITELJ („HUISSIER DE JUSTICE")/ (FI) HAASTEMIEHEN ("HUISSIER DE JUSTICE") ANTAMA ASIAKIRJA/ (SV) HANDLING SOM HÄRRÖR FRÅN EN STÄMNINGSMAN (HUISSIER DE JUSTICE) |
|---|---|
| 3.1.5 | (BG) ДРУГИ (ДА СЕ ПОСОЧАТ)/ (ES) OTRO (ESPECIFÍQUESE)/ (CZ) JINÉ (UPŘESNĚTE)/ (DA) ANDRE (ANGIVES)/ (DE) SONSTIGES (BITTE ANGEBEN)/ (ET) MUU (TÄPSUSTAGE)/ (EL) ΑΛΛΟ (ΔΙΕΥΚΡΙΝΙΣΤΕ)/ (EN) OTHER (TO BE SPECIFIED)/ (FR) AUTRE (À PRÉCISER)/ (GA) EILE (LE SONRÚ)/ (HR) OSTALO (NAVESTI)/ (IT) ALTRO (PRECISARE)/ (LV) CITS (PRECIZĒT)/ (LT) KITA (NURODYTI)/ (HU) EGYÉB (KÉRJÜK PONTOSÍTANI)/ (MT) OĦRAJN (IPPREĊIŻA)/ (NL) OVERIGE (SPECIFICEREN)/ (PL) INNY (PROSZĘ OKREŚLIĆ)/ (PT) OUTROS (A ESPECIFICAR)/ (RO) ALTUL (A SE PRECIZA)/ (SK) INÉ (SPRESNIŤ)/ (SL) DRUGO (NAVESTI)/ (FI) MUU ASIAKIRJA (TÄSMENNETTÄVÄ)/ (SV) ANNAN HANDLING (SPECIFICERAS) |
| 3.2 | (BG) АДМИНИСТРАТИВЕН ДОКУМЕНТ/ (ES) DOCUMENTO ADMINISTRATIVO/ (CZ) LISTINA VYDANÁ SPRÁVNÍM ÚŘADEM/ (DA) ADMINISTRATIVT DOKUMENT/ (DE) URKUNDE EINER VERWALTUNGSBEHÖRDE/ (ET) HALDUSDOKUMENT/ (EL) ΔΙΟΙΚΗΤΙΚΟ ΕΓΓΡΑΦΟ/ (EN) ADMINISTRATIVE DOCUMENT/ (FR) DOCUMENT ADMINISTRATIF/ (GA) DOICIMÉAD RIARACHÁIN/ (HR) UPRAVNA ISPRAVA/ (IT) DOCUMENTO AMMINISTRATIVO/ (LV) ADMINISTRATĪVS DOKUMENTS/ (LT) ADMINISTRACINIS DOKUMENTAS/ (HU) KÖZIGAZGATÁSI OKIRAT/ (MT) DOKUMENT AMMINISTRATTIV/ (NL) ADMINISTRATIEF DOCUMENT/ (PL) DOKUMENT ADMINISTRACYJNY/ (PT) DOCUMENTO ADMINISTRATIVO/ (RO) DOCUMENT ADMINISTRATIV/ (SK) SPRÁVNA LISTINA/ (SL) UPRAVNA LISTINA/ (FI) HALLINNOLLINEN ASIAKIRJA/ (SV) ADMINISTRATIV HANDLING |
| 3.2.1 | (BG) УДОСТОВЕРЕНИЕ/ (ES) CERTIFICADO/ (CZ) OSVĚDČENÍ/ (DA) PÅTEGNING/ (DE) BESCHEINIGUNG/ (ET) TÕEND/ (EL) ΠΙΣΤΟΠΟΙΗΤΙΚΟ/ (EN) CERTIFICATE/ (FR) CERTIFICAT/ (GA) DEIMHNIÚ/ (HR) POTVRDA/ (IT) CERTIFICATO/ (LV) APLIECINĀJUMS/ (LT) PAŽYMA, LIUDIJIMAS/ (HU) TANÚSÍTVÁNY/BIZONYÍTVÁNY/ (MT) ĊERTIFIKAT/ (NL) CERTIFICAAT/ (PL) ZAŚWIADCZENIE/ (PT) CERTIDÃO OU CERTIFICADO/ (RO) CERTIFICAT/ (SK) OSVEDČENIE/ (SL) POTRDILO/ (FI) TODISTUS/ (SV) INTYG |
| 3.2.2 | (BG) ИЗВЛЕЧЕНИЕ ОТ РЕГИСТЪРА ЗА СЪДИМОСТ/ (ES) EXTRACTO DEL REGISTRO DE ANTECEDENTES PENALES/ (CZ) VÝPIS Z REJSTŘÍKU TRESTŮ/ (DA) UDDRAG FRA STRAFFEREGISTRET/ (DE) STRAFREGISTERAUSZUG/ (ET) KARISTUSREGISTRI VÄLJAVÕTE/ (EL) ΑΠΟΣΠΑΣΜΑ ΠΟΙΝΙΚΟΥ ΜΗΤΡΩΟΥ/ (EN) EXTRACT FROM THE CRIMINAL RECORD/ (FR) EXTRAIT DU CASIER JUDICIAIRE/ (GA) SLIOCHT AS AN TAIFEAD COIRIÚIL/ (HR) IZVADAK IZ KAZNENE EVIDENCIJE/ (IT) ESTRATTO DEL CASELLARIO GIUDIZIALE/ (LV) IZRAKSTS NO SODĀMĪBAS REĢISTRA/ (LT) ĮRAŠAS IŠ NUOSPRENDŽIŲ REGISTRO/ (HU) KIVONAT A BŰNÜGYI NYILVÁNTARTÁSBÓL/ (MT) ESTRATT MIR-REKORD KRIMINALI/ (NL) UITTREKSEL UIT HET STRAFREGISTER/ (PL) WYCIĄG Z REJESTRU KARNEGO/ (PT) CERTIFICADO DO REGISTO CRIMINAL/ (RO) EXTRAS DIN CAZIERUL JUDICIAR/ (SK) VÝPIS Z REGISTRA TRESTOV/ (SL) IZPISEK IZ KAZENSKE EVIDENCE/ (FI) RIKOSREKISTERIOTE/ (SV) UTDRAG UR KRIMINALREGISTRET |
| 3.2.3 | (BG) ПЪЛЕН ПРЕПИС ОТ АКТ ОТ РЕГИСТЪРА ЗА СЪДИМОСТ/ (ES) COPIA LITERAL DE INSCRIPCIONES DEL REGISTRO DE ANTECEDENTES PENALES/ (CZ) OPIS ZÁZNAMU Z REJSTŘÍKU TRESTŮ/ (DA) ORDRET KOPI AF STRAFFEREGISTRET/ (DE) WÖRTLICHE ABSCHRIFT DES STRAFREGISTERS/ (ET) KARISTUSREGISTRI VÄLJAVÕTTE KOOPIA/ (EL) ΠΙΣΤΟ ΑΝΤΙΓΡΑΦΟ ΠΟΙΝΙΚΟΥ ΜΗΤΡΩΟΥ/ (EN) VERBATIM COPY OF THE CRIMINAL RECORD/ (FR) COPIE INTÉGRALE DU CASIER JUDICIAIRE/ (GA) CÓIP FOCAL AR FHOCAL DEN TAIFEAD COIRIÚIL/ (HR) DOSLOVNI PRIJEPIS IZ KAZNENE EVIDENCIJE/ (IT) COPIA LETTERALE DEL CASELLARIO GIUDIZIALE/ (LV) SODĀMĪBAS REĢISTRA AUTENTISKA KOPIJA/ (LT) NUOSPRENDŽIŲ REGISTRO ĮRAŠŲ PAŽODINĖ KOPIJA/ (HU) A BŰNÜGYI NYILVÁNTARTÁS SZÓ SZERINTI MÁSOLATA/ (MT) KOPJA VERBATIM TAR-REKORD KRIMINALI/ (NL) EENSLUIDEND AFSCHRIFT VAN HET STRAFREGISTER/ (PL) ODPIS ZUPEŁNY Z REJESTRU KARNEGO/ (PT) CERTIDÃO DE CÓPIA INTEGRAL OU DE NARRATIVA DO REGISTO CRIMINAL/ (RO) COPIE EXACTĂ A CAZIERULUI JUDICIAR/ (SK) DOSLOVNÝ ODPIS Z REGISTRA TRESTOV/ (SL) DOBESEDNI PREPIS IZ KAZENSKE EVIDENCE/ (FI) RIKOSREKISTERIOTTEEN SANATARKKA JÄLJENNÖS/ (SV) ORDAGRANN AVSKRIFT AV UPPGIFTER UR KRIMINALREGISTRET |

| 3.3 | **(BG)** НОТАРИАЛЕН АКТ/ **(ES)** ACTA NOTARIAL/ **(CZ)** NOTÁŘSKÁ LISTINA/ **(DA)** NOTARBEKRÆFTET DOKUMENT/ **(DE)** NOTARIELLE URKUNDE/ **(ET)** NOTARIAALDOKUMENT/ **(EL)** ΣΥΜΒΟΛΑΙΟΓΡΑΦΙΚΗ ΠΡΑΞΗ/ **(EN)** NOTARIAL ACT/ **(FR)** ACTE NOTARIÉ/ **(GA)** GNÍOMH NÓTAIREACHTA/ **(HR)** JAVNOBILJEŽNIČKA ISPRAVA/ **(IT)** ATTO NOTARILE/ **(LV)** NOTARIĀLS AKTS/ **(LT)** NOTARINIS AKTAS/ **(HU)** KÖZJEGYZŐI OKIRAT/ **(MT)** ATT NOTARILI/ **(NL)** NOTARIËLE AKTE/ **(PL)** AKT NOTARIALNY/ **(PT)** ATO NOTARIAL/ **(RO)** ACT NOTARIAL/ **(SK)** NOTÁRSKA LISTINA/ **(SL)** NOTARSKA LISTINA/ **(FI)** NOTAARIN ANTAMA ASIAKIRJA/ **(SV)** NOTARIELL HANDLING |
|---|---|
