# EXHIBIT 1

District of Columbia live database
Case 1:19-cv-01618-TSC  Document 27-1  Filed 03/31/20  Page 2 of 13
Page 1 of 12

Query   Reports   Utilities   Help   Log Out

STAYED,TYPE-E

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:19-cv-02424-TNM

TETHYAN COPPER COMPANY PTY LIMITED v. ISLAMIC REPUBLIC OF PAKISTAN
Assigned to: Judge Trevor N. McFadden
Demand: $4,148,981,000
Cause: 09:0202 Award under Convention on Foreign Arbitral Awards

Date Filed: 08/09/2019
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

### Petitioner

**TETHYAN COPPER COMPANY PTY LIMITED**

represented by **Jason William Myatt**
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, NY 10166
212-351-4085
Email: jmyatt@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Maddox Davis**
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

(202) 955-8587
Fax: (202) 831-6038
Email:
kdavis@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Matthew S. Rozen**
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Suite 300
Washington, DC 20036-5306
(202) 887-3596
Fax: (202) 530-9596
Email:
MRozen@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Robert Louis Weigel**
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
Ste 47th Floor
New York, NY 10166
212-351-4000
Fax: 212-351-4035
Email:
rweigel@gibsondunn.com
*PRO HAC VICE
ATTORNEY TO BE NOTICED*

**Matthew D. McGill**
GIBSON, DUNN &

CRUTCHER, LLP
1050 Connecticut Avenue, NW
Suite 300
Washington, DC 20036-5306
(202) 887-3680
Fax: (202) 530-9662
Email: mmcgill@gibsondunn.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**ISLAMIC REPUBLIC OF PAKISTAN** represented by **Reginald R. Goeke**
MAYER BROWN, LLP
1999 K Street, NW
Washington, DC 20006-1101
(202) 263-3241
Fax: (202) 263-5241
Email: rgoeke@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jawad Ahmad**
MAYER BROWN LLP
201 Bishopsgate
London
UK
442031303072
Email: jahmad@mayerbrown.com
*PRO HAC VICE*
*ATTORNEY TO BE*

*NOTICED*

**John Matthew Conlon**
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
212-506-2592
Fax: 212-849-5992
Email: jconlon@mayerbrown.com
*PRO HAC VICE*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2019 | 1 | PETITION TO ENFORCE ARBITRATION AWARD / *Enforce Arbitral Award* against ISLAMIC REPUBLIC OF PAKISTAN ( Filing fee $ 400 receipt number 0090-6313731) filed by TETHYAN COOPER COMPANY PTY LIMITED. (Attachments: # 1 Exhibit 1 - Rozen Declaration, # 2 Exhibit 2 - ICSID Convention, # 3 Exhibit 3 - Australia-Pakistan Treaty, # 4 Text of Proposed Order 4 - Proposed Order, # 5 Civil Cover Sheet, # 6 Summons)(McGill, Matthew) Modified event title on 8/15/2019 (znmw). Modified at the request of counsel to correct typo on 8/16/2019 (tth). (Entered: 08/09/2019) |
| 08/09/2019 | 2 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by TETHYAN COOPER COMPANY PTY LIMITED (McGill, Matthew) (Entered: 08/09/2019) |
| 08/12/2019 | 3 | ERRATA *Civil Cover Sheet* by TETHYAN COPPER COMPANY PTY LIMITED. (McGill, Matthew) (Main Document 3 replaced on 8/12/2019) (zeg). (Entered: 08/12/2019) |

