UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                                   :
NEXTERA ENERGY GLOBAL HOLDINGS                                     :
B.V. and NEXTERA ENERGY SPAIN                                      :
HOLDINGS B.V.,                                                     :
                                                                   :
                              Petitioners,    :   Civil Action No. 19-cv-01618-TSC
                                                                   :
              v.                                                   :
                                                                   :
KINGDOM OF SPAIN                                                   :
                                                                   :
                              Respondent      :
                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
```

## NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that effective March 2, 2020, the New York office of Skadden, Arps, Slate, Meagher & Flom LLP changed its address for purposes of service of notices and documents in the above-captioned case.  The new address of the New York office of Skadden, Arps, Slate, Meagher & Flom LLP is as follows:

> **Skadden, Arps, Slate, Meagher & Flom LLP**
> **One Manhattan West**
> **New York, NY 10001**

The firm's telephone number, fax number and email addresses remain the same.

Dated: April 9, 2020
Washington, D.C.

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

/s/ Jennifer L. Spaziano
Jennifer L. Spaziano (D.C. Bar # 462787)
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
Fax: (202) 661-8327
Email:  jen.spaziano@skadden.com

Timothy G. Nelson (admitted *pro hac vice*)
Amanda Raymond Kalantirsky (admitted *pro hac vice*)
Aaron Murphy (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York NY 10001
Tel:  (212) 735-3000
Fax:  (212) 735-2000
timothy.g.nelson@skadden.com
amanda.raymond@skadden.com
aaron.murphy@skadden.com

David Herlihy (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM UK LLP
40 Bank Street
Canary Wharf
London ENGLAND E14 5DS
Tel:  +44.20.7519.7121
Fax:  +44.20.7072.7121
david.herlihy@skadden.com

*Attorneys for NextEra Energy Global Holdings B.V. & NextEra Energy Spain Holdings B.V.*