UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                                    :
NEXTERA ENERGY GLOBAL HOLDINGS                                      :
B.V. and NEXTERA ENERGY SPAIN                                       :
HOLDINGS B.V.,                                                      :
                                                                    :
                                    Petitioners,   :   Civil Action No. 19-cv-01618-TSC
                                                                    :
              v.                                                    :
                                                                    :
KINGDOM OF SPAIN                                                    :
                                                                    :
                                    Respondent     :
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

**NOTICE OF FURTHER SUPPLEMENTAL AUTHORITY IN SUPPORT
OF PETITION TO CONFIRM AN INTERNATIONAL ARBITRATION
AWARD AND IN OPPOSITION TO SPAIN'S MOTION TO DISMISS OR STAY**

Petitioners, which seek enforcement of a final arbitration award of over EUR 290 million rendered against Respondent the Kingdom of Spain ("Spain") on May 31, 2019 (the "ICSID Award") in ICSID Arbitration No. ARB/14/11, captioned *NextEra Energy Global Holdings B.V. & NextEra Energy Spain Holdings B.V. v. Kingdom of Spain*, respectfully submit for the Court's consideration the further decision dated April 30, 2020 by the ICSID *ad hoc* committee concerning whether to grant a stay of enforcement of the ICSID Award for the entire duration of the pending ICSID annulment application.

The ICSID *ad hoc* committee's decision, transmitted by letter from the ICSID Secretariat (Exhibit 1 hereto), extends the current stay of enforcement of the ICSID Award until May 18, 2020 but makes clear that that this stay will automatically expire unless certain strict conditions are met.

The ICSID Award, which was immediately binding and payable upon its issuance in May 2019, obligates Spain to pay over EUR 290 million plus interest. On September 26, 2019, Spain made an application for annulment of the ICSID Award pursuant to Article 52 of the ICSID Convention, thereby triggering an automatic provisional stay of enforcement of the ICSID Award, pending formation of the ICSID *ad hoc* annulment committee (the three-member panel tasked with hearing the annulment application) and its decision on whether to continue the stay.

Upon formation of the ICSID *ad hoc* committee in late 2019, Spain applied for an order extending the stay until the committee rendered a decision on the annulment application. Petitioners opposed such an extension.

On April 6, 2020, the ICSID *ad hoc* committee issued a Decision on Stay of Enforcement (the "4/6/20 Decision")[1] holding that the stay would only continue if Spain furnished a written undertaking that, if "annulment is not granted", it "will unconditionally and irrevocably pay the pecuniary obligations imposed by the Award." (4/6/20 Decision, ¶¶ 98, 102.) The ICSID *ad hoc* annulment committee directed that such an undertaking needed to be furnished within 20 days of its decision – *i.e.*, before April 27, 2020 – failing which the stay would automatically terminate. (*Id.* ¶¶ 99, 102.)

On April 22, 2020, Spain applied to the ICSID *ad hoc* annulment committee for an extension of the April 27, 2020 deadline, claiming it should not be required to furnish any undertaking until 20 days after delivery by the ICSID Secretariat of a Spanish language version of the 4/6/20 Decision. (Ex. 1 hereto at 1-2.)

---

[1] A full copy of the 4/6/20 Decision was attached as Exhibit 1 to Petitioner's April 8, 2020 Notice of Supplemental Authority. *See* Petitioner's Notice of Supplemental Authority at 4, Apr. 8, 2020, ECF No. 28.

By its decision of April 30, 2020, the ICSID *ad hoc* annulment committee: (i) "reaffirm[ed]" that its 4/6/20 Decision was "valid from the date it was issued and communicated to the Parties irrespective of the fact that it was submitted in English only" and that "the effect of, and compliance with, the [4/6/20 Decision] was not subject to a translation"; (ii) "note[d] that Spain waited more than two weeks after the receipt of the English version of the [4/6/20 Decision] to request for its translation into Spanish"; and (iii) decided "[n]evertheless" to grant an extension until May 18, 2020 for Spain to provide the required undertaking. (*Id.*)

The ICSID *ad hoc* annulment committee also enclosed a Spanish translation of the 4/6/20 Decision, including the form of the prescribed "Undertaking" contained in paragraphs 98 and 102 of that decision.

The *ad hoc* committee further ruled that :

> "Pursuant to the [4/6/20 Decision] a failure to furnish the Undertaking by the new deadline (i.e. 18 May 2020) will lead to a termination of the stay of enforcement of the [ICSID] Award."

(Ex. 1 hereto at 2.)

As Petitioners have previously noted, upon termination of such stay, the pecunary obligations in the ICSID Award will again become immediately enforceable against Spain and "shall be given the same full faith and credit as if the award were a final judgment of a court of general jurisdiction of one of the several States." *See* Petitioner's Notice of Supplemental Authority at 4, Apr. 8, 2020, ECF No. 28 (citing 22 U.S.C. § 1650(a) and the ICSID Convention, arts. 53, 54).

Dated: May 4, 2020
Washington, D.C.

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

/s/ Jennifer L. Spaziano
Jennifer L. Spaziano
D.C. Bar # 462787
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
Fax: (202) 661-8327
Email:  jen.spaziano@skadden.com

Timothy G. Nelson (admitted *pro hac vice*)
Amanda Raymond Kalantirsky (admitted *pro hac vice*)
Aaron Murphy (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York NY 10001
Tel:  (212) 735-3000
Fax:  (212) 735-2000
timothy.g.nelson@skadden.com
amanda.raymond@skadden.com
aaron.murphy@skadden.com

David Herlihy (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM UK LLP
40 Bank Street
Canary Wharf
London ENGLAND E14 5DS
Tel:  +44.20.7519.7121
Fax:  +44.20.7072.7121
david.herlihy@skadden.com

*Attorneys for NextEra Energy Global Holdings B.V. & NextEra Energy Spain Holdings B.V.*