# EXHIBIT 1



INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES
1818 H STREET, NW | WASHINGTON, DC 20433 | USA
TELEPHONE +1 (202) 458 1534 | FACSIMILE +1 (202) 522 2615
WWW.WORLDBANK.ORG/ICSID

30 April 2020

By email

**NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.**
c/o Ms. Karyl Nairn Q.C.
Mr. David Herlihy
Ms. Teresa Queirós
Skadden, Arps, Slate, Meagher and Flom (UK) LLP
40 Bank Street
London
E14 5DS
United Kingdom
and
c/o Mr. George Zimmerman
Skadden, Arps, Slate, Meagher and Flom LLP
Four Times Square
New York, New York 10036-6522
U.S.A.

**Kingdom of Spain**
c/o Mr. José Manuel Gutiérrez Delgado
Mr. Pablo Elena Abad
Ms. Socorro Garrido Moreno
Mr. Rafael Gil Nievas
Mr. Alberto Torró Molés
Mr. Luis Vacas Chalfoun
Ms. Elena Oñoro Sainz
Mr. Mariano Rojo Pérez
Mr. Francisco de la Torre Diaz
Ms. Eugenia Cediel Bruno
Mr. Javier Comerón Herrero
Ms. Gloria María de la Guardia Limeres
Ms. Estibaliz Hernández Marquinez
Mr. Juan Antonio Quesada Navarro
Ms. Ana María Rodríguez Esquivias
Abogacía General del Estado
State Attorneys Office
Marqués de la Ensenada, 14-16, 2ª planta 28004, Madrid
Spain

Re: **NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings, B.V. v. Kingdom of Spain**
(ICSID Case No. ARB/14/11) – Annulment

Dear Mesdames and Sirs,

The Committee has asked me to convey the following to the Parties:

"The Committee refers to the Applicant's request of 22 April 2020 and the NextEra Entities of 24 April 2020 concerning the Committee's Decision on Stay of Enforcement of 6 April 2020 ("the Decision").

The Committee reaffirms that its 6 April 2010 Decision on Stay of Enforcement of the Award was valid from the date it was issued and communicated to the Parties irrespective of the fact that it was submitted in English only. Section 11.12 of the Procedural Order No. 1 stipulates that "*[t]the Committee may initially make any order or decision in English and <u>subsequently issue that order or decision in Spanish, if either Party requests</u>. Both language versions shall be equally authentic.*"[emphasis added]. Thus, it is clear that the effect of, and compliance with, the Decision on the Stay of Enforcement was not subject to a translation.

The Committee also notes that Spain waited more than two weeks after the receipt of the English version of the Decision on Stay of Enforcement to request for its translation into Spanish.

Nevertheless, pursuant to paragraph 102.c of the Decision on Stay of Enforcement, the Committee decides to grant an extension until 18 May 2020 for the Applicant to provide the Undertaking referred to in paragraph 102.a.

In view of the Applicant's recent request of 22 April 2020, a complete Spanish version of the Decision is hereby provided, including the Undertaking. To confirm, the provision on the Undertaking is, however, not subject to the transmittal of the Spanish translation of the Decision. Pursuant to the Decision, of 6 April 2020 a failure to furnish the Undertaking by the new deadline (i.e. 18 May 2020) will lead to a termination of the stay of enforcement of the Award.

Finally, for the avoidance of doubt, with regard to the interest rate, the Committee confirms that the dispositive section of the Tribunal's 31 May 2019 Award (Annex-001) states in Paragraph 37(6) as follows:

> "*(6) Respondent shall pay Claimants post-judgment interest on the amounts owing under this Award from the date of the Award until the date of payment at the rate of 0.234%, compounded monthly.*" "

Yours sincerely,

Natalí Sequeira
Secretary of the *ad hoc* Committee

cc by email (with attachment):
Members of the *ad hoc* Committee

Attachment:
Spanish Version - Decision on Stay of Enforcement of 6 April 2020