AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

NEXTERA ENERGY GLOBAL HOLDINGS B.V. and
NEXTERA ENERGY SPAIN HOLDINGS B.V. )
*Plaintiff* )
v. ) Case No. 1:19-cv-01618
KINGDOM OF SPAIN )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V.     .

Date: 05/29/2020

/s/ Bradley A. Klein
*Attorney's signature*

Bradley A. Klein - D.C. Bar #: 973778
*Printed name and bar number*

Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
*Address*

bradley.klein@skadden.com
*E-mail address*

202-371-7320
*Telephone number*

202-661-2320
*FAX number*