# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                                   :
NEXTERA ENERGY GLOBAL HOLDINGS                                     :
B.V. and NEXTERA ENERGY SPAIN                                      :
HOLDINGS B.V.,                                                     :
                                                                   :
                                    Petitioners,   :   Civil Action No. 19-cv-01618-TSC
                                                                   :
                  v.                                               :
                                                                   :
KINGDOM OF SPAIN                                                   :
                                                                   :
                                    Respondent     :
                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
```

## NOTICE OF WITHDRAWAL OF APPEARANCE

### TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6(b), the appearance of Jennifer L. Spaziano as counsel for Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. ("Petitioners") is hereby withdrawn.  Petitioners will continue to be represented in this matter by Bradley A. Klein, Timothy G. Nelson, Amanda Raymond Kalantirsky, Aaron Murphy and David Herlihy of Skadden, Arps, Slate, Meagher & Flom LLP, whose appearances have been entered in this case.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Dated:  June 23, 2020      /s/  Jennifer L. Spaziano
                           Jennifer L. Spaziano (D.C. Bar # 462787)
                           1440 New York Avenue NW
                           Washington, DC 20005
                           Telephone: (202) 371-7000
                           Fax: (202) 661-8327
                           jen.spaziano@skadden.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2020, I caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance to be filed using the CM/ECF system, which shall send notice to all counsel of record.

                                               /s/ Jennifer L. Spaziano  
                                               Jennifer L. Spaziano