UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NEXTERA ENERGY GLOBAL HOLDINGS B.V.**, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 19-cv-01618 (TSC) |
| **KINGDOM OF SPAIN**, | ) ) ) | |
| Respondent. | ) ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion (ECF No. 38), Respondent's Motion to Dismiss or Stay (ECF No. 15) is hereby GRANTED in part and DENIED in part. The court GRANTS the motion as to the request for a stay, and the proceedings are hereby STAYED. The court DENIES, without prejudice, the motion as to the request for dismissal. It is

FURTHER ORDERED that the parties shall notify the court within three business days of any ruling or development in the annulment proceedings pending before the International Centre for Settlement of Investment Disputes. The parties shall also file a joint status report updating the court as to the ongoing annulment proceedings by October 30, 2020, and every thirty days thereafter until the conclusion of the annulment proceedings.

Date: September 30, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge