UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | | |
|---|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V., | : | |
| Petitioners, | : | Civil Action No. 19-cv-01618-TSC |
| v. | : | |
| KINGDOM OF SPAIN | : | |
| Respondent | : | |

---

**JOINT STATUS REPORT**

Per the Court's September 30, 2020 Order, Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V., ("NextEra") along with Respondent the Kingdom of Spain ("Spain") (together with NextEra, "the Parties") hereby submit this joint status report.

The Petition relates to an arbitral award (the "Award"), issued on May 31, 2019 in ICSID No. ARB/14/11, entitled *NextEra Energy Global Holdings B.V. & NextEra Energy Spain Holdings B.V. v. Kingdom of Spain*. On September 26, 2019 Spain brought an application to annul the Award pursuant to Article 52 of the ICSID Convention. An *ad hoc* ICSID annulment committee, responsible for determining Spain's application, was constituted on December 15, 2019.

On March 4, 2020, the *ad hoc* committee issued a Procedural Order. Pursuant to the briefing schedule contained in that Order, Spain filed a Memorial on Annulment on April 16, 2020. In addition, the European Commission (a non-disputing party) made a written submission on April 23, 2020. NextEra filed a Counter-Memorial on Annulment on July 9, 2020. Spain filed its Reply

on Annulment on September 17, 2020. NextEra is scheduled to file its Rejoinder on Annulment on November 19, 2020.

The Procedural Order further provides that there will be an oral hearing of Spain's application on December 20 to 23, 2020, unless the hearing is held virtually, in which case it will commence on December 18, 2020.

The Parties will file a further Joint Status Report on Monday, November 30, 2020.

Dated: October 30, 2020
Washington, D.C.

Respectfully submitted,

/s/ Bradley Klein

Bradley Klein
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC  20005-2111
(202) 371-7000
bradley.klein@skadden.com

Timothy G. Nelson (appearing *pro hac vice*)
New York Bar Number 3060175
Amanda Raymond Kalantirsky (appearing *pro hac vice*)
New York Bar Number 4812418
Aaron Murphy (appearing *pro hac vice*)
New York Bar Number 5604459
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
(212) 735-2000 (fax)
timothy.g.nelson@skadden.com
amanda.raymond@skadden.com
aaron.murphy@skadden.com

David Herlihy (appearing *pro hac vice*)
New York Bar Number 4167920
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM UK LLP
40 Bank Street
Canary Wharf
London E14 5DS
ENGLAND

*Attorneys for NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.*

Matthew J. Weldon (*pro hac vice*)
New York Bar Number 4832408
Luke E. Steinberger (*pro hac vice*)
New York Bar Number 5282181
599 Lexington Avenue
New York, New York 10022
(212) 536-4042
Matthew.Weldon@klgates.com

Brian D. Koosed
D.C. Bar Number 1034733
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006
(202) 778-9204
Brian.Koosed@klgates.com

Michael DeMarco (*pro hac vice*)
New York Bar Number 4142477 1 Lincoln St.
Boston, MA 02111
(617) 951-9111
Michael.DeMarco@klgates.com

*Counsel for Respondent Kingdom of Spain*

3