## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                          :
NEXTERA ENERGY GLOBAL HOLDINGS            :
B.V. and NEXTERA ENERGY SPAIN             :
HOLDINGS B.V.,                            :
                                          :
                          Petitioners,    :   Civil Action No. 19-cv-01618-TSC
                                          :
            v.                            :
                                          :
KINGDOM OF SPAIN                          :
                                          :
                          Respondent      :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
```

## FURTHER JOINT STATUS REPORT

Per the Court's September 30, 2020 Order, the parties hereby submit this Further Joint Status Report. Definitions herein are as per the parties' October 31, 2020 Joint Status Report.

Pursuant to the *ad hoc* annulment committee's Procedural Order No. 1, NextEra filed its Rejoinder on Annulment on November 19, 2020.

The *ad hoc* committee has directed that Spain's annulment application will be heard from December 18 to 21, 2020, by video conference.

The Parties will file a further joint status report on December 29, 2020.

Dated: November 30, 2020
Washington, D.C.

Respectfully submitted,


/s/ Bradley Klein

Bradley Klein
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC  20005-2111
(202) 371-7000
bradley.klein@skadden.com

Timothy G. Nelson (appearing *pro hac vice*)
New York Bar Number 3060175
Amanda Raymond Kalantirsky (appearing
*pro hac vice*)
New York Bar Number 4812418
Aaron Murphy (appearing *pro hac vice*)
New York Bar Number 5604459
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
(212) 735-2000 (fax)
timothy.g.nelson@skadden.com
amanda.raymond@skadden.com
aaron.murphy@skadden.com

David Herlihy (appearing *pro hac vice*)
New York Bar Number 4167920
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM UK LLP
40 Bank Street
Canary Wharf
London E14 5DS
ENGLAND

*Attorneys for Petitioners*

Matthew J. Weldon (*pro hac vice*)
New York Bar Number 4832408
Luke E. Steinberger (*pro hac vice*)
New York Bar Number 5282181
599 Lexington Avenue
New York, New York 10022
(212) 536-4042
Matthew.Weldon@klgates.com

Brian D. Koosed
D.C. Bar Number 1034733
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006
(202) 778-9204
Brian.Koosed@klgates.com

Michael DeMarco (*pro hac vice*)
New York Bar Number 4142477 1 Lincoln
St.
Boston, MA 02111
(617) 951-9111
Michael.DeMarco@klgates.com

*Counsel for Respondent*