UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                   :
NEXTERA ENERGY GLOBAL HOLDINGS                                     :
B.V. and NEXTERA ENERGY SPAIN                                      :
HOLDINGS B.V.,                                                     :
                                                                   :
                    Petitioners,   :   Civil Action No. 19-cv-01618-TSC
                                                                   :
                v.                                :
                                                                   :
KINGDOM OF SPAIN                                                   :
                                                                   :
                    Respondent    :
                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## **FURTHER JOINT STATUS REPORT**

Per the Court's September 30, 2020 Order, the parties hereby submit this Further Joint Status Report.

There were no developments to report since the parties' Joint Status Report of March 1, 2021.

The Parties will file a further Joint Status Report on April 30, 2021.

Dated: March 31, 2021
Washington, D.C.

Respectfully submitted,

/s/ Bradley Klein

Bradley Klein
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC  20005-2111
(202) 371-7000
bradley.klein@skadden.com

Timothy G. Nelson (appearing *pro hac vice*)
New York Bar Number 3060175
Amanda Raymond Kalantirsky (appearing *pro hac vice*)
New York Bar Number 4812418
Aaron Murphy (appearing *pro hac vice*)
New York Bar Number 5604459
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
(212) 735-2000 (fax)
timothy.g.nelson@skadden.com
amanda.raymond@skadden.com
aaron.murphy@skadden.com

David Herlihy (appearing *pro hac vice*)
New York Bar Number 4167920
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM UK LLP
40 Bank Street
Canary Wharf
London E14 5DS
ENGLAND

*Attorneys for Petitioners*

Matthew J. Weldon (*pro hac vice*)
New York Bar Number 4832408
Luke E. Steinberger (*pro hac vice*)
New York Bar Number 5282181
599 Lexington Avenue
New York, New York 10022
(212) 536-4042
Matthew.Weldon@klgates.com

Brian D. Koosed
D.C. Bar Number 1034733
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006
(202) 778-9204
Brian.Koosed@klgates.com

Michael DeMarco (*pro hac vice*)
New York Bar Number 4142477 1 Lincoln St.
Boston, MA 02111
(617) 951-9111
Michael.DeMarco@klgates.com

*Counsel for Respondent*