## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                  :
NEXTERA ENERGY GLOBAL HOLDINGS                                    :
B.V. and NEXTERA ENERGY SPAIN                                     :
HOLDINGS B.V.,                                                    :
                                                                  :
                              Petitioners,   :   Civil Action No. 19-cv-01618-TSC
                                                                  :
              v.                                                  :
                                                                  :
KINGDOM OF SPAIN                                                  :
                                                                  :
                              Respondent     :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## FURTHER JOINT STATUS REPORT

Per the Court's September 30, 2020 Order, the parties hereby submit this Further Joint Status Report.

There were no developments to report since the parties' Joint Status Report of June 1, 2021.

The Parties will file a further Joint Status Report on August 2, 2021.

Dated: July 1, 2021
Washington, D.C.

Respectfully submitted,

/s/ Bradley Klein

| | |
|---|---|
| Bradley Klein<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, DC  20005-2111<br>(202) 371-7000<br>bradley.klein@skadden.com | Matthew J. Weldon (*pro hac vice*)<br>New York Bar Number 4832408<br>Luke E. Steinberger (*pro hac vice*)<br>New York Bar Number 5282181<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 536-4042<br>Matthew.Weldon@klgates.com |
| Timothy G. Nelson (appearing *pro hac vice*)<br>New York Bar Number 3060175<br>Amanda Raymond Kalantirsky (appearing *pro hac vice*)<br>New York Bar Number 4812418<br>Aaron Murphy (appearing *pro hac vice*)<br>New York Bar Number 5604459<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>(212) 735-3000<br>(212) 735-2000 (fax)<br>timothy.g.nelson@skadden.com<br>amanda.raymond@skadden.com<br>aaron.murphy@skadden.com | Brian D. Koosed<br>D.C. Bar Number 1034733<br>K&L GATES LLP<br>1601 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 778-9204<br>Brian.Koosed@klgates.com<br><br>Michael DeMarco (*pro hac vice*)<br>New York Bar Number 4142477 1 Lincoln St.<br>Boston, MA 02111<br>(617) 951-9111<br>Michael.DeMarco@klgates.com<br><br>*Counsel for Respondent* |
| David Herlihy (appearing *pro hac vice*)<br>New York Bar Number 4167920<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM UK LLP<br>40 Bank Street<br>Canary Wharf<br>London E14 5DS<br>ENGLAND | |

*Attorneys for Petitioners*