UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
NEXTERA ENERGY GLOBAL HOLDINGS :
B.V. and NEXTERA ENERGY SPAIN :
HOLDINGS B.V., :
:
                    Petitioners, :  Civil Action No. 19-cv-01618-TSC
:
         v. :
:
KINGDOM OF SPAIN :
:
                    Respondent :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## FURTHER JOINT STATUS REPORT

Per the Court's September 30, 2020 Order, the Parties hereby submit this Further Joint Status Report with respect to the annulment proceedings before the International Center for the Settlement of Investment Disputes ("ICSID").

On September 10, 2021, the Kingdom of Spain applied to the ICSID *ad hoc* Annulment Committee for permission to make submissions concerning a new authority, the Court of Justice of the European Union ("CJEU's") September 2, 2021 decision in *Republic of Moldova v Komstroy*[1], a decision that deals with, among other things, the dispute resolution provisions in article 26 of the Energy Charter Treaty as they relate to "intra-EU" disputes, i.e., those between an investor of an EU Member State and an EU Member State. On September 14, 2021, NextEra

---

[1] Judgment of the Court (Grand Chamber), Case C-741/19, *Republic of Moldova v Komstroy, a company the successor in law to the company Energoalians*, ECLI:EU:C:2021:655, 2 September 2021.

responded to that application. On September 17, 2021, the Annulment Committee granted Spain's application.

Spain made submissions setting forth its position concerning the CJEU's decision on September 24, 2021. NextEra made its submissions setting forth its position concerning the CJEU's decision earlier today (on October 1, 2021). No further submissions have been authorized by the Annulment Committee.

The annulment proceeding thus remains pending and the parties await a decision.

The Parties will file a further Joint Status Report on November 1, 2021.

Dated: October 1, 2021.
Washington, D.C.

Respectfully submitted,

/s/ Bradley Klein

| | |
|---|---|
| Bradley Klein<br>SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, DC  20005-2111<br>(202) 371-7000<br>bradley.klein@skadden.com | Matthew J. Weldon (*pro hac vice*)<br>New York Bar Number 4832408<br>Luke E. Steinberger (*pro hac vice*)<br>New York Bar Number 5282181<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 536-4042<br>Matthew.Weldon@klgates.com |
| Timothy G. Nelson (appearing *pro hac vice*)<br>New York Bar Number 3060175<br>Amanda Raymond Kalantirsky (appearing *pro hac vice*)<br>New York Bar Number 4812418<br>Aaron Murphy (appearing *pro hac vice*)<br>New York Bar Number 5604459<br>SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>(212) 735-3000<br>(212) 735-2000 (fax)<br>timothy.g.nelson@skadden.com<br>amanda.raymond@skadden.com<br>aaron.murphy@skadden.com | Brian D. Koosed<br>D.C. Bar Number 1034733<br>K&L GATES LLP<br>1601 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 778-9204<br>Brian.Koosed@klgates.com<br><br>Michael DeMarco (*pro hac vice*)<br>New York Bar Number 4142477 1 Lincoln St.<br>Boston, MA 02111<br>(617) 951-9111<br>Michael.DeMarco@klgates.com<br><br>*Counsel for Respondent* |
| David Herlihy (appearing *pro hac vice*)<br>New York Bar Number 4167920<br>SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM UK LLP<br>40 Bank Street<br>Canary Wharf<br>London E14 5DS<br>ENGLAND<br>david.herlihy@skadden.com | |

*Attorneys for Petitioners*