# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                  :
NEXTERA ENERGY GLOBAL HOLDINGS                                    :
B.V. and NEXTERA ENERGY SPAIN                                     :
HOLDINGS B.V.,                                                    :
                                                                  :
                              Petitioners,  :   Civil Action No. 19-cv-01618-TSC
                                                                  :
                 v.                                               :
                                                                  :
KINGDOM OF SPAIN                                                  :
                                                                  :
                              Respondent    :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## NOTICE OF WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6(b), the appearance of Aaron Murphy as counsel for Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. ("Petitioners") is hereby withdrawn. Petitioners will continue to be represented in this matter by Bradley A. Klein, Timothy G. Nelson, Amanda Raymond Kalantirsky, and David Herlihy of Skadden, Arps, Slate, Meagher & Flom LLP, whose appearances have been entered in this case.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Dated: January 13, 2022

/s/ Aaron Murphy
Aaron Murphy (N.Y. Bar # 5604459)
One Manhattan West
New York, NY
Telephone: (212) 735-3000
Fax: (917) 777-3231
aaron.murphy@skadden.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January, 2022, I caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance to be filed using the CM/ECF system, which shall send notice to all counsel of record.

                                              /s/  Aaron Murphy
                                              Aaron Murphy