UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------x
:
NEXTERA ENERGY GLOBAL HOLDINGS  :
B.V. and NEXTERA ENERGY SPAIN   :
HOLDINGS B.V.,                  :
                                :  19 Civ. 1618 (TSC)
                  Petitioners,  :
                                :
         v.                     :
                                :
KINGDOM OF SPAIN                :
                                :
                  Respondent:   :
                                :
---------------------------------x

**DECLARATION OF CESAR RIVIERE IN SUPPORT OF
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, CESAR RIVIERE, hereby declare:

1. My name, office address, and telephone number are as follows:

Cesar Riviere
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
(212) 735-3000

2. I am admitted and an active member in good standing of the New York State Bar (N.Y. Bar Number 5746326).

3. I have never been disciplined by any bar.

4. Within the last two years, I have not been admitted *pro hac vice* in this Court.

5. I am an attorney in the New York office of the law firm at which Bradley A. Klein, the counsel of record in the above-captioned case, practices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this \_\_\_ day of January, 2022

New York, New York

                                            Cesar Riviere