UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
NEXTERA ENERGY GLOBAL HOLDINGS :
B.V. and NEXTERA ENERGY SPAIN :
HOLDINGS B.V., :
: 19 Civ. 0618 (TSC)
                              Petitioners,:
:
        v. :
:
KINGDOM OF SPAIN :
:
                             Respondent:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF CESAR RIVIERE**

  Upon consideration of the motion of Bradley A. Klein, D.C. Bar Number 973778, an active member of the bar of this Court, for the admission *pro hac vice* of Cesar Riviere, and for good cause shown, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Cesar Riviere is GRANTED, and that Cesar Riviere be, and hereby is, admitted *pro hac vice* to appear and participate as counsel in the above-referenced action under LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

  IT IS SO ORDERED.

                   _____
                   Hon. Tanya S. Chutkan
                   United States District Court