UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
NEXTERA ENERGY GLOBAL HOLDINGS :
B.V. and NEXTERA ENERGY SPAIN :
HOLDINGS B.V., :
: 19 Civ. 1618 (TSC)
Petitioners,:
:
v. :
:
KINGDOM OF SPAIN :
:
Respondent:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DECLARATION OF CESAR RIVIERE IN SUPPORT OF
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, CESAR RIVIERE, hereby declare:

1. My name, office address, and telephone number are as follows:

Cesar Riviere
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
(212) 735-3000

2. I am admitted and an active member in good standing of the New York State Bar (N.Y. Bar Number 5746326).

3. I have never been disciplined by any bar.

4. Within the last two years, I have not been admitted *pro hac vice* in this Court.

5. I am an attorney in the New York office of the law firm at which Bradley A. Klein, the counsel of record in the above-captioned case, practices.

6. I neither practice law from within the District of Columbia nor have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of January, 2022

New York, New York

                              Cesar Riviere