AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| NextEra Energy Global Holdings B.V., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-01618-TSC |
| Kingdom of Spain ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V .

Date: 01/25/2022

/s/ Cesar Riviere
*Attorney's signature*

Cesar Riviere  - NY Bar 5746326
*Printed name and bar number*

Skadden, Arps, Slate, Meagher & Flom LLp
One Manhattan West
New York, New York 10001
*Address*

cesar.riviere@skadden.com
*E-mail address*

212-735-2852
*Telephone number*

917-777-2852
*FAX number*