UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V.,

      Petitioners,

v.

KINGDOM OF SPAIN

      Respondent

Civil Action No. 19-cv-01618-TSC

---

## FURTHER JOINT STATUS REPORT

Per the Court's October 28, 2021 Order, the Parties hereby submit this Further Joint Status Report.

Since the last status report filed on December 1, 2021, the following developments have occurred in the annulment application brought by Respondent the Kingdom of Spain before the International Centre for Settlement of Investment Disputes ("ICSID") regarding the March 12, 2019 award rendered in ICSID Case No. ARB/14/11:

1. On December 1, 2021, the ICSID ad hoc committee declared the annulment proceedings to be closed.

2. On December 3, 2021, the Kingdom of Spain made an application to re-open the annulment proceedings to allow for submissions on certain matters.

3. On December 7, 2021, Petitioner NextEra responded to Spain's application.

4. On December 21, 2021, the ICSID ad hoc committee declined to re-open the annulment proceedings and made directions for both parties to submit updated statements of their costs of the proceedings.

5. On January 25, 2022, the parties' updated costs submissions were completed.

The Parties now await a decision on Spain's application. The Parties will file a further Joint Status Report on April 1, 2022, or a Joint Status Report and Proposed Order within five business days of any ruling or relevant development in the proceedings pending before the Annulment Committee.

Dated: January 31, 2022.
Washington, D.C.

Respectfully submitted,

/s/ Bradley Klein

| | |
|---|---|
| Bradley Klein<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, DC  20005-2111<br>(202) 371-7000<br>bradley.klein@skadden.com | Matthew J. Weldon (*pro hac vice*)<br>New York Bar Number 4832408<br>Luke E. Steinberger (*pro hac vice*)<br>New York Bar Number 5282181<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 536-4042<br>Matthew.Weldon@klgates.com |

Timothy G. Nelson (appearing *pro hac vice*)
New York Bar Number 3060175
Amanda Raymond Kalantirsky (appearing *pro hac vice*)
New York Bar Number 4812418
César Riviere (appearing *pro hac vice*)
New York Bar Number 5746326
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
(212) 735-2000 (fax)
timothy.g.nelson@skadden.com
amanda.raymond@skadden.com
cesar.riviere@skadden.com

Brian D. Koosed
D.C. Bar Number 1034733
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006
(202) 778-9204
Brian.Koosed@klgates.com

Michael DeMarco (*pro hac vice*)
New York Bar Number 4142477 1 Lincoln St.
Boston, MA 02111
(617) 951-9111
Michael.DeMarco@klgates.com

*Counsel for Respondent*

David Herlihy (appearing *pro hac vice*)
New York Bar Number 4167920
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM UK LLP
40 Bank Street
Canary Wharf
London E14 5DS
ENGLAND
david.herlihy@skadden.com

*Attorneys for Petitioners*