UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                :
NEXTERA ENERGY GLOBAL HOLDINGS                                  :
B.V. and NEXTERA ENERGY SPAIN                                   :
HOLDINGS B.V.,                                                  :
                                                                :
                                  Petitioners,    :   Civil Action No. 19-cv-01618-TSC
                                                                :
              v.                                                :
                                                                :
KINGDOM OF SPAIN                                                :
                                                                :
                                  Respondent      :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

**FURTHER JOINT STATUS REPORT**

Per the Court's October 28, 2021 Order, the Parties hereby submit this Further Joint Status Report.

On March 18, 2022, the ICSID *ad hoc* committee in *NextEra Energy Global Holdings B.V. & NextEra Energy Spain Holdings B.V. v. Kingdom of Spain*, ICSID Case No. ARB/14/11 issued a final Decision on Respondent's annulment application. Per the decision (**Exhibit A**), the application to annul the Award of May 30, 2021 was dismissed in its entirety, and Petitioners were awarded their fees/costs.

As regards the future disposition of this action, the Parties hereby submit the attached Proposed Order, providing a final supplemental briefing timetable related to the substantive portions of Respondent's Motion to Dismiss (Dkt. 15).

The parties respectfully request that the Court thereafter schedule oral argument.

Dated: March 25, 2022.
Washington, D.C.

Respectfully submitted,

/s/ Bradley Klein

Bradley Klein
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC  20005-2111
(202) 371-7000
bradley.klein@skadden.com

Timothy G. Nelson (appearing *pro hac vice*)
New York Bar Number 3060175
Amanda Raymond Kalantirsky (appearing *pro hac vice*)
New York Bar Number 4812418
Cesar Riviere (appearing *pro hac vice*)
New York Bar Number 5746326
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
(212) 735-2000 (fax)
timothy.g.nelson@skadden.com
amanda.raymond@skadden.com
cesar.riviere@skadden.com

David Herlihy (appearing *pro hac vice*)
New York Bar Number 4167920
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM UK LLP
40 Bank Street
Canary Wharf
London E14 5DS
ENGLAND
david.herlihy@skadden.com

*Attorneys for Petitioners*

Matthew J. Weldon (*pro hac vice*)
New York Bar Number 4832408
Luke E. Steinberger (*pro hac vice*)
New York Bar Number 5282181
599 Lexington Avenue
New York, New York 10022
(212) 536-4042
Matthew.Weldon@klgates.com

Brian D. Koosed
D.C. Bar Number 1034733
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006
(202) 778-9204
Brian.Koosed@klgates.com

Michael DeMarco (*pro hac vice*)
New York Bar Number 4142477 1 Lincoln St.
Boston, MA 02111
(617) 951-9111
Michael.DeMarco@klgates.com

*Counsel for Respondent*