UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
NEXTERA ENERGY GLOBAL HOLDINGS :
B.V. and NEXTERA ENERGY SPAIN :
HOLDINGS B.V., :
: Civil Action No. 19-cv-01618-TSC
Petitioners,:
:
v. :
:
KINGDOM OF SPAIN :
:
Respondent:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**[PROPOSED] ORDER**

WHEREAS the Court has received the Parties' status update including the March 18, 2022, Decision on Annulment issued by the ICSID *ad hoc* committee in *NextEra Energy Global Holdings B.V. & NextEra Energy Spain Holdings B.V. v. Kingdom of Spain*, ICSID Case No. ARB/14/11.

It is hereby ORDERED that:

1. The stay of this proceeding that was issued on September 30, 2020, and effective "until resolution of the current annulment proceedings before the ad hoc committee" (Dkt. 39), is hereby lifted and the Petition to Recognize and Confirm an International Arbitral Award Pursuant to the 1965 ICSID Convention (Dkt. 1) is no longer stayed.

2. In order to address the substantive portions of Respondent's Motion to Dismiss the Petition pursuant to Fed. R. Civ. P. 12(b)(1), (2) and (6) and accompanying papers (Dkt. No. 15), it is deemed renewed and the following comprehensive submissions shall be made to serve as replacement briefing and supporting documents on the following schedule: By no later than April

27, 2022, Respondent shall file its consolidated brief in support and other supporting documents, including any expert reports; by no later than May 27, 2022, Petitioners shall file their consolidated brief in opposition and other supporting documents, including any expert reports; and by no later than June 17, 2022, Respondent shall file its consolidated reply brief in support and other supporting documents, including any reply expert reports.

      3.    Oral argument on the parties' motions, if directed by the Court, to be scheduled thereafter.

SO ORDERED.

Dated:_____, 2022

_____

United States District Court