# K&L GATES

April 27, 2022

Matthew J. Weldon
Partner
Matthew.Weldon@klgates.com

T +1 212 536 4042
F +1 212 536 3901

**VIA ECF**

Hon. Tanya S. Chutkan
United States District Judge
United States District Court
District of Columbia
333 Constitution Ave. NW
Washington D.C. 20001

**Re:** ***Nextera Energy Global Holdings B.V. and Nextera Energy Spain Holdings B.V. vs. The Kingdom of Spain***
**Case No. 19-cv-1618**
**Letter Motion for an Order**

Dear Judge Chutkan:

We write on behalf of Respondent The Kingdom of Spain in connection with the above-referenced case. Petitioners Nextera Energy Global Holdings B.V. and Nextera Energy Spain Holdings B.V. do not object to this letter motion on the basis that, if Spain's filing is delayed, there will be corresponding adjustments to the timetable.

On March 25, 2022, Petitioners submitted a joint status report on behalf of the parties, along with a proposed order. *See* D.E. 59. The proposed order sets out a briefing schedule for a renewed motion to dismiss, in order that the parties may *inter alia* consolidate the arguments already made in, and address important developments that have occurred since the filing of, Respondent's original motion to dismiss / stay.

The proposed order set today as the time to file the renewed motion. However, we have come to notice that the Court has not yet issued any order. We are reluctant to file anything without explicit direction from the Court, and thus request that the Court enter an order relating to the renewed motion to dismiss that Respondent plans to file. If the Court simply approves the proposed order, the Respondent will file the renewed motion to dismiss no later than the next business day after issuance of the order.

Respectfully,

/s/Matthew J. Weldon

K&L GATES LLP
599 LEXINGTON AVENUE   NEW YORK   NY 10022-6030
T +1 212 536 3900  F +1 212 536 3901  klgates.com