UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. *and* NEXTERA ENERGY SPAIN HOLDINGS B.V.,<br><br>     Petitioners,<br><br>  v.<br><br>KINGDOM OF SPAIN,<br><br>     Respondent. | No. 19-cv-01618-TSC<br><br>CONSENT MOTION FOR AN ORDER |

**CONSENT MOTION FOR AN ORDER**

Respondent respectively moves the Court for entry of an order relating to next steps in this case.

On March 25, 2022, Petitioners submitted a joint status report on behalf of the parties, along with a proposed order. *See* D.E. 59 (which is attached hereto as **Exhibit A** for the Court's ease of reference). That proposed order sets out a briefing schedule for a renewed motion to dismiss, so that the parties may *inter alia* consolidate the arguments already made in, and address important developments that have occurred since the filing of, Respondent's original motion to dismiss / stay (D.E. 15).

The proposed order proposes April 27, 2022 as the time to file the renewed motion. However, the Court has not yet issued any order yet. Respondent is reluctant to file the renewed motion without express direction from the Court, and thus Respondent requests that the Court enter an order relating to the renewed motion to dismiss that Respondent plans to file. If the Court

simply approves the proposed order, the Respondent will file the renewed motion to dismiss no later than the next business day after the order is entered.

Petitioners consent on the basis that there will be corresponding adjustments to the timetable for the delay in the filing of the renewed motion to dismiss past April 27, 2022.

Dated: April 28, 2022

                                        Respectfully submitted,

                        By:   /s/ Matthew J. Weldon

                                        Matthew J. Weldon
                                        Luke Steinberger
                                        New York Bar Number 4832408
                                        599 Lexington Avenue
                                        New York, New York 10022
                                        (212) 536-4042
                                        Matthew.Weldon@klgates.com

                                        Brian D. Koosed
                                        D.C. Bar Number 1034733
                                        K&L GATES LLP
                                        1601 K Street, N.W.
                                        Washington, D.C. 20006
                                        (202) 778-9204
                                        Brian.Koosed@klgates.com

                                        Michael DeMarco (*pro hac vice*)
                                        New York Bar Number 4142477
                                        1 Lincoln St.
                                        Boston, MA 02111
                                        (617) 951-9111
                                        Michael.DeMarco@klgates.com

                                        *Counsel for Respondent Kingdom of Spain*

**CERTIFICATE OF SERVICE**

      I certify that on April 28, 2022, I caused a true and correct copy of the foregoing to be filed using the Court's Electronic Case Filing System ("ECF"). The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

                                     /s/ Matthew J. Weldon
                                     Matthew J. Weldon