UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. *and* NEXTERA ENERGY SPAIN HOLDINGS B.V., <br><br> Petitioners, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action No. 19-cv-01618-TSC |

**RENEWED MOTION OF THE KINGDOM OF SPAIN TO DISMISS PETITIONERS'
PETITION TO ENFORCE ARBITRAL AWARD
(ORAL HEARING REQUESTED)**

Respondent the Kingdom of Spain ("Spain") hereby moves to dismiss Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.'s Petition to Enforce Arbitral Award, with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(1), (2) and (6).

Pursuant to Local Civil Rule 7(f), Spain respectfully requests that the Court schedule an oral hearing on its motion.

This motion is based upon the accompanying Memorandum of Points and Authorities in Support, as well as the Declaration of Steffen Hindelang, and the exhibits attached thereto, filed concurrently with this motion.

WHEREFORE, Spain respectfully requests that its motion to dismiss be granted or, in the alternative, that its request for a stay be granted.

Dated: May 2, 2022

        Respectfully submitted,

        By:    /s/ Matthew J. Weldon

        Matthew J. Weldon
        Luke Steinberger
        New York Bar Number 4832408
        599 Lexington Avenue
        New York, New York 10022
        (212) 536-4042
        Matthew.Weldon@klgates.com

        Brian D. Koosed
        D.C. Bar Number 1034733
        K&L GATES LLP
        1601 K Street, N.W.
        Washington, D.C. 20006
        (202) 778-9204
        Brian.Koosed@klgates.com

        Michael DeMarco (*pro hac vice*)
        New York Bar Number 4142477
        1 Lincoln St.
        Boston, MA 02111
        (617) 951-9111
        Michael.DeMarco@klgates.com

        *Counsel for Respondent Kingdom of Spain*

**CERTIFICATE OF SERVICE**

I certify that on May 2, 2022, I caused a true and correct copy of the foregoing to be filed using the Court's Electronic Case Filing System ("ECF"). The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

                                          /s/ Matthew J. Weldon
                                          Matthew J. Weldon