# EXHIBIT 1

## PROFESSOR STEFFEN HINDELANG



Grolmanstraße 32-33
D-10623 Berlin / Germany
M  +49 (1 75) 5 95 32 20
E  mail@steffenhindelang.de
W  http://www.steffenhindelang.de/en/

DoB 06 December 1978
German citizen

**PROFESSIONAL APPOINTMENTS**

■ **Professor of law** (with special responsibilities)                                              (since 2017)
University of Southern Denmark Odense, Dept. of Law / Denmark

  **Research Focus**
  - **EU law:** focusing on jurisdictional conflicts of the CJEU and investment tribunals, relationship of EU to national law and public international law, autonomy of the EU legal order; EU free movement of capital from and towards third countries, direct taxation, Common Commercial Policy
  - **international law, esp. international economic law:** focusing on international investment law, investment arbitration, international dispute settlement; investment law reform and sustainable development, comprehensive trade and investment agreements, regime collisions, norm diffusion in international and regional trade and investment regimes, economic analysis of investment protection norms, the relationship of international investment law to (general) public international law and to EU law
  - **German and comparative constitutional and administrative law:** freedom of speech in a digital age from a multidisciplinary perspective (esp. constitutional and media law, media and communication studies, political theory, economics)

  **Teaching and Supervising:**
  - **lectures and seminars** in EU law, European and international norm and standard setting, former faculty coordinator and supervisor of the Free University team in the European Law Moot Court Competition, international economic and investment law, investor-State dispute settlement, WTO law, German constitutional and administrative law
  - **supervising** LL.M. and Ph.D. theses in the area of EU law, public law, and public international law

  **Academic Self-administration:**
  - head of international affairs at the Dept. of Law                                              (since 2017)
  - member of working group on internationalisation at faculty level                  (since 2017)

■ **Independent legal expert**                                                                              (since 2011)

  **Advisory and advocacy practice**
  - **public international law, esp. international economic law** focusing on international trade and investment law and policy, SMEs, sustainable development, international dispute settlement
  - **EU law, esp. EU Common Commercial Policy, freedom of capital movement** focusing on EU comprehensive free trade agreements, free movement of capital from and towards third

1

- countries, direct taxation, regulation of the networked information economy, sovereign debts, "Brexit", plus: EU constitutional law
- **German and comparative constitutional and administrative law**

**Notable consultancy experience**
- the **German Federal Government**, repeatedly, on the foreign trade act, trade in dual-use goods, EU and investment law matters
- the **European Parliament**, repeatedly, on several comprehensive free trade agreements (e.g. with Canada, Singapore, Vietnam, etc.)
- the **Slovak Government** in the Achmea case, on various stages of the proceedings
- the **Spanish Government** in enforcement proceedings in US Courts
- a **permanent member of the UN Security Council** in a major investment arbitration case
- the **German Federal Parliament**, repeatedly, on trade and investment policy
- the **United Nations Conference on Trade and Development** on comprehensive free trade agreements and investment law reform
- policy project co-leader together with the **Association of German Chambers of Commerce and Industry** on reforming comprehensive free trade agreements
- a **global internet company** in CJEU proceedings on certain data regulation issues
- several **US-American and British banks and investment funds** on sovereign debt-related EU and domestic law issues
- a **state-owned enterprise** on EU law questions relating to aircraft certification

**Public speaking (outside academia)**
- on international trade and investment, EU, and German public law and policy at hearings of the European and German Parliament, as co-rapporteur in UNCTAD's High-level IIAs Conference 2017, at panel discussions at the Bavarian Industry Association, the Canadian Embassy Berlin, together with, inter alia, the Canadian Trade Minister H.E. Chrystia Freeland, at a meeting of the Committee on Trade Policy of the Association of German Chemical Industry; appearance in major news outlets, etc. (for up-to-date list cf. here)


**ADDITIONAL PROFESSIONAL APPOINTMENTS (Selection)**

■ **Adjunct faculty**
Humboldt-Universität (Humboldt-University) of Berlin, Law School / Germany    (since 2011)
Technische Universität (Technical University) of Berlin, Germany    (since 2017)

■ **Academic advisor**    (since 2010)
International Investment Law Centre Cologne / Germany

