# EXHIBIT 2

# PROFESSOR STEFFEN HINDELANG

PUBLICATIONS ................................................................................................................................ 2

    A.    Monographs .................................................................................................................. 2

    B.    Editorships ................................................................................................................... 2

    C.    Studies (Selection) ....................................................................................................... 3

    D.    Book Chapters ............................................................................................................. 3

    E.    Contributions in Encyclopedias ................................................................................... 6

    F.    Commentaries ............................................................................................................. 6

    G.    Journal / Periodical Articles ........................................................................................ 6

    H.    Educational Contributions ........................................................................................... 9

    I.    Book Reviews ............................................................................................................. 9

    J.    Miscellaneous ............................................................................................................. 9

    K.    Work in progress (Selection, working titles) ............................................................. 11

State: 28 December 2018

## PUBLICATIONS

Titles marked as "forthcoming" have been accepted for publication or are currently in press.

### A. Monographs

1. **Freiheit und Kommunikation – Zur verfassungsrechtlichen Sicherung kommunikativer Selbstbestimmung in einer vernetzten Gesellschaft** (Freedom and Communication – The Constitutional Safeguarding of Communicative Self-determination in a Networked Society).

   Springer, March 201ß forthcoming, 446 pages.

2. **The Free Movement of Capital and Foreign Direct Investment: The Scope of Protection in EU Law.**

   Oxford University Press, July 2009, 464 pages (at the same time Ph.D. thesis at the Eberhard-Karls-Universiät of Tübingen, Law School, Germany).

   Reviews: *Christoph Ohler*, 47 CML Rev 589 (2010), *Fernando Losada Fraga*, Global Law Books (2010), and *idem*, 21 EJIL 496 (2010); *Leo Flynn*, 35 EL Rev 892 (2010); *Philip Strik*, 70 CLJ 263 (2011); *Zoltán Marosi*, 49 JCMS 493 (2011); *Michael Waibel*, 61 ICLQ 318 (2012); *August Reinisch*, 14 ARIEL 663 (2009 [2013]).

   CJEU: Opinion of Advocate General *Cruz Villalòn* on ECJ, C 384/09 (Prunus Sarl. v. Directeur Directeur des services fiscaux) of 9. December 2010.

### B. Editorships

3. **Shifting Paradigms in International Investment Law – More Balanced, Less Isolated, Increasingly Diversified** (in collaboration with *Markus Krajewski*).

   Oxford University Press, January 2016, 496 pages.

   Reviews: *Ilja Rachkow*, Mezhdunarodnoe pravosudie 2016, no. 2, 129; *Niccolo Ridi*, EJIL 2016, 545-551.

4. **International Investment Protection and EU Law** (in collaboration with *Jörn Griebel* and *Marc Bungenberg*), Special issue to the European Yearbook of International Economic Law.

   Springer, January 2011, 140 pages.

5. **Internationaler Investitionsschutz und Europarecht** (International Investment Protection and EU Law) (in collaboration with *Jörn Griebel* and *Marc Bungenberg*).

   Nomos, December 2010, 292 pages.

   Reviews: *Peter Hilpold*, 49 AVR 2011, 486; *Carsten Kern*, EuR 2012, 256.

C.  **Studies (Selection)**

6. **Study for the European Parliament on Free Trade Agreement between the EU and the Socialist Republic of Vietnam submitted to the European Parliament** (in collaboration with *Theoman M. Hagemeyer* and *Simon Richtmann*).

   Brussels, April 2018, 144 pages, available to Members of Parliament only.

7. **Study for the European Parliament on In Pursuit of an International Investment Court. Recently Negotiated Investment Chapters in EU Comprehensive Free Trade Agreements in Comparative Perspective** (in collaboration with *Teoman M. Hagemeyer*).

   Brussels, July 2017, 217 pages, available at:
   http://www.europarl.europa.eu/RegData/etudes/STUD/2017/603844/EXPO_STU(2017)603844_EN.pdf.

