# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. *and* NEXTERA ENERGY SPAIN HOLDINGS B.V., <br><br> Petitioners, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action No. 19-cv-01618-TSC |

## [PROPOSED] ORDER DISMISSING PETITIONERS' PETITION TO ENFORCE ARBITRAL AWARD

Having considered Respondent the Kingdom of Spain's Renewed Motion to Dismiss Petitioners' Petition to Enforce Arbitral Award and all papers in support and in opposition thereof, and the arguments of the Parties made at the oral hearing held on _____, 2022; and with good cause appearing therefore, the Court GRANTS Respondent the Kingdom of Spain's Motion to Dismiss the Petition to Enforce Arbitral Award pursuant to Federal Rules of Civil Procedure 12(b)(1), (2) and (6). The Court accordingly orders that the Petition is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
Hon. Tanya S. Chutkan
United States District Judge

## LOCAL CIVIL RULE 7(K) APPENDIX

Pursuant to Local Civil Rule 7(k), Respondent Kingdom of Spain hereby appends to the proposed order a list of names and addresses of persons entitled to be notified of the entry of the order:

Jennifer L. Spaziano
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
202-371-7872
Email: jen.spaziano@skadden.com
*Counsel for Petitioners Nextera Energy Global Holdings, B.V.*
*and Nextera Energy Spain Holdings B.V.*

Timothy G. Nelson
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
*Counsel for Petitioners Nextera Energy Global Holdings, B.V.*
*and Nextera Energy Spain Holdings B.V.*

Amanda Raymond Kalantirsky
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
*Counsel for Petitioners Nextera Energy Global Holdings, B.V.*
*and Nextera Energy Spain Holdings B.V.*

Aaron Murphy
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
*Counsel for Petitioners Nextera Energy Global Holdings, B.V.*
*and Nextera Energy Spain Holdings B.V.*

Brian D. Koosed
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006
202-778-9204
Email: Brian.Koosed@klgates.com
*Counsel for Respondent Kingdom of Spain*