AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-01618-TSC |
| THE KINGDOM OF SPAIN ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The European Commission.

Date:   05/11/2022

s/ Sally L. Pei
*Attorney's signature*

R. Stanton Jones (DC Bar No. 1030194)
*Printed name and bar number*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001

*Address*

sally.pei@arnoldporter.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*