**Pei, Sally**

| | |
|---|---|
| **From:** | Nelson, Timothy G. <Timothy.G.Nelson@skadden.com> |
| **Sent:** | Monday, May 9, 2022 4:10 PM |
| **To:** | Pei, Sally |
| **Cc:** | zzz.External.Bradley.Klein@skadden.com; Riviere, Cesar; 'Weldon, Matthew J.'; 'Luke.Steinberger@klgates.com'; Koosed, Brian D. |
| **Subject:** | RE: NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.) - European Commission motion for leave to file amicus brief |
| **Importance:** | High |

External E-mail

Dear Sally,

We have taken instructions. As noted during our Friday call, we will not oppose your application provided that some basic conditions are met. Because some of these points need the cooperation of Spain's counsel, I have cc'd Matt, Luke and Brian.

Specifically, we will not oppose the application for grant of leave to submit an *amicus* brief, provided:

1. The EC's application is brought no later than Wednesday, May 11, 2022, with the application: (i) appending the EC's proposed *amicus* brief; (ii) indicating that the relief requested is not opposed; (iii) including a copy of this communication; and (iv) also including a written consent from Spain's counsel (including agreement on the points below).

2. Assuming the application is granted (and the EC *amicus* brief filed) within the next 2 weeks, Spain and NextEra will then jointly request the following adjustments to the timetable for the motion to dismiss:

    (a) NextEra's observations (if any) to the EC's *amicus* brief will be made in its submissions in opposition to the motion to dismiss.

    (b) Spain's observations (if any) to the EC's *amicus* brief, and any response to NextEra's observations concerning it, will be made in its reply submissions on its motion to dismiss.

    (c) For the avoidance of doubt, the EC shall not be entitled to file reply briefs.

    (d) The following adjustments are to be made to the briefing schedule:

       (i) NextEra's opposition submissions (current deadline June 2, 2022): extended to June 9, 2022.

       (ii) NextEra's opposition brief on the motion to dismiss (current page limit 45 pages): 55 pages, inclusive of any observations on the *amicus* submission.

       (iii) Spain's reply submissions on the motion to dismiss (current deadline June 22, 2022): extended to June 29, 2022.

       (iv) Spain's reply brief on the motion to dismiss (current page limit 25 pages): 35 pages, inclusive of any observations on the *amicus* submission and/or response to NextEra's observations.

3.  Should the EC's application not be granted within the next 2 weeks, the parties will confer in good faith to make appropriate adjustments to the above timetable.

Please confirm this is acceptable.

Sincerely


Tim Nelson

**Timothy G. Nelson**
Partner
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
T: +1.212.735.2193 | F: +1.917.777.2193
timothy.g.nelson@skadden.com

---

**From:** Pei, Sally <Sally.Pei@arnoldporter.com>
**Sent:** Friday, May 6, 2022 12:57 PM
**To:** Nelson, Timothy G. (NYC) <Timothy.G.Nelson@skadden.com>
**Cc:** Klein, Bradley A (WAS) <Bradley.Klein@skadden.com>; Riviere, Cesar (NYC) <Cesar.Riviere@skadden.com>
**Subject:** [Ext] RE: NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.) - European Commission motion for leave to file amicus brief

Hi Tim,

Yes, you can reach me at (203) 721-4587.  I'm flexible this afternoon.  Thanks!

Sally

_____

Sally Pei
Senior Associate

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
T: +1 202.942.6581
Sally.Pei@arnoldporter.com | www.arnoldporter.com

---

**From:** Nelson, Timothy G. <Timothy.G.Nelson@skadden.com>
**Sent:** Friday, May 6, 2022 12:56 PM
**To:** Pei, Sally <Sally.Pei@arnoldporter.com>
**Cc:** zzz.External.Bradley.Klein@skadden.com <Bradley.Klein@skadden.com>; Riviere, Cesar <Cesar.Riviere@skadden.com>
**Subject:** RE: NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.) - European Commission motion for leave to file amicus brief

External E-mail

Dear Sally – Do you have a few minutes to speak today?  Please let me know what number is best to call. – T

**Timothy G. Nelson**
Partner
**Skadden, Arps, Slate, Meagher & Flom LLP**

One Manhattan West | New York | NY | 10001
**T: +1.212.735.2193** | **F: +1.917.777.2193**
timothy.g.nelson@skadden.com

---

**From:** Nelson, Timothy G. (NYC) <>
**Sent:** Thursday, May 5, 2022 2:47 PM
**To:** Pei, Sally <Sally.Pei@arnoldporter.com>
**Cc:** Klein, Bradley A (WAS) <Bradley.Klein@skadden.com>; Riviere, Cesar (NYC) <Cesar.Riviere@skadden.com>
**Subject:** RE: [Ext] NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.) - European Commission motion for leave to file amicus brief

Dear Sally,

We are taking instructions and will get back to you shortly.

