# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V., <br><br> *Petitioners*, <br><br> v. <br><br> THE KINGDOM OF SPAIN, <br><br> *Respondent*. | ) ) ) ) ) ) ) ) Civil Action No. 1:19-cv-01618-TSC ) ) ) ) ) ) |

## [PROPOSED] ORDER

On consideration of the Motion of the European Commission for Leave to File a Brief on Behalf of the European Union as *Amicus Curiae* in Support of the Kingdom of Spain, it is hereby ORDERED that the motion is GRANTED.

Date:_____              _____
                                                                                           HON. TANYA S. CHUTKAN