UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
NEXTERA ENERGY GLOBAL HOLDINGS                                   :
B.V. and NEXTERA ENERGY SPAIN                                    :
HOLDINGS B.V.,                                                   :
                                                                 :
                              Petitioners,   :   Civil Action No. 19-cv-01618-TSC
                                                                 :
              v.                                                 :
                                                                 :   CONSENT MOTION FOR AN
KINGDOM OF SPAIN                                                 :   ORDER
                                                                 :
                              Respondent     :
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CONSENT MOTION FOR AN ORDER**

The Parties respectfully seek an Order to re-set and clarify the current briefing schedule, including to extend the deadline for submitting opposition papers on Respondent's pending Motion to Dismiss (presently June 1, 2022) to June 9, 2022.

This action was commenced by a Petition to Confirm International Arbitration Award, filed June 3, 2019. ECF No. 1. The action was stayed until April 29, 2022 per this Court's prior orders.

On May 2, 2022, under the briefing schedule set by the Court's April 29, 2022 Minute Order, Respondent filed a Renewed Motion to Dismiss the Petition. ECF No. 62. Per the Court's same order, Petitioners are currently due to file their opposition papers on June 2, 2022.

Matters have been altered by the European Commission's ("EC") recent unopposed Motion for Leave to File an *amicus* brief, filed on May 11, 2022 (the "EC Motion," ECF No. 65).

2

As noted in the EC Motion, Petitioners and Respondent agreed that, on the assumption the EC was granted leave to file an *amicus* brief, there would be an extension of Petitioners' deadline for its opposition brief, in order to include in that opposition its observations regarding the EC 's *amicus* submission. ECF No. 65-1.

The Parties thus respectfully request that the Court rule on the pending EC Motion and update the briefing schedule on Respondent's Motion to Dismiss per the attached Proposed Order, to provide for: (i) June 9, 2022 as the date for Petitioners' opposition to Respondent's Motion to Dismiss, (ii) June 29, 2022 as the date for Respondent's Reply in support of its renewed Motion to Dismiss; and (iii) enlargements (as specified in the Proposed Order) of the page limits of the parties' respective submissions to allow them to make observations on the EC's *amicus* submission.

Dated: May 25, 2022
Washington, D.C.

Respectfully submitted,

/s/ Bradley A. Klein

Bradley Klein
D.C. Bar Number 973778
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC  20005-2111
(202) 371-7000
bradley.klein@skadden.com

Timothy G. Nelson (appearing *pro hac vice*)
New York Bar Number 3060175
Amanda Raymond Kalantirsky (appearing *pro hac vice*)
New York Bar Number 4812418
Cesar Riviere (appearing *pro hac vice*)
New York Bar Number 5746326
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
(212) 735-2000 (fax)
timothy.g.nelson@skadden.com
amanda.raymond@skadden.com
cesar.riviere@skadden.com

David Herlihy (appearing *pro hac vice*)
New York Bar Number 4167920
ALLEN & OVERY LLP
One Bishops Square
London
E1 6AD
ENGLAND
+44 20 3088 2837
David.Herlihy@allenovery.com

*Attorneys for Petitioners*

Matthew J. Weldon (*pro hac vice*)
New York Bar Number 4832408
Luke E. Steinberger (*pro hac vice*)
New York Bar Number 5282181
599 Lexington Avenue
New York, New York 10022
(212) 536-4042
Matthew.Weldon@klgates.com

Brian D. Koosed
D.C. Bar Number 1034733
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006
(202) 778-9204
Brian.Koosed@klgates.com

Michael DeMarco (*pro hac vice*)
New York Bar Number 4142477
1 Lincoln St.
Boston, MA 02111
(617) 951-9111
Michael.DeMarco@klgates.com

*Counsel for Respondent*

## CERTIFICATE OF SERVICE

I certify that on May 25, 2022, I caused a true and correct copy of the foregoing to be filed using the Court's Electronic Case Filing System ("ECF"). The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

/s/ Bradley A. Klein
Bradley A. Klein