UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                      :

NEXTERA ENERGY GLOBAL HOLDINGS   :
B.V. and NEXTERA ENERGY SPAIN
HOLDINGS B.V.,                                   :

                                                      : Civil Action No. 19-cv-01618-TSC
                                    Petitioners,:

                      v.                            :

KINGDOM OF SPAIN                           :

                                   Respondent:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**[PROPOSED] ORDER**

WHEREAS the Court has received the European Commission's motion for leave to file an *amicus* brief, attaching the European Commission's proposed *amicus* brief and a proposed revised briefing schedule with extended page limits for Petitioners' opposition and Respondent's reply submissions regarding Respondent's renewed Motion to Dismiss.

It is hereby ORDERED that:

1. The European Commission's Motion to File a Brief as *Amicus Curiae* in Support of the Kingdom of Spain (Dkt. No. 65) is granted. The European Commission's proposed *amicus* brief and exhibits attached as Exhibits 2-6 of its motion shall be accepted into the record.

2. In order to allow the parties to address the European Commission's *amicus* brief in their briefing on Respondent's Motion to Dismiss the Petition (Dkt. No. 62 ), the Court hereby adjusts the briefing schedule as follows: By no later than June 9, 2022, Petitioners shall file their consolidated brief in opposition to the Respondent's Motion to Dismiss, totaling no more than 55 pages inclusive of any comments on the European Commission's *amicus* brief, and other

2

supporting documents, including any expert reports; by no later than June 29, 2022, Respondent shall file its consolidated reply brief in support of its Motion to Dismiss, totaling no more than 35 pages inclusive of any comments on the European Commission's *amicus* brief, and other supporting documents, including any reply expert reports.

    3.    Oral argument on the parties' motions, if directed by the Court, to be scheduled thereafter.

SO ORDERED.

Dated:_____, 2022

_____

United States District Court