## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                 :
NEXTERA ENERGY GLOBAL HOLDINGS                   :
B.V. and NEXTERA ENERGY SPAIN                    :
HOLDINGS B.V.,                                   :
                                                 :
                              Petitioners,       :
                                                 :   Civil Action No. 19-cv-01618-TSC
                     v.                           :
                                                 :
KINGDOM OF SPAIN                                 :
                                                 :
                              Respondent         :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
```

### [PROPOSED] ORDER

The Court, upon its review of the parties' submissions, has found that it has jurisdiction over this case. Accordingly, and upon consideration of Petitioners' Cross-Motion for Summary Judgment, Petitioners' Memorandum in Opposition to Respondent's Motion to Dismiss and in Support of its Cross-Motion for Summary Judgment, and any response or reply thereto, on this _____ day of _____, 2022,

It is ORDERED, ADJUDGED and DECREED that Petitioners' Cross-Motion is GRANTED; it is further ORDERED that:

a. The arbitral award issued on May 31, 2019 in ICSID Case No. ARB/14/11 ("the Award," ECF No. 1-4) against Respondent the Kingdom of Spain be and is hereby recognized and confirmed in the same manner as a final judgement of a court of one of the several states;

b.  The Clerk of the Court is hereby directed to enter judgment upon the Award in favor of Petitioners and against the Kingdom of Spain in the amounts specified therein, namely, (a) EUR 290,600,000, plus interest at the rate of 0.234%, compounded monthly, from June 30, 2016 to the date of judgment; (b) USD 4,279,400.67, plus interest at the rate of 0.234%, compounded monthly, from May 31, 2019 to the date of judgment; and (c) EUR 1,042,135.30, plus interest at the rate of 0.234%, compounded monthly, from May 31, 2019 to the date of judgment; and

c.  Post-judgment interest on such sums shall apply at the rate applicable under 28 U.S.C. § 1961.

SO ORDERED.

Dated:_____, 2022

_____

United States District Court