UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V., | : <br> : <br> : <br> : |
| Petitioners, | : |
| v. | Civil Action No. 19-cv-01618-TSC |
| KINGDOM OF SPAIN | : |
| Respondent | : |

---

## STATEMENT OF MATERIAL FACTS IN SUPPORT OF PETITIONERS' CROSS-MOTION FOR SUMMARY JUDGMENT

In accordance to Local Rule 7(h), Petitioners NextEra Energy Global Holdings B.V., and NextEra Energy Spain Holdings B.V. (collectively, "NextEra"), by and through their undersigned counsel, respectfully submit this Statement of Material Facts in Support of Petitioners' Cross-Motion for Summary Judgment.

NextEra contends that there is no genuine dispute as to the following material facts:

1. Petitioners/NextEra are companies incorporated in the Netherlands. The Kingdom of Spain's Renewed Motion to Dismiss ("Spain Renewed MTD") (ECF No. 62-78) at 1 ("the Netherlands (of which Petitioners are nationals)"); *id.* at 14 ("the Netherlands (Petitioners' home State).").

2. Respondent the Kingdom of Spain is a foreign state. Spain Renewed MTD at 1.

3. The United States, the Netherlands, and Spain are all contracting parties to the Convention on the Settlement of Investment Disputes Between States and Nationals of Other States, Nov. 18, 1965, 575 U.N.T.S. 159 (the "ICSID Convention") (ECF No. 1-5). Memorandum of Opinion, ECF No. 38, at 2 ¶ n. 1 (D.D.C. Sept. 30, 2020).

4. On May 12, 2014, NextEra commenced an arbitration against Spain before the International Center for Settlement of Investment Disputes ("ICSID"), which proceeding was entitled *NextEra Energy Global Holdings B.V. v. Spain*, in ICSID Case No. ARB/14/11 (the "Arbitration"). Spain Renewed MTD at 6; ECF No. 1-4 at 1.

5. In the Arbitration, NextEra alleged that Spain had breached certain provisions of the Energy Charter Treaty, 2080 U.N.T.S. 100 (1994) (the "ECT") (ECF No. 1-6) and that NextEra was entitled to damages. Spain Renewed MTD at 6; ECF No. 1-4, Annex A ¶¶ 180, 412-464.

6. In the Arbitration, NextEra further alleged that its claims against Spain were arbitrable pursuant to the ICSID Convention and that Spain's and the European Commission's "intra-EU" objection should be dismissed. ECF No. 1-4, Annex A ¶¶ 290-324.

7. On January 23, 2015, a three member ICSID arbitral tribunal was constituted, consisting of an arbitrator appointed by NextEra, an arbitrator appointed by Spain, and a third, presiding arbitrator appointed by agreement of the parties. ECF No. 1-4, Annex A at ¶ 10.

8. During the Arbitration, Spain contested the jurisdiction of the arbitral tribunal and argued that it had not consented to ICSID Convention arbitration of the claims alleged by NextEra. Spain Renewed MTD at 7; ECF No. 1-4, Annex A ¶¶ 272-289.

9. During the Arbitration, the European Commission was given permission to make submissions in support of Spain's contention that the Tribunal lacked jurisdiction. Spain Renewed MTD at 7; ECF No. 1-4, Annex A ¶ 60.

10. On May 31, 2019, the arbitral tribunal constituted according to the ICSID Convention issued an unanimous award in *NextEra Energy Global Holdings B.V. v. Spain*, in ICSID Case No. ARB/14/11. Ex. 1. ECF No. 1-4 (the "Award"), granting NextEra's claims and requiring that Spain pay certain amounts (as specified therein) to NextEra. ECF No. 1-4 ¶ 37.

11. The Award includes, as Annex A, a prior unanimous decision of the arbitral tribunal dated March 12, 2019 and entitled "Decision on Jurisdiction, Liability and Quantum Principles" ("Liability Decision"), which rejects Spain's challenge to the ICSID arbitral tribunal's jurisdiction, upholds NextEra's interpretation of Article 26 of the ECT and holds that Spain validly consented to ICSID Convention arbitration of NextEra's claims. ECF No. 1-4 at Annex A ¶¶ 332-357; Spain Renewed MTD at 7.

12. On September 26, 2019, Spain commenced annulment proceedings in respect of the Award pursuant to Article 52 of the ICSID Convention. Spain Renewed MTD at 7.

13. Spain's annulment application was heard before, and considered by, a three-member *ad hoc* annulment committee ("Annulment Committee") constituted pursuant to the ICSID Convention. ECF No. 59-1 ¶¶ 9 n. 8, 12.

14. Among Spain's grounds for annulment advanced before the Annulment Committee, Spain argued that the Tribunal manifestly exceeded its jurisdiction. ECF No. 59-1 ¶¶ 216-221; Spain Renewed MTD at 7-8.

15. During the proceedings before the Annulment Committee, the European Commission was given permission to make submissions in support of Spain's claim that the Tribunal manifestly exceeded its jurisdiction. ECF 59-1 ¶ 28.

16. On March 18, 2022, the Annulment Committee issued a final Decision on Respondent's annulment application, rejecting Spain's asserted grounds for annulment and upholding the Award in full.  ECF No. 59; ECF No. 59-1 ¶ 533; Spain Renewed MTD at 8.

17. Spain has not paid any part of the Award.  Riviere Decl. Ex. 3 at ¶ 24 (Spain noting that it would "have the financial resources to pay the Award in this case, *if and when the time comes that such payment may be appropriate*, after this annulment proceeding is concluded." (emphasis added)).

Dated: June 9, 2022  
Washington, D.C.

Respectfully submitted,

/s/ Bradley A. Klein_____  
Bradley A. Klein  
D.C. Bar Number 973778  
SKADDEN, ARPS, SLATE,  
   MEAGHER & FLOM LLP  
1440 New York Avenue, N.W.  
Washington, DC  20005-2111  
(202) 371-7000  
bradley.klein@skadden.com

Timothy G. Nelson (appearing *pro hac vice*)  
New York Bar Number 3060175  
Amanda Raymond Kalantirsky (appearing *pro hac vice*)  
New York Bar Number 4812418  
Cesar Riviere (appearing *pro hac vice*)  
New York Bar Number 5746326  
SKADDEN, ARPS, SLATE,  
   MEAGHER & FLOM LLP  
One Manhattan West  
New York, NY 10001  
(212) 735-3000  
(212) 735-2000 (fax)  
timothy.g.nelson@skadden.com  
amanda.raymond@skadden.com  
cesar.riviere@skadden.com

David Herlihy (appearing *pro hac vice*)  
New York Bar Number 4167920  
ALLEN & OVERY LLP  
One Bishops Square

4

London
E1 6AD
ENGLAND
+44 20 3088 2837
david.herlihy@allenovery.com

*Attorneys for NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.*