**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V., Petitioners, | |
| v. | Civil Action No. 19-cv-01618-TSC |
| KINGDOM OF SPAIN Respondent. | |

**PETITIONERS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Petitioners NextEra Energy Global Holdings B.V., and NextEra Energy Spain Holdings B.V. (collectively, "NextEra"), by and through their undersigned counsel, respectfully request that this Court grant summary judgment in favor of NextEra pursuant to Federal Rule of Civil Procedure 56.

As set forth in the Petition and the accompanying Petitioners' Memorandum in Opposition to Respondent's Motion to Dismiss and in Support of Petitioners' Cross-Motion for Summary Judgment, and related papers, applicable statute mandates that the award that is the subject of this action be confirmed as a final judgment of this District in the same manner as a final judgement of a court of one of the several states. Accordingly, judgment, as specified in Petitioners' Petition, should be entered against Spain.

Dated: June 9, 2022
Washington, D.C.

Respectfully submitted,

/s/ Bradley A. Klein
Bradley A. Klein
D.C. Bar Number 973778
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
(202) 371-7000
bradley.klein@skadden.com

Timothy G. Nelson (appearing *pro hac vice*)
New York Bar Number 3060175
Amanda Raymond Kalantirsky (appearing *pro hac vice*)
New York Bar Number 4812418
Cesar Riviere (appearing *pro hac vice*)
New York Bar Number 5746326
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
(212) 735-2000 (fax)
timothy.g.nelson@skadden.com
amanda.raymond@skadden.com
cesar.riviere@skadden.com

David Herlihy (appearing *pro hac vice*)
New York Bar Number 4167920
ALLEN & OVERY LLP
One Bishops Square
London
E1 6AD
ENGLAND
+44 20 3088 2837
david.herlihy@allenovery.com

*Attorneys for NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.*

**CERTIFICATE OF SERVICE**

I certify that on June 9, 2022, I caused a true and correct copy of the foregoing to be filed using the Court's Electronic Case Filing System ("ECF"). The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

/s/ Bradley A. Klein
Bradley A. Klein