UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. *and* NEXTERA ENERGY SPAIN HOLDINGS B.V.,<br><br>Petitioners,<br><br>v.<br><br>KINGDOM OF SPAIN,<br><br>Respondent. | Civil Action No. 19-cv-01618-TSC |

**RESPONDENT'S MOTION TO STRIKE PETITIONERS' CROSS-MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, MOTION TO STAY BRIEFING SCHEDULE ON PETITIONERS' CROSS-MOTION FOR SUMMARY JUDGMENT**
<u>**(ORAL HEARING REQUESTED)**</u>

Respondent the Kingdom of Spain ("Spain") hereby moves to strike Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.'s ("NextEra") Cross-Motion for Summary Judgment, or in the alternative, moves to stay briefing on NextEra's Cross-Motion for Summary Judgment.

Pursuant to Local Civil Rule 7(f), Spain respectfully requests that the Court schedule an oral hearing on its motion.

This motion is based upon the accompanying Memorandum of Points and Authorities in Support, filed concurrently with this motion.

WHEREFORE, Spain respectfully requests that the Court strike NextEra's Cross-Motion for Summary Judgment, or, in the alternative, stay briefing on NextEra's Cross-Motion for Summary Judgment.

Dated: June 17, 2022

    Respectfully submitted,

    By:   /s/ Matthew J. Weldon

    Matthew J. Weldon
    New York Bar Number 4832408
    599 Lexington Avenue
    New York, New York 10022
    (212) 536-4042
    Matthew.Weldon@klgates.com

    Brian D. Koosed
    D.C. Bar Number 1034733
    K&L GATES LLP
    1601 K Street, N.W.
    Washington, D.C. 20006
    (202) 778-9204
    Brian.Koosed@klgates.com

    Michael DeMarco (*pro hac vice*)
    New York Bar Number 4142477
    1 Lincoln St.
    Boston, MA 02111
    (617) 951-9111
    Michael.DeMarco@klgates.com

    *Counsel for Respondent Kingdom of Spain*

## **CERTIFICATE OF SERVICE**

I certify that on June 17, 2022, I caused a true and correct copy of the foregoing to be filed using the Court's Electronic Case Filing System ("ECF"). The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

                /s/ Matthew J. Weldon
                Matthew J. Weldon