UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. *and* NEXTERA ENERGY SPAIN HOLDINGS B.V., <br><br> Petitioners, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action No. 19-cv-01618-TSC |

**[PROPOSED] ORDER STRIKING PETITIONERS' CROSS-MOTION FOR SUMMARY JUDGMENT, OR, STAYING THE BRIEFING SCHEDULE ON PETITIONERS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Having considered Respondent the Kingdom of Spain's Motion to Strike Petitioners' Cross-Motion for Summary Judgment, or, In the Alternative, Motion to Stay Briefing Schedule on Petitioners' Cross-Motion for Summary Judgment and all papers in support and in opposition thereof, and the arguments of the Parties made at the oral hearing held on _____, 2022; and with good cause appearing therefore, the Court GRANTS Respondent the Kingdom of Spain's Motion to Strike Petitioners' Cross-Motion for Summary Judgment, or, In the Alternative, Motion to Stay Briefing Schedule on Petitioners' Cross-Motion for Summary Judgment. The Court accordingly orders that [Petitioners' Cross-Motion for Summary Judgment is stricken][briefing is Stayed on Petitioners' Cross-Motion for Summary Judgment until such time as this Court orders otherwise].

**IT IS SO ORDERED.**

Dated: _____, 2022

                                          Hon. Tanya S. Chutkan
                                          United States District Judge

## **LOCAL CIVIL RULE 7(K) APPENDIX**

Pursuant to Local Civil Rule 7(k), Respondent Kingdom of Spain hereby appends to the proposed order a list of names and addresses of persons entitled to be notified of the entry of the order:

Jennifer L. Spaziano
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
202-371-7872
Email: jen.spaziano@skadden.com
*Counsel for Petitioners Nextera Energy Global Holdings, B.V.*
*and Nextera Energy Spain Holdings B.V.*

Timothy G. Nelson
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
*Counsel for Petitioners Nextera Energy Global Holdings, B.V.*
*and Nextera Energy Spain Holdings B.V.*

Amanda Raymond Kalantirsky
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
*Counsel for Petitioners Nextera Energy Global Holdings, B.V.*
*and Nextera Energy Spain Holdings B.V.*

Aaron Murphy
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
*Counsel for Petitioners Nextera Energy Global Holdings, B.V.*
*and Nextera Energy Spain Holdings B.V.*

Brian D. Koosed
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006
202-778-9204
Email: Brian.Koosed@klgates.com
*Counsel for Respondent Kingdom of Spain*