UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V.,

        Petitioners,

v.

KINGDOM OF SPAIN

        Respondent

Civil Action No. 19-cv-01618-TSC

---

## SECOND DECLARATION OF CESAR RIVIERE

Pursuant to 28 U.S.C. § 1746, I, CESAR RIVIERE, declare as follows:

1. I am an attorney admitted to practice law in New York, and admitted *pro hac vice* in this Court. I am an associate at Skadden, Arps, Slate, Meagher & Flom, LLP, and I represent Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. (collectively, "NextEra") in this action.

2. I respectfully submit this Declaration in support of Petitioners' Memorandum in Opposition to Respondent's Motion to Strike Petitioners' Cross-Motion for Summary Judgment, or, in the Alternative, Motion to Stay Briefing Schedule, and to place before the Court the following Exhibits attached hereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email dated June 10, 2022 that I sent on NextEra's behalf to Matthew J. Weldon (Respondent's counsel in this

proceeding) and copying Brian D. Koosed (Respondent's counsel in this proceeding) and Luke E. Steinberger (Respondent's former counsel in this proceeding, *see* Exhibit 2 attached hereto).

4.  Attached hereto as **Exhibit 2** is a true and correct copy of an automatic email response dated June 10, 2022 from Luke E. Steinberger to me indicating that "Luke Steinberger is no longer with K&L Gates." Upon information and belief, the email attached hereto as Exhibit 1 was fully delivered to Matthew J. Weldon and Brian D. Koosed notwithstanding this automatic reply from Luke E. Steinberger.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of June 2022,
in New York, New York.

_____
Cesar Riviere