# EXHIBIT 1

# Riviere, Cesar (NYC)

| | |
|---|---|
| **From:** | Riviere, Cesar (NYC) |
| **Sent:** | Friday, June 10, 2022 10:02 AM |
| **To:** | 'Weldon, Matthew J.' |
| **Cc:** | 'Koosed, Brian D.'; 'Steinberger, Luke E.'; Nelson, Timothy G. (NYC); Klein, Bradley A (WAS); 'David.Herlihy@allenovery.com' |
| **Subject:** | NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.) - Briefing Timetable |
| **Categories:** | Personal Retention Sent Item |

Dear Matt,

As you will be aware, our client has filed a cross-motion for summary judgment. We are willing to discuss appropriate adjustments to the current briefing timetable to reflect this. Please contact me at your convenience.

Best regards,

**Cesar Riviere**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
**T: +1.212.735.2852** | **F: +1.917.777.2852** | **M: +1.646.593.2398**
cesar.riviere@skadden.com

1