# EXHIBIT 2

# Riviere, Cesar (NYC)

| | |
|---|---|
| **From:** | Steinberger, Luke E. <Luke.Steinberger@klgates.com> |
| **Sent:** | Friday, June 10, 2022 10:02 AM |
| **To:** | Riviere, Cesar (NYC) |
| **Subject:** | [Ext] Automatic reply: NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.) - Briefing Timetable |

Luke Steinberger is no longer with K&L Gates. If your e-mail concerns a business or legal matter, please contact Greg Vassilakis at Greg.Vassilakis@klgates.com or at (212) 536-4848 or another K&L Gates lawyer.