UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
NEXTERA ENERGY GLOBAL HOLDINGS :
B.V. and NEXTERA ENERGY SPAIN :
HOLDINGS B.V., :
:
                             Petitioners, :
: Civil Action No. 19-cv-01618-TSC
             v. :
:
KINGDOM OF SPAIN, :
:
                             Respondent. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### THIRD DECLARATION OF CESAR RIVIERE

Pursuant to 28 U.S.C. § 1746, I, CESAR RIVIERE, declare as follows:

1. I am an attorney admitted to practice law in New York, and admitted *pro hac vice* in this Court. I am an associate at Skadden, Arps, Slate, Meagher & Flom, LLP, and I represent Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. (collectively, "NextEra") in this action.

2. I respectfully submit this Declaration in support of Petitioners' Motion for Leave (1) to File a Surreply to New Points First Raised in Respondent's Reply Submission on its Motion to Dismiss and (2) to Introduce a Supplemental Authority.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email dated July 13, 2022, from Matthew J. Weldon (Respondent's counsel in this proceeding) to me, indicating that

"Spain does not consent to" NextEra's request to file a surreply and submit a supplemental authority.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of July 2022,
in New York, New York.

_____
Cesar Riviere