# EXHIBIT 1

**Riviere, Cesar (NYC)**

| | |
|---|---|
| **From:** | Weldon, Matthew J. <Matthew.Weldon@klgates.com> |
| **Sent:** | Wednesday, July 13, 2022 11:09 AM |
| **To:** | Riviere, Cesar (NYC) |
| **Cc:** | Koosed, Brian D.; Nelson, Timothy G. (NYC); Klein, Bradley A (WAS); 'David.Herlihy@allenovery.com' |
| **Subject:** | [Ext] RE: NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.) |

Hi Cesar-

Thanks for your patience. I have been able to take instruction and Spain does not consent to your request. The only arguably new precedents are the Green Power Award and the ECC Agreement in Principle, but you do not seem to be seeking that kind of limited sur-reply. I also do not think the *Micula* decision you reference is relevant as a supplemental authority.

Further, our position is if the Court did give NextEra the right to file a sur-reply, it would only be fair and proper of course if Spain were to get a sur-sur-reply.

Best,
Matt

**K&L GATES**

**Matthew J. Weldon**
Partner
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022
Office: +1 (212) 536-4042
Mobile: +1 (216) 849-4637
matthew.weldon@klgates.com
www.klgates.com

**From:** Riviere, Cesar <Cesar.Riviere@skadden.com>
**Sent:** Wednesday, July 13, 2022 10:24 AM
**To:** Weldon, Matthew J. <Matthew.Weldon@klgates.com>
**Cc:** Koosed, Brian D. <Brian.Koosed@klgates.com>; Nelson, Timothy G. <Timothy.G.Nelson@skadden.com>; Klein, Bradley A <Bradley.Klein@skadden.com>; 'David.Herlihy@allenovery.com' <David.Herlihy@allenovery.com>
**Subject:** RE: NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.)


Dear Matt,

Your position is noted and we take it you will furnish a substantive answer by 5pm ET today.

1

Best regards,

**Cesar Riviere**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
T: +1.212.735.2852 | F: +1.917.777.2852 | M: +1.646.593.2398
cesar.riviere@skadden.com

---

**From:** Weldon, Matthew J. <Matthew.Weldon@klgates.com>
**Sent:** Tuesday, July 12, 2022 5:43 PM
**To:** Riviere, Cesar (NYC) <Cesar.Riviere@skadden.com>
**Cc:** Koosed, Brian D. <Brian.Koosed@klgates.com>; Nelson, Timothy G. (NYC) <Timothy.G.Nelson@skadden.com>; Klein, Bradley A (WAS) <Bradley.Klein@skadden.com>; 'David.Herlihy@allenovery.com' <David.Herlihy@allenovery.com>
**Subject:** [Ext] RE: NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.)

Hi Cesar-

Apologies, I've been in Paris for an arbitration hearing and this completely fell off my radar.

Please give me until end of day tomorrow (7/13) to respond.

Thank you,
Matt

**K&L GATES**

**Matthew J. Weldon**
Partner
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022
Office: +1 (212) 536-4042
Mobile: +1 (216) 849-4637
matthew.weldon@klgates.com
www.klgates.com

---

**From:** Riviere, Cesar <Cesar.Riviere@skadden.com>
**Sent:** Tuesday, July 12, 2022 5:37 PM
**To:** Weldon, Matthew J. <Matthew.Weldon@klgates.com>
**Cc:** Koosed, Brian D. <Brian.Koosed@klgates.com>; Nelson, Timothy G. <Timothy.G.Nelson@skadden.com>; Klein, Bradley A <Bradley.Klein@skadden.com>; 'David.Herlihy@allenovery.com' <David.Herlihy@allenovery.com>
**Subject:** RE: NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.)

Dear Matt,

Following up on my prior email, if we do not receive a response, we will note this in our papers.

Best regards,

**Cesar Riviere**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.735.2852** | **F: +1.917.777.2852** | **M: +1.646.593.2398**
**cesar.riviere@skadden.com**

---

**From:** Riviere, Cesar (NYC)
**Sent:** Friday, July 8, 2022 5:15 PM
**To:** 'Weldon, Matthew J.' <Matthew.Weldon@klgates.com>
**Cc:** 'Koosed, Brian D.' <Brian.Koosed@klgates.com>; Nelson, Timothy G. (NYC) <Timothy.G.Nelson@skadden.com>; Klein, Bradley A (WAS) <Bradley.Klein@skadden.com>; 'David.Herlihy@allenovery.com' <David.Herlihy@allenovery.com>
**Subject:** NextEra Energy Global Holdings B.V. v. Kingdom of Spain, No. 19-cv-1618 (D.D.C.)

Dear Matt,

Having reviewed your client's Reply on the Motion to Dismiss, as well as the further Declaration of Professor Hindelang, we have determined that these materials contain several propositions and recent authorities to which NextEra has not had an opportunity to respond.

Accordingly, please indicate whether you consent to the filing by NextEra of a surreply (not to exceed 15 pages), along with a supplemental report by our expert on the first two points, addressing:

1) The arbitral award in *Green Power Partners v. Spain*, No. V2016/135 (SCC 2022) (ECF 74-2), which was rendered in mid-June 2022 – it is addressed extensively in your reply papers, but NextEra has not had the opportunity to address it;

2) The assertion, made for the first time at pages 15 to 20 of Professor Hindelang's reply report (and not advanced in his prior report) that the ECT is subject to an "inter se" modification pursuant to Article 41(1) of the Vienna Convention on the Law of Treaties;

3) The proposal among members of the Energy Charter Conference to revise the text of the ECT (described in Spain's brief as the "ECC Agreement in Principle") – this purported development took place in the last month and NextEra has not had the opportunity to address it;

4) *Termorio S.A. E.S.P. v. Electrificadora Del Atlantico S.A. E.S.P.*, 421 F. Supp. 2d 87 (D.D.C. 2006), *aff'd sub nom. TermoRio S.A. E.S.P. v. Electranta S.P.*, 487 F.3d 928 (D.C. Cir. 2007), which has been advanced, for the first time in the Reply brief at pages 4-8, as containing an applicable "test" for *forum non conveniens* in the "D.C. District Court."

In addition, we believe that the recently-decided D.C. Circuit case of *Micula v. Gov't of Romania*, No. 20-7116, 2022 WL 2281645 (D.C. Cir. June 24, 2022) contains holdings pertinent to the currently-briefed issues. Please advise if you will consent to this case being submitted as a supplemental authority.

Please let us know your position on the above items by no later than close of business on Monday, July 11, 2022.

Best regards,

**Cesar Riviere**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**

3

**One Manhattan West | New York | NY | 10001**
**T: +1.212.735.2852 | F: +1.917.777.2852 | M: +1.646.593.2398**
**cesar.riviere@skadden.com**

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Matthew.Weldon@klgates.com.

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Matthew.Weldon@klgates.com.