UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V.,

    Petitioners,

v.

KINGDOM OF SPAIN,

    Respondent.

Civil Action No. 19-cv-01618-TSC

---

## [PROPOSED] ORDER

The Court, upon its review of Petitioners' Motion for Leave (1) to File a Surreply to New Points First Raised in Respondent's Reply Submission on its Motion to Dismiss and (2) to Introduce a Supplemental Authority, and any response or reply thereto, has determined the following:

(1) Good cause exists to allow Petitioners to file the proposed Surreply and accompanying Supplemental Declaration of Professor George A. Bermann attached to Petitioners' Motion; and

(2) Good cause exists to allow Petitioners to submit *Micula v. Gov't of Romania*, No. 20-7116, 2022 WL 2281645 (D.C. Cir. June 24, 2022) as a supplemental authority.

Accordingly, on this ____ day of _____, 2022,

It is hereby ORDERED that Petitioners' motion is GRANTED; it is further ORDERED that:

(1) The Surreply and the Supplemental Declaration attached to Petitioners' Motion are deemed filed; and

2

(2)  The parties may submit *Micula v. Gov't of Romania*, No. 20-7116, 2022 WL 2281645 (D.C. Cir. June 24, 2022), as a supplemental authority in a joint submission of no longer than five pages each, to be filed within one week from the date of this Order.

SO ORDERED.

Dated:_____, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court