UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------  x
                                   :
NEXTERA ENERGY GLOBAL HOLDINGS     :
B.V. and NEXTERA ENERGY SPAIN      :
HOLDINGS B.V.,                     :
                                   :
                    Petitioners,   :
                                   :  Civil Action No. 19-cv-01618-TSC
           v.                      :
                                   :
KINGDOM OF SPAIN                   :
                                   :
                    Respondent.    :
                                   :
---------------------------------  x

**PETITIONERS' MOTION FOR PRELIMINARY INJUNCTION
AND TEMPORARY RESTRAINING ORDER**

Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. (collectively, "NextEra"), by and through their undersigned counsel, respectfully request that this Court enter a preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a): (1) enjoining Spain from (a) seeking an interlocutory decree or any other relief in the Dutch Action or in other Dutch proceedings requiring NextEra to suspend, hold in abeyance, or withdraw any proceedings before this Court, or that otherwise interferes with, obstructs, or delays resolution of NextEra's Petition to Confirm the Award, and (b) pursuing any other foreign litigation that interferes with, obstructs, or delays resolution of Petitioners' Petition to Confirm the Award; and (2) directing Spain to withdraw its requests for relief in the Dutch Action requiring NextEra to suspend, hold in abeyance or withdraw proceedings before this Court, including without limitation, at pages 31–33, Claims (A) through (D) and (L) through (P).

NextEra also respectfully requests that the Court enter a temporary restraining order pursuant to Federal Rule of Civil Procedure 65(b) to preserve the status quo while the parties brief and the Court hears and rules upon the instant Motion.

As set forth in the accompanying memorandum in support of this Motion and related papers, an anti-suit injunction is necessary to preserve the jurisdiction of the Court over the instant action and to prevent Respondent's effort in the Dutch Action to prevent this Court from performing its duty under U.S. statute to enforce Petitioners' arbitral award under the Convention on the Settlement of Investment Disputes between States and Nationals of Other States. Because the threat to this Court's jurisdiction and Petitioners' arbitral award will become significantly heightened beginning on January 25, 2023, when the Dutch Action is scheduled to be registered in the Dutch court, a temporary restraining order is also necessary to safeguard the Court's jurisdiction while decision on this Motion remains pending.

For these reasons and the reasons set forth in the accompanying memorandum of law, Petitioners respectfully request that the Court grant this Motion and issue a temporary restraining order and preliminary injunction.

Dated: January 12, 2023  Respectfully submitted,
Washington, D.C.

/s/ Bradley A. Klein
Bradley A. Klein
D.C. Bar Number 973778
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC  20005-2111
(202) 371-7000
bradley.klein@skadden.com

Timothy G. Nelson (appearing *pro hac vice*)
New York Bar Number 3060175
Amanda Raymond Kalantirsky (appearing *pro hac vice*)
New York Bar Number 4812418
Cesar Riviere (appearing *pro hac vice*)
New York Bar Number 5746326
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
(212) 735-2000 (fax)
timothy.g.nelson@skadden.com
amanda.raymond@skadden.com
cesar.riviere@skadden.com

David Herlihy (appearing *pro hac vice*)
New York Bar Number 4167920
ALLEN & OVERY LLP
One Bishops Square
London
E1 6AD
ENGLAND
+44 20 3088 2837
david.herlihy@allenovery.com

*Attorneys for NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.*

**CERTIFICATE PURSUANT TO LCVR 65.1(a)**

Pursuant to Local Rule 65.1(a), I hereby certify that copies of all pleadings and papers to be presented to the Court at the hearing on the above application for a temporary restraining order have been delivered to Respondent by email addressed to Respondent's counsel of record, Michael DeMarco at michael.demarco@klgates.com, Brian Koosed at brian.koosed@klgates.com, and Matthew Weldon at matthew.weldon@klgates.com, at 9:59 a.m. on January 12, 2023.  Counsel have been notified that the time of any further hearing on the application for the temporary restraining order has not yet been set by the Court.

                                                                  /s/ Bradley A. Klein
                                                                   Bradley A. Klein

**CERTIFICATE OF SERVICE**

I certify that on January 12, 2023, I caused a true and correct copy of the foregoing to be filed using the Court's Electronic Case Filing System ("ECF").  The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

                                                                 /s/ Bradley A. Klein
                                                                  Bradley A. Klein