UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NEXTERA ENERGY GLOBAL HOLDINGS
B.V. and NEXTERA ENERGY SPAIN
HOLDINGS B.V.,

            Petitioners,

v.

KINGDOM OF SPAIN

           Respondent

Civil Action No. 19-cv-01618-TSC

---

## DECLARATION OF BRADLEY A. KLEIN

Pursuant to 28 U.S.C. § 1746, I, BRADLEY A. KLEIN, declare as follows:

1. I am an attorney admitted to practice law in Washington, D.C. and admitted in this Court. I am a partner at Skadden, Arps, Slate, Meagher & Flom, LLP, and I represent Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. (collectively, "NextEra") in this action.

2. I respectfully submit this Declaration in support of Petitioners' Motion for Preliminary Injunction and Temporary Restraining Order, and to place before the Court the following Exhibits attached hereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the "Writ of Summons also containing an Incidental Claim pursuant to Art. 223 Dutch Code of Civil Procedure" received

by NextEra Energy Spain Holdings B.V. on December 22, 2022, accompanied by a certified translation of that document into English.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the "Writ of Summons also containing an Incidental Claim pursuant to Art. 223 Dutch Code of Civil Procedure" received by NextEra Energy Global Holdings B.V. on December 22, 2022, accompanied by a certified translation of that document into English.

5. I have been informed by Petitioners' Dutch counsel at Allen & Overy that although the above-exhibited writ is scheduled to be registered in the Dutch court on January 25, 2023, Spain remains free to initiate, at any time, separate proceedings before the Dutch court to request interim relief on an emergency basis, for which a hearing could be held within a matter of hours from Spain's application. This means that, even as of today, Spain is capable of seeking, and a Dutch court is capable of granting, relief to enjoin this U.S. action. To ensure that such relief is neither requested by Spain nor otherwise granted during the pendency of the instant motion, and to preserve the Court's power to consider whether to grant a preliminary injunction, NextEra seeks the temporary restraining order requested in the current application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of January 2023
in Washington, D.C.

_Bradley A. Klein_
Bradley A. Klein