# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                    :
NEXTERA ENERGY GLOBAL HOLDINGS                                      :
B.V. and NEXTERA ENERGY SPAIN                                       :
HOLDINGS B.V.,                                                      :
                                                                    :
                                      Petitioners,                  :
                                                                    :   Civil Action No. 19-cv-01618-TSC
                    v.                                              :
                                                                    :
KINGDOM OF SPAIN,                                                   :
                                                                    :
                                      Respondent.                   :
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

The Court, upon its review of Petitioners' Motion for Preliminary Injunction and Temporary Restraining Order (the "Motion"), any response or reply thereto, and all hearings and argument thereupon, has determined that the action commenced by Respondent in the District Court of Amsterdam in the Netherlands by writs served on December 22, 2022 (the "Dutch Action") seeks to enjoin Petitioners, by expedited and other forms of relief sought, from enforcing the May 31, 2019, final arbitral award in favor of Petitioners and against Respondent that was issued pursuant to the Convention on the Settlement of Investment Disputes between States and Nationals of Other States (the "Award"). The effect of such injunction would be to interfere with this Court's jurisdiction and responsibility to enforce the Award under federal law, and to contravene the public policy of the United States in enforcing with finality arbitral awards like the Award. Petitioners have demonstrated a likelihood of success on the merits of their request for injunction, a threat to Petitioners of irreparable harm if Respondent pursues such relief in the Dutch

Action, a low risk of substantial harm to other parties, and that the public interest favors an anti-suit injunction.

The Court therefore determines that good cause exists to grant the Motion's request for a preliminary injunction (1) enjoining Respondent from (a) seeking an interlocutory decree or any other relief in the Dutch Action or in other Dutch proceedings requiring any Petitioner to suspend, hold in abeyance, or withdraw any proceedings before this Court, or that otherwise interferes with, obstructs, or delays resolution of Petitioners' Petition to Confirm the Award, and (b) pursuing any other foreign litigation that interferes with, obstructs, or delays resolution of Petitioners' Petition to Confirm the Award; and (2) directing Respondent to withdraw its requests for relief in the Dutch Action requiring NextEra to suspend, hold in abeyance or withdraw proceedings before this Court, including without limitation, at pages 31–33, Claims (A) through (D) and (L) through (P).

Accordingly, on this ____ day of _____, 2023,

It is hereby ORDERED that Petitioners' Motion is GRANTED; and

It is further ORDERED that Respondent is preliminarily enjoined from seeking an interlocutory decree or any other relief in the Dutch Action or in other Dutch proceedings requiring any Petitioner to suspend, hold in abeyance, or withdraw any proceedings before this Court, or that otherwise interferes with, obstructs, or delays resolution of Petitioners' Petition to Confirm the Award; and

It is further ORDERED that Respondent is preliminarily enjoined from pursuing any other foreign litigation that interferes with, obstructs, or delays resolution of Petitioners' Petition to Confirm the Award; and

3

It is further ORDERED that Respondent shall withdraw its requests for relief in the Dutch Action requiring NextEra to suspend, hold in abeyance or withdraw proceedings before this Court, including without limitation, at pages 31–33, Claims (A) through (D) and (L) through (P).

SO ORDERED.

Dated:_____, 2023

_____

Hon. Tanya S. Chutkan,
United States District Judge