# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V.,

        Petitioners,

v.

KINGDOM OF SPAIN,

        Respondent.

Civil Action No. 19-cv-01618-TSC

---

## [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

The Court, upon its review of Petitioners' Motion for Preliminary Injunction and Temporary Restraining Order (the "Motion"), any response or reply thereto, and any hearings and argument thereupon, has determined that the action commenced by Respondent in the District Court of Amsterdam in the Netherlands by writs served on December 22, 2022 (the "Dutch Action") seeks to enjoin Petitioners, by expedited and other forms of relief sought, from enforcing the May 31, 2019, final arbitral award in favor of Petitioners and against Respondent that was issued pursuant to the Convention on the Settlement of Investment Disputes between States and Nationals of Other States (the "Award"). The effect of such injunction would be to interfere with this Court's jurisdiction and responsibility to enforce the Award under federal law, and to contravene the public policy of the United States in enforcing with finality arbitral awards like the Award. Petitioners have demonstrated a likelihood of success on the merits of their motion for an injunction, a threat to Petitioners of irreparable harm if Respondent pursues such relief in the Dutch

Action, a low risk of substantial harm to other parties, and that the public interest favors an anti-suit injunction. The Court further determines that the harm threatened by the Dutch Action will be significantly heightened beginning on January 25, 2023, when the Dutch Action is scheduled to be registered in the Dutch court, because the briefing and hearing schedule on this Motion's request for a preliminary injunction, as required by the Local Rules, will be ongoing at that time.

The Court therefore determines that good cause exists to grant, pending the Court's resolution of the Motion's request for a preliminary injunction, the Motion's request for a temporary restraining order preventing Respondent from (a) seeking an interlocutory decree or any other relief in the Dutch Action or in other Dutch proceedings requiring any Petitioner to suspend, hold in abeyance, or withdraw any proceedings before this Court, or that otherwise interferes with, obstructs, or delays resolution of Petitioners' Petition to Confirm the Award, and (b) pursuing any other foreign litigation that interferes with, obstructs, or delays resolution of Petitioners' Petition to Confirm the Award.

Accordingly, on this \_\_\_\_ day of _____, 2023,

It is hereby ORDERED that Petitioners' Motion is GRANTED IN PART insofar as it seeks a temporary restraining order; and

It is further ORDERED that Respondent is temporarily restrained, until _____, 2023, or such later time as the Court may order either on its own initiative or upon further motion of a party to extend this restraint, from seeking an interlocutory decree or any other relief in the Dutch Action or in other Dutch proceedings requiring any Petitioner to suspend, hold in abeyance, or withdraw any proceedings before this Court, or that otherwise interferes with, obstructs, or delays resolution of Petitioners' Petition to Confirm the Award; and

It is further ORDERED that Respondent is temporarily restrained, until _____, 2023, or such later time as the Court may order either on its own initiative or upon further motion of a party to extend this restraint, from pursuing any other foreign litigation that interferes with, obstructs, or delays resolution of Petitioners' Petition to Confirm the Award; and

It is further ORDERED that the parties shall appear before this Court at 333 Constitution Avenue, N.W., Washington, D.C., on _____, 2023, for a hearing on the Motion for preliminary injunction.

SO ORDERED.

Dated:_____, 2023

_____

Hon. Tanya S. Chutkan,
United States District Judge