UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                                     :
NEXTERA ENERGY GLOBAL HOLDINGS                                       :
B.V. and NEXTERA ENERGY SPAIN                                        :
HOLDINGS B.V.,                                                       :
                                                                     :
                              Petitioners,                           :
                                                                     :   Civil Action No. 19-cv-01618-TSC
            v.                                                       :
                                                                     :
KINGDOM OF SPAIN                                                     :
                                                                     :
                              Respondent.                            :
                                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
```

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.


DATED:   January 12, 2023              */s/ John A.J. Barkmeyer*
                                                                          John A.J. Barkmeyer, D.C. Bar No. 1014956

                                                                          SKADDEN, ARPS, SLATE, MEAGHER &
                                                                           FLOM LLP
                                                                          1440 New York Ave., N.W.
                                                                          Washington, D.C. 20005
                                                                          john.barkmeyer@skadden.com
                                                                          Tel.:    (202) 371-7306
                                                                          Fax.:   (202) 661-2306