# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                :
NEXTERA ENERGY GLOBAL HOLDINGS                                  :
B.V. and NEXTERA ENERGY SPAIN                                   :
HOLDINGS B.V.,                                                  :
                                                                :
                                Petitioners,                    :
                                                                :   Civil Action No. 19-cv-01618-TSC
                   v.                                           :
                                                                :
KINGDOM OF SPAIN,                                               :
                                                                :
                                Respondent.                     :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## JOINT STATUS REPORT AND PROPOSED ORDER

On January 13, 2023, the Court ordered the parties to submit a joint status report addressing (1) a proposed briefing schedule regarding Petitioners' pending Motion for Preliminary Injunction and Temporary Restraining Order (the "Motion") (Dkt. 78), (2) any previous efforts the parties have made to settle this action, and (3) whether the parties believe mediation could be helpful in resolving the action. The parties met and conferred in response to the Court's order on January 16, 2023, and now submit this Joint Status Report and Proposed Order.

## BRIEFING SCHEDULE

The parties have met and conferred concerning a briefing schedule. Petitioners requested that Spain commit not to seek interim relief (including by means of "emergency filing") in the Dutch action, pending the court's order on the Petitioners' present Motion. Spain has committed not to make an application for "emergency" relief (at least until March 1, 2023),

and to the extent it seeks interim relief in the pending Dutch action, not to seek an accelerated order on that application at least until March 1, 2023. Further, Spain commits to confer on this issue with Petitioners in mid-February 2023 in the case there is still concern at that time and the issue remains relevant.

Based on the above commitment by Spain, the parties have agreed to the following briefing schedule on the Motion:

a. Spain will file its opposition brief by January 26, 2023;

b. Petitioners will file their reply brief by February 1, 2023;

c. A hearing shall be scheduled on February 6, 2023, or as shortly thereafter as the Court is available.

The Parties hereby submit the attached Proposed Order (Annex A) reflecting this agreement.

## SETTLEMENT/MEDIATION

There have been no previous efforts to settle this present enforcement action.

The parties are potentially willing to try to participate in settlement discussions relating to this action, or mediation if it appears to be productive after further discussions between counsel and/or the parties, and counsel will provide an update to the Court on this issue at the hearing of the present Motion.

Dated: January 17, 2023.
Washington, D.C.

Respectfully submitted,

/s/ Bradley Klein

| | |
|---|---|
| Bradley Klein<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, DC  20005-2111<br>(202) 371-7000<br>bradley.klein@skadden.com | Matthew J. Weldon (*pro hac vice*)<br>New York Bar Number 4832408<br>Luke E. Steinberger (*pro hac vice*)<br>New York Bar Number 5282181<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 536-4042<br>Matthew.Weldon@klgates.com |

Timothy G. Nelson (appearing *pro hac vice*)
New York Bar Number 3060175
Amanda Raymond Kalantirsky (appearing *pro hac vice*)
New York Bar Number 4812418
Cesar Riviere (appearing *pro hac vice*)
New York Bar Number 5746326
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
(212) 735-2000 (fax)
timothy.g.nelson@skadden.com
amanda.raymond@skadden.com
cesar.riviere@skadden.com

Brian D. Koosed
D.C. Bar Number 1034733
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006
(202) 778-9204
Brian.Koosed@klgates.com

Michael DeMarco (*pro hac vice*)
New York Bar Number 4142477
1 Lincoln St.
Boston, MA 02111
(617) 951-9111
Michael.DeMarco@klgates.com

*Counsel for Respondent*

David Herlihy (appearing pro hac vice)
New York Bar Number 4167920
ALLEN & OVERY LLP
One Bishops Square
London
E1 6AD
ENGLAND
+44 20 3088 2837
david.herlihy@allenovery.com

*Attorneys for Petitioners*

3