**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                :
NEXTERA ENERGY GLOBAL HOLDINGS                  :
B.V. and NEXTERA ENERGY SPAIN                   :
HOLDINGS B.V.,                                  :
                                                :   Civil Action No. 19-cv-01618-TSC
                              Petitioners,:
                                                :
              v.                                :
                                                :
KINGDOM OF SPAIN                                :
                                                :
                              Respondent:
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**[PROPOSED] ORDER**

WHEREAS the parties have conferred on a briefing schedule as regards Petitioners' pending Motion for Preliminary Injunction and Temporary Restraining Order (the "Motion") (Dkt. 78);

WHEREAS the Court has received the Parties' joint status report dated January 17, 2023;

WHEREAS Respondent has made certain commitments as memorialized in the Joint Status Report submitted on January 17, 2023.

It is hereby ORDERED that:

1. Respondent will file its opposition brief on the Motion by January 26, 2023;

2. Petitioners will file their reply brief on the Motion by February 1, 2023;

3. Pursuant to LCvR 65.1(d), a hearing on the Motion shall be scheduled on February 6, 2023, or as shortly thereafter as the Court is available.

SO ORDERED.

Dated:_____, 2023

_____

Hon. Tanya S. Chutkan,

United States District Judge