UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NEXTERA ENERGY GLOBAL HOLDINGS B.V.** and **NEXTERA ENERGY SPAIN HOLDINGS B.V.**, <br><br> Petitioners, <br><br> v. <br><br> **KINGDOM OF SPAIN**, <br><br> Respondent. | Civil Action No. 19-cv-01618 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 84, Spain's Motion to Dismiss, ECF No. 62, is DENIED; Spain's Motion to Strike, ECF No. 71, is DENIED; NextEra's Motion for Leave to File, ECF No. 75, is DENIED; and NextEra's Motion for Preliminary Injunction and Temporary Restraining Order, ECF No. 78, is GRANTED in part and DENIED in part.

Accordingly, the court hereby enters a preliminary injunction that ENJOINS Spain:

(1) from seeking an interlocutory decree or any other relief in the Dutch Action or in other Dutch proceedings requiring NextEra to suspend, hold in abeyance, or withdraw any proceedings before this Court, or that otherwise interferes with, obstructs, or delays resolution of NextEra's Petition to Confirm the Award;

(2) from pursuing any other foreign litigation that interferes with, obstructs, or delays resolution of NextEra's Petition to Confirm the Award; and

(3) to withdraw its requests for relief in the Dutch Action requiring NextEra to suspend, hold in abeyance or withdraw proceedings before this Court, including without limitation, at pages 31-33 of the Dutch Writ, Claims (A) through (D) and (L) through (P).

Date: February 15, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge