# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
NEXTERA ENERGY GLOBAL HOLDINGS :
B.V. and NEXTERA ENERGY SPAIN :
HOLDINGS B.V., :
:
                               Petitioners, :
: Civil Action No. 19-cv-01618-TSC
                    v. :
:
KINGDOM OF SPAIN, :
:
                              Respondent. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT STATUS REPORT REGARDING RESPONDENT KINGDOM OF SPAIN'S COMPLIANCE WITH THE FEBRUARY 15, 2023 PRELIMINARY INJUNCTION ORDER

Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. ("NextEra") and Respondent Kingdom of Spain ("Spain") respectfully submit this joint status report to inform the Court of developments regarding Spain's compliance with the Court's February 15, 2023 Order (the "Order") (Dkt. 85).

On February 15, 2023, the Court issued the aforementioned Order, along with its accompanying Memorandum Opinion (Dkt. 84). Among other things, the Court's February 15, 2023 Order directs, in paragraph 3, that Spain "withdraw its requests for relief in the Dutch Action requiring NextEra to suspend, hold in abeyance or withdraw proceedings before this Court, including without limitation, at pages 31-33 of the Dutch Writ, Claims (A) through (D)

and (L) through (P)." (Dkt. 85 at 2.) The parties wish to inform the Court that they have agreed to the following framework in respect to Spain's compliance with that paragraph of the Order:[1]

      1. During the pendency of any appeal by Spain from the Court's February 15, 2023 Order to the United States Court of Appeals for the District of Columbia Circuit (including any petition for rehearing or *en banc* review from any decision of a D.C. Circuit Court panel) (the "D.C. Circuit Appeal"), Spain will cause the Dutch Action to be suspended in its entirety.

      2. During the pendency of any D.C. Circuit Appeal, Spain will not bring any interim motion or file any new action in any jurisdiction that seeks to vacate, modify or prevent the enforcement of the February 15, 2023 Order, or that seeks to prevent, delay or interfere with the enforcement of the Award at issue in the present action.

      3. On February 24, 2023, with NextEra's consent, Spain's counsel in the Dutch Action submitted a request to the Dutch court that the Dutch Action be referred to the cause list for suspended cases (the *parkeerrol*). Spain agrees that it will not resume (*hervatten/opbrengen*) the Dutch Action during the pendency of any D.C. Circuit Appeal.

      4. While reserving its position on whether suspension of the Dutch Action (per paragraphs 1 and 3 above) is fully compliant with paragraph 3 of the February 15, 2023 Order, and further reserving its right to enforce paragraphs 1 to 2 of the February 15, 2023 Order in full at any time, NextEra agrees that, during the pendency of Spain's D.C. Circuit Appeal, and provided that Spain is compliant with the commitments in Paragraphs 1 through 3

---

[1] The parties agree that paragraphs 1 and 2 of the Order are not suspended by this agreed framework; NextEra reserves all rights in relation thereto. Spain reserves all its rights with respect to the February 15, 2023 Order, and this agreed procedural framework shall not be construed as a waiver of any of NextEra or Spain's rights.

above, NextEra will not take further affirmative steps to enforce paragraph 3 of the Court's February 15, 2023 Order in the present action, or claim, in the present action, that Spain is in breach of said order.

5. NextEra expressly reserves all rights in the event Spain breaches its commitments in paragraphs 1 through 3 above, including without limitation its rights to seek enforcement of the February 15, 2023 order and sanctions for civil contempt against Spain.

6. In the event that the D.C. Circuit affirms the February 15, 2023 Order (and/or that an injunction restraining the Dutch Action remains in place at the conclusion of the D.C. Circuit Appeal), each party reserves its rights. In particular:

   a. NextEra reserves the right to enforce the February 15, 2023 Order in full.

   b. Spain is not currently in a position to make any comments or commitments about what it will do after it receives a decision on the D.C. Circuit Appeal.

7. In any case of reactivation of the Dutch Action, Spain will (i) notify NextEra that it will resume the Dutch Action, and (ii) submit a request to the Dutch court that the Dutch Action be resumed on a court calendar date (*roldatum*) at least two weeks after notification to NextEra.

Dated: March 15, 2023
Washington, D.C.

Respectfully submitted,

| /s/ Bradley Klein | /s/ Matthew J. Weldon |
|---|---|
| Bradley Klein<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, DC  20005-2111<br>(202) 371-7000<br>bradley.klein@skadden.com | Matthew J. Weldon (*pro hac vice*)<br>New York Bar Number 4832408<br>Luke E. Steinberger (*pro hac vice*)<br>New York Bar Number 5282181<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 536-4042<br>Matthew.Weldon@klgates.com |
| Timothy G. Nelson (appearing *pro hac vice*)<br>New York Bar Number 3060175<br>Amanda Raymond Kalantirsky (appearing *pro hac vice*)<br>New York Bar Number 4812418<br>Cesar Riviere (appearing *pro hac vice*)<br>New York Bar Number 5746326<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>(212) 735-3000<br>(212) 735-2000 (fax)<br>timothy.g.nelson@skadden.com<br>amanda.raymond@skadden.com<br>cesar.riviere@skadden.com | Brian D. Koosed<br>D.C. Bar Number 1034733<br>K&L GATES LLP<br>1601 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 778-9204<br>Brian.Koosed@klgates.com<br><br>Michael DeMarco (*pro hac vice*)<br>New York Bar Number 4142477 1 Lincoln St.<br>Boston, MA 02111<br>(617) 951-9111<br>Michael.DeMarco@klgates.com<br><br>*Counsel for Respondent* |
| David Herlihy (appearing pro hac vice)<br>New York Bar Number 4167920<br>ALLEN & OVERY LLP<br>One Bishops Square<br>London<br>E1 6AD<br>ENGLAND<br>+44 20 3088 2837<br>david.herlihy@allenovery.com | |

*Attorneys for Petitioners*

4