# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. *and* NEXTERA ENERGY SPAIN HOLDINGS B.V., <br><br> Petitioners, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br> Respondent. | No. 19-cv-01618-TSC |

## NOTICE OF APPEAL

Notice is hereby given this 16th day of March 2023, that Respondent the Kingdom of Spain ("Spain") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion [ECF No. 84] and Order [ECF No. 85], both entered on February 15, 2023, denying Spain's Motion to Dismiss [ECF No. 62] and granting in part Petitioners' Motion for Preliminary Injunction and Temporary Restraining Order [ECF No. 78].

Dated: March 16, 2023

                                                                Respectfully submitted,

                                                                By: /s/ Matthew J. Weldon

                                                                Matthew J. Weldon (NY0401)
                                                                New York Bar Number 4832408
                                                                599 Lexington Avenue
                                                                New York, New York 10022
                                                                (212) 536-4042
                                                                Matthew.Weldon@klgates.com

Brian D. Koosed
D.C. Bar Number 1034733
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006
(202) 778-9204
Brian.Koosed@klgates.com

Michael DeMarco (*pro hac vice*)
New York Bar Number 4142477
1 Lincoln St.
Boston, MA 02111
(617) 951-9111
Michael.DeMarco@klgates.com

*Counsel for Respondent Kingdom of Spain*

## CERTIFICATE OF SERVICE

I certify that on March 16, 2023, I caused a true and correct copy of the foregoing Notice of Appeal to be filed using the Court's Electronic Case Filing System ("ECF"). The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

/s/ Matthew. J. Weldon
Matthew J. Weldon