SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.

WASHINGTON, D.C. 20005-2111

———

TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(202) 371-7320
DIRECT FAX
(202) 661-2320
EMAIL ADDRESS
BRADLEY.KLEIN@SKADDEN.COM

March 24, 2023

Angela D. Caesar
Clerk of Court
U.S. District Court for the
 District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

> RE: Notice of expedited appeal, as required by 28 U.S.C. § 1657(a) and D.C. Circuit Rule 47.2(a): *NextEra Energy Global Holdings B.V., et al. v. Kingdom of Spain*, No. 1:19-cv-01618-TSC (D.D.C.) (Tanya S. Chutkan, J.), on appeal, *NextEra Energy Global Holdings B.V., et al. v. Kingdom of Spain*, No. 23-7031 (D.C. Cir.),

Dear Ms. Caesar:

I represent Petitioners, NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. (collectively, NextEra), in the above-captioned matter. Respondent, the Kingdom of Spain, has filed an appeal in this case to the United States Court of Appeals for the D.C. Circuit. I write to inform the Court, as required by D.C. Circuit Rule 47.2(a), that 28 U.S.C. § 1657(a) requires expedition of that appeal and to note that NextEra has filed a motion to expedite asking the D.C. Circuit to set an expedited briefing schedule.

In brief, § 1657(a) provides that a federal "court shall expedite the consideration of … any action for temporary or preliminary injunctive relief." 28 U.S.C. § 1657(a); *see* D.C. Cir. R. 47.2(a); D.C. Circuit Handbook of Practice and Internal Procedures § III.J. That mandate applies equally to "the granting or denying of a preliminary injunction." *American Bioscience, Inc. v. Thompson,* 269 F.3d 1077, 1084 n.8 (D.C. Cir. 2001). In an action implicating § 1657, the Court's rules require the appellant (here, the Kingdom of Spain) to "advise the clerks of [the D.C. Circuit] and of the district court immediately both orally and by letter," at which point "[t]he clerk of [the D.C. Circuit] will … prepare an expedited schedule for briefing and argument." D.C. Cir. R. 47.2(a).

In this case, Spain appeals from this Court's grant of a preliminary injunction. Although the Court entered that injunction on February 15, 2023, Spain did not notice its appeal until March 16, 2023. The D.C. Circuit docketed the appeal on March 20, 2023. NextEra's counsel have not

seen any letter from Spain's counsel informing this Court or the D.C. Circuit that the D.C. Circuit is required to expedite the appeal under § 1657(a), and thus tender this letter. NextEra's counsel are also filing a letter with the clerk of the D.C. Circuit.

                                            Respectfully,

                                            /s/ Bradley Klein

*Counsel for Petitioners-Appellees*
*NextEra Energy Global Holdings B.V. and*
*NextEra Energy Spain Holdings B.V.*

cc: counsel of record by ECF