UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------- x
                                                  :
NEXTERA ENERGY GLOBAL HOLDINGS                    :
B.V. and NEXTERA ENERGY SPAIN                     :
HOLDINGS B.V.,                                    :
                                                  :
                     Petitioners,                 :   Civil Action No. 19-cv-01618-TSC
                                                  :
              v.                                  :
                                                  :
KINGDOM OF SPAIN                                  :
                                                  :
                     Respondent                   :
                                                  :
------------------------------------------------- x

**<u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6(b), the appearance of Cesar Riviere as counsel for Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. ("Petitioners") is hereby withdrawn. Petitioners will continue to be represented in this matter by Bradley A. Klein, Timothy G. Nelson, John Anthony James Barkmeyer, and Amanda R. Kalantirsky of Skadden, Arps, Slate, Meagher & Flom LLP, and David Herlihy of Allen & Overy LLP, whose appearances have been entered in this case.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Dated: October 19, 2023

/s/ Cesar Riviere
Cesar Riviere (N.Y. Bar # 5746326)
One Manhattan West
New York, NY
Telephone: (212) 735-3000
cesar.riviere@skadden.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2023, I caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance to be filed using the CM/ECF system, which shall send notice to all counsel of record.

                                      /s/ Cesar Riviere  
                                      Cesar Riviere