# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 23-7031**  **September Term, 2024**

**1:19-cv-01618-TSC**

**Filed On: December 10, 2024** [2088876]

NextEra Energy Global Holdings B.V. and
NextEra Energy Spain Holdings B.V.,

    Appellees

  v.

Kingdom of Spain,

    Appellant

## M A N D A T E

In accordance with the judgment of August 16, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                        BY:    /s/
                                Daniel J. Reidy
                                Deputy Clerk

Link to the judgment filed August 16, 2024