# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 23-7031**                                 **September Term, 2023**
                                                 FILED ON: AUGUST 16, 2024

NEXTERA ENERGY GLOBAL HOLDINGS B.V. AND NEXTERA ENERGY SPAIN HOLDINGS B.V.,
    APPELLEES

v.

KINGDOM OF SPAIN,
    APPELLANT

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-cv-01618)

---

**No. 23-7032**

9REN HOLDING S.A.R.L.,
    APPELLEE

v.

KINGDOM OF SPAIN,
    APPELLANT

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-cv-01871)

---

**No. 23-7038**

BLASKET RENEWABLE INVESTMENTS LLC,
    APPELLANT

v.

KINGDOM OF SPAIN,
    APPELLEE

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| No. 23-7031 | September Term, 2023 |
| No. 23-7032 | |
| No. 23-7038 | |

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cv-03249)

Before: PILLARD and PAN, *Circuit Judges*, and ROGERS, *Senior Circuit Judge*

### **J U D G M E N T**

These causes came to be heard on the records on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court be affirmed in part and reversed in part in *NextEra* (No. 23-7031); reversed in *9REN* (No. 23-7032) and *Blasket* (No. 23-7038); and these cases be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/

Daniel J. Reidy
Deputy Clerk

Date: August 16, 2024

Opinion for the court filed by Circuit Judge Pillard.
Opinion dissenting in part filed by Circuit Judge Pan.