AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Nextera Energy Global Holdings B.V. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-01618-TSC |
| Kingdom of Spain | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kingdom of Spain.

Date:   12/12/2024

/s/ Eamon P. Joyce
*Attorney's signature*

Eamon P. Joyce (483127)
*Printed name and bar number*

Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
*Address*

ejoyce@sidley.com
*E-mail address*

(212) 839-8555
*Telephone number*

(212) 839-5599
*FAX number*