UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V.,

                    Petitioners,

v.

KINGDOM OF SPAIN,

                    Respondent.

Civil Action No. 19-cv-01618-TSC

---

## PETITIONERS' RENEWED MOTION FOR SUMMARY JUDGMENT

Petitioners NextEra Energy Global Holdings B.V., and NextEra Energy Spain Holdings B.V. (collectively, "NextEra"), by and through their undersigned counsel, respectfully renew their request that this Court grant summary judgment in their favor pursuant to Federal Rule of Civil Procedure 56. This motion renews NextEra's Cross-Motion for Summary Judgment filed on June 9, 2022 (ECF No. 70 (attached hereto as Ex. 1), the "Motion"), which remains pending before the Court.[1]

As originally set forth in the Petition filed in this action (ECF No. 1), and as explained in the Motion, and in Petitioners' Memorandum of Law, Statement of Material Facts, and other papers filed in support of the Motion, which NextEra incorporates here and attaches for ease of reference (ECF Nos. 68, 69; *see* Exs. 2-5), and as explained in the Memorandum accompanying

---

[1] Citations to "Ex." Refer to exhibits to the declaration of Bradley A. Klein, filed herewith.

this Renewed Motion for Summary Judgment, applicable statutory law mandates that the arbitral award that is the subject of this action be confirmed as a final judgment of this Court in the same manner as a final judgement of a court of one of the several states. Accordingly, the Court should enter judgment against Spain as specified in the Petition.

Dated: December 12, 2024  
Washington, D.C.

Respectfully submitted,

/s/ Bradley A. Klein
Bradley A. Klein
D.C. Bar Number 973778
John A.J. Barkmeyer
D.C. Bar Number 1014956
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC  20005-2111
(202) 371-7000
bradley.klein@skadden.com
john.barkmeyer@skadden.com

Timothy G. Nelson (appearing *pro hac vice*)
New York Bar Number 3060175
Amanda Raymond Kalantirsky (appearing *pro hac vice*)
New York Bar Number 4812418
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
(212) 735-2000 (fax)
timothy.g.nelson@skadden.com
amanda.raymond@skadden.com

David Herlihy (appearing *pro hac vice*)
New York Bar Number 4167920
ALLEN & OVERY LLP
One Bishops Square
London
E1 6AD
ENGLAND
+44 20 3088 2837
david.herlihy@allenovery.com

*Attorneys for NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.*

## **CERTIFICATE OF SERVICE**

I certify that on December 12, 2024, I caused a true and correct copy of the foregoing to be filed using the Court's Electronic Case Filing System ("ECF"). The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

/s/ Bradley A. Klein
Bradley A. Klein
