# EXHIBIT 1
(ECF No. 70)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                  :
NEXTERA ENERGY GLOBAL HOLDINGS                                    :
B.V. and NEXTERA ENERGY SPAIN                                     :
HOLDINGS B.V.,                                                    :
                                                                  :
                                    Petitioners,                  :
                                                                  :  Civil Action No. 19-cv-01618-TSC
                   v.                                             :
                                                                  :
KINGDOM OF SPAIN                                                  :
                                                                  :
                                    Respondent.                   :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## **PETITIONERS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Petitioners NextEra Energy Global Holdings B.V., and NextEra Energy Spain Holdings B.V. (collectively, "NextEra"), by and through their undersigned counsel, respectfully request that this Court grant summary judgment in favor of NextEra pursuant to Federal Rule of Civil Procedure 56.

As set forth in the Petition and the accompanying Petitioners' Memorandum in Opposition to Respondent's Motion to Dismiss and in Support of Petitioners' Cross-Motion for Summary Judgment, and related papers, applicable statute mandates that the award that is the subject of this action be confirmed as a final judgment of this District in the same manner as a final judgement of a court of one of the several states. Accordingly, judgment, as specified in Petitioners' Petition, should be entered against Spain.

| | |
|---|---|
| Dated: June 9, 2022<br>Washington, D.C. | Respectfully submitted,<br><br>/s/ Bradley A. Klein<br>Bradley A. Klein<br>D.C. Bar Number 973778<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, DC  20005-2111<br>(202) 371-7000<br>bradley.klein@skadden.com<br><br>Timothy G. Nelson (appearing *pro hac vice*)<br>New York Bar Number 3060175<br>Amanda Raymond Kalantirsky (appearing *pro hac vice*)<br>New York Bar Number 4812418<br>Cesar Riviere (appearing *pro hac vice*)<br>New York Bar Number 5746326<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>(212) 735-3000<br>(212) 735-2000 (fax)<br>timothy.g.nelson@skadden.com<br>amanda.raymond@skadden.com<br>cesar.riviere@skadden.com<br><br>David Herlihy (appearing *pro hac vice*)<br>New York Bar Number 4167920<br>ALLEN & OVERY LLP<br>One Bishops Square<br>London<br>E1 6AD<br>ENGLAND<br>+44 20 3088 2837<br>david.herlihy@allenovery.com<br><br>*Attorneys for NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.* |

2

## CERTIFICATE OF SERVICE

I certify that on June 9, 2022, I caused a true and correct copy of the foregoing to be filed using the Court's Electronic Case Filing System ("ECF"). The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

/s/ Bradley A. Klein
Bradley A. Klein

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                :
NEXTERA ENERGY GLOBAL HOLDINGS                                  :
B.V. and NEXTERA ENERGY SPAIN                                   :
HOLDINGS B.V.,                                                  :
                                                                :
                          Petitioners,                          :
                                                                :   Civil Action No. 19-cv-01618-TSC
              v.                                                :
                                                                :
KINGDOM OF SPAIN                                                :
                                                                :
                          Respondent                            :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

### [PROPOSED] ORDER

The Court, upon its review of the parties' submissions, has found that it has jurisdiction over this case. Accordingly, and upon consideration of Petitioners' Cross-Motion for Summary Judgment, Petitioners' Memorandum in Opposition to Respondent's Motion to Dismiss and in Support of its Cross-Motion for Summary Judgment, and any response or reply thereto, on this ____ day of _____, 2022,

It is ORDERED, ADJUDGED and DECREED that Petitioners' Cross-Motion is GRANTED; it is further ORDERED that:

a. The arbitral award issued on May 31, 2019 in ICSID Case No. ARB/14/11 ("the Award," ECF No. 1-4) against Respondent the Kingdom of Spain be and is hereby recognized and confirmed in the same manner as a final judgement of a court of one of the several states;

2

b.  The Clerk of the Court is hereby directed to enter judgment upon the Award in favor of Petitioners and against the Kingdom of Spain in the amounts specified therein, namely, (a) EUR 290,600,000, plus interest at the rate of 0.234%, compounded monthly, from June 30, 2016 to the date of judgment; (b) USD 4,279,400.67, plus interest at the rate of 0.234%, compounded monthly, from May 31, 2019 to the date of judgment; and (c) EUR 1,042,135.30, plus interest at the rate of 0.234%, compounded monthly, from May 31, 2019 to the date of judgment; and

c.  Post-judgment interest on such sums shall apply at the rate applicable under 28 U.S.C. § 1961.

SO ORDERED.

Dated:_____, 2022

_____

United States District Court