# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                :
NEXTERA ENERGY GLOBAL HOLDINGS                                  :
B.V. and NEXTERA ENERGY SPAIN                                   :
HOLDINGS B.V.,                                                  :
                                                                :
                                   Petitioners,                 :
                                                                :   Civil Action No. 19-cv-01618-TSC
                v.                                              :
                                                                :
KINGDOM OF SPAIN,                                               :
                                                                :
                                   Respondent                   :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## DECLARATION OF BRADLEY A. KLEIN

Pursuant to 28 U.S.C. § 1746, I, BRADLEY A. KLEIN, declare as follows:

1.  I am an attorney admitted to practice law in this Court. I am a partner at Skadden, Arps, Slate, Meagher & Flom, LLP, and I represent Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. (collectively "NextEra") in this action.

2.  I respectfully submit this Declaration in support of Petitioners' Renewed Motion for Summary Judgment, and to place before the Court the following Exhibits attached hereto for ease of reference in its consideration of that motion.

3.  Attached hereto as **Exhibit 1** is a true and correct copy of NextEra's Cross-Motion for Summary Judgment, filed in this Court on June 9, 2022 (ECF No. 70).

4. Attached hereto as **Exhibit 2** is a true and correct copy of NextEra's Memorandum in Opposition to Respondent's Motion to Dismiss and in Support of Petitioners' Cross-Motion for Summary Judgment, filed in this Court on June 9, 2022 (ECF No. 68).

5. Attached hereto as **Exhibit 3** is a true and correct copy of NextEra's Statement of Material Facts in Support of Petitioners' Cross-Motion for Summary Judgment, filed in this Court on June 9, 2022 (ECF No. 68-69).

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Declaration of Cesar Riviere filed in support of NextEra's Opposition to Memorandum in Opposition to Respondent's Motion to Dismiss and in Support of Petitioners' Cross-Motion for Summary Judgment, filed in this Court on June 9, 2022, and Exhibits 1 through 9 thereto (ECF Nos. 68-59 through 68-68).

7. Attached hereto as **Exhibit 5** is a true and correct copy of NextEra's Proposed Order resolving its Cross-Motion for Summary Judgment, filed in this Court on June 9, 2022 (ECF No. 68-70).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this twelfth day of December 2024,
in Washington, D.C.

                                                      */s/ Bradley A. Klein*
                                                      Bradley A. Klein