UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ------------------------------------------------------x <br><br> NEXTERA ENERGY GLOBAL HOLDINGS B.V., <br><br> Petitioners, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br> Respondent. <br><br> ------------------------------------------------------x | Civil Action No. 1:19-CV-001618-TSC |

## NOTICE OF WITHDRAWAL OF ATTORNEY

**PLEASE TAKE NOTICE** that, pursuant to LCvR 83.6(b), attorneys **Matthew J. Weldon** and **Michael Demarco** of K&L Gates LLP hereby withdraws as counsel for Respondent Kingdom of Spain in the above-captioned matter.  No trial date has been set.  Attorneys Carter Phillips, Eamon Joyce, Peter Bruland, and Cody Akins of Sidley Austin LLP have entered their appearance in this action and will represent Respondent Kingdom of Spain.

Dated: December 16, 2024

Respectfully submitted,

By: /s/ Matthew J. Weldon
Matthew J. Weldon
New York Bar Number 4832408
599 Lexington Avenue
New York, NY 10022
(212) 536-4042
Matthew.weldon@klgates.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December, 2024, I caused the foregoing Notice of Withdrawal of Counsel to be electronically filed with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the CM/ECF system. Counsel in this case are registered CM/ECF users, and service will be accomplished using the CM/ECF system.

/s/ Matthew J. Weldon
Matthew J. Weldon
New York Bar Number 4832408
K&L Gates LLP
1601 K Street NW
Washington, DC 20006-1600