UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V.,

    Petitioners,

v.

KINGDOM OF SPAIN,

    Respondent.

Civil Action No. 19-cv-01618-TSC

---

**PETITIONERS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

Petitioners NextEra Energy Global Holdings B.V., and NextEra Energy Spain Holdings B.V. (collectively, "NextEra"), by and through their undersigned counsel, respectfully supplement their pending renewed request that this Court grant summary judgment in their favor pursuant to Federal Rule of Civil Procedure 56. This motion supplements NextEra's Renewed Motion for Summary Judgment filed on December 12, 2024 (ECF No. 96, the "Renewed Motion"), which remains pending before the Court, with a request that the Court include in its judgment the amount of fees and costs awarded to NextEra on March 18, 2022 by the Annulment Committee convened by the International Centre for Settlement of Investment Disputes (*see* Ex. 4 ¶ 533, ECF No. 68-60 at 164).[1]

---

[1] Citations to "Ex." refer to exhibits (ECF Nos. 96-2 through 96-6) to the declaration of Bradley A. Klein filed in support of NextEra's Renewed Motion (ECF No. 96-7).

NextEra's Renewed Motion and supporting papers explain that applicable statutory law mandates that the arbitral award that is the subject of this action be confirmed as a final judgment of this Court in the same manner as a final judgment of a court of one of the several states. As explained in the attached memorandum and the materials incorporated therein, the Annulment Committee's award of costs and fees are subject to this Court's enforcement for the same reasons. Accordingly, the Court should include those costs and fees in its judgment against Spain under Rule 56.

| | |
|---|---|
| Dated: December 18, 2024<br>Washington, D.C. | Respectfully submitted,<br><br>/s/ Bradley A. Klein<br>Bradley A. Klein<br>D.C. Bar Number 973778<br>John A.J. Barkmeyer<br>D.C. Bar Number 1014956<br>SKADDEN, ARPS, SLATE,<br>　MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, DC  20005-2111<br>(202) 371-7000<br>bradley.klein@skadden.com<br>john.barkmeyer@skadden.com<br><br>Timothy G. Nelson (appearing *pro hac vice*)<br>New York Bar Number 3060175<br>Amanda Raymond Kalantirsky (appearing *pro hac vice*)<br>New York Bar Number 4812418<br>SKADDEN, ARPS, SLATE,<br>　MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>(212) 735-3000<br>(212) 735-2000 (fax)<br>timothy.g.nelson@skadden.com<br>amanda.raymond@skadden.com<br><br>David Herlihy SC (appearing *pro hac vice*)<br>New York Bar Number 4167920<br>ALLEN & OVERY LLP<br>One Bishops Square<br>London<br>E1 6AD<br>ENGLAND<br>+44 20 3088 2837<br>david.herlihy@allenovery.com<br><br>*Attorneys for NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.* |

**CERTIFICATE OF SERVICE**

I certify that on December 18, 2024, I caused a true and correct copy of the foregoing to be filed using the Court's Electronic Case Filing System ("ECF").  The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

/s/ Bradley A. Klein
Bradley A. Klein