UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NEXTERA ENERGY GLOBAL HOLDINGS
B.V. and NEXTERA ENERGY SPAIN
HOLDINGS B.V.,

                              Petitioners,

          v.

KINGDOM OF SPAIN,

                              Respondent.

Civil Action No. 19-cv-01618-TSC

---

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF
PETITIONERS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

In accordance with Local Rule 7(h), Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. (collectively, "NextEra"), by and through their undersigned counsel, respectfully submit this Statement of Material Facts in Support of NextEra's Supplemental Motion for Summary Judgment. The undisputed facts listed here are in addition to, and are numbered consecutively with, those listed in the Statement of Undisputed Facts accompanying NextEra's Renewed Motion for Summary Judgment (ECF No. 96-4), which are incorporated here by reference.

NextEra contends that there is no genuine dispute as to the following material facts:

18. The Decision on Annulment issued on March 18, 2022 by an *ad hoc* Annulment Committee of the International Centre for the Settlement of Investment Disputes awarded the

following costs (the "Annulment Costs") in favor of NextEra and against Respondent the Kingdom of Spain ("Spain"):

    (a)    $3.5 million in attorneys' fees; and

    (b)    interest on the awarded attorneys' fees compounded at 0.234% monthly, beginning 30 days after the entry of the Decision on Annulment (*i.e.*, April 17, 2022).

Decision on Annulment ¶ 533 (ECF No. 96-5 at 164).

    19.    The Decision on Annulment also ordered Spain to pay $528,474.49 in costs associated with the annulment proceedings, separate from the award payable to NextEra. *Id.*

    20.    Spain has not paid any part of the Annulment Costs.

Dated: December 18, 2024  
Washington, D.C.

Respectfully submitted,

/s/ Bradley A. Klein  
Bradley A. Klein  
D.C. Bar Number 973778  
John A.J. Barkmeyer  
D.C. Bar Number 1014956  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
1440 New York Avenue, N.W.  
Washington, DC  20005-2111  
(202) 371-7000  
bradley.klein@skadden.com  
john.barkmeyer@skadden.com

Timothy G. Nelson (appearing *pro hac vice*)  
New York Bar Number 3060175  
Amanda Raymond Kalantirsky (appearing *pro hac vice*)  
New York Bar Number 4812418  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Manhattan West  
New York, NY 10001  
(212) 735-3000  
(212) 735-2000 (fax)  
timothy.g.nelson@skadden.com  
amanda.raymond@skadden.com

David Herlihy SC (appearing *pro hac vice*)
New York Bar Number 4167920
A&O SHEARMAN (IRELAND) LLP
53 Merrion Square South
Suite 201
Dublin D02 PR63
IRELAND

*Attorneys for NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.*