UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

|  |  |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V., | : <br> : <br> : <br> : |
| Petitioners, | : <br> : Civil Action No. 19-cv-01618-TSC |
| v. | : <br> : |
| KINGDOM OF SPAIN, | : <br> : |
| Respondent. | : <br> : |

---

**[PROPOSED] ORDER**

The Court, upon its consideration of Petitioners' Supplemental Motion for Summary Judgment, any response or reply thereto, and all hearings and argument thereupon, has determined that the final arbitral award on costs and fees pertinent to annulment proceedings issued in favor of Petitioners and against Respondent on March 18, 2022 pursuant to the Convention on the Settlement of Investment Disputes between States and Nationals of Other States in ICSID Case No. ARB/15/15 (the "Annulment Costs," *see* ECF No. 96-5 at 164, ¶ 533) must be recognized and confirmed in the same manner as a final judgment of a court of one of the several States.

Accordingly, on this _____ day of _____, 2025,

It is hereby ORDERED that Petitioners' Motion is GRANTED; and it is further ORDERED that:

a. The award of the Annulment Costs is hereby recognized and confirmed, and the pecuniary obligations contained therein shall be enforced as if a final judgment of a court of general jurisdiction of one of the several States;

b. The Clerk of the Court is hereby directed to enter judgment upon the award of the Annulment Costs in favor of Petitioners and against Respondent in the amounts specified therein, namely, the sum of USD 3,500,000 in respect of the Claimants' legal fees and expenses, and interest on this amount at the rate of 0.234% compounded monthly, starting 30 days after March 18, 2022 to the date of judgment; and

c. Post-judgment interest on such sums shall apply at the rate applicable under 28 U.S.C. § 1961.

SO ORDERED.

Dated:_____, 2025

_____
United States District Court