# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V., <br><br> *Petitioners*, <br><br> v. <br><br> Kingdom of Spain, <br><br> *Respondent*. | Civil Action No. 19-cv-01618-TSC |

## Consent Motion to Set Summary Judgment Schedule

The Kingdom of Spain, on the consent of Petitioners, respectfully moves to extend the time to respond to Petitioners' renewed motion for summary judgment, including its supplemental motion for summary judgment, to January 31, 2025. The parties also agree that Petitioners' reply would then be due February 21, 2025.

Dated: December 20, 2024

Respectfully submitted,

/s/ Eamon P. Joyce

| | |
|---|---|
| Carter G. Phillips (D.C. Bar No. 264176) <br> Peter A Bruland (D.C. Bar No. 1600717) <br> Cody M. Akins (D.C. Bar No. 7677945) <br> SIDLEY AUSTIN LLP <br> 1501 K Street <br> Washington, DC 20005 <br> Telephone: (202) 736-8000 <br> Facsimile: (202) 736-8711 <br> cphillips@sidley.com <br> pbruland@sidley.com <br> cakins@sidley.com | Eamon P. Joyce (D.C. Bar No. 483127) <br> SIDLEY AUSTIN LLP <br> 787 Seventh Avenue <br> New York, NY 10019 <br> Telephone: (212) 839-8555 <br> Fax: (212) 839-5599 <br> ejoyce@sidley.com <br><br> *Attorneys for Respondent Kingdom of Spain* |

|  |  |
|---|---|
| NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.,<br><br>     *Petitioners*,<br><br> v.<br><br>Kingdom of Spain,<br><br>     *Respondent*. | **Civil Action No. 19-cv-01618-TSC** |

# [PROPOSED] ORDER

It is hereby ORDERED that Respondent's Motion for Extension of Time is GRANTED; and it is further ORDERED that the Kingdom of Spain shall respond to Petitioners' motion and supplemental motion for summary judgment by January 31, 2025, and that Petitioners shall reply by February 21, 2025.

SO ORDERED.

Dated: December ___, 2024

                        _____
                        United States District Court