IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.,<br><br>   *Petitioners*,<br><br>v.<br><br>Kingdom of Spain,<br><br>   *Respondent*. | Civil Action No. 19-cv-01618-TSC |

## MOTION FOR ADMISSION *PRO HAC VICE* OF SIMON NAVARRO

Pursuant to Local Civil Rule 83.2, I, Eamon P. Joyce, counsel for respondent Kingdom of Spain, hereby move for admission of Simon Navarro to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for the Kingdom of Spain.

In support of this motion, I have attached a Declaration of Simon Navarro in Support of Motion for Admission *Pro Hac Vice*, together with a proposed order and the $100 fee.

Dated: December 30, 2024

Respectfully submitted,

By: */s/ Eamon P. Joyce*
  Eamon P. Joyce (D.C. Bar No. 483127)
  Sidley Austin LLP
  787 Seventh Avenue
  New York, NY 10019
  Telephone: (212) 839-8555
  Fax: (212) 839-5599
  ejoyce@sidley.com

  *Attorney for Respondent Kingdom of Spain*