IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

NextEra Energy Global Holdings B.V. and
NextEra Energy Spain Holdings B.V.,

    *Petitioners*,

v.

Kingdom of Spain,

    *Respondent*.

Civil Action No. 19-cv-01618-TSC

**[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION *PRO HAC VICE* OF SIMON NAVARRO**

Upon consideration of the motion to admit Simon Navarro to appear in this action *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.

Dated: _____

_____
United States District Judge