AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| NextEra Energy Global Holdings B.V., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cv-01618-TSC |
| Kingdom of Spain | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kingdom of Spain.

Date: 12/30/2024

/s/ Tyler J. Domino
*Attorney's signature*

Tyler J. Domino (D.C. Bar No. 1619758)
*Printed name and bar number*

787 Seventh Avenue
New York, NY 10019

*Address*

tdomino@sidley.com
*E-mail address*

(212) 839-8555
*Telephone number*

(212) 839-5599
*FAX number*