IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V., <br><br>*Petitioners*, <br><br>v. <br><br>Kingdom of Spain, <br><br>*Respondent*. | Civil Action No. 19-cv-01618-TSC |

**RESPONDENT KINGDOM OF SPAIN'S
MOTION TO STAY**

Respondent Kingdom of Spain respectfully moves to stay this action pending the Supreme Court's disposition of its forthcoming petition for certiorari. Spain intends to seek review of the denial of its sovereign immunity and the rejection of this Court's ability to dismiss *forum non conveniens*, either of which would suffice to resolve this action. Although the parties have recently consented to a briefing schedule for Petitioners' pending motion for summary judgment, which would apply in the absence of a stay, briefing summary judgment is premature given Spain's intention to seek certiorari. Good cause exists for this stay because Spain's petition for certiorari raises substantial, important legal questions—including about Spain's asserted sovereign immunity, which implicates this Court's jurisdiction to adjudicate the pending motion for summary judgment—and because Spain will suffer irreparable harm from litigating pending the Supreme Court's review of its invocation of sovereign immunity. Petitioners will not suffer any comparable harm from this stay, and the public interest supports it. Accordingly, the Court should stay further proceedings in this Court pending the conclusion of proceedings in the Supreme Court of the United States.

Dated: December 30, 2024

                                               Respectfully submitted,

                                               /s/ Carter G. Phillips

| | |
|---|---|
| Eamon P. Joyce (D.C. Bar No. 483127) | Carter G. Phillips (D.C. Bar No. 264176) |
| Simon Navarro (*pro hac vice pending*) | Peter A Bruland (D.C. Bar No. 1600717) |
| Tyler J. Domino (D.C. Bar No. 1619758) | Cody M. Akins (D.C. Bar No. 90012255) |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 787 Seventh Avenue | 1501 K Street, NW |
| New York, NY 10019 | Washington, DC 20005 |
| Telephone: (212) 839-8555 | Telephone: (202) 736-8000 |
| Fax: (212) 839-5599 | Facsimile: (202) 736-8711 |
| ejoyce@sidley.com | cphillips@sidley.com |
| snavarro@sidley.com | pbruland@sidley.com |
| tdomino@sidley.com | cakins@sidley.com |

*Attorneys for Respondent Kingdom of Spain*