| | |
|---|---|
| NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V., <br><br>        *Petitioners*, <br><br>v. <br><br>Kingdom of Spain, <br><br>        *Respondent*. | Civil Action No. 19-cv-01618-TSC |

## [PROPOSED] ORDER

It is hereby ORDERED that Respondent's Motion to Stay is GRANTED and that this case is stayed pending the conclusion of proceedings in the United States Supreme Court.

SO ORDERED.

Dated: _____, 202_

                                                                                            _____ <br>
                                                                                           United States District Court