AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| NextEra Energy Global Holdings B.V., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-01618-TSC |
| Kingdom of Spain | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kingdom of Spain                                                                                              .

Date:   01/08/2025                                           /s/ Simon Navarro
                                                                      *Attorney's signature*

                                                              Simon Navarro (admitted pro hac vice)
                                                                *Printed name and bar number*

                                                              787 Seventh Avenue
                                                              New York, NY 10019

                                                                      *Address*

                                                              tdomino@sidley.com
                                                                    *E-mail address*

                                                              (212) 839-8555
                                                                 *Telephone number*

                                                              (212) 839-5599
                                                                   *FAX number*