IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V., <br><br> *Petitioners*, <br><br> v. <br><br> Kingdom of Spain, <br><br> *Respondent*. | Civil Action No. 19-cv-01618-TSC |

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF STAY

The Kingdom of Spain respectfully writes to update the Court with information pertinent to Spain's request that the Court stay proceedings in this case.  On January 8, 2025, in a similar case in this District seeking to enforce an arbitral award against Spain under the Energy Charter Treaty, Judge Leon issued a stay "pending the disposition" of Spain's "forthcoming petition for certiorari in *NextEra Energy Global Holdings B.V. v. Kingdom of Spain*, No. 23-7031; *9REN Holding S.A.R.L. v. Kingdom of Spain*, No. 23-7032; and *Blasket Renewable Invs., LLC v. Kingdom of Spain*, No. 23-7038."  *See* Min. Order of Jan. 8, 2025, *Blasket Renewable Investments LLC v. Kingdom of Spain*, 21-cv-2463 (D.D.C.).  This Court should likewise stay this case.

Dated: January 8, 2025

Respectfully submitted,

/s/ Eamon P. Joyce

| | |
|---|---|
| Carter G. Phillips (D.C. Bar No. 264176) | Eamon P. Joyce (D.C. Bar No. 483127) |
| Peter A. Bruland (D.C. Bar No. 1600717) | Simon Navarro (*pro hac vice*) |
| Cody M. Akins (D.C. Bar No. 90012255) | Tyler J. Domino (D.C. Bar No. 1619758) |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 1501 K Street, NW | 787 Seventh Avenue |
| Washington, DC 20005 | New York, NY 10019 |
| Telephone: (202) 736-8000 | Telephone: (212) 839-8555 |
| Facsimile: (202) 736-8711 | Facsimile: (212) 839-5599 |
| cphillips@sidley.com | ejoyce@sidley.com |
| pbruland@sidley.com | snavarro@sidley.com |
| cakins@sidley.com | tdomino@sidley.com |

*Attorneys for Respondent Kingdom of Spain*