UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V.,

          Petitioners,

v.

KINGDOM OF SPAIN,

          Respondent.

Civil Action No. 19-cv-01618-TSC

---

## DECLARATION OF BRADLEY A. KLEIN

Pursuant to 28 U.S.C. § 1746, I, BRADLEY A. KLEIN, declare as follows:

1. I am an attorney admitted to practice law in this Court. I am a partner at Skadden, Arps, Slate, Meagher & Flom, LLP, and I represent Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. (collectively, "NextEra") in this action.

2. I respectfully submit this Declaration in support of Petitioners' Memorandum in Opposition to Respondent's Motion to Stay, and to place before the Court the following Exhibit attached hereto for ease of reference in its consideration of that motion.

3. Attached hereto as **Exhibit 1** is a true and correct copy of NextEra's Response to Petition for Rehearing or Rehearing En Banc, *NextEra Energy Glob. Holdings B.V. v. Kingdom of Spain*, No. 23-7031, ECF No. 2080103 (D.C. Cir. Oct. 16, 2024) ("Rehearing Opp.").

\*  \*  \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this thirteenth day of January 2025,
in Washington, D.C.

                                                                             */s/ Bradley A. Klein*
                                                                             Bradley A. Klein