**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN SPAIN HOLDINGS B.V., <br><br> Petitioners, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action No. 19-cv-01618-TSC |

**RESPONSE TO PETITIONERS' STATEMENT OF MATERIAL FACTS**

Pursuant to Local Civil Rule 7(h)(1), the Kingdom of Spain respectfully responds to the following numbered paragraphs of Petitioners' Statement of Material Facts (Dkt. 98-2):

18.  The Decision on Annulment issued on March 18, 2022 by an ad hoc Annulment Committee of the International Centre for the Settlement of Investment Disputes awarded the following costs (the "Annulment Costs") in favor of NextEra and against Respondent the Kingdom of Spain ("Spain"):

(a) $3.5 million in attorneys' fees; and

(b) interest on the awarded attorneys' fees compounded at 0.234% monthly, beginning 30 days after the entry of the Decision on Annulment (i.e., April 17, 2022).

Decision on Annulment ¶ 533 (ECF No. 96-5 at 164).

**Response:** Disputed with respect to paragraph 18(b). The annulment committee awarded interest "at the rate of 0.234% compounded monthly," not "compounded at 0.234% monthly." Annulment Decision ¶ 533(3) (Dkt. 68-60 at 147); *see also* Dkt. 96-5 at ECF 164.

Dated: February 14, 2025

        Respectfully submitted,

        /s/ Carter G. Phillips

| | |
|---|---|
| Eamon P. Joyce (D.C. Bar No. 483127) | Carter G. Phillips (D.C. Bar No. 264176) |
| Simon Navarro (admitted *pro hac vice*) | Peter A Bruland (D.C. Bar No. 1600717) |
| Tyler J. Domino (D.C. Bar No. 1619758) | Cody M. Akins (D.C. Bar No. 90012255) |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 787 Seventh Avenue | 1501 K Street, NW |
| New York, NY 10019 | Washington, DC 20005 |
| Telephone: (212) 839-8555 | Telephone: (202) 736-8000 |
| Fax: (212) 839-5599 | Facsimile: (202) 736-8711 |
| ejoyce@sidley.com | cphillips@sidley.com |
| snavarro@sidley.com | pbruland@sidley.com |
| tdomino@sidley.com | cakins@sidley.com |

*Attorneys for Respondent Kingdom of Spain*