IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN SPAIN HOLDINGS B.V., <br><br> Petitioners, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action No. 19-cv-01618-TSC |

## [PROPOSED] ORDER

It is hereby ORDERED that Petitioners' motion for summary judgment is DENIED and the Petition is DISMISSED with prejudice. The Clerk of Court is respectfully directed to enter judgment in favor of Respondent Kingdom of Spain.

SO ORDERED.

Dated: _____, 2025

_____
United States District Court