# EXHIBIT 1

# PROFESSOR DR STEFFEN HINDELANG, LL.M.



Grolmanstraße 32-33　　　Salagatan 39B
D-10623 Berlin / Germany　S-75 326 Uppsala / Sweden

M:　+49 (1 75) 5 95 32 20　　+46 (73) 753 15 21
E:　mail@steffenhindelang.de　steffen.hindelang@jur.uu.se

DoB: 06 December 1978
German citizen

## CURRENT MAIN ACADEMIC APPOINTMENT

■ **Professor of international investment and trade law**
Uppsala University, Faculty of Law / Sweden                                  (since 2020)

### Research Focus

- **International investment and trade law:** international dispute settlement, esp. arbitration, investment protection, investment law reform, WTO subsidies; investment screening, geoeconomics and law, sustainable development, EU trade and investment agreements
- **EU law:** focusing on Common Commercial Policy, EU free movement of capital from and towards third countries, jurisdictional conflicts of the Court of Justice of the European Union and international tribunals, relationship of EU law and public international law, autonomy of the EU legal order, direct taxation
- **German and comparative constitutional and administrative law**: esp. foreign trade law (investment screening)

### Teaching and Supervising:

- **Lectures and seminars** in international economic and investment law, investor-State dispute settlement, WTO law, commercial arbitration, EU law
- **Supervising** and examining theses in the areas of public international law, EU law, and public law

### Academic administration:

- **Director** of the Uppsala University Master's Programme in Investment Treaty Arbitration
- **Member of the Board of Directors** of the Swedish Institute of International Law

## ADDITIONAL CURRENT ACADEMIC APPOINTMENTS (Selection)

■ **Director, co-founder**
CELIS Institute, Berlin / Germany                                              (since 2020)

- The CELIS Institute is a private initiative and an independent non-profit, non-partisan research enterprise dedicated to promoting **better regulation of foreign investments in the context of security, public order, and competitiveness**. It produces expert analysis and fosters a continuous trusting dialogue between

1

policymakers, the investment community, and academics. The CELIS Institute is the leading forum for studying and debating investment screening policy.

- **Adjunct faculty (energy investment and trade law)**
  Technische Universität Berlin / Germany                                         (since 2017)

- **Member of the advisory council**
  International Investment Law Centre Cologne / Germany                 (since 2010)

- **Senior fellow**
  Walter Hallstein Institute of European Constitutional Law, Berlin / Germany   (since 2011)

## LEGAL PRACTICE

- **Independent legal expert and ICSID arbitrator**                               (since 2011)

  **Advisory and advocacy practice:**
  - **Public international law, esp. international economic law and related dispute settlement,** focusing on investor-State disputes, international investment policy, small and medium-sized enterprises, sustainable development, foreign investment screening and control in the age of geoeconomics
  - **EU law, esp. EU Common Commercial Policy, freedom of capital movement** focusing on EU foreign investment policy, EU trade and investment agreements, free movement of capital from and towards third countries, direct taxation, regulation of the networked information economy, sovereign debts, Brexit, EU constitutional law
  - **German constitutional and administrative law**, esp. foreign trade law, investment screening under the German Foreign Trade Act

  **Notable legal and policy advisory experience:**
  - The **Spanish Government** as legal expert witness in multiple renewable energy-related investment arbitral award enforcement proceedings in US, Swedish, and EU Courts, in multiple ICSID and ICSID annulment proceedings, in SCC proceedings, including in the landmark award in *Green Power, et al.*
  - The **Slovak Government** as legal expert witness in the landmark case of *Achmea*, on various stages of the proceedings
  - The **Croatian Government** in an application to declare inadmissible an investment arbitration in the German courts, including the German Supreme Court (*Bundesgerichtshof*)
  - The **Polish Government** as legal expert witness in investment arbitral award set-aside proceedings in the Swedish Supreme Court (*Högsta domstolen*) in the landmark decision in *PL Holdings*
  - A **permanent member of the UN Security Council** as legal expert witness in a major investment arbitration case administered by the Permanent Court of Arbitration / The Hague
  - The **European Parliament** advised on several comprehensive free trade agreements (e.g., with Canada, Singapore, Vietnam, etc.)
  - The **European Commission** advised on (1) access of small and medium-sized enterprises to investor-State dispute settlement and on (2) investment protection options in an intra-EU context

