# EXHIBIT 32



S.    R.

**MINISTÉRIO DOS NEGÓCIOS ESTRANGEIROS**

**SECRETARIA-GERAL**

**DEPARTAMENTO DE ASSUNTOS JURÍDICOS**

Deputy Secretary-General
Ms. Atsuko Hirose
Energy Charter Secretariat
Boulevard de la Woluwe, 46
B. 1200 Brussels
Kingdom of Belgium

| **VOSSA REFª.** | **NOSSA REFª.** | **DATA** | **PROCESSO** |
|---|---|---|---|
| | 80894/2024 | 05/07/2024 | DAJ/DIP-1354/2018 |

**Subject:** Energy Charter Treaty – Withdrawal by the European Union and the European Atomic Energy Community

Regarding the subject above, I have the honour to inform you that, on the 27th of June 2024, the European Union and the European Atomic Energy Community notified the Government of the Portuguese Republic, in its capacity as Depository of the Energy Charter Treaty, of its withdrawal from the Energy Charter Treaty, done in Lisbon, on the 17th of December 1994.

Under Article 47, paragraph 2 of the Energy Charter Treaty, any such withdrawal shall take effect upon the expiry of one year after the date of the receipt of the notification by the Depository.

Therefore, the withdrawal from the Energy Charter Treaty by the European Union and the European Atomic Energy Community, shall take effect on the 28th of June 2025.

Yours sincerely,

For The Director of the Department of Legal Affairs

Patrícia Galvão Teles

ENERGY CHARTER
SECRETARIAT
Date : 12-7-24
Reg No : 0137
For Info : ASG/MZ/YP

Largo do Rilvas
1399-030  Lisboa    Telefone: (351) 213946244/245/968  E-mail: dip@mne.pt