# EXHIBIT 34



# MINISTÉRIO DOS NEGÓCIOS ESTRANGEIROS
## SECRETARIA-GERAL
### DEPARTAMENTO DE ASSUNTOS JURÍDICOS

Secretary-General of
the Energy Charter Secretariat
Ambassador Guy Lentz
Energy Charter Secretariat
Boulevard de la Woluwe, 46
B. 1200 Brussels
Kingdom of Belgium

| **VOSSA REFª.** | **NOSSA REFª.** | **DATA** | **PROCESSO** |
|---|---|---|---|
| | 106089/2023 | | DAJ/DIP-1354/2018 |

**Subject:** Energy Charter Treaty – Withdrawal by the Grand-Duchy of Luxembourg

Regarding the subject above, I have the honour to inform you that, on the 16th of June 2023, the Grand-Duchy of Luxembourg notified the Government of the Portuguese Republic, in its capacity as Depository of the Energy Charter Treaty, of its withdrawal from the Energy Charter Treaty, signed in Lisbon, on the 17th of December 1994.

---

1

Largo do Rilvas
1399-030 Lisboa

Telefone: (351) 213946244/245/968   E-mail: dip@mne.pt



S.   R.

**MINISTÉRIO DOS NEGÓCIOS ESTRANGEIROS**

**SECRETARIA-GERAL**

**DEPARTAMENTO DE ASSUNTOS JURÍDICOS**

Under Article 47, paragraph 2 of the Energy Charter Treaty, any such withdrawal shall take effect upon the expiry of one year after the date of the receipt of the notification by the Depository.

Therefore, the withdrawal from the Energy Charter Treaty by the Grand-Duchy of Luxembourg shall take effect on the 17th of June 2024.

Please find attached a copy in the English language.

Yours sincerely,

The Director of the Department of Legal Affairs

(Patrícia Galvão Teles)

# Nous Henri,

## Grand-Duc de Luxembourg, Duc de Nassau,

Ayant vu et examiné,

l'Acte final de la Conférence sur la

Charte Européenne de l'Energie

et de ses Annexes, signés à Lisbonne,

le 17 décembre 1994.

Nous dénonçons l'Acte final qui précède.

En foi de quoi, Nous avons signé les présentes lettres de dénonciation et y avons fait apposer Notre sceau.

Palais de Luxembourg, le 13 juin 2023

Le Ministre des Affaires étrangères et européennes,