# EXHIBIT 36



S. R.

## MINISTÉRIO DOS NEGÓCIOS ESTRANGEIROS
### SECRETARIA-GERAL
### DEPARTAMENTO DE ASSUNTOS JURÍDICOS

Acting Secretary-General
Ms. Atsuko Hirose
Energy Charter Secretariat
Boulevard de la Woluwe, 46
B. 1200 Brussels
Kingdom of Belgium

| **VOSSA REFª.** | **NOSSA REFª.** | **DATA** | **PROCESSO** |
|---|---|---|---|
| | 58203/2024 | 16/05/2024 | DAJ/DIP-1354/2018 |

**Subject:** Energy Charter Treaty – Withdrawal by the Kingdom of Spain

Regarding the subject above, I have the honour to inform you that, on the 16th of April 2024, the Kingdom of Spain notified the Government of the Portuguese Republic, in its capacity as Depository of the Energy Charter Treaty, of its withdrawal from the Energy Charter Treaty, done in Lisbon, on the 17th of December 1994.

Under Article 47, paragraph 2 of the Energy Charter Treaty, any such withdrawal shall take effect upon the expiry of one year after the date of the receipt of the notification by the Depository.

Therefore, the withdrawal from the Energy Charter Treaty by the Kingdom of Spain shall take effect on the 17th of April 2025.

Please find attached a copy in the Spanish language.

Yours sincerely,

The Director of the Department of Legal Affairs

Patrícia Galvão Teles



**EMBAJADA DE ESPAÑA**
**LISBOA**

```
MINISTERIO DE ASUNTOS EXTERIORES
UNION EUROPEA Y COOPERACION
EMBAJADA DE ESPAÑA EN LISBOA
CANCILLERIA
SALI 16/04/2024 13:34 No REG.: 151
No NOTA VERBAL: 84
```

## NOTA VERBAL

La Embajada de España en Lisboa saluda atentamente al Ministerio de Negocios Extranjeros de la República Portuguesa y, en referencia al Tratado de la Carta de la Energía, hecho en Lisboa el 17 de diciembre de 1994, comunica que el Reino de España ha finalizado sus trámites internos para proceder a la denuncia del Tratado de la Carta de la Energía, denuncia que deberá producir efectos a partir de un año a contar de la fecha de la recepción de la presente notificación, de conformidad con lo dispuesto en el artículo 47.2 del Tratado.

La Embajada de España en Lisboa aprovecha esta oportunidad para reiterar al Ministerio de Negocios Extranjeros el testimonio de su más alta consideración.

Lisboa, 16 de abril de 2024



**AL MINISTERIO DE NEGOCIOS EXTRANJEROS**