# EXHIBIT 38



## MINISTÉRIO DOS NEGÓCIOS ESTRANGEIROS
## SECRETARIA-GERAL
## DEPARTAMENTO DE ASSUNTOS JURÍDICOS

Secretary-General of
the Energy Charter Secretariat
Ambassador Guy Lentz
Energy Charter Secretariat
Boulevard de la Woluwe, 46
B. 1200 Brussels
Kingdom of Belgium

| **VOSSA REFª.** | **NOSSA REFª.** | **DATA** | **PROCESSO** |
|---|---|---|---|
|  | 14662/2024 |  | DAJ/DIP-1354/2018 |

**Subject:** Energy Charter Treaty – Withdrawal by Slovenia

Regarding the subject above, I have the honour to inform you that, on the 13th of October 2023, the Republic of Slovenia notified the Government of the Portuguese Republic, in its capacity as Depository of the Energy Charter Treaty, of its withdrawal from the Energy Charter Treaty, signed in Lisbon, on the 17th of December 1994.

---

1

Largo do Rilvas                Telefone: (351) 213946244/245/968   E-mail: dip@mne.pt
1399-030 Lisboa



S. R.

## MINISTÉRIO DOS NEGÓCIOS ESTRANGEIROS
## SECRETARIA-GERAL
## DEPARTAMENTO DE ASSUNTOS JURÍDICOS

Under Article 47, paragraph 2 of the Energy Charter Treaty, any such withdrawal shall take effect upon the expiry of one year after the date of the receipt of the notification by the Depository.

Therefore, the withdrawal from the Energy Charter Treaty by the Republic of Slovenia shall take effect on the 14th of October 2024.

Please find attached a copy in the English language.

Yours sincerely,

The Director of the Department of Legal Affairs

Patrícia Galvão Teles

2

Largo do Rilvas
1399-030 Lisboa

Telefone: (351) 213946244/245/968  E-mail: dip@mne.pt

REPUBLIC OF SLOVENIA
**MINISTRY OF FOREIGN AND EUROPEAN AFFAIRS**

No: 5612-61/2022/3

The Ministry of Foreign and European Affairs of the Republic of Slovenia presents its compliments to the Embassy of the Portuguese Republic in the Republic of Slovenia with seat in Vienna and has the honour to communicate the following:

In accordance with Article 47(1) of the Energy Charter Treaty, signed in Lisbon on 17 December 1994, the Ministry hereby notifies the Government of the Portuguese Republic as its depositary of the withdrawal of the Republic of Slovenia from the said Treaty.

The Ministry would like to kindly request the Embassy to inform it of the date of receipt of this notification by the depositary as well as of the date when the withdrawal of the Republic of Slovenia shall take effect.

The Ministry of Foreign and European Affairs of the Republic of Slovenia avails itself of this opportunity to renew to the Embassy of the Portuguese Republic in the Republic of Slovenia with seat in Vienna the assurances of its highest consideration.

Ljubljana, 23 June 2023

**EMBASSY OF THE PORTUGUESE REPUBLIC**
**VIENNA**

COPY

No: 5612-61/2022/3

The Ministry of Foreign and European Affairs of the Republic of Slovenia presents its compliments to the Embassy of the Portuguese Republic in the Republic of Slovenia with seat in Vienna and has the honour to communicate the following:

In accordance with Article 47(1) of the Energy Charter Treaty, signed in Lisbon on 17 December 1994, the Ministry hereby notifies the Government of the Portuguese Republic as its depositary of the withdrawal of the Republic of Slovenia from the said Treaty.

The Ministry would like to kindly request the Embassy to inform it of the date of receipt of this notification by the depositary as well as of the date when the withdrawal of the Republic of Slovenia shall take effect.

The Ministry of Foreign and European Affairs of the Republic of Slovenia avails itself of this opportunity to renew to the Embassy of the Portuguese Republic in the Republic of Slovenia with seat in Vienna the assurances of its highest consideration.

Ljubljana, 23 June 2023

**EMBASSY OF THE PORTUGUESE REPUBLIC**
**VIENNA**