# EXHIBIT 39



The Capitals     The Brief     EU Elections 2024     Ukraine     Intelligence

Agrifood     Economy     Energy & Environment     Global Europe     Health     Politics     Technology     Transport

Advertisement


Home / News / Politics / Denmark to withdraw from Energy Charter Treaty

# Denmark to withdraw from Energy Charter Treaty

By Charles Szumski · Euractiv.com    ⏱ Est. 2min         📅 14. Apr. 2023 (updated: 📅 24. Apr. 2023)

Content-Type: News

Advertisement

"The protection of fossil fuel investments has raised challenges and concerns in some countries in the context of the transition away from fossil fuels. Several EU countries have therefore decided to opt out of the ECT", the Danish Climate, Energy and Utilities Ministry declared in a press release. [Shutterstock/Alexandros Michailidis]

 Euractiv is part of the Trust Project >>>

🖨 Print     ✉     f     X     in

**Denmark will withdraw from the Energy Charter Treaty (ECT) as it creates more uncertainties about investments than certainties, the Danish government announced on Thursday.**

The Danish government decided on Thursday to withdraw from the trade and investment agreement that aims to create secure framework conditions and attract private investors to invest between countries in the energy sector, protecting both green and fossil fuel energy investments.

"The protection of fossil fuel investments has raised challenges and concerns in some countries in the context of the transition away from fossil fuels. Several EU countries have therefore decided to opt out of the ECT", the Danish Climate, Energy and Utilities Ministry declared in a press release.

Denmark thus joins other EU countries that expressed their intention to leave the treaty last year, such as Germany, Poland, Spain, the Netherlands or France, for which the withdrawal ECT will take effect in December 2023.

"Overall, the Energy Charter Treaty creates more uncertainty about investments than certainty," said Climate, Energy and Utilities Minister Lars Aagaard.

"We have a framework in Danish legislation and in other international cooperation that ensures that investors can safely put their money into green projects both in Denmark and in other countries."

Negotiations have been ongoing in recent years on a possible modernisation of the treaty, which the countries concerned do not consider sufficient. It is now uncertain whether modernisation can be implemented.

A final decision on Danish withdrawal from the ECT is yet to receive the consent of the Danish parliament.

(Charles Szumski | EURACTIV.com)

## Read more with Euractiv



**UK ready to provide guaranteed loans to Ukraine, developing countries**

## Subscribe now to our newsletter EU Elections Decoded

Email

[Subscribe]

🖨 Print     ✉     f     X     in

## Topics  🏷

Energy /// Energy & Environment /// Politics

---

### Most read articles

1  Ukraine looks to tap into EU funds to boost domestic arms industry

2  North Macedonia set for rocky ties with EU as nationalists win presidential, parliamentary election

3  Key EU lawmaker Peter Liese already eyeing next CO2 price revamp

4  Bulgarian president greets participants in banned pro-Russian march

5  New EU scheme could hike petrol, gas prices higher than expected, key lawmakers admit

6  Ukrainian missile shot by Russia kills 15 in Belgorod apartment block

7  NGOs unite against EU's rollback of green policies for the agrifood sector

8  Spain, Ireland and other EU partners could recognise Palestinian statehood on 21 May - report

9  Escobar: China timed Europe visit to 'create axis against EU integration'

10  North Macedonia president stokes controversy at inauguration

Advertisement

---

## Subscribe to our newsletters

[Subscribe]

f  X  in  ▶  🔗  📷  🐘  ✈  B  @

### About Euractiv
About
Mediahuis
Press Releases
Subscribe to The Brief
Submit an Opinion
Newsletters

### Communication Services
Communication Services at a glance
Advertising at Euractiv
Euractiv Events
Euractiv Membership
Multimedia at Euractiv
Euractiv European Public Projects
Yellow Academy
Euractiv Intelligence

