# EXHIBIT 41



European Parliament
2019-2024

**TEXTS ADOPTED**

**P9_TA(2024)0335**

**Withdrawal of the Union from the Energy Charter Treaty**

**European Parliament legislative resolution of 24 April 2024 on the draft Council decision on the withdrawal of the Union from the Energy Charter Treaty (06509/2024 – C9-0059/2024 – 2023/0273(NLE))**

**(Consent)**

*The European Parliament*,

–   having regard to the draft Council decision (06509/2024),

–   having regard to the Energy Charter Treaty, signed in Lisbon on 17 December 1994, and in particular Article 47 thereof,

–   having regard to the request for consent submitted by the Council in accordance with Articles 194(2) and 207(4), first subparagraph, and Article 218(6), second subparagraph, point (a)(v) of the Treaty on the Functioning of the European Union (C9-0059/2024),

–   having regard to Rule 105(1) and (4), and Rule 114(7) of its Rules of Procedure,

–   having regard to the joint deliberations of the Committee on International Trade and the Committee on Industry, Research and Energy under Rule 58 of the Rules of Procedure,

–   having regard to the recommendation of the Committee on International Trade and the Committee on Industry, Research and Energy (A9-0176/2024),

1.  Gives its consent to the withdrawal of the Union from the Energy Charter Treaty;

2.  Instructs its President to forward its position to the Council, the Commission and the governments and parliaments of the Member States and of the Contracting Parties of the Energy Charter Treaty.