# EXHIBIT 43



**Council of the European Union**

Brussels, 4 March 2024
(OR. en)

**6514/24**

**LIMITE**

**ENER 69**
**ATO 6**
**POLCOM 51**
**FDI 13**

**LEGISLATIVE ACTS AND OTHER INSTRUMENTS**

| | |
|---|---|
| Subject: | COUNCIL DECISION on the approval of the withdrawal of the European Atomic Energy Community from the Energy Charter Treaty |

COUNCIL DECISION (EU) 2024/…

of …

**on the approval of the withdrawal of the European Atomic Energy Community from the Energy Charter Treaty**

THE COUNCIL OF THE EUROPEAN UNION,

Having regard to the Treaty establishing the European Atomic Energy Community, and in particular Article 101, second paragraph, thereof,

Having regard to the proposal from the European Commission,

Whereas:

(1) The Energy Charter Treaty (the 'ECT') was concluded by the European Atomic Energy Community (the 'Community') by Council and Commission Decision 98/181/EC, ECSC, Euratom[1], and entered into force on 16 April 1998.

(2) In the absence of any substantial update of the ECT since the 1990s, the ECT became increasingly outdated.

(3) In 2019, the Contracting Parties to the ECT (the 'Contracting Parties') engaged in negotiations aimed at modernising the ECT, in order to bring it into alignment with the principles of the Paris Agreement[2], the requirements of sustainable development and the fight against climate change, as well as with modern standards of investment protection.

(4) During an ad-hoc Conference on 24 June 2022, the Contracting Parties reached an agreement in principle on the modernised text, thus concluding the negotiations, without prejudice to the final assessment by the Contracting Parties. The negotiated outcome was meant to be adopted at the 33rd meeting of the Energy Charter Conference (the 'Conference') on 22 November 2022.

---

[1] Council and Commission Decision 98/181/EC, ECSC, Euratom of 23 September 1997 on the conclusion, by the European Communities, of the Energy Charter Treaty and the Energy Charter Protocol on energy efficiency and related environmental aspects (OJ L 69, 9.3.1998, p. 1).

[2] OJ L 282, 19.10.2016, p. 4.

(5)   Ahead of the meeting of the Conference, the Community has not adopted a position on the modernisation of the ECT.

(6)   In the absence of a Community position, the Community is unable to vote on the adoption of the modernised ECT at the Conference.

(7)   Considering all the above, the Community should withdraw from the ECT. In accordance with Article 101, second paragraph, of the Treaty establishing the European Atomic Energy Community, the decision on the withdrawal is to be taken by the Commission subject to the approval of the Council.

(8)   Several Member States have expressed their support for the proposed amendments to the ECT and have indicated their intention to remain Contracting Parties, subject to its modernisation. Those Member States should therefore be allowed, through a separate Council decision, to approve or not oppose the modernisation of the ECT at the Conference that will adopt that modernisation.

(9)   Pursuant to Article 47(1) of the ECT, a Contracting Party can give written notification of its withdrawal from the ECT to the Depositary of the ECT, namely the Portuguese Republic. Pursuant to Article 47(2) of the ECT, such a withdrawal takes effect upon the expiry of one year after the date of the receipt of the notification by the Depositary.

(10)   The withdrawal of the Community from the ECT should be approved,

HAS ADOPTED THIS DECISION:

*Article 1*

The withdrawal of the European Atomic Energy Community from the Energy Charter Treaty is hereby approved.

*Article 2*

This Decision shall enter into force on the date of its adoption.

Done at …,

*For the Council*
*The President*

_____