# EXHIBIT 55

P FCS

 D PP FCS


C DPP D PS

Came commeciale intenationale


P 5 - C 16


T D 19  2022


n 49 /2022  12 ages


umo dinscition au etoie gnal :   20/14581 -  Potalis 357--7-CCPD


Dcision dfe  la Cou : sentence aitale intitule  ad coected  endue le 3 fvie 2020  Pais en
matie daitage intenational sous lgide de la Cou emanente daitage sous le numo daffaie PC n
2017-10



DDSS  CS :

P D P

gissant ousuites et dilgences de son eneal Counsel ad Pouatoii enealne ecosolite Polsie

ffice of te eneal Counsel

l oa 76/78 00-682 S P


esente a e uca D  de la S P - D  -  avocat ostulant du aeau de
PS toue : 0018

ssiste a e uentin  et e duado S  du cainet DC P avocats laidants du
aeau de PS toue 096



DFDSS  CS :

Socit CC P

Poeni 1816 alin 186 00

alin 186 00 P P TC


Socit ST P S C/ administateu la faillite de la socit ST S

 1105/36

500 02 adec alov

500 0 DC  P TC


esentes a e icel D de la S D T SSCS avocat ostulant du aeau de PS toue : 0020

ssistes a e enamin S et e Fanois DS de lP D FT S S
avocats laidants du aeau de PS toue : 257


CPST D  C :


affaie a t dattue le 08 as 2022 en audience uliue devant la Cou comose de:

 Fanois C Psident

me Faienne SC Conseille

me aue DT Conseille


ui en ont dli


effie los des dats : me ama  FSS


T :

- contadictoie

- a mise  disosition de lat au geffe de la Cou les aties en aant t alalement avises dans les

conditions vues au deuime alina de laticle 450 du code de ocdue civile

- sign a Fanois C Psident et a ama  FSS geffie  lauelle la minute de la dcision a t emise a le magistat signataie

/ FTS T PCD

1- e 16 uillet 1993 la uliue de Pologne et la uliue Tcue ont sign un accod de omotion et de otection cioue des investissements ent en vigueu le 29 uin 1994 ci-as dsign le T

2- e 1e mai 2004 la uliue de Pologne et la uliue Tcue ont ad  lnion euoenne

3- a socit Slot ou ci-as Slot auoudui en faillite tait une socit de doit tcue immaticule en uliue Tcue scialise dans loganisation des eu de macines  sous  faile eneu communment aeles macines  sous

4- lle est devenue oitaie en 2004 de 60 des ats de la socit olonaise Slot ui eloitait ce te de macines  sous en Pologne et sest aidement dveloe dans ce secteu ui avait t lialis en Pologne 2003

5- n 2009 le gouvenement olonais est evenu su la lialisation de ce mac et a adot une loi intedisant leloitation de ces eu en deos des casinos et salles de eu

6- a entailit de la socit Slot a diminu et as lusieus annes elle a cess son activit

7- Sestimant lse a le comotement de la Pologne la socit tcue Slot ou a initi le 29 noveme 2016 devant la Cou emanente daitage  Pais un aitage su la ase des disositions de laticle 8 duT ou voi constate la violation a la uliue de Pologne de ses oligations lui incomant au tite de ce Tait et odonne le aiement de dommages et intts

8- u teme de la sentence endue  Pais le 3 fvie 2020 le tiunal aital sest dcla comtent ou statue su le diffend en eetant loection souleve a la uliue de Pologne fonde su le doit de lnion et a accd en atie  la demande de la socit Slot en condamnant la uliue de Pologne  lui vese une somme de 2 599 144 ots soit envion 570 000 euos en aation de la violation de laticle 2 du T

9- e 2 avil 2020 le Tiunal a mis une vesion coige de la Sentence afin de ectifie des eeus matielles

10- 14 aot 2019 le tiunal gional de Ple uliue tcue a ononc linsolvailit de Slot ou et nomm   comme administateu udiciaie de la socit

