UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                  :
NEXTERA ENERGY GLOBAL HOLDINGS                                    :
B.V. and NEXTERA ENERGY SPAIN                                     :
HOLDINGS B.V.,                                                    :
                                                                  :
                              Petitioners,                        :
                                                                  :    Civil Action No. 19-cv-01618-TSC
              v.                                                  :
                                                                  :
KINGDOM OF SPAIN,                                                 :
                                                                  :
                              Respondent.                         :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

**CONSENT MOTION TO EXTEND TIME AND PAGE LIMIT
FOR PETITIONERS' REPLY BRIEF IN SUPPORT OF
<u>RENEWED AND SUPPLEMENTAL MOTIONS FOR SUMMARY JUDGMENT</u>**

Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. ("Petitioners") hereby move the Court, pursuant to Fed. R. Civ. P. 6(b), to extend their time to file a reply brief in support of their pending Renewed Motion for Summary Judgment (ECF No. 96, the "Renewed Motion") and Supplemental Motion for Summary Judgment (ECF No. 98, the "Supplemental Motion", and together with the Renewed Motion, the "Motions"), and to increase the page limit of those briefs. Respondent consents to the requested relief. In support of their request, Petitioners state as follows:

1. On December 12, 2024, Petitioners filed their Renewed Motion, renewing a motion for summary judgment already pending on this Court's docket from the time prior to Respondent's appeal in this action.

2. On December 18, 2024, Petitioners filed their Supplemental Motion, adding an additional claim for relief to that requested in their Renewed Motion pursuant to this Court's

precedent in *Valores Mundales, S.L. v. Bolivarian Republic of Venez.*, No. 1:19-cv-00046-ACR-RMM, 2023 WL 3453633, at *7 (D.D.C. May 15, 2023).

3. Following intervening motions practice, the Court entered a minute order requiring Respondent to file its opposition to Petitioners' Motions by February 14, 2025, and requiring Petitioners to file their reply by February 28, 2025. (Minute Order, Jan. 30, 2025.)

4. Respondent filed its Opposition to the Motions on February 14, 2025. (ECF Nos. 108, 109.) In support of its Opposition, Respondent filed a new expert declaration referencing 87 exhibits. (*See* ECF No. 109.)

5. On February 20, 2025, counsel for the European Commission contacted the parties to state that the EC would seek this Court's leave to file a brief *amicus curiae* in this matter early in the week of February 24, 2025, and inquired as to Petitioner's position on the proposed *amicus* brief. The EC's proposed filing promises to raise additional arguments and issues to which Petitioners will need to respond.

6. Given the volume of material to which Petitioners must respond in their reply to Respondent's opposition and in the response to any forthcoming EC *amicus* brief, and in order to create an efficient unified process for briefing all of these the issues, the parties have mutually agreed, subject to approval of the Court, as follows:

   a. Petitioners and Respondent consent to the EC's proposed filing of a brief *amicus curiae* on or before February 26, 2025.

   b. Petitioners shall file their reply brief in support of the Motions within two weeks from the date that the EC files its brief *amicus curiae*, extending the prior deadline for their reply ordered by the Court.

    c. Petitioners' reply brief shall not exceed 30 pages, extending the page limit under LCvR 7(e) by 5 pages.

    d. Petitioners' reply brief will address both Respondent's opposition to the Motions and the EC's proposed *amicus* brief.

7. The relief sought by this Consent Motion will not prejudice any party.

8. The parties expressly preserve all rights and defenses they may have in this action, and this agreed motion shall neither impair nor otherwise affect any such rights and defenses.

WHEREFORE, Petitioners respectfully request that this Court grant their consent motion and adopt the proposed order attached hereto.

Dated: February 21, 2025  
Washington, D.C.

Respectfully submitted,

/s/ Bradley A. Klein_____  
Bradley A. Klein  
D.C. Bar Number 973778  
John A.J. Barkmeyer  
D.C. Bar Number 1014956  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
1440 New York Avenue, N.W.  
Washington, DC  20005-2111  
(202) 371-7000  
bradley.klein@skadden.com  
john.barkmeyer@skadden.com

Timothy G. Nelson (appearing *pro hac vice*)  
New York Bar Number 3060175  
Amanda Raymond Kalantirsky (appearing *pro hac vice*)  
New York Bar Number 4812418  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Manhattan West  
New York, NY 10001  
(212) 735-3000  
(212) 735-2000 (fax)

3

timothy.g.nelson@skadden.com
amanda.raymond@skadden.com

David Herlihy SC (appearing *pro hac vice*)
New York Bar Number 4167920
A&O SHEARMAN (IRELAND) LLP
53 Merrion Square South
Suite 201
Dublin D02 PR63
IRELAND

*Attorneys for NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2025, I caused a true and correct copy of the foregoing Consent Motion to Extend Time and Page Limit Regarding Petitioners' Reply Brief in Support of Renewed and Supplemental Motions for Summary Judgment to be filed using the Court's Electronic Case Filing System ("ECF"). The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

/s/ Bradley A. Klein_____
Bradley A. Klein