UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V., | :<br>:<br>:<br>: |
| Petitioners, | : |
| | : Civil Action No. 19-cv-01618-TSC |
| v. | : |
| KINGDOM OF SPAIN | : |
| Respondent | : |

---

## [PROPOSED] ORDER

Upon consideration of the parties' Consent Motion to Extend Time and Page Limit for Petitioners' Reply Brief in Support of Renewed and Supplemental Motions for Summary Judgment (the "Consent Motion"), and for good cause shown, it is hereby ORDERED that the Consent Motion is GRANTED. It is further ORDERED that:

1. Petitioners' reply brief in support of their Renewed Motion for Summary Judgment (ECF No. 96) and Supplemental Motion for Summary Judgment (ECF No. 98) shall be filed on or before the date two weeks after the European Commission files its brief *amicus curiae* in this matter.

2. Petitioners' reply brief shall not exceed 30 pages and shall address points raised in the briefing of both Respondent and the European Commission.

//

//

SO ORDERED.

Dated:_____, 2025

                                                                         _____

                                                                              United States District Court