**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V., | ) ) ) ) |
| Petitioners, | ) ) ) |
| v. | ) Civil Action No. 1:19-cv-1618-TSC ) |
| KINGDOM OF SPAIN, | ) ) |
| Respondent. | ) ) ) |

**MOTION FOR LEAVE TO FILE A BRIEF ON BEHALF OF**
**THE EUROPEAN COMMISSION ON BEHALF OF THE EUROPEAN UNION**
**AS *AMICUS CURIAE* IN SUPPORT OF THE KINGDOM OF SPAIN**

Pursuant to LCvR 7(o), the European Commission ("the Commission") respectfully requests leave to file a brief on behalf of the European Union as *amicus curiae* in support of the Kingdom of Spain in the above-captioned case. Counsel for the Commission has met and conferred with counsel for the Parties regarding this motion. Both parties consent to the Commission's filing of an amicus brief on or before February 26, 2025, on the terms set forth in the parties' consent motion to extend time and page limit for Plaintiffs' reply brief in support of its motion for summary judgment, ECF No. 110, which the Court has granted, Minute Order (Feb. 25, 2025).

In support of its motion, the Commission states as follows:

1.    The Commission is an institution of the European Union (the "EU"), a treaty-based international organization composed of 27 Member States.[1]  The Commission is an independent institution and acts in the interests of the Union as a whole, not of individual Member States.

---

[1] These Member States are Austria, Belgium, Bulgaria, Croatia, Cyprus, the Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hungary, Ireland, Italy, Latvia, Lithuania, Luxembourg, Malta, the Netherlands, Poland, Portugal, Romania, Slovakia, Slovenia, Spain, and Sweden.

Known as the "Guardian of the Treaties," the Commission is responsible, inter alia, for ensuring the proper application of the EU treaties—including the Treaty on European Union ("TEU") and the Treaty on the Functioning of the European Union ("TFEU")—and of measures EU institutions adopt under those treaties. The Commission represents the EU in proceedings before the Court of Justice of the EU ("Court of Justice"), national and international courts (including the WTO dispute settlement bodies) and arbitration tribunals, and has special expertise in matters of EU law and public international law.

2.    The Commission is also responsible for representing the EU in third countries, including in judicial proceedings. In that capacity, the Commission seeks leave to submit an amicus brief on behalf of the EU. TFEU art. 17(1).

3.    The EU has a substantial interest in this case. Petitioners are entities formed under the laws of the Netherlands and hence are EU companies. They seek to enforce an arbitration award it obtained against Spain, an EU Member State, on the basis of the Energy Charter Treaty ("ECT"), a multilateral treaty negotiated and signed in the 1990s to govern the EU's external energy policy. The award is premised on a fundamental misinterpretation of the ECT and a disregard for EU law, which should have governed the dispute.

4.    On May 11, 2022, the Commission moved for leave to file a brief as amicus curiae in this action in support of Spain's motion to dismiss. ECF No. 65. The Court granted the Commission's motion. Minute Order (May 31, 2022).

5.    On February 15, 2023, the Court issued an order in which (among other things) it denied Spain's motion to dismiss and granted Petitioners' motion for a preliminary injunction. ECF No. 85. Spain appealed the Court's order to the D.C. Circuit.

6.      The D.C. Circuit consolidated this matter with two other related appeals, and issued an opinion in the three cases on August 16, 2024. *See NextEra Energy Global Holdings, B.V. v. Kingdom of Spain*, 112 F.4th 1088 (D.C. Cir. 2024). The mandate issued on December 10, 2024.

7.      The parties are now engaged in summary judgment briefing.

8.      The Commission now seeks leave to file a supplemental amicus brief, addressing the position of the European Union in light of relevant developments since the Commission's prior amicus brief in 2022—including the decision of the D.C. Circuit in the *NextEra Energy* appeals, further decisions of EU Member State courts relating to intra-EU arbitral awards, and a formal declaration by the EU and 26 EU Member States regarding the interpretation of Article 26 of the Energy Charter Treaty.

9.      The EU's position is not adequately presented by any party.  As the institution responsible for ensuring the proper application, interpretation, and administration of EU law, the Commission is uniquely situated to provide context for the CJEU's decisions, and to describe the consequences of the Court's disposition of this matter for the EU legal order.

10.     In addition, the Commission has a strong interest in ensuring that the Court's disposition of this case is based on a correct interpretation of EU law.  Here, too, as the EU institution that appears regularly before the Court of Justice and national courts (as well as in non-EU fora) in cases involving matters of EU law, the Commission has special expertise on the legal issues that this case implicates.  Accordingly, a brief by the Commission would significantly aid the Court in its disposition of this case.

