UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTERA ENERGY GLOBAL HOLDINGS B.V. and NEXTERA ENERGY SPAIN HOLDINGS B.V.,<br><br>　　　　　*Petitioners*,<br><br>　　v.<br><br>THE KINGDOM OF SPAIN,<br><br>　　　　　*Respondent*. | ) ) ) ) ) ) ) ) Civil Action No. 1:19-cv-01618-TSC ) ) ) ) ) ) |

**[PROPOSED] ORDER**

On consideration of the Motion of the European Commission for Leave to File a Supplemental Brief on Behalf of the European Union as *Amicus Curiae* in Support of the Kingdom of Spain, it is hereby ORDERED that the motion is GRANTED.


Date:_____          _____
                                                                HON. TANYA S. CHUTKAN