# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NextEra Energy Global Holdings B.V. and
NextEra Energy Spain Holdings B.V.,

         *Petitioners*,

v.

Kingdom of Spain,

         *Respondent*.

Civil Action No. 19-cv-01618-TSC

## THE KINGDOM OF SPAIN'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

The Kingdom of Spain submits this notice of supplemental authority in support of its opposition to Petitioner's renewed and supplemental motion for summary judgment. ECF No. 108. Earlier this month, a Dutch court ruled that Spain's payment of an arbitral award arising out of an Energy Charter Treaty (ECT) dispute without European Commission preapproval—similar to the award at issue here—would "constitute[] an unlawful state aid measure" "in violation of [] EU law." *Koninkrijk Spanje v. AES Solar Energy Coöperatief U.A.*, C/13/728512 / HA ZA 23-64, ECLI:NL:RBAMS:2025:732 (Rechtbank Amsterdam Feb. 5, 2025) (Neth.).

As noted in Spain's Memorandum of Law, Spain's expert, Dr. Steffen Hindelang, attached a preliminary translation of the recent Dutch opinion as Exhibit 84, and Spain promised to file a certified translation of the judgment once it was available. ECF No. 108 at 22–23 & fn.2; *see also* Suppl. Hindelang Decl. ¶ 37. A certified translation of the judgment is attached here as Exhibit 1.

Dated: February 27, 2025

            Respectfully submitted,

            /s/ Eamon P. Joyce

| | |
|---|---|
| Carter G. Phillips (D.C. Bar No. 264176) | Eamon P. Joyce (D.C. Bar No. 483127) |
| Peter A. Bruland (D.C. Bar No. 1600717) | Simon Navarro (*pro hac vice*) |
| Cody M. Akins (D.C. Bar No. 90012255) | Tyler J. Domino (D.C. Bar No. 1619758) |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 1501 K Street, NW | 787 Seventh Avenue |
| Washington, DC 20005 | New York, NY 10019 |
| Telephone: (202) 736-8000 | Telephone: (212) 839-8555 |
| Facsimile: (202) 736-8711 | Facsimile: (212) 839-5599 |
| cphillips@sidley.com | ejoyce@sidley.com |
| pbruland@sidley.com | snavarro@sidley.com |
| cakins@sidley.com | tdomino@sidley.com |

*Attorneys for Respondent Kingdom of Spain*