UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
NEXTERA ENERGY GLOBAL HOLDINGS :
B.V. and NEXTERA ENERGY SPAIN :
HOLDINGS B.V., :
:
         Petitioners, :
: Civil Action No. 19-cv-01618-TSC
    v. :
:
KINGDOM OF SPAIN, :
:
         Respondent :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF BRADLEY A. KLEIN

Pursuant to 28 U.S.C. § 1746, I, BRADLEY A. KLEIN, declare as follows:

1. I am an attorney admitted to practice law in this Court. I am a partner at Skadden, Arps, Slate, Meagher & Flom, LLP, and I represent Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. (collectively "NextEra") in this action.

2. I respectfully submit this Declaration in support of Petitioners' Renewed and Supplemental Motions for Summary Judgment, and to place before the Court the following Exhibit attached hereto for ease of reference in its consideration of Petitioners' Reply in support of those motions.

3. Attached hereto as **Exhibit 6** is a true and correct copy of the transcript of oral argument before the United States Court of Appeals for the D.C. Circuit in *NextEra Energy Global Holdings B.V. v. Kingdom of Spain*, No. 23-7031, on February 28, 2024.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this thirteenth day of March, 2025,
in Washington, D.C.

                                                 */s/ Bradley A. Klein*
                                                 Bradley A. Klein