# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---------------------------------- x
:
NEXTERA ENERGY GLOBAL HOLDINGS :
B.V. and NEXTERA ENERGY SPAIN :
HOLDINGS B.V., :
:
                                  Petitioners, :
: Civil Action No. 19-cv-01618-TSC
               v. :
:
KINGDOM OF SPAIN, :
:
                                  Respondent. :
:
---------------------------------- x

## REPLY STATEMENT OF MATERIAL FACTS IN SUPPORT OF PETITIONERS' RENEWED AND SUPPLEMENTAL MOTIONS FOR SUMMARY JUDGMENT

In accordance with Local Rule 7(h), Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. (collectively, "NextEra"), by and through their undersigned counsel, respectfully submit this Reply Statement of Material Facts in Support of NextEra's Renewed and Supplemental Motions for Summary Judgment (ECF Nos. 96, 98; collectively, the "Motion"). The below reply responds to Respondent's Response to Petitioners' Statement of Material Facts (ECF No. 108-1).

**18.**

**NextEra's Statement ¶ 18:**

The Decision on Annulment issued on March 18, 2022 by an ad hoc Annulment Committee of the International Centre for the Settlement of Investment Disputes awarded the following costs (the "Annulment Costs") in favor of NextEra and against Respondent the Kingdom of Spain ("Spain"):

    (a)    $3.5 million in attorneys' fees; and

      (b)    interest on the awarded attorneys' fees compounded at 0.234% monthly, beginning 30 days after the entry of the Decision on Annulment (i.e., April 17, 2022).

Decision on Annulment ¶ 533 (ECF No. 96-5 at 164).

**Spain's Response to ¶ 18:**

*Disputed with respect to paragraph 18(b). The annulment committee awarded interest "at the rate of 0.234% compounded monthly," not "compounded at 0.234% monthly." Annulment Decision ¶ 533(3) (Dkt. 68-60 at 147); see also Dkt. 96-5 at ECF 164.*

**NextEra's Reply on ¶ 18:**

The Decision on Annulment speaks for itself. *See* Decision on Annulment ¶ 533 (ECF No. 96-5 at 164). Spain's response does not dispute a fact material to the resolution of the Motion, as Spain admits. (*See* ECF No. 108 at 14-15 ("[H]ere, there are no factual disputes and the record is complete . . . .").)

*   *   *

Spain has raised no dispute concerning any other material fact at issue.

Dated: March 13, 2025　　　　Respectfully submitted,
Washington, D.C.

                          /s/ Bradley A. Klein_____
                          Bradley A. Klein
                          D.C. Bar Number 973778
                          John A.J. Barkmeyer
                          D.C. Bar Number 1014956
                          SKADDEN, ARPS, SLATE,
                            MEAGHER & FLOM LLP
                          1440 New York Avenue, N.W.
                          Washington, DC  20005-2111
                          (202) 371-7000
                          bradley.klein@skadden.com
                          john.barkmeyer@skadden.com

                          Timothy G. Nelson (appearing *pro hac vice*)
                          New York Bar Number 3060175
                          Amanda Raymond Kalantirsky (appearing *pro hac vice*)
                          New York Bar Number 4812418

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
(212) 735-2000 (fax)
timothy.g.nelson@skadden.com
amanda.raymond@skadden.com

David Herlihy SC (appearing *pro hac vice*)
New York Bar Number 4167920
A&O SHEARMAN (IRELAND) LLP
53 Merrion Square South
Suite 201
Dublin D02 PR63
IRELAND

*Attorneys for NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.*