# Exhibit 4

# UNCITRAL tribunal reportedly awards almost 30 million EUR to French government-controlled energy giant EDF in dispute under Energy Charter Treaty

*Published: Jul 03, 2023 | By: Erik Brouwer*

An UNCITRAL tribunal in [EDF Energies Nouvelles v. Spain](#) has reportedly issued its Award in the arbitration initiated by the French investor under the Energy Charter Treaty ("ECT"), awarding 29.6 million EUR to the claimant.

[According to the press](#), the tribunal rendered its Award in April 2023. The arbitration was governed by UNCITRAL Rules and administered by the PCA.

*IAReporter* previously learned that the arbitration tribunal was composed of [Alejandro Escobar](#) (chair), [Stanimir A. Alexandrov](#) (claimant's appointee) and [Raul E. Vinuesa](#) (respondent's appointee).

The claimant EDF is a state-controlled French energy company. In 2016, the company – apparently through it local subsidiary – initiated arbitration proceedings against Spain, taking part in a wave of arbitrations lodged by foreign investors following the latter's reform of its incentive scheme for the production of renewable energy (for more details on Spain's evolving framework on renewable energy incentives, see our previous reports; e.g. [here](#), [here](#) and [here](#).)

In their recent Award, the arbitrators reportedly found the state liable for certain breaches of the ECT, but they awarded only a portion of the overall damages sought by the claimant (around 55 million EUR, according to the press article). It is unclear whether the decision was unanimous, and if the tribunal was called to decide on the intra-EU objection that Spain has raised in analogous cases (see, for example, [here](#) and [here](#)).

The same article reports that the investor is now seeking to enforce the award in Switzerland, and that Spain has instructed a Swiss law firm to resist the enforcement.

We are seeking to retrieve a copy of the Award, and we will update our readers accordingly.

The claimant was represented in the arbitration by Shearman & Sterling and GBS Disputes.* According to the press, Spain relied on its government counsel at the Abogacía General del Estado, and it is assisted at the enforcement stage by MLL Meyerlustenberger Lachenal Froriep.

---

* Updated, July 6, 2023: We have updated this sentence to clarify that GBS Disputes was involved as claimant's counsel in the arbitration.