# Exhibit 8



(https://www.iareporter.com)

**Logout**
(https://www.iareporter.com
action=logout&_wpnonce=



🔍 Search IAReporter

Home (https://www.iareporter.com)
/ News (https://www.iareporter.com/news-and-analysis/)

# [UPDATED] AUSTRIAN INVESTORS ARE AWARDED DAMAGES IN ICSID/ECT OFFSHORE WIND DISPUTE WITH GERMANY

**Dec 19, 2024** | *By Lisa Bohmer*



Case(s) discussed in this article: Strabag, Erste Nordsee-Offshore Holding and Zweite Nordsee-Offshore Holding v. Germany (https://www.iareporter.com/arbitration-cases/strabag-erste-nordsee-offshore-holding-and-zweite-nordsee-offshore-holding-v-germany/)

An ICSID tribunal hearing the Strabag SE et al. v. Republic of Germany (https://www.iareporter.com/arbitration-cases/strabag-erste-nordsee-offshore-holding-and-zweite-nordsee-offshore-holding-v-germany/) arbitration has issued its Award, together with a Partial Dissenting Opinion by the respondent's appointee.

The tribunal of Veijo Heiskanen (http://www.iareporter.com/arbitrator/Heiskanen) (chair, appointed by the parties), Judith Gill (https://www.iareporter.com/arbitrator/Gill) (claimants' appointee) and Maria Chiara Malaguti (respondent's appointee) rendered these rulings on December 18, 2024.

Readers may recall (https://www.iareporter.com/articles/as-vattenfall-nuclear-case-sees-new-round-of-pleadings-germany-faces-another-energy-charter-treaty-arbitration-following-modification-of-renewables-incentives-regime/) that the Austrian claimants lodged this case in 2019, in relation to their investments in several offshore wind energy projects in the German North Sea and the development of related technology. In the arbitration, the claimants argued that Germany had breached the Energy Charter Treaty ("ECT") when the state adopted several regulatory changes from 2012 onwards. According to the claimants, these regulatory changes culminated in 2017, when Germany

introduced a public auction process for offshore wind producers – but only projects that were sufficiently advanced were allowed to take part in that bidding process. The claimants submitted that their projects were excluded from this auction process, leaving them no choice but to abandon their German offshore wind ventures.

In July 2020, the tribunal unanimously rejected (https://www.iareporter.com/articles/ect-tribunal-hearing-german-renewables-dispute-decides-that-claims-are-not-manifestly-without-legal-merit/) Germany's objection under 2006 ICSID Arbitration Rule 41(5), dismissing the state's argument that the claims were manifestly without legal merit due to the intra-EU nature of the dispute. A hearing on jurisdiction and the merits was held in September 2022.

The tribunal has now issued its Award in this dispute. While the outcome of the case remains undisclosed, the fact that Ms. Malaguti wrote a Partial Dissenting Opinion indicates that the tribunal most likely upheld jurisdiction, found at least some breaches of the ECT, and awarded an undisclosed amount of damages to the claimants.

(During the pendency of the arbitration, Germany denounced (https://www.iareporter.com/articles/france-and-germany-submit-notes-verbales-addressing-consequences-of-their-withdrawal-from-energy-charter-treaty/) the ECT and signed a declaration (https://www.iareporter.com/articles/eu-member-states-sign-declaration-and-initial-agreement-clarifying-that-ect-investor-state-arbitration-provisions-do-not-apply-in-intra-eu-context/) purporting to clarify that the treaty was never meant to apply in an intra-EU context.)

[**Updated, December 20, 2024**: In response to an inquiry from *IAReporter*, a representative of the German Federal Ministry for Economic Affairs and Climate Action ("BMWK") has now confirmed that: "In its arbitral award dated December 18, 2024, the arbitral tribunal in the proceedings between Strabag-SE, Erste Nordsee-Offshore Holding GmbH and Zweite Nordsee-Offshore Holding GmbH (Strabag), ICSID Case No. ARB/19/29, ordered the Federal Republic of Germany to pay damages."*

The spokesperson noted that the German government had asked the arbitration tribunal to dismiss the claim due to its intra-EU nature. However, according to the BMWK, the arbitration tribunal rejected this argument, and it ultimately ordered Germany to pay an undisclosed amount of damages. The BMWK added that the German government would "now closely examine the arbitration award, also with a view to further legal action".

The BMWK also noted that this "is the first time that the Federal Republic of Germany has been found liable in ICSID arbitration proceedings". The statement added that Germany's withdrawal from the ECT became effective in December 2023, but the treaty will continue to apply to pre-existing investments until 2043.]

In the arbitration, the claimants were represented by Freshfields Bruckhaus Deringer in Frankfurt and Vienna. Germany's government counsel was assisted by Noerr in Frankfurt.

We are seeking to learn more.

(Readers may recall that at least one other treaty arbitration stemming from the amendment of Germany's legal framework for offshore wind projects remains pending: the Mainstream Renewable Power et al. v. Germany (https://www.iareporter.com/arbitration-cases/mainstream-renewable-power-et-al-v-germany/) case, in which a hearing was held in September 2023 and the parties filed their costs submissions in March 2024.)

*The original statement was made in German. All translations were made by *IAReporter*.

## Email Alerts

Your Name

Email

☐ **I agree to IAReporter's Privacy Policy (https://www.iareporter.com/privacy-policy/) and to receive emails from IAReporter.**

Sign up now

## What we do

Investment Arbitration Reporter offers news & analysis of

international arbitrations between foreign investors and sovereign governments, as well as proprietary data and legal research tools.

The IAReporter database is used by the world's largest law firms, dozens of government agencies around the world, and more than 140 academic institutions.

Our service is renowned for its investigative focus: offering a window into otherwise confidential proceedings. We also offer timely and nuanced reports by our independent expert analysts on the very latest legal decisions and arbitral awards, as well an extensive, searchable dataset of more than 2000 cases, and a Topic Tool that allows you to research more than 2500 recurring topics.

Click here for more info        (/about-us/)



## Browse News By Theme

| Countries / Regions | ⌄ |
| --- | --- |

| Forums / Processes | ⌄ |
| --- | --- |

| Hot Topics | ⌄ |
| --- | --- |

| Industries | ⌄ |
| --- | --- |

| Major Treaties | ⌄ |
| --- | --- |

| Type of Article | ⌄ |
| --- | --- |

## Editor's Picks

(https://www.iareporter.com/articles/swiss-federal-tribunal-