# Exhibit 9

(https://www.iareporter.com) 

Logout (https://www.iareporter.com/?action=logout&_wpnonce=...)

🔍 Search IAReporter 

Home (https://www.iareporter.com)
/ News (https://www.iareporter.com/news-and-analysis/)

# SPAIN IS HELD LIABLE FOR ECT BREACH IN WIND FARM DISPUTE

**Nov 03, 2023** | *By Lisa Bohmer* 
Case(s) discussed in this article: Canepa v. Spain (https://www.iareporter.com/arbitration-cases/canepa-v-spain/)

A tribunal majority in the Canepa Green Energy Opportunities I and Canepa Green Energy Opportunities II v. Spain (https://www.iareporter.com/arbitration-cases/canepa-v-spain/) arbitration has upheld jurisdiction over most claims, found a breach of the Energy Charter Treaty (ECT) on the merits, and invited the parties to make further submissions on *quantum*.

The Decision on jurisdiction, admissibility, liability, and general directions with respect to *quantum* (Decision) was issued on October 30, 2023.

Readers may recall (https://www.iareporter.com/articles/spain-round-up-new-decisions-are-rendered-in-renewables-cases-and-yet-another-investor-claim-is-filed/) that the two Luxembourg-based claimants filed this claim in 2019, alleging that Spain had violated the ECT by modifying the renewable energy incentives scheme applicable to five wind farms in which they had invested (under the regime of RD 661).

The claims are being heard by a tribunal of Sean Murphy (https://www.iareporter.com/arbitrator/murphy) (chair), Peter Rees (http://www.iareporter.com/arbitrator/Rees) (claimants' appointee) and Silvina González Napolitano (respondent's appointee). Notably, Spain attempted twice to remove Mr. Rees from the tribunal, but without success (see here (https://www.iareporter.com/articles/analysis-in-newly-obtained-ruling-tribunal-considers-that-arbitrators-relationship-to-litigation-funder-must-be-disclosed-but-non-disclosure-does-not-by-

itself-warrant-disqualification/) and here (https://www.iareporter.com/articles/co-arbitrators-dismiss-second-challenge-to-peter-rees-in-spanish-renewables-case/)). In August 2020, a tribunal majority of Messrs. Murphy and Rees dismissed (https://www.iareporter.com/articles/majority-in-spanish-wind-farm-dispute-declines-bifurcation-request/) Spain's bifurcation request (Ms. González would have bifurcated the proceedings). Spain had raised six jurisdictional and admissibility objections, arguing that:

- The claimants had not made an ECT protected investment, having been incorporated in November and December of 2011, while the investment had allegedly been acquired through a share purchase agreement (SPA) signed earlier, in August of 2011; Spain also questioned whether the investment, if any, met the objective criteria of contribution, risk and duration;
- Piercing the corporate veil would reveal that the claimants were controlled by Spanish companies;
- The claimants had allegedly engaged in an abuse of process by acquiring interests in the wind farms when the dispute was already foreseeable;
- The respondent had validly denied the benefits of the ECT, in accordance with Article 17 of the ECT (DOB Objection);
- The tribunal lacked jurisdiction due to the intra-EU nature of the dispute; and
- The tribunal lacked jurisdiction over a 7% tax on the value of energy production implemented in 2012 (TVPEE) pursuant to the ECT's tax carve-out.

*IAReporter* has learned that, in the recent Decision, the tribunal upheld Spain's TVPEE objection but dismissed the state's remaining jurisdictional and admissibility arguments. Notably, only a tribunal majority of Messrs. Murphy and Rees dismissed the DOB Objection, finding that Spain had denied the benefits of the treaty in an untimely fashion. We understand that, in a Partial Dissenting Opinion, Mr. González noted that she would have upheld the DOB Objection and dismissed the case on this basis.

We have further confirmed that, on the merits, the same tribunal majority found that RD 661 had created a legitimate expectation that the claimants would receive fixed feed-in tariffs for a certain duration, meaning that Spain violated the ECT when adopting the 2013/2014 new renewable energy regime. We further understand that the tribunal made certain findings with respect to damages, notably holding that the claimants' October 2021 sale of the wind farms should be considered.

The parties have been directed to either agree on a *quantum* calculation along these lines or make additional *quantum* submissions before a final damages award can be issued.

In these proceedings, the claimants are represented by Allen & Overy in Madrid, while Spain relies on government counsel from its Abogacía General del Estado.

## Email Alerts

Your Name

Email

☐ **I agree to IAReporter's Privacy Policy (https://www.iareporter.com/privacy-policy/) and to receive emails from IAReporter.**

Sign up now

## What we do

Investment Arbitration Reporter offers news & analysis of international arbitrations between foreign investors and sovereign governments, as well as proprietary data and legal research tools.

The IAReporter database is used by the world's largest law firms, dozens of government agencies around the world, and more than 140 academic institutions.

Our service is renowned for its investigative focus: offering a window into otherwise confidential proceedings. We also offer timely and nuanced reports by our independent expert analysts on the very latest legal decisions and arbitral awards, as well an extensive, searchable dataset of more than 2000 cases, and a Topic Tool that allows you to research more than 2500 recurring topics.

Click here for more info        (/about-us/)

## Browse News By Theme

Countries / Regions

Forums / Processes

Hot Topics

Industries

Major Treaties

Type of Article

## Editor's Picks

**Swiss Federal Tribunal upholds award that declined jurisdiction over dual national's claim against Venezuela**

(https://www.iareporter.com/articles/swiss-federal-tribunal-upholds-award-that-declined-jurisdiction-over-dual-nationals-claim-against-venezuela/)

**Oil & gas majors obtain interim relief in arbitration against the Netherlands**

(https://www.iareporter.com/articles/oil-gas-majors-obtain-interim-relief-in-arbitration-against-the-netherlands/)

**We Recommend:**



 (https://www.iareporter.com)

(http://www.italaw.com/)

Home (https://iareporter.com/)
News and Analysis (https://www.iareporter.com/news-and-analysis/)
Arbitrator Profiles (https://www.iareporter.com/arbitrator-profiles-directory/)
Subscription Information (https://www.iareporter.com/subscription-information/)
About Us (https://www.iareporter.com/about-us/)
Privacy Policy (https://www.iareporter.com/privacy-policy/)
Terms and Conditions (https://www.iareporter.com/terms-and-conditions/)
Follow on LinkedIn (https://linkedin.com/company/iareporter)