# Exhibit 11

Spain is hit with one of biggest renewable energy awards yet against the State | Investment Arbitration Reporter (https://www.iareporter.com)



Logout (https://www.iareporter.com/?action=logout&_wpnonce=...)

Search IAReporter

Home (https://www.iareporter.com)
/ News (https://www.iareporter.com/news-and-analysis/)

# SPAIN IS HIT WITH ONE OF BIGGEST RENEWABLE ENERGY AWARDS YET AGAINST THE STATE

Jan 19, 2024 | *By Lisa Bohmer*

Case(s) discussed in this article: E.ON v. Spain (https://www.iareporter.com/arbitration-cases/e-on-v-spain/)



*IAReporter* has learned that the E.ON SE et al. v. Spain (https://www.iareporter.com/arbitration-cases/e-on-v-spain/) ICSID arbitration has concluded, with the tribunal awarding one of the largest sums that has so far been granted in a renewable energy arbitration against Spain.*

The tribunal of Mark A. Kantor (http://www.iareporter.com/arbitrator/Kantor) (chair, appointed by the parties), Andrés Jana Linetzky (https://www.iareporter.com/arbitrator/Jana) (appointed by the claimants following the passing of Francisco Orrego Vicuña (https://www.iareporter.com/arbitrator/orrego-vicuna)) and Laurence Boisson de Chazournes (http://www.iareporter.com/arbitrator/Boisson-de-Chazournes) (respondent's appointee) issued the Award on January 18, 2024.

Readers may recall (https://www.iareporter.com/articles/more-repeat-arbitrators-continue-to-emerge-as-tribunals-are-finalized-in-four-more-icsid-cases-against-spain/) that the three claimants, all affiliates of the German electric utility company E.ON, launched this arbitration in 2015, alleging that Spain had breached the Energy Charter Treaty in relation to their investments in the state's renewable energy sector. While little information has surfaced regarding this long-pending arbitration, in 2017, local news reports (https://elperiodicodelaenergia.com/los-

3/13/25, 2:24 PM    Spain is hit with one of biggest renewable energy awards yet against the state | Investment Arbitration Reporter

Case 1:19-cv-01618-TSC    Document 113-15    Filed 03/13/25    Page 3 of 6

inversores-internacionales-reclaman-7-566-millones-a-espana-por-el-hachazo-a-las-renovables/) alleged that in a response to a parliamentary question, the government had disclosed that E.ON was seeking approximately 324.7 million EUR in damages.

On June 23, 2022, the tribunal issued an unpublished Decision on Jurisdiction, Liability, and Principles of Quantum, in which we understand the tribunal held Spain liable for breaches of the fair and equitable treatment standard. The case proceeded to a *quantum* phase, which culminated in yesterday's Award.

While the precise amount of damages awarded to E.ON remains undisclosed, we have confirmed that the damages are in the hundreds of millions of euros, amount to around 95% of the damages requested in the *quantum* phase (plus pre-award interest), and that this is one of the largest renewable energy arbitration awards yet issued against Spain. (Readers may recall that the record thus far was set by the tribunal in NextEra v. Spain (https://www.iareporter.com/arbitration-cases/nextera-v-spain/), which in 2019 awarded (https://www.iareporter.com/articles/spain-suffers-its-biggest-solar-power-loss-yet-as-nextera-tribunal-awards-compensation-of-290-million/) 290.6 million EUR to the Dutch claimants in that case.)

In response to a request from *IAReporter*, E.ON provided the following statement: "E.ON welcomes the ICSID tribunal's decision. It strengthens the trust for reliable investments in renewable energy projects internationally."

In the E.ON arbitration, the claimants were represented by Luther Rechtsanwaltsgesellschaft in Hamburg. Spain relied on government counsel from its Abogacía General del Estado.

We are seeking to learn more.

*After publishing this article, we learned that there is some lack of clarity as to whether or not this is the largest award issued against Spain in any renewable energy arbitration. Pending the release of the exact numbers, we have updated this article with the undebated statement that this is one of the largest awards yet issued against the state.

## Email Alerts

3/13/25, 2:24 PM	Spain is hit with one of biggest renewable energy awards yet against the state | Investment Arbitration Reporter

Case 1:19-cv-01618-TSC     Document 113-15     Filed 03/13/25     Page 4 of 6

Your Name

Email

☐ I agree to IAReporter's Privacy Policy (https://www.iareporter.com/privacy-policy/) and to receive emails from IAReporter.

Sign up now

## What we do

Investment Arbitration Reporter offers news & analysis of international arbitrations between foreign investors and sovereign governments, as well as proprietary data and legal research tools.

The IAReporter database is used by the world's largest law firms, dozens of government agencies around the world, and more than 140 academic institutions.

Our service is renowned for its investigative focus: offering a window into otherwise confidential proceedings. We also offer timely and nuanced reports by our independent expert analysts on the very latest legal decisions and arbitral awards, as well an extensive, searchable dataset of more than 2000 cases, and a Topic Tool that allows you to research more than 2500 recurring topics.

Click here for more info           (/about-us/)

## Browse News By Theme

Countries / Regions            ⌄

Forums / Processes             ⌄

3/13/25, 2:24 PM   Spain is hit with one of biggest renewable energy awards yet against the state | Investment Arbitration Reporter

Case 1:19-cv-01618-TSC    Document 113-15    Filed 03/13/25    Page 5 of 6

| Hot Topics |
| Industries |
| Major Treaties |
| Type of Article |

## Editor's Picks

**Swiss Federal Tribunal upholds award that declined jurisdiction over dual national's claim against Venezuela** (https://www.iareporter.com/articles/swiss-federal-tribunal-upholds-award-that-declined-jurisdiction-over-dual-nationals-claim-against-venezuela/)

**Oil & gas majors obtain interim relief in arbitration against the Netherlands** (https://www.iareporter.com/articles/oil-gas-majors-obtain-interim-relief-in-arbitration-against-the-netherlands/)

## We Recommend:



(http://www.italaw.com/)

3/13/25, 2:24 PM Spain is hit with one of biggest renewable energy awards yet against the state | Investment Arbitration Reporter

Case 1:19-cv-01618-TSC    Document 113-15    Filed 03/13/25    Page 6 of 6

 (https://www.iareporter.com)

Home (https://iareporter.com/)
News and Analysis (https://www.iareporter.com/news-and-analysis/)
Arbitrator Profiles (https://www.iareporter.com/arbitrator-profiles-directory/)
Subscription Information (https://www.iareporter.com/subscription-information/)
About Us (https://www.iareporter.com/about-us/)
Privacy Policy (https://www.iareporter.com/privacy-policy/)
Terms and Conditions (https://www.iareporter.com/terms-and-conditions/)
Follow on LinkedIn (https://linkedin.com/company/iareporter)