# Exhibit 20

3/13/25, 2:23 PM
ICSID Tribunal Dismisses BIT Claim against Croatia in golf course dispute | Investment Arbitration Reporter

Case 1:19-cv-01618-TSC   Document 113-24   Filed 03/13/25   Page 2 of 4



(https://www.iareporter.com)

**Logout**
(https://www.iareporter.com
action=logout&_wpnonce=

🔍 Search IAReporter 

Home (https://www.iareporter.com)
/ News (https://www.iareporter.com/news-and-analysis/)

# ICSID TRIBUNAL DISMISSES BIT CLAIM AGAINST CROATIA IN GOLF COURSE DISPUTE

**May 24, 2023** | *By Hristina Todorovic*



Case(s) discussed in this article: Elitech and Razvoj Golf v. Croatia (https://www.iareporter.com/arbitration-cases/elitech-and-razvoj-golf-v-croatia/)

Croatia has prevailed in the intra-EU Elitech and Razvoj Golf v. Croatia (https://www.iareporter.com/arbitration-cases/elitech-and-razvoj-golf-v-croatia/) arbitration, with the tribunal dismissing all claims on the merits.

Per the ICSID website, the tribunal of Gabrielle Kaufmann-Kohler (https://www.iareporter.com/arbitrator/Kaufmann-Kohler) (chair), John Y. Gotanda (https://www.iareporter.com/arbitrator/Gotanda) (claimants' nominee) and Brigitte Stern (file:///Users/hristinatodorovic/Downloads/Brigitte%20Stern) (respondent's nominee) rendered its Award on May 23, 2023.

*IAReporter* has learned that the in the Award, tribunal upheld jurisdiction over the dispute, notably rejecting Croatia's intra-EU objection. We understand, however, that the tribunal unanimously dismissed the case on the merits, finding no breach of the invoked Croatia – Netherlands bilateral investment treaty (BIT).

The outcome of the arbitration was announced (https://dorh.hr/hr/priopcenja/medunarodni-centar-za-rjesavanje-ulagackih-sporova-u-cijelosti-odbio-tuzitelja-sa) today by the SAO. The SAO specifies that the tribunal saw no breach of the claimants' legitimate expectations or violations of the BIT's provisions on non-discrimination, umbrella treatment, and expropriation.

As previously reported (https://www.iareporter.com/articles/balkans-round-up-new-disputes-for-albania-and-croatia-updates-on-other-pending-investor-state-arbitrations-in-the-region/), the dispute concerns the Razvoj Golf Course project, a golf resort development with luxury apartments and a hotel on Mount Srđ in the City of Dubrovnik. In 2006, the City of Dubrovnik granted the claimants a 30-year concession. However, the project has since encountered a number of difficulties, including 85% opposition in a (non-binding) local referendum held in 2013 and the subsequent revocation of the project's environmental permit by the Split Administrative Court in 2016. Ultimately, in 2020, while the ICSID proceedings were ongoing, the City of Dubrovnik cancelled (https://www.portalnovosti.com/golf-izvisio-na-srdju) the concession agreement.

The SAO announcement sheds light on the claimants' argument in the arbitration. Namely, the claimants contended that their investments in the Razvoj Golf Course project had included land acquisition and procurement of the necessary permits. According to the SAO, the claimants argued that Croatia's measures had resulted in the devaluation of the entire project and its related assets, including a significant loss in the value of the land. On this basis, the SAO adds, the claimants had argued unlawful expropriation under Article 6 of the Croatia – Netherlands BIT. We understand that the claimant was asking for approximately 300 million EUR in compensation.

Readers may recall (https://www.iareporter.com/articles/israeli-real-estate-developer-lodges-treaty-based-claim-against-croatia/) that the same project gave rise to another ICSID claim, by an Israeli entrepreneur and a major investor in the Razvoj Golf Course, Ahron G. Frenkel. The Ahron Frenkel v. Croatia (https://www.iareporter.com/arbitration-cases/ahron-frenkel-v-croatia/) arbitration is still pending – with the tribunal hearing that case in late 2022 reportedly rejecting (https://www.iareporter.com/articles/icsid-tribunal-hearing-croatian-golf-course-dispute-reportedly-rejects-provisional-measures-request/) the claimant's provisional measures request.

In both ICSID arbitrations, the claimants were/are represented by Freshfields Bruckhaus Deringer in Paris and Vienna, while Croatia relied/relies on Latham & Watkins in Hamburg and London.

Notably, the Award in Elitech and Razvoj Golf v. Croatia was issued mere days after Croatia received a favourable award in another ICSID case, (https://www.iareporter.com/articles/croatia-claims-victory-in-bit-

arbitration-over-real-estate-dispute/) Marko Mihaljevic v. Croatia
(https://www.iareporter.com/arbitration-cases/marko-mihaljevic-v-
croatia/).

## Email Alerts

Your Name

Email

☐ **I agree to IAReporter's Privacy Policy
(https://www.iareporter.com/privacy-policy/) and to receive emails
from IAReporter.**

Sign up now

## What we do

Investment Arbitration Reporter offers news & analysis of
international arbitrations between foreign investors and sovereign
governments, as well as proprietary data and legal research tools.

The IAReporter database is used by the world's largest law firms,
dozens of government agencies around the world, and more than
140 academic institutions.

Our service is renowned for its investigative focus: offering a window
into otherwise confidential proceedings. We also offer timely and
nuanced reports by our independent expert analysts on the very
latest legal decisions and arbitral awards, as well an extensive,
searchable dataset of more than 2000 cases, and a Topic Tool that
allows you to research more than 2500 recurring topics.

Click here for more info        (/about-us/)