# Exhibit 22



**Logout (https://www.iareporter.com/?action=logout&_wpnonce=...**

  Search IAReporter

Home (https://www.iareporter.com)
/ News (https://www.iareporter.com/news-and-analysis/)

# ICSID AD HOC COMMITTEE REPORTEDLY DISMISSES SPAIN'S REQUEST FOR ANNULMENT OF SOLAR ENERGY AWARD

**Oct 01, 2024** | *By Lisa Bohmer*



Case(s) discussed in this article: STEAG v. Spain (https://www.iareporter.com/arbitration-cases/steag-v-spain/), DCM Energy v. Spain (https://www.iareporter.com/arbitration-cases/dcm-energy-v-spain/)

An ICSID *ad hoc* committee hearing Spain's request to annul a 2020 award issued in STEAG GmbH v. Kingdom of Spain (https://www.iareporter.com/arbitration-cases/steag-v-spain/) has reportedly dismissed the State's annulment bid.

The committee of Eva Kalnina (https://www.iareporter.com/arbitrator/Kalnina) (chair), Milton Estuardo Argueta Pinto, and Ricardo Vásquez Urra issued its Decision on Annulment on September 30, 2024.

Readers may recall that Spain was seeking to annul an October 8, 2020 award (https://www.iareporter.com/articles/analysis-tribunal-majority-in-steag-v-spain-reads-investment-pre-registration-requirement-as-incorporating-a-specific-commitment-but-sees-contributory-fault-by-the-investor-dissenter-considers-tha/#topic-shortcode-S22338), in which a tribunal of Eduardo Zuleta (http://www.iareporter.com/arbitrator/Zuleta) (chair), Guido Santiago Tawil (http://www.iareporter.com/arbitrator/Tawil) (claimant's nominee) and Pierre-Marie Dupuy (http://www.iareporter.com/arbitrator/Dupuy) (respondent's nominee) upheld jurisdiction over this intra-EU dispute (except with respect to tax-related measures), and a tribunal majority of Messrs. Zuleta and Tawil found a breach of the Energy Charter Treaty in

3/13/25, 2:22 PM ICSID ad hoc committee reportedly dismisses Spain's request for annulment of solar energy award | Investment Arbitration Reporter

Case 1:19-cv-01618-TSC    Document 113-26    Filed 03/13/25    Page 3 of 4

Spain's modifications of its incentives regime applicable to the German claimant's investment in a Spanish concentrated solar power plant. The majority awarded damages (https://www.iareporter.com/articles/analysis-steag-v-spain-tribunal-applies-discounts-for-taxation-measure-gas-produced-energy-contributory-fault-reduction-in-lifespan-and-sale-of-investment-reaching-a-damages-figure-of-27-7-mil/) of approximately 27.7 million EUR, plus interest and some costs.

Mr. Dupuy wrote a dissenting opinion, arguing that the claimant had narrower legitimate expectations than those identified by the tribunal majority. (Mr. Dupuy is also sitting on the DCM Energy et al. v. Spain (https://www.iareporter.com/arbitration-cases/dcm-energy-v-spain/) tribunal, which issued a decision on jurisdiction, liability and *quantum* principles on September 30, 2024. While the content of that decision remains undisclosed, Mr. Dupuy also wrote a dissenting opinion in that case.)

Spain filed for annulment (https://www.iareporter.com/articles/spain-files-for-annulment-of-solar-power-award/), and the committee decided (https://www.iareporter.com/articles/icsid-ad-hoc-committee-continues-stay-of-enforcement-of-steag-v-spain-award-on-the-condition-that-the-state-furnishes-partial-financial-security/) that the award's stay of enforcement would be continued on the condition that Spain furnish a security corresponding to 50% of the award's value. While it remains unclear if Spain complied with that condition, on November 18, 2022, the committee issued a decision concerning the termination of the award's stay of enforcement.

A hearing on annulment was held in April 2023, and the committee issued its Decision on Annulment yesterday. According to several Spanish press reports (see, e.g., here (https://www.libremercado.com/2024-10-01/la-alemana-steag-vence-a-espana-debera-ser-indemnizada-por-los-impagos-de-sanchez-a-las-renovables-7169456/) and here (https://www.larazon.es/economia/condena-internacional-firme-espana-recorte-primas-renovables_2024100166fc2159b3741e0001fb9c33.html)), the committee dismissed Spain's annulment application.

In the annulment proceedings, the claimant was represented by Clifford Chance in Madrid, while Spain relied on its Abogacía General del Estado.

We are seeking to learn more.

3/13/25, 2:22 PM ICSID ad hoc committee reportedly dismisses Spain's request for annulment of solar energy award | Investment Arbitration Reporter

Case 1:19-cv-01618-TSC    Document 113-26    Filed 03/13/25    Page 4 of 4

## Email Alerts

Your Name

Email

☐ I agree to IAReporter's Privacy Policy (https://www.iareporter.com/privacy-policy/) and to receive emails from IAReporter.

Sign up now

## What we do

Investment Arbitration Reporter offers news & analysis of international arbitrations between foreign investors and sovereign governments, as well as proprietary data and legal research tools.

The IAReporter database is used by the world's largest law firms, dozens of government agencies around the world, and more than 140 academic institutions.

Our service is renowned for its investigative focus: offering a window into otherwise confidential proceedings. We also offer timely and nuanced reports by our independent expert analysts on the very latest legal decisions and arbitral awards, as well an extensive, searchable dataset of more than 2000 cases, and a Topic Tool that allows you to research more than 2500 recurring topics.

Click here for more info (/about-us/)

## Browse News By Theme

Countries / Regions