**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NextEra Energy Global Holdings B.V. and
NextEra Energy Spain Holdings B.V.,

                *Petitioners*,

    v.

Kingdom of Spain,

                *Respondent*.

Civil Action No. 19-cv-01618-TSC

## THE KINGDOM OF SPAIN'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

The European Commission (the "Commission") recently issued a decision in a related dispute regarding a materially identical ICSID arbitration award, which had ordered Spain to pay compensation to intra-European Union investors based on the change in its renewable energy investments scheme.  *See Commission Decision on the measure State aid SA.54155 (2021/NN) implemented by Spain – Arbitration award to Antin* (March 24, 2025) (the "*Antin* Decision"), attached as Exhibit A.  The Commission's ruling confirms that Petitioners' motion for summary judgment should be denied and its petition dismissed.

First, the *Antin* Decision reconfirms that "Spain never made any offer to arbitrate" with "investors of other Member States" through the Energy Charter Treaty ("ECT"), and thus there was "no agreement to arbitrate" between NextEra and Spain.  *Id.* ¶ 262.  The Commission explained that "intra-EU investor-State arbitration mechanisms arising from . . . the ECT are contrary to EU law," *id.* ¶ 8, that "an arbitral award delivered in proceedings between a Member State and an investor from another Member State . . . is incompatible with EU law" and "cannot therefore have any effect [or] be enforced," *id.* ¶ 11, and that "the arbitration clause provided in the ECT does not apply – *and has never applied* – to relations between an EU investor and another

Member State," *id.* ¶ 15 (emphasis added). This Court, which must answer the threshold question of whether there was an agreement to arbitrate in the first place, *see* Opp. at 17 (ECF No. 108), should defer to longstanding EU law interpreting a treaty to which the United States is not a party. In doing so, it should find that there was never an agreement to arbitrate between NextEra and Spain.

Second, the *Antin* Decision also confirms that NextEra's ICSID award (which is identical to the *Antin* award in all material respects) and its implementation (including enforcement in non-EU countries) is unlawful state aid because, like the *Antin* award, it infringes on "the autonomy of the EU legal order" and thus is "incompatible with the [EU] internal market." *Antin* Decision ¶¶ 236, 247, 253, 278; *see also id.* ¶ 185 ("[T]he Commission concludes that the Award, and in any event the implementation, payment, or execution of the Award, constitutes [unlawful] State aid [under EU law]."). And because the *Antin* award is unlawful state aid, the Commission ordered Spain to "ensure that no payment, implementation or execution of the Award is otherwise effected." *Antin* Decision ¶ 284; *see also id.* at p.57 ("The Kingdom of Spain shall not pay out any of the aid" and "shall also take all appropriate measures to prevent [award holders] . . . from seeking recognition, enforcement and execution of the award, whether in Member States of the European Union or in third countries."). The same is true of the NextEra award and any purported implementation. As Spain explained, the arbitrators had no power to award state aid and exceeded their authority in purporting to do so. *See* Opp. at 22.

Dated:  March 31, 2025

Respectfully submitted,

/s/ Eamon P. Joyce

| | |
|---|---|
| Carter G. Phillips (D.C. Bar No. 264176) | Eamon P. Joyce (D.C. Bar No. 483127) |
| Peter A. Bruland (D.C. Bar No. 1600717) | Simon Navarro (*pro hac vice*) |
| Cody M. Akins (D.C. Bar No. 90012255) | Tyler J. Domino (D.C. Bar No. 1619758) |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 1501 K Street, NW | 787 Seventh Avenue |
| Washington, DC 20005 | New York, NY 10019 |
| Telephone: (202) 736-8000 | Telephone: (212) 839-8555 |
| Facsimile: (202) 736-8711 | Facsimile: (212) 839-5599 |
| cphillips@sidley.com | ejoyce@sidley.com |
| pbruland@sidley.com | snavarro@sidley.com |
| cakins@sidley.com | tdomino@sidley.com |

*Attorneys for Respondent Kingdom of Spain*