# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
NEXTERA ENERGY GLOBAL HOLDINGS : 
B.V. and NEXTERA ENERGY SPAIN : 
HOLDINGS B.V., :
:
                             Petitioners, :
:    Civil Action No. 19-cv-01618-TSC
                      v. :
:
KINGDOM OF SPAIN, :
:
                       Respondent. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PETITIONERS' NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO PETITIONERS' RENEWED AND SUPPLEMENTAL MOTIONS FOR SUMMARY JUDGMENT

Petitioners NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. (collectively, "NextEra") respectfully direct the Court to Judge Bates's recent decision in an analogous action against Respondent Kingdom of Spain ("Spain") granting an ICSID award enforcement petition (and denying Spain's motion for summary judgment) in *Blasket Renewable Investments LLC (formerly InfraRed Environmental Infrastructure GP Ltd. et al.) v. Kingdom of Spain*, No. 1:20-cv-00817-JDB, ECF Nos. 83, 85 (D.D.C. Aug. 13, 2025) ("*Blasket/InfraRed*") (Opinion attached at Exhibit 1).[1]

*Blasket/InfraRed* presents a similar posture to this case—as well as the two cases covered in the Notice of Supplemental Authorities submitted by NextEra yesterday, August 13, 2025, *see*

---

[1]    The entity Blasket Renewable Investments LLC is now petitioner in a number of claims in this District.  For convenience, the action before Judge Bates is referred to as "*Blasket/InfraRed*," reflecting the name of one of the original award holders.

ECF No. 116. *Blasket/InfraRed* involves an award of EUR 28.2m issued by an ICSID Tribunal against Spain, for violations of the Energy Charter Treaty. The award was originally rendered in favor of United Kingdom companies that invested in the renewables sector.[2] In that case, as here, Spain asserted that this represented an "intra-EU" dispute that was incapable of being arbitrated, and thus argued that the award should be denied full faith and credit and/or denied enforcement based upon the so-called "foreign sovereign compulsion" doctrine. *See, e.g., Blasket/InfraRed*, ECF No. 83, at 2; *see also* ECF No. 108 at 15–25.

Like Judges Nichols and AliKhan, *see* ECF No. 116, Judge Bates rejected each of these defenses for reasons directly applicable to the instant case. *See Blasket/InfraRed*, ECF No. 83, at 9–15 (rejecting full faith and credit argument); 15–20 (rejecting foreign sovereign compulsion argument). Correspondingly, His Honor granted Petitioner's motion for summary judgment, denied Spain's competing motion, and directed the parties to submit a proposed final judgment in Petitioner's favor. *Blasket/InfraRed,* ECF No. 85.

NextEra thus respectfully submits that yesterday's decision in *Blasket/InfraRed*— substantively, procedurally, and as a further window into the cascade of award creditors moving swiftly toward judgment, *see* ECF No. 116 at 5–6—provides additional support for this Court's entry of judgment in favor of NextEra in the instant case.

---

[2]    The Opinion notes that the United Kingdom was an EU Member State "at all times relevant to this dispute." *Blasket/InfraRed*, ECF No. 83 at 5.

Dated: August 14, 2025
Washington, D.C.

Respectfully submitted,

/s/ *Bradley A. Klein*
Bradley A. Klein
D.C. Bar Number 973778
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC  20005-2111
(202) 371-7000
bradley.klein@skadden.com

Timothy G. Nelson (appearing *pro hac vice*)
New York Bar Number 3060175
Amanda Raymond Kalantirsky (appearing *pro hac vice*)
New York Bar Number 4812418
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
(212) 735-2000 (fax)
timothy.g.nelson@skadden.com
amanda.raymond@skadden.com

David Herlihy SC (appearing *pro hac vice*)
New York Bar Number 4167920
A&O SHEARMAN (IRELAND) LLP
53 Merrion Square South
Suite 201
Dublin D02 PR63
IRELAND
david.herlihy@aoshearman.com

*Attorneys for NextEra Energy Global Holdings B.V. and
NextEra Energy Spain Holdings B.V.*