| 3.4 | **(BG)** ОФИЦИАЛНО УДОСТОВЕРЕНИЕ, ПРИЛОЖЕНО КЪМ ДОКУМЕНТ, ПОДПИСАН ОТ ЛИЦЕ В ЛИЧНО КАЧЕСТВО/ **(ES)** CERTIFICACIÓN OFICIAL PUESTA SOBRE UN DOCUMENTO PRIVADO/ **(CZ)** ÚŘEDNÍ OSVĚDČENÍ, KTERÝM BYLA OPATŘENA LISTINA PODEPSANÁ SOUKROMOU OSOBOU/ **(DA)** OFFICIEL PÅTEGNING PÅ ET DOKUMENT UNDERTEGNET AF EN PERSON I DENNES EGENSKAB AF PRIVATPERSON/ **(DE)** AMTLICHE BESCHEINIGUNG AUF EINER PRIVATURKUNDE/ **(ET)** ISIKU POOLT ERAISIKUNA ALLKIRJASTATUD DOKUMENDILE KINNITATAV AMETLIK TÕEND/ **(EL)** ΕΠΙΣΗΜΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟ ΕΝΣΩΜΑΤΩΜΕΝΟ ΣΕ ΕΓΓΡΑΦΟ ΥΠΟΓΕΓΡΑΜΜΕΝΟ ΑΠΟ ΑΤΟΜΟ ΠΟΥ ΕΝΕΡΓΕΙ ΩΣ ΙΔΙΩΤΗΣ/ **(EN)** OFFICIAL CERTIFICATE PLACED ON A DOCUMENT SIGNED BY A PERSON IN HIS OR HER PRIVATE CAPACITY/ **(FR)** DÉCLARATION OFFICIELLE APPOSÉE SUR UN ACTE SOUS SEING PRIVÉ/ **(GA)** DEIMHNIÚ OIFIGIÚIL A CHUIRTEAR AR DHOICIMÉAD ARNA SHÍNIÚ AG DUINE INA CHÁIL NÓ INA CÁIL PHRÍOBHÁIDEACH/ **(HR)** SLUŽBENA POTVRDA STAVLJENA NA ISPRAVU KOJU JE OSOBA POTPISALA U PRIVATNOM SVOJSTVU/ **(IT)** DICHIARAZIONE UFFICIALE APPOSTA SU UNA SCRITTURA PRIVATA/ **(LV)** OFICIĀLS APLIECINĀJUMS UZ DOKUMENTA, KO SAVĀ VĀRDĀ PARAKSTĪJUSI KĀDA PERSONA/ **(LT)** PRIVAČIŲ ASMENŲ PASIRAŠYTŲ DOKUMENTŲ OFICIALŪS PATVIRTINIMAI/ **(HU)** MAGÁNOKIRATON ELHELYEZETT HIVATALOS TANÚSÍTVÁNY/ **(MT)** ĊERTIFIKAT UFFIĊJALI LI JITQIEGĦED F'DOKUMENT IFFIRMAT MINN PERSUNA FIL-KAPAĊITÀ PRIVATA TAGĦHA/ **(NL)** OFFICIEEL CERTIFICAAT OP EEN DOCUMENT ONDERTEKEND DOOR EEN PERSOON IN ZIJN PARTICULIERE HOEDANIGHEID/ **(PL)** URZĘDOWE ZAŚWIADCZENIE UMIESZCZONE NA DOKUMENCIE PODPISANYM PRZEZ OSOBĘ DZIAŁAJĄCĄ W CHARAKTERZE PRYWATNYM/ **(PT)** DECLARAÇÃO OFICIAL INSERTA NUM ATO DE NATUREZA PRIVADA/ **(RO)** CERTIFICAT OFICIAL APLICAT PE UN DOCUMENT SUB SEMNĂTURĂ PRIVATĂ/ **(SK)** ÚRADNÉ OSVEDČENIE UVEDENÉ NA LISTINE PODPÍSANEJ OSOBOU KONAJÚCOU AKO SÚKROMNÁ OSOBA/ **(SL)** URADNA IZJAVA NA ZASEBNI LISTINI/ **(FI)** VIRALLINEN TODISTUS ASIAKIRJASSA, JONKA HENKILÖ ON ALLEKIRJOITTANUT YKSITYISHENKILÖNÄ/ **(SV)** OFFICIELLT INTYG ANBRINGAT PÅ EN HANDLING SOM UNDERTECKNATS AV EN PRIVATPERSON |
| 3.5 | **(BG)** ДОКУМЕНТ, ИЗГОТВЕН ОТ ДИПЛОМАТИЧЕСКИ ИЛИ КОНСУЛСКИ СЛУЖИТЕЛ НА ДЪРЖАВА ЧЛЕНКА В СЛУЖЕБНО КАЧЕСТВО/ **(ES)** DOCUMENTO EXPEDIDO POR UN AGENTE DIPLOMÁTICO O CONSULAR DE UN ESTADO MIEMBRO CON CARÁCTER OFICIAL/ **(CZ)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCEM NEBO KONZULÁRNÍM ÚŘEDNÍKEM ČLENSKÉHO STÁTU V RÁMCI VÝKONU JEHO SLUŽEBNÍCH POVINNOSTÍ/ **(DA)** DOKUMENT OFFICIELT UDFÆRDIGET AF EN MEDLEMSSTATS DIPLOMATISKE ELLER KONSULÆRE REPRÆSENTANT/ **(DE)** VON EINEM DIPLOMATISCHEN ODER KONSULARISCHEN VERTRETER EINES MITGLIEDSTAATS IN SEINER AMTLICHEN FUNKTION ERRICHTETE URKUNDE/ **(ET)** LIIKMESRIIGI DIPLOMAATILISE VÕI KONSULAARAMETNIKU POOLT AMETIKOHUSTUSTE TÄITMISEL KOOSTATUD DOKUMENT/ **(EL)** ΕΓΓΡΑΦΟ ΣΥΝΤΑΓΜΕΝΟ ΑΠΟ ΔΙΠΛΩΜΑΤΙΚΟ(-Η) Ή ΠΡΟΞΕΝΙΚΟ(-Η) ΥΠΑΛΛΗΛΟ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΥΠΟ ΤΗΝ ΕΠΙΣΗΜΗ ΙΔΙΟΤΗΤΑ ΤΟΥ/ΤΗΣ/ **(EN)** DOCUMENT DRAWN UP BY A DIPLOMATIC OR CONSULAR AGENT OF A MEMBER STATE IN HIS OR HER OFFICIAL CAPACITY/ **(FR)** DOCUMENT ÉTABLI EN SA QUALITÉ OFFICIELLE PAR UN AGENT DIPLOMATIQUE OU CONSULAIRE D'UN ÉTAT MEMBRE/ **(GA)** DOICIMÉAD ARNA THARRAINGT SUAS AG GNÍOMHAIRE TAIDHLEOIREACHTA NÓ CONSALACH DE CHUID BALLSTÁIT INA CHÁIL NÓ INA CÁIL OIFIGIÚIL/ **(HR)** ISPRAVA KOJU JE U SLUŽBENOM SVOJSTVU SASTAVIO DIPLOMATSKI ILI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(IT)** DOCUMENTO REDATTO DA AGENTI DIPLOMATICI O CONSOLARI DI UNO STATO MEMBRO NELL'ESERCIZIO DELLE LORO FUNZIONI/ **(LV)** DOKUMENTS, KURU, PILDOT AMATA PIENĀKUMUS, SAGATAVOJIS DALĪBVALSTS DIPLOMĀTISKAIS VAI KONSULĀRAIS PĀRSTĀVIS/ **(LT)** DOKUMENTAS, PARENGTAS VALSTYBĖS NARĖS DIPLOMATO AR KONSULINIO PAREIGŪNO, VEIKIANČIO PAGAL OFICIALIUS ĮGALIOJIMUS/ **(HU)** VALAMELY TAGÁLLAM DIPLOMÁCIAI VAGY KONZULI KÉPVISELŐJE ÁLTAL HIVATALOS MINŐSÉGÉBEN KIÁLLÍTOTT OKIRAT/ **(MT)** DOKUMENT IMFEJJI MINN AĠENT DIPLOMATIKU JEW KONSULARI TA' STAT MEMBRU FIL-KAPAĊITÀ UFFIĊJALI TIEGĦU/ **(NL)** DOCUMENT OPGESTELD DOOR DE DIPLOMATIEKE OF CONSULAIRE AMBTENAAR VAN EEN LIDSTAAT IN ZIJN OFFICIËLE HOEDANIGHEID/ **(PL)** DOKUMENT SPORZĄDZONY PRZEZ PRZEDSTAWICIELA DYPLOMATYCZNEGO LUB URZĘDNIKA KONSULARNEGO PAŃSTWA CZŁONKOWSKIEGO DZIAŁAJĄCYCH W CHARAKTERZE URZĘDOWYM/ **(PT)** DOCUMENTO LAVRADO POR UM AGENTE DIPLOMÁTICO OU CONSULAR DE UM ESTADO-MEMBRO NO EXERCÍCIO DAS SUAS FUNÇÕES OFICIAIS/ **(RO)** DOCUMENT ÎNTOCMIT DE CĂTRE UN AGENT DIPLOMATIC SAU CONSULAR AL UNUI STAT MEMBRU, ÎN CALITATE OFICIALĂ/ **(SK)** LISTINA VYHOTOVENÁ DIPLOMATICKÝM ZÁSTUPCOM ALEBO KONZULÁRNYM ÚRADNÍKOM ČLENSKÉHO ŠTÁTU V RÁMCI VÝKONU JEHO FUNKCIE/ **(SL)** LISTINA, KI JO KOT URADNA OSEBA IZDA DIPLOMATSKI ALI KONZULARNI PREDSTAVNIK DRŽAVE ČLANICE/ **(FI)** ASIAKIRJA, JONKA JÄSENVALTION DIPLOMAATTINEN EDUSTAJA TAI KONSULIEDUSTAJA ON LAATINUT VIRANTOIMITUKSESSA/ **(SV)** HANDLING UPPRÄTTAD I TJÄNSTEN AV EN DIPLOMATISK ELLER KONSULÄR TJÄNSTEMAN I EN MEDLEMSSTAT |