| | | |
|---|---|---|
| 08/12/2019 | 4 | NOTICE of Appearance by Matthew S. Rozen on behalf of TETHYAN COPPER COMPANY PTY LIMITED (Rozen, Matthew) (Main Document 4 replaced on 8/15/2019) (znmw). (Entered: 08/12/2019) |
| 08/12/2019 | 5 | NOTICE of Appearance by Katherine Maddox Davis on behalf of TETHYAN COPPER COMPANY PTY LIMITED (Davis, Katherine) (Main Document 5 replaced on 8/15/2019) (znmw). (Entered: 08/12/2019) |
| 08/12/2019 | | Case Assigned to Judge Trevor N. McFadden. (zeg) (Entered: 08/12/2019) |
| 08/12/2019 | 6 | SUMMONS (1) Issued Electronically as to ISLAMIC REPUBLIC OF PAKISTAN. (Attachment: # 1 Notice and Consent)(zeg) (Entered: 08/12/2019) |
| 08/12/2019 | 7 | STANDING ORDER Establishing Procedures for Cases Before Judge Trevor N. McFadden. The parties are hereby ORDERED to read and comply with the directives in the attached standing order. Signed by Judge Trevor N. McFadden on 08/12/2019. (lctnm2) (Entered: 08/12/2019) |
| 08/15/2019 | 8 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Robert L. Weigel, :Firm- Gibson, Dunn & Crutcher LLP, :Address- 200 Park Avenue, New York, NY 10166. Phone No. - 212-351-4000. Fax No. - 212-351-5236 Filing fee $ 100, receipt number 0090-6324167. Fee Status: Fee Paid. by TETHYAN COPPER COMPANY PTY LIMITED (Attachments: # 1 Declaration Declaration of Robert L. Weigel, # 2 Text of Proposed Order)(Davis, Katherine) (Entered: 08/15/2019) |
| 08/15/2019 | 9 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Jason Myatt, :Firm- Gibson, Dunn & Crutcher LLP, :Address- 200 Park Avenue, New York, NY 10166. Phone No. - 212-351-4000. Fax No. - 212-351-6253 Filing fee $ 100, receipt number 0090-6324239. Fee Status: Fee Paid. by TETHYAN COPPER COMPANY PTY LIMITED |

| | | |
|---|---|---|
| | | (Attachments: # 1 Declaration of Jason Myatt, # 2 Text of Proposed Order)(Davis, Katherine) (Entered: 08/15/2019) |
| 08/16/2019 | | MINUTE ORDER granting the 8 & 9 Motions for Leave to Appear Pro Hac Vice. Counsel Jason Myatt and Robert Weigel shall promptly register for this Court's CM/ECF system. Signed by Judge Trevor N. McFadden on 08/16/2019. (lctnm2) (Entered: 08/16/2019) |
| 08/19/2019 | | NOTICE OF ERROR re 8 Motion for Leave to Appear Pro Hac Vice; emailed to kdavis@gibsondunn.com, cc'd 8 associated attorneys -- The PDF file you docketed contained errors: 1. Invalid attorney signature, 2. In future, ECF login must match attorney signature on document; Do not refile. (znmw, ) (Entered: 08/19/2019) |
| 09/18/2019 | 10 | AFFIDAVIT REQUESTING FOREIGN MAILING by TETHYAN COPPER COMPANY PTY LIMITED. (McGill, Matthew) (Main Document 10 replaced on 9/19/2019) (znmw). (Entered: 09/18/2019) |
| 09/20/2019 | 11 | REQUEST from Plaintiffs for the Clerk to effect service of one copy of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by DHL, to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3). (ztd); (See docket entry no. 10 to view.) (Entered: 09/20/2019) |
| 09/20/2019 | 12 | CERTIFICATE OF CLERK of mailing one copy of the summons and complaint, together with a translation of each into the official language of the foreign state on 9/20/19, by DHL, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. 1608(a)(3). (Attachments: # 1 DHL Pick Up Confirmation) (ztd) (Entered: 09/20/2019) |
| 09/24/2019 | 13 | 2nd DHL REQUEST.....CERTIFICATE OF CLERK of mailing one copy of the summons and complaint, together with a translation of each into the official language of the |

| | | |
|---|---|---|
| | | foreign state on 9/24/19, by DHL, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. 1608(a)(3). (Attachments: # 1 DHL Pick Up Confirmation (2nd Request), # 2 DHL Waybill (NEW WAYBILL) (ztd); (First request DHL did not pick up.) (Attachment 2 replaced with new waybill on 9/24/2019) (ztd). Modified on 9/24/2019 (ztd). (Entered: 09/24/2019) |
| 09/26/2019 | 14 | CERTIFICATE OF CLERK of mailing one copy of the summons and complaint, together with a translation of each into the official language of the foreign state on 9/26/19, by DHL, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. 1608(a)(3). (Attachments: # 1 DHL Tracking - confirmation of pick up of package at docket entry no. 13 ) (ztd) (Entered: 09/26/2019) |
| 10/02/2019 | 15 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to ISLAMIC REPUBLIC OF PAKISTAN served on 9/30/2019, answer due 11/29/2019. (Attachments: # 1 Exhibit A - DHL Tracking Report, # 2 Exhibit B - DHL Proof of Delivery)(McGill, Matthew) (Entered: 10/02/2019) |
| 11/26/2019 | 16 | NOTICE of Appearance by Reginald R. Goeke on behalf of ISLAMIC REPUBLIC OF PAKISTAN (Goeke, Reginald) (Entered: 11/26/2019) |
| 11/26/2019 | 17 | Emergency MOTION for Extension of Time to *Respond to Petition* by ISLAMIC REPUBLIC OF PAKISTAN (Attachments: # 1 Memorandum in Support, # 2 Declaration of John Conlon, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Text of Proposed Order)(Goeke, Reginald) (Entered: 11/26/2019) |
| 11/27/2019 | 18 | Memorandum in opposition to re 17 Emergency MOTION for Extension of Time to *Respond to Petition* filed by TETHYAN COPPER COMPANY PTY LIMITED. (Attachments: # 1 Exhibit 1)(McGill, Matthew) (Entered: 11/27/2019) |