■ **Senior fellow**    (since 2011)
Walter Hallstein-Institute of European Constitutional Law / Germany


**FORMER PROFESSIONAL APPOINTMENTS**

■ **Guest professorships** at Nagoya University / Japan, Uppsala University / Sweden, Mannheim University / Germany, Moscow State Institute of International Relations / Russia, Université de Lausanne / Switzerland, Università Commerciale Luigi Bocconi Milan / Italy

■ **Juniorprofessor** (approx. between assoc. and full professor) (2011-2017)
Freie Universität (Free University) Berlin, Dept. of Law / Germany
- deputy managing director of the Institute of Public Law (2015-2017)
- member of the working group "International Network" of the
  Executive Board of the Freie Universität (Free University) Berlin (2015-2017)
- research team leader and coordinator of large-scale research projects (2011-2017)
- supervisor of the European Law Moot Court Team (2011-2017)

■ **Senior research associate and senior lecturer** (2010-2011)
Humboldt-Universität (Humboldt-University) of Berlin, Law School / Germany

■ **Rechtsassessor (fully qualified German lawyer)** (2007-2009)
State of Baden-Württemberg / Germany
Zweite Juristische Staatsprüfung (bar exam equivalent), Referendariat (legal clerkship)
with stages, inter alia, at
- the **Federal Ministry of Economics and Technology Berlin**, Division of Foreign Investments, Debt Rescheduling, World Bank and Regional Development Banks
- **Gleiss Lutz Lawyers and Tax Consultants Stuttgart**, Dept. of Litigation and Arbitration
- **CMS Hasche Sigle Lawyers and Tax Consultants Stuttgart**, Dept. of Construction, Real Estate, and Environmental Law

■ **Research associate and lecturer** (2004-2009)
Eberhard-Karls-Universität (Karls-University) of Tübingen, Law School / Germany


**PROFESSIONAL MEMBERSHIPS (Selection)**

■ **List of Experts** of the Committee of International Trade of the **European Parliament** (2018-2023)
■ **Hogan Lovells Law & Technology Academic Advisory Council** (since 2017)

■ **In addition:** European Society of International Law, Society of International Economic Law, German branch of the International Law Association, alternate member ILA Committee on the Rule of Law and International Investment Law, Wissenschaftliche Vereinigung für das gesamte Regulierungsrecht ((German) Scientific Society of Regulatory Law), DIS40 – Deutsche Initiative junger Schiedsrechtler (German Initiative for Young Arbitrators), German National Committee of Comparative Law


**EDUCATION**

■ **Habilitation equivalent** (2014)
Freie Universität (Free University) Berlin, Department of Law / Germany

■ **Dr. iur. (Ph.D. in law equivalent)** (2008)
Eberhard-Karls-Universität (Karls-University) of Tübingen, Law School / Germany

■ **Erste Juristische Staatsprüfung (1st legal state examination; J.D. equivalent)** (2003)
Philipps Universität (Philipps University) of Marburg, Law School / Germany

■ **LL.M. in international, european and commercial law** (2001)
University of Sheffield, Law School / United Kingdom


**SCHOLARSHIPS AND PRIZES (Selection)**

■ Riksbankens Jubileumsfond (The Swedish Foundation for Humanities and Social Sciences) in cooperation with the Alexander von Humboldt Stiftung (Foundation) / Germany, **26th Swedish Prize for excellency in international economic and EU law research** (merit research award, 2016); Reinhold und Maria Teufel Stiftung (Foundation) / Germany, **Doctoral thesis prize** (2009); Stiftung der Deutschen Wirtschaft (Foundation of German Business), **Merit doctoral scholarship** (2005-2008); DAAD (German Academic Exchange Service), **Merit scholarship for the participation in the Academy of European Law**, European University Institute, Florence / Italy (07/2005); Konrad-Adenauer-Stiftung (Foundation) / Germany, **Merit student scholarship** (1998-2003)


**LANGUAGES**

■ **German** (native speaker), **English** (fluent in speaking, reading and writing), **Russian** (good; after reactivation, in speaking, reading, and writing), **Italian**, and **Danish** (basic in speaking and reading)

State: 28 December 2018

\*\*\*