8. **Study for the European Parliament on The Investment Chapters of the EU's International Trade and Investment Agreements in a Comparative Perspective** (in collaboration with *Carl-Philipp Sassenrath*).

   Brussels, September 2015, 175 pages., available at:
   http://www.europarl.europa.eu/thinktank/en/document.html?reference=EXPO_STU%282015%29534998.

9. **Study for the European Parliament on Investor-State Dispute Settlement ('ISDS') and Alternatives of Dispute Resolution in International Investment Law.**

   in: European Parliament (Ed.), Investor-State Dispute Settlement (ISDS) Provisions in the EU's International Investment Agreements, vol. 2, Studies, Brussels, September 2014, pp. 39-131 (92 pages), available at:
   http://www.europarl.europa.eu/RegData/etudes/STUD/2014/534979/EXPO_STU(2014)534979(ANN01)_EN.pdf.


D.  **Book Chapters**

10. **Towards a More Comprehensive Approach in International Investment Law** (in collaboration with *Markus Krajewski*)

    in: *Steffen Hindelang* and *Markus Krajewski* (Eds.), Shifting Paradigms in International Investment Law – More Balanced, Less Isolated, Increasingly Diversified, 2016, Oxford University Press, pp. 1-18.

11. **Conclusion and Outlook: Whither International Investment Law?** (in collaboration with *Markus Krajewski*)

    in: *Steffen Hindelang* and *Markus Krajewski* (Eds.), Shifting Paradigms in International Investment Law – More Balanced, Less Isolated, Increasingly Diversified, 2016, Oxford University Press, pp. 377-391.

12. **The Intersection of Parallel Lines: How Foreign-Investment Protection Affects Regional Social-Justice Policy** (in collaboration with *Stephen Clarkson*)

    in: *Andrea C. Bianculli* and *Andrea Ribeiro Hoffmann* (Eds.), Regional Organizations and Social Policy in Europe and Latin America: A Space for Social Citizenship?, 2015, Palgrave, pp. 25-45.

13. **国内税法のヨーロッパ法的決定因子. Europarechtliche Determinanten des deutschen Steuerrechts** (European Law Determinants of German Tax Law) (in collaboration with *Hannes Köhler*)

    in: 松本和彦＝編 *Kazuhiko Matsumoto* (Ed.), 日独公法学の挑戦. グローバル化社会の公法. Herausforderungen der Öffentlichen Rechtswissenschaft in Japan und Deutsch, 2014, Nippon-Hyoron sha, pp. 239-260.

    simultaneously: Europarechtliche Determinanten des deutschen Steuerrechts, WHI-Paper 06/2013, available at: http://www.whi-berlin.eu/tl_files/WHI-Papers%20ab%202013/WHI-Paper-6-2013.pdf.

14. **Die Entwicklung des gerichtlichen Rechtsschutzes im deutschen Außenwirtschaftsrecht – Effektiver Rechtsschutz und administrative Letztentscheidung nach dem deutschen Außenwirtschaftsgesetz und der europäischen Dual-use Verordnung im Bereich des Ausfuhrrechts** (The Development of Judicial Remedies in the Field of German Foreign Trade Law – Effective Legal Protection and Administrative Ultimate Decisionmaking according to German Foreign Trade Law and the European Dual-Use Regulation in the Area of Export Legislation)

    in: *Dirk Ehlers*, *Jörg Philipp Terhechte*, *Hans-Michael Wolffgang* and *Ulrich Jan Schröder* (Eds.), Aktuelle Entwicklungen des Rechtsschutzes und der Streitbeilegung im Außenwirtschaftsrecht, Tagungsband zum 17. Münsteraner Außenwirtschaftsrechtstag 2012, 2013, R & W Fachmedien Recht und Wirtschaft – Deutscher Fachverlag, pp. 9-53.

    simultaneously: Die Entwicklung des gerichtlichen Rechtsschutzes im Außenwirtschaftsrecht – Effektiver Rechtsschutz und administrative Letztentscheidung nach dem deutschen Außenwirtschaftsgesetz und der europäischen Dual-use Verordnung im Bereich des Ausfuhrrechts, WHI-Paper 02/2013, available at: http://www.whi-berlin.eu/tl_files/documents/WHI-Paper%202-2013.pdf.