Kind regards

Tim

**Timothy G. Nelson**
Partner
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
**T: +1.212.735.2193** | **F: +1.917.777.2193**
timothy.g.nelson@skadden.com

---

**From:** Pei, Sally <Sally.Pei@arnoldporter.com>
**Sent:** Wednesday, May 4, 2022 6:03 PM
**To:** Klein, Bradley A (WAS) <Bradley.Klein@skadden.com>; Herlihy, David (LON) <David.Herlihy@skadden.com>; Raymond Kalantirsky, Amanda (NYC) <Amanda.Raymond@skadden.com>; Riviere, Cesar (NYC) <Cesar.Riviere@skadden.com>; Nelson, Timothy G. (NYC) <Timothy.G.Nelson@skadden.com>
**Subject:** [Ext] NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.) - European Commission motion for leave to file amicus brief

Dear counsel,

Our firm represents the European Commission. We intend to move for leave to file an amicus brief on the Commission's behalf in support of Spain in the above-referenced case. Would you please let me know Petitioners' position on the Commission's motion? We plan to file within the next week or so.

Please let me know if you have questions.

Kind regards,

Sally Pei

_____

**Sally Pei**
Senior Associate

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
T: +1 202.942.6581
Sally.Pei@arnoldporter.com | www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

--------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=============================================================================


This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

--------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=============================================================================

# Pei, Sally

| | |
|---|---|
| **From:** | Weldon, Matthew J. <Matthew.Weldon@klgates.com> |
| **Sent:** | Wednesday, May 11, 2022 2:09 AM |
| **To:** | Pei, Sally; Nelson, Timothy G. |
| **Cc:** | zzz.External.Bradley.Klein@skadden.com; Riviere, Cesar; Steinberger, Luke E.; Koosed, Brian D. |
| **Subject:** | RE: NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.) - European Commission motion for leave to file amicus brief |

External E-mail

Hi Sally, yes this is fine.

Thanks,
Matt



**Matthew J. Weldon**
Partner
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022
Office: +1 (212) 536-4042
Mobile: +1 (216) 849-4637
matthew.weldon@klgates.com
www.klgates.com

---

**From:** Pei, Sally <Sally.Pei@arnoldporter.com>
**Sent:** Tuesday, May 10, 2022 3:51 PM
**To:** Nelson, Timothy G. <Timothy.G.Nelson@skadden.com>
**Cc:** Bradley.Klein@skadden.com; Riviere, Cesar <Cesar.Riviere@skadden.com>; Weldon, Matthew J. <Matthew.Weldon@klgates.com>; Steinberger, Luke E. <Luke.Steinberger@klgates.com>; Koosed, Brian D. <Brian.Koosed@klgates.com>
**Subject:** RE: NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.) - European Commission motion for leave to file amicus brief

Matt, Luke, and Brian,

Would you please confirm whether Spain consents to the Commission's motion for leave and whether you agree to the points set forth in Tim's email below? Thanks.

Best,

1

Sally

_____

Sally Pei
Senior Associate

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
T: +1 202.942.6581
Sally.Pei@arnoldporter.com | www.arnoldporter.com

**From:** Nelson, Timothy G. <Timothy.G.Nelson@skadden.com>
**Sent:** Monday, May 9, 2022 4:10 PM
**To:** Pei, Sally <Sally.Pei@arnoldporter.com>
**Cc:** zzz.External.Bradley.Klein@skadden.com <Bradley.Klein@skadden.com>; Riviere, Cesar <Cesar.Riviere@skadden.com>; 'Weldon, Matthew J.' <Matthew.Weldon@klgates.com>; 'Luke.Steinberger@klgates.com' <Luke.Steinberger@klgates.com>; Koosed, Brian D. <Brian.Koosed@klgates.com>
**Subject:** RE: NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.) - European Commission motion for leave to file amicus brief
**Importance:** High

External E-mail

Dear Sally,

We have taken instructions. As noted during our Friday call, we will not oppose your application provided that some basic conditions are met. Because some of these points need the cooperation of Spain's counsel, I have cc'd Matt, Luke and Brian.

Specifically, we will not oppose the application for grant of leave to submit an *amicus* brief, provided:

1. The EC's application is brought no later than Wednesday, May 11, 2022, with the application: (i) appending the EC's proposed *amicus* brief; (ii) indicating that the relief requested is not opposed; (iii) including a copy of this communication; and (iv) also including a written consent from Spain's counsel (including agreement on the points below).