- The **German Federal Parliament**, repeatedly, advised on trade and investment policy
- The **German Federal Government**, repeatedly, advised on the foreign trade act, trade in dual-use goods, EU and investment law matters
- The **United Nations Conference on Trade and Development (UNCTAD)** advised on comprehensive free trade agreements and investment law reform
- Policy project co-leader, together with the **Association of German Chambers of Commerce and Industry,** on reforming comprehensive free trade agreements
- A **global internet company** advised in Court of Justice of the European Union proceedings on certain data regulation issues
- Several **US-American and British banks and investment funds** advised on sovereign debt–related EU and domestic law issues
- A **State-owned enterprise** advised on EU law questions related to aircraft certification
- A **foreign investor** advised in one of the biggest acquisitions in the energy sector in Germany on investment screening measures on the basis of the German Foreign Trade Act

**Notable experience as arbitrator:**

- Arbitrator appointed by the Kingdom of Denmark in an ICSID arbitration

**Public speaking (outside academia):**

- On international trade and investment, EU, and German public law and policy at hearings of the European and German Parliament; as co-rapporteur in UNCTAD's High-level IIAs Conference 2017; at panel discussions at the Bavarian Industry Association and at the Canadian Embassy Berlin (together with, inter alia, Canadian Trade Minister H.E. Chrystia Freeland); at a meeting of the Committee on Trade Policy of the Association of the German Chemical Industry; appearances in major news outlets, etc.

**FORMER PROFESSIONAL APPOINTMENTS AND QUALIFICATIONS**

- **Guest professorships** at Ca' Foscari University of Venice / Italy; Nagoya University / Japan; Uppsala University / Sweden; Mannheim University / Germany; Moscow State Institute of International Relations / Russian Federation; Université de Lausanne / Switzerland; Università Commerciale Luigi Bocconi Milan / Italy

- **Professor of EU and international law** (with special responsibilities)
  Syddansk Universitet Odense, Dept. of Law / Denmark  (2017-2020 full-time, 2020-2022 part-time)

  **Activities (selection):**
  - Member of the faculty steering group for the establishment of an English-language master's programme on "Sustainable Development Goals 16 - Peace, Justice, and Strong Institutions"                                                                                         (2020-2022)
  - Responsible for internationalisation at the Department of Law            (2017-2022)
  - Research, teaching, and supervision in public international law, private international law, investor-State dispute settlement, and EU competition law            (2017-2022)

3

- **Adjunct faculty**
  Humboldt-Universität zu Berlin, Law School / Germany                              (2011-2020)

- **Professor of public law in an international context** as "Juniorprofessor" (approx. between assoc. and full professor)
  Freie Universität Berlin, Department of Law / Germany                              (2011-2017)

  **Activities (selection):**
  - Deputy managing director of the Institute of Public Law                          (2015-2017)
  - Member of the working group "International Network" of the
    Executive Board of the Freie Universität Berlin                                   (2015-2017)
  - Research team leader and coordinator of large-scale research projects     (2011-2017)
  - Supervisor of the European Law Moot Court Team                                (2011-2017)
  - Teaching and researching in international economic and investment law, investor-State dispute settlement, WTO law; lectures and seminars in EU law, European and international norm and standard setting, German constitutional and administrative law                                                                                  (2011-2017)
  - Supervising and examining LL.M. and Ph.D. theses in the areas of EU law, public law, and public international law                                                            (2011-2017)

- **Senior research associate to Professor Ingolf Pernice and senior lecturer**
  Humboldt-Universität zu Berlin, Law School / Germany                              (2010-2011)