11- e 20 fvie 2020    en sa ualit dadministateu udiciaie de Slot ou  a conclu avec CC Paa un contat tansfant  cette denie la oit de cetains iens de Slot ou et  comte du 1 e avil 2020 CC Paa  et non lus Slot ou  est devenue la nouvelle cditice des sommes tendument dues a la Pologne au tite de la Sentence

12- Pa acte du 15 octoe 2020 la uliue de Pologne a saisi la cou dael de Pais dun ecous en annulation conte la sentence aitale endue

13- a cltue de linstuction a t ononce le 1e mas 2022

/ PTTS DS PTS

12- u temes de ses denies conclusions notifies a voie lectoniue le 7 fvie 2022 la uliue de Pologne demande  la cou au visa de laticle 267 du Tait su le fonctionnement de lnion euoenne et des aticles 1518 1520 699 et 700 du code de ocdue civile de ien vouloi :

   la Sentence

  T la demande de soumission dune uestion udicielle  la C en alication de laticle 267 du TF

  CD les Dfendeesses au aiement de la somme de 200 000 euos en alication de laticle 700 du Code de ocdue civile

  CD les Dfendeesses au enties dens

13 - Pa conclusions notifies a voie lectoniue le 25 fvie 2021 la socit Slot esente a son administateu  la faillite et la socit CC Paa demandent  la cou au visa notamment des aticles 700 1466 et 1520 du code de ocdue civile le incie de lestoel et laticle 267 du Tait su le fonctionnement de lnion euoenne de :

-DC CS les demandes de la uliue de Pologne tendant  lannulation de la Sentence endue le 3 fvie 2020 a le Tiunal aital constitu en alication du Tait ilatal de omotion et de

otection des investissements conclus ente la uliue tcue et la uliue de Pologne le 16 uillet 1993 dans lffaie n 2017-10 oosant la socit ST P  la uliue de Pologne su le fondement des aticles 1520 1 et 5 du code de ocdue civile en ce uelles sont fondes su les incies fondamentau et caactistiues essentielles du doit de lnion euoenne fondant la solution adote a la C dans la dcision cmea

-T lensemle des demandes de la uliue de Pologne tendant  lannulation de la Sentence endue le 3 fvie 2020 a le Tiunal aital en ce uelles sont fondes su les incies fondamentau et caactistiues essentielles du doit de lnion euoenne fondant la solution adote a la C dans la dcision cmea

-DT en consuence la uliue de Pologne de son ecous en annulation

-DT la uliue de Pologne de lensemle de ses demandes fins et tentions


 tite susidiaie :

-DC C la demande de la uliue de Pologne tendant  lannulation de la Sentence endue                le 3 fvie 2020 a le Tiunal aital constitu en alication du Tait ilatal de omotion et de otection des investissements conclus ente la uliue tcue et la uliue de Pologne le 16 uillet 1993 dans lffaie n 2017-10 oosant la socit ST P  la uliue de Pologne su le fondement de laticle 1520 1 du Code de ocdue civile

-T lensemle des demandes de la uliue de Pologne tendant  lannulation de la Sentence endue le 3 fvie 2020 a le Tiunal aital

-DT en consuence la uliue de Pologne de son ecous en annulation

-DT la uliue de Pologne de lensemle de ses demandes fins et tentions


 tite infiniment susidiaie :

-STT les uestions udicielles suivantes  la Cou de ustice de lnion euoenne en alication de laticle 267 du Tait su le fonctionnement de lnion euoenne :


 st-ce ue les aticles 267 et 344 TF doivent te intets en ce sens uils oligent une uidiction dun tat meme saisie dun ecous en annulation conte une sentence aitale dannule cette sentence ou le motif ue la clause de glement de diffend ente investisseu et tat contenue dans un tait ilatal de otection des investissements conclus ente tats memes est contaie au doit de lnion dans des conditions o en aison de leiation des dlais de ecous ou conteste les mesues de ltat meme te de linvestissement

devant les uidictions de ce denie aeille annulation iveait linvestisseu de toute otection uidictionnelle effective

st-ce ue les aticles 267 et 344 TF doivent te intets en ce sens uils oligent une uidiction dun tat meme saisie dun ecous en annulation conte une sentence aitale dannule cette sentence ou le motif ue la clause de glement de diffend ente investisseu et tat contenue dans un tait ilatal de otection des investissements conclus ente tats memes est contaie au doit de lnion dans des conditions o ltat meme te de linvestissement mconnatait les incies fondamentau et les caactistiues essentielles du doit de lnion euoenne et ltat de doit de sote ue lannulation de la sentence iveait linvestisseu de toute otection uidictionnelle effective devant les uidictions de cet tat

n tout tat de cause :