11.     This Court and others in this District have granted the Commission leave to file amicus briefs in similar cases.  *E.g.*, Minute Order, *Cube Infrastructure Fund SICAV v. Kingdom of Spain*, Case No. 1:20-cv-1708 (D.D.C. Feb. 20, 2025) (AliKhan, J.) (granting motion for leave

to file supplemental amicus brief); *Infrastructure Services Luxembourg S.A.R.L. v. Kingdom of Spain*, Case No. 1:18-cv-1753 (D.D.C. Feb. 20, 2025) (AliKhan, J.) (same); Minute Order, *Novenergia II – Energy & Environment (SCA) v. Kingdom of Spain*, Case No. 1:18-cv-1148 (D.D.C. Sept. 23, 2019) (Chutkan, J.); *see also* Minute Order, *Eiser Infrastructure Limited v. Kingdom of Spain*, Case No. 1:18-cv-1686 (D.D.C. March 18, 2019) (Kollar-Kotelly, J.); Minute Order, *Masdar Solar & Wind Cooperatief U.A. v. Kingdom of Spain*, Case No. 1:18-cv-2254 (D.D.C. May 13, 2019) (Boasberg, J.); Minute Order, *CEF Energia B.V. v. Italian Republic*, 1:19-cv-3443 (D.D.C. Jan. 24, 2020) (Jackson, J.); Minute Order, *InfraRed Environmental Infrastructure GP Ltd. v. Kingdom of Spain*, Case No. 1:20-cv-817 (D.D.C. Mar. 4, 2021) (Bates, J.); Minute Order, *RREEF Infrastructure (G.P.) Limited v. Kingdom of Spain*, Case No. 1:19-cv-3783 (D.D.C. Dec. 29, 2020) (Nichols, J.); Minute Order, *Hydro Energy 1, S.A.R.L. v. Kingdom of Spain*, Case No. 1:21-v-2463 (D.D.C. April 12, 2022) (Leon, J.); Minute Order, *AES Solar Energy Cooperatief U.A. v. Kingdom of Spain*, Case No. 1:21-cv-3249 (D.D.C. May 23, 2022) (Leon, J.); Minute Order, *Infrastructure Services Luxembourg S.A.R.L. v. Kingdom of Spain*, Case No. 1:18-cv-1753 (D.D.C. Aug. 25, 2022) (Sullivan, J.); Minute Order, *RWE Renewables GMBH v. Kingdom of Spain*, Case No. 1:21-cv-3232 (D.D.C. Oct. 3, 2022) (Cobb, J.).

12.　　The Commission has also previously filed amicus briefs before other federal courts in cases implicating vital interests of the European Union.  *See, e.g.*, Br. for the European Commission, *United States v. Microsoft*, No. 17-2 (U.S.) (data privacy); Br. for European Commission on behalf of the European Union, *Kiobel v. Royal Dutch Petroleum Co.*, 569 U.S. 108 (2013); *Intel v. Advanced Micro Devices*, 542 U.S. 241 (2004) (antitrust).

13.　　Granting the Commission leave to file its *amicus* brief would not unduly delay the Court's ability to rule on any pending matter.  The Commission is seeking leave to file its amicus

brief on February 26, 2025, before the parties have completed their summary judgment briefing, and in accordance with the schedule that the Court has ordered.

14.    The proposed amicus brief and exhibit that the Commission requests the Court consider are attached as Exhibits 1-2.

15.    By submitting this motion, the Commission specifically reserves all of its rights and does not waive any of its defenses or its sovereign immunity.

For the foregoing reasons, the Commission respectfully requests that its motion for leave to file the proposed *amicus curiae* brief be granted. A proposed order is attached as Exhibit 3.

Dated: February 26, 2025                      Respectfully submitted,

                                              *s/ Sally L. Pei*
                                              Sally L. Pei (D.C. Bar No. 1030194)
                                              R. Stanton Jones (D.C. Bar No. 987088)
                                              ARNOLD & PORTER
                                                KAYE SCHOLER LLP
                                              601 Massachusetts Ave., NW
                                              Washington, DC  20001-3743
                                              T: (202) 942-5000
                                              F: (202) 942-5999
                                              sally.pei@arnoldporter.com
                                              stanton.jones@arnoldporter.com

                                              *Counsel for Amicus Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2025, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system.

*s/ Sally L. Pei*
Sally L. Pei