| 3.6 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
|---|---|
| 3.7 | **(BG)** РЕФЕРЕНТЕН НОМЕР НА ОФИЦИАЛНИЯ ДОКУМЕНТ/ **(ES)** NÚMERO DE REFERENCIA DEL DOCUMENTO PÚBLICO/ **(CZ)** REFERENČNÍ ČÍSLO VEŘEJNÉ LISTINY/ **(DA)** DET OFFENTLIGE DOKUMENTS REFERENCENUMMER/ **(DE)** KENNNUMMER DER ÖFFENTLICHEN URKUNDE/ **(ET)** AVALIKU DOKUMENDI VIITENUMBER/ **(EL)** ΑΡΙΘΜΟΣ ΑΝΑΦΟΡΑΣ ΤΟΥ ΔΗΜΟΣΙΟΥ ΕΓΓΡΑΦΟΥ/ **(EN)** REFERENCE NUMBER OF THE PUBLIC DOCUMENT/ **(FR)** NUMÉRO DE RÉFÉRENCE DU DOCUMENT PUBLIC/ **(GA)** UIMHIR THAGARTHA AN DOICIMÉID PHOIBLÍ/ **(HR)** REFERENTNI BROJ JAVNE ISPRAVE/ **(IT)** NUMERO DI RIFERIMENTO DEL DOCUMENTO PUBBLICO/ **(LV)** PUBLISKĀ DOKUMENTA ATSAUCES NUMURS/ **(LT)** VIEŠOJO DOKUMENTO NUMERIS/ **(HU)** A KÖZOKIRAT HIVATKOZÁSI SZÁMA/ **(MT)** NUMRU TA' REFERENZA TAD-DOKUMENT PUBBLIKU/ **(NL)** REFERENTIENUMMER VAN HET OPENBAAR DOCUMENT/ **(PL)** NUMER REFERENCYJNY DOKUMENTU URZĘDOWEGO/ **(PT)** NÚMERO DE REFERÊNCIA DO DOCUMENTO PÚBLICO/ **(RO)** NUMĂRUL DE REFERINȚĂ AL DOCUMENTULUI OFICIAL/ **(SK)** REFERENČNÉ ČÍSLO VEREJNEJ LISTINY/ **(SL)** REFERENČNA ŠTEVILKA JAVNE LISTINE/ **(FI)** YLEISEN ASIAKIRJAN VIITENUMERO/ **(SV)** DEN OFFICIELLA HANDLINGENS REFERENSNUMMER |
| 4. | **(BG)** ИНФОРМАЦИЯ ЗА САМОЛИЧНОСТТА НА СЪОТВЕТНОТО ЛИЦЕ СЪГЛАСНО ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** INFORMACIÓN SOBRE LA IDENTIDAD DE LA PERSONA A LA QUE SE REFIERE EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO/ **(CZ)** INFORMACE O TOTOŽNOSTI OSOBY UVEDENÉ VE VEŘEJNÉ LISTINĚ, K NÍŽ JE PŘIPOJEN TENTO FORMULÁŘ/ **(DA)** INFORMATION OM IDENTITETEN PÅ PERSONEN, SOM DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET, ER UDSTEDT I/ **(DE)** ANGABEN ZUR IDENTITÄT DER BETREFFENDEN PERSON GEMÄSS DER ÖFFENTLICHEN URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST/ **(ET)** TEAVE ISIKU ISIKUSAMASUSE KOHTA, KES ON NIMETATUD AVALIKUS DOKUMENDIS, MILLELE SEE VORM ON LISATUD/ **(EL)** ΠΛΗΡΟΦΟΡΙΕΣ ΓΙΑ ΤΗΝ ΤΑΥΤΟΤΗΤΑ ΤΟΥ ΠΡΟΣΩΠΟΥ ΤΟ ΟΠΟΙΟ ΚΑΤΟΝΟΜΑΖΕΤΑΙ ΣΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** INFORMATION ON THE IDENTITY OF THE PERSON NAMED IN THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED/ **(FR)** INFORMATIONS SUR L'IDENTITÉ DE LA PERSONNE CONCERNÉE PAR LE DOCUMENT PUBLIC AUQUEL EST JOINT LE PRÉSENT FORMULAIRE/ **(GA)** FAISNÉIS FAOI AITHEANTAS AN DUINE ATÁ AINMNITHE SA DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE/ **(HR)** INFORMACIJE O IDENTITETU OSOBE NAVEDENE U JAVNOJ ISPRAVI KOJOJ JE OVAJ OBRAZAC PRILOŽEN/ **(IT)** INFORMAZIONI SULL'IDENTITÀ DELLA PERSONA INTERESSATA DAL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO/ **(LV)** INFORMĀCIJA PAR PUBLISKAJĀ DOKUMENTĀ, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA, MINĒTĀS PERSONAS IDENTITĀTI/ **(LT)** INFORMACIJA APIE ASMENS, NURODYTO VIEŠAJAME DOKUMENTE, PRIE KURIO PRIDEDAMA ŠI FORMA, TAPATYBĘ/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRATBAN MEGNEVEZETT SZEMÉLY SZEMÉLYAZONOSSÁGÁRA VONATKOZÓ ADATOK/ **(MT)** INFORMAZZJONI DWAR L-IDENTITÀ TAL-PERSUNA MSEMMIJA FID-DOKUMENT PUBBLIKU LI MIEGĦU HI MEĦMUŻA DIN IL-FORMOLA/ **(NL)** INFORMATIE OVER DE IDENTITEIT VAN DE BETROKKENE OP GROND VAN HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT/ **(PL)** DANE NA TEMAT TOŻSAMOŚCI OSOBY WSKAZANEJ W DOKUMENCIE URZĘDOWYM, DO KTÓREGO ZAŁĄCZONY JEST NINIEJSZY FORMULARZ/ **(PT)** INFORMAÇÕES SOBRE A IDENTIDADE DA PESSOA DESIGNADA NO DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO/ **(RO)** INFORMAȚII PRIVIND IDENTITATEA PERSOANEI VIZATE DE DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR/ **(SK)** INFORMÁCIE O TOTOŽNOSTI OSOBY UVEDENEJ VO VEREJNEJ LISTINE, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ/ **(SL)** INFORMACIJE O ISTOVETNOSTI OSEBE, NA KATERO SE NANAŠA JAVNA LISTINA, KI JI JE PRILOŽEN TA OBRAZEC/ **(FI)** YLEISESSÄ ASIAKIRJASSA, JOHON TÄMÄ LOMAKE LIITETÄÄN, TARKOITETUN HENKILÖN HENKILÖTIEDOT/ **(SV)** UPPGIFTER OM IDENTITETEN PÅ DEN PERSON SOM BERÖRS AV DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT |
| 4.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА)/ **(ES)** APELLIDO(S)/ **(CZ)** PŘÍJMENÍ/ **(DA)** EFTERNAVN(E)/ **(DE)** FAMILIENNAME(N)/ **(ET)** PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α)/ **(EN)** SURNAME(S)/ **(FR)** NOM(S)/ **(GA)** SLOINNE (SLOINNTE)/ **(HR)** PREZIME(NA)/ **(IT)** COGNOME(I)/ **(LV)** UZVĀRDS(-I)/ **(LT)** PAVARDĖ (-ĖS)/ **(HU)** CSALÁDI NEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET)/ **(NL)** ACHTERNA(A)M(EN)/ **(PL)** NAZWISKO(-A)/ **(PT)** APELIDO(S)/ **(RO)** NUME/ **(SK)** PRIEZVISKO(-Á)/ **(SL)** PRIIMEK/PRIIMKI/ **(FI)** SUKUNIMI (-NIMET)/ **(SV)** EFTERNAMN |