| | | |
|---|---|---|
| 11/27/2019 | | MINUTE ORDER granting in part and denying in part Defendant's 17 Motion for Extension. It is hereby ORDERED that Defendant shall file its answer or other responsive pleading on or before January 3, 2020. SO ORDERED. Signed by Judge Trevor N. McFadden on 11/27/2019. (lctnm3) (Entered: 11/27/2019) |
| 12/02/2019 | | Set/Reset Deadlines: Defendant's answer or responsive pleading due by 1/3/2020. (hmc) (Entered: 12/02/2019) |
| 12/23/2019 | 19 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- John M. Conlon, Filing fee $ 100, receipt number ADCDC-6672454. Fee Status: Fee Paid. by ISLAMIC REPUBLIC OF PAKISTAN (Attachments: # 1 Declaration of John M. Conlon, # 2 Text of Proposed Order)(Goeke, Reginald) (Entered: 12/23/2019) |
| 12/23/2019 | 20 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Jawad Ahmad, Filing fee $ 100, receipt number ADCDC-6672505. Fee Status: Fee Paid. by ISLAMIC REPUBLIC OF PAKISTAN (Attachments: # 1 Declaration of Jawad Ahmad, # 2 Text of Proposed Order)(Goeke, Reginald) (Entered: 12/23/2019) |
| 12/23/2019 | | MINUTE ORDER granting 19 and 20 Motions for Leave to Appear Pro Hac Vice **Counsel John M. Conlon and Jawad Ahmad shall register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Trevor N. McFadden on 12/23/2019. (lctnm3) (Entered: 12/23/2019) |
| 01/03/2020 | 21 | NOTICE of Appearance by John Matthew Conlon on behalf of ISLAMIC REPUBLIC OF PAKISTAN (Conlon, John) (Entered: 01/03/2020) |
| 01/03/2020 | 22 | NOTICE of Appearance by Jawad Ahmad on behalf of ISLAMIC REPUBLIC OF PAKISTAN (Ahmad, Jawad) (Entered: 01/03/2020) |
| 01/03/2020 | 23 | |

| | | |
|---|---|---|
| | | MOTION to Stay *Proceedings*, MOTION to Dismiss *(Respondent's Motion to Stay Proceedings, or in the Alternative, to Dismiss the Petition)* by ISLAMIC REPUBLIC OF PAKISTAN (Attachments: # 1 Memorandum in Support, # 2 Declaration of Hannah C. Banks, # 3 Exhibit A to Banks Declaration, # 4 Exhibit B to Banks Declaration, # 5 Declaration of John M. Conlon, # 6 Exhibit A to Conlon Declaration, # 7 Exhibit B to Conlon Declaration, # 8 Exhibit C to Conlon Declaration, # 9 Exhibit D to Conlon Declaration, # 10 Exhibit E to Conlon Declaration, # 11 Exhibit F to Conlon Declaration, # 12 Exhibit G to Conlon Declaration, # 13 Exhibit H to Conlon Declaration, # 14 Exhibit I to Conlon Declaration, # 15 Exhibit J to Conlon Declaration, # 16 Exhibit K to Conlon Declaration, # 17 Exhibit L to Conlon Declaration, # 18 Exhibit M to Conlon Declaration, # 19 Exhibit N to Conlon Declaration, # 20 Text of Proposed Order)(Goeke, Reginald) (Entered: 01/03/2020) |
| 01/15/2020 | 24 | Emergency MOTION for Extension of Time to File Response/Reply as to 23 MOTION to Stay *Proceedings* MOTION to Dismiss *(Respondent's Motion to Stay Proceedings, or in the Alternative, to Dismiss the Petition)* by TETHYAN COPPER COMPANY PTY LIMITED (Attachments: # 1 Text of Proposed Order)(McGill, Matthew) (Entered: 01/15/2020) |
| 01/17/2020 | 25 | Memorandum in opposition to re 24 Emergency MOTION for Extension of Time to File Response/Reply as to 23 MOTION to Stay *Proceedings* MOTION to Dismiss *(Respondent's Motion to Stay Proceedings, or in the Alternative, to Dismiss the Petition)* filed by ISLAMIC REPUBLIC OF PAKISTAN. (Attachments: # 1 Declaration of John M. Conlon, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Goeke, Reginald) (Entered: 01/17/2020) |
| 01/17/2020 | 26 | |