15. **The Autonomy of the European Legal Order – EU Constitutional Limits to Investor-State Arbitration on the Basis of Future EU Investment-related Agreements**

    in: *Marc Bungenberg* and *Christoph Herrmann* (Eds.), Common Commercial Policy after Lisbon, Special Issue to the European Yearbook of International Economic Law, 2013, Springer, pp. 187-198.

16. **Member State BITs – There's Still (Some) Life in the Old Dog Yet. Incompatibility of Existing Member State BITs with EU Law and Possible Remedies**

    in: *Karl P. Sauvant* (ed.), Yearbook on International Investment Law & Policy 2010-2011, 2012, Oxford University Press, pp. 217-242.

17. **Der primärrechtliche Rahmen einer EU-Investitionsschutzpolitik: Zulässigkeit und Grenzen von Investor-Staat-Schiedsverfahren aufgrund künftiger EU Abkommen** (The EU Primary Law Framework on a Common European Investment Policy: Admissibility and Limits of Investor-State-Arbitration on the Basis of Future EU Investment Treaties).

    in: *Marc Bungenberg* and *Christoph Herrmann* (Eds.), Die Gemeinsame Handelspolitik der EU „nach Lissabon", 2011, Nomos, pp. 157-184.

    simultaneously: Der primärrechtliche Rahmen einer EU Investitionsschutzpolitik: Zulässigkeit und Grenzen von Investor-Staat-Schiedsverfahren aufgrund künftiger EU Abkommen, WHI-Paper 01/11, available at http://www.whi-berlin.eu/tl_files/documents/whi-paper0111.pdf.

18. **Restitution and Compensation – Reconstructing the Relationship in International Investment Law.**

    in: *Rainer Hofmann* and *Christian Tams* (Eds.), International Investment Law and General International Law: From Clinical Isolation towards Systemic Integration?, 2011, Nomos, pp. 161-199.

    simultaneously: Restitution and Compensation – Reconstructing the Relationship in International Investment Law, WHI-Paper 02/11, available at http://www.whi-berlin.eu/tl_files/documents/whi-paper0211.pdf.

19. **The EU's Common Investment Policy – Connecting the Dots – Origins, Trends, and Perspectives** (in collaboration with *Niklas Maydell*).

    in: *Marc Bungenberg*, *Jörn Griebel* and *Steffen Hindelang* (Eds), International Investment Protection and EU Law, Special Issue to the European Yearbook of International Economic Law, 2011, Springer, pp. 1-27.

20. **Die Gemeinsame Europäische Investitionspolitik – Alter Wein in neuen Schläuchen?; Basis und Entwicklungslinien der Unionskompetenz zur Regelung ausländischer Investitionen** (The Common European Investment Policy - Old Wine in New Skins?; The Basis and Development Directions of the EU Regulatory Competence on Foreign Investment) (in collaboration with *Niklas Maydell*).

    in: *Marc Bungenberg*, *Jörn Griebel* and *Steffen Hindelang* (Eds.), Internationaler Investitionsschutz und Europarecht", 2010, Nomos, pp. 11-80.

21. **Wie viel Freiheit wagen? : Das Verhältnis von EG Kapitalverkehrs- und Niederlassungsfreiheit und die Reglementierung von Direktinvestitionen in und aus Drittstaaten** (The Relationship of the EC Freedoms of Capital Movement and Establishment und the Regulation of Direct Investments Originating from or Directed to Third Countries).

    in: *August Reinisch* and *Christina Knahr* (Eds.), Aktuelle Probleme und Entwicklungen im Internationalen Investitionsrecht, 2008, Boorberg, pp. 83-111.

22. **The EC Treaty's Freedom of Capital Movement as an Instrument of International Investment Law? : The Scope of Article 56 (1) TEC in a Third Country Context and the Influence of Competing Freedoms.**

    in: *August Reinisch* and *Christina Knahr* (Eds.), International Investment Law in Context, 2008, Eleven International Publishing, pp. 43-72.