2. Assuming the application is granted (and the EC *amicus* brief filed) within the next 2 weeks, Spain and NextEra will then jointly request the following adjustments to the timetable for the motion to dismiss:

    (a)   NextEra's observations (if any) to the EC's *amicus* brief will be made in its submissions in opposition to the motion to dismiss.

    (b)   Spain's observations (if any) to the EC's *amicus* brief, and any response to NextEra's observations concerning it, will be made in its reply submissions on its motion to dismiss.

    (c)   For the avoidance of doubt, the EC shall not be entitled to file reply briefs.

    (d)   The following adjustments are to be made to the briefing schedule:

        (i)    NextEra's opposition submissions (current deadline June 2, 2022): extended to June 9, 2022.

        (ii)   NextEra's opposition brief on the motion to dismiss (current page limit 45 pages): 55 pages, inclusive of any observations on the *amicus* submission.

  (iii)  Spain's reply submissions on the motion to dismiss (current deadline June 22, 2022): extended to June 29, 2022.

  (iv)  Spain's reply brief on the motion to dismiss (current page limit 25 pages): 35 pages, inclusive of any observations on the *amicus* submission and/or response to NextEra's observations.

3. Should the EC's application not be granted within the next 2 weeks, the parties will confer in good faith to make appropriate adjustments to the above timetable.

Please confirm this is acceptable.

Sincerely


Tim Nelson

**Timothy G. Nelson**
Partner
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
T: +1.212.735.2193 | F: +1.917.777.2193
timothy.g.nelson@skadden.com

---

**From:** Pei, Sally <Sally.Pei@arnoldporter.com>
**Sent:** Friday, May 6, 2022 12:57 PM
**To:** Nelson, Timothy G. (NYC) <Timothy.G.Nelson@skadden.com>
**Cc:** Klein, Bradley A (WAS) <Bradley.Klein@skadden.com>; Riviere, Cesar (NYC) <Cesar.Riviere@skadden.com>
**Subject:** [Ext] RE: NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.) - European Commission motion for leave to file amicus brief

Hi Tim,

Yes, you can reach me at (203) 721-4587. I'm flexible this afternoon. Thanks!

Sally

_____
Sally Pei
Senior Associate

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
T: +1 202.942.6581
Sally.Pei@arnoldporter.com | www.arnoldporter.com

**From:** Nelson, Timothy G. <Timothy.G.Nelson@skadden.com>
**Sent:** Friday, May 6, 2022 12:56 PM
**To:** Pei, Sally <Sally.Pei@arnoldporter.com>
**Cc:** zzz.External.Bradley.Klein@skadden.com <Bradley.Klein@skadden.com>; Riviere, Cesar <Cesar.Riviere@skadden.com>
**Subject:** RE: NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.) - European Commission motion for leave to file amicus brief

External E-mail

Dear Sally – Do you have a few minutes to speak today? Please let me know what number is best to call. – T

**Timothy G. Nelson**
Partner
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
T: +1.212.735.2193 | F: +1.917.777.2193
timothy.g.nelson@skadden.com

---

**From:** Nelson, Timothy G. (NYC) <>
**Sent:** Thursday, May 5, 2022 2:47 PM
**To:** Pei, Sally <Sally.Pei@arnoldporter.com>
**Cc:** Klein, Bradley A (WAS) <Bradley.Klein@skadden.com>; Riviere, Cesar (NYC) <Cesar.Riviere@skadden.com>
**Subject:** RE: [Ext] NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.) - European Commission motion for leave to file amicus brief

Dear Sally,

We are taking instructions and will get back to you shortly.

Kind regards

Tim

**Timothy G. Nelson**
Partner
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
T: +1.212.735.2193 | F: +1.917.777.2193
timothy.g.nelson@skadden.com

---

**From:** Pei, Sally <Sally.Pei@arnoldporter.com>
**Sent:** Wednesday, May 4, 2022 6:03 PM
**To:** Klein, Bradley A (WAS) <Bradley.Klein@skadden.com>; Herlihy, David (LON) <David.Herlihy@skadden.com>; Raymond Kalantirsky, Amanda (NYC) <Amanda.Raymond@skadden.com>; Riviere, Cesar (NYC) <Cesar.Riviere@skadden.com>; Nelson, Timothy G. (NYC) <Timothy.G.Nelson@skadden.com>
**Subject:** [Ext] NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.) - European Commission motion for leave to file amicus brief

Dear counsel,

Our firm represents the European Commission. We intend to move for leave to file an amicus brief on the Commission's behalf in support of Spain in the above-referenced case. Would you please let me know Petitioners' position on the Commission's motion? We plan to file within the next week or so.

Please let me know if you have questions.

Kind regards,

Sally Pei

_____
Sally Pei
Senior Associate

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
T: +1 202.942.6581
Sally.Pei@arnoldporter.com | www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Matthew.Weldon@klgates.com.