- **Rechtsassessor (fully qualified for the office of a German judge and attorney)**
  German State of Baden-Württemberg / Germany                                       (2007-2009)

  **Zweite Juristische Staatsprüfung (German bar exam equivalent), Referendariat (legal clerkship) with stages, inter alia, at:**
  - **Federal Ministry of Economics and Technology Berlin**, Division of Foreign Investments, Debt Rescheduling, World Bank, and Regional Development Banks
  - **Gleiss Lutz Lawyers and Tax Consultants Stuttgart**, Dept. of Litigation and Arbitration
  - **CMS Hasche Sigle Lawyers and Tax Consultants Stuttgart**, Dept. of Construction, Real Estate, and Environmental Law
  - **Landgericht (Regional Court) of Tübingen and Public Prosecutor's Office of Tübingen**

- **Research associate to Professor Martin Nettesheim and lecturer**
  Eberhard Karls Universität Tübingen, Law School / Germany                        (2004-2009)


**PROFESSIONAL MEMBERSHIPS AND APPOINTMENTS (Selection)**

- Service at the **ICSID Panel of Conciliators** designated by the Federal Republic of Germany (2019-2025)

- Service on the **European Union List of Candidates Eligible for Appointment as Arbitrators and TSD Experts**

4

- Service at the **List of Experts of the Committee of International Trade** of the European Parliament (2018-2023)

- Memberships: European Society of International Law; Society of International Economic Law; German branch of the International Law Association (ILA); alternate member ILA Committee on the Rule of Law and International Investment Law; Wissenschaftliche Vereinigung für das gesamte Regulierungsrecht ((German) Scientific Society of Regulatory Law); DIS40 – Deutsche Initiative junger Schiedsrechtler (German Initiative for Young Arbitrators); German National Committee of Comparative Law; Vereinigung der Deutschen Staatsrechtslehrer (Association of German Professors in Constitutional, Administrative, EU, and Public International Law)

- Hogan Lovells Law & Technology Academic Advisory Council

- Professorial Tutor for Sweden, Denmark, and Norway of the Konrad-Adenauer-Stiftung (Foundation) / Germany

## EDUCATION

- **(Additional) Habilitation, "by monograph"**
  Humboldt-Universität zu Berlin, Law School / Germany                               (2019)
  Venia legendi in Public international law, EU law, German constitutional, and administrative law

- **Habilitation equivalent, "by tenure track evaluation committee"**
  Freie Universität Berlin, Department of Law / Germany                              (2014)

- **Dr. iur. (Ph.D. in law equivalent)**
  Eberhard Karls Universität Tübingen, Law School / Germany                          (2008)

- **Erste Juristische Staatsprüfung (1st legal State examination; J.D. equivalent)**
  Philipps-Universität Marburg, Law School / Germany                                 (2003)

- **LL.M. in international, European, and commercial law**
  University of Sheffield, Law School / United Kingdom                               (2001)

## SCHOLARSHIPS AND PRIZES (Selection)

- Riksbankens Jubileumsfond (The Swedish Foundation for Humanities and Social Sciences) in cooperation with the Alexander von Humboldt Stiftung (Foundation) / Germany **26th Swedish Prize for excellency in international economic and EU law research** (merit research award, 2016); Reinhold und Maria Teufel Stiftung (Foundation) / Germany **Doctoral thesis prize** (2009); Stiftung der Deutschen Wirtschaft (Foundation of German Business) **Merit doctoral scholarship** (2005-2008); DAAD (German Academic Exchange Service) **Merit scholarship for the participation in the Academy of European Law**, European University Institute, Florence / Italy (07/2005); Konrad-Adenauer-Stiftung (Foundation) / Germany **Merit student scholarship** (1998-2003)

5

**LANGUAGES**

- **German** (native speaker); **English** (fluent in speaking, reading, and writing); **Russian** (good; after reactivation, in speaking, reading, and writing); **Danish** (basic in reading); **Swedish** (basic in reading); and **Italian** (basic in reading).

Berlin/Uppsala, 12 Jan. 2025

***