-CD la uliue de Pologne ae au socits ST P et CC P la somme de 50 000 euos au tite de laticle 700 du Code de ocdue civile

-CD la uliue de Pologne au enties dens

/ S DS PTS

14- u soutien du emie moen ti de lincomtence du tiunal aital la Pologne fait valoi ue la convention daitage contenue en son aticle 8 a le T est contaie au doit de lnion tel uintet a la C de sote uelle tait insuscetile de fonde la comtence du tiunal aital

15-lle soutient ue deuis ladsion de la Pologne l aucune offe daitage contenue dans un Tait dinvestissement ente cet tat et un aute tat meme de lnion euoenne comme cest le cas en lesce nest valide

16- lle fait oseve dun oint de vue ocdual uaant contest de manie constante et au dut de la ocdue la comtence du tiunal aital su le fondement du doit de lnion a son statement of Defense ds noveme 2017 avant mme ue soit endu lat cma cest de onne foi uelle soulve ce moen auuel elle na amais enonc

17- Su le ien fond de son ecous su laticle 1520-1 du code de ocdue civile elle soutient uil eiste un conflit ente la clause daitage du Tait de lesce et le doit de lnion ui doit te solu au ofit de ce denie en vetu du incie de imaut du doit de lnion tali laticle 351 du TF tel uintet a la C dans lat udiciel cma dont la solution a t confime dans les ats P oldings et omsto et eise a un accod otant etinction des taits ilatau dinvestissement ente tats memes de lunion

euoenne en 2020

18- Pou ces aisons elle soutient ue la convention daitage du Tait de lesce est claiement contaie au taits de lnion et donc inalicale de sote ue la sentence en etenant la comtence du tiunal aital mconnat une gle du doit de lnion ui est imative et uelle doit te annule

19- n onse au moens et aguments soulevs a la socit Slot ou cate la solution dgage a la uisudence cma la uliue de Pologne liue ue la gle de doit identifie a la C en vetu de lauelle la clause du T est invalide concene tous les T inta nion sans uil imote uune ventuelle clause de doit alicale uisse faie fence au doit de lnion

20- lle avance ue la imaut du doit de lnion simose uelle ue soit la gle de conflit etenue ou soude cette incomatiilit et ue le ecous  la Convention de ienne su le doit des Taits ou au esoin selon les dfendeesses  la gle matielle du doit intenational de laitage ou tende de leistence dun consentement valide est inoant et conduit au mme sultat

21- a Pologne eliue au egad de la Convention de ienne su le doit des taits uen alication de laticle 59 1 de ladite Convention le T a is fin au moment de ladsion  lnion euoenne de la uliue de Pologne et de la uliue Tcue  dfaut ue laticle 8 est inalicale en alication de laticle 30 3 de la Convention de ienne

22-u egad de la gle matielle ou le contle de la validit de la convention daitage elle soutient ue la imaut du doit de lnion fait cec au tendu consentement des aties ui ne eut conteveni  la solution dgage a la C uelle a ite dans les ats C omsto et P oldings

23-lle aoute ue deuis ladsion de la Pologne  l aucune offe daitage valide na u te faite  la socit Slot et ue les investisseus ne euvent invoue des T inta- uisuils sont incomatiles avec le doit de lnion et ne sont lus ncessaies dans le mac uniue

24-a uliue de Pologne invoue un second moen ti de la violation de lode ulic intenational dans leuel elle soutient ou les mmes motifs ue ceu viss lus aut ue la sentence en mconnaissant la gle du doit de lnion imative et effectivement alicale  la cause dgage a lat C cma et ite a les ats C omsto et P odingsote atteinte  la concetion fanaise de lode ulic intenational fanais