| 4.2 | **(BG)** ПРЕДИШНО(И) ФАМИЛНО(И) ИМЕ(НА)/ **(ES)** APELLIDO(S) ANTERIOR(ES)/ **(CZ)** PŘEDCHOZÍ PŘÍJMENÍ/ **(DA)** TIDLIGERE EFTERNAVN(E)/ **(DE)** FRÜHERE(R) FAMILIENNAME(N)/ **(ET)** VARASEM PEREKONNANIMI (VARASEMAD PEREKONNANIMED)/ **(EL)** ΠΡΟΗΓΟΥΜΕΝΟ(-Α) ΕΠΩΝΥΜΟ(-Α)/ **(EN)** PREVIOUS SURNAME(S)/ **(FR)** NOM(S) PRÉCÉDENT(S)/ **(GA)** SLOINNE (SLOINNTE) ROIMHE SEO/ **(HR)** PRIJAŠNJE(-A) PREZIME(NA)/ **(IT)** COGNOME/I PRECEDENTE/I/ **(LV)** IEPRIEKŠĒJAIS(-IE) UZVĀRDS(-I)/ **(LT)** ANKSTESNĖ (-ĖS) PAVARDĖ (-ĖS)/ **(HU)** ELŐZŐ CSALÁDI NEVE(I)/ **(MT)** KUNJOM(/KUNJOMIJIET) PREĊEDENTI/ **(NL)** VROEGERE ACHTERNA(A)M(EN)/ **(PL)** POPRZEDNIE NAZWISKO(-A)/ **(PT)** APELIDO(S) ANTERIOR(ES)/ **(RO)** NUME ANTERIOR (NUME ANTERIOARE)/ **(SK)** PREDCHÁDZAJÚCE PRIEZVISKO(-Á)/ **(SL)** PREJŠNJI PRIIMEK/PRIIMKI / **(FI)** ENTINEN SUKUNIMI (ENTISET SUKUNIMET)/ **(SV)** TIDIGARE EFTERNAMN |

| | |
|---|---|
| 4.3 | **(BG)** СОБСТВЕНО(И) ИМЕ(НА)/ **(ES)** NOMBRE(S)/ **(CZ)** JMÉNO (JMÉNA)/ **(DA)** FORNAVN(E)/ **(DE)** VORNAME(N)/ **(ET)** EESNIMI (-NIMED)/ **(EL)** ONOMA(-TA)/ **(EN)** FORENAME(S)/ **(FR)** PRÉNOM(S)/ **(GA)** CÉADAINM (CÉADAINMNEACHA)/ **(HR)** IME(NA)/ **(IT)** NOME(I)/ **(LV)** VĀRDS(-I)/ **(LT)** VARDAS (-AI)/ **(HU)** UTÓNEVE(I)/ **(MT)** ISEM/(ISMIJIET)/ **(NL)** VOORNA(A)M(EN)/ **(PL)** IMIĘ (IMIONA)/ **(PT)** NOME(S) PRÓPRIO(S)/ **(RO)** PRENUME/ **(SK)** MENO(-Á)/ **(SL)** IME/IMENA/ **(FI)** ETUNIMI (-NIMET)/ **(SV)** FÖRNAMN |
| 4.4 | **(BG)** ПРЕДИШНО(И) СОБСТВЕНО(И) ИМЕ(НА)/ **(ES)** NOMBRE(S) ANTERIOR(ES)/ **(CZ)** PŘEDCHOZÍ JMÉNO (JMÉNA)/ **(DA)** TIDLIGERE FORNAVN(E)/ **(DE)** FRÜHERE(R) VORNAME(N)/ **(ET)** VARASEM EESNIMI (VARASEMAD EESNIMED)/ **(EL)** ΠΡΟΗΓΟΥΜΕΝΟ(-Α) ΟΝΟΜΑ(-ΤΑ)/ **(EN)** PREVIOUS FORENAME(S)/ **(FR)** PRÉNOM(S) PRÉCÉDENT(S)/ **(GA)** CÉADAINM (CÉADAINMNEACHA) ROIMHE SEO/ **(HR)** PRIJAŠNJE(-A) IME(NA)/ **(IT)** NOME/I PRECEDENTE/I/ **(LV)** IEPRIEKŠĒJAIS(-IE) VĀRDS(-I)/ **(LT)** ANKSTESNIS (-I) VARDAS (-AI)/ **(HU)** ELŐZŐ UTÓNEVE(I)/ **(MT)** ISEM/ISMIJIET PRECEDENTI/ **(NL)** VROEGERE VOORRNA(A)M(EN)/ **(PL)** POPRZEDNIE IMIĘ (IMIONA)/ **(PT)** NOME(S) PRÓPRIO(S) ANTERIOR(ES)/ **(RO)** PRENUME ANTERIOR (PRENUME ANTERIOARE)/ **(SK)** PREDCHÁDZAJÚCE MENO(-Á)/ **(SL)** PREJŠNJE IME/IMENA/ **(FI)** ETUNIMI (-NIMET)/ **(SV)** TIDIGARE FÖRNAMN |
| 4.5 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА РАЖДАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE NACIMIENTO/ **(CZ)** DATUM (DD/MM/RRRR) NAROZENÍ/ **(DA)** FØDSELSDATO (DD/MM/ÅÅÅÅ)/ **(DE)** GEBURTSDATUM (TT/MM/JJJJ)/ **(ET)** SÜNNIKUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΓΕΝΝΗΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF BIRTH/ **(FR)** DATE (JJ/MM/AAAA) DE NAISSANCE/ **(GA)** DÁTA (LL/MM/BBBB) BREITHE/ **(HR)** DATUM (DD/MM/GGGG) ROĐENJA/ **(IT)** DATA DI NASCITA (GG/MM/AAAA)/ **(LV)** DZIMŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** GIMIMO DATA (DD/MM/MMMM)/ **(HU)** SZÜLETÉSI IDEJE (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAT-TWELID/ **(NL)** GEBOORTEDATUM (DD/MM/JJJJ)/ **(PL)** DATA (DD/MM/RRRR) URODZENIA/ **(PT)** DATA DE NASCIMENTO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) NAŞTERII/ **(SK)** DÁTUM (DD/MM/RRRR) NARODENIA/ **(SL)** DATUM (DD/MM/LLLL) ROJSTVA/ **(FI)** SYNTYMÄAIKA (PP/KK/VVVV)/ **(SV)** FÖDELSEDATUM (DD/MM/ÅÅÅÅ) |
| 4.6 | **(BG)** МЯСТО И ДЪРЖАВА НА РАЖДАНЕ/ **(ES)** LUGAR Y PAÍS DE NACIMIENTO/ **(CZ)** MÍSTO A ZEMĚ NAROZENÍ/ **(DA)** FØDESTED OG -LAND/ **(DE)** ORT UND LAND DER GEBURT/ **(ET)** SÜNNIKOHT JA -RIIK/ **(EL)** ΤΟΠΟΣ ΚΑΙ ΧΩΡΑ ΓΕΝΝΗΣΗΣ/ **(EN)** PLACE AND COUNTRY OF BIRTH/ **(FR)** LIEU ET PAYS DE NAISSANCE/ **(GA)** ÁIT AGUS TÍR BHREITHE/ **(HR)** MJESTO I ZEMLJA ROĐENJA/ **(IT)** LUOGO E PAESE DI NASCITA/ **(LV)** DZIMŠANAS VIETA UN VALSTS/ **(LT)** GIMIMO VIETA IR ŠALIS/ **(HU)** SZÜLETÉSI HELYE ÉS ORSZÁGA/ **(MT)** POST U PAJJIŻ TAT-TWELID/ **(NL)** GEBOORTEPLAATS EN -LAND/ **(PL)** MIEJSCE I PAŃSTWO URODZENIA/ **(PT)** LOCAL E PAÍS DE NASCIMENTO/ **(RO)** LOCUL ŞI ŢARA NAŞTERII/ **(SK)** MIESTO A ŠTÁT NARODENIA/ **(SL)** KRAJ IN DRŽAVA ROJSTVA/ **(FI)** SYNTYMÄPAIKKA JA -MAA/ **(SV)** FÖDELSEORT OCH -LAND |
| 4.7 | **(BG)** ПОЛ/ **(ES)** SEXO/ **(CZ)** POHLAVÍ/ **(DA)** KØN/ **(DE)** GESCHLECHT/ **(ET)** SUGU/ **(EL)** ΦΥΛΟ/ **(EN)** SEX/ **(FR)** SEXE/ **(GA)** INSCNE/ **(HR)** SPOL/ **(IT)** SESSO/ **(LV)** DZIMUMS/ **(LT)** LYTIS/ **(HU)** NEME/ **(MT)** SESS/ **(NL)** GESLACHT/ **(PL)** PŁEĆ/ **(PT)** SEXO/ **(RO)** SEXUL/ **(SK)** POHLAVIE/ **(SL)** SPOL/ **(FI)** SUKUPUOLI/ **(SV)** KÖN |