| | | |
|---|---|---|
| | | NOTICE of Proposed Order by ISLAMIC REPUBLIC OF PAKISTAN re 25 Memorandum in Opposition, (Goeke, Reginald) (Entered: 01/17/2020) |
| 01/17/2020 | | MINUTE ORDER. Upon consideration of the Respondent's 23 Motion to Stay Proceedings, the Petitioner's 24 Motion for Extension, the Respondent's 25 Opposition to 24 , and the entire record, it is hereby ORDERED that the parties shall appear for a motion hearing on Respondent's 23 Motion to Stay on February 13, 2020 at 10:00 a.m. in Courtroom 2, before Judge Trevor N. McFadden. It is further ORDERED that Petitioner's 24 Motion for Extension is granted in part, and ORDERED that the parties shall adhere to the following briefing schedule: Petitioner shall file its Opposition to Respondent's 23 Motion to Stay on or before January 31, 2020; and Respondent shall file any Reply by February 7, 2020. SO ORDERED. Signed by Judge Trevor N. McFadden on 1/17/2020. (lctnm3) (Entered: 01/17/2020) |
| 01/17/2020 | | Set/Reset Deadlines/Hearings: Petitioner's Opposition due by 1/31/2020. Respondent's Reply due by 2/7/2020. Motion Hearing set for 2/13/2020 at 10:00 AM in Courtroom 2 before Judge Trevor N. McFadden. (hmc) (Entered: 01/17/2020) |
| 01/30/2020 | 27 | STIPULATION re 23 MOTION to Stay *Proceedings* MOTION to Dismiss *(Respondent's Motion to Stay Proceedings, or in the Alternative, to Dismiss the Petition)* by ISLAMIC REPUBLIC OF PAKISTAN, TETHYAN COPPER COMPANY PTY LIMITED. (Goeke, Reginald) (Entered: 01/30/2020) |
| 01/31/2020 | | MINUTE ORDER. Upon consideration of the parties' 27 Stipulation, it is hereby ORDERED that the parties' briefings re 23 Motion to Stay Proceedings, and the oral argument on the Motion scheduled on February 13, 2020, shall be limited to the length of the stay of these proceedings. It is further ORDERED that additional |

| | | |
|---|---|---|
| | | briefing on merits issues shall be deferred until further Order of the Court. SO ORDERED. Signed by Judge Trevor N. McFadden on 1/31/2020. (lctnm3) (Entered: 01/31/2020) |
| 01/31/2020 | 28 | RESPONSE re 23 MOTION to Stay *Proceedings* MOTION to Dismiss *(Respondent's Motion to Stay Proceedings, or in the Alternative, to Dismiss the Petition)* filed by TETHYAN COPPER COMPANY PTY LIMITED. (McGill, Matthew) (Entered: 01/31/2020) |
| 02/07/2020 | 29 | REPLY to opposition to motion re 23 MOTION to Stay *Proceedings* MOTION to Dismiss *(Respondent's Motion to Stay Proceedings, or in the Alternative, to Dismiss the Petition)* filed by ISLAMIC REPUBLIC OF PAKISTAN. (Attachments: # 1 Declaration of John M. Conlon, # 2 Exhibit A to Conlon Declaration, # 3 Exhibit B to Conlon Declaration, # 4 Exhibit C to Conlon Declaration, # 5 Exhibit D to Conlon Declaration)(Goeke, Reginald) (Entered: 02/07/2020) |
| 02/13/2020 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Case called for a Motion Hearing, but not held. Status Conference held on 2/13/2020. Case is stayed pending the decision of the committee. The parties are directed to file a Joint Status Report 10 days after the committee's initial decision. (Court Reporter: Crystal Pilgrim.) (hmc) (Entered: 02/13/2020) |
| 02/13/2020 | | Case Stayed. (hmc) (Entered: 02/13/2020) |

### PACER Service Center
#### Transaction Receipt
03/27/2020 16:40:31

| PACER Login: | bajt1979 | Client Code: | 04182000169td |
|---|---|---|---|
| Description: | | | |

|  | Docket Report | **Search Criteria:** | 1:19-cv-02424-TNM |
|---|---|---|---|
| **Billable Pages:** | 5 | **Cost:** | 0.50 |