**E. Contributions in Encyclopedias**

23. **§ 33 – Die mittelbare Unionsverwaltung durch die Mitgliedstaaten** (The Execution of EU Law by EU Member State Administrations)**.**

    in: *Stefan Leible* and *Jörg Philipp Terhechte* (Eds.), Enzyklopädie Europarecht, Vol. 3/10, Europäischer Rechtsschutz und Verfahrensrecht, 2014, Nomos, pp. 1227-1267.

**F. Commentaries**

24. **Anwendung des Europäischen Wettbewerbsrechts im EWR** (Application of European Competition Law within the European Economic Area).

    in: *Franz Jürgen Säcker, Florian Bien, Frank Montag* and *Bettina Limperg* (Eds.), Münchener Kommentar zum Europäischen und Deutschen Wettbewerbsrecht (Kartellrecht) (Munich Commentary on European and German Competition Law (Antitrust Law)), vol. 1. on Europäisches Wettbewerbsrecht (European Competition Law), ca. 15 pages, forthcoming 2019.

25. **Articles 63 to 66 and Article 75 TFEU (Free Movement of Capital and Payments).**

    in: *Kay Hailbronner*, *Georg Jochum* and *Marcel Kau* (Eds.), Recht der Europäischen Union in 2 Bänden, Kohlhammer, forthcoming 2019, ca. 135 pages.

    simultaneously: Kommentierung der Vorschriften zum Kapital- und Zahlungsverkehr im AEUV, WHI-Paper 02/2014, available at: http://www.whi-berlin.eu/tl_files/WHI-Papers%20ab%202013/WHI-Paper-02-2014.pdf.

26. **Articles 223 to 234 TFEU, including Article 14 TEU (European Parliament).**

    in: *Kay Hailbronner*, *Georg Jochum* and *Marcel Kau* (Eds.), Recht der Europäischen Union in 2 Bänden, Kohlhammer, forthcoming 2019, ca. 150 pages.

**G. Journal / Periodical Articles**

27. **Rüstungsbeschaffung zwischen Bestimmungsfreiheit des Auftraggebers und Sicherstellung von Wettbewerb** (Defence Procurement between the Purchaser's Freedom of Determination and the Statutory Aim of Ensuring Competition) (in collaboration with *Nikolas Eisentraut*).

    Zeitschrift für Europäisches Wirtschaftsrecht (EuZW), forthcoming 2019, ca. 11 manuscript pages.

28. **Conceptualisation and Application of the Principle of Autonomy of EU Law – The CJEU's Judgement in Achmea Put in Perspective.**

    European Law Review (EL Rev), forthcoming 2019, ca. 16 manuscript pages.

29. **Enemy at the Gates? Die aktuellen Änderungen der Investitionsprüfvorschriften in der Außenwirtschaftsverordnung im Lichte des Unionsrechts** (Enemy at the Gates? The Current Changes in the Provisions on Investment Screening in the German Foreign Trade Act in the Light of EU Law) (in collaboration with *Teoman M. Hagemeyer*).

    Europäische Zeitschrift für Wirtschaftsrecht (EuZW) 2017, pp. 882-890.

30. **Umfassende Wirtschafts- und Handelsabkommen – Das Recht der Happy Few?** (Comprehensive Economic and Trade Agreements – The Law of the Happy Few?) (in collaboration with *Carsten Dreher*).

    Zeitschrift für Gesetzgebung (ZG) 2017, pp. 97-114.

31. **The Day After: Alternatives to Intra-EU BITs** (in collaboration with *Teis Tonsgaard Andersen*).

    Journal of World Investment and Trade (JWIT) 2016, vol. 17, special issue, pp. 984-1014.

    simultaneously: SSRN Working Paper, available at http://ssrn.com/abstract=2721609.

32. **Repellent Forces: The CJEU and Investor-State Dispute Settlement.**

    Archiv des Völkerrechts (AVR) 2015, vol. 53, no. 1, pp. 68–89.