25- lle conteste le fait allgu a la socit Slot et CC Paa selon leuel lannulation de la sentence affecteait son doit  ecous effectif du fait dune tendue escition ou des dfauts du sstme udiciaie olonais ui ne sont as ouvs

26- a uliue de Pologne soose enfin ou les mmes aisons  la tansmission des uestions udicielles ds los ue selon son analse aucune dcision de la C nest ncessaie ou ue la cou ende sa

dcision

27- n onse les socits Slot et CC Paa soutiennent  tite incial ue la Pologne est iecevale  se valoi de la uisudence cmaen faisant valoi ue la Pologne viole les incies et de manie gnale toute nome du doit de lnion euoenne

28 - lles aellent notamment ue a une dcision endue le 7 octoe 2021 le Tiunal constitutionnel olonais a ug ue les aticles 2 et 19 du T taient incomatiles avec la Constitution olonaise et ue a une dcision endue le 14 uillet 2021 il a ug ue les odonnances ovisoies endues a la C su la stuctue des uidictions olonaises taient incomatiles avec la Constitution olonaise

29- lles font oseve ue le 22 dceme 2021 la Commission euoenne a engag une ocdue dinfaction  lenconte de la uliue de Pologne en aison de gaves occuations elatives au Tiunal constitutionnel olonais et  sa uisudence cente sultant des dcisions endues a le Tiunal constitutionnel olonais et ue selon la Commission euoenne la uliue de Pologne au temes des dcisions du Tiunal constitutionnel  enfeint les incies gnau dautonomie de imaut deffectivit et dalication unifome du doit de lnion ainsi ue le caacte contaignant des ats de la Cou de ustice de lnion euoenne

30-Patant des constats ue la Pologne conside les incies de lnion euoenne contaies  ses incies constitutionnels et comme ne simosant as  elle elle soutient ue son comotement est contaie au incies de onne foi et decution de onne foi des conventions daitage constitutif dun aus de doit ui commande dcate la uisudence cite

31-Susidiaiement les socits Slot et CC Paa soutiennent ue les effets de la uisudence cma ne saliuent as ds los ue les incies du doit de lnion ne touvent as  saliue dans le Tait en cause ou tance le litige

32-lles soutiennent ue la Pologne su la ase dune convention daitage ui est valide a valalement consenti  laitage uelle ne eut lus conteste dans le cade de ce ecous

33- cet gad elles font valoi ue le contle de la comtence se fait dans le cade de la gle matielle du doit intenational de laitage cest--die de leamen de la commune intention des aties sans fence une loi tatiue ue la Pologne ne eut se soustaie  son engagement en invouant une tendue violation du doit fanais ou du doit olonais en tant uils incooaient le doit de lnion euoenne ds los ue le contle de la validit de la clause daitage contenue  laticle 8 du Tait se fait au egad de la gle matielle du doit intenational de laitage cest--die de leamen de la commune intention des aties sans fence une loi tatiue

34- lles contestent le contle de la validit de la clause daitage uisse seffectue au egad de la convention de ienne su le doit des Taits  lauelle la Fance nest as atie et dont les disositions fussent-elles alicales ne sont as incomatiles avec le sent T

35- Su le caacte non alicale de la uisudence cma elles tendent u la diffence laticle 8 du T conclu ente la uliue Tcue et les Pas as dans laffaie cma le tiunal aital devait tance le litige en considation du doit intene de ltat te de linvestissement ui inclut le doit de l nion euoenne ce ui nest as le cas en lesce le tiunal aital devait seulement aliue le T sans devoi aliue ou intete le doit olonais ou le doit de lunion euoenne de sote ue le isue identifi a la C dans laffaie cma neiste as et la uisudence nest as alicale  ce cas aticulie

36- Su le moen ti de la violation de lode ulic intenational elles font valoi ue ou les aisons voues - savoi ue la solution dgage dans cma nest as alicale  laticle 8 du T en cause- ue ce moen est mal fond