| 4.7.1 | **(BG)** ЖЕНСКИ/ **(ES)** MUJER/ **(CZ)** ŽENA/ **(DA)** KVINDE/ **(DE)** WEIBLICH/ **(ET)** NAISSOOST/ **(EL)** ΘΗΛΥ/ **(EN)** FEMALE/ **(FR)** FÉMININ/ **(GA)** BAINEANN/ **(HR)** ŽENSKI/ **(IT)** FEMMINILE/ **(LV)** SIEVIETE/ **(LT)** MOTERIS/ **(HU)** NŐ/ **(MT)** MARA/ **(NL)** VROUW/ **(PL)** KOBIETA/ **(PT)** FEMININO/ **(RO)** FEMEIESC/ **(SK)** ŽENSKÉ/ **(SL)** ŽENSKI/ **(FI)** NAINEN/ **(SV)** KVINNA |
| 4.7.2 | **(BG)** МЪЖКИ/ **(ES)** VARÓN/ **(CZ)** MUŽ/ **(DA)** MAND/ **(DE)** MÄNNLICH/ **(ET)** MEESSOOST/ **(EL)** ΑΡΡΕΝ/ **(EN)** MALE/ **(FR)** MASCULIN/ **(GA)** FIREANN/ **(HR)** MUŠKI/ **(IT)** MASCHILE/ **(LV)** VĪRIETIS/ **(LT)** VYRAS/ **(HU)** FÉRFI/ **(MT)** RAĠEL/ **(NL)** MAN/ **(PL)** MĘŻCZYZNA/ **(PT)** MASCULINO/ **(RO)** BĂRBĂTESC/ **(SK)** MUŽSKÉ/ **(SL)** MOŠKI/ **(FI)** MIES/ **(SV)** MAN |
| 4.7.3 | **(BG)** НЕОПРЕДЕЛЕН/ **(ES)** INDETERMINADO/ **(CZ)** NEURČENO/ **(DA)** UBESTEMT/ **(DE)** UNBESTIMMT/ **(ET)** MÄÄRAMATA/ **(EL)** ΔΕΝ ΠΡΟΣΔΙΟΡΙΖΕΤΑΙ/ **(EN)** UNDETERMINED/ **(FR)** INDÉTERMINÉ/ **(GA)** NEAMHCHINNTITHE/ **(HR)** NEODREĐEN/ **(IT)** INDETERMINATO/ **(LV)** NENOTEIKTS/ **(LT)** NENUSTATYTA/ **(HU)** MEGHATÁROZATLAN/ **(MT)** MHUX STABBILIT/ **(NL)** ONBEPAALD/ **(PL)** PŁEĆ NIEOKREŚLONA/ **(PT)** NÃO DEFINIDO/ **(RO)** NEDETERMINAT/ **(SK)** NEURČENÉ/ **(SL)** NEDOLOČEN/ **(FI)** MÄÄRITTELEMÄTÖN/ **(SV)** EJ FASTSTÄLLT |
| 4.8 | **(BG)** ГРАЖДАНСТВО/ **(ES)** NACIONALIDAD/ **(CZ)** STÁTNÍ PŘÍSLUŠNOST/ **(DA)** NATIONALITET/ **(DE)** STAATSANGEHÖRIGKEIT/ **(ET)** KODAKONDSUS/ **(EL)** ΙΘΑΓΕΝΕΙΑ/ **(EN)** NATIONALITY/ **(FR)** NATIONALITÉ/ **(GA)** NÁISIÚNTACHT/ **(HR)** DRŽAVLJANSTVO/ **(IT)** CITTADINANZA/ **(LV)** VALSTSPIEDERĪBA/ **(LT)** PILIETYBĖ/ **(HU)** ÁLLAMPOLGÁRSÁGA/ **(MT)** ĊITTADINANZA/ **(NL)** NATIONALITEIT/ **(PL)** OBYWATELSTWO/ **(PT)** NACIONALIDADE/ **(RO)** CETĂŢENIA/ **(SK)** ŠTÁTNA PRÍSLUŠNOSŤ/ **(SL)** DRŽAVLJANSTVO/ **(FI)** KANSALAISUUS/ **(SV)** MEDBORGARSKAP |

| 4.9 | **(BG)** ГРАЖДАНСКИ НОМЕР/ **(ES)** NÚMERO DE IDENTIDAD/ **(CZ)** IDENTIFIKAČNÍ ČÍSLO/ **(DA)** IDENTIFIKATIONSNUMMER/ **(DE)** IDENTITÄTSNUMMER/ **(ET)** ISIKUKOOD/ **(EL)** ΑΡΙΘΜΟΣ ΤΑΥΤΟΤΗΤΑΣ/ **(EN)** IDENTITY NUMBER/ **(FR)** NUMÉRO D'IDENTITÉ/ **(GA)** UIMHIR AITHEANTAIS/ **(HR)** IDENTIFIKACIJSKI BROJ/ **(IT)** NUMERO D'IDENTIFICAZIONE/ **(LV)** IDENTITĀTES NUMURS/ **(LT)** ASMENS KODAS/ **(HU)** SZEMÉLYI AZONOSÍTÓ SZÁMA/ **(MT)** NUMRU TAL-IDENTITÀ/ **(NL)** IDENTITEITSNUMMER/ **(PL)** NUMER IDENTYFIKACYJNY/ **(PT)** NÚMERO DE IDENTIFICAÇÃO/ **(RO)** NUMĂRUL DE IDENTIFICARE/ **(SK)** IDENTIFIKAČNÉ ČÍSLO/ **(SL)** IDENTIFIKACIJSKA ŠTEVILKA/ **(FI)** HENKILÖTUNNUS/ **(SV)** IDENTITETSNUMMER |
|---|---|
| 4.10 | **(BG)** ВИД И НОМЕР НА ДОКУМЕНТА ЗА САМОЛИЧНОСТ НА ЛИЦЕТО/ **(ES)** TIPO Y NÚMERO DE DOCUMENTO DE IDENTIFICACIÓN DEL INTERESADO/ **(CZ)** DRUH A ČÍSLO IDENTIFIKAČNÍHO DOKLADU OSOBY/ **(DA)** TYPEN OG NUMMERET PÅ PERSONENS IDENTIFIKATIONSDOKUMENT/ **(DE)** ART UND NUMMER DES IDENTITÄTSDOKUMENTS DER PERSON/ **(ET)** ISIKUT TÕENDAVA DOKUMENDI LIIK JA NUMBER/ **(EL)** ΕΙΔΟΣ ΚΑΙ ΑΡΙΘΜΟΣ ΕΓΓΡΑΦΟΥ ΤΑΥΤΟΤΗΤΑΣ ΤΟΥ ΠΡΟΣΩΠΟΥ/ **(EN)** TYPE AND NUMBER OF THE PERSON'S IDENTIFICATION DOCUMENT/ **(FR)** TYPE ET NUMÉRO DE LA PIÈCE D'IDENTITÉ DE LA PERSONNE CONCERNÉE/ **(GA)** CINEÁL AGUS UIMHIR DHOICIMÉAD AITHEANTAIS AN DUINE/ **(HR)** VRSTA I BROJ IDENTIFIKACIJSKE ISPRAVE OSOBE/ **(IT)** TIPO E NUMERO DEL DOCUMENTO DI IDENTITÀ DELLA PERSONA/ **(LV)** PERSONAS IDENTIFIKĀCIJAS DOKUMENTA VEIDS UN NUMURS/ **(LT)** ASMENS TAPATYBĖS DOKUMENTO TIPAS IR NUMERIS/ **(HU)** A SZEMÉLYAZONOSÍTÓ OKMÁNY TÍPUSA ÉS SZÁMA/ **(MT)** IT-TIP U N-NUMRU TAD-DOKUMENT TA' IDENTITÀ TAL-PERSUNA/ **(NL)** TYPE EN NUMMER VAN HET IDENTITEITSDOCUMENT VAN DE BETROKKENE/ **(PL)** RODZAJ I NUMER DOKUMENTU TOŻSAMOŚCI/ **(PT)** TIPO E NÚMERO DO DOCUMENTO DE IDENTIFICAÇÃO/ **(RO)** TIPUL ȘI NUMĂRUL DOCUMENTULUI DE IDENTIFICARE AL PERSOANEI/ **(SK)** TYP A ČÍSLO PREUKAZU TOTOŽNOSTI OSOBY/ **(SL)** VRSTA IN ŠTEVILKA IDENTIFIKACIJSKEGA DOKUMENTA OSEBE/ **(FI)** HENKILÖTODISTUKSEN TYYPPI JA NUMERO/ **(SV)** TYP OCH NUMMER PÅ PERSONENS IDENTITETSHANDLING |