33. **Die steuerliche Behandlung drittstaatlicher Dividenden und die europäischen Grundfreiheiten – Die teilweise (Wieder-)Eröffnung des Schutzbereiches der Kapitalverkehrsfreiheit für Dividenden aus drittstaatlichen Direktinvestitionen – zugleich eine Besprechung des Urteils in der Rechtssache Test Claimants in the FII Group Litigation II** (The Tax Treatment of Dividends originating from Non-EU Countries and EU Fundamental Freedoms).

    Internationales Steuerecht (IStR) 2013, no. 3, pp. 77-81.

34. **Circumventing Primacy of EU Law and the CJEU's Judicial Monopoly by Resorting to Dispute Resolution Mechanisms Provided for in Inter-se Treaties? The Case of Intra-EU Investment Arbitration.**

    Legal Issues of Economic Integration (LIEI) 2012, vol. 39, no. 2, pp. 179-206.

35. **Gestufte Freiheitsverbürgung? – Art. 63 Abs. 1 AEUV (ex-Art. 56 Abs. 1 EG) im Drittstaatenkontext** (Applying Double Standards? – Art. 63 Abs. 1 TFEU (ex-Art. 56 Abs. 1 EC) in a Third-Country Context).

    Internationales Steuerrecht (IStR) 2010, no. 12, pp. 443 – 448.

36. **Potenziale europäischer Politik nach Lissabon – Europapolitische Perspektiven für Deutschland, seine Institutionen, seine Wirtschaft und seine Bürger** (Potentials of European Policy after Lisbon – EU-Policy Perspectives for Germany, its Institutions, its Business and its Citizens) (in collaboration with *Ingolf Pernice*).

    Europäische Zeitschrift für Wirtschaftsrecht (EuZW) 2010, no. 11, pp. 407-413.

37. **Turkey – Soon to Face a Wave of International Investment Arbitrations? – Turkey's Recent Foreign Direct Investment Hype and the Challenge to Treat the Newcomers in Accordance with the Standards Required by International Investment Instruments** (in collaboration with *Stephan Wilske* and *Ismail G. Esin*).

    Journal of International Arbitration (JIA) 2009, vol. 26, no. 5, pp. 701-728.

38. **Direktinvestitionen und die Europäische Kapitalverkehrsfreiheit im Drittstaatenverhältnis** (Direct Investments and the European Freedom of Capital Movement in a Third Country Context).

    JuristenZeitung (JZ) 2009, vol. 64, no. 17, pp. 829-840.

39. **Protection against Indirect Expropriation under National and International Legal Systems** (in collaboration with *Max Gutbrod* and *Yun-I Kim*).

    Göttingen Journal of International Law 2009, vol. 1, no. 2, pp. 67-103.

40. **Перенос за пределы страны эффективной правовой защиты против косвенной экспроприации. Может ли правопорядок в развивающихся странах соответствовать стандартам, предусматриваемым многосторонними договорами о защите инвестиций: отрезвляющий сравнительный анализ** (Externalization of Effective Legal Protection against Indirect Expropriation – Can the Legal Order of Developing Countries Live up to the Standards Required by International Investment Agreements? A Disenchanting Comparative Analysis) (in collaboration with *Max Gutbrod*).

    Международный коммерческий арбитраж 2007 ("International Commercial Arbitration"), Wolters Kluwer, Moscow / Russian Federation, no. 1, pp. 41-76.

41. **"No Equals in Wrong?" The Issue of Discrimination in an Environment of Illegality. Some Thoughts to Encourage Discussion.**

    The Journal of World Investment and Trade (JWIT) 2006, vol. 7, no. 6, pp. 883-897.

42. **The Missing Bit – To Be Substituted by BITs? The Inadequacy of Russian Law as an Example for Indirect Expropriation** (in collaboration with *Max Gutbrod*).

    Stockholm International Arbitration Review (SIAR) 2006, no. 2, pp. 97-116.