37- lles soulvent en oute ue lannulation de la sentence affecteait leu doit  un ocs uitale et  un ecous effectif consacs au aticles 6 et 13 de la CD et demandent  la cou deece un contle de ootionnalit ui simose au uges du fond

38- lles font valoi ue lannulation de la sentence les emettait dans la situation antieue en les ivant dune at de la ossiilit de saisi toute uidiction ou connate de la violation de ses oligations a la Pologne et daute at de la ossiilit dinvoue le nfice des incies fondamentau du doit de lnion devant les uidictions olonaises

39-  cet gad elles font emaue ue lus de 10 ans se sont couls deuis ladotion de la loi olonaise en 2009 aant donn lieu au faits litigieu et ue ltat efuse de gaanti au usticiale une otection uidictionnelle effective et le doit au ocs uitale viole le incie de la imaut du doit de lnion euoenne et entave la liet des uidictions olonaises de ose des uestions udicielles  la C

40- lles en tient comme consuence ue lannulation de la sentence consaceait un dni de ustice et entaineait des consuences disootionnes ui commandent de eete le ecous su le fondement de laticle 1520-5 du code de ocdue civile

41-  tite infiniment susidiaie si la cou etenait ue les conditions de lannulation sont emlies les dfendeesses demandent ue lannulation de la sentence ne soit as ononce sans ue la cou au alale ne saisisse la C de uestions udicielles telles unonces au oint 149 de leus conclusions

/ TFS D  DCS

Su le moen dannulation ti de ce ue le tiunal aital sest econnu  tot comtent aticle 1520-1 du code de ocdue civile

42- Selon laticle 1520 1 du code de ocdue civile le ecous en annulation est ouvet si le tiunal sest

dcla tot comtent ou incomtent

43- e uge de lannulation contle la dcision du tiunal aital su sa comtence uil se soit dcla
comtent ou incomtent en ececant tous les lments de doit ou de fait emettant dacie la ote
de la convention daitage l nen va as diffemment losue les aites sont saisis su le fondement dun
tait

Su liecevailit du moen su le fondement de laticle 1466 du code de ocdue et de lestoel

44- u temes de laticle 1466 du mme code la atie ui en connaissance de cause et sans motif lgitime
sastient dinvoue en tems utile une igulait devant le tiunal aital est ute avoi enonc sen
valoi

45- a ocdue daitage a t mene confomment au glement daitage de la Commission des ations
unies ou le doit commecial intenational CDCdont les disositions voient ue les aties ne euvent
lus se fonde su des oections uelles nont as fait valoi omtement

46- n oute la fin de non-ecevoi tie du incie selon leuel nul ne eut se contedie au dtiment dautui
sanctionne lattitude ocduale consistant ou une atie au cous dune mme instance adote des
ositions contaies ou incomatiles ente elles dans des conditions ui induisent en eeu son advesaie su
ses intentions

47- n lesce il essot de la sentence ue la Pologne a contest la comtence du tiunal aital ou
connate des demandes en faisant valoi lalication du doit de lnion uil imote eu ue les aguments
aient t vous dans la ocdue dannulation ou la emie fois un an as lintoduction de la ocdue
et 25 ans as la signatue du T ati du moment o lecetion dincomtence a t souleve au cous de
la ocdue aitale et uil nest as ossile dinduie de ce comotement une enonciation agi ou mme
une accetation de la comtence a la ecouante

48- l essot de ce ui cde ue la comtence aant t dattue devant les aites la Pologne ui na as
cang as de osition ocduale ou adote de osition contaies incomatiles de natue induie en eeu
les dfendeesses au ecous est ecevale souteni le moen dannulation tie de lincomtence du tiunal
aital devant le uge de lannulation

49- Cette fin de non-ecevoi sea en consuence eete

Su liecevailit de la uliue de Pologne au egad de la violation allgue des incies du doit dnion
euoenne