| 4.10.1 | **(BG)** НАЦИОНАЛНА ЛИЧНА КАРТА/№/ **(ES)** DOCUMENTO NACIONAL DE IDENTIDAD / NÚM./ **(CZ)** VNITROSTÁTNÍ PRŮKAZ TOTOŽNOSTI / Č./ **(DA)** NATIONALT IDENTITETSKORT/-NUMMER/ **(DE)** NATIONALER PERSONALAUSWEIS/NR./ **(ET)** RIIKLIK ISIKUTUNNISTUS / NR/ **(EL)** ΕΘΝΙΚΟ ΔΕΛΤΙΟ ΤΑΥΤΟΤΗΤΑΣ / ΑΡΙΘ./ **(EN)** NATIONAL IDENTITY CARD/NO./ **(FR)** CARTE NATIONALE D'IDENTITÉ/N°/ **(GA)** CÁRTA NÁISIÚNTA AITHEANTAIS/UIMH./ **(HR)** NACIONALNA OSOBNA ISKAZNICA / BR./ **(IT)** CARTA D'IDENTITÀ NAZIONALE/N./ **(LV)** VALSTS PERSONAS APLIECĪBA / NR./ **(LT)** NACIONALINĖ ASMENS TAPATYBĖS KORTELĖ / NR./ **(HU)** NEMZETI SZEMÉLYAZONOSÍTÓ IGAZOLVÁNY/SZÁMA/ **(MT)** KARTA TAL-IDENTITÀ NAZZJONALI/NRU/ **(NL)** NATIONALE IDENTITEITSKAART/NR./ **(PL)** KRAJOWY DOWÓD TOŻSAMOŚCI / NR/ **(PT)** N.º DO DOCUMENTO DE IDENTIFICAÇÃO NACIONAL/ **(RO)** CARTE DE IDENTITATE NAȚIONALĂ/NR./ **(SK)** NÁRODNÝ PREUKAZ TOTOŽNOSTI/č./ **(SL)** NACIONALNA OSEBNA IZKAZNICA/ŠT./ **(FI)** KANSALLINEN HENKILÖKORTTI/NRO/ **(SV)** NATIONELLT IDENTITETSKORT/NUMMER |
| 4.10.2 | **(BG)** ПАСПОРТ/№/ **(ES)** PASAPORTE / NÚM./ **(CZ)** PAS / Č./ **(DA)** PAS/NR./ **(DE)** REISEPASS/NR./ **(ET)** PASS/NR/ **(EL)** ΔΙΑΒΑΤΗΡΙΟ/ΑΡΙΘ./ **(EN)** PASSPORT/NO./ **(FR)** PASSEPORT/N°/ **(GA)** PAS/UIMH./ **(HR)** PUTOVNICA / BR./ **(IT)** PASSAPORTO/N./ **(LV)** PASE/NR./ **(LT)** PASAS / NR./ **(HU)** ÚTLEVÉL/SZÁMA/ **(MT)** PASSAPORT NRU/ **(NL)** PASPOORT/NR./ **(PL)** PASZPORT / NR/ **(PT)** N.º DO PASSAPORTE/ **(RO)** PAȘAPORT/NR./ **(SK)** CESTOVNÝ PAS/č./ **(SL)** POTNI LIST/ŠT./ **(FI)** PASSI/NRO/ **(SV)** PASS/NUMMER |
| 4.10.3 | **(BG)** СВИДЕТЕЛСТВО ЗА УПРАВЛЕНИЕ НА МПС/№/ **(ES)** PERMISO DE CONDUCCIÓN / NÚM./ **(CZ)** ŘIDIČSKÝ PRŮKAZ / Č./ **(DA)** KØREKORT/NR./ **(DE)** FÜHRERSCHEIN/NR./ **(ET)** JUHILUBA/NR/ **(EL)** ΑΔΕΙΑ ΟΔΗΓΗΣΗΣ / ΑΡΙΘ./ **(EN)** DRIVING LICENCE/NO./ **(FR)** PERMIS DE CONDUIRE/N°/ **(GA)** CEADÚNAS TIOMÁNA/UIMH./ **(HR)** VOZAČKA DOZVOLA / BR./ **(IT)** PATENTE DI GUIDA/N./ **(LV)** VADĪTĀJA APLIECĪBA / NR./ **(LT)** VAIRUOTOJO PAŽYMĖJIMAS / NR./ **(HU)** VEZETŐI ENGEDÉLY/SZÁMA/ **(MT)** LIĊENZJA TAS-SEWQAN/NRU/ **(NL)** RIJBEWIJS/NR./ **(PL)** PRAWO JAZDY / NR/ **(PT)** N.º DA CARTA DE CONDUÇÃO/ **(RO)** PERMIS DE CONDUCERE/NR./ **(SK)** VODIČSKÝ PREUKAZ/č./ **(SL)** VOZNIŠKO DOVOLJENJE/ŠT./ **(FI)** AJOKORTTI/NRO/ **(SV)** KÖRKORT/NUMMER |
| 4.10.4 | **(BG)** ДРУГИ (ДА СЕ ПОСОЧАТ) … /№ …/ **(ES)** OTRO (ESPECIFÍQUESE) … / NÚM. …/ **(CZ)** JINÉ (UPŘESNĚTE) … / Č …/ **(DA)** ANDRE (ANGIVES) …/ NR. …/ **(DE)** SONSTIGES (BITTE ANGEBEN) …/NR …/ **(ET)** MUU (TÄPSUSTAGE) … / NR …/ **(EL)** ΑΛΛΟ (ΔΙΕΥΚΡΙΝΙΣΤΕ) … / Αριθ. …/ **(EN)** OTHER (TO BE SPECIFIED) …/No. …/ **(FR)** AUTRE (À PRÉCISER) …/N° …/ **(GA)** EILE (LE SONRÚ) … /Uimh. …/ **(HR)** OSTALO (NAVESTI) … / br. …/ **(IT)** ALTRO (PRECISARE) …/N. …/ **(LV)** CITS (PRECIZĒT) … / NR. …/ **(LT)** KITA (NURODYTI) …/NR. …./ **(HU)** EGYÉB (KÉRJÜK PONTOSÍTANI) …/Száma: …/ **(MT)** OĦRAJN (IPPREĊIŻA) …/Nru …/ **(NL)** OVERIGE (SPECIFICEREN) …/NR. …/ **(PL)** INNY (PROSZĘ OKREŚLIĆ) … / NR …/ **(PT)** N.º DE OUTRO DOCUMENTO (ESPECIFICAR) …/ **(RO)** ALTUL (A SE PRECIZA) … /NR. …/ **(SK)** INÉ (SPRESNIŤ) …/č. …/ **(SL)** DRUGO (NAVESTI) …/št. …/ **(FI)** MUU ASIAKIRJA (TÄSMENNETTÄVÄ) … /Nro …/ **(SV)** ANNAN HANDLING (SPECIFICERAS) …/Nummer … |

5. **(BG)** В ОФИЦИАЛНИЯ ДОКУМЕНТ, КЪМ КОЙТО Е ПРИЛОЖЕНО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ, НЕ СЕ ПОСОЧВА СЪОТВЕТНОТО ЛИЦЕ ДА Е БИЛО ОСЪЖДАНО СЪГЛАСНО РЕГИСТРИТЕ ЗА СЪДИМОСТ НА ДЪРЖАВАТА ЧЛЕНКА, ЧИЙТО ГРАЖДАНИН Е ТОВА ЛИЦЕ/ **(ES)** EL DOCUMENTO PÚBLICO AL QUE SE ADJUNTA ESTE IMPRESO NO MENCIONA QUE CONSTE NINGÚN ANTECEDENTE PENAL DEL INTERESADO EN EL REGISTRO DE ANTECEDENTES PENALES DEL ESTADO MIEMBRO DEL QUE TIENE LA NACIONALIDAD/ **(CZ)** VEŘEJNÁ LISTINA, K NÍŽ JE PŘIPOJEN TENTO FORMULÁŘ, NEZMIŇUJE ŽÁDNÉ ODSOUZENÍ DOTYČNÉ OSOBY ZAZNAMENANÉ V REJSTŘÍKU TRESTŮ ČLENSKÉHO STÁTU, JEHOŽ JE TATO OSOBA STÁTNÍM PŘÍSLUŠNÍKEM/ **(DA)** DET OFFENTLIGE DOKUMENT, SOM DENNE FORMULAR ER VEDHÆFTET, INDEHOLDER INGEN OPLYSNINGER OM, AT DEN PÅGÆLDENDE PERSON I STRAFFEREGISTRET I DEN MEDLEMSSTAT, HVOR PERSONEN ER STATSBORGER/ **(DE)** DIE ÖFFENTLICHE URKUNDE, DER DIESES FORMULAR BEIGEFÜGT IST, ENTHÄLT KEINEN HINWEIS AUF EINE VERURTEILUNG DER BETREFFENDEN PERSON IM STRAFREGISTER DES MITGLIEDSTAATS IHRER STAATSANGEHÖRIGKEIT/ **(ET)** AVALIKUS DOKUMENDIS, MILLELE SEE VORM ON LISATUD, EI OLE MÄRGITUD ÜHTEGI SÜÜDIMÕISTVAT KOHTUOTSUST, MIS OLEKS TEHTUD ASJAOMASE ISIKU SUHTES JA KANTUD ASJAOMASE ISIKU KODAKONDSUSJÄRGSE LIIKMESRIIGI KARISTUSREGISTRISSE/ **(EL)** ΣΤΟ ΔΗΜΟΣΙΟ ΕΓΓΡΑΦΟ ΣΤΟ ΟΠΟΙΟ ΕΙΝΑΙ ΣΥΝΗΜΜΕΝΟ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ ΔΕΝ ΑΝΑΦΕΡΕΤΑΙ ΓΙΑ ΤΟ ΠΡΟΣΩΠΟ ΤΟ ΟΠΟΙΟ ΑΦΟΡΑ ΤΟ ΕΝΤΥΠΟ ΚΑΤΑΔΙΚΗ ΕΓΓΕΓΡΑΜΜΕΝΗ ΣΤΟ ΠΟΙΝΙΚΟ ΜΗΤΡΩΟ ΤΟΥ ΚΡΑΤΟΥΣ ΜΕΛΟΥΣ ΤΗΣ ΙΘΑΓΕΝΕΙΑ ΤΟΥ ΟΠΟΙΟΥ ΕΧΕΙ ΤΟ ΠΡΟΣΩΠΟ ΑΥΤΟ/ **(EN)** THE PUBLIC DOCUMENT TO WHICH THIS FORM IS ATTACHED DOES NOT MENTION ANY CONVICTION IN RESPECT OF THE PERSON CONCERNED IN THE CRIMINAL RECORD OF THE MEMBER STATE OF NATIONALITY OF THAT PERSON/ **(FR)** LE DOCUMENT PUBLIC AUQUEL LE PRÉSENT FORMULAIRE EST JOINT NE MENTIONNE AUCUNE CONDAMNATION FIGURANT