43. **Externalization of Effective Legal Protection against Indirect Expropriation – Can the Legal Order of Developing Countries Live up to the Standards Required by International Investment Agreements? A Disenchanting Comparative Analysis** (in collaboration with *Max Gutbrod*).

    The Journal of World Investment and Trade (JWIT) 2006, vol. 7, no. 1, pp. 59-83.

44. **Bilateral Investment Treaties, Custom and a Healthy Investment Climate - The Question of Whether BITs Influence Customary International Law Revisited.**

    The Journal of World Investment and Trade (JWIT) 2004, vol. 5, no. 5, pp. 789 – 809.

45. **Issuing e-signature certificates - business without risk?**

    Electronic Business Law Journal (EBL) 2002, vol. 4, no. 9, pp. 10-12.

46. **No Remedy for Disappointed Trust - The Liability Regime for Certification Authorities Towards Third Parties Outwith the EC Directive in England and Germany Compared.**

    Journal of Information, Law and Technology (JILT) 2002, no. 1, Refereed Article, available at: https://warwick.ac.uk/fac/soc/law/elj/jilt/2002_1/hindelang/ (at the same time: LL.M. thesis at the University of Sheffield, Law School, UK).


H. **Educational Contributions**

47. **Referendarexamensklausur – Öffentliches Recht: Staatsorganisationsrecht, Grundrechte, Steuerrecht, Völkerrecht: Treaty Override** (First State Examination – Public Law: Constitutional Law, Fundamental Rights, Tax Law, International Law: Treaty Override (in collaboration with *Ariane Berger*).

    Juristische Schulung (JuS) 2017, no. 6, pp. 604-610.

48. **Fortgeschrittenenklausur – Öffentliches Recht: Hier kommt die Maut!** (Advanced Level Exam – Public Law: Here comes the Street Toll!) (in collaboration with *Katharina Berner*).

    Juristische Schulung (JuS) 2014, no. 9, pp. 812-817.

49. **Der Einfluss der Grundfreiheiten auf direkte Steuern** (The Influence of the EU Fundamental Freedoms on Direct Taxation) (in collaboration with *Hannes Köhler*).

    Juristische Schulung (JuS) 2014, no. 5, pp. 405-408.

50. **Referendarexamensklausur – Öffentliches Recht: Verwaltungs- und Verfassungsrecht – Jagdgenosse wider Willen** (First State Examination – Public Law: Constitutional and Administrative Law – Hunting Comrade agains One's will) (in collaboration with *Katharina Berner*).

    Juristische Schulung (JuS) 2013, no. 10, pp. 925-930.


I. **Book Reviews**

51. **The Foundations of International Investment Law: Bringing Theory into Practice edited by Zachary Douglas, Joost Pauwelyn and Jorge E Viñuales**, (in collaboration with *Katharina Berner*).

    65 International and Comparative Law Quarterly 2016, pp. 272-274.


J. **Miscellaneous**

52. **The Limited Immediate Effects of CJEU's Achmea Judgement.**

    VerfBlog, 2018/3/09, available at:
    https://verfassungsblog.de/the-limited-immediate-effects-of-cjeus-achmea-judgement/.

53. **The Brexit Divorce Bill – Großbritanniens Welt der alternativen Fakten** (The Brexit Divorce Bill - Britain's World of Alternative Facts)

    VerfBlog, 2017/6/24, available at:
    https://verfassungsblog.de/the-brexit-divorce-bill-grossbritanniens-welt-der-alternativen-fakten/.

    simultaneously: ifo Schnelldienst 11/2017, p. 12 et seqq.

54. **Essentials of a Modern Investment Protection Regime – Objectives and Recommendations for Action** (edited in collaboration with *Stephan Wernicke*).

    Berlin, October 2015, available at:
    http://www.jura.fu-berlin.de/fachbereich/einrichtungen/oeffentliches-recht/lehrende/hindelangs/Harnack-House/Harnack-House-Reflections-Investment-Protection-ENG.pdf.