50- l est constant en lesce ue le tiunal aital sest dcla comtent su le fondement de laticle 8 du T
elatif au glement des diffends en matie dinvestissement ente une atie contactante et un investisseu
de laute atie contactante et ui disose ue:

l Tout diffend ui ouait suveni ente un investisseu dune atie contactante et une aute atie

contactante concenant des investissements effectus su le teitoie de cette aute atie contactante sea gl lamiale ente les aties au diffend

2 Si un diffend ente un investisseu dune atie contactante et une aute atie contactante nest as solu dans les si mois linvestisseu aua le doit de soumette le diffend :

a au Cente intenational ou le glement des diffends elatifs au investissements CD confomment au disositions de la Convention ou le glement des diffends elatifs au investissements ente un tat et linvestisseu dautes tats ouvete la signatue asington DC le 18 mas 1965 losue les deu aties contactantes deviennent aties cette convention ou

un aitage ou un tiunal aital intenational ad oc constitu confomment au g1ement daitage de la Commission des ations unies ou le doit commecial intenational CDC es aties au litige euvent a cit modifie le sent glement a sentence aitale est dnitive et lie les deu aties au diffend

51- Ceendant a at udiciel en date du 6 mas 2018 affaie C-284/16 -Sloaisce euli conte cma v- dit cma la C a dit ou doitue es aticles 267 et 344 TF doivent te intets en ce sens uils soosent une disosition contenue dans un accod intenational conclu ente les tats memes telle ue laticle 8 de laccod su lencouagement et la otection cioues des investissements ente le oaume des Pas-as et la uliue fdale tcue et slovaue au temes de lauelle un investisseu de lun de ces tats memes eut en cas de litige concenant des investissements dans laute tat meme intoduie une ocdue conte ce denie tat meme devant un tiunal aital dont cet tat meme sest olig accete la comtence

52- n dautes temes la Cou de ustice de lnion euoenne a ug incomatile avec le doit de lnion une clause de glement des diffends contenue dans un T conclu ente deu tats memes

53-a C a it cette solution a un at udiciel en date du 26 octoe 2021 dans laffaie C-109/20- eulien Polen conte P oldings en aelant notamment au oint 44 ue la Cou a ug ue les aticles 267 et 344 TF doivent te intets en ce sens uils soosent une disosition dun accod intenational conclu ente deu tats memes au temes de lauelle un investisseu de lun de ces tats memes eut en cas de litige concenant des investissements dans laute tat meme intoduie une ocdue conte ce denie tat meme devant un tiunal aital dont cet tat meme sest olig accete la comtence at du 6 mas 2018 cmea C-284/16 :C:2018:158 oint 60

54t au oint 45 de cette dcision la C cise ue n effet a la conclusion dun tel accod les tats memes aties celui-ci consentent soustaie la comtence de leus oes uidictions et atant au sstme de voies de ecous uidictionnel ue laticle 19 aagae 1 second alina T leu imose dtali dans les domaines couvets a le doit de lnion voi en ce sens at du 27 fvie 2018 ssociao Sindical dos ues Potugueses C-64/16 :C:2018:117 oint 34 des litiges ouvant ote su lalication ou lintetation de ce doit n tel accod est a consuent suscetile declue ue ces litiges soient tancs dune manie gaantissant la leine efficacit dudit doit voi en ce sens at du 2 seteme 2021 omsto C-741/19 :C:2021:655 oints 59 et 60 ainsi ue uisudence cite

55-a uasi-totalit des tats memes ont dailleus a la suite is acte de la dcision cma en signifiant a diffentes dclaations leu intention de dnonce les T eistant ente les tats memes Ces dclaations ont t suivies a la conclusion a 23 tats memes le 5 mai 2020 dun accod otant etinction des taits

ilatau dinvestissement ente tats memes de lnion

56 - insi laticle 4 aagae 1 de laccod otant etinction des taits ilatau dinvestissement ente tats memes de lnion euoenne  2020  169  1 nonce:

es aties contactantes confiment ue les clauses daitage ente un investisseu et un tat figuant dans un tait ilatal dinvestissement sont contaies au taits de lnion et uelles sont donc inalicales n aison de cette incomatiilit ente les clauses daitage et les taits de lnion  comte de la date  lauelle la denie des aties  un tait ilatal dinvestissement est devenue un tat meme de lnion euoenne  la clause daitage figuant dans un tel tait ilatal dinvestissement ne eut sevi de fondement uidiue une ocdue daitage