AU CASIER JUDICIAIRE DE LA PERSONNE CONCERNÉE DANS L'ÉTAT MEMBRE DONT CETTE PERSONNE A LA NATIONALITÉ/ **(GA)** SA DOICIMÉAD POIBLÍ LENA BHFUIL AN FHOIRM SEO CEANGAILTE, NÍL AON TRÁCHT AR AON CHIONTÚ I LEITH AN DUINE LENA mBAINEANN SA TAIFEAD COIRIÚIL I mBALLSTÁT NÁISIÚNTACHTA AN DUINE LENA mBAINEANN/ **(HR)** U JAVNOJ ISPRAVI KOJOJ JE OVAJ OBRAZAC PRILOŽEN NIJE NAVEDENA NIJEDNA OSUĐUJUĆA PRESUDA PROTIV DOTIČNE OSOBE U KAZNENOJ EVIDENCIJI DRŽAVE ČLANICE DRŽAVLJANSTVA TE OSOBE/ **(IT)** IL DOCUMENTO PUBBLICO CUI IL PRESENTE MODULO È ALLEGATO NON RIPORTA ALCUNA CONDANNA RELATIVA ALLA PERSONA INTERESSATA PER QUANTO CONCERNE IL CASELLARIO GIUDIZIALE DELLO STATO MEMBRO DI CITTADINANZA DI TALE PERSONA/ **(LV)** PUBLISKAJĀ DOKUMENTĀ, KURAM ŠĪ VEIDLAPA IR PIEVIENOTA, PAR ATTIECĪGO PERSONU NAV MINĒTA NEVIENA NOTIESĀŠANA, KAS NORĀDĪTA MINĒTĀS PERSONAS VALSTSPIEDERĪBAS DALĪBVALSTS SODĀMĪBAS REĢISTRĀ/ **(LT)** VIEŠAJAME DOKUMENTE, PRIE KURIO PRIDEDAMA ŠI FORMA, NENURODOMAS JOKIS SU ATITINKAMU ASMENIU SUSIJĘS NUOSPRENDIS TO ASMENS PILIETYBĖS VALSTYBĖS NARĖS NUOSPRENDŽIŲ REGISTRE/ **(HU)** A FORMANYOMTATVÁNNYAL KÍSÉRT KÖZOKIRAT AZ ÉRINTETT SZEMÉLLYEL KAPCSOLATBAN NEM EMLÍT AZ ÉRINTETT SZEMÉLY ÁLLAMPOLGÁRSÁGA SZERINTI TAGÁLLAM BŰNÜGYI NYILVÁNTARTÁSÁBAN SZEREPLŐ ELÍTÉLÉST/ **(MT)** ID-DOKUMENT PUBBLIKU MEHMUŻ MA' DIN IL-FORMOLA MA JSEMMI L-EBDA KUNDANNA FIR-RIGWARD TAL-PERSUNA KKONĊERNATA FIR-REKORD KRIMINALI TAL-ISTAT MEMBRU TAĊ-ĊITTADINANZA TA' DIK IL-PERSUNA/ **(NL)** HET OPENBAAR DOCUMENT WAARAAN DIT FORMULIER IS GEHECHT, VERMELDT GEEN VEROORDELING VOOR DE BETROKKENE IN HET STRAFREGISTER VAN DE LIDSTAAT VAN NATIONALITEIT VAN DE BETROKKENE/ **(PL)** DOKUMENT URZĘDOWY, DO KTÓREGO ZAŁĄCZONY JEST NINIEJSZY FORMULARZ, NIE ZAWIERA INFORMACJI O ISTNIENIU WYROKU SKAZUJĄCEGO WYDANEGO WOBEC OSOBY, KTÓREJ DOTYCZY DOKUMENT, WPISANEGO DO REJESTRU KARNEGO PAŃSTWA CZŁONKOWSKIEGO, KTÓREGO OSOBA TA JEST OBYWATELEM/ **(PT)** O DOCUMENTO PÚBLICO A QUE O PRESENTE FORMULÁRIO ESTÁ APENSO NÃO REFERE QUALQUER CONDENAÇÃO DA PESSOA EM CAUSA NO REGISTO CRIMINAL DO ESTADO-MEMBRO DA NACIONALIDADE DESSA PESSOA/ **(RO)** DOCUMENTUL OFICIAL LA CARE ESTE ANEXAT PREZENTUL FORMULAR NU MENŢIONEAZĂ NICIO CONDAMNARE REFERITOARE LA PERSOANA VIZATĂ DE CAZIERUL JUDICIAR DIN STATUL MEMBRU AL CĂRUI CETĂŢEAN ESTE PERSOANA RESPECTIVĂ/ **(SK)** VO VEREJNEJ LISTINE, KU KTOREJ JE TENTO FORMULÁR PRIPOJENÝ, SA NEUVÁDZA ŽIADNE ODSÚDENIE DOTKNUTEJ OSOBY V REGISTRI TRESTOV ČLENSKÉHO ŠTÁTU, KTORÉHO ŠTÁTNYM PRÍSLUŠNÍKOM JE DANÁ OSOBA/ **(SL)** V JAVNI LISTINI, KI JI JE PRILOŽEN TA OBRAZEC, NI NAVEDENA NOBENA OBSODBA V ZVEZI Z ZADEVNO OSEBO V KAZENSKI EVIDENCI DRŽAVE ČLANICE, KATERE DRŽAVLJANSTVO IMA TA OSEBA/ **(FI)** YLEISESSÄ ASIAKIRJASSA, JOHON TÄMÄ LOMAKE LIITETÄÄN, EI OLE MAININTAA ASIANOMAISTA HENKILÖÄ KOSKEVISTA TUOMIOISTA SEN JÄSENVALTION RIKOSREKISTERISSÄ, JONKA KANSALAINEN HENKILÖ ON/ **(SV)** I DEN OFFICIELLA HANDLING TILL VILKEN DETTA FORMULÄR ÄR BIFOGAT NÄMNS INGEN UPPGIFT OM DOM MOT DEN BERÖRDA PERSONEN I KRIMINALREGISTRET I DEN MEDLEMSSTAT DÄR DENNA PERSON ÄR MEDBORGARE

6. **(BG)** ПОЛЕ ЗА ПОДПИС/ **(ES)** RECUADRO PARA LA FIRMA/ **(CZ)** POLE PRO PODPIS/ **(DA)** UNDERSKRIFTSFELT/ **(DE)** UNTERSCHRIFTENFELD/ **(ET)** ALLKIRJALAHTER/ **(EL)** ΤΕΤΡΑΓΩΝΙΔΙΟ ΥΠΟΓΡΑΦΗΣ/ **(EN)** SIGNATURE BOX/ **(FR)** CADRE POUR LA SIGNATURE/ **(GA)** BOSCA DON SÍNIÚ/ **(HR)** POLJE ZA POTPIS/ **(IT)** RIQUADRO PER LA FIRMA/ **(LV)** PARAKSTA LAUKS/ **(LT)** PARAŠO LAUKELIS/ **(HU)** AZ ALÁÍRÁS SZÖVEGDOBOZA/ **(MT)** KAXXA TAL-IFFIRMAR/ **(NL)** VAK VOOR DE HANDTEKENING/ **(PL)** POLE PODPISU/ **(PT)** ESPAÇO DESTINADO À ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** KOLÓNKA NA PODPIS/ **(SL)** POLJE ZA PODPIS/ **(FI)** ALLEKIRJOITUSKENTTÄ/ **(SV)** RUTA FÖR UNDERTECKNANDE

L 200/136 EN Official Journal of the European Union 26.7.2016

| | |
|---|---|
| 6.1 | **(BG)** ФАМИЛНО(И) ИМЕ(НА) И СОБСТВЕНО(И) ИМЕ(НА) НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** APELLIDO(S) Y NOMBRE(S) DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** PŘÍJMENÍ A JMÉNO (JMÉNA) ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** EFTERNAVN(E) OG FORNAVN(E) PÅ DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** FAMILIENNAME(N) UND VORNAME(N) DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETNIKU EESNIMI (-NIMED) JA PEREKONNANIMI (-NIMED)/ **(EL)** ΕΠΩΝΥΜΟ(-Α) ΚΑΙ ΟΝΟΜΑ(-ΤΑ) ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** SURNAME(S) AND FORENAME(S) OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** NOM(S) ET PRÉNOM(S) DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** SLOINNE (SLOINNTE) AGUS CÉADAINM (CÉADAINMNEACHA) AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** PREZIME(NA) I