55. **Grundzüge eines modernen Investitionsschutzes – Ziele und Handlungsempfehlungen - Ein realpolitischer Vorschlag zur Reform des Investitionsschutzes zwischen CETA-Text und den Kommissionsvorschlägen zu TTIP** (Essentials of a Modern Investment Protection Regime – Objectives and Recommendations for Action) (edited in collaboration with *Stephan Wernicke*).

    Berlin, September 2015, available at:
    http://www.jura.fu-berlin.de/fachbereich/einrichtungen/oeffentliches-recht/lehrende/hindelangs/Harnack-House/Harnack-Haus-Reflections-Investitionsschutz.pdf.

56. **Re-Organizing Europe's Judicial Power through the Backdoor?**

    VerfBlog, 2015/3/08, available at: http://www.verfassungsblog.de/re-organizing-europes-judicial-power-through-the-backdoor/.

57. **Investor-state dispute settlement – Pulling the chain tighter.**

    VerfBlog, 2014/4/17, available at: http://www.verfassungsblog.de/investor-state-dispute-settlement-pulling-the-chain-tighter/.

58. **How "new" EU Member States should approach investment claims by EU investors** (in collaboration with *Markus Burgstaller* and *Ingolf Pernice*).

    EPFI 1/2013, available at:
    http://www.europeanperspectives.eu/tl_files/documents/EPFI/Burgstaller_Hindelang_Pernice_How_new_EU_Member_States_should_approach_investment_claims_by_EU_investors_EPFI_1-2013.pdf.

59. **Recht und Innovation im digitalen Bereich – ein polydimensionales Verhältnis** (Law and Innovation in the Digital Field – a multidimensional Relationship) (in collaboration with *Philipp Otto* and *Jiannis Koudounas*)

    in: Abschlussbericht 6. Initiative des Co:llaboratory "Innovation im digitalen Ökosystem", available at:
    http://www.collaboratory.de/w/Recht_und_Innovation_im_digitalen_Bereich_%E2%80%93_ein_polydimensionales_Verh%C3%A4ltnis.

60. **Refocusing on the Constitution – Approaching Internet Legislation and Regulation through the Eyes of the Constitution: A Research Sketch.**

    Contributions to the 1st Berlin Symposium on Internet and Society: Exploring the Digital Future, Berlin, 25–28 October 2011.

    in: Working Paper Series on Internet & Society, Working Paper no. 1/11, available at: SSRN: http://ssrn.com/abstract=1940405 or http://dx.doi.org/10.2139/ssrn.1940405.

61. **Challenges ahead: EU Investment Protection after the Entry into Force of the Treaty of Lisbon** (in collaboration with *Marc Bungenberg* and *Jörn Griebel*).

    Transnational Dispute Management 2010, available at: www.transnational-dispute-management.com.

62. **Das Internationale Investitionsrecht – Reflexionen über einen ausgebliebenen Konstitutionalisierungsprozess** (International Investment Law – Reflexions on a Failed Constitutionalisation).

    in: Hanns Martin Schleyer Stiftung (Ed.), Globale Wirtschaft – nationale Verantwortung: Wege aus dem Druckkessel, 2005, pp. 94-95.

63. Thüringer Staatskanzlei (Ed.), **Staatliche Subventionen und ihre Kontrolle - Eine Einführung in das europäische Beihilferecht für Unternehmen, Kommunen und Verbände** (State Aid and its Control – An Introduction to European State Aid Law for Businesses, Municipalities and Associations) (in collaboration with *D. Görgmaier*).

    Rhino Verlag Weimar, 1st ed. 2002, 2nd ed. 2005, 128 pages.

**K. Work in progress (Selection, working titles)**

64. **How much may justice cost – An economic evaluation of investor-state dispute settlement provisions in investment chapters of EU comprehensive free trade agreements**, interdisciplinary project together with, inter alia, *Matthias Bauer*, ECIPE.

65. **Parallel Administration of Justice and the Court of Justice of the European Union**, book chapter manuscript, approx. 18 pages, manuscript completed.

***

11