57- aticle 7 de cet accod disose galement ue :

osue les aties contactantes sont des aties  des taits dinvestissement ilatau su la ase desuels a t ouvete une ocdue daitage en cous ou une ocdue daitage nouvelle elles doivent :

a dans le cade dune cooation mutuelle et su la ase de la dclaation figuant  lannee C infome les tiunau daitage des consuences uidiues de lat du 6 mas 2018 cmea C-284/16 :C:2018:158 telles uelles sont dcites  laticle 4  et

losuelles sont aties  une ocdue udiciaie concenant une sentence aitale endue su la ase dun tait ilatal dinvestissement demande  la uidiction nationale comtente  comis dans tout as ties dannule ladite sentence aitale ou de sasteni de la econnate et de lecute selon le cas

58 - l essot de lensemle de ces lments ue le ecous eec a la Pologne ui ou les motifs aels lus aut na as enonc  conteste la comtence est confome au engagements is a la maoit des tats memes dans laccod otant etinction des taits ilatau dinvestissement ente tats memes de lnion euoenne de demande  la uidiction nationale dannule la sentence endue su une ase dun Tait ilatal dinvestissementde sote uil ne eut evti les caactistiues dun aus de doit ou te emeint de mauvaisefoi

59 - l ne eut se dduie de ce ecous en annulation uand ien mme son comotement vis--vis du doit de lnion lui a t eoc a les autoits comtentes de l nion euoenne uelle est anime a une intention de nuie ui lemceait de se valoi des effets attacs  la solution dgage dans lat cma

60-n effet  suose mme ue soient confimes les caences du sstme udiciaie de ltat olonais la Pologne avait loligation dagi ainsi comme la ug la C au oint 52 de la dcision P oldings en nonant uil dcoule tant de lat du 6 mas 2018 cmea C-284/16 :C:2018:158 ue des incies de imaut du doit de lnion et de cooation loale ue les tats memes non seulement ne euvent sengage soustaie au sstme uidictionnel de lnion les litiges suscetiles de ote su lalication et lintetation du doit de lnion mais galement ue ds los uun tel litige est ot devant un oganisme daitage en

vetu dun engagement contaie audit doit ils sont tenus de conteste devant cet oganisme daitage ou devant le uge comtent la validit de la clause daitage ou de la convention daitage ad oc en vetu de lauelle ledit oganisme a t saisi

61- n oute il naatient as  la sente Cou de tie unilatalement des consuences su les ocdues en cous engages a lnion euoenne conte la Pologne au tite du esect de ses engagements en tant utat meme tant ael ue le incie de confiance mutuelle ente uidictions des tats memes ui consiste ou les uges  accode confiance et esect des dcisions endues dans les autes tats memes doit valoi en lasence de dcisions contaies des autoits comtentes de lnion euoenne

62- l convient ds los de doute les socits dfendeesses de leu moen tendant  emce la uliue de Pologne de se valoi des dcisions de la C ou conside ue le tiunal aital sest  tot dcla comtent

63 -l convient en consuence deamine la comtence du tiunal aital  la lumie de la solution dgage a la C dans lat cma cit

64 - cet gad il convient de eleve uen lesce la clause figuant  laticle 8 du T de lesce est une clause de glement des diffnds figuant dans un tait dinvestissement ente deu tats memes la uliue de Pologne et la uliue Tcue u temes de cette clause un investisseu de lun des tats memes eut en cas de litige concenant des investissements dans laute tat meme intoduie une ocdue conte ce denie tat meme devant un tiunal aital dont cet tat meme sest olig  accete la comtencecomme ctait le cas dans laffaie aant donn lieu  lat du 6 mas 2018 cmea C-284/16