IME(NA) SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** COGNOME(I) E NOME(I) DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, UZVĀRDS(-I) UN VĀRDS(-I)/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAVARDĖ (-ĖS) IR VARDAS (-AI)/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ CSALÁDI NEVE(I) ÉS UTÓNEVE(I)/ **(MT)** KUNJOM/(KUNJOMIJIET) U ISEM/(ISMIJIET) TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** NA(A)M(EN) EN VOORNA(A)M(EN) VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** NAZWISKO(-A) I IMIĘ (IMIONA) URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** APELIDO(S) E NOME(S) PRÓPRIO(S) DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** NUMELE ȘI PRENUMELE FUNCȚIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** PRIEZVISKO(-Á) A MENO(-Á) ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** PRIIMEK/PRIIMKI IN IME/IMENA URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN SUKUNIMI (-NIMET) JA ETUNIMI (-NIMET)/ **(SV)** EFTERNAMN OCH FÖRNAMN PÅ DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
| 6.2 | **(BG)** ДЛЪЖНОСТ НА ДЛЪЖНОСТНОТО ЛИЦЕ, ИЗДАЛО НАСТОЯЩОТО УДОСТОВЕРЕНИЕ/ **(ES)** CARGO DEL FUNCIONARIO QUE EXPIDIÓ ESTE IMPRESO/ **(CZ)** FUNKCE ÚŘEDNÍKA, KTERÝ VYDAL TENTO FORMULÁŘ/ **(DA)** STILLING — DEN EMBEDSMAND, DER HAR UDSTEDT DENNE FORMULAR/ **(DE)** STELLUNG DES BEAMTEN, DER DIESES FORMULAR AUSGESTELLT HAT/ **(ET)** KÄESOLEVA VORMI VÄLJASTANUD AMETIKOHT/ **(EL)** ΘΕΣΗ ΤΟΥ/ΤΗΣ ΥΠΑΛΛΗΛΟΥ ΠΟΥ ΕΞΕΔΩΣΕ ΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ/ **(EN)** POSITION OF THE OFFICIAL WHO ISSUED THIS FORM/ **(FR)** POSTE DU FONCTIONNAIRE QUI A DÉLIVRÉ LE PRÉSENT FORMULAIRE/ **(GA)** POST AN OIFIGIGH A D'EISIGH AN FHOIRM SEO/ **(HR)** FUNKCIJA SLUŽBENIKA KOJI JE IZDAO OVAJ OBRAZAC/ **(IT)** POSIZIONE DEL FUNZIONARIO CHE HA RILASCIATO IL PRESENTE MODULO/ **(LV)** AMATPERSONAS, KURA IZDEVUSI ŠO VEIDLAPU, AMATS/ **(LT)** ŠIĄ FORMĄ IŠDAVUSIO PAREIGŪNO PAREIGOS/ **(HU)** A FORMANYOMTATVÁNYT KIÁLLÍTÓ TISZTVISELŐ BEOSZTÁSA/ **(MT)** KARIGA TAL-UFFIĊJAL LI ĦAREĠ DIN IL-FORMOLA/ **(NL)** FUNCTIE VAN DE AMBTENAAR DIE DIT FORMULIER HEEFT AFGEGEVEN/ **(PL)** STANOWISKO URZĘDNIKA, KTÓRY WYDAŁ NINIEJSZY FORMULARZ/ **(PT)** CARGO DO FUNCIONÁRIO QUE EMITIU O PRESENTE FORMULÁRIO/ **(RO)** POZIȚIA FUNCȚIONARULUI CARE A EMIS PREZENTUL FORMULAR/ **(SK)** FUNKCIA ÚRADNÍKA, KTORÝ VYDAL TENTO FORMULÁR/ **(SL)** POLOŽAJ URADNIKA, KI JE IZDAL TA OBRAZEC/ **(FI)** TÄMÄN LOMAKKEEN ANTANEEN VIRKAMIEHEN ASEMA/ **(SV)** BEFATTNING FÖR DEN TJÄNSTEMAN SOM HAR UTFÄRDAT DETTA FORMULÄR |
| 6.3 | **(BG)** ДАТА (ДД/ММ/ГГГГ) НА ИЗДАВАНЕ/ **(ES)** FECHA (DD/MM/AAAA) DE EXPEDICIÓN/ **(CZ)** DATUM (DD/MM/RRRR) VYDÁNÍ/ **(DA)** UDSTEDELSESDATO (DD/MM/ÅÅÅÅ)/ **(DE)** AUSSTELLUNGSDATUM (TT/MM/JJJJ)/ **(ET)** VÄLJAANDMISE KUUPÄEV (PP/KK/AAAA)/ **(EL)** ΗΜΕΡΟΜΗΝΙΑ (ΗΗ/ΜΜ/ΕΕΕΕ) ΕΚΔΟΣΗΣ/ **(EN)** DATE (DD/MM/YYYY) OF ISSUE/ **(FR)** DATE (JJ/MM/AAAA) DE DÉLIVRANCE/ **(GA)** DÁTA (LL/MM/BBBB) EISIÚNA/ **(HR)** DATUM (DD/MM/GGGG) IZDAVANJA/ **(IT)** DATA DI RILASCIO (GG/MM/AAAA)/ **(LV)** IZDOŠANAS DATUMS (DD/MM/GGGG)/ **(LT)** IŠDAVIMO DATA (DD/MM/MMMM)/ **(HU)** A KIÁLLÍTÁS DÁTUMA (ÉÉÉÉ/HH/NN)/ **(MT)** DATA (JJ/XX/SSSS) TAL-ĦRUĠ/ **(NL)** DATUM (DD/MM/JJJJ) VAN AFGIFTE/ **(PL)** DATA (DD/MM/RRRR) WYDANIA/ **(PT)** DATA DE EMISSÃO (DD/MM/AAAA)/ **(RO)** DATA (ZZ/LL/AAAA) EMITERII/ **(SK)** DÁTUM (DD/MM/RRRR) VYDANIA/ **(SL)** DATUM (DD/MM/LLLL) IZDAJE/ **(FI)** ANTAMISPÄIVÄ (PP/KK/VVVV)/ **(SV)** DATUM (DD/MM/ÅÅÅÅ) FÖR UTFÄRDANDE |
| 6.4 | **(BG)** ПОДПИС/ **(ES)** FIRMA/ **(CZ)** PODPIS/ **(DA)** UNDERSKRIFT/ **(DE)** UNTERSCHRIFT/ **(ET)** ALLKIRI/ **(EL)** ΥΠΟΓΡΑΦΗ/ **(EN)** SIGNATURE/ **(FR)** SIGNATURE/ **(GA)** SÍNIÚ/ **(HR)** POTPIS/ **(IT)** FIRMA/ **(LV)** PARAKSTS/ **(LT)** PARAŠAS/ **(HU)** ALÁÍRÁS/ **(MT)** FIRMA/ **(NL)** HANDTEKENING/ **(PL)** PODPIS/ **(PT)** ASSINATURA/ **(RO)** SEMNĂTURA/ **(SK)** PODPIS/ **(SL)** PODPIS/ **(FI)** ALLEKIRJOITUS/ **(SV)** NAMNTECKNING |
| 6.5 | **(BG)** ПЕЧАТ ИЛИ ЩЕМПЕЛ/ **(ES)** SELLO O TIMBRE/ **(CZ)** PEČEŤ NEBO RAZÍTKO/ **(DA)** SEGL ELLER STEMPEL/ **(DE)** SIEGEL ODER STEMPEL/ **(ET)** PITSER VÕI TEMPEL/ **(EL)** ΣΦΡΑΓΙΔΑ/ **(EN)** SEAL OR STAMP/ **(FR)** SCEAU OU TIMBRE/ **(GA)** SÉALA NÓ STAMPA/ **(HR)** ŽIG ILI PEČAT/ **(IT)** BOLLO O TIMBRO/ **(LV)** ZĪMOGS VAI SPIEDOGS/ **(LT)** SPAUDAS ARBA ANTSPAUDAS/ **(HU)** PECSÉT VAGY BÉLYEGZŐLENYOMAT/ **(MT)** SIGILL JEW TIMBRU/ **(NL)** ZEGEL OF STEMPEL/ **(PL)** PIECZĘĆ LUB STEMPEL/ **(PT)** SELO OU CARIMBO/ **(RO)** SIGILIUL SAU ȘTAMPILA/ **(SK)** PEČAŤ ALEBO ODTLAČOK PEČIATKY/ **(SL)** PEČAT ALI ŽIG/ **(FI)** SINETTI TAI LEIMA/ **(SV)** SIGILL ELLER STÄMPEL |