65-uand ien mme le tiunal aital uisse te amen  tance le diffend en alication du seul T alos ue dans laffaie cma le T voait ue le tiunal aital devait tance les diffends ui lui taient soumis en enant en considation le doit intene de ltat te de linvestissement ce ui incluait le doit de lnion euoenne le mcanisme de glement figuant  laticle 8 du T de lesce neclut as ue le tiunal aital uisse te amen  statue dans des litiges ouvant ote su lalication ou lintetation du doit de lnion

66- n effet il est tali et non contest dune at ue le glement daitage CDC auuel la ocdue est soumise et ui voit ue le tiunal aital aliue les gles de doit dsignes a les aties comme tant celles alicales au fond du litige  dfaut dune telle dsignation a les aties il aliue le doit uil uge aoi neclut as ue le doit de lnion uisse saliue ni ue le tiunal aital enne une dcision suscetile de ente en contait avec ce doit

67- Daute at il essot de la dcision cma confime a la dcision P oldings ue la C a statu en temes gnau su la contait au doit de l nion euoenne des clauses de glement des T ente tats memes sans faie de distinction selon ue la clause comote ou non un envoi au doit alicale

68- l n a donc as lieu de taite la situation de la sente cause diffemment de la solution dgage dans les affaies cma et P oldings dont il convient de aele ue la C a consid au oint 46 de cette denie

dcision ue la clause daitage ne ouvait lus sevi de ase  la ocdue daitage ds los uune telle clause tait de natue  emette en cause oute le incie de confiance mutuelle ente les tats memes la sevation du caacte oe du doit de lnion assue a la ocdue du envoi udiciel vue laticle 267 TF adite clause nest ds los as comatile avec le incie de cooation loale nonc laticle 4 aagae 3 emie alina T et ote atteinte  lautonomie du doit de lnion consace notamment  laticle 344 TF et ui a aout ue n oute ainsi ue le confime laticle 4 aagae 1 de laccod otant etinction des taits ilatau dinvestissement ente tats memes de lnion euoenne comte de la date dadsion de la uliue de Pologne  lnion le 1e mai 2004 laticle 9 du T ne ouvait lus sevi de fondement  une ocdue daitage ente un investisseu et cet tat meme

69- l convient en consuence de conside ue laticle 8 vu a le T de lesce ne eut fonde la comtence du tiunal aital uand ien mme la Pologne auait consenti au temes de laticle 8 du T  la ocdue daitage

70- n effet ce consentement soose au doit de lnion sans uil  ait lieu de tansmette les uestions udicielles sollicites ni au demeuant de statue su la validit de la convention daitage au egad de la Convention de ienne su le doit des taits ou de la volont commune des aties ui sont inoants ou la solution du litige

71- es dfendeesses ui allguent de manie ottiue la escition de leu action devant les uidicitions olonaises ne dmontent as ue lannulation de la sentence consaceait une situation de dni de ustice ni uelle affecteait indment leu doit  un ecous effectif

72-l convient en consuence ou ce motif ti de lincomtence dannule la sentence sans uil soit ncessaie de statue su laute moen

Su les fais et dens

73-l  a lieu de condamne les dfendeesses aties edantes au dens

74-n oute elles doivent te condamnes  vese  la uliue de Pologne ui a d eose des fais itiles ou faie valoi ses doits une indemnit au tite de laticle 700 du code de ocdue civile uil est uitale de fie  la somme gloale de 50000 euos

/ DSPSTF

Pa ces motifs la cou :

1-Dclae la uliue de Pologne ecevale  fome le ecous

2-eette la fin de non-ecevoi souleve a les socits Slot oue et CC Paa su le moen ti de lincomtence du tiunal aital

3- eette la demande de soumission des uestions udicielles fomules a les socits Slot oue et CC Paa

4- nnule la sentence aitale endue  Pais le 3 fvie 2020 sous lgide de la Cou emanente daitage PC n 2017-10

5- Condamne les socits Slot oue et CC Paa a vese a la uliue de Pologne la somme gloale de 50 000 euos au tite des disositions de laticle 700 du Code de ocdue civile

6- Condamne les socits Slot oue et CC Paa au enties dens


a geffie e Psident



 C